IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| M. JANE MINOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 02-3354 |
| | ) | |
| CENTOCOR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

FILED
SEP 1 4 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## JOINT PROPOSED AMENDED SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties jointly propose the following amended scheduling order:

TIME LIMITS AND SETTINGS ARE ORDERED AS FOLLOWS:

1.  Defendants to identify experts and provide Rule 26 reports by November 4, 2004. The parties have until December 2, 2004, to complete all discovery.

2.  Motions to compel and other motions relating to discovery shall be pursued in a diligent and timely manner, but in no event filed more than sixty (60) days following the event (e.g. failure to answer interrogatories, objections to request for production, etc.) that is the subject of the motion. The parties are required to meet and confer on the discovery dispute as required by Rule 37(a)

1

within the 60-day period.  Except for good cause shown, any discovery motion that is not timely filed and any discovery motion that is filed after the discovery deadline will not be considered by the Court.

3. The parties have until January 5, 2004 to file dispositive motions.

4. Final Pre-trial Conference is scheduled for April ___, 2005 at ___.m. before U.S. District Judge Mills.  All Motions in Limine to be filed on or prior to the Final Pre-Trial date.  (See Local Rule 16.1 - Pre-Trial Procedures.)

5. Trial is scheduled for May 1, 2005 at 10:00 a.m. on the trial calendar of U.S. District Judge Mills.

6. If the parties consent to trial before U.S. Magistrate Judge Charles H. Evans, the final pre-trial date and trial date may be changed.

7. A settlement conference will be hosted by U.S. Magistrate Charles H. Evans in Springfield by joint request of the parties.

8. Evidence Presentation Equipment: Attached is an information sheet describing the evidence presentation equipment which can be made available to attorneys and *pro se* litigants in the four active District Judges' courtrooms.

NOTE: A CONTINUANCE OF THE TRIAL DATE AND/OR FINAL PRE-TRIAL DATE, DOES <u>NOT</u> ALTER OR EXTEND ANY OF THE OTHER ABOVE DATES.

ENTERED _____

———————————————
CHARLES H. EVANS
UNITED STATES MAGISTRATE JUDGE

Approved:
James P. Baker
for the Plaintiff

*[signature]*

Approved:
JOHN M. BRODERICK
for DEFENDANT

*John M. Broderick*

## CERTIFICATE OF SERVICE

     I hereby certify that on September 14, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

--

and manually noticing the following by placing a copy thereof in a sealed envelope, postage fully prepaid, addressed to and deposited in the United States Mail from the office of the undersigned:

John M. Broderick
Pugh, Jones, Johnson & Quandt, P.C.
Suite 3400, 180 North LaSalle Street
Chicago, Illinois 60601-2707


                                                By: s/ James P. Baker
                                                     James P. Baker
                                                     Bar Number: 0097802
                                                     Baker, Baker & Krajewski, LLC
                                                     415 South Seventh Street
                                                     Springfield, Illinois 62701
                                                     Telephone: (217) 522-3445
                                                     Facsimile: (217) 522-8234
                                                     E-mail: carenbakerlaw@sbcglobal.net