E-FILED
Monday, 27 September, 2004  01:00:01 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS -- SPRINGFIELD DIVISION

| | |
|---|---|
| M. JANE MINOR, | ) |
| Plaintiff, | ) |
| v. | ) NO. 02-3354 |
| CENTOCOR, Inc., | ) |
| Defendant. | ) |

AMENDED SCHEDULING ORDER

Pursuant to parties Joint Proposed Amended Discovery Plan (d/e 51) filed September 14, 2004, the Court's December 9, 2003, scheduling order is amended as follows:

TIME LIMITS AND SETTINGS ARE ORDERED AS FOLLOWS:

1. No motions to join other parties and to amend the pleadings to be filed after January 15, 2004..

2. December 2, 2004, to complete all discovery.
   Any written discovery served subsequent to the date of this Order to be served by a date that allows the served party the full 30 days provided by the Federal Rules of Civil Procedure in which to comply before December 2, 2004.

3. January 5, 2005, to file dispositive motions.
   No dispositive motions filed after January 5, 2005, will be considered by the Court.

4. April 11, 2005, at 1:30 p.m. for a Final Pre-trial Conference. All Motions in Limine to be filed per Local Rule 16.1 (E) (8).

5. May 3, 2005, at 10:00 a.m. for trial on the trailing trial calendar.

      6.    <u>May 31, 2004</u>, for all plaintiffs to identify testifying experts and provide Rule 26 reports.

          <u>November 4, 2004</u> , for all defendants to identify testifying experts and provide Rule 26 reports.
(NOTE: This includes treating physicians and all other witnesses, medical and non-medical.)

NOTE: 2/14/05 FPT and 3/1/05 Trial dates are CANCELLED.

NOTE: A CONTINUANCE OF THE TRIAL DATE AND/OR FINAL PRE-TRIAL DATE, DOES <u>NOT</u> ALTER OR EXTEND ANY OF THE OTHER ABOVE DATES.

ANY CONFLICTS BETWEEN THE SCHEDULING ORDER AND THE PROPOSED DISCOVERY PLAN SHALL BE CONTROLLED BY THE SCHEDULING ORDER.

ENTERED:    September 27, 2004.

COPIES MAILED TO: All attorneys of record.

                                          s/Charles H. Evans
                                        CHARLES H. EVANS
                                    United States Magistrate Judge