E-FILED
Tuesday, 09 November, 2004  04:16:32 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF ILLINOIS

### SPRINGFIELD DIVISION

| | | |
|---|---|---|
| M. JANE MINOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 02-3354 |
| | ) | |
| v. | ) | Judge Mills |
| | ) | |
| CENTOCOR, INC., | ) | Magistrate Judge Evans |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION

TO:   Attorneys of Record, Court Reporter, Clerk of Court

YOU AND EACH OF YOU WILL HEREBY TAKE NOTICE that on Monday, November 15, 2004, at 9:00 a.m. at the office of Prairie Cardiovascular, Baylis Building, 747 North Rutledge, Fourth Floor, Springfield, Illinois, the Defendant, CENTOCOR, INC., will take the deposition of BRIAN MILLER, M.D. for discovery pursuant to Federal Rule 31, and that said deposition will be taken before a Notary Public and Certified Court Reporter or any other officer authorized by law to take depositions in like cases.

Respectfully submitted,

CENTOCOR, INC., Defendant

By:   s/ Christian D. Biswell
One of Its Attorneys

**Linzey D. Jones**
**John M. Broderick**
**PUGH, JONES & JOHNSON, P.C.**
**180 North LaSalle Street, Suite 2910**
**Chicago, IL 60601**
**(312) 551-1002**
**(312) 551-0804 Fax**

**Christian D. Biswell**
**Drake, Narup & Mead, P.C.**
**107 East Allen Street**
**Springfield, Illinois 62707**
**(217) 528-9776**
**(217) 528-9401 Fax**

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing by placing same in an envelope and by depositing the same in the United States Mail at Springfield, Illinois, on the 9th day of November, 2004, with postage prepaid addressed to:

Mr. James P. Baker, Esq.
Law Offices of James P. Baker
415 South Seventh Street
Springfield, IL 62701

Baldwin Reporting Services
107 East Allen Street, Suite 101
Springfield, Illinois 62704


       s/ Christian D. Biswell

**CDB/cas**
**1698**