**E-FILED**

Wednesday, 10 November, 2004  04:19:36 PM

Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF ILLINOIS**

**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| M. JANE MINOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 02-3354 |
| | ) | |
| v. | ) | Judge Mills |
| | ) | |
| CENTOCOR, INC., | ) | Magistrate Judge Evans |
| | ) | |
| Defendants. | ) | |

## AMENDED NOTICE OF DEPOSITION

TO:    Attorneys of Record, Court Reporter, Clerk of Court

YOU AND EACH OF YOU WILL HEREBY TAKE NOTICE that on Monday, November 15, 2004, at 9:00 a.m. at the office of Prairie Cardiovascular Consultants, Baylis Building, 747 North Rutledge, Fourth Floor, Springfield, Illinois, the Defendant, CENTOCOR, INC., will take the deposition of BRIAN MILLER, M.D. for discovery pursuant to Federal Rule 31, and that said deposition will be taken before a Notary Public and Certified Court Reporter or any other officer authorized by law to take depositions in like cases.

Respectfully submitted,

CENTOCOR, INC., Defendant

By:    s/ Christian D. Biswell
       One of Its Attorneys

Linzey D. Jones
John M. Broderick
PUGH, JONES & JOHNSON, P.C.
180 North LaSalle Street, Suite 2910
Chicago, IL 60601
(312) 551-1002
(312) 551-0804 Fax

Christian D. Biswell
Drake, Narup & Mead, P.C.
107 East Allen Street
Springfield, Illinois 62707
(217) 528-9776
(217) 528-9401 Fax

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing by placing same in an envelope and by depositing the same in the United States Mail at Springfield, Illinois, on the 10th day of November, 2004, with postage prepaid addressed to:

Mr. James P. Baker, Esq.
Law Offices of James P. Baker
415 South Seventh Street
Springfield, Illinois 62701

Mr. Russell Reed
Hinshaw & Culbertson
400 South Ninth Street
Springfield, Illinois 62701

Baldwin Reporting Services
107 East Allen Street, Suite 101
Springfield, Illinois 62704

s/ Christian D. Biswell

CDB/cas
1698