E-FILED
Wednesday, 01 December, 2004  04:46:35 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| M. JANE MINOR, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Case No. 02-3354 |
| CENTOCOR, INC., | ) ) ) | |
| Defendant. | ) ) | |

### MOTION OF THE PLAINTIFF, M. JANE MINOR, REQUESTING
### AN EXTENSION OF TIME TO COMPLETE DISCOVERY

COMES NOW the Plaintiff, M. JANE MINOR, by and through her attorney, James P. Baker, and through this instrument requests an extension of time to and including January 15, 2005 within which to complete discovery. In support of this motion, the Plaintiff, M. JANE MINOR, states to the Court as follows:

1. That presently under the scheduling order established by the Court discovery in this case will close on December 2, 2004.

2. That in the case at bar, the Plaintiff, M. JANE MINOR, claims that she was the victim of discriminatory treatment based largely upon acts of her supervisor, Antonio Siciliano.

3. While employed by the Defendant, the Plaintiff, M. JANE MINOR, worked under the supervision of Antonio Siciliano as did three other employees, Randy Van Cleave, Denise Hill and Caroline Kopecky.

4. That the Plaintiff, M. JANE MINOR, through her counsel in a collaborative effort with counsel for the Defendant, has attempted to schedule the depositions of Antonio Siciliano, Randy Van Cleave,

Denise Hill, Caroline Kopecky and another employee, Robert Ginn, prior to the close of discovery.

5. That Antonio Siciliano is no longer employed by the Defendant and now resides in Minneapolis, Minnesota. Caroline Kopecky is no longer employed by the Defendant and now resides in Houston, Texas. Denise Hill is no longer employed by the Defendant and resides in Dallas, Texas. Randy Van Cleave who remains employed by the Defendant lives in Kansas City, Missouri and Robert Ginn resides in the Greater St. Louis, Missouri area.

6. That because many of the individuals needed to be deposed reside throughout the United States and no longer are employed by the Defendant, it has been difficult to locate and arrange the availability of those individuals for purposes of deposition.

7. That presently Antonio Siciliano, Randy Van Cleave and Robert Ginn are available to be deposed during the week of December 13, 2004. Denise Hill has recently married and is located outside the continental United States and will not be available for deposition until after December 20, 2004.

8. That counsel for the Plaintiff, M. JANE MINOR, and counsel for the Defendant have reached a proposed schedule for taking the remaining depositions. Under this schedule, Randy Van Cleave, Antonio Siciliano and Robert Ginn who reside in Kansas City, Missouri, Minneapolis, Minnesota and the St. Louis, Missouri area respectively would be deposed during the week of December 13, 2004. Denise Hill who resides in Dallas, Texas and Caroline Kopecky who resides in Houston, Texas would be deposed during the first full business week of the month of January.

9. That the Plaintiff, M. JANE MINOR, requests that the discovery period remain open to and including January 15, 2005 in order that the foregoing depositions can be completed and that all deadlines and dates set forth in the amended scheduling order following the close of discovery be extended by 45

days.

    10.  That counsel for the Defendant has no objection to this request.  The Plaintiff and Defendant have worked in a cooperative fashion to identify, secure and arrange for the depositions of the foregoing individuals.

    WHEREFORE, the Plaintiff, M. JANE MINOR, respectfully requests that the discovery period be extended to and including January 15, 2005 and that all deadlines and dates in the amended scheduling order following the close of discovery be extended by 45 days.

    M. JANE MINOR, Plaintiff

By:   s/ James P. Baker
    James P. Baker
    Bar Number: 0097802
    Baker, Baker & Krajewski, LLC
    415 South Seventh Street
    Springfield, Illinois 62701
    Telephone: (217) 522-3445
    Facsimile: (217) 522-8234
    E-mail: carenbakerlaw@sbcglobal.net
    (Motions/minorjextension 120104)

## CERTIFICATE OF SERVICE

      I hereby certify that on December 1, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Christian D. Biswell  
Drake, Narup & Mead, P.C.  
107 East Allen Street  
Springfield, Illinois   62704

and manually noticing the following by placing a copy thereof in a sealed envelope, postage fully prepaid, addressed to and deposited in the United States Mail from the office of the undersigned:

John M. Broderick  
Pugh, Jones, Johnson & Quandt, P.C.  
Suite 3400, 180 North LaSalle Street  
Chicago,  Illinois   60601-2707

                                              By:   s/ James P. Baker  
                                                      James P. Baker  
                                                      Bar Number: 0097802  
                                                      Baker, Baker & Krajewski, LLC  
                                                      415 South Seventh Street  
                                                      Springfield, Illinois 62701  
                                                      Telephone: (217) 522-3445  
                                                      Facsimile: (217) 522-8234  
                                                      E-mail: carenbakerlaw@sbcglobal.net