**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| M. JANE MINOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 02-3354 |
| | ) | |
| v. | ) | Judge Mills |
| | ) | |
| CENTOCOR, INC., | ) | Magistrate Judge Evans |
| | ) | |
| Defendant. | ) | |
| M. JANE MINOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 04-3114 |
| | ) | |
| v. | ) | Judge Mills |
| | ) | |
| CENTOCOR, INC., | ) | Magistrate Judge Evans |
| | ) | |
| Defendant. | ) | |

**DEFENDANT CENTOCOR, INC.'S INDEX OF EXHIBITS FOR MOTION FOR SUMMARY JUDGMENT**

| LETTER | DESCRIPTION |
|---|---|
| A | Cencotor's Answer to Complaint |
| B | Personnel Action Form, dated September 22, 1999 |
| C | Deposition Transcript of Jane Minor, Part I |
| D | Deposition Transcript of Antonio Siciliano |
| E | Employee Position Description for Vascular Sales Specialist |
| F | Deposition Transcript of Randy Van Cleave |
| G | Memorandum from Stephanie Moore to Jane Minor, dated June 5, 2000 |
| H | 2000 Compensation Administration Summary for Jane Minor |

| | |
|---|---|
| I | Map of St. Louis District |
| J | Affidavit of James Alexander |
| K | Email from Jane Minor to William Alexander, dated October 3, 2000 |
| L | Jane Minor's account notes |
| M | Deposition Transcript of Jane Minor, Part II |
| N | Deposition Transcript of Caroline Kopecky |
| O | Deposition Transcript of Denise Bannister-Hill (Brown) |
| P | Map of Denver District |
| Q | Map of Houston District |
| R | Map of Dallas District |
| S | Deposition Transcript of Robert Ginn |
| T | Robert Ginn's Strategic Analysis worksheet |
| U | Affidavit of Paul Williams |
| V | Q1, 2001 Incentive Compensation Reports for Minor, Van Cleave, Bannister-Hill, and Kopecky. |
| W | Q1, 2001 Incentive Compensation Report for Siciliano |
| X | Field Contact Report for Minor dated April 2001 |
| Y | Field Contact Report for Van Cleave dated May 2001 |
| Z | Field Contact Report for Bannister-Hill dated May 2001 |
| AA | Q2, 2001 Incentive Compensation Reports for Kopecky, Van Cleave, Bannister-Hill, and Minor. |
| BB | Q2, 2001 Incentive Compensation Report for Siciliano |
| CC | Bonus Points Awarded, 1/1/01-1/1/02 |
| DD | Minor's Expense Reports |

| | |
|---|---|
| EE | Email from Antonio Siciliano to Jane Minor, dated July 6, 2001 with routing schedule |
| FF | Q3, 2001 Field Contact Report for Kopecky, dated August 20, 2001 |
| GG | Q3, 2001 Field Contact Report for Van Cleave |
| HH | Q3, 2001 Field Contact Report for Bannister-Hill, dated September 20, 2001 |
| II | Q3, 2001 Field Contact Report for Minor, September 19, 2001 |
| JJ | Territory Ranking Report, August 2001 |
| KK | Deposition Transcript of Dr. Cynthia Tsang |
| LL | Q3, 2001 Incentive Compensation Reports for Bannister-Hill, Kopecky, Van Cleave, and Minor. |
| MM | Q3, 2001 Incentive Compensation Report for Siciliano |
| NN | Email from Jane Minor to Antonio Siciliano, dated September 10, 2001 |
| OO | Email from Bob Russell to Jane Minor, dated September 13, 2001 |
| PP | Deposition Transcript of Dr. Bohlen |
| QQ | Letter approving Minor's application for long-term disability, dated March 15, 2002 |

Respectfully submitted,

**Defendant
CENTOCOR, INC.**


By: <u>s/ Linzey D. Jones</u>
    Linzey D. Jones, Bar No. 6183113
    John M. Broderick, Bar No. 6255668

3

PUGH, JONES, JOHNSON, &
QUANDT, P.C.
180 North LaSalle Street, Suite 3400
Chicago, IL 60601
(312) 551-1002
(312) 551-0804 Fax

David L. Drake
Drake, Narup & Mead, P.C.
107 East Allen Street
Springfield, Illinois 62707
(217) 528-9776
(217) 528-9401 Fax