Centocor

# PERSONNEL ACTION FORM

## New Hire Information

**Employee Name (Last, First, M.I.)**: Minor, M. Jane
**Maiden Name**:
**Social Security Number**: 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

**Position Name/Number**: Senior Cardiovascular Specialist
**Department Name/Number**: Peoria, IL, #462
**Action Type**: • New Hire ☐ Company Expansion ☐ Seasonal Intern

**Effective Date**: 9/20/99

**Employee Group/Subgroup**: ☐ Active Executive • Active Sales Force ☐ Active Hourly ☐ Active Salary ☐ CNTO Temp Hourly ☐ CNTO Temp Salary ☐ Seasonal Hourly ☐ Seasonal Salary

**Personnel Sub Area**: • MPS1=Corporate  ☐ MPS2=Manufacturing
**Pay Area**: 01
**Address Type**: ☐ 1=Permanent Residence  ☐ 2=Temporary Residence  ☐ 3=Home Address  ☐ 4=Mailing Address

| Street | City | County | State | Zip Code |
|---|---|---|---|---|
| 3200 Blueberry Lane | Springfield | | IL | 62707 |

**Home Phone #**: 217-787-6101
**Work Schedule Rule**: ☐ MCRP
**Hours per Week – 40 or less**: 40
**Employment %**: 100%
**Pay Scale Reason**: • New Hire ☐ Rehire ☐ Transfer ☐ Hire Temp ☐ Rehire Temp
**Pay Scale Type**: ☐ Standard ☐ Executive • CV Sales ☐ Imm. Sales

**Pay Scale Area**: M1
**Pay Scale Group**: MM01 – MM09 – Non Exempt / MN01-MN16 – Exempt Admin / MR01-MR16 – Exempt Research / MD10-MD16 – Exempt MD / EC – Executive Committee — MN07
**Wage Type (rate of pay)**: ☐ Hourly = 2011  • Biweekly = 2013  $2,961.54
**Annual Salary**: $77,000.04

## Change of Employment Information

**Employee Name (Last, First)**:
**Action Type**: ☐ Change of Status ☐ Change in Pay ☐ Termination ☐ Other (explain)
**Reason for Action**:

**Old Position Name/Number**:
**New Position Name/Number**:

**Old Department Name/Number**:
**New Department Name/Number**:

**New Employee Group/Subgroup**: ☐ Active Executive ☐ Active Sales Force ☐ Active Hourly ☐ Active Salary ☐ CNTO Temp Hourly ☐ CNTO Temp Salary ☐ Seasonal Hourly ☐ Seasonal Salary ☐ Terminated Executive ☐ Terminated Sales Force ☐ Terminated Hourly ☐ Terminated Salaried ☐ Retired Executive ☐ Retired Sales Force ☐ Retired Hourly ☐ Retired Salaried

**Personnel Sub Area**: ☐ MPS1=Corporate ☐ MPS2=Manufacturing
**Pay Area**: 01

**Change Address Type**: ☐ Permanent Residence ☐ Temporary Residence ☐ Home Address ☐ Mailing Address ☐ Emergency Address

| Street | City | County | State | Zip Code |
|---|---|---|---|---|
| | | | | |

**New Home Phone #**:
**Work Schedule Rule**: ☐ MCRP
**Hours per Week – 40 or less**:
**Employment %**:

**Pay Scale Reason**: ☐ P.S. Increase ☐ Skills Premium ☐ Title Change Only ☐ Transfer ☐ Change in Grouping ☐ Demotion ☐ Merit/Promotion ☐ Equity Adj. ☐ Change in Pay ☐ Temp – Perm ☐ Merit ☐ Salary Reduction ☐ Promotion ☐ Reclassification ☐ Salary Adj.
**Pay Scale Type**: ☐ Standard ☐ Executive ☐ CV Sales ☐ Imm. Sales
**Pay Scale Area**: M1
**Pay Scale Group**: MM01 – MM09 – Non Exempt / MN01-MN16 – Exempt Admin / MR01-MR16 – Exempt Research / MD10-MD16 – Exempt MD / EC – Executive Committee

**Wage Type (rate of pay)**: ☐ Hourly = 2011 ☐ Biweekly = 2013
**Annual Salary**:

**Comments**:
**Birthdate**: 08/02/46
Please pay Jane a one time sign on bonus as follows: $5,000 after three (3) months of employment, $5,000 at March, 2000 and another $5,000 at June, 2000.

**Prepared by**: Susan Kincade   **Date**: 9/22/99
**Approved by**: Stephanie Moore   **Date**: 9-22-99
**Approved by**: _____   **Date**: _____
**Entered into SAP by**: _____   **Date**: _____

J&J 2296