Page 1

1    UNITED STATES DISTRICT COURT

2    FOR THE CENTRAL DISTRICT OF ILLINOIS

3         SPRINGFIELD DIVISION

4    JANE MINOR,

5         Plaintiff,

6    vs.                    No. 02-3354

7    CENTOCOR, INC., AND JOHNSON
     AND JOHNSON, INC.,

8

9         Defendants.

10

11        THE DEPOSITION of JANE MINOR, taken in

12   the above-entitled case before Julie A. Brown, a

13   Notary Public of Christian County, acting within

14   and for the County of Sangamon, State of Illinois,

15   at 10:30 o'clock A.M., on September 3, 2004, at 107

16   East Allen, Springfield, Sangamon County, Illinois,

17   pursuant to notice.

18

19

20

21

22        Baldwin Reporting & Legal-Visual Services
23          Serving Illinois, Indiana & Missouri
24   24hrs (217)788-2835    Fax (217)788-2838
               1-800-248-2835

---

Page 3

1                    I N D E X

2    DEPONENT                         PAGE NUMBER

3    Jane Minor

4        Examination by Mr. Broderick      5

5

6

7

8

9

10              E X H I B I T S

11   NUMBER              MARKED FOR IDENTIFICATION

12   Exhibit A                  112
     Exhibit B                  124
13   Exhibit C                  132
     Exhibit D                  153
14   Exhibit E                  159
     Exhibit F                  169
15   Exhibit G                  170
     Exhibit H                  172
16   Exhibit I                  177
     Exhibit J                  187
17   Exhibit K                  188
     Exhibit L                  188
18   Exhibit M                  194
     Exhibit N                  197
19

20

21

22

23

24

---

Page 2

1    APPEARANCES:

2    BAKER, BAKER & KRAJEWSKI, LLC
     BY:  James P. Baker, Esq.
3         415 South Seventh Street
          Springfield, Illinois  62701
4         On behalf of Plaintiff.

5    PUGH, JONES, JOHNSON & QUANDT, P.C.
     BY:  John M. Broderick, Esq.
6         180 N. LaSalle Street, Suite 3400
          Chicago, Illinois  60601
7         On behalf of Defendants.

8    DRAKE, NARUP & MEAD
     BY:  Chris Biswell, Esq.
9         107 East Allen Street
          Springfield, Illinois  62704
10        On behalf of Defendants.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

---

Page 4

1             S T I P U L A T I O N

2         It is stipulated and agreed, by and
     between the parties hereto, through their
3    attorneys, that the deposition of JANE MINOR may be
     taken before Julie A. Brown, a Notary Public and
4    Certified Shorthand Reporter, upon oral
     interrogatories, on the 3rd of September A.D.,
5    2004, at the instance of the Defendants at the hour
     of 10:30 o'clock A.M., 107 East Allen Street,
6    Springfield, Sangamon County, Illinois;

7         That the oral interrogatories and the
     answers of the witness may be taken down in
8    shorthand by the Reporter and afterwards
     transcribed;

9

10        That all requirements of the Federal
     Rules of Civil Procedure and the Rules of the
11   Supreme Court as to dedimus, are expressly waived;

12        That any objections as to competency,
     materiality or relevancy are hereby reserved, but
13   any objection as to the form of question is waived
     unless specifically noted;

14        That the deposition, or any parts thereof
     may be used for any purpose for which depositions
15   are competent, by any of the parties hereto,
     without foundation proof;

16

17        That any party hereto may be furnished
     copies of the deposition at his or her own expense.

18

19

20

21

22

23

24

COPY

Page 5

1 (Whereupon the Deponent was
2 sworn by the Notary Public.)
3 J A N E  M I N O R
4 having been first duly sworn by the Notary Public,
5 deposeth and saith as follows:
6 EXAMINATION
7 BY MR. BRODERICK:
8 Q Let the record reflect that this
9 deposition is being taken pursuant to notice and
10 pursuant to the Federal Rules of Civil Procedure.
11 Ma'am, if you could please state your
12 name for the record.
13 A Marjorie Jane Minor.
14 Q Ms. Minor, today we're going to ask you
15 some questions about the lawsuit, Minor versus
16 Centocor. My name is John Broderick and I
17 represent the Defendant Centocor. I would just ask
18 that, I'm sure you've talked with your attorney
19 about the deposition but I just want to state for
20 the record that I ask that you answer your
21 questions, my questions verbally. The Court
22 Reporter here will take everything down but she
23 cannot take down gestures or nods of the head.
24 If you don't understand a question,

Page 6

1 please let me know and I'll do my best to rephrase
2 it to help you understand. If you answer a
3 question, we'll just assume you understood it. Is
4 that fair?
5 A Except I thought my suit was against
6 Johnson and Johnson and Centocor.
7 MR. BAKER: Centocor.
8 THE DEPONENT: Just thought I'd ask.
9 MR. BRODERICK: Q If you need a break at
10 any time, just please let us know. We just ask
11 that we not take a break while a question is
12 pending. Is that fair?
13 A That's fair.
14 Q Are you currently taking any medications
15 today?
16 A Yes.
17 Q Would you describe those for us?
18 A I'm taking Rythmol. R-H-Y, well, I'll
19 let you spell it. I can't even spell it. Anyway,
20 Rythmol, 150 milligram breakfast, lunch supper and
21 then at bedtime I take Rythmol, 225 milligram.
22 That's one thing.
23 I'm taking Coumadin, 3 milligram per day
24 and then I'm taking Zoloft, 100 milligrams.

Page 7

1 Q How many milligrams?
2 A A hundred milligrams once a day.
3 Neurontin, 300 milligrams three times a day. What
4 else am I taking? Estropipate, 1.25 milligrams per
5 day and Tranxene, 15 milligrams three times a day
6 or as needed. I had two of the 15 milligrams
7 within this last 24 hour period and then this
8 morning, Lomotil and two Immodium. You asked.
9 Q Two Modium?
10 A Two Immodium.
11 Q Is that two as in quantity?
12 A Uh-huh.
13 Q Modium is the name of the prescription?
14 A Yes. And then one Lomotil.
15 Q Anything else?
16 A Oh. Tylenol for my headache and I only
17 take it as I need it.
18 Q Do you believe that the fact that you're
19 on these medications can affect your ability to
20 understand my questions?
21 A I'm hoping not.
22 Q Do you believe that the fact that you're
23 on these medications will affect your ability to
24 give complete and honest answers today?

Page 8

1 A I don't think so.
2 Q Regarding the first medication, the
3 Rythmol.
4 A Uh-huh.
5 Q Who prescribed that?
6 A Let's see. Brian Miller prescribed 75
7 milligram twice a day. The next time I went in the
8 hospital, Robert Woodruff prescribed 150 milligrams
9 three times a day and then Dr. Tsang prescribed 225
10 milligram three times a day and then she prescribed
11 the 150 three times a day plus the 225 at night.
12 Q And for the record, could you spell Dr.
13 Tsang's name?
14 A T-S-A-N-G, Celena Tsang.
15 Q And what is the purpose of these
16 prescriptions, of this, of the prescription for
17 Rythmol?
18 A Because since August of 2001, I've had a
19 major problem with atrial fibrillation and rapid
20 ventricular response. Do you know what that is?
21 Q I understand. This is to address the
22 atrial fibrillation?
23 A Yeah. It was for the atrial
24 fibrillation.

Page 9

1    Q  And regarding the, is it the second
2  medication described before the Coumadin, is that
3  Nythroid (sp)?
4    A  I don't know.  You want to spell what you
5  wrote?
6    Q  I have N-Y-T-H-R-D.  I was trying to
7  guess.  Two hundred twenty-five milligrams of--
8    A  Oh.  That's the Rythmol that I take in
9  the evening.
10    Q  I see.  That's the evening prescription.
11  Thank you.
12    A  It's three of the 150s.  One at
13  breakfast, one at lunch, one at supper and then 225
14  milligram at like 9:00 or 10:00 at night.
15    Q  Who prescribed the Coumadin?
16    A  Gee.  Originally it was either Dr. Tsang
17  or Dr. Miller.
18    Q  And when did you start the Coumadin?
19    A  As soon as I started having,
20  approximately as soon as they recognized that it
21  was atrial fibrillation because that can cause a
22  clot formation in the atrium of the heart and send
23  a clot to the brain causing a stroke.  So
24  therefore, that's when.

Page 10

1    Q  Approximately August of 2001?
2    A  Uh-huh.
3    Q  Okay.
4    A  Yeah.  Sometime around there.
5    Q  And who prescribed the Zoloft?
6    A  Dr. Bohlen, B-O-H-L-E-N.
7    Q  And when did he prescribe that?
8    A  Sometime in 2001.  Probably, probably
9  April.  I can't tell you.  I just don't remember.
10  I'm sorry.
11    Q  And what was the, what's the purpose of
12  this prescription?
13    A  It's an antidepressant.  It was in 2001
14  is all I know.  I just can't remember the date of
15  when it started.  Sorry.
16    Q  Oh.  I appreciate your candor and if you
17  don't remember or don't know, please let us know.
18  I still have to ask my questions.
19    A  That's fine.  I just don't know.  I don't
20  remember.
21    Q  That's the purpose of this deposition.
22  Thank you.
23    The Neurontin.  I have that pronounced
24  correctly?

Page 11

1    A  That's correct.  Dean Naritoku.  Naritoku
2  is N-A-R-I-T-O-K-U.  First name Dean.  He's a
3  neurologist.
4    Q  He's a neurologist and he prescribed the
5  Neurontin?
6    A  Yes.
7    Q  What is the purpose of that prescription?
8    A  I have a herniated lumbar disc and two
9  bulging discs and all the additional driving and
10  lifting the computer and carrying around the
11  hospital had really been bothering my back.  So he
12  tested me and prescribed that.
13    Q  The, is it Estropitate?
14    A  Estropipate.
15    Q  Pipate.  Thank you.  Who prescribed that?
16    A  John Young, OB/GYN, and then now Dr.
17  Tsang does.
18    Q  And when were you originally prescribed
19  that?
20    A  I've been taking it for several years.
21    Q  And what is the purpose of this
22  prescription?
23    A  It is a hormone replacement therapy.  Are
24  you familiar with Estrogen?

Page 12

1    A  Yes.
2    A  Then it's a synthetic that is as near
3  normal Estrogen as any medication.
4    Q  And the Tranxene?
5    A  Tranxene what?
6    Q  Thank you.  Who prescribed that?
7    A  Either Dr. Bohlen or Dr. Tsang.
8    Q  And how long have you been taking
9  Tranxene?
10    A  I only really started taking it very much
11  when I had stress in 2001.
12    Q  Had you taken it prior to 2001?
13    A  Maybe a few times here and there but I
14  don't like pills and here I am.
15    Q  And what in particular is the Tranxene
16  supposed to treat?
17    A  It's a benzodiazepine and it treats
18  anxiety.
19    Q  And the Lomotil.  Who prescribed that?
20  Or is it a prescription drug?
21    A  Yeah.  Oh, and there's another one I take
22  too sometimes.  But first, well, I better tell it
23  to you.  It's, let me see.  What's the name of it?
24  Antivert.  Clometrazine (sp) or something.  Anyway,

Page 13

1 Antivert.
2   Q  Could you spell that?
3   A  A-N-T-I-V-E-R-T.
4   Q  Antivert.  Who prescribed that?
5   A  Dr. Tsang.
6   Q  And what is that intended to treat?
7   A  Dizziness.
8   Q  And how long have you been on that?
9   A  Just when I need it.
10  Q  When did she originally prescribe that
11 for you?
12  A  You know, probably a year or two ago.  I
13 just, I don't take it very often but if I ride in
14 the backseat of the car, I need it.
15  Q  Are you on Antivert today?
16  A  No.  I'm not dizzy.  I didn't ride in the
17 backseat of a car.  We had that agreement.
18 MR. BAKER: That's right.
19 MR. BRODERICK:  Q  Who prescribed Lomotil?
20  A  Tsang.
21  Q  Could you spell that for us?
22  A  L-O-M-O-T-I-L.
23  Q  And what is the purpose of that
24 prescription?

Page 14

1   A  Antidiuretic.  That's not true.
2 Antidiarrhea.  As is Immodium.
3   Q  And how long have you been on Lomotil and
4 Immodium?
5   A  Quite a while.  I mean Immodium is over
6 the counter and when you're on the road driving
7 quite a lot and you're the only one in the room
8 with the doctor, you really don't want to have that
9 kind of a problem.  So I would take it PRN, as
10 necessary, and then when it's very severe, I don't
11 think you want me to describe how severe it is.
12  Q  No, no, no.  I just asked how long have
13 you been on that prescription.
14  A  The prescription itself?
15  Q  Yes.
16  A  Probably just this last year.  I don't
17 know.
18  Q  And there's a different, I think I might
19 have written down the same prescription twice.
20 Lomotil and Lamotil.  Is that--
21  A  Yeah.  I don't take Lamotil, whatever
22 that is.
23  Q  And Toumadin.  Is there something called
24 Toumadin?  I may have misunderstood you.

Page 15

1   A  Coumadin, C-O-U-M-A-D-I-N.
2   Q  I think we covered everything.
3   A  That thins the blood.  They call it a
4 blood thinner to hopefully prevent clotting.  When
5 you have atrial fibrillation, that's just one of
6 those things they prescribe.
7   Q  Let me just review then.  You told us you
8 were on Rythmol, Coumadin, Zoloft, Neurontin,
9 Estropipate, Tranxene, Lomotil, Immodium and
10 Tylenol?
11  A  I think that's it.  I've had, no.  I'm on
12 magnesium too once a day.
13  Q  Is that a prescription?
14  A  Well, the doctor prescribed it.  Dr.
15 Miller prescribed it because, he prescribed it.
16 That's why.  But it was like they, you know how the
17 pharmacy grabs an over the counter drug and gives
18 it to you.  Probably charges a little more for it
19 or something.
20  Q  What's the purpose of that prescription?
21  A  I guess they have learned that even
22 though if you have, someone has a slightly low or
23 even a slightly normal magnesium level, they have,
24 the atrial fibrillation could be worse so they want

Page 16

1 to keep it on the high side in order to hopefully
2 keep it from being as prevalent.
3   Q  All right.  Have you ever been deposed
4 before, Ms. Minor?
5   A  I've been divorced.
6   Q  Anything else?
7   A  No.
8   Q  And when was that?  When was that
9 proceeding?
10  A  Okay.  I got divorced in 1975 and there
11 were multiple times I was deposed by my son's
12 father.
13  Q  Have you ever been a party to a lawsuit
14 outside of the divorce?
15  A  I am, they sent me some stuff about
16 taking Redux, you know, to sign up for that.  So I
17 signed up for that.
18  Q  I see.  As a class action?
19  A  Yeah.
20  Q  I see.  Is there anything pending?
21  A  I've never ever done anything like that
22 before but because I was getting poor, I decided--
23  Q  So outside of the listing as a member of
24 that class action and the divorce and filing the

**Page 17**

1  two lawsuits that you have pending now, have you
2  ever been a party to a lawsuit?
3      A  No.
4      Q  Okay.  And do you know anyone who has
5  filed a discrimination lawsuit?
6      A  I just learned this last week that
7  another vascular specialist that had worked for
8  Centocor, and no longer is, is filing an age and
9  gender lawsuit.
10     Q  Who is that?
11     A  Patricia Till.
12     Q  Anyone else?
13     A  No.  I just thought I shouldn't be
14  talking to everybody.
15     Q  No, no, no.  I'm just wondering just
16  generally.
17     A  Oh, do I know--
18     Q  Do you know anyone else who's filed a
19  discrimination lawsuit?  Not against Centocor.
20  Just generally.
21     A  No.
22     Q  Could you tell me how your prepared for
23  your deposition today?
24     A  I, one thing is I looked in my computer

**Page 18**

1  too long because it's bothering my eye.  I tried to
2  go through documents that I had saved from e-mails
3  to letters and sales statistics to try to review
4  and get myself back trying to remember what had
5  happened.
6      Q  Okay.  Did you bring any documents with
7  you today?
8      A  I did, just in case I would need
9  something to refer to.
10     Q  Okay.
11     A  A lot of them you've got the stuff from
12  the EEOC.  Correct?
13     Q  Let me just go off the record.
14         (Whereupon a break was taken.)
15     MR. BRODERICK: I just want to let the record
16  reflect that we took a break at 10:50 A.M. to
17  review the documents that Ms. Minor brought with
18  her to the deposition.  We're back on the record at
19  11:20.  Thank you.
20     Q  Ms. Minor, who did you discuss this
21  deposition with in preparation?
22     A  Mr. Baker.
23     Q  Anyone else?
24     A  I probably called every Christian I knew

**Page 19**

1  to say prayers for me.  That would be primarily it,
2  yeah.
3      Q  We got in the substance of the, to
4  prepare for your testimony.  Outside of moral
5  support, did you talk to anyone to review facts or
6  substance in the deposition?
7      A  I don't know what you mean.  You mean
8  like people in my company?
9      Q  Well.  I'm just wondering outside of, do
10  you talk to friends to get moral support for the
11  deposition.  Is that right?
12     A  Oh, yeah.
13     Q  Have you talked to anyone else besides
14  your attorney?
15     A  I don't know who else I would have talked
16  to except to get moral support.
17     Q  So you didn't talk to anyone about the
18  substance or the facts that you're testifying, that
19  you're going to testify to today?
20     A  I probably complained to different people
21  about this, that and the other a little bit along
22  the way.  When I was undergoing this, I probably
23  did.
24     Q  Did you talk to any other members of, did

**Page 20**

1  you talk to any of the other vascular specialists
2  about this deposition?
3      A  Only one.
4      Q  Who was that?
5      A  Patricia Till.
6      Q  And when did you talk to her?
7      A  Just yesterday because I haven't seen her
8  in three years and she called.
9      Q  What time did she call?
10     A  Oh, my.  Let's see.  I don't know.
11     Q  And what did you say to her and she say
12  to you?
13     A  Hi, Jane.  Long time no see.  That
14  there's a wedding in Springfield and I was hoping
15  I'd get to see you.  I said oh, that's fabulous
16  because I haven't seen you in three years, you
17  know.  And so I just asked her, I told her she was
18  welcome to stay at my home.  She said no, they were
19  staying at a hotel.  And then she called back
20  because she had to go into something, one of her
21  work situations.  When she called back, she was
22  worried about a baby-sitter for her little girl and
23  I said oh, good.  You know that I would love her to
24  come and see me because I haven't seen her for a

Page 21

1 long time.
2    Q  Did you talk to her about this
3 deposition?
4    A  I told her to please say prayers for me
5 because I was having a deposition.
6    Q  As far as the substance of the
7 deposition, did you talk about the content of the
8 lawsuit or the allegations or--
9    A  Oh, I did say it was age gender.
10    Q  Anything else?
11    A  No.  She talks a lot and she pretty much
12 did most of the talking, to be honest with you.
13    Q  Is she familiar with any of the facts
14 that provide the basis of your claims?
15    A  I would say yeah because she knew Mr.
16 Ciciliano (sp) and she knew Tim Shaffer.  She also
17 knew me at Abbott and she held me in high regard as
18 I did for--
19    Q  Did you work with Ms. Till at Abbott?
20    A  Yes.
21    Q  And did you stay in contact with Ms. Till
22 throughout your career at Centocor?
23    A  No.
24    Q  Okay.

Page 22

1    A  That's not, can I clarify that?
2    Q  Please.
3    A  While I was feeling fine, we would talk.
4 But after all this happened, I thought that like
5 after 10/19 or somewhere around in there, I got the
6 idea that I shouldn't be discussing this with
7 anybody within Centocor or Johnson and Johnson.
8 That's what I thought and I, I don't know.  That's
9 just what I thought.  Probably from watching Law
10 and Order.
11    MR. BAKER: Not supposed to talk about what I
12 told you.
13    THE DEPONENT: I'm sorry.  It was probably from
14 Law and Order.
15    MR. BRODERICK:  Q So from yesterday, since
16 yesterday, when was the last time you spoke to Ms.
17 Till?
18    A  Well, forever.
19    Q  Since prior to October of 2001?
20    A  Might have.  I think she called and
21 wanted to know if I was okay, healthwise.  She was
22 checking on me healthwise.
23    Q  Does everything that Ms. Till knows about
24 the allegations and claims of this lawsuit come

Page 23

1 from conversations she's had with you?
2    A  Some, but some she observed herself.
3    Q  I see.  Let me complete this train of
4 thought then.  What incidents or facts did Ms. Till
5 to your knowledge observe herself that are relevant
6 to this lawsuit?
7    A  Well, we both had the same manager, Tim,
8 for a while Prior to me having this manager and I
9 had a big national meeting up in Chicago at the
10 something Hills, Oakbrook Hills, and I needed
11 people to help work the booth.  So I arranged for
12 her to be one of the people that helped and so she
13 observed his behavior at that time as well as at
14 national sales meetings.
15    Q  She observed Mr. Ciciliano's behavior at
16 that meeting in Oakbrook Hills?
17    A  And at the national sales meeting.
18    Q  When was the national sales meeting?
19    A  Would have been July 2001.
20    Q  And where was that held?
21    A  I don't remember.  Sorry.  I have it
22 somewhere.  If you need it, I can find it they can
23 tell you.
24    Q  What incidents, are there any other

Page 24

1 incidents that you think she observed?
2    A  You know, I don't know because I haven't
3 really talked to her almost in three years and this
4 was just about getting to see her.  I was glad to
5 see her and I was going to watch her little girl.
6 So that's about it.
7    Q  Have you, is there anyone else you've
8 talked to about your lawsuit in preparation for
9 your deposition that we haven't discussed already?
10    A  Just friends for moral support and
11 prayers and Mr. Baker.
12    Q  Okay.
13    A  If there is, I don't remember.  I did
14 talk to, I mean would your paralegal, are we just
15 saying your office?
16    Q  I don't want to know about any
17 conversations you had with Mr. Baker or his
18 office.
19    A  Okay.
20    Q  Thank you.  Now, you stated previously
21 your name is Marjorie Jane Minor.  Is that correct?
22    A  Correct.
23    Q  Have you ever been known by any other
24 name?

Page 25

```
1    A  Yes.
2    Q  Please list those for us.
3    A  Marjorie Jane Motluck.  Potluck with an
4  M.
5    Q  Okay.
6    A  And Majorie Jane Truesdell.
7    Q  Okay.
8    A  T-R-U-E-S-D-E-L-L.
9    Q  Okay.  Anything else?
10   A  I think that's enough.
11   Q  And when did you go by the name of
12  Marjorie Jane Motluck?
13   A  When I was married to Raymond Motluck.
14   Q  What were the years of that marriage to
15  Mr. Motluck?
16   A  1970 to '75.
17   Q  1970 to '75?
18   A  Uh-huh.  (Moved head up and down.)
19   MR. BAKER: That's a yes.
20   MR. BRODERICK: Thank you.
21      Q  When did you go by Marjorie Jane
22  Truesdell?
23   A  When I was married to Mr. Truesdell.
24   Q  And when were you married to Mr.
```

Page 26

```
1  Truesdell?  Just give me the years.
2    A  Let's see.  Eleven months, '81 to '82.
3  In that area.  I'm sorry I can't be more specific,
4  but.
5    Q  That's fine.
6    A  I'd have to look that up.
7    Q  And so Minor's your maiden name?
8    A  Yes, it is.
9    Q  What is your date of birth?
10   A  Eight, August 2nd, 1946.
11   Q  Okay.  And where were you born?
12   A  Keokuk, Iowa.  K-E-O-K-U-K, Iowa.
13   Q  Were you raised in Iowa?
14   A  No.  Carthage.  There just wasn't a
15  hospital there when I was born.
16   Q  Is that Carthage, Illinois?
17   A  Yes, it is.
18   Q  Have you ever been convicted of a crime?
19   A  No.
20   Q  Did, with regard, the marriage with Mr.
21  Motluck ended in a divorce.  Is that correct?
22   A  Yes.
23   Q  And did the marriage with Mr. Truesdell
24  also end in a divorce?
```

Page 27

```
1    A  Yes.
2    Q  Did you have any children by either
3  marriage?
4    A  One child by the first marriage with Mr.
5  Motluck.
6    Q  Okay.  And is that a boy or a girl?
7    A  A male.
8    Q  And his name?
9    A  Randall Raymond Motluck.
10   Q  And how old is Randall?
11   A  Thirty-one.
12   Q  And what is your current address?
13   A  3200 Blueberry Lane, Springfield,
14  Illinois, 62707.
15   Q  And is that a house?
16   A  Yes.
17   Q  And do you own?
18   A  Me and the bank, yes.
19   Q  Do you own any other properties?
20   A  Not that I know of.
21   Q  And how long have you lived at the
22  address at Blueberry Lane?
23   A  Since 1991.
24   Q  Do you currently live with anyone?
```

Page 28

```
1    A  My cat, Rudy.
2    Q  Prior to 1991, where did you live?
3    A  Yorkville.
4    Q  Okay.  Do you remember the address in
5  Yorkville?
6    A  14 Park Drive.
7    Q  Is that Illinois?
8    A  Yes.
9    Q  Okay.  Was that a house?
10   A  House.
11   Q  Did you own the house?
12   A  (Moved head up and down.)  Yes.
13   Q  And how long did you live at the address
14  in Yorkville?
15   A  I knew you were going to ask me that
16  one.  Approximately 1985 to 1990.
17   Q  And where did you live prior to that?
18   A  Carthage, Illinois.
19   Q  And how long did you live in Carthage at
20  that time?
21   A  Let's see.  Man alive.  Until 1985 but
22  I'm just, I got a promotion and I'm trying to
23  remember.  I think just '84 and '85 but I can't
24  tell you for sure.
```

Page 29

1    Q   Did anyone live with you at the address
2   in Yorkville?
3    A   My son.
4    Q   For the whole time period?
5    A   Yes.
6    Q   And did anyone live with you at the
7   address in Carthage?  Do you remember the
8   address--strike that?
9    A   I just know it's Walnut Street.
10   Q   Walnut Street in Carthage?
11   A   Uh-huh.  (Moved head up and down.)
12   Q   And was that a house?
13   A   Yes.
14   Q   And you owned that house?
15   A   Me and the bank.
16   Q   And who lived with you at the address in
17  Carthage?
18   A   Randy, my son.
19   Q   And where did you live prior to that?
20   A   Springfield.
21   Q   Okay.  Do you remember the address in
22  Springfield?
23   A   Oh, dear.  Let's see.  Well, I lived, I
24  rented a duplex in Chatham and I want to say the

Page 30

1   road was Walnut but I don't think it was.  I don't
2   remember the address and I also had an apartment on
3   Concord in West Chester.
4    Q   Do you remember the period of time,
5   what's the period of time that you lived in
6   Springfield?  Do you remember the years?
7    A   Would have been approximately, you know
8   what?  If I looked at my resume I could just tell
9   you this but it was approximately November because
10  it was all job related when I got promoted or when
11  I moved.  I think it was like I went through
12  training like in November.  So October, November.
13  Something like that in Springfield of, what did I
14  say?  '82?
15   Q   And so from '82 to '84, you had an
16  apartment on Concord in West Chester and you also
17  rented a duplex in Chatham?
18   A   Yes.
19   Q   Prior to 1982, where did you live?
20   A   California.
21   Q   Where at in California?
22   A   Redding.
23   Q   And was that a house or an apartment?
24   A   A house.

Page 31

1    Q   Did you own the house?
2    A   We were renting the house.
3    Q   And who were you living with at that
4   time?
5    A   Mr. Truesdell.
6    Q   And did your son live with you at that
7   time?
8    A   I had custody.  There were times that he
9   would go and visit but I had custody, so yes.
10   Q   Did anyone else live with you in Redding?
11   A   No.
12   Q   And how long did you live at the, when
13  did you first start living at the address in
14  Redding?  The range of years that you lived in
15  Redding?
16   A   The range of years?  I would say '80 to
17  '82.
18   Q   Prior to living in Redding, where did you
19  live?
20   A   I lived in the Bay area.
21   Q   Okay.  What, specifically what--
22   A   Dublin.  I had an apartment and I do not
23  remember the name of the street that it was on.
24   Q   What years did you live there?

Page 32

1    A   It would have been like, I believe it was
2   in '76 to the '79, '80 time frame.
3    Q   And did you live with anyone then?
4    A   My son.
5    Q   Anyone else?
6    A   No.
7    Q   Prior to the address in Dublin?
8    A   Off the record for a minute.
9    Q   Prior to 1976, where did you live?
10   A   Carthage, Illinois.
11   Q   And how long did you live in Carthage,
12  Illinois at that time?
13   A   From approximately August of '82 'til the
14  10/11 of '82.  Then I went with Abbott and I moved
15  to Springfield.
16   Q   Prior to living in Dublin, I'm sorry.
17  Where did you live in Carthage at that time?
18   A   Apartment.
19   Q   Prior to the address, prior to the time
20  you lived in Dublin, California, where did you
21  live?
22   A   Apartment.  Wait a minute.  What again?
23   Q   My understanding is you moved to Dublin,
24  California from '76 to '78 or '79.  Is that

Jane Minor

**Page 33**

1  correct? I'm just wondering where did you live
2  prior to '76?
3      A 1975 is when the divorce ended, I went to
4  Carthage. Lived in an apartment until the '76 time
5  frame when I moved to California.
6      Q Prior to moving to Carthage in '75, where
7  did you live?
8      A Okay. Downers Grove, Illinois in a home
9  with Mr. Motluck.
10     Q What period of time did you live there?
11     A I just know that we lived in an apartment
12  in 1970 when we got married. Bobeann (sp)
13  Apartment. Then we bought the house in Downers
14  Grove, 1106 60th Place. I remember that.
15     Q Prior to the time of living in Downers
16  Grove, where did you live?
17     A You mean other than the Bobeann Apartment
18  at Lisle that I just told you?
19     Q Okay. So you were in Lisle and then
20  Downers Grove? Yes, before Lisle.
21     A Chicago, Laramie. That's all I remember
22  was on Laramie.
23     Q Was that a house or an apartment?
24     A An apartment.

**Page 34**

1      Q Who did you live with, if anyone?
2      A Randy wasn't born yet. I was thinking
3  where was Randy. Nobody.
4      Q Okay.
5      A Sorry for that.
6      Q How long did you live in that apartment
7  in Chicago?
8      A After I graduated in 1968 from the
9  University of Illinois, I moved to Chicago to that
10  apartment.
11     Q Okay. And while you were in college at
12  University of Illinois, where did you live?
13     A I believe the whole time I lived at
14  Wefqoga, W-E-F-Q-O-G-A, which is a house for girls
15  represented by the Wefley (sp) Foundation,
16  Methodist affiliation.
17     Q On campus?
18     A Uh-huh. (Moved head up and down.)
19     Q Okay.
20     A Illinois Street.
21     Q Prior to moving to campus at University
22  of Illinois, did you live at the same address in
23  Carthage, Illinois where you were raised?
24     A Yes. Thank God.

**Page 35**

1      Q Since you've lived at the address on
2  Blueberry Lane, has your son lived with you for a
3  period of time at the address on Blueberry Lane?
4      A I dated, but to the present?
5      Q Does your son live with you?
6      A My son.
7      Q Yes. Since my understanding is you lived
8  at the address on Blueberry Lane--
9      A Yeah, he lived with me.
10     Q Until what time?
11     A He graduated high school in 1991.
12     A He graduated high school in 1991.
13     A Then he went to college.
14     Q Okay. Did he move back in?
15     A Oh, yeah. In the summertime, home for
16  weekends and things. So I guess he still lived
17  with me, huh? I guess you can call it as you want.
18     Q Then after college, did he move back in
19  for a while?
20     A Yes. Not long. He got his own apartment
21  pretty quickly.
22     Q Okay. Do you know approximately when?
23     A Oh, my gosh. Let's see. No.
24     Q Okay.

**Page 36**

1      A Just can't remember that.
2      Q Is your, has your mom lived with you for
3  periods of time at the address at Blueberry Lane?
4      A No. She just comes and stays with me
5  periodically.
6      Q Okay. But she has a residence elsewhere?
7      A Oh, absolutely.
8      Q Just generally, outside of work, I
9  realize you been working since, but presently, are
10  you basically self-sufficient?
11     MR. BAKER: What do you mean by
12  self-sufficient?
13     THE DEPONENT: Yeah. What do you mean?
14     MR. BRODERICK: Q Do you have any
15  limitations on daily activities?
16     A Yeah.
17     Q Okay. Could you describe those for us?
18     A Okay. I have someone help me drive
19  frequently if I feel, unless I feel really good,
20  like my medicine isn't bothering me at all, I have
21  someone drive me. Someone helps me clean the
22  house.
23     Q Do you have a cleaning service?
24     A No. I've had whoever was available when

1  I needed cleaning and anything lifting and also
2  carrying the laundry basket up the stairs.
3      Q  So presently today you have someone help
4  you clean the house?
5      A  Uh-huh.
6      Q  And is it a cleaning service?  It's not a
7  cleaning service?
8      A  Uh-uh.
9      Q  Who usually helps you?
10     A  One lady is Ruth Ann Boren (sp).
11     Q  Is she a neighbor?
12     A  No.  I just heard of her through another
13  person that she did a good job.
14     Q  I see.  And you pay her?
15     A  Uh-huh.  (Moved head up and down.)
16     MR. BAKER: Let's go off the record for a
17  second.
18         (Discussion off the record.)
19     MR. BRODERICK:  Q  Now, when you say you
20  drive frequently, presently at times do you drive
21  yourself?
22     A  There are times.
23     Q  Could you break it down to a percentage
24  how many times, how often you drive yourself and

1  how often you have someone drive yourself?  Could
2  you give us a percentage of time?
3      A  Most of the time someone drives me.
4      Q  Are you able to feed yourself?
5      A  Yes.
6      Q  Are you able to bathe yourself?
7      A  Yes.
8      Q  When you go shop for essentials, such as
9  food or clothing, are you able to do that on your
10  own?
11     A  Sometimes.
12     Q  Most of the time someone assists you or--
13     A  Sometimes someone assists me if I need
14  the help.  However, other times earlier on, I just
15  seemed to need the help most of the time.  Is that
16  what you asked me?
17     MR. BRODERICK: Why don't you just read the
18  question back and her answer?
19         (Whereupon the requested
20         portion of the record was read
21         back by the Reporter.)
22     MR. BRODERICK:  Q  Just so I'm clear,
23  sometimes you're able to do those, to shop for the
24  essentials on your own.  Is that correct?

1      A  When they're, I get some small amounts
2  myself.  Have somebody load them into the car for
3  me.  Then wait 'til somebody comes over and help
4  unload them.
5      Q  Are you able to at times drive yourself
6  to the store on your own?
7      A  Yes.
8      Q  At other times you need assistance?
9      A  No.
10     Q  No.  I'm sorry.
11     A  Yes.  I need assistance.  No, I don't.
12     Q  Let me start over.
13     A  Say that again, please.
14     Q  Are there times, are you able to drive
15  yourself to the store alone?
16     A  Sometimes, yes.
17     Q  Are there other times when you need
18  someone to assist you in driving to the store?
19     A  Yes.
20     Q  And again I'll ask you if you can break
21  it into a percentage of times how often do you need
22  to have someone drive you to the store.
23     A  I don't think I can tell you a percentage
24  but very frequently I need some help.

1      Q  Okay.  Thank you.
2          Do you have any pets?
3      A  Yes.
4      Q  Okay.  What pets do you have?
5      A  One Himalayan cat, Rudolfo.  Rudy for
6  short.
7      Q  Okay.  We've covered personal hygiene,
8  but basically all aspects of your personal hygiene
9  you're able to take care of by yourself?
10     A  I certainly hope so.
11     Q  Okay.  I need to ask.  Are you able to
12  clean your clothes and do your laundry?
13     A  Sometimes.  Can I clarify that?
14     Q  Please.
15     A  Early on, no.  And until more recently
16  because, I couldn't carry things up and down the
17  stairs.  That inhibited me because my washer and
18  dryer are downstairs so it's kind of like it
19  limited my ability to do my laundry.  You see what
20  I mean?
21     Q  Yes.
22     A  Not that I couldn't put the machine on
23  and put soap in and put what I wanted in but that,
24  the carrying of things.

**Page 41**

1  Q  So presently today you're able to operate
2  the machines but the carrying the loads you need
3  assistance?
4  A  Yes.
5  Q  Okay.  When you say earlier on, was there
6  a time since October of 2001 where you needed
7  assistance in the entire process in doing laundry
8  and operating the machines?
9  A  No, not at all.  I'm speaking of from the
10  time I went on disability.  I think it was October
11  19th, 2001.  At that time is when.  I never needed
12  assistance before then.
13  Q  Is the assistance you need in carrying
14  the loads due to the problems with your back?
15  A  It is a combination.  I have to be
16  careful not to lift too much or it does bother my
17  back but primarily and most recently, it's been
18  because of the atrial fibrillation.  If I have it,
19  your atria are fluttering and so you don't get
20  enough oxygen and frequently, it would just set off
21  the atrial fibrillation if it wasn't already going
22  at that point.  I don't know.  It was not a good
23  deal and I had to sit down.
24  Q  Okay.  And in shopping for essentials

**Page 42**

1  that we discussed previously, what is the
2  limitation on that due to to the best of your
3  understanding?  Is it the same combination of
4  factors we just discussed?
5  A  I don't think I understand.  What do you
6  mean?
7  Q  When we discussed previously that you
8  needed assistance in shopping for food and clothing
9  and driving, is it your understanding that the
10  limitation, your limitation on your ability to do
11  those things, is that due to your back?
12  A  It's a combination.
13  Q  Okay.  And if you could, just briefly
14  list the understanding of, of what factors limits
15  those activities?
16  A  For example?  I guess that's what you're
17  wanting.
18  Q  Yes.
19  A  If I'm just going to get a small amount
20  of fruit or a couple of TV dinners, then not very
21  much that weighs anything, then that's not
22  something that I probably need assistance with.
23  Although, I have the guy that packs them put them
24  in the car and if I'm going for soda or water like

**Page 43**

1  these, I have someone push the cart, put it into
2  the cart, push the cart, push it out to the car and
3  load it into the car and then I cut the bottom of
4  the package and take them a few at a time until
5  someone--
6  Q  And my question is--
7  A  Is that--
8  Q  Let me just try and clarify that.  Is it,
9  in terms of what physical factors limit you, what
10  is the cause of the limitations?  Is it your back
11  and the atrial fibrillation?
12  A  Yes.
13  Q  Is there anything else?
14  A  No, not that I can think of at this
15  point.
16  Q  Okay.  I know.  Do you have any interest
17  in gardening?
18  A  Yes.
19  Q  Are you able to engage in gardening?
20  A  I pay someone to come and dig any hole
21  or--
22  Q  Do any plantings?  Do you do any
23  plantings on your own?
24  A  Not much on my own.  I can repot

**Page 44**

1  something up at this kind of level.
2  Q  And--
3  A  I do a lot of directing.
4  Q  The cause of the physical limitations in
5  gardening would then be due to the problems with
6  your back and the atrial fibrillation?
7  A  Yes.
8  Q  Anything else?
9  A  No, not that I know of.  I can't think of
10  at this time.
11  Q  Are you able to pay your bills on your
12  own?
13  A  Yes.  Well, I've had, can I clarify
14  that?
15  Q  Sure.
16  A  I have had assistance in sorting through
17  the desk and getting the bills lined up, like what
18  is due.
19  Q  And who has assisted you with that?
20  A  Sally Siepel (sp).
21  Q  Who is she?
22  A  She's a friend.
23  Q  How frequently does she assist you
24  organizing your finances?

Page 45

1      A  Not too often because I don't like
2  somebody to do that.  Only if I just feel buried.
3      Q  Has she assisted you this year?
4      A  Yes.  Last week.
5      Q  Are you currently in a relationship?
6      A  No.  What do you mean relationship?
7      Q  Are you dating?
8      A  Male female relationship?
9      Q  Correct.  Are you dating or seeing
10  anyone?
11      A  No.
12      Q  Would you describe a typical day for you?
13      A  Do you want me to be so detailed as that
14  I wake up and take a pill and brush my teeth?
15      Q  Something, yes, something to that effect,
16  yes.
17      A  Wake up and, you know, do my little
18  routine, brushing teeth, etcetera.  Then I fix
19  oatmeal so I can take something in my stomach when
20  I take my first pill.  Then I take a shower and
21  then I guess that depends.  Seems like lately I've
22  been trying to go through papers most of the day
23  and trying to recall what happened.
24      Q  Related to the allegations in the

Page 46

1  lawsuit?
2      A  Yes.
3      Q  Okay.
4      A  I eat, take my medicine on time.  I don't
5  know.  Drink water.  Are you, is there something
6  else you're asking me that I'm totally missing?  I
7  feel like there is.
8      Q  I'll try and assist you.  Do you engage
9  in exercise during the day?
10      A  No.
11      Q  How active would you characterize
12  yourself in a typical day?
13      A  That's a relative question.  Do you mean
14  as opposed to before this?
15      Q  No.  I mean presently.
16      MR. BAKER: When you say active, are you
17  talking about physically active, socially active,
18  participating in organizations?
19      MR. BRODERICK:  Q I mean the both of those
20  things.  How physically active are you during the
21  day?
22      A  I would have to say not very.
23      Q  Okay.  How socially active are you?
24      A  Sometimes a friend will take me to lunch

Page 47

1  or supper.
2      Q  Are you a member of any organizations?
3      A  Not at this time.  No, that's not true.
4  I recently joined the International Haviland
5  Society, or something like that.
6      Q  What is that society?
7      A  It's in regard to Haviland China.
8      Q  What do you do in connection with that
9  society?
10      A  I went to one program at the State Fair
11  ground where I joined and they told me how to
12  distinguish one china plate from another china
13  plate.
14      Q  Okay.  Do you keep appointments or
15  regularly scheduled appointments during the day?
16      A  Doctors, and if somebody wants to take me
17  to lunch or something like that.  Is that what you
18  mean by appointments?
19      Q  Yes.
20      A  It's primarily for like doctors or lab
21  tests.
22      Q  Do you have any other social interests or
23  any interests, any other interests that you engage
24  in during the day?

Page 48

1      A  I sing to myself.  I love to listen to
2  music.  I try to play the piano a little bit.  I
3  like to read so I do that.  Trying to, I'm trying
4  to gain my ability to paint some.  It's just hard
5  right now.
6      Q  Are you predominately home for most of
7  the day?
8      A  Yes.
9      Q  And at night as well?
10      A  Yes.
11      Q  Since March of 2004, the reason why I'm
12  asking that is because that's the last day we got
13  some records from Dr. Bohlen so I just want to ask
14  you.
15      A  I wondered what happened then.
16      Q  Have your moods altered or changed much
17  during that time period from March '04 'til today?
18      A  Only I've been significantly more
19  stressed this last month about the deposition.
20      Q  Okay.  Anything else?
21      A  I guess he would have to evaluate that.
22  I don't think so.
23      Q  Have you seen Dr. Bohlen since March of
24  '04?

Page 49

1     A  Oh. March of '04. I see him once a
2  month, so yeah, being as how this is September.
3     Q  Okay.
4     A  Sorry.
5     Q  Any other significant mood alterations
6  that you can recall at this time?
7     A  (Moved head from side to side.) Just the
8  same pretty much.
9     Q  And how have you been sleeping?
10     A  The best way to describe it is before
11  October of 2001, I laid in my bed and the other
12  half didn't have to be made and now I wake up many
13  times and the bed looks like the first World War.
14  Pillows on the floor and everything. I'm not
15  sleeping well.
16     Q  Even today?
17     A  Even last night.
18     Q  I mean when I say today, I mean presently
19  in the recent time period. So that continues until
20  recent times?
21     A  Yes, sir.
22     Q  Okay. Thank you. How's your appetite
23  been?
24     A  Over all, I've gained 30 or 40 pounds

Page 50

1  since this thing has happened because when I get
2  really feeling depressed or something, I guess I
3  eat.
4     Q  And recently, have you been eating more
5  or less than usual?
6     A  Pill time.
7     MR. BRODERICK: Okay. We'll go off the record.
8              (Whereupon a break was taken.)
9              (Whereupon the requested
10              portion of the record was read
11              back by the Reporter.)
12     THE DEPONENT: I have tried to be much more
13  health recently and eat, you know, fresh vegetables
14  and instead of just like getting stuff, fast food
15  or something like that. Is that what you asked?
16     MR. BRODERICK: Q  No. I mean has your
17  appetite been down or up?
18     A  I'm sorry.
19     Q  Have you felt like eating or not?
20     A  Sometimes I don't feel like eating at
21  all. Sometimes I eat and it doesn't even, I mean
22  it's like my stomach is in acid, so.
23     Q  Okay. Thank you.
24     A  And I wake up in the middle of the night

Page 51

1  and I eat crackers or something to calm my
2  stomach.
3     MR. BRODERICK: Okay. Let's go off the record.
4              (Whereupon a short break was
5              taken.)
6     MR. BRODERICK: Let the record reflect we took
7  a break at noon and we're back on the record at
8  12:11.
9     Q  I just want to ask you a few
10  questions about how you're feeling today and I just
11  want to ask do you feel, do you have any
12  nervousness or anxiety today?
13     A  Some.
14     Q  Do you have any feelings of helplessness
15  today?
16     A  No.
17     Q  Or recently?
18     A  What do you mean?
19     Q  If not, then you don't.
20     A  I guess I don't.
21     Q  Okay. Have you had any feelings of guilt
22  recently?
23     A  (Moved head from side to side.)
24     MR. BAKER: That's a no?

Page 52

1     THE DEPONENT: That's a no.
2     MR. BRODERICK: Q  Okay. Let me, do you
3  have a high school education?
4     A  Yes.
5     Q  Okay. Where did you graduate from high
6  school?
7     A  Carthage Community High School.
8     Q  And how were your grades?
9     A  I was in the top 10 percent of the class
10  and won an Illinois state scholarship.
11     Q  And then you went to the University of
12  Illinois?
13     A  Uh-huh.
14     Q  And when did you graduate from there?
15     A  1968.
16     Q  And in what?
17     A  Major in microbiology, minor in zoology,
18  chemistry and voice, music.
19     Q  And did you go on to pursue another
20  degree after that?
21     A  After I got divorced in 1975, I went to
22  nursing school.
23     Q  Okay. And where did you do that?
24     A  Southeast College. Is it Southeast?

## Page 53

1 Southwest? It's near Keokuk, Iowa. Southeastern.
2 It's like a nursing program.
3    Q  Is it located in Iowa?
4    A  Near Keokuk, Iowa.
5    Q  Did you obtain a degree?
6    A  I did not.
7    Q  How long did you attend there?
8    A  I was the number one student in the
9 class. I attended approximately one and a half of
10 a two year program. One and a half years of a two
11 year program.
12    Q  And did you earn a degree in one and a
13 half years or did you not complete it?
14    A  I did not complete it.
15    Q  Why did you not complete it?
16    A  Because my son went on his first
17 visitation from me. He was two years old and a
18 friend in California invited me to come there.
19 Having never seen California, once I saw it, I
20 decided that I wanted to go to California. So I
21 did.
22    Q  Okay. And did you work out in
23 California?
24    A  Yes.

## Page 54

1    Q  Where did you work?
2    A  My first job was with Holister Stier
3 selling allogenic extracts to physicians.
4    Q  What was your first job outside of
5 college?
6    A  Abbott Laboratories in North Chicago,
7 only they had a Courtland Scientific Product
8 Division on Division and Clark Street. Do you want
9 me to say that again? Courtland.
10    Q  And what year did you first start at
11 Abbott, outside of college?
12    A  In '68.
13    Q  And what was your position?
14    A  I was in charge of the manufacturing
15 aspect. May I explain that further?
16    Q  Sure.
17    A  This was a new division of Abbott and
18 they wanted to create a panel for testing blood
19 types. You're probably familiar with ABO and the
20 Rh factor and there are Kells and Ws and all kinds
21 of things like that. So I was responsible for
22 taking the plasma, converting it to serum and
23 testing the dilution appropriate so that it would
24 clot so that people could do a good panel on people

## Page 55

1 that are going to get a transfusion.
2    Q  What was the, did you have a title?
3    A  I don't remember.
4    Q  Did you supervise others?
5    A  At that point there was just me in that
6 area and there were other, there were registered
7 medical technologists in the other areas but I was
8 pretty much at first the only one there except for
9 there was one boss over all of us.
10    Q  Were you supervised? There was one boss
11 over all of you.
12    A  (Moved head up and down.)
13    Q  And how long did you have that position
14 at Abbott?
15    A  Until I got married. 1970.
16    Q  And did you work from 1970 to '75?
17    A  Yes. Well, I worked until my son was
18 born in 1973.
19    Q  Where did you work?
20    A  I worked at Banker's Life Insurance
21 downtown on Adams in Chicago calculating insurance
22 claims.
23    Q  Calculating?
24    A  Yes.

## Page 56

1    Q  And then after that, did you, what was
2 your first job after your son was born?
3    A  Well, Randy was two when he left and I
4 went home and I went to nursing school.
5    Q  Did you work during nursing school?
6    A  No. That was enough to do I decided, I
7 guess. I can't remember working other than helping
8 mom or something like that.
9    Q  So then the next employment you had was
10 the position with Holister Stier?
11    A  Yes.
12    Q  And that was a sales position?
13    A  My very first sales position.
14    Q  And how long did you work there?
15    A  Approximately one year.
16    Q  Okay. And do you remember your salary?
17    A  No way. Sorry, but there's no way to
18 remember that far back.
19    Q  Do you remember what your territory was?
20    A  It was Fresno to the Oregon border and
21 all of Nevada except for Las Vegas.
22    Q  Do you remember how many accounts you
23 had?
24    A  No. Lots. Any general practitioner

Page 57

1 allergist basically.
2   Q  How did you transport yourself around to
3 visit your customers?
4   A  I drove.
5   Q  Do you remember how your commission's
6 calculated?
7   A  No.
8   Q  And did the company give you a car?
9   A  Yes, I believe so.
10   Q  And do you remember who your supervisor
11 was?
12   A  Al.  If you'll give me time, I might
13 think of it later.  Sorry.
14   Q  That's okay.
15   A  A long time ago.
16   Q  And how did you relate to Al?
17   A  Dishman (sp).
18   Q  Al Dishman?
19   A  Yes.
20   Q  And how did you relate to Al?
21   A  Nice guy.
22   Q  Did you have any disagreements with him?
23   A  No.  He trained me one day.  Said you're
24 ready.

Page 58

1   Q  Did he give you any reviews?
2   A  He always just said really positive
3 things about me.  We never had an argument or a
4 discourse.  He just gave me complete autonomy
5 because he knew I was working hard because I
6 brought in the sales.
7   Q  Did he ever conduct any annual, did he
8 conduct an annual review?
9   A  You know, I just can't remember if he did
10 or he didn't.
11   Q  Do you remember him conducting any formal
12 reviews?
13   A  It seems like vaguely we might have had a
14 meeting with other reps and me but I don't recall.
15 He really was strongly positive.  Under oath here,
16 he was always positive.  He liked the work that I
17 was doing.  He liked that I was increasing
18 business.
19   Q  I'm just wondering if you recall--
20   A  Paper review?
21   Q  Yes.
22   A  I do not recall.
23   Q  The feedback you recall getting from him
24 is oral?

Page 59

1   A  Oral and very positive.
2   Q  Okay.  And then where did you go after
3 Holister Stier?
4   A  A position became available that was more
5 local with Ciba, C-I-B-A.
6   Q  Where was that located?
7   A  Let's see.  I would have had East Oakland
8 and, you mean where was the home office located or
9 are you speaking of where my territory was?
10   Q  When you said it was more local, did you
11 mean that the territory was more?
12   A  My territory was much smaller so I could
13 be home at night with my son.
14   Q  Describe the territory.
15   A  East Oakland and Walnut Creek.  Do you
16 have a map of California and I could tell you the
17 different, you know.
18   MR. BAKER: East Bay area?
19   THE DEPONENT: Yeah.  Thank you.
20   MR. BRODERICK: Okay.
21   THE DEPONENT: How could I forget that?
22   MR. BRODERICK:   Q And how long did you work
23 at Ciba?
24   A  Approximately until I moved to Redding.

Page 60

1   Q  What was your position at Ciba?
2   A  I was a sales representative.
3   Q  What did you sell?
4   A  I sold Apresoline.  It's for blood
5 pressure and Slow-K.  Esidrix, E-S-I-D-R-I-X.  I
6 think there was something else.  Prethazide (sp)
7 and that's all I can remember.
8   Q  Okay.  Do you remember your salary?
9   A  No.
10   Q  Were you paid a commission?
11   A  We might have been paid a bonus.
12   Q  Do you remember how it was calculated?
13   A  Of course not.
14   Q  Okay.
15   A  Sorry.  No way.
16   Q  And how did you get around your
17 territory?
18   A  I drove.
19   Q  And did, was this a company car?
20   A  Yes.
21   Q  And do you remember the name of your
22 supervisor?
23   A  I can see his face.  Let me write that
24 down and come back to it if I can think of it.

|  | Page 61 |
|---|---|

**Page 61**

1  Q  Okay.  How old was Al Dishman?
2  MR. BAKER: When she worked for him?
3  MR. BRODERICK: Yes.
4  THE DEPONENT: Well, I didn't pay much
5  attention.
6  MR. BRODERICK:  Q  Was he a lot older than
7  you?
8  A  I was in my 20s probably and he was
9  probably in his 30s or something.  I'm not a good
10  guesser of ages.
11  Q  How old was your supervisor at Ciba, if
12  you remember?
13  A  About the same.  Kind of a, he might have
14  been 40.  I can't remember his name.
15  Q  Did you ever have any disagreements with
16  your supervisor at Ciba?
17  A  No.
18  Q  Do you remember if he gave you any
19  reviews, annual or quarterly?
20  A  I just don't remember.  I'm sure probably
21  with a company like that.  I did get the first 100
22  in the history of Ciba's test when I went through
23  training.  It was an essay test.  You're impressed,
24  right?  That's what I remember, when I did

**Page 62**

1  something really good.
2  Q  I'm impressed.  Do you remember the
3  nature of the feedback you received from your
4  supervisor at Ciba?
5  A  Al Mott (sp) was my trainer and he
6  thought I was, you know, really good with all the
7  product knowledge and the other guy that was my
8  boss, Dan or Don.  Don, I think, liked me a lot.  I
9  mean he thought I was doing just fine.
10  Q  Was he ever critical of you or anything?
11  A  Not that I can ever recall.  This
12  medicine, sometimes I just don't remember like I
13  used to.  Sorry.
14  Q  Okay.  Is it all the medicine combined or
15  is it a specific medicine?
16  A  I don't know.  Probably both.
17  Q  If you had to pick one of the medications
18  that you're on that you might attribute it to,
19  which one?
20  A  I don't know.
21  Q  Do you recall with your job at Holister
22  Stier if you were required to cover your accounts
23  with any particular frequency?
24  A  I was pretty free to cover them as I

**Page 63**

1  wished because, I remember this because my son
2  would go to his dad's for a month and during the
3  month that Randy was gone, I would travel every
4  night all through Northern California and Nevada so
5  that when Randy was back, I would be more local and
6  be home at night with him.
7  Q  Did you have a particular account list?
8  I think you said before you marketed that product
9  to any general practitioner.
10  A  I would go to the telephone book and find
11  out who was available.  Made up my own list, in
12  other words.
13  Q  With Ciba, did you have an account list?
14  A  Yes.  Account list.
15  Q  Do you remember how many accounts there
16  were?
17  A  No.
18  Q  Do you remember how often you visited
19  your accounts?
20  A  I know as a local rep, wherever I worked
21  as a local rep, and it's pretty well known in the
22  field, every four to six weeks.
23  Q  Okay.
24  A  It's just kind of a company standard, I

**Page 64**

1  believe.
2  Q  Okay.  And you believe that was a
3  standard in place at Ciba at the time?
4  A  Yes, I think so.
5  Q  Okay.  And you moved to Redding.  I can
6  look back in my notes to try and find out but you
7  stopped working at Ciba when you moved to Redding?
8  A  Yes.  I ran my husband's office.
9  Q  What was the name of that office?
10  A  Truesdell Chiropractic.
11  Q  What was your role there?
12  A  Everything except doing the adjustments.
13  Q  Office manager?
14  A  Yeah.  I ran the office.  I decorated the
15  office.  I did the commercials.  I designed the
16  sign.  I put the patients in their room and
17  anything they needed they would, you know, whatever
18  and calculated insurance claims.
19  Q  I recall that the marriage to Mr.
20  Truesdell lasted approximately a year or just under
21  a year?  Is that about the time frame you worked?
22  A  Yeah.
23  Q  Okay.  And after working at Truesdell
24  Chiropractic, where did you go to work then?

Page 65

1   A  Well, I worked at a veterinarian's office
2   which I have no idea the name of.  I just know that
3   I was trying to make some money to support my son
4   and to see if we could work it out.  So it was a
5   month or so, just.
6   Q  It was a vet, you say?
7   A  Oh, no.  I said like an assistant.  Like
8   you'd handle the cats and the dogs.
9   MR. BAKER:  You worked for a vet.
10  MR. BRODERICK:  Q  You worked for a vet.
11  A  Oh, yeah.  I worked for a veterinarian.
12  I thought you meant was I a veterinarian.
13  Q  That was for approximately a month.
14  A  A month, two months.  Not very long.
15  Q  And then where did you go to work?
16  A  I went back to Carthage, Illinois at that
17  point and within a couple of weeks I observed a car
18  with a rep in front of my local doctor's office and
19  I stopped and they were with Abbott Laboratories
20  and then within two weeks, an ad became available,
21  you know, the job became available in the paper so
22  I started working for Abbott.
23  Q  Okay.  Was that approximately in 1982?
24  A  1982.

Page 66

1   (Discussion off the record.)
2   MR. BRODERICK:  Okay.  Let the record reflect
3   we'll take a lunch break at 12:30.
4   (Whereupon a lunch break was
5   taken.)
6   MR. BRODERICK:  Let the record reflect we took
7   a lunch break at 12:30 and we're now back on the
8   record at 1:30.
9   Q  When we left off, Ms. Minor, we were
10  just about to discuss your career at Abbotts which
11  began in 1982?
12  A  Yes.
13  Q  Okay.  And in 1982, what job position did
14  you take?
15  A  Just like a regular sales representative.
16  Q  And how long were you in this position at
17  Abbott?
18  A  Oh, dear.  Let's see.  Until about 1985.
19  Can I just look at my resume and I could tell you
20  then more accurately or do you not care?
21  Q  Well, I'd like to--
22  A  Okay.  Just don't be surprised.
23  Q  (Continuing.)--explore your memory
24  without the resume.

Page 67

1   Do you recall your starting salary there?
2   A  No.
3   Q  Okay.  Between '82 and '85, did you, were
4   you given any raises?
5   A  Yeah, and I got a promotion.
6   Q  What was your promotion?
7   A  It was a promotion to selling physician
8   office diagnostic equipment.
9   Q  And when was that?
10  A  I think it was approximately 1985.
11  Q  Were you given benefits?
12  A  Always with every company.
13  Q  Was there a portion of your compensation
14  that was based on sales?
15  A  Yes, usually.  They usually, it's
16  generally the status in pharmaceutical companies,.
17  Q  And at Abbott during this time period,
18  1982 to 1985, what was the portion of your
19  compensation called?
20  A  Bonus.  Salary plus bonus.
21  Q  And do you remember how the bonus was
22  calculated?
23  A  Well, like when I sold equipment, it was
24  based on the number against my quota of instruments

Page 68

1   that I always was rated at.  With drugs, legitimate
2   drugs, we would be given a goal and of course, you
3   tried to exceed the goal wherever you were.
4   Q  And when you were in your initial
5   position at Abbott as a sales representative, what
6   product were you selling?
7   A  Okay.  Let's see.  How could I ever
8   forget this.  K-Tab was one of them.  I just sold
9   so many things for them so just let me think a
10  minute here.  I did sell Tranxene.  I know there
11  was something else.  Oh, Erythromycin, E.E.S 400.
12  Erythromycin Ethylsuccinate.
13  Q  Among those three products, between 1982
14  and 1985, then your compensation probably would
15  have been based on a goal that you had to reach?
16  Is that to the best of your understanding?
17  A  When I took over this territory, it was
18  like at the bottom of 80th and I brought it up to
19  the top 10 percent over that period of time.
20  Q  Just so I'm clear then, to the best of
21  your knowledge now or the best of your memory
22  today, when you were selling these three products
23  in 1982, 1985, your bonus was based on a percent to
24  goal or just exceeding a goal?

1    A  See, sometimes they would take into
2  account if you had a lot of dollar volume and then
3  it would be you would either have like a dollar
4  increase or if you had a real small territory, then
5  you'd get this huge percent increase. It wouldn't
6  be fair to the person who had a lot of dollar
7  sales. So they would take whatever was the better
8  one. So they tried to make it fair.
9    Q  Okay.
10    A  Did that make sense?
11    Q  Yes.
12    A  That was with pills.
13    Q  So was there a formula in place at the
14  time with various metrics that they used to
15  measure?
16    A  I'm sure there probably was. I give my
17  permission for you to go right a head find out
18  whatever.
19    Q  But today you don't know?
20    A  I don't have any idea.
21    Q  But you believe it took into account
22  growth as well as volume?
23    A  Yeah. It was like, just like I said. If
24  you had a really big account, you couldn't expect

1  to have the percent increase if somebody had a
2  diddly little amount in their sales. They had a
3  big percent. They gave you the benefit of the
4  doubt and you got the better of the two.
5    Q  Okay. Do you know who at Abbott was in
6  charge ever calculating the bonuses?
7    A  No.
8    Q  How many accounts approximately did you
9  have at this time period from '82 to '85?
10    A  All the doctors in Springfield, including
11  SIU and everything and Jacksonville and Lincoln
12  down to Taylorville. There were lots, and the
13  hospitals and the pharmacies.
14    Q  Oh, I see. So you were selling to a lot
15  of general practitioners?
16    A  Internal medicine, antibiotics and to
17  pediatricians, infectious disease.
18    Q  How large geographically was your
19  territory?
20    A  Like I said, it was located out of
21  Springfield. I went up to Lincoln in the
22  northeast, out to Jacksonville and I think this
23  territory was just to Taylorville but, and I don't
24  think it was Litchfield but, you know, so many

1  territories so many days later, I don't remember
2  exactly. That's pretty much--
3    Q  Pretty much Central Illinois with a
4  little around--
5    A  Just a little thing right around
6  Springfield.
7    Q  Did Abbott provide you with a vehicle?
8    A  Yes.
9    Q  And how did you cover your territory?
10    A  Every four to six weeks. It was never--
11    Q  Predominantly by driving?
12    A  Yeah. I didn't fly to Jacksonville.
13    Q  And who was your first supervisor there
14  at Abbott during '82 and '85?
15    A  Terry Sutton.
16    Q  And was he your supervisor for how long
17  do you think?
18    A  Well, he promoted me to, oh, you just
19  want 'til the time I got promoted, he was my
20  regular manager and then for his district. He
21  noticed that I could sell those instruments and
22  test packs so he wanted me to sell them for
23  everybody and they sell pills and I'd sell
24  instruments.

1    Q  Was he your immediate supervisor?
2    A  Yes.
3    Q  And he was in place as your supervisor
4  from '82 to '85?
5    A  Yes.
6    Q  Did he conduct reviews or evaluations?
7    A  Uh-huh. (Moved head up and down.)
8    Q  And do you know how often?
9    A  At least annual. I think we had annual
10  reviews.
11    Q  Could they have been more frequently or
12  do you know?
13    A  I think we just had annual reviews that I
14  recall.
15    Q  Okay. Do you recall the content of the
16  reviews?
17    A  Well, I think when I first became a sales
18  representative, because there was a lot of generic
19  Erythromycin competing for our brand named, he,
20  he's what you would call a driver driver, if you
21  know what that means.
22    Q  Why don't you explain?
23    A  If you had a quad of personalities, one
24  was an emotional or one was this and one was that,

Page 73

1 he was in the driver section and he was way up in
2 the corner of the driver. I mean it was openly
3 known because we did those kind of things, I guess.
4   Q Okay.
5   A He joked about it. But at any rate, so
6 he was, probably at the very first he wanted
7 everything turned around more quickly but as we
8 worked, I learned a lot from him and he liked that
9 I got all the sales. Figured out ways to get the
10 generic sales. I worked with wholesalers and what
11 not to turn things around. As I said, I went from
12 like 80 out of 80 in every single product when I
13 took the territory to the upper 10 percent and then
14 I got promoted to sell this instrument.
15   Q So how would you generally characterize
16 his reviews? Positive or negative?
17   A Positive.
18   Q Were there any negative components that
19 you recall?
20   A I just know he was one of the better
21 managers I ever had. He was really organized and
22 he was always there if I needed him and he'd answer
23 the call any time and I was always available to him
24 and we just, we worked well together--

Page 74

1   Q Okay.
2   A (Continuing.)--as a manager team.
3   Q Did he ever criticize you constructively
4 or otherwise?
5   A I know I'm perfect, however. Yeah.
6 Constructive or destructive, you mean?
7   Q Either way.
8   A I imagine he did some constructive
9 criticism because he was a real perfectionist.
10   Q Would you recall any instances?
11   A When I was, maybe when I was a, sold
12 equipment. I'm trying to think about how he worded
13 it. It was more like my expectations for everybody
14 were pretty high, that they would get good leads if
15 they wanted me to come out there and demonstrate
16 and sell it. I had high expectations.
17   Q You did?
18   A And he said that because I had them for
19 myself didn't necessarily mean everybody else had
20 such high expectations. That's the only thing. So
21 I thought that was a very reasonable thing for him
22 to say and it was true.
23   Q Okay. Do you recall anything else?
24   A (Moved head from side to side.)

Page 75

1   Q That's no?
2   A That's no.
3   Q How did you feel about that remark that
4 he made?
5   A I thought about it and thought I know
6 that's true. I do. I just always wanted to do
7 best. I wanted to be number one. I think he was
8 right.
9   Q So at that time you were in your mid
10 30s. Does that sound right?
11   A Let me think. My son--
12   MR. BAKER: Thirty-six.
13   THE DEPONENT: Yeah. Forty-six from '82 is
14 what?
15   MR. BRODERICK: Q My math is 36.
16   A Yeah. I was approximately 36.
17   Q Okay. Very good. And approximately how
18 old was Mr. Sutton at the time?
19   A You know, I really don't, to be honest
20 with you, I usually don't pay attention to age. I
21 have no idea how old you are, to be honest with
22 you. You'd probably rather I don't. But I think
23 that he was a few years older than me because he
24 had gray temples. Maybe I do and don't know.

Page 76

1   Q How often do you recall were you supposed
2 to cover your accounts? Of course, this is a
3 situation like you had previously with Holister, is
4 that correct, where you had a number of people in
5 the territory?
6   A Now, are you talking about when I sold
7 pharmaceuticals?
8   Q Yes. In '82 to '85, do you recall how
9 often--
10   A Four to six weeks.
11   Q Okay.
12   A And he never questioned it.
13   Q Okay. Is this the situation where you
14 had before where you were selling to a number, a
15 large number of--
16   A A large number of doctors.
17   Q Okay.
18   A Everybody.
19   Q Was it possible to see all of those
20 doctors, every single doctor who ever bought
21 anything from you in four to six weeks?
22   A No, not always.
23   Q Do you recall how many miles on average
24 did you travel a month?

Page 77

1  A  I don't recall. Whatever it took. I was
2  always thinking so I didn't have time to think
3  about how many miles it was. It's just not a thing
4  I do usually.
5  Q  Tell me a little bit about, you already
6  mentioned how you expanded the sales in your
7  territory and all products in the top 10 percent.
8  A  Pretty well what I remember.
9  Q  And how did you go about doing that?
10  A  Well, in Erythromycin E.E.S. 400 there
11  was a lot of generic which was a big competition
12  that he wanted to get rid of. So I went to the
13  wholesaler. Are you familiar with the structure of
14  wholesalers? They buy the drug from the company
15  and then distribute it to pharmacies or hospitals.
16  I don't like go and sell it for $50 or something,
17  some pills to somebody. I don't touch that, you
18  know. We had samples but, you know, I never sold
19  them like that. So I went out to the wholesaler
20  and talked with the buyer that I had rapport with
21  because I called on her all the time too and I was
22  talking to her about all the generics and she told
23  me that they had a newsletter that they sent out to
24  all the pharmacists and we had what were called

Page 78

1  Erythromycin deals and she was willing to put that
2  into their newsletter. And then on top of that, I
3  asked her if I could meet with the sales rep that
4  called on all these pharmacies, strength in
5  numbers, you know, and I met with him and out of my
6  own pocket I agreed to pay $100 to the one who sold
7  the most Ery-Tab. So I got all them selling to the
8  pharmacist which they had known for years and they
9  covered them every week. So that plus the deal and
10  we really wiped, pretty much wiped it out. And
11  when I go into pharmacies too, I would, you know,
12  why not have this product because it's a great
13  price and you, know, that Abbott is like the king
14  of Erythromycin. They make the best Erythromycin
15  in the world. Is that what you wanted to know?
16  Q  Yes.
17  A  That was one way I did it.
18  Q  Now, just again, then your next position
19  was an office diagnostic specialist?
20  A  Yes. And Terry Sutton, he was still my
21  supervisor.
22  Q  Do you know how long you were in that
23  position?
24  A  Well, let's see. First year, about a

Page 79

1  half, about a year and a half through with that,
2  Terry Sutton got a promotion. I don't know if it
3  was a year or a year and a half. But at any rate,
4  I made it through one whole year selling office
5  diagnostics. I know that. And because we, our
6  whole district then was like All Star, meaning our
7  highest award, because I sold Visions for
8  everybody, he got promoted and for whatever reason,
9  they just plain dissolved the Davenport district.
10  So at that point, they bumped off the POD
11  specialist in Chicago and I worked the Chicago
12  South POD specialist job with a man named John
13  McKee, M-C-K-E-E, and I took that territory from
14  the bottom to the, you know, one of the top ones.
15  Q  Okay. So it sounds like there was some
16  changes here in this time period. How long did you
17  hold this position as office diagnostic specialist?
18  A  Approximately '85 to, I think it was
19  about three years. Let me stop and think. Well, I
20  moved here in '90 and I must have been, I'm just
21  going to say from about '85 to about late '89 or
22  '90.
23  Q  Okay.
24  A  Something like that is the best I can

Page 80

1  remember. Okay.
2  Q  Was there an increase in salary with that
3  promotion?
4  A  Yes.
5  Q  Do you remember what range it was?
6  A  I know from Terry I got good raises.
7  Q  Do you recall approximately what you were
8  making in '86?
9  A  No.
10  Q  Did Mr. Sutton conduct any reviews or
11  evaluations of you during the year he was--
12  A  He gave me outstanding. I think he's the
13  one that, well, maybe it was McKee if there was an
14  area for improvement, he put none. It was pretty
15  nice. There was only down to go from there.
16  Q  What was your territory?
17  A  Okay. The first territory was Illinois,
18  Iowa to Des Moines and Missouri over as far as the
19  rep gave me leads, I guess.
20  Q  Okay.
21  A  And then the second territory was Chicago
22  South and so it was Illinois, Indiana to South Bend
23  and up into Michigan.
24  Q  And before the territory changed in the

Jane Minor

### Page 81

1  first part of that, how many accounts were in your
2  territories?
3      A  Well, jillions.  Seriously.  I mean say
4  if there are eight or ten reps underneath me and
5  they had the same division I just told you where I
6  called on every single doctor in every medical
7  center, potentially any one of those could be an
8  account.
9      Q  And as a diagnostic specialist, what were
10  you selling?
11      A  A blood chemistry analyzer by the name of
12  Vision.  Weighed 80 pounds and was 18 cubic feet.
13  I mean inches.  It would have been a big
14  instrument.  And I would demonstrate it and sell
15  it.
16      Q  And you had, who was under you?  You had
17  eight to ten reps under you?
18      A  Uh-huh.
19      Q  And you were managing them?
20      A  I was working with them.  I didn't have
21  what you would say authority over them.  They would
22  tell me when they thought they had a lead that
23  would potentially sell an instrument.  So I would
24  schedule with those doctors and come in and get the

### Page 82

1  contract, which was fun, and then I would come
2  back, set up a time and come back and train them
3  how to use it.
4      Q  And did you have to conduct any
5  evaluations of these reps that you supervised?
6      A  No.  I was, I was not required.  That
7  wasn't my job.
8      Q  And did, what was the, did you get a,
9  some compensation based on sales at this time as
10  well?
11      A  Yeah.  I mean pretty much always it was
12  sales, it was salary plus bonus.
13      Q  So it was called a bonus?
14      A  Bonus.  Pretty much with Abbott I think
15  that's just the way it is.
16      Q  Was this commission based on gross sales
17  or volume or this bonus?  Was it calculated similar
18  as it was when you were a sales rep?
19      A  I always sold more Vision than they ever
20  requested me to.  I was the number one rep in the
21  nation and then when they sold Celltrak, another
22  piece of equipment, I sold the most in the nation
23  and I helped train other reps.  All I know is I did
24  really well.

### Page 83

1      Q  So if I asked you what the formula was
2  for calculating your bonus--
3      A  I have no idea.
4      Q  Okay.  Just let me finish the question.
5  If I asked you what the formula was for calculating
6  your bonus from 1986 to 1990 as an office
7  diagnostic specialist, would you be able to tell me
8  the components of the formula?
9      A  Well, I didn't tell you we also sold
10  Testpak Hcg, reagents for the Vision instrument.
11  It was a really large centrifuge, heavy, real
12  expensive cartridges and as the centrifuge went
13  around, it turned certain ways and mixed things for
14  cholesterol or glucose or whatever.
15      Q  I see.  So you had a number of products
16  you were selling.
17      A  I had a number of products I was
18  selling.
19      Q  And based on the sales from those
20  products, there was a bonus calculated.
21      A  Right.
22      Q  I was just wondering, very good.  Do you
23  know what the exact metrics were of the components
24  of the formula was?

### Page 84

1      A  No.
2      Q  Is it your understanding it was somehow
3  based on volume and growth or some combination
4  thereof?
5      A  I would think that most sales would be
6  based that way.
7      Q  Okay.  And for the time period that you
8  were an office diagnostic specialist, did you, do
9  you know who was responsible for calculating your
10  bonus?
11      A  No.
12      Q  Just so I know, all the products, blood
13  chemistry--
14      A  Analyzer.
15      Q  Analyzer.  Did that have a name?
16      A  Vision, V-I-S-I-O-N.
17      Q  And Celltrak.  Is that it?
18      A  Yeah.  It did like CBC, complete blood
19  counts or things like that and Testpak Hcg was
20  testing for pregnancy and then we had one that
21  tests for Strep, like Strep throat.
22      Q  Did you personally go to Missouri or Iowa
23  during this time period?
24      A  Yes.

Page 85

1  Q  And how did you travel to those places?
2  A  Car.
3  Q  And were you living in Springfield at the
4  time?
5  A  The first one I moved to, Carthage.
6  Remember the house on Walnut?
7  Q  Okay.
8  A  My son was in middle school and I moved
9  to a home near there and my mother lived in that
10 town because he was young and I was gone a lot.
11 Q  Did you have any difficulties getting to
12 Missouri or Iowa by car at that time?
13 A  (Moved head from side to side.)
14 Q  That's no?
15 A  I'm sorry.
16 Q  That's okay.  I appreciate it.  Then at
17 some point in time did you say after one year the
18 territory dissolved?
19 A  After, I just know that after I won the
20 Allstar in our whole district, there were a lot of
21 Allstars because they did books on my pills.  My
22 boss was really brilliant because he was the first
23 one that really recognized since I could sell that,
24 why not let me focus on all that and let the people

Page 86

1  who sold pills sell pills because it was a hard
2  transition.  We didn't have any new products and
3  we, Abbott Diagnostic was a world leader in
4  diagnostic.  So they got diagnostic, office
5  diagnostic instrument because we had the contact
6  and they just recognized I could sell it, so I went
7  around and sold it for all of them and installed it
8  and thus, we had a lot of sales from the regular
9  reps because they weren't burdened down like the
10 rest of the nation where people were trying to sell
11 it on their own and they eventually got them a
12 specialist and what not.
13 Q  So what was, what changed after one year?
14 A  He just got promoted.
15 Q  Then what was dissolved?  The Davenport
16 district?
17 A  Yes.
18 Q  That was of the name of the district that
19 he had?
20 A  Quad Cities, I guess.  Quad Cities.
21 Something like that.
22 Q  And did then those states, and then what
23 district was formed after that that you were put
24 into?

Page 87

1  A  Chicago South.
2  Q  Chicago South.  Okay.  And that was
3  located, where was the center of that district?
4  A  Chicago.
5  Q  Did you have to move?
6  A  Yes.
7  Q  And where did you move?
8  A  That would have been when I moved to off
9  Highway 47 to Yorkville.
10 Q  Okay.  And I think you testified
11 previously the accounts of that territory
12 located in Michigan, Indiana and Illinois.  Did you
13 travel to those accounts by car?
14 A  Car.
15 Q  Did you have any problems going to
16 Michigan or Indiana?
17 A  (Moved head from side to side.)
18 Q  Do you know what the furthest you had to
19 travel?
20 A  Yeah.  One day I drove clear down to
21 Centralia and back from Chicago.  That was probably
22 the furthest drive.  I think that would have been
23 the furthest.
24 Q  And John McKee, what products were you

Page 88

1  selling at this point?
2  A  The Vision blood chemistry analyzer,
3  Testpak Hcg and the Strep test and all the reagents
4  for the Vision.
5  Q  The same products as before?
6  A  And I know I did have the highest, I know
7  I had the highest volume, everything like that for
8  Testpak Hcg.
9  Q  And with John McKee, did John McKee give
10 you reviews?
11 A  Yeah.
12 Q  Do you know how frequently?
13 A  Yearly.  I think Abbott pretty much did
14 an annual review.
15 Q  And do you remember what those reviews
16 said?
17 A  I got outstanding and that was, he was
18 the man that said for an area of improvement none
19 necessary.  He just, he knew I knew what I was
20 doing and he just let me do it as long as it
21 worked, I guess.
22 Q  Did you ever have any disagreements with
23 Mr. McKee or Mr. Sutton?
24 A  I'm trying to think.  I was thinking gee,

Page 89

1  am I the perfect angel? Let me see. If I had any,
2  well, I remember once we were going to go to a
3  Davenport meeting and I had started from
4  Springfield up Highway 67 and the snow was so high,
5  I don't know, December, January, something, that
6  they were going to have to get an endloader to
7  clear the road. So I went back to Springfield to
8  call him that, you know, I wasn't able to get there
9  and he said well, did you try going up 55. I
10  didn't really disagree with him so much as I saw
11  these jackknifed trucks along the way and I crept
12  along and got in really late in the day. So I
13  thought, I did what he said. That's all. I just
14  did what he said.
15    Q  How did you feel about that?
16    A  I was the kind of person that I wanted to
17  be at a meeting if it was there. I knew it was
18  important to be there to interact with people. But
19  I was scared driving for all hours of the night and
20  going past all these jackknifed trucks did not
21  thrill me at all. But we never had words about it
22  or anything like that.
23    Q  Okay.
24    A  He just said to do it and I did it. So

Page 90

1  it was really straight forward.
2    Q  How often were you to cover your
3  territory? Do you recall at this point in time?
4    A  I would get a lead from this person and
5  I'd go that way. Then when I came in, I'd go back
6  that way. Just whatever was necessary, that's what
7  I did and there was no schedule with that.
8    Q  Did you have any complaints with the
9  company up until this time? Did you ever file any
10  complaints?
11    A  No, never. In fact, I wrote a letter for
12  Terry Sutton saying he was the best boss I ever
13  had. I did.
14    Q  How did you grow the business in this
15  area? I believe you testified that you had the
16  highest dollar increase in Testpak HCG. Is that
17  right?
18    A  Yeah.
19    Q  How did you do that?
20    A  Well, I went to places like Crisis
21  Pregnancy and made deals with them to, you know,
22  like our Testpak.
23    Q  Did you have to do this in person?
24    A  Yeah.

Page 91

1    Q  What's the value of doing it in person?
2    A  Well, they see my wonderful personality
3  and I used to have rapport with them and it takes
4  time to establish rapport with anyone so they trust
5  you and they knew that they would be able to count
6  on me. I also set up screens, like even with Smith
7  Wholesale Drug. They bought a Vision instrument
8  and we would run cholesterol screening in their
9  pharmacy so it would increase business in the
10  pharmacies and so the pharmacists were all happy
11  and that kind of thing. So I always was trying to
12  help my customers in some way and then they liked
13  me and the product was good. There was no doubt
14  about that. In my mind anyway.
15    Q  So all those things contributed to the
16  increase in sales. Is that fair to say?
17    A  Rapport building, yeah. We had an
18  advanced class called Account Development Strategy
19  and it's to be with the person and see what needs
20  they may have and when you fulfill their needs,
21  then you're more likely to get business as opposed
22  to just sitting there and just splatting out all
23  this information and maybe they don't even do that
24  procedure.

Page 92

1    Q  Who conducted that strategy, that
2  development strategy?
3    A  It was too long ago.
4    Q  Was it Abbott though?
5    A  Oh, yeah. Yeah.
6    Q  Did you, for some of these achievements
7  that you had, did you get any additional
8  compensation over and above your salary and bonus?
9    A  Uh-huh. I got, I won a trip to the Ritz
10  Carlton in Naples, Florida and like to the Bahamas,
11  a cruise. That's additional, I think.
12    Q  Okay. What was your next position at
13  Abbott then?
14    A  Okay. So I've been, I guess I had been a
15  POD rep, physician office diagnostic is a POD. I
16  know I had been there at least three years and so
17  I'd been up in Yorkville and so Randy had had to
18  move quite a few times and he had finished two
19  years of high school in Yorkville as the last key
20  kid and he missed his friends in Springfield. So I
21  wanted him to be able to graduate from Springfield
22  High and there was a hospital position opened up in
23  Springfield and I just asked and they said yes,
24  because I had a very good sales record.

Page 93

1    Q  Was there, when you say hospital
2  position, do you know what--
3    A  It would be like calling on Memorial, St.
4  John's. Just the different hospitals. Sometimes I
5  would go to an off street position but it was
6  primarily just calling on the hospitals, hospital
7  pharmacies, getting things on formulary. I
8  attended like infectious disease conference. David
9  Good was an epileptologist when I had Depakote and
10  he let me sit in on an actual, I thought it was
11  just going to be like people around a table but it
12  was actually the patient, the family, the social
13  workers, the nurses and the doctor that took care
14  of this epilepsy patient. So it was very
15  interesting.
16       And I called on the, also Lincoln
17  Developmental Center. At that point, they were
18  like the major mental health purchaser of Depakote,
19  Depakene which was used in epilepsy and I worked
20  with a pharmacist who I found out the head
21  pharmacist was Randy Meland (sp) ran everything so
22  I started calling on him and developing a rapport
23  and then with Dean Naritoku, the neurologist, he
24  was an epileptologist and he was nationally known

Page 94

1  and the current trend of thinking was monotherapy
2  was best. In other words, one drug to try to
3  control it.
4       So he switched most of the patients out
5  in, living at Lincoln Developmental Center, LDC, to
6  Depakote and so many people had been in this
7  stupor, they had so many drugs and people just had
8  more and more and more to control until they were
9  just like a vegetable. And so he reduced it and
10  many people were able to take up their, they could
11  take care of their self care and their daily living
12  activities and there were only a very few that
13  ended up with four or five drugs and that was
14  because they were really, really, really severe.
15    Q  Was your title at this time hospital
16  representative?
17    A  Yeah.
18    Q  And while, do you know the date range
19  that you were a hospital representative?
20    A  I want to correct that.
21    Q  Okay.
22    A  I was a neuroscience specialist when I
23  called on physicians about epilepsy and sent them
24  all the epilepsy information stuff.

Page 95

1    Q  Okay.
2    A  I was an antimicrobial specialist when I
3  called on infectious disease.
4    Q  All depending on the products maybe?
5    A  Well, regular reps would call on those
6  these products but I would actually go, I would
7  find out who the P&T committee is, the pharmacy and
8  therapeutics committee would be because there's a
9  formulary on a hospital you understand. Do you
10  know that?
11    Q  Okay.
12    A  And the formulary determines what drug is
13  going to be purchased. So you could have all kinds
14  of cephalosporins or you could have all kinds of
15  Floraquinlons (sp). They don't want to carry every
16  single one. They want to buy one and get the very
17  best price they can get on it and they want to get
18  the one, or maybe two, that have the best coverage.
19    Q  What was the date ranges that you were at
20  this position at Abbott? Do you know? '91 to--
21    A  Oh. Let me stop and think. I then went,
22  at the last position before Urokinase, I was doing
23  Depakote and Urokinase and they decided we grew the
24  market enough they could split it apart and someone

Page 96

1  else took the Depakote and I took the Urokinase and
2  that would have been '86, '87. Something like
3  that. I think, maybe.
4    Q  So in the beginning you were selling both
5  of those products?
6    A  Uh-huh. And the business grew so much.
7    Q  They split up. And what was Urokinase?
8    A  A thrombolytic agent.
9    Q  Would you spell that for the record?
10    A  T-H-R-O-M--
11    Q  I'm sorry. I meant Urokinase. My
12  fault.
13    A  U-R-O-K-I-N-A-S-E.
14    Q  And Depakote, is that how it sounds?
15    A  With a K. D-E-P, valproic acid.
16    Q  Now, it sounds like was this more of a
17  lateral move than a promotion or--
18    A  At this time they were all specialties,
19  yeah. It's just what they thought they needed me
20  as, I guess.
21    Q  There was a combination of you seeking
22  out the position because of the location. Is that
23  correct?
24    A  This one was that went to a hospital rep.

Jane Minor CondenseIt™

| Page 97 | Page 99 |
|---|---|

**Page 97**

1    Q   Okay.
2    A   I wanted my son to graduate from
3 Springfield High.
4    Q   When you got the position, was there a
5 raise in salary?
6    A   No. It was just a lateral move.
7    Q   Again, there was a bonus in conjunction
8 with the salary?
9    A   Uh-huh. (Moved head up and down.)
10    Q   And do you recall how the bonus was
11 calculated?
12    A   No.
13    Q   Do you know who was responsible for
14 calculating the bonuses?
15    A   No, but I got the national high dollar
16 volume and the national high volume increase for
17 Depakote. Whichever way you look at it, I did
18 okay.
19    Q   Tell me about those achievements. How
20 did you achieve those?
21    A   Hard work.
22    Q   Let me ask you this. How large was your
23 territory?
24    A   For the hospital territory?

**Page 98**

1    Q   Yes.
2    A   I guess I was centralized in Springfield
3 and I had hospitals in Jacksonville. I think
4 that's, Taylorville would have been down there.
5 Oh, I had Champaign Urbana, Decatur, Bloomington,
6 Peoria.
7    Q   So geographically centered in Illinois?
8    A   Central Illinois. I had like Highway
9 80. I had the Quad Cities as well. So I had, you
10 know, like pretty much Highway 80 south.
11    Q   How many--
12    A   But not St. Louis.
13    Q   How many hospitals, how would you
14 consider the number of accounts in your territory?
15 All the hospitals in the territory?
16    A   No. There would only be the hospitals in
17 my territory that had interventional radiologists,,
18 interventional cardiologists that did peripheral
19 work, vascular surgeons that were interested in
20 doing lytic therapy as well as cut and sometimes if
21 someone didn't cut, you'd find a way to talk to
22 them while you were observing surgery with them.
23 They're either pulling a Fogarty catheter you could
24 see that there was hot and say that looks a little

**Page 99**

1 bit like a filling defect or something. Have you
2 ever tried intraoperative?
3    Q   And would you have an estimate of how
4 many hospitals then that would be?
5    A   We had specialists at both hospitals
6 here, Memorial, St. John's, Bloomington there were
7 two hospitals that had specialists. In Peoria
8 there were three hospitals that had specialists.
9 There were three interventional radiologists at
10 Carle, a couple at the other hospital in Champaign
11 Urbana. There was vascular surgery I called on.
12 Some interventional cardiology there. There were
13 over 32 cardiologists at Prairie Cardiovascular.
14 Obviously not all of them were doing that type of
15 interventional work. So maybe four or five at that
16 time there. So, and then Decatur started getting
17 some interventional work interest. I think that
18 pretty much, oh. And up in the Quad Cities. So I
19 mean it was usually a more major medical center
20 where they didn't have just the x-ray reader. They
21 would actually have neuroradiologists and
22 interventional radiologists.
23    Q   Sounds like approximately 15 to 20. Is
24 that fair?

**Page 100**

1    A   Hospitals?
2    Q   Yes.
3    A   Something like that.
4    Q   Okay.
5    A   I guess that would be fair. But
6 approximately because I can't count right now.
7    Q   Do you know if Abbott ever during this
8 time period from '82 to '98 approximately, did
9 Abbott ever modify the formula they used to
10 calculate the bonus?
11    A   I don't have the slightest idea.
12    Q   Do you think Abbott had the right to
13 modify the formula from time to time?
14    A   I'm sure they did. No, I'm not sure they
15 did. I don't know. I just plain don't know. I
16 haven't given it any thought.
17    Q   How often did you visit the accounts in
18 your territory at this time?
19    A   It depended very much on what was going
20 on. For an example, for the P&T committee, which I
21 told you is pharmacist and therapeutic committee,
22 once a year they did antibiotic. Once a year they
23 did heart pressure drugs. They'd go by the month
24 and go down all these different drugs. So, if I

| Page 101 |
|---|

1 knew that they were coming up to considering
2 thrombolytics or something like that and that was
3 the product I was working with, obviously I would
4 put a lot more area and intent there and another
5 one is if there was a change in whenever physicians
6 came or they had gone to some meeting and heard
7 information and they wanted to know more about
8 doing this procedure and I would help train staff
9 and do things like that. Otherwise, I would spend,
10 you had to watch someone to give you an idea of the
11 job.
12     Say I was seeing a vascular surgeon or
13 radiologist, either one, and I found out that they
14 really just treated a lot of dialysis access
15 graphs. So those kinds of patient, if they had an
16 occlusion of their graph so they couldn't have
17 dialysis, sometimes somebody would have brought
18 them in from wherever they were to get their
19 dialysis, then they'd be bumped to the end of the
20 surgical list and, which often made them, the whole
21 dialysis staff had to stay late or else the person
22 who brought them would have to stay overnight and
23 they had to stay the night in the hospital and all
24 this big deal. So there was information such that

| Page 102 |
|---|

1 they introduced a microneedle with Urokinase that
2 even sometimes when the patient was sitting there
3 it would just dissolve the blood clot and by the
4 time they were ready to do it, they had very
5 minimal amount to do and they could go back, have
6 their dialysis.
7     If I found out, in other words, that this
8 gentleman did a lot of those, I wouldn't be talking
9 a lot about deep vein thrombosis with them. Do you
10 know what I'm saying? So I had to be there to
11 understand this practice and observe just what he
12 did and some interventional radiologists did all
13 mechanical thrombectomies or whatever. So it was a
14 very, you cannot label the job particularly in any
15 one area. It was very multifaceted.
16     Q  Okay.
17     A  Does that make sense sort of?
18     Q  Well, I guess in terms of the frequency
19 with which you visited the hospitals, did you try
20 to hit the hospitals, visit the hospitals and the
21 folks there within a particular time period?
22     A  We always had certain ones that were
23 focus ones and probably once a month for sure you'd
24 see those and if there was anything urgent that

| Page 103 |
|---|

1 came up for sure you'd see them more. My schedule
2 had to be, we all recognized our schedules just had
3 to be flexible because if there was something
4 emergency that came up, I mean you had to take care
5 of it.
6     Q  If a hospital wasn't a focus one, how
7 frequently would you try to?
8     A  Well, what do you mean by focus?
9     Q  What do you mean by focus? That's the
10 term that you use.
11     A  Okay. If they were a high focus, they
12 were usually a bigger volume or they had a doctor
13 that really did a lot of peripheral cases. If they
14 were just on the beginning of the learning curve,
15 then depending on where they were and depending on
16 my rapport with them, I would either spend more
17 time or just come in once every month or six
18 weeks. If, even if they had the potential to do
19 some but they did not have an interventional
20 radiologist who wanted to take any risks whatsoever
21 and he just wanted to take x-rays and read
22 mammograms, then I didn't call on those frequently
23 but I still wanted to keep in touch because
24 sometimes they would hire somebody or a vascular

| Page 104 |
|---|

1 surgeon would decide to do it. I would try to keep
2 my hand on the pulse of things but obviously,
3 wherever we could get the business, that's first.
4     Q  With the ones with the least potential,
5 were visited how frequently in your estimation?
6     A  Probably every six months. Probably
7 every six months. Six months? Six weeks. I don't
8 know. I don't know why I said months.
9     Q  Six weeks? What was your understanding
10 as a hospital representative then? Did Abbott have
11 anything in writing or did they ever--
12     A  Never.
13     Q  Any policy in writing? Let me finish the
14 question so we can be clear.
15     A  I'm sorry.
16     Q  It's okay. Did Abbott have any policy in
17 writing regarding the frequency with which you were
18 to visit your accounts as a hospital
19 representative?
20     A  No.
21     Q  Was there any understanding that was not
22 in writing besides what you discussed with me as to
23 the frequency with which you visited the accounts
24     A  The people that were selected for these

Page 105

1 positions were entrepreneurs. We were considered
2 with high esteem and they, when I produced the
3 business, they knew I would produce the business
4 and that was pretty much it.
5    Q Who was your supervisor at this time?
6    A Okay. Who was my supervisor. Dave
7 Smith. This is so hard to find these names after
8 all these years.
9    MR. BAKER: That's an easy name.
10    MR. BRODERICK: After all the names we can
11 handle Dave Smith.
12    THE DEPONENT: He was really a good guy. He
13 was from LaSalle. Everybody called him Bubba.
14    MR. BRODERICK: Q How long was he your
15 supervisor for?
16    A A year or so.
17    Q Do you recall any others?
18    A Mike Brady.
19    Q Okay. Any others?
20    A And then he got promoted to regional
21 manager. Then Ethyl Griffin.
22    Q Okay. Anyone else?
23    A I think that's about it that I can
24 remember. How's that?

Page 106

1    Q How did you get along with Dave Smith?
2    A Oh, he was really nice. Extraordinarily
3 nice.
4    Q Did he give you a review at all?
5    A Yeah. He gave me a very positive review.
6    Q Did you have any disagreements with Mr.
7 Smith?
8    A I told him to stop saying, this isn't a
9 disagreement really but he'd just say if I do that,
10 it would be faster than a heart attack or something
11 like that. I said will you stop talking about
12 having a heart attack.
13    Q Well, related to decisions about your--
14    A About my accounts?
15    Q Yes.
16    A No. He knew that I knew what I was
17 doing. He respected me. By that time I had
18 trained half of the nation.
19    Q So you were training reps as well as
20 selling your accounts?
21    A Yeah. I was national sales, even from
22 Visions from then on I was training representatives
23 how to sell and how I had handled it and at
24 national sales meetings, I would take part in them

Page 107

1 and do that.
2    Q Okay. And Mike Brady. Did Mike Brady
3 give you any reviews?
4    A Yeah. In fact, I had a raise and he
5 didn't think that Abbott gave me a high enough
6 raise so he increased it. I just remembered that.
7 That was kind of unusual.
8    Q Did Mr. Smith or Mr. Brady have any
9 criticisms of you in your reviews? I mean any
10 criticisms at all that you remember?
11    A That my expectations of others were too
12 high in terms of people providing me good leads.
13    Q Anything else?
14    A Not that I can remember. I just
15 remembered that because sometimes reps that didn't
16 like the instrument would just give me Dr. Smith
17 and then oh, they'd say oh, Dr. Smith turned cold
18 now. And then the next one would be Dr. Smith.
19 Well, Dr. Smith just turned cold now. So I didn't
20 figure those were very appropriate leads and
21 wasting my time, basically.
22    Q And how about Ethel Griffin? Did she
23 give you any reviews?
24    A Yeah.

Page 108

1    Q And how were those?
2    A Good.
3    Q Okay. Do you have any copies of these
4 reviews at all still retained?
5    A Probably somewhere in my deep, far
6 lagoons of my basement somewhere. I don't know.
7    Q Okay.
8    A I guess I figured since when I wrote my
9 resume and what not, people, I don't know if I even
10 have any of them.
11    Q Did you have any disagreements or
12 problems with Mike Brady?
13    A No.
14    Q How about with Ethel Griffin?
15    A No.
16    Q And--
17    A Nothing I could recall. How's that?
18    Q And just so we're clear, since we've been
19 back from lunch you said a couple of times that you
20 don't recall. Is that just you don't recall or do
21 you think that's due to the medication or--
22    A Well, for example, with Ethel, she had
23 been a teammate and she was the first African
24 American that was made and I wanted to be the first

Page 109

1  one to call her and congratulate her because I was
2  so excited and so I got this picture of her with a
3  holey kneed jean on at a meeting and I wrote da'
4  boss. She was fun. How could you not get along
5  with her too well, you know?
6     Q  I just want to back up. What I was
7  trying to get at is before we broke for lunch, you
8  said that you didn't recall perhaps something. I
9  can't remember the question. Perhaps because of
10 the medication you were on today and I just wanted
11 to make sure. After lunch, do you think, some of
12 the questions I asked you said you don't recall.
13 Is that because of the medication or just because
14 it's so far back or--
15    A  I think probably twofold. If it was
16 constructive, I mean I'm a realist and I don't
17 particularly recall because I probably did my best
18 to figure out whatever that was, which I don't even
19 remember what it was now anyway, to be honest with
20 you and that's probably because it's been a long
21 time ago.
22    MR. BAKER: What's the other fold?
23    THE DEPONENT: Did I say twofold? Because it
24 was a long time ago. That is what I meant for the

Page 110

1  second fold.
2     MR. BAKER: Let's go off the record.
3        (Discussion off the record.)
4     MR. BRODERICK:  Q  Let me just put on the
5  record that you believe your remembering pretty
6  well as we speak today and why don't you just tell
7  me what you just told us in terms of how you're
8  remembering? The medication has some effect.
9     A  The medication has some effect.
10    Q  But you're remembering as well as you
11 think you could?
12    A  Yes, I'm trying to remember as well as I
13 think I could.
14    Q  And it's, you're remembering pretty well?
15    A  As well as I have for the last three
16 years. So this is probably as good as it's going
17 to get.
18    Q  Very good. All right. Did you have any
19 other positions at Abbott that we haven't talked
20 about?
21    A  Let me see. No. Oh, yeah, I did.
22    Q  Okay.
23    A  Because Urokinase was pulled from the
24 market.

Page 111

1     Q  What year was that?
2     A  I knew you were going to ask me that as
3  soon as I opened my mouth. '98, '99 time frame.
4     Q  Okay. And then what other position then
5  did you have after that?
6     A  I was asked even without an interview to
7  be a transplant specialist. Abbott purchased a
8  company called SangStat.
9     Q  How do you spell that?
10    A  S-A-N-G-S-T-A-T, I think.
11    Q  What were you selling? What's it
12 connected in?
13    A  When I accepted, because what are the
14 alternatives because my drug was gone, you know, I
15 thought we were also going to have, I think it was
16 called immunoglobulin but it turned out we were
17 only going to have Sangsia (sp), which was a
18 generic and transplant specialists probably are not
19 that excited about studies with 20 people and it's
20 a generic so they didn't have much proof or
21 anything about that. So I did that for a while.
22    Q  Okay. And how large was your territory
23 as a transplant specialist?
24    A  I went over to Indianapolis, Illinois,

Page 112

1  but not Chicago and I can't remember anything else
2  about that. I really seriously can't. I know the
3  main areas I went was over to Indianapolis,
4  Champaign Urbana, Springfield. I don't think I had
5  Quad Cities. I had Peoria. I don't even think
6  there was anybody doing transplant in Bloomington.
7  Part of it's I've had so many different jobs and
8  they just vary a little bit in each hospital.
9     Q  Similar number of hospitals that you
10 visited? Fifteen to 20 or--
11    A  No. I don't think it was that many.
12    Q  Okay.
13    A  I wasn't on the job too long.
14    Q  Well, let me have this marked as Exhibit
15 A.
16        (Whereupon said document was
17        duly marked for purposes of
18        identification as Exhibit A,
19        as of this date.)
20    MR. BRODERICK:  Q  Why don't you just
21 identify Exhibit A for the record, if you could.
22 Have you had a chance to review that, Ms. Minor?
23    A  It looks like the one I wrote.
24    Q  This is your resume?

Page 113

1     A Yeah, except there was a mistake down
2 here. Position, office diagnostic. Should have
3 been separated out instead of that dot bullet point
4 there, it should have been out in bold print.
5     Q Oh, I see.
6     A See? They didn't do that right. All
7 right.
8     Q And I think you talked about as a
9 hospital representative you described some
10 positions, thrombolytic specialist, neuroscience
11 specialist, antimicrobial specialist. Can you
12 describe those positions for us?
13     A Neuroscience was the one where I called
14 on doctors for epilepsy in the Sangamon, you know,
15 like center of all of the mental health facilities
16 in Illinois was here in Springfield. That was
17 Randy Meland and the Lincoln Developmental Center,
18 I called on there and that's, you know, via all
19 those things, that's why I had the largest dollar.
20     Q It says neuroscience specialist. How
21 many places did you call on?
22     A I called on hospitals and neurologists
23 here and in Peoria, in the Developmental Center in
24 Lincoln and the State of Illinois, Randy Meland.

Page 114

1     Q Okay.
2     A That's it.
3     Q And did you hold these positions
4 concurrently as you were a hospital representative?
5     A Sometimes they would overlap, like
6 neuroscience. Go ahead.
7     Q I'm sorry. Go ahead.
8     A Neuroscience, like I would sit in on the
9 neuroscience conferences and then when I started
10 doing more thrombolytic specialist, I always, like
11 antimicrobial specialist, I call them infectious
12 disease or whatever, and I sat in on the ID
13 conference. The same thing with thrombolytic
14 specialist. I tried to sit in on all the
15 conferences in the hospitals and anybody that would
16 be treating a lot of peripheral vascular disease.
17     Q And then as you, when you moved to the
18 position of senior endovascular specialist, that's
19 a direct result of the product Urokinase being
20 discontinued?
21     A Well, that's a title they gave us and we
22 were co-marketing the MTI infusion catheter and
23 other stuff with Abbott Critical Care. Abbott
24 Critical Care were pretty much, they were just like

Page 115

1 order takers more or less. That's not totally so
2 but they would just meet more with the techs
3 whereas I had a lot of rapport built with my
4 physicians so they could get in areas to get their
5 business built.
6     Q Okay. I guess I just want to clarify
7 then. Urokinase was discontinued and then you took
8 this next position as a senior endovascular
9 specialist. Is that--
10     A No, because that would have been, senior
11 endovascular specialist would have been, you know
12 what? In 1999, they wanted to hire me for, they
13 sought me out and wanted to hire me for Centocor
14 because I had a reputation that was as a good sales
15 representative.
16     Q Okay. I guess with Abbott then with this
17 last position, was this a lateral move from
18 hospital representative to senior endovascular
19 specialist?
20     A Yeah, just probably just, you know, I
21 guess they have those areas of your salary.
22 Probably I was up at that end of the salary and
23 they put on my little business card senior
24 endovascular specialist.

Page 116

1     Q Do you consider it still as being part of
2 the same position as being a hospital
3 representative?
4     A An a hospital representative. Well, it's
5 a type of hospital representative but they print
6 your business cards and that's what you are.
7     Q Got you. Okay. Was there, did you get
8 increases in salary along there from '91 to '99?
9     A Yeah.
10     Q And specifically as a senior endovascular
11 specialist, you were selling the same products as
12 before but then this MTI infusion catheter?
13     A Right. Microtherapeutic.
14     Q Your territory now included part of
15 Indiana. Is that right? I'm not trying to--
16     A I'm getting more confused. It's just
17 like you have and every time you change the product
18 it just kind of goes like this. So you're asking
19 me to recreate and it's very hard for me to
20 recreate at this point in time.
21     Q If you don't remember, you don't recall?
22     A I just don't remember.
23     Q Do you recall who your supervisor was
24 from '98 to '99?

**Page 117**

1   A  Let me think a minute. Okay. I remember
2 Laura Want (sp) called me and wanted me to be in
3 transplant. So we were just barely starting out
4 with that when I got the offer and I think she was,
5 she just knew me from all the, I think she had been
6 in diagnostic, Abbott Diagnostic or something but
7 she knew my reputation and so I didn't even
8 interview for it. She just asked me if I would be
9 interested in doing it. So then they were buying
10 the company and all that kind of stuff and we still
11 called on our Urokinase accounts for a while
12 because we were hoping, even after it was pulled,
13 hope against hope we were hoping it would come back
14 because we all really wanted to do that.
15   Q  Was Ethel still your supervisor at that
16 point? Do you know?
17   MR. BAKER: Are you talking about after
18 Urokinase was phased out?
19   MR. BRODERICK: Yes.
20   THE DEPONENT: Was she still my manager for a
21 while? I think she was for part of it. You know,
22 I honestly cannot remember, but it was like months
23 and months we'd wait for any notice of Abbott what
24 was going to happen. They weren't telling us that

**Page 118**

1 they were having problems with the product. They
2 would tell us it was all going to come back and--
3   MR. BRODERICK: Okay.
4   THE DEPONENT: It was kind of a bizarre time.
5   MR. BRODERICK: Q  Do you remember any other
6 managers you've had other than the three we've
7 talked about that you had? Do you remember anybody
8 else who might have been in a supervisory position?
9   A  The vice president and stuff knew me on a
10 first name basis. Dave DeFrato (sp), he was
11 supervisor.
12   Q  In terms of an immediate supervisor.
13   A  I know. I'm trying to think but it's
14 just so, you know. I just, I may think of one by
15 later today but I cannot think of one now. I am
16 sorry.
17   Q  I appreciate that. Thank you.
18   I note on the resume that particularly
19 from '98 to '99 that your territory became the
20 number one territory nationally?
21   A  For the sales of the MTI catheter where I
22 worked with the Abbott Critical Care rep.
23   Q  What was that product, the MTI infusion
24 catheter? If you described it already, I'm sorry.

**Page 119**

1   A  When Urokinase first came out, it would
2 go into the groin, put in a sheath, put in a wire
3 and put in a catheter over the wire and then they
4 would drip Urokinase at the top of wherever the
5 clot they could visualize by the x-ray equipment.
6 Okay? So it would be just like there's this narrow
7 tube with a plug and they put the catheter right
8 down there and then they'd bring the patient back
9 and just keep advancing it down. Well, then they
10 got the idea that if they put holes in the catheter
11 that they could push that catheter down in and the
12 drug would come out and be disbursed and break down
13 the clot and that's what the theory of the MTI
14 catheter was.
15   Q  How did you achieve the ranking of the
16 number one territory?
17   A  How did I do that? Primarily because the
18 Abbott Critical Care rep, I launched the
19 co-marketing of that drug with the Abbott Critical
20 Care rep and he was the number one territory
21 nationally.
22   Q  Okay. Who was that? Who was he?
23   A  Oh, my gosh. What was his name? Dean.
24 Was that Dean? Maybe. Put maybe Dean Matthewson.

**Page 120**

1 Matthews? Matthewson? Dean, I think.
2   Q  So basically you two launched a marketing
3 program and then as a result of that, the
4 territory, the ranking improved?
5   A  Yeah. Yes.
6   Q  What did the marking program consist of?
7 Literature or were there other things involved?
8   A  Basically I had rapport with so many
9 hospitals and I was familiar with the thrombolytic
10 and everything else and I knew which doctors liked
11 more of a mechanical approach. There are some
12 doctors that are more patient than others. There
13 are some that want it done yesterday. For those
14 who wanted it done yesterday, those would have been
15 the first ones to go see because they like
16 mechanical devices that could maybe break the clot
17 faster.
18   Q  Did it take a lot of face to face time
19 with these doctors with your contacts?
20   A  Yes.
21   Q  If at any time at Abbott did any
22 supervisor ride which as you covered your
23 territory?
24   A  Oh, yeah, periodically.