Attachment E



## Centocor

### Employee Position Description                # 702

| Position Title: Vascular Sales Specialist | Date: 9/16/99 |
|---|---|
| Reports to: Team Leader – Vascular Sales | Division: Pharmaceutical |
| Department Name: Vascular Sales | Phone/Ext.: |
| Department No.: 490 | Grade Level: N07 |

**POSITION SUMMARY:**
Responsible for attaining sales objectives for the Cordis Hydrolyser and Centocor's vascular products and co-promoted products within assigned key target hospitals. Responsible for developing and maintaining key customer relationships and effectively influencing key customers through the delivery of clinical and business presentations. Facilitates information exchanges with physicians interested in alternative medical therapies in the treatment of vascular medicine. Influences key decision-makers to approve the use of Centocor products. Critical success factors in this position will be developing and maintaining existing relationships, high level business and clinical selling skills, partnering with associations and conducting educational events and the creativity to overcome barriers.

**ESSENTIAL FUNCTIONS:**
1. Attaining sales objectives for all cardiovascular and endovascular products.
2. Execution of national/regional/local promotional and educational activities and programs for assigned products.
3. Develops and implements territory business plans.
4. Works in conjunction with local sales representatives, district managers, health system account managers and co-promotion partners to secure formulary approvals and subsequent stocking and use of product.
   Deliver product message and develop methods of communication for existing and future products and indications.
_. Build and leverage advocacy for existing and future products and indications among thought leaders, including physicians, key academic centers, professional organizations and hospital administration.
7. Creates and delivers business and clinical presentations to a variety of high level decision makers for the purpose of gaining a commitment to purchase and use the products based upon clinical and economic benefits.
8. Maintain high level of product and market knowledge.

**OTHER RESPONSIBILITIES / DETAILED DUTIES:**
1. Provide feedback and intelligence on the market environment, promotional and clinical strategies, competition, distribution, product improvements, partner activities and other developments relevant to Centocor's success.
2. Represent Centocor at professional meetings – congresses, national, regional and local symposia and partner sponsored meetings.
3. Provide assistance on special projects in conjunction with marketing.
4. May be called upon to provide training and guidance to new or less experienced sales representatives.

This is not an exhaustive, comprehensive listing of job functions. May perform other duties as assigned.

**PRINCIPAL RELATIONSHIPS**

**Contacts Inside the Company:** Cardiovascular Sales Reps, Health System Account Managers, District Managers and Regional Directors; CVBU Marketing and Market Research; Corporate Accounts; CIS; Medical Affairs; Trade and Distribution; Sales Operations.

**Contacts Outside the Company:** Directors of Pharmacy; Medical Directors; key Interventional Radiologists, Vascular Surgeons and Interventional Cardiologists; Eli Lilly; Cordis Endovascular and P & U.

**Job Dimensions:**
Calls on high level decision-makers at assigned hospitals, handling sophisticated and complex business, clinical and political selling ·uations.

Please Fold and Mail to Human Resources    Rev.: Nov.1998

SUPPLEMENTARY INFORMATION

**Education**:
- Minimum BA/BS in business, life sciences or other scientific field.

**Related Experience**:
- Minimum 5 years related hospital-selling experience of which the most recent 2 years are in a senior level hospital or specialty sales capacity. Experience must be concentrated in highly technical and/or sophisticated products and/or markets with target customer segment of interventional radiology/cardiology, vascular medicine and/or peripheral vascular disease.
- Selected candidates are preferred to have existing relationships with key decision-makers in the target hospitals for which they will be accountable for driving sales results.
- Proven track record of success in the institutional marketplace; demonstrated record of professional advancement and accomplishment; demonstrated record of closing significant business (e.g., formulary, contracting, etc).

**Skills, Qualities and Other Competencies**:
- Interpersonal flexibility to effectively interact with a broad range of hospital personnel, inclusive of the peripheral Cath lab.
- Advanced presentation skills and business acumen a necessity.
- Ability to work effectively in a highly **unstructured** environment with minimal direction from or interface with manager.
- Sophistication to manage business in a complex selling environment.
- Advanced written and oral communication skills.
- Strong administrative skills.
- Planning and organizing.
- Motivation and discipline. Strong work ethic.
- Problem solving, decision making and technical learning.
- Demonstrates Centocor's Core Competencies: Drive for Results, Operate with Rigor, Delight Customers, and Foster Teamwork.
- Demonstrates Centocor's Core Values: Ethics, Integrity, and Respect.

**Special Training or Certification**:
Qualified candidates must have a valid driver's license and a positive motor vehicle record investigation as a condition of employment.

**Significant Safety or Working Considerations**:
- Moderate to high multi-state travel required.
- Position involves non-standard work hours (e.g., before 8 a.m., after 5 p.m.) for the purpose of conducting in services, grand rounds or other meetings or programs.

Please Sign: _____    Supervisor / Manager: _____

Description prepared by: Stephanie Moore

Please Fold and Mail to Human Resources    Rev.: Nov.1998

Attachment I

Position Summary Language

*ase add the following language at the end of the position summary section if your position supervises/manages other employees.*

Responsible for the development of all employees within the department by supporting the development of Human Resources Planning (HRP) programs including management development and training to meet current and future business needs. Provide an environment, which encourages the company's commitment to equal employment opportunity and the value of a diverse work force.

Please Fold and Mail to Human Resources    Rev.: Nov.1998

EEOC000128

EEOC0128

Attachment II

## Essential Functions of a Position

: Americans With Disabilities Act (ADA) makes it unlawful to discriminate in employment against a qualified individual with a disability. The law has an impact on the information included in all job descriptions. In order to be in compliance with the ADA, when we update our job descriptions, we must reflect the "essential job functions" of the position, those functions that a disabled or non-disabled person must be able to perform with or with out reasonable accommodation.

As the ADA guidelines suggest, this revision process should include participation by each employee performing the job plus review by supervision.

## How Essential Functions are Identified

The essential functions of a position are the basic job responsibilities/duties that an employee must be able to perform, with our without reasonable accommodation.

When determining if a function is essential to the job, several factors should be considered. The key requirement for each function is whether it is a job responsibility that a person in the job must be able to perform in order to accomplish the primary purposes of the position itself. In other words, without the performance of these functions, the job itself would not exist.

It is important to consider these factors when identifying the essential functions for your position:

   Whether the reason the job exists is to perform that particular function

* The availability of other employees capable of performing the function or among whom the performance of the function could be distributed

* Would reassigning or removing the function from the job fundamentally alter the nature of the job itself, i.e.: the effect of someone not being able to perform the function

* The degree of skill or expertise required to perform the function

Please complete the essential functions for your position and include any special skill requirements or physical requirements that are essential to the job.

We have also included space for you to include "other responsibilities" of your job. These are job duties that are important to the job but not the core responsibilities of the position.

Also, the "machines-equipment" section of the work sheet asks that you list the tools and equipment you must use in order to perform the job.

Please Fold and Mail to Human Resources    Rev.: Nov.1998

EEOC000129

EEOC0129