

## INTEROFFICE CORRESPONDENCE

TO:       M. Jane Minor

COPIES:   Personnel File
          William Alexander

FROM:     Stephanie Moore

DATE:     June 5, 2000 (Revised)

SUBJECT:  New Position

---

I am pleased to confirm your selection to the position of Vascular Sales Specialist. Your sales responsibility will be the St. Louis Territory. In this capacity you will report to William Alexander, Regional Manager, Vascular Sales. Below are the details of this opportunity.

We would like your start date to be June 1, 2000.

**Base Salary**: The salary grade for your position is N07, and the current midpoint is $68,100. Your annual salary will remain $77,800 annually. Your performance and salary will continue to be reviewed in accordance with the Company's salary administration program. Your next merit review date will be March 1, 2001.

**Bonus**: You will participate in your current sales incentive plan through June 30, 2000. Effective July 1, 2000 you will be eligible to participate in the Company's Sales Incentive Compensation Plan for Vascular Sales. Please see your manager for more details on the SICP.

**Vacation**: There will be no change to your annual vacation eligibility.

**Automobile**: There will be no change to your current automobile program.

**Nature of Employment**: As always, your employment with Centocor continues to be on an at will basis, which means that either you or Centocor may terminate the employment relationship at any time with or without cause.

H:\WPFiles\wptemps\Memo\MEMOCENT.WPT

J&J 1526

J&J1526

M. Jane Minor
Page 2

Congratulations on your selection to this new position. We look forward to your continued leadership and success as a member of the Vascular Sales team.

**AGREED TO AND ACCEPTED**

_____          _____
Signature                                Date


_____
Print Name