## 2000 Compensation Administration Summary

### Marjorie Minor

| | |
|---|---|
| Social Security Number | 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 |
| Date of Hire | 09/20/99 |
| Supervisor | SE Region, St Louis |
| Beginning Job Title | Sales, Sr. Cardiovascular |
| Beginning Grade | MN07 |
| Beginning Salary | $77,000.04 |
| 1999 Midpoint | $68,100.00 |
| Performance Rating | New in Job |
| Ending Job Title | Senior Cardiovascular Specialist |
| Ending Grade | MN07 |

| | |
|---|---|
| Pro-ration Factor | 33.33% |
| Merit Increase Percent Given | 3.00% |
| Merit Increase Percent Pro-rated | 1.00% |
| Proposed Merit Increase | $770.00 |

| | |
|---|---|
| Equity Increase Percent Given | |
| Proposed Equity Increase | |

| | |
|---|---|
| Promotion Increase Percent Given | |
| Proposed Promotion Increase | |

| | |
|---|---|
| 5% Adj# For Exempt Grades 4/5 | |

| | |
|---|---|
| Actual Total Increase* | $799.96 |
| Actual Total Percentage Increase | 1.04% |
| New Annual Salary (rounded) | $77,800.00 |

* Actual increase may differ from proposed increase due to rounding.

| | |
|---|---|
| Annual Bonus - % of Midpoint | |
| Annual Bonus Range (based on performance rating) | |
| Annual Bonus Percentage Given | |
| 1999 Annual Bonus (May 2000) | |

| | |
|---|---|
| Stock Option Range (percent of base salary) | |
| Stock Option Percent Given | |
| Stock Options Granted | |

| | |
|---|---|
| Stock Replacement Bonus (adjusted for performance) | |

| | |
|---|---|
| Field Stock Grants | 3,112 |

*Monday, March 27, 2000*                                                                                    J&J 1531

J&J1531