**E-FILED**
Monday, 28 February, 2005  03:11:07 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| M. JANE MINOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 02-3354 |
| | ) | |
| v. | ) | Judge Mills |
| | ) | |
| CENTOCOR, INC., | ) | Magistrate Judge Evans |
| | ) | |
| Defendant. | ) | |
| | ) | |
| M. JANE MINOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 04-3114 |
| | ) | |
| v. | ) | Judge Mills |
| | ) | |
| CENTOCOR, INC., | ) | Magistrate Judge Evans |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF JAMES ALEXANDER**

I, James Alexander, being duly sworn on oath, deposes and states, based on my personal knowledge, the following:

1.    I have been employed at Centocor since March of 1999.

2.    I am presently employed at Centocor as a Senior Manager, Sales Operations. During the years 2000 and 2001, I held the position of Manager of Sales Operations.

3.    My responsibilities included managing territorial alignments of sales representatives and deployment of sales representatives.

4.    The following information about the accounts of Jane Minor, Randy Van Cleave, Caroline Kopecky and Denise Bannister-Hill are based on my review of Centocor records.

5.     The attached document shows the accounts assigned to Jane Minor, Randy Van Cleave and Caroline Kopecky in the fourth quarter of the year 2000 (Q4, 2000).  See Exhibit A.

6.     At the end of the year 2000, the account lists for each of the VS were reviewed and condensed pursuant to a Centocor program named Operation Seal.

7.     The purpose of this part of Operation Seal was to focus the efforts of the VS on a fewer number of accounts, i.e. to approximately a dozen key accounts.

8.     In the fourth quarter of the year 2000, Minor had sixteen accounts as a Vascular Sales Specialist ("VS").

9.     In Q1, 2001, five accounts were dropped from Minor's account list and one was added.  See Exhibit B.

10.     The accounts dropped from Minor's account list were not reassigned to anyone else.

11.     In Q4, 2000, Van Cleave had 22 accounts. See Exhibit A.

12.     In Q1, 2001, eleven accounts were dropped and one was added.  See Exhibit B.

13.     In Q4, 2000, Kopecky had 21 accounts.  See Exhibit A.

14.     In Q1, 2001, thirteen accounts were dropped and four were added.  See Exhibit B.

15.     In Q4, 2000, Antonio Siciliano had nineteen accounts.

16.     Twelve accounts were dropped in Q1, 2001 and five were added.  Tab "J" - Affidavit of James Alexander.

17.     When Ms. Bannister-Hill took over Siciliano's accounts in Q1, 2001, she had twelve accounts.  See Exhibit B.

18.     Each VS under Siciliano had twelve accounts in Q1, 2001.

2

FURTHER AFFIANT SAYETH NAUGHT.


_____
James Alexander


Subscribed and sworn to before
me this *16th* day of *February* 2005.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Anne E. Gross, Notary Public
Horsham Twp., Montgomery County
My Commission Expires Jan. 12, 2006
Member, Pennsylvania Association of Notaries

**Pennsylvania Notary Law does NOT require an embossing seal on documents notarized after July 1, 2003.**

EXHIBIT

Q4 2000 VS Alignment

| DDD Number | VS Terr# | VS Territory | First | Last | Account Name | Address | City | ST | ZIP |
|---|---|---|---|---|---|---|---|---|---|
| 63110203 | 220208 | St. Louis | Jane | Minor | Barnes-jewish Hosp | 216 S Kingshighway Blvd | St Louis | MO | 63110 |
| 65201200 | 220208 | St. Louis | Jane | Minor | Boone Hospital Center | 1600 E Broadway | Columbia | MO | 65201 |
| 47747200 | 220208 | St. Louis | Jane | Minor | Deaconess Hospital | 600 Mary St | Evansville | IN | 47747 |
| 50309202 | 220208 | St. Louis | Jane | Minor | Iowa Methodist Med Ctr | 1200 Pleasant St | Des Moines | IA | 50309 |
| 62781200 | 220208 | St. Louis | Jane | Minor | Memorial Med Ctr/phcy | 701 N First St | Springfield | IL | 62781 |
| 50314202 | 220208 | St. Louis | Jane | Minor | Mercy Hospital Med Ctr | 6th & 400 University Av | Des Moines | IA | 50314 |
| 61636200 | 220208 | St. Louis | Jane | Minor | Methodist Med Ctr Of Ill | 221 Ne Glen Oak Ave-us | Peoria | IL | 61636 |
| 63131200 | 220208 | St. Louis | Jane | Minor | Missouri Baptist Hospital | 3015 North Ballas Road | St Louis | MO | 63131 |
| 42303200 | 220208 | St. Louis | Jane | Minor | Owensboro Mercy Hlth Sys | 811 East Parrish Ave-bo | Owensboro | KY | 42303 |
| 61614201 | 220208 | St. Louis | Jane | Minor | Proctor Comm Hosp/phcy | 5409 N Knoxville Ave | Peoria | IL | 61614 |
| 61637200 | 220208 | St. Louis | Jane | Minor | St Francis Hosp/phcy | 530 Ne Glen Oak Ave | Peoria | IL | 61637 |
| 62769200 | 220208 | St. Louis | Jane | Minor | St Johns Hospital | 800 East Carpenter St | Springfield | IL | 62769 |
| 63141201 | 220208 | St. Louis | Jane | Minor | St Johns Mercy Med Ctr | 615 S New Ballas Road | Creve Coeur | MO | 63141 |
| 63110205 | 220208 | St. Louis | Jane | Minor | St Louis Univ Med Ctr | 3635 Vista Ave-p O Box | St Louis | MO | 63110 |
| 47750200 | 220208 | St. Louis | Jane | Minor | St Marys Med Ctr / Phcy | 3700 Washington Ave | Evansville | IN | 47750 |
| 52242200 | 220208 | St. Louis | Jane | Minor | Univ Of Iowa Hosp & Clnc | 200 Hawkins Drive | Iowa City | IA | 52242 |
| 80218201 | 220303 | OKC | Randy | Van Cleave | Col Presb St Lukes Med Ct | 1719 E 19th Ave | Denver | CO | 80218 |
| 80012200 | 220303 | OKC | Randy | Van Cleave | Columbia Med Ctr Of Auror | 1501 S Potomac Way | Aurora | CO | 80012 |
| 80220201 | 220303 | OKC | Randy | Van Cleave | Columbia Rse Med Ctr | 4567 E 9th Ave | Denver | CO | 80220 |
| 67214202 | 220303 | OKC | Randy | Van Cleave | Columbia Wesley Med Ctr | 550 N Hillside Ave* | Wichita | KS | 67214 |
| 80033200 | 220303 | OKC | Randy | Van Cleave | Exempla Hlth Lutheran Med | 8300 W 38th Ave | Wheat Ridge | CO | 80033 |
| 64506200 | 220303 | OKC | Randy | Van Cleave | Heartland East/st Jos Hos | 5325 Faraon St/powell | St Joseph | MO | 64506 |
| 74104201 | 220303 | OKC | Randy | Van Cleave | Hillcrest Hospital/phcy | 1120 S Utica | Tulsa | OK | 74104 |
| 67502207 | 220303 | OKC | Randy | Van Cleave | Hutchinson Hospital | 1701 East 23rd St* | Hutchinson | KS | 67502 |
| 65807200 | 220303 | OKC | Randy | Van Cleave | Lester Cox Med Ctr South | 3801 S National Ave | Springfield | MO | 65807 |
| 80524201 | 220303 | OKC | Randy | Van Cleave | Poudre Valley Mem Hosp | 1024 Lemay Ave | Fort Collins | CO | 80524 |
| 64132200 | 220303 | OKC | Randy | Van Cleave | Research Medical Ctr-phcy | 2316 E Meyer Blvd | Kansas City | MO | 64132 |
| 74136200 | 220303 | OKC | Randy | Van Cleave | Saint Francis Hospital | 6161 S Yale Ave | Tulsa | OK | 74136 |
| 80204203 | 220303 | OKC | Randy | Van Cleave | St Anthony Hospital | 4231 West 16th Ave | Denver | CO | 80204 |
| 66606200 | 220303 | OKC | Randy | Van Cleave | St Francis Hosp & Med Ctr | 1700 W 7th St | Topeka | KS | 66606 |
| 74104200 | 220303 | OKC | Randy | Van Cleave | St John Medical Center | 1923 South Utica Ave | Tulsa | OK | 74104 |
| 65804200 | 220303 | OKC | Randy | Van Cleave | St Johns Reg Hlth Ctr | 1235 East Cherokee St | Springfield | MO | 65804 |
| 64111200 | 220303 | OKC | Randy | Van Cleave | St Lukes Hosp/phcy | 44th St & Wornall Rd | Kansas City | MO | 64111 |
| 66604204 | 220303 | OKC | Randy | Van Cleave | Stormont-vail Healthcare | 1500 Southwest 10th Ave | Topeka | KS | 66604 |
| 74127200 | 220303 | OKC | Randy | Van Cleave | Tulsa Reg Med Ctr | 744 West Ninth & Jacksn | Tulsa | OK | 74127 |
| 66160200 | 220303 | OKC | Randy | Van Cleave | Univ Kansas Hosp Med Ctr | 3901 Rainbow Boulevard | Kansas City | KS | 66160 |
| 80262200 | 220303 | OKC | Randy | Van Cleave | Univ Of Colorado Hlth Ctr | 4200 E 9th Ave | Denver | CO | 80262 |
| 67214201 | 220303 | OKC | Randy | Van Cleave | Via Christi Reg Med Ctr | 929 N St Francis Ave | Wichita | KS | 67214 |
| 77030205 | 220307 | Houston | Caroline | Kopecky | Ben Taub General Hospital | 1504 Taub Loop-outr Blt | Houston | TX | 77030 |
| 77504205 | 220307 | Houston | Caroline | Kopecky | Columbia Bayshore Med Ctr | 4000 Spencer Highway | Pasadena | TX | 77504 |
| 77598200 | 220307 | Houston | Caroline | Kopecky | Columbia Clear Lake Reg | 500 Medical Center Blvd | Webster | TX | 77598 |
| 77304206 | 220307 | Houston | Caroline | Kopecky | Columbia Conroe Reg Md Ct | 504 Med Ctr Blvd-s I-45 | Conroe | TX | 77304 |
| 78411207 | 220307 | Houston | Caroline | Kopecky | Columbia Doctors Reg Med | 3315 S Alameda | Corpus Christi | TX | 78411 |
| 77055200 | 220307 | Houston | Caroline | Kopecky | Columbia Spring Branch Me | 8850 Long Point Road | Houston | TX | 77055 |
| 77030208 | 220307 | Houston | Caroline | Kopecky | Hermann Hospital-phcy | 6411 Fannin | Houston | TX | 77030 |
| 77090200 | 220307 | Houston | Caroline | Kopecky | Houston Northwest Med Ctr | 710 Farm Road 1960 W-bo | Houston | TX | 77090 |
| 77024200 | 220307 | Houston | Caroline | Kopecky | Mem City Gen Hosp & Phcy | 920 Frostwood Dr | Houston | TX | 77024 |
| 77030202 | 220307 | Houston | Caroline | Kopecky | Methodist Hosp-baylor Col | 6565 Fannin Street* | Houston | TX | 77030 |

EEOC0528

Q4 2000 VS Alignment

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 77338201 | 220307 | Houston | Caroline | Kopecky | Northeast Med Ctr Hosp | 18951 Memorial Blvd No | Humble | TX | 77338 |
| 70121200 | 220307 | Houston | Caroline | Kopecky | Ochsner Foundation Hosp | 1516 Jefferson Highway | New Orleans | LA | 70121 |
| 77004201 | 220307 | Houston | Caroline | Kopecky | Park Plaza Hospital | 1313 Hermann Drive-box | Houston | TX | 77004 |
| 77521201 | 220307 | Houston | Caroline | Kopecky | San Jacinto Meth/hms #2 | 4401 Garth Rd | Baytown | TX | 77521 |
| 77074201 | 220307 | Houston | Caroline | Kopecky | Southwest Memorial Hosp | 7600 Beechnut St | Houston | TX | 77074 |
| 78404201 | 220307 | Houston | Caroline | Kopecky | Spohn Hosp/phcy | 600 Elizabeth/1436 3rd | Corpus Christi | TX | 78404 |
| 77702202 | 220307 | Houston | Caroline | Kopecky | St Elizabeth Hosp-phcy | 2830 Calder Ave-box 540 | Beaumont | TX | 77702 |
| 77030212 | 220307 | Houston | Caroline | Kopecky | St Lukes Episcopal Hosp | 6720 Bertner Ave* | Houston | TX | 77030 |
| 77701202 | 220307 | Houston | Caroline | Kopecky | The Baptist Hospital | 3576 College & 11th | Beaumont | TX | 77701 |
| 77555200 | 220307 | Houston | Caroline | Kopecky | Univ Of Tex Med Plan | 301 University Blvd* | Galveston | TX | 77555 |
| 77030201 | 220307 | Houston | Caroline | Kopecky | U-tx Syst Cncr-andrsn Hsp | 1515 Holcombe Blvd* | Houston | TX | 77030 |

EEOC000527

EEOC0527

Q1 2001 VS Alignment

| Territory | Terr Name | First | Last | DDD # | Account Name | Address | City | ST | ZIP |
|---|---|---|---|---|---|---|---|---|---|
| 342101 | Dallas VS | Denise | Hill-Bannister | 75246200 | Baylor Univ Med Ctr-plaza | 3500-3600 Gaston Avenue | Dallas | TX | 75246 |
| 342101 | Dallas VS | Denise | Hill-Bannister | 75075200 | Columbia Medical Center | 3901 W 15th Street | Plano | TX | 75075 |
| 342101 | Dallas VS | Denise | Hill-Bannister | 75230200 | Columbia Medical City | 7777 Forest Lane | Dallas | TX | 75230 |
| 342101 | Dallas VS | Denise | Hill-Bannister | 76104202 | HARRIS HOSPITAL-METHODIST | 1301 PENNSYLVANIA/CANON | FORT WORTH | TX | 76104 |
| 342101 | Dallas VS | Denise | Hill-Bannister | 75203202 | Methodist Hosp Of Dallas | 1441 N Beckley Ave* | Dallas | TX | 75203 |
| 342101 | Dallas VS | Denise | Hill-Bannister | 76107201 | Osteo Med Ctr Of Texas | 1000 Montgomery Street | Fort Worth | TX | 76107 |
| 342101 | Dallas VS | Denise | Hill-Bannister | 75231201 | PRESBYTERIAN HOSP-PHCY | 8200 WALNUT HILL LANE* | DALLAS | TX | 75231 |
| 342101 | Dallas VS | Denise | Hill-Bannister | 76712200 | PROVIDENCE HEALTH CENTER | 6901 MEDICAL PARKWAY-BO | WACO | TX | 76712 |
| 342101 | Dallas VS | Denise | Hill-Bannister | 76508200 | SCOTT & WHITE MEM HOSP | 2401 S 31ST ST | TEMPLE | TX | 76508 |
| 342101 | Dallas VS | Denise | Hill-Bannister | 78705204 | SETON MEDICAL CENTER | 1201 W 38TH ST | AUSTIN | TX | 78705 |
| 342101 | Dallas VS | Denise | Hill-Bannister | 75235201 | St Paul Hosp/phcy | 5909 Harry Hines Blvd | Dallas | TX | 75235 |
| 342101 | Dallas VS | Denise | Hill-Bannister | 76301204 | UNITED REGIONAL HLTH CNTR | 1600 8TH ST @ BROOK* | WICHITA FALLS | TX | 76301 |
| 342102 | Houston VS | Caroline | Kopecky | 77304206 | Columbia Conroe Reg Md Ct | 504 Med Ctr Blvd-s I-45 | Conroe | TX | 77304 |
| 342102 | Houston VS | Caroline | Kopecky | 77030208 | Hermann Hospital-phcy | 6411 Fannin | Houston | TX | 77030 |
| 342102 | Houston VS | Caroline | Kopecky | 77090200 | HOUSTON NORTHWEST MED CTR | 710 FARM ROAD 1960 W-BO | HOUSTON | TX | 77090 |
| 342102 | Houston VS | Caroline | Kopecky | 77008201 | MEMORIAL NORTH WEST HOSP | 1635 NORTH LOOP WEST | HOUSTON | TX | 77008 |
| 342102 | Houston VS | Caroline | Kopecky | 77030202 | Methodist Hosp-baylor Col | 6565 Fannin Street* | Houston | TX | 77030 |
| 342102 | Houston VS | Caroline | Kopecky | 70121200 | Ochsner Foundation Hosp | 1516 Jefferson Highway | New Orleans | LA | 70121 |
| 342102 | Houston VS | Caroline | Kopecky | 78229200 | SOUTHWEST TX METHDST HOSP | 7700 FLOYD CURL DRIVE | SAN ANTONIO | TX | 78229 |
| 342102 | Houston VS | Caroline | Kopecky | 78404201 | Spohn Hosp/phcy | 600 Elizabeth/1436 3rd | Corpus Christi | TX | 78404 |
| 342102 | Houston VS | Caroline | Kopecky | 77030212 | St Lukes Episcopal Hosp | 6720 Bertner Ave* | Houston | TX | 77030 |
| 342102 | Houston VS | Caroline | Kopecky | 70112203 | TULANE MEDICAL CENTER | 1415 TULANE AVENUE * | NEW ORLEANS | LA | 70112 |
| 342102 | Houston VS | Caroline | Kopecky | 77555200 | Univ Of Tex Med Plan | 301 University Blvd* | Galveston | TX | 77555 |
| 342102 | Houston VS | Caroline | Kopecky | 77030201 | U-tx Syst Cncr-andrsn Hsp | 1515 Holcombe Blvd* | Houston | TX | 77030 |
| 342103 | Oklahoma City VS | Randy | Van Cleave | 80218201 | Col Presb St Lukes Med Ct | 1719 E 19th Ave | Denver | CO | 80218 |
| 342103 | Oklahoma City VS | Randy | Van Cleave | 80012200 | Columbia Med Ctr Of Auror | 1501 S Potomac Way | Aurora | CO | 80012 |
| 342103 | Oklahoma City VS | Randy | Van Cleave | 80033200 | Exempla Hlth Lutheran Med | 8300 W 38th Ave | Wheat Ridge | CO | 80033 |
| 342103 | Oklahoma City VS | Randy | Van Cleave | 65807200 | Lester Cox Med Ctr South | 3801 S National Ave | Springfield | MO | 65807 |
| 342103 | Oklahoma City VS | Randy | Van Cleave | 80524201 | Poudre Valley Mem Hosp | 1024 Lemay Ave | Fort Collins | CO | 80524 |
| 342103 | Oklahoma City VS | Randy | Van Cleave | 74136200 | Saint Francis Hospital | 6161 S Yale Ave | Tulsa | OK | 74136 |
| 342103 | Oklahoma City VS | Randy | Van Cleave | 80204203 | St Anthony Hospital | 4231 West 16th Ave | Denver | CO | 80204 |
| 342103 | Oklahoma City VS | Randy | Van Cleave | 74104200 | St John Medical Center | 1923 South Utica Ave | Tulsa | OK | 74104 |
| 342103 | Oklahoma City VS | Randy | Van Cleave | 65804200 | St Johns Reg Hlth Ctr | 1235 East Cherokee St | Springfield | MO | 65804 |
| 342103 | Oklahoma City VS | Randy | Van Cleave | 64111200 | St Lukes Hosp/phcy | 44th St & Wornall Rd | Kansas City | MO | 64111 |
| 342103 | Oklahoma City VS | Randy | Van Cleave | 74127200 | Tulsa Reg Med Ctr | 744 West Ninth & Jacksn | Tulsa | OK | 74127 |
| 342103 | Oklahoma City VS | Randy | Van Cleave | 82601200 | WYOMING MEDICAL CTR | 1233 EAST SECOND ST | CASPER | WY | 82601 |
| 342104 | St. Louis VS | Jane | Minor | 63110203 | Barnes-Jewish Hosp | 216 S Kingshighway Blvd | St Louis | MO | 63110 |
| 342104 | St. Louis VS | Jane | Minor | 47747200 | Deaconess Hospital | 600 Mary St | Evansville | IN | 47747 |
| 342104 | St. Louis VS | Jane | Minor | 50309202 | Iowa Methodist Med Ctr | 1200 Pleasant St | Des Moines | IA | 50309 |
| 342104 | St. Louis VS | Jane | Minor | 50314202 | Mercy Hospital Med Ctr | 6th & 400 University Av | Des Moines | IA | 50314 |
| 342104 | St. Louis VS | Jane | Minor | 61636200 | Methodist Med Ctr Of Ill | 221 Ne Glen Oak Ave-us | Peoria | IL | 61636 |
| 342104 | St. Louis VS | Jane | Minor | 42303200 | Owensboro Mercy Hlth Sys | 811 East Parrish Ave-bo | Owensboro | KY | 42303 |
| 342104 | St. Louis VS | Jane | Minor | 61637200 | St Francis Hosp/phcy | 530 Ne Glen Oak Ave | Peoria | IL | 61637 |
| 342104 | St. Louis VS | Jane | Minor | 62769200 | St Johns Hospital | 800 East Carpenter St | Springfield | IL | 62769 |
| 342104 | St. Louis VS | Jane | Minor | 63141201 | St Johns Mercy Med Ctr | 615 S New Ballas Road | Creve Coeur | MO | 63141 |
| 342104 | St. Louis VS | Jane | Minor | 63301200 | ST JOSEPHS HEALTH CENTER | 300 FIRST CAPITAL DRIVE | ST CHARLES | MO | 63301 |
| 342104 | St. Louis VS | Jane | Minor | 63110205 | St Louis Univ Med Ctr | 3635 Vista Ave-p O Box | St Louis | MO | 63110 |
| 342104 | St. Louis VS | Jane | Minor | 47750200 | St Marys Med Ctr / Phcy | 3700 Washington Ave | Evansville | IN | 47750 |

EXHIBIT

3

tabbies.

EEOC000529

EEOC0529