E-FILED
Monday, 28 February, 2005  03:11:28 PM
Clerk, U.S. District Court, ILCD

**Minor, Jane [CNTUS]**

| | |
|---|---|
| **From:** | Minor, Jane [CNTUS] |
| **Sent:** | Tuesday, October 03, 2000 9:25 AM |
| **To:** | ALEXANDER, WILLIAM [CNTUS] |
| **Subject:** | Focus Accounts. |

Hi William,
Here are the focus accounts:
Peoria
St. Francis
Methodist
proctor
Springfield
  Memorial
  St. John's
Owensboro
  Mercy
Evansville
  Deaconess
  St. mary's
St. Louis
  Barnes
  St. Louis Univ
We can discuss the details later today
Jane

EXHIBIT
P
91004  120

J&J 2494