

ACCT FOCUS PER WILLIAM
3-4 CENTERS OF

1) PEORIA  1/1/01                UK            40%
   OSF      50% 94    $800,000 + (440,000)   310              163   10
                                                              172   94
                                                                    39
   METH     27        420,000               170               57    39
   PROCTOR  10        150,000                61                     11
           13 tPA   $1,370,000+             541,000                 240

2) SPRINGFIELD
   MMC      24        254,000               103               27
   SJH      21        202,000                62               27
           45 tPA                           165,000

2) OWENSBORO/EVANSVILLE
   OWEN-MERCY   8     800,000 +             270         RPA 30    78
   DEACONESS   34
               36     202,000                82                  394+
   ST MARY'S                                                     282
           54 tPA    1,002,000              352,000              698

3) STL
   *BARNES    30 tPA 50's  298,000          120         4430    66
   SLU        36            ?388,000 ?    ? 157 42     NO IR's  66
              66                             277                36
   *MOBAP      8                                                379
    BOONE    35
    MIZZOU    5                                                 407
    IOWA  —  30

   ST. JOHN CC  34     242,000               98                29  34

   D.M. MERCY   36     283,000              115,000             28
   IA. METH     33     177,000               72,000
              69 tPA 50's                                       37
                      462,000               787,000             65

3-4 CTR OF EX
2 R+R SITES
80% FORM APPROVAL
REGIONAL SPEAKERS

EXHIBIT  JAD
   I
  9-3-04