**1**

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

- - - - - - - - - - - X
M. JANE MINOR,                    :
        Plaintiff,                :
                                  :
vs.                               :  Case No. 02-3354
                                  :
CENTOCOR, INC., and               :
JOHNSON AND JOHNSON, INC.,        :
                                  :
        Defendants.               :
- - - - - - - - - - - X

TELEPHONIC DEPOSITION OF CAROLINE KOPECKY,

taken by the Plaintiff, via telephone, before
Christine E. Nuckolls, Certified Shorthand
Reporter of the State of Iowa, at 317 Sixth
Avenue, Suite 606, Des Moines, Iowa, commencing at
9:05 a.m., Friday, January 7, 2005.


APPEARANCES:

For the Plaintiff:        JAMES P. BAKER, ESQ.
                          Baker, Baker &
                            Krajewski, LLC
                          415 South Seventh Street
                          Springfield, IL  62701

For Defendant Centocor:   JOHN M. BRODERICK, ESQ.
    (By telephone)        Pugh, Jones & Johnson, P.C.
                          180 North LaSalle Street
                          Suite 3400
                          Chicago, IL  60601

ALSO PRESENT:             M. JANE MINOR
    (By telephone)

CHRISTINE E. NUCKOLLS - CERTIFIED SHORTHAND REPORTER

---

**2**

I N D E X

| WITNESS | EXAMINATION |
|---|---|
| Caroline Kopecky | 3(Baker) |
| | 84(Broderick) |
| | 87(Baker) |

E X H I B I T S

| EXHIBITS | FIRST REFERENCED |
|---|---|
| 1 - Kopecky 1-01 expense reports | 19 |
| 2 - Kopecky 2-01 expense reports | 20 |
| 3 - Kopecky 3-01 expense reports | 21 |
| 4 - Kopecky 4-01 expense reports | 22 |
| 5 - Kopecky 5-01 expense reports | 23 |
| 6 - Kopecky 6-01 expense reports | 23 |
| 7 - Kopecky 7-01 expense reports | 25 |
| 8 - Kopecky 8-01 expense reports | 26 |
| 8A - Kopecky 8-01 expense reports | 28 |
| 9 - Kopecky 9-01 expense reports | 29 |
| 10 - Kopecky expense audit forms | 30 |
| 56 - Q1 VSS Account Targets | 33 |
| 47 - VS YTD Ranking Report | 40 |
| 73 - Q2 VSS Account Targets | 53 |
| 38 - Central Region VS Territory Changes for Q4 | 59 |
| 87 - Bonus Points Awarded 1/1/01 to 1/1/02 | 62 |

---

**3**

P R O C E E D I N G S

CAROLINE KOPECKY,

called as a witness by the Plaintiff, being first
duly sworn by the Certified Shorthand Reporter,
was examined and testified as follows:

EXAMINATION

BY MR. BAKER:

Q. Good morning, Caroline.

A. Good morning.

Q. Would you state your name, address and
date of birth, please.

A. Caroline Kopecky, 6632 Juanita Place,
Houston, Texas, 77007. Date of birth is 6-16-70.

Q. Is that June 16, 1970?

A. Yes.

Q. All right. Fine. Thank you. Caroline,
where are you presently employed?

A. I'm not.

Q. Where were you last employed?

A. Centocor.

Q. When was the last day you worked for
Centocor?

A. August 19th, I think.

Q. August 19th of 2004?

A. Yes.

---

**4**

Q. And what were the circumstances for you
leaving Centocor?

A. I chose to be a homemaker.

Q. Okay. Very good. What have you done to
prepare for this deposition?

A. I met with--I spoke with my lawyer last
night.

Q. And is Mr. Broderick your lawyer?

A. Yes.

Q. I'm sorry?

A. Yes.

Q. Okay. How long did you speak with him?

A. Maybe an hour.

Q. Other than speaking with Mr. Broderick,
what have you done to prepare for this deposition?

A. Nothing.

Q. Have you reviewed any documents?

A. No.

Q. You didn't review any documents when you
were with Mr. Broderick last night?

A. No, we weren't together. We were on the
phone.

Q. Got ya. I would like to speak with you a
little bit about your background. Can you state
for me the extent of your education.

**5**

09:06:32 1    A. I graduated with a degree from the
09:06:34 2    University of Texas.
09:06:36 3    Q. And when did you receive your degree?
09:06:38 4    A. 1992.
09:06:40 5    Q. And what was your degree in?
09:06:42 6    A. Marketing.
09:06:46 7    Q. Was that a Bachelor's Degree?
09:06:48 8    A. Yes.
09:06:50 9    Q. After receiving your Bachelor's Degree,
09:06:52 10   did you further your education by attending any
09:06:58 11   educational institutions on a degree track
09:07:02 12   program?
09:07:02 13   A. No.
09:07:04 14   Q. After you left the University of Texas,
09:07:06 15   could you trace for me in chronologic order the
09:07:12 16   jobs you've held before you went to work for
09:07:14 17   Centocor.
09:07:16 18   A. I worked for a cardiologist in San
09:07:20 19   Antonio for a year.  And in 1993, March 1993, I
09:07:24 20   went to work for Boehringer Mannheim.
09:07:28 21   Q. What is that?
09:07:32 22   A. That was a pharmaceutical company, which
09:07:32 23   is no longer in existence.  B-O-E-H-R-I-N-G-E-R.
09:07:38 24   The second word is Mannheim, M-A-N-N-H-E-I-M.  And
09:07:46 25   I left them in '98--I think it was in '98--or '97

**6**

09:07:56 1    and went to work for Centocor.
09:07:58 2    Q. Before we get to Centocor, when you
09:08:00 3    worked for the firm you just named, what type of
09:08:04 4    work did you do?
09:08:06 5    A. Sales rep.
09:08:08 6    Q. And what part of the country did you work
09:08:10 7    from?
09:08:10 8    A. Houston.
09:08:12 9    Q. What type of products did that firm
09:08:16 10   market or did you market for that firm?
09:08:20 11   A. A loop diuretic and a long acting
09:08:24 12   nitrate, and then they were the original company
09:08:30 13   that developed Retavase.
09:08:38 14   Q. That's R-E-T-A-V-A-S-E; correct?
09:08:40 15   A. Yes.
09:08:42 16   Q. When you worked for this firm, did you
09:08:44 17   call on hospitals or physicians or both?
09:08:48 18   A. Both.
09:08:50 19   Q. And what type of medical specialists did
09:08:54 20   you call upon?
09:08:58 21   A. During my career there?
09:09:00 22   A. Yes.
09:09:00 23   A. Every specialty.
09:09:02 24   Q. Okay.  So you would run from pediatrics
09:09:04 25   to psychiatry?

**7**

09:09:06 1    A. I went from family practice, internal
09:09:10 2    medicine, cardiology, some gastro, some
09:09:22 3    nephrology.  That's the basics.
09:09:24 4    Q. Did you call upon interventional
09:09:26 5    radiologists?
09:09:28 6    A. No.
09:09:28 7    Q. Did you call upon any other type of
09:09:30 8    radiologists?
09:09:32 9    A. No.
09:09:34 10   Q. Did you call upon vascular surgeons?
09:09:36 11   A. No.
09:09:42 12   Q. Tell me what your experience was with
09:09:44 13   that firm in terms of sales activities with
09:09:54 14   Retavase.
09:09:54 15   A. We prelaunched Retavase, meaning, you
09:09:58 16   know, went out, talked to cardiologists about the
09:10:02 17   drug--I mean, cardiology and emergency
09:10:10 18   medicine were our primary focus and hospitals,
09:10:12 19   obviously, because it's a hospital drug.
09:10:16 20   Q. Okay.
09:10:18 21   A. So it was just telling them.  But at that
09:10:22 22   time everything was geared for acute myocardial
09:10:26 23   infarctions.
09:10:28 24   Q. Okay.  Was Retavase at the time you were
09:10:32 25   selling it for this company indicated by the FDA

**8**

09:10:34 1    for heart attacks?
09:10:36 2    A. Yes.
09:10:36 3    Q. I'm sorry, you're fading out a bit.
09:10:40 4    A. Yes.
09:10:54 5    Q. Why was it you left that firm and joined
09:10:56 6    Centocor?
09:10:58 7    A. They bought Retavase.
09:11:00 8    Q. All right.  And when you joined
09:11:02 9    Centocor--this was in 1998?  Do I have the year
09:11:08 10   correct?
09:11:10 11   A. You know, I don't know.  It was either
09:11:12 12   '97 or '98.
09:11:13 13   Q. Do you recall what time of the year it
09:11:14 14   was?
09:11:18 15   A. I remember the time that they announced
09:11:20 16   that Retavase was going to be bought by Centocor
09:11:24 17   was in May of '97, but I don't remember when the
09:11:28 18   actual deal went through and when I changed over.
09:11:32 19   Q. Okay.  Did other people come from that
09:11:34 20   company with you to Centocor?
09:11:36 21   A. Yes.
09:11:40 22   Q. When you first began working in Centocor,
09:11:44 23   were you--did you work from Houston?
09:11:46 24   A. Yes.
09:11:48 25   Q. And what--  When you first went to work

DEPOSITION OF CAROLINE KOPECKY

## 9

09:11:54 1   for Centocor, was the product you sold Retavase?
09:11:58 2   A. Yes.
09:11:58 3   Q. Did you sell any other products?
09:12:00 4   A. No.
09:12:00 5   Q. And did you sell Retavase at that time
09:12:04 6   for the treatment of heart attacks?
09:12:06 7   A. Yes.
09:12:12 8   Q. Were you a cardiac representative?
09:12:16 9   A. Yes.
09:12:16 10   Q. I'm sorry, is that a yes?
09:12:18 11   A. Yes.
09:12:18 12   Q. Okay. And at the time you were a cardiac
09:12:26 13   representative, were the physicians you called
09:12:30 14   upon typically cardiologists?
09:12:34 15   A. And emergency medicine.
09:12:36 16   Q. Okay. Any other specialists?
09:12:42 17   A. By and large, no, not to my memory.
09:12:54 18   Q. Caroline, did you ever become a vascular
09:12:56 19   representative?
09:13:00 20   A. Yes.
09:13:00 21   Q. And do you recall when that was?
09:13:06 22   A. No. My best guess would be December of
09:13:12 23   '99, maybe.
09:13:16 24   Q. Okay. Is it the year or the month you're
09:13:24 25   uncertain of?

## 10

09:13:24 1   A. The year.
09:13:26 2   Q. Okay. You remember it was December of
09:13:28 3   some year?
09:13:30 4   A. Yeah, and I'm pretty sure it was '99.
09:13:32 5   Q. All right. Fine. Once you became a
09:13:34 6   vascular representative, did you market any
09:13:42 7   products other than Retavase?
09:13:44 8   A. Yes.
09:13:44 9   Q. What were those products?
09:13:48 10   A. It was a device to be used in--for an
09:13:56 11   interventional radiologist. It was a catheter. I
09:13:58 12   can't remember the name of it.
09:14:00 13   Q. Was that a product manufactured by
09:14:02 14   Cordis? That's C-O-R-D-I-S?
09:14:06 15   A. Yes.
09:14:06 16   Q. Am I spelling it correctly?
09:14:08 17   A. Yes.
09:14:08 18   Q. Okay. When you became a vascular rep,
09:14:18 19   did you continue to call on the same hospitals you
09:14:24 20   had called upon as a cardiology rep?
09:14:28 21   A. I don't know.
09:14:30 22   Q. You don't know, or you don't remember?
09:14:32 23   A. I don't remember.
09:14:34 24   Q. Okay. Let me go through some names of
09:14:40 25   hospitals for you that we'll talk about in a

## 11

09:14:42 1   little greater depth later on.
09:14:46 2   Are you familiar with a Hermann Hospital?
09:14:50 3   A. Yes.
09:14:50 4   Q. Did you call upon it as a cardiovascular
09:14:54 5   rep?
09:14:54 6   A. No.
09:14:56 7   Q. Are you familiar with the Houston
09:14:58 8   Northwest Medical Center?
09:14:58 9   A. Yes.
09:15:00 10   Q. Did you call upon it as a cardiovascular
09:15:02 11   rep?
09:15:04 12   A. Yes.
09:15:04 13   Q. Are you familiar with St. Luke's
09:15:08 14   Episcopal Hospital?
09:15:08 15   A. Yes.
09:15:08 16   Q. Did you call upon it as a cardiovascular
09:15:12 17   rep?
09:15:12 18   A. No.
09:15:12 19   Q. Are you familiar with Methodist Hospital
09:15:18 20   affiliated with Baylor?
09:15:18 21   A. Yes.
09:15:20 22   Q. Did you call upon it as a cardiovascular
09:15:22 23   rep?
09:15:26 24   A. I don't remember.
09:15:28 25   Q. Are you familiar with a Spohn, S-P-O-H-N,

## 12

09:15:34 1   Hospital?
09:15:34 2   A. Yes.
09:15:34 3   Q. That's in Corpus Christi?
4   A. Yes.
09:15:38 5   Q. Did you call upon it as a cardiovascular
09:15:42 6   rep?
09:15:42 7   A. No.
09:15:42 8   Q. Are you familiar with Knapp, K-N-A-P-P,
09:15:46 9   Memorial Hospital?
09:15:48 10   A. Yes.
09:15:48 11   Q. Did you call upon it as a cardiovascular
09:15:50 12   rep?
09:15:50 13   A. No.
09:15:52 14   Q. Are you familiar with Ochsner Hospital in
09:15:56 15   New Orleans?
09:15:58 16   A. Yes.
09:15:58 17   Q. Did you call upon it as a cardiovascular
09:16:02 18   rep?
09:16:02 19   A. No.
09:16:02 20   Q. Are you familiar with Valley Baptist
09:16:06 21   Medical Center?
22   A. Yes.
09:16:06 23   Q. Did you call upon it as a cardiovascular
09:16:10 24   rep?
09:16:10 25   A. No.

**13**

09:16:10 1     Q. Are you familiar with Columbia Conroe
09:16:14 2 Medical Center?
09:16:14 3     A. Yes.
09:16:14 4     Q. Did you call upon it as a cardiovascular
09:16:18 5 rep?
09:16:18 6     A. Yeah.
09:16:20 7     Q. Are you familiar with the University of
09:16:24 8 Texas Hospital in Galveston?
09:16:26 9     A. Yeah.
09:16:26 10     Q. Did you call upon it as a cardiovascular
09:16:28 11 rep?
09:16:28 12     A. Yes.
09:16:30 13     Q. Are you familiar with Memorial City
09:16:34 14 General Hospital in Houston?
09:16:34 15     A. Yes.
09:16:36 16     Q. Did you call upon it as a cardiovascular
09:16:40 17 rep?
09:16:40 18     A. Yeah.
09:16:44 19     Q. Are you familiar with Park Plaza?
09:16:46 20     A. Yeah.
09:16:46 21     Q. Did you call upon it as a cardiovascular
09:16:50 22 rep?
09:16:56 23     A. I don't remember if that was one of my
09:16:56 24 targets.
09:16:58 25     Q. Okay. Do you recall or are you familiar

**14**

09:17:02 1 with Memorial Northwest Hospital?
09:17:04 2     A. Yes.
09:17:06 3     Q. Did you call upon it as a cardiovascular
09:17:10 4 rep?
09:17:10 5     A. Yeah.
09:17:12 6     Q. Okay. When you became a vascular rep,
09:17:16 7 did your supervision change?
09:17:20 8     A. Yeah.
09:17:22 9     Q. Who was your supervisor immediately
09:17:24 10 before you became a vascular rep?
09:17:36 11     A. I think it was Erin Muhelstein,
09:17:40 12 M-U-H-E-L-S-T-E-I-N.
09:17:46 13     Q. After you became a vascular rep, who was
09:17:50 14 your supervisor?
09:17:54 15     A. His name was William something. I can't
09:17:58 16 remember his last name.
09:17:58 17     Q. All right. Are you familiar with Susan
18 Lansman?
19     A. Yeah.
09:18:06 20     Q. Was she ever your supervisor?
09:18:08 21     A. Yeah.
09:18:08 22     Q. And was she your supervisor while you
09:18:10 23 were a vascular rep?
09:18:12 24     A. Yeah.
09:18:12 25     Q. Was she your supervisor after William was

**15**

09:18:14 1 your supervisor?
09:18:18 2     A. Yeah.
09:18:18 3     Q. And how long did she remain your
09:18:20 4 supervisor?
09:18:22 5     A. I don't remember.
09:18:24 6     Q. Who was your supervisor after Susan?
09:18:30 7     A. Tony, I think.
09:18:32 8     Q. Tony Siciliano?
09:18:34 9     A. I think.
09:18:34 10     Q. All right. After Susan left being your
09:18:40 11 supervisor, do you know what jobs she took?
09:18:46 12     A. No, I can't remember.
09:18:54 13     Q. Okay. Do you know how old Susan was?
09:18:58 14     A. No.
09:19:00 15     Q. Do you know if she was older or younger
09:19:02 16 than Tony?
09:19:02 17     A. Older than Tony.
09:19:04 18     Q. Okay. When you became a vascular rep,
09:19:34 19 how were your accounts assigned to you?
09:19:34 20     A. They were given to you by-- Your
09:19:38 21 supervisor gave you the accounts based on, you
09:19:42 22 know, corporate criteria.
09:19:44 23     Q. Did you have any input in selecting your
09:19:48 24 accounts?
09:19:48 25     A. No, not really. You were able to, you

**16**

09:19:52 1 know, give opinions on things. But ultimately it
09:19:54 2 was up to your supervisor and their supervisor and
09:20:00 3 corporate administration.
09:20:02 4     Q. How did it go about that you would give
09:20:06 5 opinions?
09:20:06 6     A. I mean, you could go over your account
09:20:08 7 with what was--I guess more appropriate would be
09:20:14 8 they gave you an account list, and then you can
09:20:16 9 say, "Oh, well, this hospital, I know a lot about
09:20:20 10 it. I don't really think that this is accurate,"
09:20:24 11 or whatever. But that didn't mean that they would
09:20:30 12 take your opinion.
09:20:30 13     Q. Okay. I don't want to put words in your
09:20:32 14 mouth, but let me see if I understand what you're
09:20:36 15 saying. And if I've got it wrong, tell me I have
09:20:38 16 it wrong.
09:20:40 17     A. Okay.
09:20:40 18     Q. You were given something identifying
09:20:46 19 accounts that Centocor management thought would be
09:20:50 20 appropriate for you?
09:20:52 21     A. Correct.
09:20:52 22     Q. And then you could offer your input
09:20:58 23 concerning those accounts either in suggesting
09:21:02 24 that maybe these were not--some of these were not
09:21:06 25 good accounts or maybe there were other medical

DEPOSITION OF CAROLINE KOPECKY                                                5

## 17

09:21:08 1 facilities that might be good accounts; is that
09:21:10 2 correct?

09:21:12 3     A. Correct.

09:21:12 4     Q. And then management either would accept
09:21:16 5 some or all of your recommendations, or they would
09:21:20 6 not accept some or all of your recommendations; is
09:21:22 7 that correct?

09:21:24 8     A. Correct.

09:21:24 9     Q. Do you recall any account you were
09:21:28 10 assigned that you told management you didn't think
09:21:32 11 that would be a good account that you were still
09:21:36 12 assigned?

09:21:38 13     A. No, not specifically.

09:21:40 14     Q. Okay. Do you recall any account that you
09:21:44 15 advised management might be a good account for you
09:21:48 16 to be assigned that management did not assign you?

09:21:54 17     A. No, not specifically.

09:21:54 18     Q. Okay. As we go through the deposition
09:21:58 19 this morning, Caroline, if you recall any accounts
09:22:04 20 that you were assigned or not assigned against
09:22:08 21 your recommendation, can you be sure and indicate
09:22:10 22 those for us?

09:22:12 23     A. Yes.

09:22:12 24     Q. Okay. Great. When you were a vascular
09:22:20 25 rep before Tony was your supervisor-- Do you

## 18

09:22:24 1 understand the time period I'm talking about?

09:22:26 2     A. Yeah, but my recollection is very hazy.

09:22:30 3     Q. That's fine. Just do your best. --were
09:22:32 4 all of your accounts at that time located in the
09:22:34 5 Houston metropolitan area?

09:22:40 6     A. I have no idea.

09:22:42 7     Q. What was the furthest you had to travel
09:22:44 8 before Tony became your supervisor to visit an
09:22:48 9 account?

09:22:48 10     A. I have no idea.

09:22:52 11     Q. Did you ever go to New Orleans?

09:22:54 12     A. I have no idea. I don't remember the
09:22:58 13 time frame specifically, what my accounts were.

09:23:02 14     Q. Okay. Did you maintain any type of
09:23:08 15 expense reports?

09:23:10 16     A. I'm sorry?

09:23:12 17     Q. While you worked for Centocor, did
09:23:14 18 you--were you entitled to reimbursement for
09:23:16 19 expenses, travel expenses?

09:23:18 20     A. Yes.

09:23:20 21     Q. And would you have to submit some sort of
09:23:24 22 paperwork documenting what your expenses were?

09:23:28 23     A. Yes.

09:23:30 24     Q. And how frequently would you do that?

09:23:34 25     A. Weekly.

## 19

09:23:34 1     Q. I'm sorry?

09:23:36 2     A. Weekly.

09:23:36 3     Q. Okay. And would that paperwork document
09:23:42 4 each trip you went on?

09:23:46 5     A. Yes.

09:23:46 6     Q. Okay. If I wanted to know, for example,
09:23:50 7 where you went in March of 1999, would those
09:24:00 8 expense reports tell me that?

09:24:02 9     A. Yes.

09:24:02 10     Q. Would there be any type of record that
09:24:04 11 would be better than the expense reports in
09:24:06 12 identifying for me where you went?

09:24:08 13     A. No.

09:24:10 14     Q. Okay. I want to-- Maybe Mr. Broderick
09:24:20 15 can help you, Caroline. I want to go through some
09:24:22 16 documents with you. The first document that I'm
09:24:24 17 going to talk with you about is Kopecky Exhibit 1.

09:24:32 18     A. Okay.

09:24:32 19     Q. The first page of that document, at least
09:24:36 20 my copy of it, has your signature, and it looks
09:24:38 21 like your signature is dated January 21, 2001.

09:24:46 22     A. Okay.

09:24:46 23     Q. Am I correct?

09:24:48 24     A. Yes.

09:24:48 25     Q. Have you had an opportunity to go through

## 20

09:24:50 1 those documents?

09:24:52 2     A. No.

09:24:52 3     Q. Why don't you thumb through them.

09:26:08 4     A. Okay.

09:26:08 5     Q. Can you identify that document or series
09:26:10 6 of documents for me, please.

09:26:12 7     A. Expense report.

09:26:12 8     Q. What time period does it look like those
09:26:14 9 expense reports cover?

09:26:18 10     A. January of 2001.

09:26:20 11     Q. Does it appear to you that those would be
09:26:22 12 your expense reports for the month of January
09:26:26 13 2001?

09:26:28 14     A. Yes.

09:26:28 15     Q. Okay. Let's go to Exhibit No. 2, Kopecky
09:26:36 16 Exhibit No. 2. Can you take a moment and go
09:26:40 17 through that document.

09:26:42 18     A. Okay.

09:27:54 19     Q. Does the first page of Kopecky Exhibit
09:28:00 20 No. 2 at the top read "sales force expense
09:28:04 21 report"?

09:28:04 22     A. Yes.

09:28:04 23     Q. Then at the bottom does it have your
09:28:06 24 signature of February 14, 2001?

09:28:12 25     A. Yes.

## 21

09:28:14  1    Q. Is that yes?

09:28:16  2    A. Yes.

09:28:16  3    Q. Okay. Fine, thank you. Can you identify

09:28:18  4  those documents for me.

09:28:20  5    A. My expense reports from February of 2001.

09:28:24  6    Q. Does that appear to you to be a full and

09:28:26  7  complete copy of your February expense reports?

09:28:34  8    A. I don't see the last week of February.

09:28:36  9    Q. Okay. Why don't you go to Exhibit 3 for

09:28:48 10  a moment.

09:28:54 11    A. Okay.

09:28:56 12    Q. Do you see the first page of Exhibit 3 it

09:28:58 13  says "sales force expense report"?

09:29:00 14    A. Yes.

09:29:02 15    Q. And it has your signature with the date

09:29:04 16  3-11-01?

09:29:06 17    A. Yes.

09:29:06 18    Q. And then you see in the upper left-hand

09:29:10 19  corner a series of columns of dates?

09:29:12 20    A. Yes.

09:29:14 21    Q. And it has--the first date is February

09:29:18 22  25, '01?

09:29:18 23    A. Yes.

09:29:18 24    Q. And the last date is March 3, '01?

09:29:22 25    A. Yes.

## 22

09:29:22  1    Q. Would that cover the last week in

09:29:24  2  February?

09:29:26  3    A. Yes.

09:29:26  4    Q. Okay. So except for the dates that are

09:29:32  5  shown on Kopecky Exhibit 3 that we've just talked

09:29:36  6  about, does Kopecky Exhibit 2 appear to you to be

09:29:40  7  a complete copy of your February expense reports?

09:29:44  8    A. Yes.

09:29:44  9    Q. Okay. Good. Then moving along to

09:29:48 10  Kopecky Exhibit No. 3, which I think we've already

09:29:52 11  identified the front page, can you thumb through

09:29:54 12  those documents and identify for me what they are.

09:30:00 13    A. Expense reports for March.

09:30:02 14    Q. Okay. And does it appear to be a

09:30:06 15  complete copy of your March expense reports?

09:30:08 16    A. Yes.

09:30:08 17    Q. Okay. Let's move along then to Kopecky

09:30:14 18  Exhibit No. 4. The first page of that document is

09:30:20 19  entitled sales force expense report, and then at

09:30:24 20  the bottom is your signature with the date

09:30:26 21  4-18-01. Are we on the same page?

09:30:32 22    A. Yes.

09:30:32 23    Q. Take a look at that set of documents,

09:30:34 24  Caroline, and after you have done so, could you

09:30:38 25  identify for me what they are.

## 23

09:30:46  1    A. Expense reports for April.

09:30:50  2    Q. April of 2001?

09:30:52  3    A. Yes.

09:30:52  4    Q. And does it appear to you to be a

09:30:54  5  complete copy of your April expense reports?

09:30:58  6    A. Yes.

09:30:58  7    Q. Okay. Then let's go to Kopecky Exhibit

09:31:10  8  No. 5. Does your first page of that document

09:31:16  9  begin with the--a page that's headed sales force

09:31:20 10  expense report and then has your signature on May

09:31:24 11  21, 2001?

09:31:26 12    A. Yes.

09:31:26 13    Q. Take a look at that document, Caroline,

09:31:30 14  and, after you have done so, identify it for us.

09:31:34 15    A. It looks like my May expense reports from

09:31:40 16  2001.

09:31:42 17    Q. And does that appear to you to be a

09:31:46 18  complete copy of your expense reports?

09:31:46 19    A. Yes.

09:31:48 20    Q. Okay. Thank you. I'm going to ask you

09:31:58 21  to take a look at Kopecky Exhibit No. 6, and the

09:32:04 22  front page of my copy of that document is entitled

09:32:06 23  sales force expense report and has your signature

09:32:10 24  of June 12, 2001.

09:32:14 25    A. Yes.

## 24

09:32:20  1    Q. Can you take a look at that document and,

09:32:22  2  after you've done so, identify it for me, please.

09:32:28  3    A. My June 2001 expense report.

09:32:32  4    Q. Okay. Does that appear to you to be an

09:32:36  5  accurate copy of your expense reports?

09:32:38  6    A. Yes.

09:32:38  7    Q. Before we go on to the next document,

09:32:44  8  beneath your signature on the first page of all

09:32:48  9  these documents we've talked about is what I

09:32:54 10  believe is the signature of Tony Siciliano. Am I

09:32:58 11  correct?

09:32:58 12    A. Yes.

09:33:00 13    Q. Would you submit your expense reports to

09:33:02 14  Tony, typically?

09:33:04 15    A. Yes.

09:33:04 16    Q. And then he would approve them or

09:33:06 17  disapprove them, I guess?

09:33:10 18    A. Yes.

09:33:10 19    Q. And then would he inform you somehow that

09:33:14 20  they had been approved?

09:33:21 21    A. No. I mean, it was assumed that they

09:33:26 22  were approved unless you heard something back from

09:33:28 23  Tony or something back from corporate.

09:33:32 24    Q. I've got ya. In reviewing these

09:33:34 25  documents, it would look as though, if not every

## 25

09:33:38 1 week, certainly every two weeks you would submit
09:33:40 2 an expense report to Tony?
09:33:42 3    **A.** Correct.
09:33:44 4    **Q.** And by going through that expense report,
09:33:50 5 could Tony tell the areas you had gone during the
09:33:56 6 time period covered by the report?
09:34:00 7    **A.** Yes. If not by the report, by the
09:34:02 8 receipts.
09:34:04 9    **Q.** Okay. Fine. And when you submitted your
09:34:08 10 expense report, would you submit all of your
09:34:10 11 receipts, as well?
09:34:12 12    **A.** Yes.
09:34:12 13    **Q.** Okay. Moving on, then, to Kopecky
09:34:22 14 Exhibit 7, which is entitled sales force expense
09:34:26 15 report and then has your signature, it looks like,
09:34:32 16 on July 15, 2001, are we looking at the same
09:34:36 17 document?
09:34:36 18    **A.** Yes.
09:34:38 19    **Q.** Can you go through those documents and
09:34:40 20 then identify them for me.
09:34:48 21    **A.** My expense reports from July of 2001.
09:34:52 22    **Q.** Okay. And does it appear to you that
09:34:56 23 that's a complete copy of your expense reports for
09:34:58 24 that month?
09:35:00 25    **A.** Yes.

## 26

09:35:00 1    **Q.** I'm sorry?
09:35:00 2    **A.** Yes.
09:35:02 3    **Q.** Okay. Let's move along to Exhibit--Kopecky
09:35:08 4 Exhibit 8.
09:35:12 5    **A.** Okay.
09:35:12 6    **Q.** The first page is identified as sales
09:35:14 7 force expense report and has your signature with a
09:35:18 8 date August 6, 2001. Is that the page you have in
09:35:22 9 front of you?
09:35:26 10    **A.** No. The one I have doesn't have a
09:35:28 11 signature.
09:35:28 12    **Q.** It does not have what?
09:35:30 13    **A.** A signature.
09:35:34 14    **Q.** Is it marked Kopecky Exhibit 8?
09:35:36 15    **A.** Yes.
09:35:40 16    **Q.** In the upper left-hand column can you
09:35:44 17 identify the first date?
09:35:50 18    MR. BRODERICK: Is there a discrepancy in
09:35:52 19 the Bates numbering? Do we want to go off the
09:35:58 20 record for a second?
09:36:00 21    MR. BAKER: Let me tell you, the document
09:36:00 22 I have as Kopecky Exhibit 8 has an EEOC 000615
09:36:06 23 Bates number.
09:36:10 24    MR. BRODERICK: Your office shipped us
09:36:12 25 two sets of these exhibits, and I have one set

## 27

09:36:16 1 that starts with that number and another set that
09:36:18 2 starts with a different number. I'll give her the
09:36:22 3 set that starts with that number.
09:36:24 4    MR. BAKER: Okay. Thank you.
09:36:26 5    **A.** Okay. Now I'm looking at it.
09:36:28 6 BY MR. BAKER:
09:36:30 7    **Q.** Okay. Just so we're on the same page
09:36:32 8 now, Caroline, the first page of Exhibit 8 is
09:36:36 9 entitled sales force expense report and has your
09:36:40 10 signature of August 6, 2001.
09:36:44 11    **A.** Yes.
09:36:44 12    **Q.** Okay. Take a moment and go through that
09:36:48 13 document and then identify it for me, if you
09:36:50 14 would.
09:37:02 15    **A.** Expense report-- Sorry, this is taking
09:37:12 16 longer.
09:37:12 17    **Q.** Take your time.
09:38:22 18    MR. BRODERICK: Something is out of order
09:38:24 19 with the two sets that we got for Exhibit 8.
09:38:28 20 Maybe if we could just take a couple minutes here,
09:38:32 21 and let me see if I can sort it out.
09:38:36 22    MR. BAKER: Sure.
09:38:36 23    MR. BRODERICK: I'm going to put you on
09:38:38 24 moot.
09:41:36 25    (Short pause.)

## 28

09:41:38 1    MR. BRODERICK: Jim, we have an expense
09:41:40 2 report-- Let's go off the record for a second.
3    (Off-the-record discussion.)
4 BY MR. BAKER:
09:43:04 5    **Q.** Caroline, you should have in front of you
09:43:12 6 both Exhibit 8 and Exhibit 8A. Am I correct?
09:43:14 7    **A.** Yes.
09:43:16 8    **Q.** And those documents are similar in that
09:43:18 9 they represent a series of expense reports, but
09:43:22 10 one of those documents may have a couple more
09:43:24 11 pages than the other. Am I correct?
09:43:28 12    **A.** I guess, yeah.
09:43:28 13    **Q.** And one page of one of the documents may
09:43:32 14 be unsigned, where there is a signed copy of that
09:43:36 15 page in another of the documents. Am I correct?
09:43:40 16    **A.** Say that again.
09:43:42 17    **Q.** One page of one of the exhibits has a
09:43:48 18 page that's unsigned, where the other exhibit has
09:43:52 19 the same page, but it is signed. Am I correct?
09:43:56 20    **A.** Correct.
09:43:56 21    **Q.** Okay. I am interested in making sure
09:44:04 22 that those documents collectively represent all of
09:44:12 23 your expense reports for the month of August of
09:44:14 24 2001.
09:44:18 25    **A.** Okay.

## 29

09:44:18  1    Q. If we went through both of those
09:44:20  2  documents together, would that cover all of the
09:44:24  3  expense reports you submitted for August of 2001?
09:44:26  4    A. Yes.
09:44:28  5    Q. Okay. Thank you. I would like to refer
09:44:38  6  you now to Kopecky Exhibit No. 9.
09:44:46  7    A. Okay.
09:44:46  8    Q. And my copy of that document is--the
09:44:54  9  first page has a sales force expense report which
09:45:00 10  you signed on September 9, 2001?
09:45:04 11    A. Yes.
09:45:04 12    Q. Is that what you have in front of you?
09:45:06 13    A. Yes.
09:45:06 14    Q. Can you go through that document and then
09:45:08 15  identify for me the pages--or identify for me what
09:45:14 16  that document is.
09:45:28 17    A. My expense reports for September of 2001.
09:45:30 18    Q. Okay. And does that appear to you to be
09:45:34 19  a complete copy of your September expense reports?
09:45:38 20    A. Yes.
09:45:38 21    Q. Okay. Caroline, if someone were to ask
09:45:48 22  you to identify all of the accounts you visited
09:45:54 23  and what days you visited them between January 1,
09:45:58 24  2001, and September of 2001, could that be done by
09:46:04 25  going through your expense reports?

## 30

09:46:08  1    A. Yes.
09:46:10  2    Q. Based upon the paperwork you're aware of
09:46:14  3  that exists, would that be the best way to
09:46:16  4  identify where you went and when you went there
09:46:18  5  during that time period?
09:46:20  6    A. Yes.
09:46:20  7    Q. Okay. While we're talking about
09:46:28  8  exhibits, I'd like you to go to Kopecky Exhibit
09:46:38  9  10.
09:46:40 10    A. Uh-huh.
09:46:40 11    Q. And my copy of Kopecky Exhibit 10 is
09:46:44 12  headed Gelco, G-E-L-C-O, HCC notification form,
09:46:52 13  and there's a date of March 28, 2002.
09:46:58 14    A. Yes.
09:46:58 15    Q. And it looks like it is from a Karen
      16  Tampellin?
09:47:06 17    A. Yes.
09:47:06 18    Q. Tampellini, maybe?
09:47:08 19    A. Yeah. Same one.
09:47:10 20    Q. Okay. Caroline, do you know what those
09:47:14 21  documents are? Have you ever seen them before?
09:47:18 22    A. Yes. They look to be correspondence from
09:47:22 23  the home office about problems with my expense
09:47:24 24  reports.
09:47:26 25    Q. When there were problems with your

## 31

09:47:26  1  expense reports, would you receive some paperwork
09:47:32  2  similar to what's in Kopecky Exhibit 10?
09:47:34  3    A. Yes.
09:47:36  4    Q. Okay. As I'm thumbing through this
09:47:54  5  document, as I'm interpreting it, these would be
09:48:02  6  findings as a result of audits of your expense
09:48:06  7  reports during--that you submitted during the year
09:48:10  8  2001?
09:48:10  9    A. Correct.
09:48:10 10    Q. Am I correct?
09:48:12 11    A. Yes.
09:48:22 12    Q. When a problem was brought to your
09:48:24 13  attention concerning your expense reports such as
09:48:28 14  the type of documentation in Kopecky Exhibit No.
09:48:32 15  10, what would that mean to you?
09:48:38 16    A. That I either needed to fix it, or it
09:48:42 17  would be deducted.
09:48:42 18    Q. Okay. Would the audit of your expense
09:49:00 19  reports during the year 2001 have been--  Strike
09:49:04 20  that. During the year 2001, were there more
09:49:14 21  issues raised concerning your expense reports than
09:49:18 22  there were in other years you worked for Centocor?
09:49:22 23    A. No.
09:49:24 24    Q. Is that no?
09:49:24 25    A. No.

## 32

09:49:24  1    Q. Okay. Thank you. Caroline, do you know
09:49:44  2  how it was that Tony Siciliano became your
09:49:48  3  supervisor?
09:49:52  4    A. He was promoted.
09:49:54  5    Q. Was there any reorganization or
09:49:56  6  realignment that occurred at the time he was
09:50:00  7  promoted?
09:50:02  8    A. I don't remember.
09:50:02  9    Q. Do you recall that you were on a team
09:50:08 10  during the year 2001 with other vascular
09:50:10 11  representatives?
09:50:12 12    A. Yes.
09:50:14 13    Q. And are you--  Do you remember the other
09:50:16 14  individuals who were on your team?
09:50:20 15    A. I'm not sure if I remember my complete
09:50:24 16  team at the time.
09:50:24 17    Q. All right. Was Randy VanCleave, V-A-N
09:50:32 18  C-L-E-A-V-E, on your team?
09:50:34 19    A. Yes.
09:50:34 20    Q. Was Denise Hill on your team?
09:50:38 21    A. Yes.
09:50:38 22    Q. Was Jane Minor on your team?
09:50:42 23    A. Yes.
09:50:42 24    Q. Do you recall any other members of your
09:50:44 25  team during the year 2001?

## 33

09:50:48 1    **A.** No.

09:50:52 2    **Q.** When Tony became your supervisor, was

09:50:58 3 there any change when he became your supervisor

09:51:04 4 with respect to the accounts you were assigned?

09:51:14 5    **A.** I don't remember.

09:51:14 6    **Q.** Okay. Caroline, I want you to go to

09:51:46 7 Exhibit 56. Maybe John Broderick can help you

09:51:54 8 find that document.

09:51:54 9    **A.** Okay. Just a minute.

09:51:56 10    **Q.** Sure.

11    (Short pause.)

09:52:24 12    **A.** Okay.

09:52:24 13    **Q.** Do you have Exhibit 56 in front of you?

09:52:26 14    **A.** Yes.

09:52:28 15    **Q.** At the top of that document do the words

09:52:30 16 "QI VSS account targets"--is that set forth?

09:52:36 17    **A.** Yes.

09:52:36 18    **Q.** QI, would that indicate to you quarter 1?

09:52:40 19    **A.** Yes.

09:52:42 20    **Q.** And would VSS refer to vascular sales?

09:52:46 21    **A.** Yes.

09:52:46 22    **Q.** Okay. If you see in this document about

09:52:54 23 midway down, there is a box that says "VSS targets

09:52:58 24 Caroline Kopecky"?

09:53:00 25    **A.** Yes.

## 34

09:53:02 1    **Q.** Does this appear to you to identify your

09:53:06 2 accounts during the first quarter of 2001?

09:53:10 3    **A.** Yes.

09:53:10 4    **Q.** Is that yes?

09:53:12 5    **A.** Yes.

09:53:14 6    **Q.** It looks to me, Caroline, that there are

09:53:20 7 three accounts that are shaded: MD Anderson, UTMB

09:53:24 8 and Tulane. Do you see that?

09:53:26 9    **A.** Yes.

09:53:30 10    **Q.** Do you know what the shading means?

09:53:32 11    **A.** No.

09:53:34 12    **Q.** During the first quarter of 2001, how

09:53:36 13 long had you had MD Anderson as an account?

09:53:40 14    **A.** I have no idea.

09:53:42 15    **Q.** Do you recall how long you called on MD

09:53:44 16 Anderson?

09:53:44 17    **A.** No.

09:53:46 18    **Q.** Do you recall how frequently you called

09:53:48 19 on MD Anderson?

09:53:52 20    **A.** No, not really.

09:53:56 21    **Q.** The next shaded is UTMB. And I think UT

09:54:00 22 is an acronym for the University of Texas, is it

09:54:04 23 not?

09:54:04 24    **A.** Yes.

09:54:06 25    **Q.** What is the MB an acronym for?

## 35

09:54:10 1    **A.** Medical Branch.

09:54:10 2    **Q.** Is that in Galveston?

09:54:12 3    **A.** Yes.

09:54:14 4    **Q.** Okay. Do you recall how long you had

09:54:16 5 that account?

09:54:16 6    **A.** No.

09:54:16 7    **Q.** Do you recall if you had it prior to the

09:54:18 8 first quarter of 2001?

09:54:24 9    **A.** No.

09:54:26 10    **Q.** Do you recall how frequently you called

09:54:28 11 on that account?

09:54:28 12    **A.** No.

09:54:34 13    **Q.** The next shaded area appears to be

09:54:36 14 Tulane. Is that the Tulane University Hospital?

09:54:40 15    **A.** Yes.

09:54:42 16    **Q.** Is that in New Orleans?

09:54:46 17    **A.** Yes.

09:54:46 18    **Q.** How long did you call upon Tulane?

09:54:48 19    **A.** I have no idea.

09:54:50 20    **Q.** Did you call upon Tulane after the year

09:54:54 21 2001?

09:54:54 22    **A.** I have no idea.

09:54:54 23    **Q.** Were you ever successful in selling

09:55:00 24 Retavase for vascular purposes at Tulane?

09:55:04 25    **A.** No.

## 36

09:55:04 1    **Q.** Were you ever successful in selling

09:55:06 2 Retavase for vascular purposes at UTMB?

09:55:12 3    **A.** Yes.

09:55:12 4    **Q.** Were you successful in selling Retavase

09:55:12 5 for vascular purposes at MD Anderson?

09:55:18 6    **A.** Yes.

09:55:20 7    **Q.** Okay. While you were a cardiovascular

09:55:28 8 rep, did you call upon Tulane?

09:55:32 9    **A.** No.

09:55:34 10    **Q.** And did you call upon UTMB?

09:55:36 11    **A.** Yes.

09:55:36 12    **Q.** Okay. And MD Anderson, did you call upon

09:55:40 13 it when you were a cardiovascular rep?

09:55:42 14    **A.** No.

09:55:48 15    **Q.** When you went from being a cardiovascular

09:55:50 16 rep to a vascular rep, did you continue without

09:55:54 17 interruption to call on UTMB?

09:56:00 18    **A.** I don't know.

09:56:00 19    **Q.** Okay. Caroline, when you were selling

09:56:04 20 the vascular product Retavase for vascular

09:56:18 21 purposes, what was your objective with a

09:56:18 22 particular hospital?

09:56:20 23    **A.** To increase usage.

09:56:24 24    **Q.** How do hospitals determine whether or not

09:56:25 25 they're going to carry a particular medication?

## 37

09:56:32 1      A. Formulary approval.

09:56:34 2      Q. And can you tell me what a formulary

09:56:36 3   approval is.

09:56:38 4      A. It's approval by a committee within the

09:56:40 5   hospital made up of various people, and they

09:56:50 6   approve or disapprove for a hospital. You don't

09:56:54 7   always have to have formulary approval to have a

09:56:58 8   hospital use the drugs.

09:56:58 9      Q. What hospitals were you successful in

09:57:02 10   securing formulary approval for Retavase for

09:57:06 11   vascular purposes?

09:57:08 12      A. Off of this list?

09:57:10 13      Q. Sure. That would be fine.

09:57:20 14      A. I think all of them, with the exception

09:57:24 15   of Tulane.

09:57:28 16      Q. And how did you go about getting

09:57:30 17   formulary approval?

09:57:36 18      A. Well, if you needed a formulary approval,

09:57:40 19   then you spoke with pharmacy, thought leaders in

09:57:46 20   various specialties within the hospital, and you

09:57:52 21   lobbied for them to be in favor of adding your

09:57:56 22   product to formulary. And then when the formulary

09:58:00 23   committee would meet, they would vote, and you

09:58:04 24   would hope that they voted in your favor.

09:58:06 25      Q. Okay. With respect to the accounts

## 38

09:58:10 1   listed for you on Exhibit 56, were any of those

09:58:16 2   accounts accounts that you really did not want to

09:58:18 3   have?

09:58:18 4      A. No.

09:58:28 5      Q. Back in 2001, the first quarter of 2001

09:58:34 6   or, for that matter, the last quarter of 2000, did

09:58:40 7   you request the opportunity to call upon accounts

09:58:44 8   other than those that are listed for you on

09:58:48 9   Exhibit 56?

09:58:50 10      A. I don't remember.

09:58:52 11      Q. Okay. If during the course of this

09:58:56 12   deposition you do remember some accounts that you

09:59:02 13   wanted to call upon and asked to call upon, but

09:59:04 14   were not allowed to, other than those on Exhibit

09:59:08 15   56, can you let me know?

09:59:08 16      A. Yes.

09:59:10 17      Q. Okay. By the first quarter of 2001, if I

09:59:20 18   understand your testimony, you had been a vascular

09:59:26 19   rep for Centocor for approximately one year?

09:59:32 20      A. Yes.

09:59:32 21      Q. Okay. You were a vascular rep the entire

09:59:36 22   year of 2000?

09:59:38 23      A. Yes, I believe so. Do you know what year

09:59:44 24   Urokinase was taken off the market?

09:59:46 25      Q. Let me ask you this--I don't--but why

## 39

09:59:48 1   don't you tell me when you became a vascular rep

09:59:54 2   in relation to Urokinase being taken off the

09:59:56 3   market.

09:59:58 4      A. After.

10:00:00 5      Q. Okay. Would it have been December of the

10:00:02 6   year that Urokinase was taken off the market?

10:00:06 7      A. Probably.

10:00:08 8      Q. All right. So if Urokinase was taken off

10:00:10 9   the market in 1999, you would have been a

10:00:12 10   vascular--have become a vascular rep in December

10:00:16 11   of 1999?

10:00:18 12      A. Probably.

10:00:18 13      Q. Okay. If it was in 2000, you would have

10:00:20 14   become a vascular rep in December of 2000?

10:00:26 15      A. Correct.

10:00:26 16      Q. Okay. If you know, Caroline, did

10:00:38 17   Centocor have vascular reps marketing Retavase for

10:00:44 18   vascular purposes before the time you became a

10:00:48 19   vascular rep?

10:00:50 20      A. I don't believe so.

10:00:52 21      Q. Okay. And can we agree that Centocor did

10:00:56 22   not market Retavase for vascular purposes while

10:01:02 23   Urokinase was still on the market?

10:01:06 24      A. Right.

10:01:06 25      Q. I'm sorry?

## 40

10:01:08 1      A. Yes.

10:01:10 2      Q. Okay. Caroline, if you could, I would

10:01:16 3   like you to go to Exhibit 47.

10:01:24 4      A. Just a minute.

10:01:26 5      Q. Sure. Take your time.

10:01:42 6      A. Okay.

10:01:46 7      Q. The document I have says "Centocor VS YTD

10:01:52 8   territory ranking report, July 2001."

10:01:54 9      A. Uh-huh.

10:01:56 10      Q. Does VS stand for vascular sales?

10:01:58 11      A. Yes.

10:02:00 12      Q. And YTD would be year to date?

10:02:02 13      A. Yes.

10:02:04 14      Q. Does that document appear to you to be a

10:02:10 15   ranking of Centocor's vascular representatives for

10:02:16 16   the first, second and third quarters of 2001?

10:02:18 17      A. Yes.

10:02:18 18      Q. Okay. Back in 2001, did you receive a

10:02:22 19   copy of this report?

10:02:26 20      A. Yes.

10:02:26 21      Q. Okay.

10:02:30 22      A. It's not complete for Q3, just for one

10:02:32 23   month of Q3.

10:02:36 24      Q. Okay. That would be right. Would these

10:02:38 25   types of reports come out periodically during the

## 41

10:02:42 1 year while you worked for Centocor?

10:02:44 2 A. Yes.

10:02:44 3 Q. Would they come out as frequently as each

10:02:44 4 quarter?

10:02:48 5 A. Yes.

10:02:50 6 Q. Okay. Referring to Caroline Kopecky, it

10:03:02 7 identifies your territory as 342102?

10:03:08 8 A. Uh-huh.

10:03:10 9 Q. Would that be the geographic territory

10:03:14 10 covering Houston, Texas, and areas surrounding

10:03:16 11 Houston?

10:03:18 12 A. Yes.

10:03:20 13 Q. I'm sorry?

10:03:22 14 A. Yes.

10:03:22 15 Q. Okay. It looks as of July 2000 that you

10:03:30 16 were ranked 11th among vascular reps. Am I

10:03:36 17 correct?

10:03:38 18 A. Yes.

10:03:38 19 Q. Then if we go through each quarter, in

10:03:42 20 quarter 1 you were ranked 23rd?

10:03:44 21 A. Uh-huh.

10:03:48 22 Q. And quarter second you moved up to--I

10:03:52 23 guess you were in a tie for fifth, if I'm reading

10:03:56 24 this correctly. Is that how you read it?

10:03:58 25 A. Yes.

## 42

10:03:58 1 Q. And then in quarter 3 you were ranked

10:04:02 2 ninth, at least for that month of quarter 3. Am I

10:04:08 3 correct?

10:04:08 4 A. Yes.

10:04:10 5 Q. In looking through this document,

10:04:14 6 Caroline, I see not only with you, but with

10:04:16 7 respect to other sales reps, fluctuations from

10:04:22 8 quarter to quarter?

10:04:24 9 A. Yes.

10:04:24 10 Q. Was that typical of a vascular rep?

10:04:30 11 A. I suppose.

10:04:30 12 Q. Well, based upon your review of these

10:04:32 13 reports, did it seem to you that sometimes you

10:04:34 14 would be close to the top, and other times down

10:04:38 15 toward the bottom?

10:04:38 16 A. Yes.

10:04:40 17 Q. And would that have been the same for

10:04:40 18 other vascular reps?

10:04:42 19 A. Yeah.

10:04:44 20 Q. Do you have any explanation to offer as

10:04:46 21 to why there would be these fluctuations?

10:04:52 22 A. No.

10:04:58 23 Q. What happened in quarter No. 1 that

10:05:00 24 caused you to be 23rd?

10:05:04 25 A. I don't remember.

## 43

10:05:04 1 Q. Okay. Was there any period of time

10:05:06 2 during that quarter where you weren't able to

10:05:10 3 work?

10:05:10 4 A. No.

10:05:24 5 Q. Would quarter No. 1 of 2001 have been the

10:05:24 6 first quarter that you worked under Tony

10:05:26 7 Siciliano?

10:05:32 8 A. No, I-- I guess. I don't know. I don't

10:05:38 9 remember when Tony became my manager.

10:05:40 10 Q. Okay. Well, if I'm reading this document

10:05:42 11 correctly, during the first quarter of 2001, of

10:05:48 12 all of Centocor's vascular representatives, you

10:05:52 13 were ranked last?

10:05:54 14 A. Right.

10:05:54 15 Q. Was that typical for you?

10:05:56 16 A. No.

10:05:58 17 Q. When you were ranked last in the first

10:06:00 18 quarter of 2001, did any of your supervisors at

10:06:04 19 Centocor talk to you about your sales performance

10:06:08 20 during that quarter?

10:06:10 21 A. Yes.

10:06:11 22 Q. I'm sorry?

10:06:11 23 A. Yes.

10:06:12 24 Q. And do you recall who did?

10:06:16 25 A. I remember Tony talked to me about my

## 44

10:06:18 1 performance. Unfortunately, I don't remember what

10:06:22 2 was said; but I remember having some kind of

10:06:24 3 conversation about it.

10:06:24 4 Q. Okay. Was that one conversation, or was

10:06:32 5 it more than one?

10:06:34 6 A. I don't remember.

10:06:36 7 Q. Was there ever anything in writing you

10:06:38 8 ever received from Tony concerning your

10:06:40 9 performance during the first quarter of 2001?

10:06:44 10 A. I definitely don't remember.

10:06:46 11 Q. I'm sorry, I didn't hear that.

10:06:48 12 A. I don't remember.

10:06:52 13 Q. Okay. Did Tony impose any requirements

10:06:54 14 on you at the--because of your sales performance

10:06:58 15 in the year 2001? By that I mean did he indicate

10:07:04 16 to you some things you were required to do that he

10:07:06 17 had not required of you in the past?

10:07:12 18 A. You know, I don't remember.

10:07:16 19 Q. You don't remember at all?

10:07:18 20 A. No. I mean, really, I don't. I don't

10:07:22 21 remember if he said anything specific.

10:07:24 22 Q. Okay. Could it have been he never said

10:07:28 23 anything to you about it?

10:07:30 24 A. I doubt it.

10:07:34 25 Q. Well, one would think if you were last,

## 45

10:07:36 1 your boss would say something to you, wouldn't
10:07:38 2 you?
10:07:38 3    A. Yes.
10:07:38 4    Q. Okay. And I just--in the interest of
10:07:46 5 thoroughness of coverage, I want to find out if
10:07:50 6 you have any recollections of when Tony talked to
10:07:52 7 you or what he said to you or anything about any
10:07:56 8 conversation Tony may have had with you concerning
10:08:00 9 your performance.
10:08:00 10    A. You know, I remember he talked to me
10:08:06 11 about where I ranked, and I remember being--trying
10:08:12 12 to explain why. But I don't remember why I was
10:08:14 13 ranked last.
10:08:16 14    Q. Okay. As a result of being ranked last
10:08:20 15 in that quarter, did Tony ask you to call on your
10:08:26 16 accounts more frequently?
10:08:32 17    A. I don't remember. I would assume.
10:08:44 18    Q. Do you have any recollection, Caroline,
10:08:46 19 that during the year 2001 you called on your
10:08:50 20 accounts more frequently than you did in the year
10:08:54 21 2000?
10:08:56 22    A. No, I don't remember.
10:08:58 23    Q. Okay. I want you to give me a geography
10:09:04 24 lesson of east Texas. As I understand it,
10:09:26 25 many--certainly not all, but many of your accounts

## 46

10:09:30 1 were in the Houston area.
10:09:34 2    A. Let me get that list.
10:09:34 3    Q. Okay. Good idea.
10:09:42 4    A. Houston, San Antonio, Corpus Christi.
10:09:46 5    Q. New Orleans?
10:09:48 6    A. New Orleans. And Galveston.
10:09:50 7    Q. Okay. How far is Corpus Christi from
10:09:56 8 Houston?
10:09:58 9    A. It's about a three-hour drive.
10:10:02 10    Q. And typically, when you went to Corpus
10:10:04 11 Christi, would you drive or fly?
10:10:06 12    A. Typically fly.
10:10:08 13    Q. And is there fairly regular airline
10:10:12 14 transportation between Houston and Corpus Christi?
10:10:16 15    A. Yes.
10:10:18 16    Q. Is it a direct flight?
10:10:18 17    A. Yes.
10:10:22 18    Q. Okay. How far is Houston from Galveston?
10:10:26 19    A. A little over an hour.
10:10:28 20    Q. Hour in driving time?
10:10:30 21    A. Yes.
10:10:32 22    Q. Okay. And I assume when you went to
10:10:34 23 Galveston, you would drive?
10:10:36 24    A. Yes.
10:10:36 25    Q. How far is Houston from San Antonio?

## 47

10:10:42 1    A. It's about a three-hour drive.
10:10:46 2    Q. And normally when you went to San
10:10:48 3 Antonio, would you drive or fly?
10:10:50 4    A. Drive.
10:10:54 5    Q. And New Orleans, how far is Houston from
10:10:58 6 New Orleans?
10:11:00 7    A. It's about a five-hour drive.
10:11:02 8    Q. And normally when you went to New
10:11:04 9 Orleans, would you drive or fly?
10:11:06 10    A. Fly.
10:11:08 11    Q. And is there direct airline
10:11:10 12 transportation between Houston and New Orleans?
10:11:16 13    A. Yes.
10:11:16 14    Q. I'm assuming--and I may have this
10:11:18 15 wrong--but they're both fairly large metropolitan
10:11:22 16 areas, so that there would be multiple flights
10:11:24 17 each day between the two cities?
10:11:26 18    A. Correct.
10:11:26 19    Q. Okay. Have I covered all of the cities,
10:11:32 20 or did I leave one out?
10:11:34 21    A. I mean, I had, you know, hospitals in the
10:11:40 22 Houston--around Houston that might be an hour
10:11:44 23 away, but--like Conroe is an hour.
10:11:50 24    Q. Okay. Those would be cities that would
10:11:52 25 be in the Houston metropolitan area, but maybe the

## 48

10:11:56 1 other side of the metropolitan area from where you
10:11:58 2 live?
10:11:58 3    A. They would actually be outside of the
10:12:00 4 metropolitan area.
10:12:02 5    Q. I see. Okay. Other than Galveston,
10:12:06 6 Corpus Christi--excuse me. Other than Corpus
10:12:12 7 Christi, San Antonio and New Orleans, were any of
10:12:20 8 your accounts more than an hour-and-a-half drive
10:12:22 9 from your home?
10:12:24 10    A. No.
10:12:24 11    Q. Okay. During the year 2001, would you
10:12:36 12 generally do the same thing each time you called
10:12:40 13 on a hospital?
10:12:46 14    A. Generally, yes.
10:12:46 15    Q. Kind of take me through what you would
10:12:48 16 do.
10:12:52 17    A. If I called on a hospital, if I spent the
10:12:54 18 day, like I would go and I would visit the
10:12:56 19 physicians that were pertinent to my product and
10:13:02 20 the departments within the hospital that were
10:13:04 21 pertinent to my product.
10:13:06 22    Q. Okay. And sometimes, I would take it,
10:13:08 23 you would have to wait for the physician to become
10:13:10 24 available?
10:13:12 25    A. Frequently.

## 49

10:13:12 1  Q. Okay. Would you ever watch physicians
10:13:16 2  performing any procedures that would be relevant
10:13:20 3  to the products you sold?
10:13:22 4  A. Yes.
10:13:24 5  Q. And would that be something you would
10:13:26 6  normally do when you visited a hospital?
10:13:28 7  A. Yeah.
10:13:32 8  Q. Would you call upon the pharmacy or a
10:13:36 9  pharmacist when you visited a hospital?
10:13:38 10  A. Yes.
10:13:40 11  Q. Would it be an accurate statement,
10:13:44 12  Caroline, that when you visited a hospital you
10:13:46 13  could be there up to a full day?
10:13:48 14  A. Yes.
10:13:50 15  Q. Okay. Was that typical?
10:13:52 16  A. Yes.
10:13:54 17  Q. Okay. I take it when you would call upon
10:14:00 18  hospitals-- When you called upon hospitals, would
10:14:04 19  you do it by appointment?
10:14:06 20  A. No, not necessarily.
10:14:06 21  Q. Okay. So if I understand your testimony,
10:14:14 22  it would not be a matter of going to a hospital,
10:14:16 23  meeting with a doctor for a half hour, or so, and
10:14:20 24  then leaving?
10:14:20 25  A. No.

## 50

10:14:20 1  Q. Okay. Caroline, with respect to the
10:14:46 2  frequency you called upon your accounts, was your
10:14:54 3  practice consistent with what instructions Tony
10:15:00 4  Siciliano had given you?
10:15:04 5  A. I don't recall what instructions Tony
10:15:06 6  gave me.
10:15:08 7  Q. Okay. Do you recall him ever giving you
10:15:10 8  any instructions?
10:15:12 9  A. I'm sure he did; but specifically do I
10:15:16 10  recall what they are, no.
10:15:16 11  Q. Okay. If he gave you instructions, would
10:15:22 12  you have followed his instructions in terms of the
10:15:26 13  frequency in which you called on accounts?
10:15:28 14  A. Not necessarily.
10:15:30 15  Q. Why not?
10:15:32 16  A. Because, you know, various circumstances
10:15:38 17  may or may not preclude me from following them
10:15:40 18  directly.
10:15:42 19  Q. Do you recall any instance where he gave
10:15:42 20  you instructions and you did not follow them?
10:15:48 21  A. Any particular instance, no.
10:15:50 22  Q. Okay.
10:16:08 23  A. I'm sure that he wanted me to call on
10:16:12 24  them more frequently than I did.
10:16:14 25  Q. Why are you sure about that?

## 51

10:16:16 1  A. Well, because I was last in the first
10:16:18 2  quarter. I would assume that--I'm sure I got a
10:16:20 3  lecture. I don't know this, but I'm sure that I
10:16:24 4  was given instructions to be more of something.
10:16:32 5  And I pretty much did what I felt like the
10:16:34 6  business needed.
10:16:38 7  Q. Excuse me. I interrupted you. Go ahead.
10:16:42 8  A. Usually I would do what I felt like the
10:16:44 9  business needed.
10:16:46 10  Q. Whether or not that was what Tony wanted
10:16:52 11  you to do. Am I correct?
10:16:52 12  A. Yeah.
10:16:54 13  Q. Do you recall Tony ever communicating
10:16:56 14  with you either through a memorandum, an e-mail or
10:17:02 15  even orally saying, "Your account coverage is not
10:17:06 16  what I want you to do"?
10:17:12 17  A. I can't specifically say that, but I
10:17:14 18  would assume that that would be true.
10:17:16 19  Q. Why do you assume that?
10:17:20 20  A. Because it sounds like, you know, a
10:17:22 21  typical manager statement.
10:17:24 22  Q. Well, that's what a manager should do, I
10:17:26 23  guess, if your sales performance is lacking;
10:17:28 24  right?
10:17:30 25  A. Yeah.

## 52

10:17:30 1  Q. Okay. And I can understand why that
10:17:34 2  would be a logical assumption. My question,
10:17:38 3  Caroline, is do you remember any of that ever
10:17:40 4  occurring with Tony?
10:17:44 5  A. You know, I can't name a conversation
10:17:48 6  when and where and tell you exactly the
10:17:52 7  conversation that occurred that would include
10:17:56 8  that.
10:17:56 9  Q. Okay.
10:17:58 10  A. But I'm sure that they existed.
10:18:00 11  Q. Why was it you didn't follow his
10:18:02 12  instructions?
10:18:06 13  A. I may have been busier at one account,
10:18:08 14  you know. It may have needed more time, and I
10:18:12 15  couldn't get to other places. Or most likely, you
10:18:16 16  know, when you look at all of the targets, at
10:18:22 17  certain times during the year more places need
10:18:24 18  more attention. There may be a place that's close
10:18:28 19  to home as opposed to places far away. I mean,
10:18:32 20  you go where you're needed.
10:18:34 21  Q. Okay. I think you make a good point.
10:18:38 22  From time to time, some hospitals are more prime
10:18:40 23  candidates for marketing than others?
10:18:42 24  A. Correct.
10:18:42 25  Q. Just because of what's going on at that

53

10:18:44 1  hospital?
10:18:46 2      **A.** Correct.
10:18:46 3      **Q.** Okay. And I guess you want to strike
10:18:50 4  while the iron is hot, so to speak?
10:18:52 5      **A.** Correct.
10:18:52 6      **Q.** Okay. Give me just a second here.
10:19:10 7      **A.** Okay.
10:19:12 8      MR. BRODERICK: Can we take a five-minute
10:19:14 9  break?
10:19:16 10     MR. BAKER: Sure. That's fine. Let's
10:19:18 11 stay on the line, and we'll--I'll have our boss
10:19:22 12 here get us back together in a few minutes.
     13     (Short recess.)
     14 BY MR. BAKER:
10:27:18 15     **Q.** Okay. I think we are all here. Give me
10:27:24 16 just a second. Caroline, could you go to Exhibit
10:27:48 17 73.
10:27:50 18     **A.** Just a minute.
10:27:52 19     **Q.** Yes, ma'am.
10:28:18 20     **A.** Okay.
10:28:22 21     **Q.** Is the document you have headed on the
10:28:24 22 first page Q2 VSS account targets-central region?
10:28:30 23     **A.** Yes.
10:28:30 24     **Q.** Can we agree that would be the second
10:28:32 25 quarter accounts in the central region of vascular

54

10:28:36 1  representatives?
10:28:36 2      **A.** Yes.
10:28:36 3      **Q.** Okay. Down in the bottom half of the
10:28:40 4  front page appears to be your accounts during the
10:28:46 5  second quarter of 2001. Am I correct?
10:28:52 6      **A.** Yes.
10:28:52 7      **Q.** And it's a little different than quarter
10:29:00 8  1. If you have Exhibit 56 in front of you, I
10:29:02 9  would like you to pull it out so we can compare
10:29:04 10 the two, okay?
10:29:06 11     **A.** Okay.
10:29:12 12     **Q.** To begin with, it looks like in the
10:29:14 13 second quarter you did not have Tulane.
10:29:18 14     **A.** Right.
10:29:18 15     **Q.** Do you know why that was?
10:29:24 16     **A.** Probably because it was really low
10:29:28 17 volume.
10:29:28 18     **Q.** Okay.
10:29:30 19     **A.** There were some higher volume accounts
10:29:32 20 added.
10:29:32 21     **Q.** Okay. Why was Tulane a low volume
10:29:36 22 account?
10:29:38 23     **A.** Because they didn't use much formularies.
10:29:42 24     **Q.** It was just an account that did not have
10:29:44 25 much promise?

55

10:29:46 1      **A.** Correct.
10:29:46 2      **Q.** Did you make any recommendations that
10:29:48 3  Tulane be dropped?
10:29:52 4      **A.** I do not--I mean, I probably made a
10:29:54 5  recommendation that Tulane be dropped.
10:29:58 6      **Q.** Okay.
10:30:00 7      **A.** I'm not sure that I would have wanted
10:30:02 8  Knapp or Valley Baptist to be added.
10:30:06 9      **Q.** Okay. We'll get to that in a moment. MD
10:30:10 10 Anderson was also removed, if I'm reading this
10:30:14 11 correctly.
10:30:16 12     **A.** Right.
10:30:16 13     **Q.** Is that right?
10:30:18 14     **A.** Yeah, it looks like it.
10:30:22 15     **Q.** I know MD Anderson is a nationally
10:30:26 16 recognized health care center. Am I correct?
10:30:30 17     **A.** Yeah.
10:30:30 18     **Q.** Why was it that it was removed as an
10:30:32 19 account?
10:30:36 20     **A.** Low volume. MD Anderson is recognized
10:30:38 21 for cancer, not any interventional radiology.
10:30:46 22     **Q.** Would MD Anderson have been a good
10:30:50 23 account for the Cordis products?
10:30:52 24     **A.** I don't know. They were not--they didn't
10:30:54 25 really treat--no, probably not, because the

56

10:30:58 1  hydrolyzer was for clots, as well, and they didn't
10:31:02 2  treat a lot.
10:31:04 3      **Q.** Were any of the Cordis products used for
10:31:08 4  administering cancer medications, such as
10:31:10 5  chemotherapy?
10:31:14 6      **A.** Any of the Cordis products? I have no
10:31:16 7  idea.
10:31:16 8      **Q.** Okay. Were any of the Cordis products
10:31:22 9  that vascular reps marketed?
10:31:24 10     **A.** Not to my knowledge.
10:31:26 11     **Q.** Okay. Did you recommend that MD Anderson
10:31:30 12 be dropped?
10:31:32 13     **A.** I do not remember.
10:31:34 14     **Q.** Okay. I'm comparing the two documents.
10:31:44 15 As I look at it, I don't see any other accounts
10:31:48 16 that were dropped. But having said that, I'm not
10:31:54 17 sure that I'm reading it correctly. Do you see
10:31:56 18 any other accounts that were dropped?
10:31:58 19     **A.** No.
10:31:58 20     **Q.** Now, there were accounts added?
10:32:02 21     **A.** Correct.
10:32:02 22     **Q.** It looks to me like there were three
10:32:08 23 accounts added, if I'm reading this correctly.
10:32:08 24 Santa Rosa Hospital?
10:32:10 25     **A.** There were four accounts added.

**57**

10:32:12  1    Q. Let's identify them by name. There's
10:32:14  2   Santa Rosa Hospital?
10:32:16  3      A. Uh-huh.
10:32:16  4    Q. Knapp Memorial?
10:32:18  5      A. Uh-huh.
10:32:18  6    Q. Valley Baptist Medical Center?
10:32:20  7      A. Uh-huh.
10:32:22  8    Q. And what is the fourth?
10:32:24  9      A. Memorial City General Hospital.
10:32:26 10    Q. Okay. That's right. That's different
10:32:32 11   than Memorial Northwest. Where is Memorial City
10:32:36 12   General Hospital located?
10:32:36 13      A. On the west side of Houston.
10:32:38 14    Q. And Valley Baptist, where is it located?
10:32:42 15      A. In the valley of Texas, very far south
10:32:44 16   from here.
10:32:46 17    Q. Okay. Is that down in the Rio Grande
10:32:48 18   Valley?
10:32:48 19      A. Yes.
10:32:50 20    Q. How far distant is that from Houston?
10:32:54 21      A. It's about a six-hour drive.
10:32:56 22    Q. Okay. And Knapp Memorial, where is it
10:33:02 23   located?
10:33:04 24      A. Also in the Rio Grande Valley.
10:33:06 25    Q. Okay. And Santa Rosa Hospital?

**58**

10:33:10  1      A. San Antonio.
10:33:10  2    Q. Okay. Did you have any input with
10:33:18  3   respect to the assignment of those accounts to
10:33:20  4   you?
10:33:24  5      A. No; because if I would have, I wouldn't
10:33:28  6   have wanted Knapp or Valley Baptist.
10:33:30  7    Q. And why was it you would not have wanted
10:33:32  8   Knapp or Valley Baptist?
10:33:36  9      A. They're very far away.
10:33:36 10    Q. Okay. It's a six-hour drive?
10:33:40 11      A. Yeah.
10:33:40 12    Q. And other than it being not the easiest
10:33:46 13   place to get to, what was the problem with those
10:33:48 14   two accounts?
10:33:50 15      A. Nothing; just, you know, they were far
10:33:54 16   away, and I had never called on them before.
10:33:56 17    Q. Okay. In the second quarter of 2001,
10:34:14 18   were there any accounts that you recommended be
10:34:16 19   assigned to you that you did not get?
10:34:20 20      A. No--
10:34:22 21    Q. Okay.
10:34:24 22      A. --not that I remember. I don't remember
10:34:24 23   making any recommendations.
10:34:24 24    Q. Okay. How successful were you in
10:34:32 25   marketing the products with Knapp Memorial and

**59**

10:34:40  1   Valley Baptist?
10:34:42  2      A. Successful.
10:34:44  3    Q. Okay.
10:34:44  4      A. More successful at Knapp than at Valley
10:34:52  5   Baptist.
10:34:52  6    Q. Okay. Knapp was more successful than
10:34:54  7   Valley Baptist?
10:34:54  8      A. Yeah.
10:34:56  9    Q. Okay. I would like you now to go to
10:35:10 10   Exhibit 38.
10:35:28 11      A. Okay.
10:35:36 12    Q. Exhibit 38 is headed central region VS
10:35:40 13   territory changes for Q4.
10:35:42 14      A. Okay.
10:35:44 15    Q. Do you believe that that document sets
10:35:46 16   forth your accounts during the fourth quarter of
10:35:48 17   2001?
10:35:50 18      A. Yeah.
10:35:52 19    Q. And in comparing Exhibit 38 with Exhibit
10:36:04 20   73, do you see any changes in your account
10:36:08 21   assignments between the second and fourth quarters
10:36:12 22   of 2001?
10:36:22 23      A. I see a difference, yes.
10:36:24 24    Q. Okay. Why don't we go through the
10:36:26 25   differences you've noticed.

**60**

10:36:30  1      A. Okay. I'm looking.
10:36:32  2    Q. Okay.
10:36:54  3      A. It looks like I just added Park Plaza.
10:37:04  4    Q. Park Plaza is located in Houston?
10:37:08  5      A. Yes.
10:37:10  6    Q. And if you remember, how was it you
10:37:14  7   acquired Park Plaza?
10:37:16  8      A. I have no idea.
10:37:22  9    Q. Do you recall one way or another whether
10:37:24 10   you recommended either for or against being given
10:37:28 11   Park Plaza?
10:37:28 12      A. No.
10:37:38 13    Q. Did that turn out to be a good account?
10:37:44 14      A. No. Marginal.
10:37:44 15    Q. Okay. In the fourth quarter of 2001,
10:37:52 16   were there any of the accounts you were assigned
10:37:56 17   that you had recommended against being given?
10:38:04 18      A. The only one that I was given in the
10:38:08 19   fourth quarter was Park Plaza.
10:38:08 20    Q. Okay. With respect to any of the other
10:38:10 21   accounts, did you either recommend you not be
10:38:12 22   given them at the time they were assigned or after
10:38:16 23   they were assigned to you recommended that they
10:38:20 24   not--that they be dropped?
10:38:22 25      A. I guess if you're asking me if I

## 61

10:38:24 1 recommended that for my fourth quarter any of
10:38:28 2 those accounts be dropped, I don't remember.
10:38:30 3     Q. Well, let me back up because it was
10:38:32 4 a--not a particularly clear question. With
10:38:38 5 respect to the accounts listed for you for the
10:38:40 6 fourth quarter of 2001, at any time in the year
10:38:48 7 2001 did you recommend with respect to any of
10:38:50 8 those accounts that they either be dropped or not
10:38:52 9 assigned to you?
10:38:54 10    A. Yeah.
10:38:56 11    Q. Okay. And which ones were those?
10:39:00 12    A. I remember probably recommending that
10:39:06 13 Santa Rosa be dropped.
10:39:08 14    Q. Why was that?
10:39:10 15    A. Low volume. The volume was going to be
10:39:16 16 very hard to penetrate.
10:39:20 17    Q. Was that ever dropped?
10:39:22 18    A. No. Maybe in 2000-- No, it was never
10:39:28 19 dropped.
10:39:28 20    Q. Okay.
10:39:34 21    A. I don't know if I recommended, but I
10:39:38 22 wouldn't be surprised if I would have recommended
10:39:40 23 Knapp and Valley Baptist be dropped.
10:39:44 24    Q. Okay. Was that again because it was so
10:39:44 25 far away?

## 62

10:39:46 1     A. Yeah.
10:39:46 2     Q. Okay.
10:39:50 3     A. And they were not dropped.
10:39:52 4     Q. Okay. You continued to call on those
10:39:54 5 accounts as long as you were a vascular rep for
10:39:58 6 Centocor?
10:39:58 7     A. Yeah.
10:40:16 8     Q. I want to talk with you for a moment
10:40:18 9 about something else, if I could. During the year
10:40:24 10 2001, were you awarded any bonus points?
10:40:30 11    A. I don't remember.
10:40:32 12    Q. Okay. Do you recall what bonus points
10:40:36 13 were?
10:40:38 14    A. Yes.
10:40:38 15    Q. And what were bonus points?
10:40:40 16    A. Well, I think--and I actually could be
10:40:44 17 wrong--but they were points that you could use
10:40:50 18 towards buying things--
10:40:52 19    Q. Okay.
10:40:54 20    A. --separate from your bonus.
10:40:58 21    Q. Okay. Caroline, I would like you to go
10:41:02 22 to Exhibit 87, if you would.
10:41:06 23    A. Okay.
10:41:32 24    MR. BRODERICK: Jim, what is Exhibit 87?
10:41:36 25    MR. BAKER: It's entitled bonus points

## 63

10:41:40 1 awarded. I think it was an exhibit that was
10:41:42 2 marked--it may have been during Randy VanCleave's
10:41:48 3 deposition.
10:42:14 4     MR. BRODERICK: Does it have EEOC number
10:42:16 5 534?
10:42:18 6     MR. BAKER: No, there is no number on it.
10:42:26 7     MR. BRODERICK: I'm sorry. At the top
10:42:26 8 does it say "bonus points awarded 1/1/01 to
10:42:30 9 1/1/02"?
10:42:32 10    MR. BAKER: Correct.
10:42:34 11    MR. BRODERICK: I'm showing Ms. Kopecky a
10:42:38 12 PDS version of this document.
10:42:40 13 BY MR. BAKER:
10:42:40 14    Q. Okay. Caroline, you should have Exhibit
10:42:42 15 87 in front of you. Just to make sure we're both
10:42:44 16 looking at the same document, at the top it's
10:42:48 17 entitled bonus points awarded 1/1/02-1/1/02. Then
10:42:56 18 in the left-hand column is the word "individual."
10:43:06 19 And beneath that word in the same column are the
10:43:06 20 names Jane Minor, Denise Hill and Caroline
10:43:10 21 Kopecky. Do we have the same document?
10:43:12 22    A. Yes.
10:43:20 23    Q. Okay. What I want to do is talk with you
10:43:20 24 for a moment concerning the portion of that
10:43:26 25 document which is devoted to you.

## 64

10:43:28 1     A. Okay.
10:43:30 2     Q. So why don't you take a moment just to
10:43:32 3 read through that, at least the portion of the
10:43:36 4 document that covers you, and then we can talk
10:43:38 5 about it. All right?
10:43:40 6     A. Okay.
10:44:30 7     MR. BRODERICK: We have a little
10:44:32 8 malfunction here. It's my fault.
10:44:34 9     MR. BAKER: That's okay.
10:47:52 10    A. Okay.
10:47:56 11    Q. Caroline, have you had an opportunity to
10:47:58 12 look over that portion of Exhibit 87--
10:48:00 13    A. Yes.
10:48:02 14    Q. --which deals with you?
10:48:02 15    A. Yes.
10:48:02 16    Q. I want to ask you about some of these
10:48:04 17 entries. But first, as I interpret that document,
10:48:14 18 during the year 2001 you were awarded 4,850 bonus
10:48:18 19 points. Does that sound accurate to you?
10:48:24 20    A. I guess, yes.
10:48:26 21    Q. Okay. Well, is there any reason why you
10:48:28 22 doubt you were assigned that many points?
10:48:30 23    A. No.
10:48:30 24    Q. Okay. I want to go through some of these
10:48:36 25 entries. On April 17 you were awarded, it looks

## 65

10:48:44  1  like, 300 bonus points for three separate events.
10:48:50  2  The first was most accounts at DAG. Do you know
10:48:54  3  what DAG is?
10:49:02  4      A. No. I would assume it's a meeting, but
10:49:06  5  no.
10:49:06  6      Q. And do you know what that refers to, most
10:49:08  7  accounts at DAG?
10:49:10  8      A. No.
10:49:14  9      Q. You were awarded 150 points that same day
10:49:18 10  for helping at vascular basic?
10:49:20 11      A. Right.
10:49:24 12      Q. What is vascular basic, and what kind of
10:49:26 13  help did you provide?
10:49:28 14      A. I don't remember.
10:49:28 15      Q. You have no idea?
10:49:30 16      A. No.
10:49:30 17      Q. Okay. April 17th you were given 50
10:49:36 18  points for being a team player. Do you know how
10:49:40 19  you got those points?
10:49:42 20      A. No.
10:49:52 21      Q. It looks like there's another entry for
10:49:56 22  April 17th, great job at SVCIR.
10:50:00 23      A. Uh-huh.
10:50:02 24      Q. What is SVCIR?
10:50:02 25      A. It's the interventional radiology

## 66

10:50:06  1  conference.
10:50:08  2      Q. And do you recall what you did at the
10:50:10  3  interventional radiology conference?
10:50:14  4      A. I worked every day all day at that
10:50:14  5  conference. I think that that conference was in
10:50:22  6  San Antonio.
10:50:22  7      Q. When you say you worked every day, would
10:50:24  8  you have manned a booth?
10:50:26  9      A. Yes.
10:50:26 10      Q. Okay. How many days was that conference?
10:50:34 11      A. Five.
10:50:42 12      Q. Would that have been like a Monday
10:50:42 13  through Friday?
10:50:44 14      A. Probably like--more likely a Saturday
10:50:48 15  through a Wednesday or Thursday.
10:50:50 16      Q. Okay. Next entry is May 31st. You got
10:51:00 17  250 points for driving attendance at McNamara
10:51:06 18  Symposium.
10:51:10 19      A. We were all required to do a
10:51:12 20  teleconference that McNamara hosted, and I think I
10:51:18 21  was the only person that had anybody, and I had
10:51:22 22  like 25 people attend.
10:51:24 23      Q. Who is McNamara?
10:51:28 24      A. He's a thought leader in interventional
10:51:30 25  radiology out of UCLA.

## 67

10:51:34  1      Q. Okay. He's a physician?
10:51:34  2      A. Yes.
10:51:34  3      Q. And he had a telephone or
10:51:38  4  teleconference?
10:51:40  5      A. Yes. Satellite symposium.
10:51:42  6      Q. Okay. And your job or the sales reps'
10:51:46  7  jobs were to recruit physicians to participate in
10:51:48  8  that conference?
10:51:50  9      A. Correct. As I remember, nobody else did.
10:51:58 10      Q. Okay. On May 31st you got 200 points for
10:52:00 11  a seal team effort at Memorial SW. What is a seal
10:52:06 12  team effort?
10:52:08 13      A. That was working with your cardiovascular
10:52:10 14  reps and probably your business managers and the
10:52:16 15  cardiovascular managers to work an account for the
10:52:22 16  overall good, not necessarily just to benefit you
10:52:26 17  individually.
10:52:26 18      Q. Isn't that what you were supposed to do
10:52:30 19  on all your accounts?
10:52:30 20      A. Yeah, but--you were supposed to, but
10:52:32 21  sometimes people did it better than other times.
10:52:34 22      Q. Okay.
10:52:36 23      A. We got a lot of recognition.
10:52:38 24      Q. All right. So what did you do to earn
10:52:42 25  200 points?

## 68

10:52:44  1      A. I would be only hazarding a guess to be
10:52:48  2  able to say.
10:52:50  3      Q. Okay. Next entry is June 29th, and you
10:53:10  4  were awarded 250 points for an Ochsner P & T
10:53:16  5  approval.
         6      A. Uh-huh.
10:53:16  7      Q. Ochsner refers to the medical center in
10:53:18  8  New Orleans, I believe.
10:53:20  9      A. Yes.
10:53:22 10      Q. What is a P & T approval?
10:53:24 11      A. Pharmacy and therapeutics committee
10:53:28 12  approval so that--
10:53:30 13      Q. You faded out.
10:53:34 14      A. --Retavase was approved for use in the
10:53:38 15  hospital where it had previously not been allowed.
10:53:40 16      Q. Okay. If you go down to August 30th, you
10:53:50 17  got 400 points for a new stocking at Ochsner.
10:53:56 18      A. Yes.
10:53:56 19      Q. New stocking, I assume you're talking
10:54:00 20  about selling Retavase product?
10:54:04 21      A. Just because you get approval doesn't
10:54:06 22  mean that they automatically put your drug in. So
10:54:08 23  that's when they actually stocked the drug.
10:54:12 24      Q. Okay. Typically, when you got formulary
10:54:16 25  approval, would the hospital start buying the

18                    DEPOSITION OF CAROLINE KOPECKY

## 69

10:54:20 1   drug?
10:54:24 2       A. No, not necessarily.
10:54:26 3       Q. Do you recall any hospitals that put
10:54:30 4   Retavase on formulary, but then did not buy it?
10:54:34 5       A. No.
10:54:36 6       Q. Okay. If you go down to October 16,
10:54:52 7   2001, you get a Q3 new stocking at Ochsner and
10:55:00 8   were awarded 500 points. What did you do to get
10:55:06 9   those points?
10:55:08 10      A. I don't know.
10:55:12 11      Q. I'm a little confused. Maybe you can
10:55:14 12  clarify it for me. You were awarded points for a
10:55:20 13  new stocking on August 30th, and then you were
10:55:24 14  awarded points for a new stocking on October the
10:55:26 15  16th. How could there be two new stockings?
10:55:30 16      A. I don't remember.
10:55:34 17      Q. Well, putting aside Ochsner specifically,
10:55:38 18  how could it be you could have two new stockings
10:55:42 19  in a year at one medical center?
10:55:44 20      A. Different strengths.
10:55:46 21      Q. You mean different types of the
10:55:48 22  medication?
10:55:50 23      A. Yes.
10:55:52 24      Q. So it wouldn't be all the same
10:55:56 25  medication?

## 70

10:55:58 1       A. There's different doses. And so just
10:56:00 2   because a hospital stocks one dose doesn't mean
10:56:02 3   they stock all the doses that are available in a
10:56:06 4   product.
10:56:06 5       Q. Okay. Do you recall why it was you were
10:56:18 6   awarded 500 points in the third quarter and 400
10:56:24 7   points on August 30th?
10:56:28 8       A. No.
10:56:34 9       Q. Then on October 16, 2001, you were
10:56:36 10  awarded 500 points for an ad board attendance?
10:56:42 11      A. Right.
10:56:42 12      Q. What is the ad board?
10:56:44 13      A. It was an advisory board that took place
10:56:46 14  in Colorado--I think it was in the summer--and I
10:56:54 15  had a high attendance rate by physicians.
10:57:00 16      Q. Okay. Do you have any recollection as to
10:57:02 17  how many of your physicians attended?
10:57:10 18      A. No.
10:57:12 19      Q. You mentioned a number first. Do you--
10:57:16 20      A. More than three; but, no.
10:57:18 21      Q. Okay. Under that on November 17, 2001,
10:57:28 22  you were awarded 250 points for Cordis Q3.
10:57:34 23      A. Uh-huh.
10:57:34 24      Q. Do you know what that was about?
10:57:36 25      A. No.

## 71

10:57:40 1       Q. On the same day, you were awarded 350
10:57:42 2   points for thanks for your help. Do you know what
10:57:46 3   that was about?
10:57:48 4       A. No.
10:57:50 5       Q. Then on December 17th you were awarded
10:57:52 6   200 points for team contribution. Do you have any
10:57:56 7   idea what that was about?
10:57:58 8       A. No.
10:58:14 9       Q. Caroline, did you submit a request for
10:58:16 10  bonus points for a particular activity, or would
10:58:20 11  someone at Centocor just give you those points?
10:58:24 12      A. You were given--usually you knew, you
10:58:28 13  know, certain things that might get bonus points.
10:58:32 14  But you didn't know--I mean, you weren't able to
10:58:36 15  say, "I want points for this."
10:58:38 16      Q. Okay. How did you know what you might
10:58:42 17  get points for?
10:58:42 18      A. Oh, I mean--and I couldn't answer this
10:58:46 19  question with regard to 2001. I can't answer that
10:58:52 20  specifically.
10:58:56 21      Q. Okay. I take it maybe in a later year
10:58:58 22  you could?
10:59:00 23      A. No. Overall, sometimes there are
10:59:02 24  contacts that are given for specific things or
10:59:06 25  like, you know, a lot of people--you might have

## 72

10:59:08 1   gotten points for a new stocking or for P & T
10:59:12 2   approval.
10:59:14 3       Q. Was there ever any explanation given to
10:59:16 4   vascular reps, at least that you're aware of,
10:59:20 5   indicating the types of things you could get bonus
10:59:24 6   points for?
10:59:28 7       A. Yes, I'm sure there was.
10:59:28 8       Q. What were you given in that respect?
10:59:32 9       A. I'm sure for new stockings it was clearly
10:59:36 10  made aware on new P & T approval that you would
10:59:44 11  get bonus points.
10:59:46 12      Q. And with respect to a new stocking, would
10:59:48 13  the bonus points be dependent upon any particular
10:59:50 14  factor, the amount of bonus points you would get?
10:59:54 15      A. No, I don't think so.
11:00:06 16      Q. Caroline, are you familiar with the
11:00:10 17  Relax, R-E-L-A-X, study?
11:00:14 18      A. I was.
11:00:18 19      Q. Did any of your accounts participate in
11:00:20 20  that study?
11:00:24 21      A. I do not remember.
11:00:26 22      Q. Okay. You don't remember one way or
11:00:32 23  another?
11:00:34 24      A. No.
11:00:36 25      Q. In the Relax study, the accounts that

DEPOSITION OF CAROLINE KOPECKY

## 73

11:00:40 1 participated, did they have to pay for the
11:00:42 2 Retavase, or were they given it?
11:00:46 3    **A.** I have no idea.
11:00:50 4    **Q.** Okay. Caroline, going back to--for a
11:01:02 5 moment to Exhibits 56, 38 and 73, there are a
11:01:22 6 number of hospitals that are listed on those
11:01:26 7 documents which you called upon either during a
11:01:30 8 portion or all of the year 2001. Do you recall
11:01:34 9 our discussion about that subject earlier?
11:01:38 10    **A.** Yes.
11:01:38 11    **Q.** With respect to those accounts, were
11:01:44 12 there any of them which were using Retavase for
11:01:50 13 cardiovascular purposes at the time you began
11:01:54 14 calling on these accounts for vascular purposes?
11:01:58 15    **A.** Yes.
11:03:00 16    MR. BRODERICK: Did we have an
17 interruption?
11:03:00 18    MR. BAKER: It sounded like the phone had
11:03:02 19 dropped from your end. We're okay now. I think
11:03:06 20 that I posed a question, and Caroline may have
11:03:06 21 been reviewing some documents to answer it.
22    MR. BRODERICK: Maybe you better read
23 back the last question.
11:03:32 24    (Last question read by the reporter.)
11:03:32 25    **A.** Yes.

## 74

11:03:32 1 BY MR. BAKER:
11:03:32 2    **Q.** Were most of them in that category?
11:03:44 3    **A.** I would say at least half.
11:03:48 4    **Q.** Okay. Which ones were not?
11:03:58 5    **A.** Which specifically? Out of all of these
11:04:02 6 accounts, in and out, Q1, Q2, Q4?
11:04:06 7    **Q.** Yeah. With respect to all of these
11:04:08 8 accounts at the time you began calling on them,
11:04:12 9 which ones were not using Retavase for
11:04:14 10 cardiovascular purposes?
11:04:18 11    **A.** MD Anderson. I don't know if Methodist
11:04:26 12 San Antonio was.
11:04:28 13    **Q.** Okay.
11:04:32 14    **A.** I don't know if Spohn Shoreline was.
11:04:38 15 Ochsner was not. Tulane was not. I don't know if
11:04:50 16 Valley Baptist was. Santa Rosa I'm not sure. I
11:05:02 17 think those are the only ones that I can't be
11:05:06 18 positive about.
11:05:08 19    **Q.** Okay. All right. So all of those, other
11:05:12 20 than the ones you have either identified as not or
11:05:16 21 for those you're not sure about that you've
11:05:18 22 identified, all the rest were using Retavase for
11:05:22 23 vascular purposes?
11:05:24 24    **A.** Vascular or cardiovascular?
11:05:28 25    **A.** Cardiovascular. I'm sorry. I apologize.

## 75

11:05:32 1    **A.** Okay. Yes.
11:05:32 2    **Q.** Okay. When you called on these accounts
11:05:38 3 in 2001, was there also a cardiovascular rep that
11:05:44 4 Centocor assigned to call on those accounts?
11:05:46 5    **A.** Yes.
11:05:48 6    **Q.** Okay. Was it the same person, or did it
11:05:50 7 vary from account to account?
11:05:52 8    **A.** It varied.
11:05:58 9    **Q.** Okay. Going back to Exhibit 87 where you
11:06:04 10 got 500 points for the board attendance, ad board
11:06:10 11 attendance, do you see that?
11:06:12 12    **A.** Yeah.
11:06:12 13    **Q.** Was that held at the Broadmoor in
11:06:14 14 Colorado Springs?
11:06:16 15    **A.** Yeah.
11:06:18 16    **Q.** And how many of those attendees were from
11:06:28 17 your hospitals, the hospitals you called upon?
11:06:34 18    **A.** I don't know.
11:06:36 19    **Q.** Did Tony Siciliano assist you in
11:06:40 20 recruiting people?
11:06:44 21    **A.** I don't know what you mean. I mean, I
11:06:46 22 was the one that got them to attend.
11:06:48 23    **Q.** How did you do that?
11:06:52 24    **A.** I'm the one that talked to them. I'm the
11:06:54 25 one that told them the place and the times, had

## 76

11:06:58 1 the relationships to get them to attend, and I'm
11:07:02 2 the one that talked to them in person. Are you
11:07:12 3 there?
11:07:12 4    **Q.** I'm here. Did Tony Siciliano participate
11:07:16 5 with you in talking to any of the physicians that
11:07:20 6 you contacted?
11:07:22 7    **A.** I don't think so.
11:07:36 8    **Q.** At any time, Caroline, did you ever
11:07:38 9 receive a bonus during the year 2001?
11:07:44 10    **A.** I'm sure I did.
11:07:50 11    **Q.** Have you ever heard of a discretionary
11:07:52 12 bonus?
11:07:58 13    MR. BRODERICK: The question is vague.
11:08:00 14    MR. BAKER: Are you objecting?
11:08:02 15    MR. BRODERICK: Yeah, I'm going to
11:08:06 16 object. I'm not sure if you're talking about the
11:08:08 17 SIPC or something else.
11:08:08 18 BY MR. BAKER:
11:08:10 19    **Q.** I'm using the term "discretionary bonus."
11:08:12 20 Have you ever heard that term, Caroline?
11:08:14 21    **A.** I've heard the term in my life, yes.
11:08:16 22    **Q.** Did you ever hear of it in connection
11:08:18 23 with your employment at Centocor?
11:08:22 24    **A.** No.
11:08:24 25    **Q.** What type of bonuses were you eligible

## 77

11:08:26 1   for during the year 2001 at Centocor?
11:08:32 2       A. Your regular SIPC payout and the bonus
11:08:36 3   points.
11:08:38 4       Q. How did the SIPC payout work?
11:08:44 5       A. I have no idea.
11:08:44 6       Q. Well, was there any kind of formula that
11:08:46 7   said if you do certain things, you'll be entitled
11:08:50 8   to a certain bonus?
11:08:52 9       A. I would assume.
11:08:56 10      Q. Have you ever seen a bonus plan?
11:08:58 11      A. I'm sure I saw it for 2001.
11:09:24 12      Q. With respect to the Ochsner account, did
11:09:28 13  Tony Siciliano have any involvement with that
11:09:32 14  account?
11:09:40 15      A. I asked him to attend, do site visits
11:09:40 16  with me.
11:09:40 17      Q. Okay. Well, the reason I ask is if you
11:09:46 18  go back to Exhibit 38--do you have that document
11:09:52 19  in front of you?
11:09:54 20      A. Yes.
11:10:00 21      Q. --if you look at the top it says "Tony,"
11:10:04 22  and I am assuming that refers to Tony Siciliano?
11:10:08 23      A. Right.
11:10:08 24      Q. And then it has as one of his accounts
11:10:14 25  Ochsner?

## 78

11:10:16 1       A. Right.
11:10:18 2       Q. What role did he have with Ochsner, as
11:10:20 3   you understand it? I guess I'm asking you to tell
11:10:24 4   me what Exhibit 38 means with respect to Tony and
11:10:28 5   Ochsner, if you know.
11:10:32 6       A. I think that Tony was a team leader, he
11:10:36 7   wasn't specifically called a manager, and he still
11:10:38 8   had target accounts that overlapped with all of
11:10:42 9   us. They were accounts that he would specifically
11:10:46 10  pay closer attention to on his own behalf, you
11:10:50 11  know what I mean? Meaning that it wasn't--he had
11:10:54 12  to have some account responsibility, as well as
11:10:58 13  the overall responsibility for all of us because
11:11:00 14  he wasn't actually, quote, a manager.
11:11:04 15      Q. Okay. So how did you and Tony work
11:11:06 16  together on the Ochsner account?
11:11:08 17      A. He would also go to--sometimes come with
11:11:12 18  me on appointments.
11:11:16 19      Q. Okay. Would that be when he was doing
11:11:18 20  field--riding in the field with you?
11:11:22 21      A. Yes.
11:11:22 22      Q. Other than that, did Tony have any
11:11:26 23  involvement with the Ochsner account, that you're
11:11:28 24  aware of?
11:11:36 25      A. I mean, he may have spoken to people on

## 79

11:11:38 1   his own. I don't know.
11:11:40 2       Q. Okay. In connection with working as a
11:11:44 3   vascular rep with Cordis, did you become familiar
11:11:50 4   with a kit equalization program?
11:11:56 5       A. It sounds familiar.
11:11:58 6       Q. You say it does or does not sound
11:12:00 7   familiar?
11:12:00 8       A. It sounds familiar, but I don't remember
11:12:02 9   any details about it.
11:12:10 10      Q. Do you ever remember selling Retavase--
11:12:12 11  Well, let me ask you this: When you sell
11:12:14 12  Retavase, did you normally sell it as a kit?
11:12:24 13      A. Retavase came in--and I don't know at
11:12:28 14  what point--the traditional package for Retavase,
11:12:30 15  the original package, was two 10 milligrams doses.
11:12:36 16  And then at some point they came out with a single
11:12:38 17  10 milligram dose so you could just buy one 10
11:12:42 18  milligram vial as opposed to having to buy two at
11:12:48 19  one time.
11:12:48 20      Q. Okay. Was that called a half kit?
11:12:50 21      A. Yes.
11:12:52 22      Q. Okay. When that happened, when it came
11:13:04 23  out in half-kit dosages, I guess, were any of your
11:13:10 24  accounts buying Retavase in that way, on a
11:13:16 25  half-kit basis as opposed to a full-kit basis?

## 80

11:13:20 1       A. Yes.
11:13:20 2       Q. Do you recall what the accounts were?
11:13:22 3       A. No.
11:13:24 4       Q. Do you recall what type of credit you got
11:13:26 5   for selling half kits?
11:13:30 6       A. No.
11:13:32 7       Q. Do you know if you got the same credit
11:13:34 8   for selling a half kit that you got for selling a
11:13:34 9   full kit?
11:13:36 10      A. I don't remember.
11:13:38 11      Q. Okay. Caroline, did you ever receive a
11:14:16 12  field report from Tony?
11:14:18 13      A. Yes.
11:14:20 14      Q. And can you tell me what a field report
11:14:22 15  is.
11:14:26 16      A. It's an evaluation after they have been
11:14:28 17  in the field with you.
11:14:34 18      Q. How frequently during the year 2001 would
11:14:38 19  Tony come and work the field with you?
11:14:42 20      A. I have no idea.
11:14:44 21      Q. Well, would it be every month?
11:14:48 22      A. He came a lot. I don't remember how
11:14:52 23  frequently.
11:14:56 24      Q. Typically, when he came what would you
11:14:58 25  and he do during the period of his field visit?

## 81

11:15:02 1    **A.** Call on accounts.

11:15:04 2    **Q.** Would there be specific accounts you

11:15:04 3    would call on?

11:15:06 4    **A.** My targets.

11:15:08 5    **Q.** Okay. Well, you mean all of your target

11:15:12 6    accounts he would call on with you?

11:15:14 7    **A.** You can't call on all of them, obviously,

11:15:18 8    in one day. So wherever we were working, we would

11:15:20 9    go to as many of them as we could.

11:15:24 10   **Q.** Did it seem that he tended to call--come

11:15:28 11   when you were calling on the same institutions, or

11:15:30 12   would it vary from time to time?

11:15:32 13   **A.** No, it varied.

11:15:34 14   **Q.** And when he would come with you, would he

11:15:36 15   normally spend one day with you?

11:15:44 16   **A.** I don't remember. No, I don't remember.

11:15:44 17   It seems like one to two days.

11:15:46 18   **Q.** Okay. And then at any time after the

11:15:56 19   visits or during the visits, would he talk with

11:15:58 20   you about how you were doing?

11:16:02 21   **A.** Yeah.

11:16:04 22   **Q.** And then would he follow up his comments

11:16:06 23   with some sort of written report you would

11:16:08 24   receive?

11:16:10 25   **A.** Yes.

## 82

11:16:18 1    MR. BAKER: John, are you there?

11:16:20 2    MR. BRODERICK: Yes.

11:16:26 3    MR. BAKER: Why don't we take about five

11:16:30 4    minutes, and I want to speak on another line to

11:16:34 5    Jane, and then we'll--

11:16:36 6    MR. BRODERICK: Very good. How are we

11:16:38 7    doing on time, do you think?

11:16:40 8    MR. BAKER: We're doing great.

11:16:42 9    MR. BRODERICK: Okay.

11:16:44 10   MR. BAKER: I think the question is how

11:16:46 11   much longer are we going to be?

11:16:48 12   MR. BRODERICK: That's what I should have

11:16:50 13   said.

11:16:50 14   MR. BAKER: I don't anticipate a whole

11:16:52 15   lot more.

11:16:54 16   MR. BRODERICK: Thank you.

17    (Short recess.)

18    BY MR. BAKER:

11:28:08 19   **Q.** I just have a couple things I want to

11:28:12 20   cover, Caroline, and then I think we'll be done.

11:28:26 21   I want to refer you to Exhibit 87.

11:28:34 22   **A.** Okay.

11:28:38 23   **Q.** You see the October 16, 2001, bonus

11:28:44 24   points for the ad board attendance?

11:28:46 25   **A.** Yes.

## 83

11:28:48 1    **Q.** As a result of what you did with respect

11:28:54 2    to the ad board, was there any increase in your

11:29:00 3    sale of either Retavase or Cordis products?

11:29:04 4    **A.** I don't know.

11:29:06 5    **Q.** Okay. And going back to the entry of May

11:29:10 6    31, 2001, which dealt with the McNamara

11:29:16 7    symposium--

11:29:16 8    **A.** Yes.

11:29:18 9    **Q.** --as a result of that particular

11:29:20 10   activity, was there any increase in your sales of

11:29:28 11   Retavase or Cordis products?

11:29:30 12   **A.** Yes.

11:29:30 13   **Q.** And can you tell me how that was, what

11:29:36 14   you happened to sell?

11:29:36 15   **A.** Yes. The Retavase, I had a lot of

11:29:40 16   physicians that were on the fence about beginning

11:29:47 17   to use it getting to a much stronger comfort

11:29:50 18   level.

11:29:50 19   **Q.** What physicians began to use it as a

11:29:52 20   result of the McNamara Symposium?

11:29:54 21   **A.** Some physicians at Methodist Hospital,

11:29:58 22   specifically, is what I can remember.

11:30:00 23   **Q.** Okay. The other thing I wanted to ask

11:30:26 24   you about, we talked shortly before the break

11:30:32 25   about the kit equalization program. Do you know

## 84

11:30:38 1    if that occurred at sometime during the first half

11:30:42 2    of 2001?

11:30:44 3    **A.** I have no idea. Can you repeat the

11:30:48 4    question.

11:30:48 5    **Q.** Did the kit equalization program begin

11:30:52 6    sometime during the first half of 2001?

11:30:54 7    **A.** I have no idea.

11:30:56 8    **Q.** Were a lot of your accounts receptive to

11:31:00 9    the kit equalization program and start purchasing

11:31:02 10   more Retavase once that program was announced?

11:31:08 11   **A.** I don't think that I had a lot of

11:31:12 12   accounts that preferred that, no.

11:31:20 13   MR. BAKER: I have no further questions.

11:31:24 14   MR. BRODERICK: I just have a couple

11:31:26 15   follow-ups.

16    EXAMINATION

17    BY MR. BRODERICK:

11:31:46 18   **Q.** Caroline, did you have more than one

11:31:50 19   thought leader?

11:31:50 20   **A.** Yes.

11:31:52 21   **Q.** What was the purpose of a thought leader?

11:31:52 22   **A.** In my opinion, a thought leader is

11:31:54 23   someone that drives the business in your community

11:32:00 24   or who others look to.

11:32:02 25   **Q.** And do you know about-- Name some of the

## 85

1    thought leaders for us.
2        A. Nationally or in my community?
3        Q. Name some of the thought leaders for us.
4        A. Eric Walser, Dr. Eric Walser; Dr.
5    Vvonomir Krajcer, Dr.--gosh, I can't remember his
6    name.
7        Q. There were more than those; is that
8    right?
9        A. Yes.
10       Q. Why did you have more than one?
11       A. Because I didn't want to rely on just one
12   person to drive attendance, to drive the business.
13   You can't get business from just one source.
14       Q. With regard to the bonus points, did you
15   feel like you deserved all the bonus points you
16   were awarded?
17       A. Yes.
18       Q. Do you think you were awarded any bonus
19   points simply because you were a younger employee?
20       A. No.
21       Q. Do you recall, for instance-- After
22   reflecting upon some of the items for the bonus
23   points, do you recall some of the basis for the
24   awards of the bonus points, like for the field
25   team efforts?

## 86

1        A. Yes.
2        MR. BAKER: John, talk about specifically
3    which ones.
4    BY MR. BRODERICK:
5        Q. Okay. For the field team effort, do you
6    remember why you were awarded bonus points for
7    that?
8        A. If I remember correctly, Memorial
9    Southwest wasn't one of my targets; but it was an
10   account that I had covered extensively as a
11   cardiovascular rep, and they were having serious
12   formulary approval issues. They were under severe
13   threat by the competition and asked me to come in
14   and help them work with the thought leaders and
15   people in power to that make the decision to keep
16   Retavase on formulary.
17       Q. That was Retavase on formulary for
18   cardiovascular use?
19       A. Yes.
20       Q. So assuming Memorial Southwest wasn't in
21   your account portfolio, if they kept it on
22   formulary it would not have affected your SIPC?
23       A. Correct.
24       MR. BRODERICK: I have no further
25   questions.

## 87

1        EXAMINATION
2    BY MR. BAKER:
3        Q. How did you get your thought leaders,
4    Caroline?
5        A. I developed a strong personal
6    relationship with these people, so they became
7    very familiar with my products.
8        Q. If I understand correctly, your thought
9    leaders would be physicians practicing in a
10   specialty that would involve the treatment of
11   individuals having vascular problems?
12       A. Correct.
13       Q. Am I correct?
14       A. Yes.
15       Q. And these would be physicians who used
16   Retavase for that purpose. Am I correct?
17       A. Yes.
18       Q. And you would use them to tell other
19   physicians the virtues and benefits of using
20   Retavase for treatment of vascular problems?
21       A. Yes.
22       Q. Okay. You identified by name your
23   thought leaders, and you don't need to do that
24   again for us. Were your thought leaders located
25   in Houston?

## 88

1        A. No, not necessarily.
2        Q. Where were they located?
3        A. I developed thought leaders in every
4    community that I covered.
5        Q. Okay. So every community you covered?
6        A. Every community that I covered.
7        Q. You had thought leaders in the Rio Grande
8    Valley?
9        A. Yes.
10       Q. Okay. Who was your thought leader there?
11       A. The one interventional radiologist at
12   Knapp. I can't think of his name.
13       Q. How many interventional radiologists were
14   there in the Rio Grande Valley?
15       A. Four, I think.
16       Q. Okay. So you had one thought leader of
17   the four interventional radiologists. Were these
18   thought leaders nationally recognized physicians
19   in their field of specialty?
20       A. Some, some not.
21       Q. Okay. Would it be an accurate statement
22   that you would ask these people who were using
23   Retavase for vascular purposes and were having a
24   good result with their use to at least communicate
25   with other physicians in promoting the use of

DEPOSITION OF CAROLINE KOPECKY

## 89

11:36:54 1  Retavase for vascular purposes?

11:36:58 2      **A.** Well, I might ask them to submit cases

11:37:00 3  for publication on their own.

11:37:04 4      **Q.** Publication of what?

11:37:06 5      **A.** In different journals, interventional

11:37:10 6  radiology journals.

11:37:12 7      **Q.** What role would you have in publishing

11:37:14 8  documents in scholarly journals?

11:37:16 9      **A.** None.

11:37:18 10      **Q.** So you would just say, "Hey, it might be

11:37:20 11  a good idea to publish"?

11:37:22 12      **A.** Yes.

11:37:22 13      **Q.** Okay. Would that be the extent of what

11:37:24 14  you would do when it came to publications?

11:37:26 15      **A.** Yes.

11:37:30 16      **Q.** What else would you do with these thought

11:37:32 17  leaders?

11:37:36 18      **A.** Try and get physicians together and

11:37:44 19  facilitate communication.

11:38:00 20      **Q.** Okay. When you say "get people

11:38:02 21  together," you're talking about a seminar or a

11:38:06 22  dinner or some sort of arrangement where

11:38:08 23  physicians got together and talked about using

11:38:10 24  Retavase for vascular purposes?

11:38:14 25      **A.** Yes.

## 90

11:38:14 1      **Q.** How frequently did you have these

11:38:16 2  get-togethers?

11:38:18 3      **A.** I couldn't say.

11:38:18 4      **Q.** How frequently during the year 2001?

11:38:22 5      **A.** I couldn't say.

11:38:24 6      **Q.** Other than the entries that are shown on

11:38:28 7  Exhibit 87, are you aware of any get-togethers you

11:38:36 8  had of thought leaders with practitioners during

11:38:40 9  the year 2001?

11:38:44 10      **A.** Yeah. I mean, I did dinners or they had

11:38:48 11  their own meetings, you know. There were other

11:38:52 12  things that, you know, seminars that existed that

11:38:56 13  we weren't necessarily sponsors of, but that I

11:39:00 14  might be in attendance at.

11:39:02 15      **Q.** Do you recall any that you attended in

11:39:04 16  2001?

11:39:04 17      **A.** No.

11:39:06 18      **Q.** Do you recall any you were involved in in

11:39:08 19  promoting in the year 2001?

11:39:10 20      **A.** No, not by name.

11:39:18 21      **Q.** Okay. Did anyone ever explain to you why

11:39:18 22  you were awarded bonus points?

11:39:22 23      **A.** Yeah.

11:39:22 24      **Q.** Who explained to you why you were awarded

11:39:24 25  bonus points?

## 91

11:39:26 1      **A.** Tony.

11:39:28 2      **Q.** And did he explain to you why you were

11:39:30 3  awarded bonus points in 2001?

11:39:32 4      **A.** Yes.

11:39:34 5      **Q.** Was that verbally, or was it done in

11:39:36 6  written form?

11:39:40 7      **A.** I don't know. I mean, I know that it was

11:39:42 8  communicated. Whether it was verbal or written, I

11:39:46 9  don't recall.

11:39:46 10      **Q.** Each time he awarded you bonus points,

11:39:48 11  would he tell you why you were awarded bonus

11:39:50 12  points?

11:39:52 13      **A.** Yes.

11:39:54 14      **Q.** Do you recall any of the things he said

11:39:56 15  to you in the year 2001?

11:40:00 16      **A.** Specifically, I remember the McNamara

11:40:04 17  Symposium being a really big deal because nobody

11:40:06 18  else got anywhere close to the attendance that I

11:40:08 19  got. I remember, you know, Knapp Memorial also

11:40:20 20  went through a big period where they almost lost

11:40:24 21  their formulary approval for cardiovascular, and I

11:40:28 22  helped out in that particular situation, as well.

11:40:34 23  I remember discussing that. I remember my various

11:40:40 24  roles in stocking various hospitals and things.

11:40:44 25      **Q.** Okay. Do you remember what he told you?

## 92

11:40:48 1      **A.** Other than, "Good job"?

11:40:50 2      **Q.** For example, we talked earlier about the

11:40:54 3  points you got for Ochsner.

11:40:58 4      **A.** Right.

11:41:00 5      **Q.** Did he ever verbalize why he was awarding

11:41:02 6  you points for Ochsner?

11:41:04 7      **A.** I'm sure that he did. I don't remember

11:41:08 8  specifically-- Like if you're referring to--if

11:41:12 9  you want to know why I got points several times

11:41:16 10  for Ochsner, I don't remember the specific

11:41:20 11  conversation.

11:41:20 12      **Q.** Okay. As you sit here, you don't know

11:41:22 13  why you got several points for Ochsner?

11:41:26 14      **A.** I know I did a good job at Ochsner.

11:41:28 15      **Q.** Okay. You would think, wouldn't you,

11:41:30 16  Caroline, if you did a good job and were entitled

11:41:32 17  to the award of bonus points that other vascular

11:41:36 18  reps who did an equally good job should have

11:41:40 19  gotten bonus points awarded on the same basis?

11:41:44 20      **A.** If they did an equally good job.

11:41:46 21      **Q.** There would be no reason why they

11:41:46 22  shouldn't, should there?

11:41:48 23      **A.** Not if they did an equally good job.

11:41:50 24      **Q.** Right. If they did an equally good job,

11:41:54 25  they would be entitled to the same bonus points

93

11:41:56 1  that you were entitled to; right?
11:42:00 2      A. One would assume. They were
11:42:02 3  discretionary bonuses, though.
11:42:04 4      Q. And do you know at whose discretion it
11:42:06 5  was?
11:42:08 6      A. Everyone above me.
11:42:10 7      Q. Everyone above you?
11:42:12 8      A. Yes, not at my discretion.
11:42:18 9         MR. BAKER: Okay. I have nothing
11:42:20 10 further.
11:42:56 11        MR. BRODERICK: We'll reserve signature.
11:43:02 12        MR. BAKER: Before we adjourn, John, what
11:43:04 13 I am proposing is that instead of having the court
11:43:14 14 reporter send the exhibits to you and me from Des
11:43:16 15 Moines, that I'll retain the original exhibits,
11:43:22 16 and I think you have photocopies of them, as well;
11:43:24 17 right?
11:43:26 18        MR. BRODERICK: Yeah. She can just
11:43:30 19 attach them to the transcript. It's just nice to
11:43:34 20 have them with the transcript to make sure.
         21        MR. BAKER: You want her to photocopy the
         22 documents?
11:43:44 23        MR. BRODERICK: I guess I would prefer to
11:43:46 24 have the court reporter attach them to the
11:43:46 25 transcript.

94

11:43:50 1        MR. BAKER: That's fine. I'll leave them
11:43:52 2  with her then.
11:43:54 3        MR. BRODERICK: Okay.
11:44:00 4        (Proceedings concluded at 11:50 a.m.)
         5
         6
         7
         8
         9
         10
         11
         12
         13
         14
         15
         16
         17
         18
         19
         20
         21
         22
         23
         24
         25

95

C E R T I F I C A T E

1        I, the undersigned, a Certified Shorthand
2   Reporter of the State of Iowa, do hereby certify
3   that there came before me at the time, date and
4   place hereinbefore indicated the witness named on
5   the caption sheet hereof, who was by me duly sworn
6   to testify to the truth of said witness'
7   knowledge; that the witness was thereupon examined
8   under oath, the examination taken down by me in
9   shorthand and later reduced to typewriting through
10  the use of a computer-aided transcription device
11  under my supervision and direction, and that the
12  deposition is a true record of the testimony given
13  and of all objections interposed.

14        I further certify that I am neither attorney
15  nor counsel for, nor related to nor employed by
16  any of the parties to the action in which this
17  deposition is taken, and further that I am not a
18  relative or employee of any attorney or counsel
19  employed by the parties hereto, or financially
20  interested in the action.

21        Dated at Des Moines, Iowa, this 10th day of
22  January, 2005.

CERTIFIED SHORTHAND REPORTER