**Page 1**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

SPRINGFIELD DIVISION

M. JANE MINOR,

      Plaintiff,

vs.              No. 02-3354

CENTOCOR, INC. And JOHNSON AND
JOHNSON, INC.,

      Defendants.


      TELEPHONIC DEPOSITION of DENISE BROWN,

taken in the above-entitled case before Julie A.

Brown, a Notary Public of Christian County, acting

within and for the County of Sangamon, State of

Illinois, at 9:30 o'clock A.M., on January 12,

2005, at 415 South Seventh Street, Springfield,

Sangamon County, Illinois, pursuant to notice.


      Baldwin Reporting & Legal-Visual Services
       Serving Illinois, Indiana & Missouri
  24hrs (217) 788-2835   Fax (217) 788-2838
          1-800-248-2835

---

**Page 3**

I N D E X

DEPONENT                   PAGE NUMBER

Denise Brown

    Examination by Mr. Baker    5, 75
    Examination by Mr. Broderick  74


        E X H I B I T S

NUMBER         MARKED FOR IDENTIFICATION

Exhibits 1 - 7   (marked prior to deposition)

---

**Page 2**

APPEARANCES:

BAKER, BAKER & KRAJEWSKI, LLC
BY:  James P. Baker, Esq.
    415 South Seventh Street
    Springfield, Illinois 62701
    On behalf of Plaintiff.

PUGH, JONES & JOHNSON, P.C.
BY:  John M. Broderick, Esq.
    180 North LaSalle Street, Suite 3400
    Chicago, Illinois 60601
    On behalf of Defendants via telephone.

ALSO PRESENT:

    Ms. Jane Minor

---

**Page 4**

    S T I P U L A T I O N

    It is stipulated and agreed, by and
between the parties hereto, through their
attorneys, that the deposition of DENISE BROWN may
be taken before Julie A. Brown, a Notary Public and
Certified Shorthand Reporter, upon oral
interrogatories, on the 12th of January A.D., 2005,
at the instance of the Plaintiff at the hour of
9:30 A.M., 415 South Seventh Street,
Springfield, Sangamon County, Illinois;

    That the oral interrogatories and the
answers of the witness may be taken down in
shorthand by the Reporter and afterwards
transcribed;

    That all requirements of the Federal
Rules of Civil Procedure and the Rules of the
Supreme Court as to dedimus, are expressly waived;

    That any objections as to competency,
materiality or relevancy are hereby reserved, but
any objection as to the form of question is waived
unless specifically noted;

    That the deposition, or any parts thereof
may be used for any purpose for which depositions
are competent, by any of the parties hereto,
without foundation proof;

    That any party hereto may be furnished
copies of the deposition at his or her own expense.

COPY

Page 5

1     (Whereupon the Deponent was
2     sworn by the Notary Public.)
3    D E N I S E  B R O W N
4 having been first duly sworn by the Notary Public,
5 deposeth and saith as follows:
6     EXAMINATION
7    BY MR. BAKER:
8  Q  Good morning, Denise.
9  A  Good morning.
10  Q  Can you hear me all right?
11  A  Yeah. I hear you great. Can you hear
12 me?
13  Q  I can. You're fine.
14  A  Okay.
15  Q  Will you state your name, address and
16 date of birth for me?
17  A  Sure. Denise Renee Brown. Birth date,
18 10/23/70. Address, 8617 Wellington Point Drive,
19 Irving, Texas.
20  Q  Is Irving a suburb of Dallas?
21  A  Correct.
22  Q  Are you a native of the Dallas area?
23  A  Yes.
24  Q  Have you ever given a deposition before?

Page 6

1  A  No.
2  Q  I'm sorry?
3  A  No.
4  Q  All right. This is fairly simple, I
5 think. I'm going to ask you a series of questions
6 and I'm going to ask that you do your best to
7 respond as fully and completely to them as you
8 can.
9  A  Okay.
10  Q  A couple of things to remind you of.
11 First, let me know if you don't understand a
12 question. Also, since we're talking by telephone,
13 if you don't hear me, tell me that and we'll do the
14 same with you. We have to kind of speak louder so
15 that we can all be heard.
16  A  Okay.
17  Q  And number 3, obviously, you're out of
18 eyesight, so I would ask that you respond verbally
19 to questions rather than through body gesture and
20 if a question calls for an affirmative or a
21 negative response, I would ask that you not respond
22 by using the terms uh-huh and uh-uh. Is that okay?
23  A  Yes.
24  Q  Good. Denise, what have you done to

Page 7

1 prepare for this deposition?
2  A  Nothing. I showed up at 8:30 this
3 morning and John and I just talked a little bit
4 about 2001.
5  Q  Okay. Have you reviewed any documents to
6 prepare you for the deposition, either before your
7 meeting with John or during your meeting with John?
8  A  We reviewed a couple.
9  Q  Do you recall what it is you reviewed?
10  A  A bonus point list and my expense report
11 signatures.
12  Q  Okay. Very good. Let me ask you some
13 background questions if I could.
14  A  Sure.
15  Q  What is the extent of your education?
16  A  I have a B.A. from the University of
17 North Texas in 1993 and one year of master's degree
18 work at Wichita State University.
19  Q  What was your field of education at
20 Wichita State?
21  A  That was an M.B.A.
22  Q  And what field did you receive your
23 bachelor's degree in?
24  A  Radio TV film.

Page 8

1  Q  While at either Wichita State or at North
2 Texas State, did you take any medical science
3 courses, such as biology, physiology, anatomy,
4 chemistry? Anything like that? I'm sorry. I
5 didn't hear you.
6  A  Yes.
7  Q  What courses did you take?
8  A  Two semesters of biology, two semesters
9 of chemistry.
10  Q  Did you go directly into your M.B.A.
11 program after you graduated from North Texas State?
12  A  Yes.
13  Q  While working at North Texas State, did
14 you hold any jobs?
15  A  Yes.
16  Q  What were those?
17  A  I worked for American Coed Pageants. I
18 was a choreographer.
19  Q  What was the nature of the business of
20 that organization?
21  A  Beauty pageants.
22  Q  Okay. And while you were working on your
23 master's degree, did you hold any jobs?
24  A  Nothing other than a graduate teaching

Denise Brown

Page 9

1 assistant employed by the university.
2    Q  Okay.  When was it you left Wichita
3 State?
4    A  1995.
5    Q  What I'd like to do is trace with you
6 your employment experiences between 1995 when you
7 left Wichita State--
8    A  Okay.
9    Q  (Continuing.)--and the time you joined
10 Centocor.  So could you kind of take me through
11 those in chronologic order?
12    A  End of 1995 I was hired by Green Sheet in
13 Dallas, which is an advertising firm.  I sold
14 advertising outside sales for 18 months.  1997, I
15 was employed by Pfizer Pharmaceuticals.  I believe
16 I stayed there through 1999 just as a drug rep.
17       I then move to New York City where I was
18 employed as a specialty rep in 1999, December of
19 '99 with Women's First Health Care calling on
20 OB/GYN doctors.  In March 2001, I was hired by
21 Centocor back here in Texas.  I paid my own moving
22 expenses and I began March '01.
23    Q  Why did you tell me you paid your own
24 moving expenses?

Page 10

1    A  Because I felt like it.  Just, it wasn't
2 every location where they hired me to bring me down
3 here.  I just thought it was relevant.
4    Q  Okay.  When you worked for Pfizer, what
5 was your sales territory?  What geographic area?
6    A  Louisville, Denton, Dennison and Sherman.
7    Q  And if my knowledge of Texas geography is
8 correct, that would be north Texas?
9    A  Correct.
10    Q  The area north of Dallas and south of the
11 Red River?
12    A  Yes.
13    Q  What type of positions did you call
14 upon?  What were their specialties?
15    A  In the Pfizer realm, it was everything
16 from family practice to OB/GYN, internal medicine
17 and psychiatry.
18    Q  Okay.  Did you call upon cardiologists?
19    A  No, I did not.
20    Q  Did you call upon vascular surgeons?
21    A  No, I did not.
22    Q  Did you call upon interventional
23 radiologists?
24    A  No, I did not.

Page 11

1    Q  Did you sell any products that were used
2 for the treatment of heart attacks?
3    A  No, I did not.
4    Q  Did you treat any, sell any products that
5 was used for the treatment of strokes or vascular
6 disorders?
7    A  No, I did not.
8    Q  Okay.  And then as I understand it, you
9 went to New York?
10    A  Correct.
11    Q  Where in New York did you go?
12    A  I lived in Manhattan on 38th and 1st.
13    Q  What was your, you had a sales position
14 in New York?
15    A  Correct.  I transferred with Pfizer
16 laterally and subsequently left that position and
17 went to Women's First Health Care in December of
18 '99.
19    Q  What type of business is Women's First
20 Health Care?
21    A  It is a specialty pharmaceutical
22 company.  I called on institutions there.
23 Cardiology and OB/GYN primarily.
24    Q  What was the specialty that this First

Page 12

1 firm had?
2    A  They call on, they do women's health
3 care.  Everything from Pravachol, which is a heart
4 drug to Ortho-Prefest, which is a hormone drug.  So
5 I called on institutions, hospitals, cardiologists
6 and OB/GYNs in Manhattan and the surrounding
7 boroughs.
8    Q  When you accepted employment with
9 Centocor, were you still working for that company?
10    A  Yes, I was.
11    Q  How was it you happened to hear about
12 Centocor?
13    A  I was actually interviewing for a
14 Brooklyn territory with Centocor.  I fellow I had
15 worked with at Women's First Health Care, Craig
16 Winselet (sp), had left in Boston, Women's First
17 Health Care to go work for Centocor and referred me
18 for the Brooklyn position.  While interviewing for
19 the Brooklyn position, I was searching the Web and
20 saw a Dallas position.  I had had a death in the
21 family and decided I would like to throw my hat in
22 the ring for the Dallas position.
23    Q  What was the Dallas positions?  How was
24 it described?

| | |
|---|---|
| **Page 13** | **Page 15** |

**Page 13**

1  A  It was actually originally a
2  cardiovascular sales specialist position. South
3  Dallas territory.
4  Q  Okay. So after you became aware of this
5  position, take me through what happened.
6  A  Okay. Well, pretty much I had a lateral
7  transfer from Women's First Health Care to Dallas,
8  Texas. I was taking that while interviewing for
9  the Centocor job I believe in January.
10  Q  Excuse me. Let me interrupt you for a
11  moment. Do I understand it in your pre Centocor
12  job you transferred to Dallas?
13  A  Correct. Women's First Health Care was
14  transferring me to Dallas upon my request. I had
15  had a death in the family and was getting a
16  divorce.
17  Q  When was that that you transferred?
18  A  How did I do that?
19  Q  No. When did you transfer to Dallas?
20  A  I started the process probably December
21  of 2000.
22  Q  And when was your last day working for
23  this company?
24  A  I do not recall. Sometime end of

**Page 14**

1  February I gave my notice where I started with
2  Centocor I believe March 1st or March 2nd of '01.
3  Q  Did you actually perform work duties for
4  Woman's First Health Care in the Dallas area?
5  A  Correct. I did for probably one month.
6  Q  Okay. And when was it you interviewed
7  for the cardiovascular position with Centocor?
8  A  It had to have been probably the first or
9  second week of February of 2001 with Aaron
10  Millstein.
11  Q  And who was Aaron Millstein?
12  A  He was the Dallas manager for the
13  cardiovascular business unit.
14  Q  I'm sorry. Did you say he or she?
15  A  He.
16  Q  He, a male. Right?
17  A  Correct.
18  Q  Thank you. Did you interview with anyone
19  other than Aaron Millstein?
20  A  Yes. I interviewed with Aaron Millstein,
21  Bob Russell, Aaron Millstein, Bob Russell, Tom
22  Riney (sp) and then Tony Siciliano.
23  Q  All at the same time?
24  A  No. Three to four separate interviews.

**Page 15**

1  I don't recall.
2  Q  Okay. Aaron, Bob Russell. I didn't
3  catch the next name.
4  A  Tom Riney.
5  Q  Who is he?
6  A  Cardiovascular rep. He just kind of sat
7  in, but I would count him as being in the interview
8  process.
9  Q  And did it go in that order? Aaron
10  first, Bob, Tom and then Tony?
11  A  Correct.
12  Q  Okay. If you know, why did you interview
13  with Tom?
14  A  They usually bring other reps in
15  sometimes to interview. Just to observe and to
16  give their feedback since we would be working
17  together. He was be in my district. At that point
18  I was interviewing still for the south Dallas
19  cardiovascular position.
20  Q  When you interviewed with Tony Siciliano,
21  were you also interviewing for the south Dallas
22  cardiovascular--
23  A  No. At that point, I believe at the
24  third interview, Bob Russell mentioned to Aaron

**Page 16**

1  Millstein that I would be a perfect fit for the
2  vascular position. Evidently at that time Tony was
3  getting promoted. So at that point, I believe the
4  third interview, they said we would like to have
5  you as the vascular rep. Let us have you meet the
6  new vascular team leader, Tony Siciliano.
7  Q  Who said that? Aaron and Bob?
8  A  Correct. I believe mostly Bob, but I'm
9  not for sure.
10  Q  Okay. So if I understand correctly,
11  there was a new position that was opening up.
12  A  Yes, in the process of my interview. You
13  are correct.
14  Q  Okay. So instead of furthering your
15  interest in the cardiovascular position, you
16  interviewed with Tony for the vascular position?
17  A  Correct.
18  Q  Do you recall how long your interview
19  with Tony lasted?
20  A  No, I do not.
21  Q  Do you recall any of the nature of the
22  discussion you had during that interview?
23  A  No, I do not.
24  Q  Was the interview more devoted to Tony

Page 17

1 trying to find out information about you or was he
2 explaining to you the nature of the position?
3    A  I don't recall that, any of that
4 conversation or the interview.
5    Q  When you met with Tony, was there anyone
6 else that participated in that interview?
7    A  No.  It was just he and I.
8    Q  Okay.  After you interviewed with Tony,
9 was the next step in the process you being offered
10 a job?
11    A  Correct.
12    Q  Who offered you that job?
13    A  Bob Russell.
14    Q  And when he offered you the job, did he
15 describe what the job was?
16    A  Yes.
17    Q  And can you tell me what he told you in
18 that respect?
19    A  I do not recall but I do remember having
20 a conversation discussing salary and at some point
21 we had to have talked about the job, I'm sure, but
22 I would not have taken a job I had no idea what it
23 was.  But I really do not remember the extent of
24 that conversation.

Page 18

1    Q  Fine.  Okay.  Are you presently employed
2 by Centocor?
3    A  No, I am not.
4    Q  When did you leave Centocor?
5    A  March 1st of '04.
6    Q  So you've been away from there for a
7 little over ten months?
8    A  Correct.
9    Q  Where are you working now, Denise?
10    A  I work for Abbott Molecular Diagnostics,
11 a division of Abbott Labs.
12    Q  Why was it you left Centocor?
13    A  I did not like selling Remicade.  I did
14 not like my territory and I was just sick of I
15 guess big pharmaceuticals.  I wanted something
16 different.
17    Q  What was your territory at the time?
18    A  When I left, it was Dallas Fort Worth to
19 Tyler.
20    Q  Tyler, Texas?
21    A  Correct.
22    Q  Okay.
23    A  That's it.
24    Q  Approximately how far is Tyler from

Page 19

1 Dallas Fort Worth?
2    A  Well, because of construction, it's about
3 two hours and 15 minutes each way from my home.
4    Q  Okay.  If I understand correctly, Tyler
5 is in east Texas?
6    A  Yes.
7    Q  Not too far from the Louisiana border?
8    A  Very close to the Louisiana border.
9    Q  I'm sure I'm impressing you with my
10 knowledge of Texas.
11    MR. BRODERICK: Do you have Mapquest up or
12 what?
13    MR. BAKER: Off the record for a moment.
14         (Discussion off the record.)
15    MR. BAKER:  Q  When you first went to work
16 for Centocor, you were a vascular rep?
17    A  Correct.
18    Q  What products did you sell?
19    A  I'm a tad confused.  I know I sold
20 Retavase.  At one point we had Cordis products.  I
21 think that was in the beginning as well.  I'm not
22 real clear on that.
23    Q  Okay.  I know a little bit about
24 Retavase, but what were the Cordis products used

Page 20

1 for?
2    A  Good question.  My memory's foggy.  I
3 know we had some stents and some catheters.  We
4 sold those as well.  I think that was in 2001, but
5 I'm not certain.
6    Q  Was there a point in time, Denise, when
7 you quit selling Retavase?
8    A  Yes.  That was May of 2002, I believe.
9    Q  And when you quit selling Retavase, what
10 kind of products did you sell?
11    A  We received Remicade.
12    Q  What is that?
13    A  That is for Crohn's disease and
14 rheumatoid arthritis.  It's an incubicle (sp) drug.
15    Q  I assume when you started selling
16 Remicade, you discontinued being a vascular rep?
17    A  Right.  They changed our title several
18 times.  I don't even remember.  There was something
19 else in there besides, I don't even know my title.
20 Never mind.
21    Q  Do you know why it was you quit selling
22 Retavase?
23    A  We were told on a conference call that
24 Johnson & Johnson did not want us selling us that

| Page 21 | Page 23 |
|---|---|
| 1 anymore. We were never told a reason. | 1     Q Okay. Do you recall any of the customers |
| 2     Q Okay. And that was sometime proximate to | 2 you initially called on? |
| 3 May of 2002? | 3     A Yes, I do. |
| 4     A Right. In a conference call. | 4     Q Can you tell me who you recall calling |
| 5     Q Okay. Now as I understand it, and | 5 upon? |
| 6 correct me if I'm mistaken, when you first joined | 6     A The ones I recall, Presbyterian, there |
| 7 Centocor, you were a remember of a team composed of | 7 was a Dr. Dittman and a Dr. Coker. |
| 8 vascular representatives? | 8     Q Where was Presbyterian located? |
| 9     A Yes. | 9     A Walnut Hill Lane and 75 in Dallas. |
| 10     Q Or vascular specialists? | 10     Q Okay. |
| 11     A Yes. | 11     A I recall Dr. Gensburg at St. Paul's |
| 12     Q And was Tony Siciliano your team leader? | 12 Hospital in Dallas. |
| 13     A Yes. | 13     Q Okay. |
| 14     Q Do you remember who the other members | 14     A I recall Chet Reese at Baylor Hospital in |
| 15 were of your team? | 15 Dallas. |
| 16     A Sure. Randy, Caroline, Jane and myself. | 16     Q Okay. |
| 17     Q Okay. Randy would be Randy Van Cleave? | 17     A That's all at this time. My database is |
| 18     A Yes. Caroline Kopecki (sp) and Jane | 18 empty. |
| 19 Minor. | 19     Q All right. Do you recall if there were |
| 20     Q Okay. Great. I am assuming that each of | 20 any hospitals you called upon outside of Dallas? |
| 21 you had a specific region or geographic territory | 21     A Yes. |
| 22 you covered? | 22     Q All right. Can you identify for me the |
| 23     A Yes. | 23 hospitals you called upon that were not located in |
| 24     Q Okay. We'll talk more about that in a | 24 Dallas? |

| Page 22 | Page 24 |
|---|---|
| 1 moment. | 1     A Sure. Wichita Falls-- |
| 2     When you sold Retavase, what type of | 2     Q Excuse me. We have some sort of |
| 3 medical specialists would you call upon? | 3 interruption. Can you go back? I think you |
| 4     A I called on vascular surgeons. | 4 mentioned Wichita Falls and we lost you after |
| 5     Q Okay. Any others? | 5 that. |
| 6     A Not that I recall. | 6     A Wichita Falls, Seton Hospital in Austin |
| 7     Q Did you call upon interventional | 7 and then a hospital in Waco and a hospital in |
| 8 radiologists? | 8 Temple. |
| 9     A Oh, yes, I did. That was my primary | 9     Q Okay. How far is Wichita Falls from |
| 10 people I called on. | 10 Dallas? |
| 11     Q Okay. Denise, when you first joined | 11     A An hour and a half each way. |
| 12 Centocor, how did you find out who you would be | 12     Q Okay. How far is Austin from Dallas? |
| 13 calling on? | 13     A I would fly down there. It's about a 30 |
| 14     A I don't recall specifically. Someone | 14 minute flight. |
| 15 gave me a list but I don't know who. | 15     Q Is there regular commercial air |
| 16     Q And I take it when you first joined | 16 transportation between Dallas Forth Worth Airport |
| 17 Centocor you had had no prior experience in | 17 and whatever the airport is in Austin? |
| 18 vascular products. | 18     A Yeah. Southwest Airlines. Every 30 |
| 19     A No, nor interventional radiology. | 19 minutes there was a flight for the most part. |
| 20     Q Okay. And you had had no prior | 20 Before September 11th. |
| 21 experience I assume in marketing products that were | 21     Q Okay. What about Waco? How far is that? |
| 22 comparable to Retavase? | 22     A An hour and ten minutes. |
| 23     A No. I've never marketed anything | 23     Q I assume that was a driving trip as well? |
| 24 comparable to Retavase. | 24     A Correct. And Temple. Temple was 145 |

Page 25

1  minutes south of Waco.
2     Q  Okay.  So if I have this correct, if we
3  used Dallas as your hub with the exception of
4  Austin, every place you would drive to would be
5  within a two and a half hour driving distance from
6  your home in Dallas.
7     A  Right.
8     Q  And Austin I guess would be further and
9  you would fly there.
10     A  Right.
11     Q  Okay.  During the course of the time you
12  worked on the vascular team, were you ever assigned
13  an account where you'd have to drive further than
14  two and a half hours from your home?
15     A  No.  Never.
16     Q  Okay.  With respect to the accounts you
17  initially were given--
18     A  Uh-huh.
19     Q  (Continuing.)--did any of those accounts
20  have any prior experience in using Retavase for
21  vascular purposes?
22     A  Yes.
23     Q  And do you recall which ones did?
24     A  Okay.  Off hand, the ones I do remember

Page 26

1  would be Presbyterian Hospital, St. Paul's Hospital
2  and that's it.
3     Q  Okay.  Who was your predecessor in
4  calling upon these hospitals for purposes of
5  selling Retavase for vascular purposes?
6     A  That was Tony Siciliano.
7     Q  While you worked on Tony's team, where
8  did he live?
9     A  He lived in Fort Worth, Texas.
10     Q  Okay.  And that's what?  Maybe 50 miles
11  from your home?
12     A  About 40 minutes.  Whatever.  I don't
13  know the mileage on that.
14     Q  I assume driving at the speed limit,
15  maybe a little less than 50 miles.
16     A  There you go.
17     Q  When you first began working on Tony's
18  team, can you describe for me kind of in a general
19  way about how you and he would work together if you
20  did?
21     A  I don't really remember the beginning
22  honestly, four years ago.  I remember he rode with
23  me a few times.  I can really only remember him
24  riding with me in 2004, 2003.

Page 27

1     Q  In 2003, do you recall how many times he
2  rode with you?
3     A  No, I do not.
4     Q  I'm assuming back in 2001 you don't
5  recall one way or another how many times he rode
6  with you.
7     A  No.  I just have a general feeling that
8  it wasn't very much.
9     Q  Okay.  Were any of the accounts you were
10  assigned when you became a vascular representative
11  also accounts that Tony had some responsibility
12  for?
13     A  While he was manager?
14     Q  Right.  I understand that as a manager
15  indirectly as your supervisor, he would be
16  responsible for all of your accounts?
17     A  Not that I know of.  I believe the
18  accounts I had were solely mine.  There was no
19  shared responsibility with Tony.
20     Q  Okay.  Fine.  Now, at any time while you
21  sold Retavase, did your account responsibilities
22  change?
23     A  Yes.
24     Q  And can you describe for me the nature of

Page 28

1  the change?
2     A  All I do recall is we added Arlington one
3  year.  I do not know the year.  And we got rid of
4  Wichita Falls one year.  We got rid of Austin one
5  year, but I do not know the years on those.
6     Q  Okay.  Why did you get rid of Wichita
7  Falls?
8     A  I don't recall.
9     Q  Had it been a user of Retavase for
10  vascular purposes?
11     A  No, not at all.
12     Q  Okay.  So that was, I guess that was a
13  nut you couldn't crack.  Is that a fair statement?
14     A  I'd say that's a fair statement.
15     Q  Okay.  And you mentioned another one you
16  got rid of and I don't remember.
17     A  Austin?
18     Q  Austin.  Right.
19     A  And we added Arlington.
20     Q  Was there just one hospital in Austin you
21  called on?
22     A  Correct.
23     Q  And why did you get rid of Austin?
24     A  I don't remember that situation either.

| Page 29 | Page 31 |
|---|---|
| 1 I think that was more of a geographic alignment,<br>2 that they wanted that to be more in the south Texas<br>3 district. But once again, I'm not certain.<br>4    Q So that would have been Caroline<br>5 Kopecki's?<br>6    A Yeah, I believe so, but I'm not certain.<br>7    Q Okay. Denise, did you have any input in<br>8 the decision to discontinue calling on Wichita<br>9 Falls and Austin?<br>10    A I really don't recall.<br>11    Q Had you ever expressed to Tony, or for<br>12 that matter, any of your other supervisors in<br>13 Centocor a preference that you not call on either<br>14 of those accounts?<br>15    A Yes.<br>16    Q Okay. Can you tell me generally what you<br>17 said and if you recall to whom you said it?<br>18    A I know I hated driving to Wichita Falls<br>19 so I did complain, but I really honestly don't<br>20 remember who I complained to.<br>21    Q Was it after you complained that that<br>22 account was taken away?<br>23    A I'm not sure of the time frame on that.<br>24 I would assume so. | 1 documents, I want you to have an adequate<br>2 opportunity to review them, but if you've already<br>3 looked at them, maybe we could work through this<br>4 quickly.<br>5    Can you identify of me what Hill-Banister<br>6 Exhibit 1 is?<br>7    A It's an expense report ending on<br>8 3/31/01. I must have just been hired.<br>9    Q And does that appear to be the expense<br>10 reports you accumulated during the month of March<br>11 of 2001?<br>12    A That's correct.<br>13    Q And does it appear to you to be a<br>14 complete copy of your March 2001 expense reports?<br>15    A It appears to be.<br>16    Q Okay. Fine. Let's go to Exhibit Number<br>17 2 then. Could you identify that document for me,<br>18 please?<br>19    A That ends 04/28 of '01.<br>20    Q And are those your expense reports for<br>21 the month of April 2001?<br>22    A It appears to be.<br>23    Q And does it appear to you that that is a<br>24 complete copy of those expense reports? |

| Page 30 | Page 32 |
|---|---|
| 1    Q I'm sorry. I didn't hear that.<br>2    A I'm not certain.<br>3    Q Okay. Fair enough. And what about<br>4 Austin?<br>5    A I don't recall that decision process. I<br>6 actually enjoyed going down there, so I don't think<br>7 it was anything I initiated.<br>8    Q Denise, I understand you have in front of<br>9 you and perhaps have looked at some documents that<br>10 I think are expense reports. Am I correct about<br>11 that?<br>12    A Gelco. Those were our old expense report<br>13 formats.<br>14    Q All right. Let's go through these fairly<br>15 quickly and maybe Mr. Broderick can help us. I<br>16 hope you have some place in your room a group of<br>17 documents that is entitled Hill-Banister Exhibit<br>18 1.<br>19    A Yes. I've got them right in front of me.<br>20    Q Okay. Great. And do I understand those<br>21 are documents you have already looked through?<br>22    A Yes.<br>23    Q I'm going to ask you some questions and<br>24 if you feel the need to thumb through the | 1    A Yes.<br>2    Q Okay. Fine. Let's move then to<br>3 Hill-Bannister Exhibit Number 3.<br>4    A Okay. Ends 05/26/01.<br>5    Q And what does it appear to you that<br>6 exhibit consists of?<br>7    A Looks like I was in the sales from 5/20<br>8 to 5/26 and my expenses.<br>9    Q Do you believe you may have had other<br>10 expense reports for the month of May, 2001 that are<br>11 not a part of Exhibit 3?<br>12    A I don't understand what you're asking.<br>13    Q Well, what we attempted to do, Denise,<br>14 was to compile together all of your expense reports<br>15 for each month during certain portions of the year<br>16 2001, and I want to make sure that you're<br>17 reasonably satisfied that Exhibit 3 are all of your<br>18 expense reports during the month of May 2001.<br>19    A Okay.<br>20    Q And if you don't think they are, we'll<br>21 talk about that.<br>22    A Okay. They all seem to be correct and in<br>23 fair order.<br>24    Q Okay. |

**Page 33**

1  A  Of the ones I've all looked that were in
2  this huge stack before you called.
3  Q  Okay.  Fine.  You don't believe then you
4  had expense reports in May of 2001 that are not a
5  part of Exhibit 3?
6  A  No, I do not.
7  Q  Okay.  Good.  Let's move then to Exhibit
8  4.
9  A  Fine.
10  Q  Can you identify that document for me,
11  please?
12  A  Yeah.  06/30 of '01.  My expenses for
13  from 6/24 to 6/30.
14  Q  With respect to Exhibit 4, do you believe
15  there might be other expense reports you submitted
16  during the month of June 2001 which have not found
17  themselves to be a part of this exhibit?
18  A  I don't know.
19  MR. BAKER: Okay.  John, while you're here, to
20  the best of your knowledge, have you provided us
21  with all of the expense reports for Denise for the
22  year 2001?
23  MR. BRODERICK: Yes, to the best of my
24  knowledge, yeah.

**Page 34**

1  MR. BAKER: Can we stipulate then that Exhibit
2  4 is a complete set of her expense reports for the
3  month of June 2001?
4  MR. BRODERICK: This is probably, I mean looks
5  like this is what was provided during the EEOC
6  process and to the best of my knowledge, this is
7  all we have.
8  MR. BAKER: Okay.  That's fine.  Thank you.
9  MR. BRODERICK: I guess the witness is just
10  saying, I mean this is from 2001, so.
11  MR. BAKER: And I understand that and I'm
12  certainly not expecting her to recall with
13  specificity.  I just want to make sure--
14  MR. BRODERICK: I know what you're saying.  I
15  know what you're saying.
16  MR. BAKER: (Continuing.)--that we have
17  everything.  That's just it.
18  Q  Then moving along, Denise, to Exhibit
19  Number 5, can you identify that document for me?
20  A  It is 07/28/01.
21  Q  Are those your expense reports for the
22  month of July 2001?
23  A  Yes.
24  Q  And do you have any reason to believe,

**Page 35**

1  Denise, that Exhibit 5, or that there might be
2  other expense reports for July of 2001 that are not
3  a part of Exhibit 5?
4  A  As far as I know this is it.
5  Q  Okay.  Thank you.  Let's move then to
6  Exhibit 6.
7  A  Okay.  08/25/01.
8  Q  And does Exhibit 6 to the best of your
9  knowledge contain all of your expense reports for
10  the month of August of 2001?
11  A  As far as I know, yes.
12  Q  Okay.  And then moving along to Exhibit
13  Number 7, can you identify that document for me?
14  A  It ends 09/29/01.
15  Q  And do you believe that Exhibit Number 7
16  are your expense reports for the month of September
17  2001?
18  A  Yes, I do.
19  Q  Okay.  Denise, when you prepared an
20  expense report, would you submit it to Tony
21  Siciliano for approval?
22  A  Yes.
23  Q  And when you submitted an expense report,
24  would you affix to the report itself receipts that

**Page 36**

1  you had that would document your expenses?
2  A  Yes.
3  Q  Okay.  And then as I understand it, Tony
4  would approve the expense reports?
5  A  Yes.
6  Q  Okay.  If I were to ask you, you know,
7  fairly specific questions as to tell me what your
8  travel activities and what accounts you called upon
9  during the week of April 15, 2001, would your
10  expense reports be able to at least identify that
11  for me?
12  A  Not specifically, no.  It would just say
13  the city.  But because I have eight accounts in
14  Dallas, you would not be able to isolate that.
15  Q  Some of the accounts you called upon in
16  Dallas there would be no expense.  Am I correct?
17  A  I don't understand the comment.
18  Q  Well, if you called on an account, for
19  instance, that was within a 20 minute drive of your
20  home.
21  A  It would be just called Dallas on one
22  line.  You could not isolate which of the eight
23  accounts or whatever I had in Dallas I actually was
24  at that day.

| Page 37 | Page 39 |
|---|---|

**Page 37**

1    Q  Okay. What documentation did you keep
2 that would identify what days you called on what
3 accounts in Dallas?
4    A  I would not have that any longer.
5    Q  I understand you may not have it any
6 longer, but how did you do that?
7    A  It would be in my palm pilot.
8    Q  And what type of report did you give to
9 any of your supervisors at Centocor concerning what
10 accounts you called upon each week?
11    A  I did not do a report.
12    Q  You were not required to do that?
13    A  Not to my knowledge, no.
14    Q  Okay. What was the requirement you had
15 with respect to the frequency you called on your
16 accounts?
17    A  Do you want to repeat the question?
18    Q  I'm sorry. I didn't hear that.
19    A  Would you repeat the question?
20    Q  Sure. When you started working as a
21 vascular representative in Centocor--
22    A  Uh-huh.
23    Q  (Continuing.)--were you given any
24 requirement as to how frequently you should call

**Page 38**

1 upon each of your accounts?
2    A  I don't recall any direction or
3 requirement given to me.
4    Q  At any time during your employment with
5 Centocor as a vascular rep, were you ever given a
6 requirement concerning the frequency you had to
7 call on your accounts?
8    A  I don't remember.
9    Q  How would you go about deciding what
10 accounts you would call upon?
11    A  They were given to me in a list.
12    Q  Okay. Those were your accounts.
13    A  Correct.
14    Q  Okay. That was a poor question. I
15 apologize.
16      How would you decide from your list what
17 accounts you would call upon and when you would
18 call upon them?
19    A  That was just my own schedule I would
20 make when I would go see whom and what days and
21 schedule lunches and so forth.
22    Q  Okay. Fine. If you traveled to Austin
23 or to Wichita Falls or Waco or Temple, would that
24 be reflected in your expense reports?

**Page 39**

1    A  Yes, without a doubt.
2    Q  Okay. Denise?
3    A  Yes.
4    Q  As I understand it, when you joined
5 Centocor, you had no prior experience in calling
6 upon physicians that would typically use Retavase.
7    A  That is correct.
8    Q  Is it important as a pharmaceutical
9 representative to have some understanding about the
10 nature of the practice of the physicians you call
11 upon?
12    A  Not necessarily. I think with a good
13 aptitude and I pretty much detailed Retavase in my
14 interviews and sold it to them, so I think I proved
15 my merit that just because I had not called on that
16 sector or dealt with that drive, my track record
17 and just my performance in the interview, they felt
18 confident I could do it.
19    Q  I'm not suggesting you were ill qualified
20 for your position. How did you get to know your
21 customers?
22    A  Just relationship building. I saw my
23 customers once, twice a week.
24    Q  Did you see your Wichita Falls customer

**Page 40**

1 once or twice a week?
2    A  No, I did not.
3    Q  Did you see your Austin customer once or
4 twice a week?
5    A  Not to my recollection.
6    Q  Did you see your Waco customer once or
7 twice a week?
8    A  No.
9    Q  Did you see your Temple customer once or
10 twice a week?
11    A  No.
12    Q  Okay.
13    A  I saw my Dallas customers, Dallas Fort
14 Worth customers once or twice a week.
15    Q  Okay.
16    A  And every three weeks for the others.
17    Q  Okay. And that would be documented in
18 your travel reports?
19    A  It should be, yes.
20    Q  Okay. And would you agree with me that
21 your travel reports would be the best evidence of
22 how frequently you called on your customers outside
23 of the Dallas area?
24    A  Yes. It would actually be the only

Page 41

1  visible evidence other than calling the customer.
2  I no longer have that palm pilot or that software.
3      Q  Sure.  I assume that if you went to
4  Wichita Falls you would want to recover your
5  expenses associated with that trip.
6      A  I'm not sure what you're meaning because
7  we don't have any expenses other than I'd lunch
8  with them if I did go up there.
9      Q  Did you have mileage?
10     A  I'm not sure how Gelco was about the
11 mileage.  I don't recall.  This is four years ago,
12 so.  Pretty much I know me.  I'm 99 percent sure I
13 would have put it on the expense report.
14     Q  Fine.  When you first started with
15 Centocor and you would call upon a facility you had
16 no prior relationship with or a doctor you had no
17 prior relationship with, what would you do to
18 become acquainted with them and develop some sort
19 of rapport?
20     A  I'm big on doing lunches and breakfast.
21 So a lot of times in the radiology suites I would
22 bring lunches in or breakfasts and stay a couple of
23 hours and get to know them.  I did dinners and so
24 forth as well.  Relationship building.  Just spent

Page 42

1  time with them on a frequent basis.
2      Q  When you would spend time with them, what
3  would you do?
4      A  Watch their procedures and ask questions,
5  answer unsolicited questions about my product,
6  things of that nature.
7      Q  Okay.  So would it be an accurate
8  statement, Denise, that when you called upon an
9  account you would typically spend several hours
10 with the account?
11     A  That is correct.
12     Q  And could you spend more than several
13 hours with the account?
14     A  If I wanted to but I didn't.  I believe
15 in the phrase wearing out your welcome.
16     Q  Okay.  What do you mean by that?
17     A  I think it would be obnoxious for someone
18 to be there four to five hours.  That's not really
19 done in our industry.  You bring a breakfast or a
20 lunch, I think that gives you a couple of hours for
21 people who enjoy that breakfast of lunch and you do
22 watch some procedures and then you go on.  I
23 treated people how I wanted to be treated and I
24 wouldn't want someone sitting in my lap all day

Page 43

1  with me unless it's a preceptorship or something.
2      Q  Sure.  Did you, speaking of
3  preceptorships, what is that?
4      A  That is where you used to work with a
5  physician all day, be his shadow, and you would
6  kind of be his, I guess not assistant per se, but
7  you would watch him work all day.
8      Q  Was that done for purposes of educating
9  you?
10     A  Correct.
11     Q  And when you were a vascular rep, did you
12 have any preceptors?
13     A  You know, I don't recall that.  I
14 remember them with Pfizer, but I don't recall them
15 with Centocor.
16     Q  Okay.  When you would call upon
17 hospitals, would it be on an appointment basis?
18 And by that, I mean would you schedule something,
19 schedule lunch or schedule a breakfast or would you
20 just show up?
21     A  I would say 90 percent of the time there
22 was an appointment slash meal involved.  Other
23 times I would just show up.
24     Q  Okay.  So you would call a hospital and

Page 44

1  say--
2      A  Hey, I'm going to bring breakfast
3  tomorrow morning.  What's you all schedule look
4  like?  What doctors are in?  I would never just
5  willy-nilly bring something because your luck would
6  be that no physicians would be there.
7      Q  You'd have a lot of food left over.
8          When you brought in lunches, who would
9  pay for them?
10     A  Centocor.
11     Q  And was that again something you would
12 expense out?
13     A  Correct.
14     Q  So those luncheons should be shown in
15 your expense report?
16     A  Yes, they will.
17     Q  Okay.  And normally when you called on
18 Dallas hospitals, would it be associated with a
19 breakfast or lunch, some sort of meal?
20     A  I don't recall.  Because they were so
21 close to my home, I would say, I don't know.  I'm
22 not real sure.  You'd have to look at my expense
23 report.  I spent a lot of money I was always told.
24 So chances are the answer is yes.

Page 45

1  Q  Do you know what the term formulary
2  means?
3  A  Yes.
4  Q  With respect to your work as a vascular
5  representative, did you ever attempt to place
6  Centocor on a hospital formulary?
7  A  No.
8  Q  Were any of the hospitals that you called
9  upon, of any of the hospitals you called upon, was
10  Retavase on their formulary for vascular treatment
11  purposes?
12  A  I do not know that information.  I don't
13  remember.
14  Q  Would the time you spent on an account
15  vary directly with their interest in Retavase for
16  vascular purposes?
17  A  What was the question?
18  Q  I'm going to strike it and start over
19  because it wasn't a very good question.
20    Did the time you spent at a particular
21  hospital, Denise, vary depending upon what was
22  going on at that hospital in terms of its interest
23  in Retavase?
24  A  No.  I would still make myself welcome at

Page 46

1  any of those locations even if they were not using
2  my products.  Perfect example would be Baylor
3  Hospital.  Huge potential.  Never used my product.
4  Lot of lunches.  Lot of time spent.
5  Q  Okay.  How frequently did you go to
6  Baylor?
7  A  Honestly, I do not recall.  It was four
8  years ago.
9  Q  It was--
10  A  I'm sure it was in that Dallas call
11  cycle.  I saw them quite frequently.
12  Q  The Baylor Hospital is located in Dallas?
13  A  Yes.
14  Q  Okay.  How frequently, Denise, would you
15  observe physicians treating patients for a vascular
16  disorder?
17  A  I really can't answer that.  I don't
18  remember because I don't have a good measure to
19  gauge that by.
20  Q  How did you get introduced to your
21  accounts when you first became a vascular rep?
22  A  Tony took me to a few and I went to a few
23  on my own.
24  Q  Do you recall the ones Tony took you to?

Page 47

1  A  I only remember one, Presbyterian
2  Hospital in Dallas.
3  Q  Was Presbyterian using Retavase for
4  vascular purposes when Tony took you?
5  A  Yes.
6  Q  It was?
7  A  Yes.
8  Q  Okay.  Had Tony Siciliano developed any
9  contacts with physicians at any of your accounts
10  that he passed along to you?
11  A  Not that I recall.
12  Q  Denise, are you familiar that Centocor
13  had cardiovascular specialists?
14  A  Yes.  I interviewed for that position.
15  Q  And with respect to the hospitals you
16  called upon to sell Retavase for vascular purposes,
17  was there also a cardiovascular specialist that
18  called upon that same hospital for purposes of
19  selling Retavase for heart attacks?
20  A  Yes.
21  Q  How did you work with the cardiovascular
22  reps or did you?
23  A  It was kind of minimal level.  There was
24  contact.  They kind of did their thing, I did

Page 48

1  mine.  So we really did, I would not say work
2  together all the time.
3  MR. BAKER: Give me just a minute here.  John,
4  I left all of my exhibits for Caroline's deposition
5  with me in Des Moines and I have an unmarked copy
6  of the exhibit which dealt with the bonus points
7  awarded.
8  MR. BRODERICK: That's the same one we've been
9  looking at?
10  MR. BAKER: Yes.  It's headed bonus points
11  awarded, 1/1/01 to 1/1/02.
12  MR. BRODERICK: Okay.  Hold on.  I know the
13  one.
14  MR. BAKER: Okay.
15  MR. BRODERICK: I've got it before the
16  witness.
17  MR. BAKER: What's the exhibit number, John.
18  MR. BRODERICK: I think this is like 81 or
19  something like that.  I don't remember.  No.  I
20  can't remember what I marked it as, but it's 81 or
21  something like that.  Sorry.  I don't remember.  I
22  don't have the marked copy with me.
23  MR. BAKER: I think it's Exhibit 87.
24  MR. BRODERICK: Maybe it's 87.  Whatever it is,

Page 49

1 we can figure it out later.
2   MR. BAKER: Q Denise, you should have in
3 front of you an exhibit that I believe has been
4 previously marked as Deposition Exhibit 87 and this
5 is a two page document and at the top is the word
6 bonus points awarded 1/1/01 dash 1/1/02.
7   A That's what I'm looking at.
8   Q And it appears to me that on the front
9 page, actually on both pages in the left-hand
10 column are the names of the vascular specialists
11 that were on Tony's team. Is that your
12 understanding?
13   A Yes.
14   Q And your name appears kind of midway down
15 the first page.
16   A That's what I'm seeing.
17   Q And then there are a series of entries
18 and it looks like points that were awarded to you
19 on various dates.
20   A That is correct.
21   Q Okay. I want to talk with you about that
22 document but before I do, let me ask you a couple
23 of questions.
24     Do you know what bonus points were?

Page 50

1   A Yes.
2   Q And what were they?
3   A They were discretionary points that
4 management of any level could give to reps that we
5 would use on-line in the awards headquarter
6 catalog.
7   Q Okay. And you could use those points
8 toward buying things?
9   A Correct.
10   Q You said it was discretionary. Did you
11 have any understanding as to whether there was any
12 criteria that would give you some guidance if you
13 did a certain thing, what type of points you would
14 be awarded for it?
15   A Yes. I specifically remember every new
16 stocking was 500 points and being rep of the
17 quarter would get you points that were set in
18 stone, but some of these I remember were totally
19 parameter driven, that you had to meet criteria and
20 that was from Bob Russell, to my knowledge.
21   Q Okay. What were parameter driven?
22   A Well, the new stockings and rep of the
23 quarter. Those are parameters that you would have
24 to have a new hospital stock your product. If that

Page 51

1 parameter was met, boom, you got 500 points.
2   Q Okay.
3   A Likewise, with rep of the quarter on the
4 stock ranking list, I believe, I guess that's
5 district wide. I know district and national got
6 you extra points, but some of these things there
7 were criteria.
8   Q So new stockings and rep of the quarter.
9   A I think those were set in stone. They
10 would not be discretionary. Those would be actual
11 criteria.
12   Q Any others which were non discretionary?
13   A I think that's it to my remembering.
14   Q Okay. Fine. I want to go through, who
15 would tell you when you were awarded points? Is
16 that something you'd receive a letter from Bob
17 Russell or how did that work?
18   A You would get an e-mail from award
19 headquarters of points, the point place. I don't
20 even remember what the subject would be, but you
21 have been awarded points. It would come via e-mail
22 and it would say from who, for what and how much.
23   Q Can you tell me what the term new
24 stocking means?

Page 52

1   A That would mean an account that had never
2 used Retavase before has finally used Retavase and
3 they've actually made their first order which would
4 be called a stocking.
5   Q So I guess there could only be one new
6 stocking at each hospital?
7   A I'm not sure of that.
8   Q Do you know of any way there could be
9 more than one new stocking at a hospital?
10   A I don't know of any way. I'm not real
11 sure.
12   Q Okay. Thanks. Denise, I want to go
13 through some of the points that were awarded to
14 you.
15   A Okay.
16   Q Let's just go in the order that they
17 appear on this document. You were awarded 250
18 points on June 18th for great start.
19   A That's from Bob Russell. I do remember
20 that because he rode with me and thought I was
21 doing a good job. So that's from my regional
22 manager.
23   Q Okay. So Bob Russell told you he was
24 awarding you those points?

Page 53

1    A  Correct.
2    Q  Did he say what you were doing that was a
3  good start?
4    A  I believe it was, I just had a really
5  good relationship with my customers to be calling
6  on them for only three months.  That's what I
7  recall.
8    Q  Okay.  The next entry is rookie rapid
9  impact, early success at Plano Methodist Osteo and
10  Seton.
11    A  I don't know who gave me those.
12    Q  Tell me what your early success was at
13  those facilities.
14    A  Honestly, I don't remember.
15    Q  The next entry it looks like it's June
16  29th is great seal attack at Seton.
17    A  Yeah.  I think I had to work, seal time
18  would mean your cardiovascular counterparts.  So
19  obviously, I did something with them but I do not
20  remember at Seton Hospital in Austin.
21    Q  So you did something with the
22  cardiovascular rep and you just don't recall now?
23    A  That is correct.
24    Q  Then on August 30th you got 150 points

Page 54

1  for great team work?
2    A  I have no idea what that is or who gave
3  it to me.
4    Q  Next is 500 points for new stocking at
5  Osteopathic?
6    A  Uh-huh.
7    Q  Is that, if you go back to June 18th,
8  there's the word Osteo.  Is that a shortened
9  version of Osteopathic?
10    A  That is correct.
11    Q  And I assume that's a hospital in Dallas?
12    A  Forth Worth.
13    Q  Forth Worth.  Okay.
14       On November 17th, you got 150 points for
15  thanks for your help?
16    A  I have no idea what that help was.
17    Q  And then on the same day, you got Cordis
18  Q3, 250 points?
19    A  I don't know what that is.
20    Q  I'm sorry?
21    A  I don't know what that is either.
22    Q  Okay.  And then the last three all on
23  November 17th seem to be new stockings at three
24  hospitals?

Page 55

1    A  That is correct.  They used Retavase for
2  the first time.
3    Q  Okay.  Do you know what the criteria was,
4  Denise, to be rep of the quarter?
5    A  I don't recall.  I don't know if it was
6  national or regional.
7    Q  Okay.  Was it based upon your, the sales
8  performance of the representative as compared to
9  the sales performance of other vascular reps?
10    A  I'm not sure.
11    Q  Okay.  Denise, can you go to Exhibit 18?
12    A  We're getting it right now.
13    Q  Okay.  Great.
14    A  Okay.  I'm looking at it.
15    Q  Can you identify that document for me?
16    A  It's vascular, VS year-to-date territory
17  ranking report June, it's cut off but it says June
18  20 nothing.
19    Q  Okay.  While you worked at Centocor,
20  would you receive these types of reports
21  periodically?
22    A  Yes.
23    Q  What would they tell you?
24    A  They would tell you how you were ranked

Page 56

1  to your peers on whatever sales bonus at the time
2  measurement total they were using.
3    Q  So if you go to the far corner, there
4  would be a number and for example, if I'm reading
5  this correctly, your number was 14 in the far
6  corner?
7    A  Yes, it appears so.
8    Q  I'm assuming that that would be your
9  ranking at least to that point in the year--
10    A  Yes.
11    Q  (Continuing.)--in the sale of products as
12  compared to all other vascular reps?
13    A  That's what it is, yes.
14    Q  Okay.  If you know, was this based upon
15  the sale of all products or was it based upon just
16  the sale of Retavase?
17    A  Not sure.  I don't remember.
18    Q  Okay.  Denise, at any time during your
19  first year at Centocor, did you get any training
20  that would enhance your information with respect to
21  the products you were selling?
22    A  Yes.  When I was first hired, I believe I
23  had a week of initial training in Chesterbrook,
24  Pennsylvania.

**Page 57**

1    Q  Was at least part of that training
2 devoted to finding out what the products you were
3 selling, how they could be used and--
4    A  Yes.
5    Q  After that week's training, did you
6 receive any supplemental training or additional
7 training?
8    A  I don't remember.
9    Q  How did you go about enhancing your
10 knowledge of the products you sold as well as the
11 market you were selling them in?
12    A  I learned from my physicians by watching
13 them do procedures and asking questions and then a
14 lot of it was from journal articles which would
15 talk about thrombolytic use in that market.
16    Q  You would read journal articles?
17    A  Yes.
18    Q  Do you recall the types of journals these
19 articles would be in?
20    A  No, I do not.
21    Q  How would you find out about these
22 journal articles?
23    A  I don't remember that either.
24    Q  Would they be journal articles that

**Page 58**

1 someone at Centocor would give you or would they
2 come from physicians?
3    A  I don't recall.
4    Q  Did Tony Siciliano ever sit in when you
5 were watching a doctor perform a case?
6    A  Yes, when he rode with me.
7    Q  Okay.  And normally when he rode with
8 you, is that something you and he would do?
9    A  He would watch a case with me?
10    Q  Right.
11    A  Yes.
12    Q  During your first year with Centocor, did
13 you go to any catheter clearance satellite
14 symposiums?
15    A  I don't recall.
16    Q  Did you go to any vascular satellite
17 symposiums?
18    A  Yes.
19    Q  And do you recall the name of the
20 physician that participated in the symposium?
21    A  McNamara.
22    Q  Is that Thomas McNamara?
23    A  Yes.
24    Q  And was that done telephonically, Denise?

**Page 59**

1    A  Yes.
2    Q  Did you have any responsibility for
3 encouraging physicians to participate in that
4 symposium?
5    A  I don't recall.
6    Q  Did any of the physicians you called upon
7 or any of the physicians at hospitals you called
8 upon attend any of the vascular symposia?
9    A  Yes.
10    Q  Do you recall the names of any?
11    A  No, I do not.  I remember it was very
12 poor attendance.
13    Q  Okay.  Did you sponsor or arrange any
14 meetings in your sales territory, might be
15 associated with a meal, breakfast, lunch, dinner,
16 whatever, where you would have Dr. McNamara or
17 another national speaker come in to speak on
18 Retavase?
19    A  Yes.  I had Flavio Castaneda come in for
20 a dinner program.  I do remember that.
21    Q  Is Dr. Castaneda or was he located in
22 Peoria, Illinois?
23    A  I'm not sure.
24    Q  Do you recall when that event occurred,

**Page 60**

1 Denise?
2    A  No, I do not.
3    Q  Was it associated with a meal?
4    A  Yes.  It was a dinner.  It was at Del
5 Frisco's in Dallas.  I do remember that.
6    Q  I'm sorry.  I didn't hear all of that.
7    A  It was at Del Frisco's Restaurant in
8 Dallas.
9    Q  Okay.  I will represent to you I'm not
10 familiar with that restaurant.  I'm sure it's very
11 nice.
12       How many physicians attended that
13 meeting?
14    A  I do not recall the exact number.
15    Q  As a result of that meeting, was any
16 business cultivated?  Did any hospitals sign-up or
17 begin using Retavase?
18    A  I wouldn't be able to tell you that.  I
19 do not remember.
20    Q  Was Tony in attendance at that meeting?
21    A  Yes.
22    Q  Was that the only meeting that you had a
23 national speaker?
24    A  Yes.

| Page 61 | Page 63 |
|---|---|
| 1  Q  Was there ever a situation, Denise, where<br>2  you had scheduled a meeting and for some reason it<br>3  had to be canceled or postponed?<br>4    A  I've never had that happen.<br>5    Q  Okay.  Denise, did you have any key<br>6  accounts?<br>7    A  What is your definition of key account?<br>8    Q  Well, an account that you would give a<br>9  little extra attention to.<br>10   A  I felt all my accounts were key accounts,<br>11  honestly.  We did not have a lot of--<br>12   Q  Denise, you were doing fine.  Our<br>13  telephone wasn't, so we didn't catch what you just<br>14  said.<br>15   A  I said all my accounts, because my list<br>16  was so small, were key accounts to me.<br>17   Q  Okay.  So you didn't prioritize the<br>18  importance of your accounts?  You treated them all<br>19  with the same degree of attention?<br>20   A  Yes.<br>21   Q  Okay.  As a part of your job as a<br>22  vascular rep when you worked on Tony's team, did<br>23  you have to fill out any kind of report<br>24  periodically? | 1  believe she's like 31, 32 now.<br>2    Q  Was she still working at Centocor when<br>3  you left that company?<br>4    A  Yes.<br>5    Q  And if you know, does she still work for<br>6  Centocor?<br>7    A  Yes, she does.<br>8    Q  Okay.  Do you know a Sue Lansman?<br>9    A  No, I do not.<br>10   Q  You early on indicated that you<br>11  discontinued calling on Wichita Falls and Austin--<br>12   A  Right.<br>13   Q  (Continuing.)--and picked up another<br>14  account and I don't recall where that was.<br>15   A  Arlington.<br>16   Q  I'm sorry.  Arlington.  Right.<br>17   A  I believe they were at the same time<br>18  though.  I get 2001 and 2002 confused quite a bit.<br>19  I believe in 2001, I don't have that sheet but I<br>20  think Arlington and Wichita Falls were both there<br>21  at the same time.<br>22   Q  Okay.  Was Arlington a better account<br>23  than Wichita Falls?<br>24   A  No. |

| Page 62 | Page 64 |
|---|---|
| 1    A  No, not that I remember.<br>2    Q  Okay.  I know that from my prior<br>3  experience that some sales reps will have, they<br>4  have to submit a report weekly or monthly,<br>5  something like that.  You never had to do that?<br>6    A  No.<br>7    Q  Okay.  Do you know a Lori Schniderhan<br>8  (sp)?<br>9    A  Yes, I do.<br>10   Q  And am I pronouncing her name correctly?<br>11   A  You are.<br>12   Q  How do you know Lori?<br>13   A  Lori took Jane's position, I believe, and<br>14  we became pretty good friends.<br>15   Q  Okay.  Have you ever met Jane?<br>16   A  One time.  At Harliendo (sp) at a<br>17  meeting.<br>18   Q  Where was Lori, where did she live?<br>19   A  Good question.  I forget the town she<br>20  lives in.  I'm not real sure.<br>21   Q  Can you tell me the state?<br>22   A  No.<br>23   Q  Do you know how old Lori is?<br>24   A  She appears younger than myself, so I | 1    Q  Was it a better account than Austin?<br>2    A  No.<br>3    Q  Were all three accounts not very good, at<br>4  least for purposes of selling Retavase?<br>5    A  Wichita and Arlington were the same.<br>6  Austin was the better account of the three.<br>7    Q  Do you know why there was a decision made<br>8  to discontinue you calling on Austin?<br>9    A  No, I do not.<br>10   Q  Denise, did you ever attempt at any of<br>11  the hospitals you called upon to get Retavase on<br>12  the hospital's formulary for purposes of treating<br>13  vascular disorders?<br>14   A  No.<br>15   Q  And why was it you did not?<br>16   A  Because my physicians for some reason<br>17  could get Retavase without it being on the<br>18  formulary, so I decided not to rock the boat.<br>19   Q  I'm sorry.  I didn't hear all of that.<br>20   A  My physicians that wanted to use Retavase<br>21  vascular wise could order it and use it without it<br>22  being on formulary and I decided not to rock the<br>23  boat.<br>24   Q  Okay.  So I take it then you never called |

Denise Brown

Page 65

1 upon pharmacists?
2   A I believe I called on a pharmacist at
3 Medical City a few times. That's here in Dallas.
4 Other than that, I don't recall any others.
5   Q And why did you call upon the pharmacist
6 at that hospital?
7   A He was telling my, I was getting push
8 back that he did not want my doctors to use
9 Retavase. So my doctors were standing up to him
10 and he requested a meeting with me.
11   Q Did you prevail?
12   A Yes, I did.
13   Q Good. Do you know why it was he didn't
14 want his doctors to use Retavase?
15   A I believe it was more expensive for 75.
16   Q Was it?
17   A Apples and oranges what you're comparing
18 it to. It depends on how you look at it.
19   Q All right. Spoken look a true salesman.
20   A Thank you. I don't know, honestly,
21 because it's like a half glass, the glass is half
22 empty or half full.
23   Q Sure. I understand that happens.
24         Denise, give me just a second here. Are

Page 66

1 you familiar with, I think it's called the Relax
2 Study or Program?
3   A No, I'm not.
4   Q You've never heard the term Relax,
5 R-E-L-A-X?
6   A I've heard it, but I don't remember what
7 it is.
8   Q Let me ask you this. Were any of the
9 physicians you were calling upon during the year
10 2001 participating with their patients or with some
11 of their patients in a study concerning the use of
12 Retavase for vascular purposes?
13   A No. There were no studies going on in my
14 territory.
15   Q Okay. With respect to Retavase, are you
16 familiar with the term kit, K-I-T?
17   A No, I'm not.
18   Q How was Retavase sold?
19   A Meaning? I don't understand the
20 question.
21   Q Well, was it sold, if I bought Retavase,
22 what type of container would it come in?
23   A I really honestly don't remember. That
24 was four years ago. I know it was a powder that

Page 67

1 had to be reconstituted but yes, you are correct.
2 They were called kits.
3   Q And was this powder located in a vial or
4 some sort of a package?
5   A I do remember that.
6   Q Is that a yes?
7   A Yes.
8   Q Typically, would a kit contain more than
9 one vial?
10   A I honestly do not remember.
11   Q Do you ever recall selling Retavase in
12 half kits?
13   A No, I don't remember that either.
14   Q Okay. Denise, during a typical week in
15 the year 2001, how would you communicate with Tony
16 Siciliano? Would you do it by personal meetings,
17 e-mails, telephone? What would be the medium?
18   A I'm a voice mail person. I tend to leave
19 voice mails.
20   Q Okay. And then he would leave voice
21 mails with you?
22   A Correct, or call me.
23   Q Okay. How frequently on average during a
24 week would you communicate with Tony, either

Page 68

1 through personal conversation or by voice mail
2 through the use of a telephone?
3   A I specifically do not remember the year
4 2001, but for working for him for three years, it
5 would be zero to one per week.
6   Q Zero to one?
7   A Contacts per week.
8   Q Let me make sure that, because I think I
9 asked you a clumsy question. I just want to make
10 sure that we have it right here.
11         On average while you worked with Tony,
12 you would have telephonic contact with him no more
13 than once a week?
14   A On average, correct.
15   Q And would that include times where you
16 would leave voice mails with him or he would leave
17 voice mails with you?
18   A No. This includes personal to personal
19 live conversation.
20   Q And how frequently would Tony leave voice
21 mails with you again on average?
22   A I can't recall that number.
23   Q Okay. Would it be more frequently than
24 once a week?

| Page 69 | Page 71 |
|---|---|
| 1  A  Yes. | 1  a second and I think we're close to wrapping up. |
| 2  Q  Would it be as frequently as daily?  Did | 2  MR. BRODERICK: Okay. |
| 3  you hear that question, Denise? | 3  (Whereupon a short break was |
| 4  MR. BRODERICK: Did you ask a question after | 4  taken.) |
| 5  that? | 5  MR. BAKER:  Q  Denise, can you identify for |
| 6  MR. BAKER: I asked her if it would be | 6  me the names of any of the physicians who you |
| 7  frequently as daily. | 7  called upon that used on a regular basis Retavase |
| 8  THE DEPONENT: I didn't hear that.  Honestly, I | 8  for vascular purposes? |
| 9  can't, I don't remember. | 9  A  Sure Dr. Dittman and Dr. Coker. |
| 10  MR. BAKER:  Q  Did you have a pager? | 10  Q  Can you spell their last names for us? |
| 11  A  Yes, for a while I did. | 11  A  Good question.  I believe it's |
| 12  Q  And did you have a pager in 2001? | 12  D-I-T-T-M-A-N and Coker, C-O-K-E-R. |
| 13  A  Yes. | 13  Q  Where are they located or where were they |
| 14  Q  What was, why was it you were given a | 14  located? |
| 15  pager? | 15  A  In Dallas. |
| 16  A  I don't know.  It was never explained to | 16  Q  Okay. |
| 17  us. | 17  A  Dr. Gensburg.  I believe it's |
| 18  Q  When you were paged, who would typically | 18  G-E-N-S-B-U-R-G. |
| 19  page you? | 19  Q  Where was Dr. Gensburg? |
| 20  A  Bob Russell.  He was our strategic | 20  A  St. Paul. |
| 21  accounts manager.  He got with the contracting and | 21  Q  St. Paul in Dallas? |
| 22  the formularies and so forth.  I remember getting a | 22  A  Correct.  And all the rest I can name |
| 23  lot of pages from him and also remember text paging | 23  institutions but I cannot name doctors.  I can only |
| 24  Tony on that. | 24  name the institutions that were ordering.  I don't |

| Page 70 | Page 72 |
|---|---|
| 1  Q  I'm sorry.  I didn't hear the last part. | 1  remember the doctors' names. |
| 2  A  I remember text paging Tony on that.  You | 2  Q  Why don't you list those?  Give me those |
| 3  could use it like a little e-mail. | 3  institutions. |
| 4  Q  How frequently did Tony page you? | 4  A  Okay.  Columbia Hospital in Plano. |
| 5  A  I don't recall. | 5  Q  Okay.  Were, were either Dittman or |
| 6  Q  You don't recall one way or another? | 6  Coker-- |
| 7  A  No, I don't, honestly. | 7  A  They do not go there, no.  It's other |
| 8  Q  Do you ever remember him paging you? | 8  doctors.  I don't remember their names. |
| 9  A  Yes. | 9  Q  Okay. |
| 10  Q  Did he page you less frequently or more | 10  A  Medical City in Dallas. |
| 11  frequently than Bob Russell paged you? | 11  Q  Okay. |
| 12  A  Less frequently. | 12  A  Arlington Memorial Hospital. |
| 13  Q  Okay.  And how frequently would Bob | 13  Q  Okay. |
| 14  Russell page you? | 14  A  Let me think.  Methodist Hospital in |
| 15  A  I honestly cannot give you a number.  I | 15  Dallas.  Osteo Center in Fort Worth.  Harris |
| 16  do not recall. | 16  Hospital in Fort Worth.  Seton Hospital in Austin. |
| 17  Q  Would it be daily or less than daily? | 17  That was once my largest account. |
| 18  A  Less than daily. | 18  Q  Hold on.  Seton was your largest account? |
| 19  Q  Okay.  Would it be weekly? | 19  A  At one point when they took it away it |
| 20  A  I don't recall that. | 20  was becoming my largest account.  Let's see.  I |
| 21  MR. BAKER: Okay.  John? | 21  think that's all I remember at this point. |
| 22  MR. BRODERICK: Yes. | 22  Q  Okay.  Do you know when it was you lost |
| 23  MR. BAKER: Why don't we go off-line now and | 23  Austin? |
| 24  take a few minutes and I want to chat with Jane for | 24  A  No.  I don't remember the actual date. |

Page 73

1  Q  Do you recall what year it was?
2  A  No. I don't recall that either.
3  Q  Do you recall how long you called on
4  Austin?
5  A  Almost a year it seems. It was quite
6  some time.
7  Q  Okay.
8  A  So I would say as my prediction late
9  2001, early 2002.
10  Q  Do you know what the term thought leader
11  is?
12  A  Yes.
13  Q  What is a thought leader?
14  A  Thought leader would be a nationally
15  recognized person in the field that you would use
16  that person for speaking engagements or promotion
17  of your product.
18  Q  And is it common in the pharmaceutical
19  sales trade to utilize thought leaders when
20  marketing a particular product?
21  A  Yes, it's very common.
22  Q  While you were at Centocor as a vascular
23  rep, did you utilize any thought leaders?
24  A  I used Dr. Castaneda.

Page 74

1  THE DEPONENT: Okay. I'm pleased to report, at
2  least for your point of view, Denise, that I have
3  finish my questioning. Thank you very much.
4  THE DEPONENT: Thank you very much.
5  EXAMINATION
6  BY MR. BRODERICK:
7  Q  I just have a few follow ups. Denise, do
8  you remember we were talking about Wichita Falls
9  and it was dropped from your account portfolio at
10  some point?
11  A  Correct.
12  Q  Do you recall for how many quarters that
13  account remained in your portfolio?
14  A  More than two. That's all I can
15  remember.
16  Q  And was it ever a big user of Retavase?
17  A  No, it was not.
18  Q  Did it use any Retavase?
19  A  For cardiovascular I believe they started
20  using it at the very end.
21  Q  They started using it for cardiovascular
22  and then at some point it was removed from your
23  portfolio.
24  A  Correct.

Page 75

1  Q  You don't remember what year it was
2  removed?
3  A  No, I do not.
4  Q  Now, regarding account coverage, would
5  you try to see all of your accounts at least once
6  every three weeks?
7  A  That is correct.
8  Q  With regard to the award of bonus points,
9  with regard to the award of bonus points, were a
10  substantial amount of those points awarded by Bob
11  Russell?
12  A  Yes.
13  MR. BRODERICK: And, okay. That's it. That's
14  all the questions I have.
15  EXAMINATION
16  BY MR. BAKER:
17  Q  In this business, Denise, questions beget
18  questions.
19  A  I figured.
20  Q  How is it you know that it was Bob
21  Russell that awarded bonus points?
22  A  On several of my occasions I specifically
23  remembered him riding with me and then the points
24  were awarded and the ones that were the new

Page 76

1  stockings and the rep of the quarter, to the best
2  of my knowledge, I believe those were Bob Russell.
3  Q  You say the best of your knowledge. What
4  is your knowledge base?
5  A  My knowledge base would be I specifically
6  remember a conversation with Bob Russell when he
7  rode with me that new stockings, he was awarding
8  500 points for new stockings. I specifically
9  remember that conversation. I conclude from that
10  that those points were from him.
11  Q  Okay. Would Bob Russell have been over
12  all of the vascular reps that were on Tony's team?
13  A  Yes.
14  Q  So to the extent he had any supervisory
15  oversight over you, he would have the same
16  supervisory oversight over Jane Minor and Caroline
17  Kopecki?
18  A  That is correct.
19  Q  Okay. Do you know what role Tony
20  Siciliano had in awarding bonus points?
21  A  No, I don't, but I'm sure I got some from
22  him.
23  Q  Okay. I'm not suggesting that we do this
24  necessarily, unless you think you can, but if you

| Page 77 | Page 79 |
|---|---|

**Page 77**

1 go back to Exhibits 87.
2   A Uh-huh.
3   Q If we were to go down the list and ask
4 you who you think awarded you those points--
5   A Sure.
6   Q (Continuing.)--other than the new
7 stockings, could you identify those that you think
8 Bob awarded you?
9   A I believe Bob awarded me the two on 6/18
10 of 2001.
11   Q Okay. Any others?
12   A Possibly 6/29. Definitely 10/18.
13   Q I don't see a 10/18.
14   A That's a new stocking.
15   Q I don't see a 10/18 here, Denise.
16   A I do.
17   MR. BRODERICK: It might be 10/16.
18   THE DEPONENT: Rep of the quarter.
19   MR. BAKER: Okay.
20   MR. BRODERICK: Our copy is kind of blurry.
21   MR. BAKER: Q Okay. Fine. How many times
22 did Bob Russell ride with you in 2001?
23   A One time.
24   Q Okay. I'm assuming Tony rode with you

**Page 78**

1 more than once.
2   A Yes.
3   Q Okay. Now, if we wanted to go back and
4 identify the number of times and when you visited
5 each of your accounts in 2001, would the best way
6 to do that be to go back and look at your expense
7 reports?
8   A That would be--
9   MR. BRODERICK: Just objection. Asked and
10 answered, but go ahead. Go ahead.
11   THE DEPONENT: Yes. That would be the best
12 way.
13   MR. BAKER: Q Okay. And do you have any
14 reason to believe that your expense reports would
15 not accurately reflect the number of times you
16 visited your accounts?
17   A No. They would be correct. Like I said
18 before, Dallas is Dallas, but no with the accounts
19 I called on in Dallas.
20   Q Okay. And we could find out the number
21 of accounts you called upon in Dallas in a given
22 week by looking at the food purchases.
23   MR. BRODERICK: Objection. Asked and answered
24 on that, but go ahead.

**Page 79**

1   THE DEPONENT: No, you could not. Doesn't mean
2 I brought food to every location. So no, you will
3 not be able to accurately find out where I was on
4 my expense report. The general idea is that it
5 will not be accurate.
6   MR. BAKER: Q Okay. Maybe I misunderstood
7 your earlier testimony then. Do I understand that
8 you normally brought food?
9   A Not every day, not every time, but quite
10 a bit, yes.
11   Q Okay. Would it be more often that you
12 would have food than not have food?
13   A Correct, but once again, you're not going
14 to be able to isolate. If there's a receipt from
15 the Corner Bakery, it doesn't say where it went to,
16 because I pick it up, or which account. It will
17 say Dallas on the expense report. If there's any
18 food involved, it would say, enter the food and it
19 would have a receipt to correspond to where I
20 purchased it from. I'm just clarifying that you
21 will know I'm in Dallas. I worked, but you will
22 not know how many accounts I called on nor would
23 you know which accounts.
24   Q Okay. And as I understand it, there is

**Page 80**

1 no paperwork that you're aware of other than the
2 expense reports that would tell me how many
3 accounts you called on in Dallas in a given day?
4   A I replaced my palm pilot in 2003 and I no
5 longer have that software or calendar.
6   Q Did you have any day during the week that
7 you would devote either all of the day or part of
8 the day to paperwork or office work?
9   A No, I did not.
10   Q So each day of the week you would be in
11 the field?
12   A Yes, I would.
13   Q And with respect to your Dallas
14 accounts--
15   A Yes.
16   Q (Continuing.)--how many accounts would
17 you call upon each day on average?
18   A I don't recall that number.
19   MR. BAKER: Okay. Fine. I have nothing
20 further. Thank you.
21   MR. BRODERICK: Okay. We'll reserve
22 signature.
23     FURTHER DEPONENT SAITH NOT.
24

Page 81

1    I, DENISE BROWN, having read the above and
2  foregoing, find the same to be true and correct
3  with the following additions and/or corrections, if
4  any:
5  Page_____Line_____Change:
6  Page_____Line _____Change:
7  Page_____Line _____Change:
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24  DENISE BROWN (1/12/05)          DATE

Page 82

1  STATE OF ILLINOIS  ⎫
2  COUNTY OF CHRISTIAN⎬ SS
3          C E R T I F I C A T E
4     I, Julie A. Brown, a Notary Public and
5  Certified Shorthand Reporter in and for said County
6  and State do hereby certify that the Deponent
7  herein, DENISE BROWN, prior to the taking of the
8  foregoing deposition, and on the 12th of January
9  A.D., 2005, was by me duly sworn to testify to the
10  truth, the whole truth and nothing but the truth in
11  the cause aforesaid; that the said deposition was
12  on that date taken down in shorthand by me and
13  afterwards transcribed, and that the attached
14  transcript contains a true and accurate translation
15  of my shorthand notes referred to.
16     Given under my hand and seal this 26th
17  day of January A.D., 2005.
18  _____
19     Notary Public and
       Certified Shorthand Reporter
20
21       OFFICIAL SEAL
22       JULIE ANN BROWN
       NOTARY PUBLIC, STATE OF ILLINOIS
23  License No. 084-004174   MY COMMISSION EXPIRES 2-27-2005
24

Denise Brown 1/12/05 CondenseIt™ '01 - big

'01 [4] 9:22 14:2
31:19 33:12
'04 [1] 18:5
'99 [1] 9:19 11:18
02-3354 [1] 1:6
04/28 [1] 31:19
05/26/01 [1] 32:4
06/30 [1] 33:12
07/28/01 [1] 34:20
08/25/01 [1] 35:7
084-004174 [1] 82:23
09/29/01 [1] 35:14
1 [3] 3:12 30:18
31:6
1-800-248-2835 [1]
1:24
1/1/01 [2] 48:11
49:6
1/1/02 [2] 48:11
49:6
1/12/05 [1] 81:24
10/16 [1] 77:17
10/18 [1] 77:12
77:13 77:15
10/23/70 [1] 5:18
11th [1] 24:20
12 [1] 1:16
12th [2] 4:4 82:8
14 [1] 56:5
145 [1] 24:24
15 [2] 19:3 36:9
150 [2] 53:24 54:14
17th [1] 54:14 54:23
18 [2] 9:14 55:11
180 [1] 2:6
18th [2] 52:18 54:7
1993 [1] 7:17
1995 [3] 9:4 9:6
9:12
1997 [1] 9:14
1999 [2] 9:16 9:18
1st [3] 11:12 14:2
18:5
2 [1] 31:17
20 [2] 36:19 55:18
2000 [1] 13:21
2001 [31] 7:4
9:20 14:9 20:4
27:4 31:11 31:14
31:21 32:10 32:16
32:18 33:4 33:16
34:22 35:2 35:10
35:17 36:9 63:18
63:19 66:10 67:15
68:4 69:12 73:9
77:10 77:22 78:5
2002 [4] 20:8 21:3
63:18 73:9
2003 [3] 26:24 27:1
80:4
2004 [1] 26:24
2005 [1] 1:17 4:4

82:9 82:17
217 [1] 1:23 1:23
24hrs [1] 1:23
250 [2] 52:17 54:18
26th [1] 82:16
29th [1] 53:16
2nd [1] 14:2
3 [5] 6:17 32:3
32:11 32:17 33:5
3/31/01 [1] 31:8
30 [5] 1:16 4:5
7:2 24:13 24:18
30th [1] 53:24
31 [1] 63:1
32 [1] 63:1
3400 [1] 2:6
38th [1] 11:12
4 [3] 33:8 33:14
34:2
40 [1] 26:12
415 [3] 1:17 2:3
4:5
5 [4] 3:4 34:19
35:1 35:3
5/20 [1] 32:7
5/26 [1] 32:8
50 [2] 26:10 26:15
500 [4] 50:16 51:1
54:4 76:8
6 [2] 35:6 35:8
6/18 [1] 77:9
6/24 [1] 33:13
6/29 [1] 77:12
6/30 [1] 33:13
60601 [1] 2:6
62701 [1] 2:3
7 [3] 3:12 35:13
35:15
74 [1] 3:4
75 [3] 3:4 23:9
65:15
788-2835 [1] 1:23
788-2838 [1] 1:23
8 [1] 7:2
81 [2] 48:18 48:20
8617 [1] 5:18
87 [4] 48:23 48:24
49:4 77:1
9 [1] 1:16 4:5
90 [1] 43:21
99 [1] 41:12
A.D [3] 4:4 82:9
82:17
A.M [2] 1:16 4:5
Aaron [9] 14:9
14:11 14:19 14:20
14:21 15:2 15:9
15:24 16:7
Abbott [2] 18:10
18:11
able [5] 36:10 36:14
60:18 79:3 79:14

above [1] 81:1
above-entitled [1]
1:13
accepted [1] 12:8
account [1] 25:13
27:21 29:22 36:18
42:9 42:10 42:13
45:14 52:1 61:7
61:8 63:14 63:22
64:1 64:6 72:17
72:18 72:20 74:9
74:13 75:4 79:16
accounts [39] 25:16
25:19 27:9 27:11
27:16 27:18 29:14
36:8 36:13 36:15
36:23 37:3 37:10
37:16 38:1 38:7
38:10 38:12 38:17
46:21 47:9 61:6
61:10 61:10 61:15
61:16 61:18 64:3
69:21 75:5 78:5
78:16 78:18 78:21
79:22 79:23 80:3
80:14 80:16
accumulated [1] 31:10
accurate [3] 42:7
79:5 82:14
accurately [2] 78:15
79:3
acquainted [1] 41:18
acting [1] 1:14
activities [1] 36:8
actual [1] 51:10
72:24
added [2] 28:2
28:19
additional [1] 57:6
additions [1] 81:3
address [1] 5:15
5:18
adequate [1] 31:1
advertising [2] 9:13
9:14
affix [1] 35:24
aforesaid [1] 82:11
afterwards [2] 4:8
82:13
again [4] 29:3 44:11
68:21 79:13
ago [4] 26:22 41:11
46:8 66:24
agree [1] 40:20
agreed [1] 4:2
ahead [3] 78:10
78:10 78:24
air [1] 24:15
Airlines [1] 24:18
airport [1] 24:16
24:17
alignment [1] 29:1
Almost [1] 73:5
along [3] 34:18 35:12
47:10
always [1] 44:23

American [1] 8:17
amount [1] 75:10
anatomy [1] 8:3
answer [3] 42:5
44:24 46:17
answered [1] 78:10
78:23
answers [1] 4:7
apologize [1] 38:15
appear [5] 31:9
31:13 31:23 32:5
52:17
APPEARANCES [1]
2:1
Apples [1] 65:17
appointment [2] 43:17
43:22
approval [1] 35:21
approve [1] 36:4
April [2] 31:21 36:9
aptitude [1] 39:13
area [1] 5:22 10:5
10:10 14:4 40:23
Arlington [8] 28:2
28:19 63:15 63:16
63:20 63:22 64:5
72:12
arrange [1] 59:13
arthritis [1] 20:14
articles [5] 57:14
57:16 57:19 57:22
57:24
assigned [2] 25:12
27:10
assistant [2] 9:1
43:6
associated [4] 41:5
44:18 59:15 60:3
assume [7] 20:15
22:21 24:23 26:14
29:24 41:3 54:11
assuming [4] 21:20
27:4 56:8 77:24
attached [1] 82:13
attack [1] 53:16
attacks [1] 11:2
47:19
attempt [2] 45:5
64:10
attempted [1] 32:13
attend [1] 59:8
attendance [1] 59:12
60:20
attended [1] 60:12
attention [2] 61:9
61:19
attorneys [1] 4:3
August [1] 35:10
53:24
Austin [22] 24:6
24:12 24:17 25:4
25:8 28:4 28:17
28:18 28:20 28:23
29:9 30:4 38:22
40:3 53:20 63:11

64:1 64:6 64:8
72:16 72:23 73:4
average [5] 67:23
68:11 68:14 68:21
80:17
award [3] 51:18
75:8 75:9
awarded [15] 48:7
48:11 49:6 49:18
50:14 51:15 51:21
52:13 52:17 55:10
75:21 75:24 77:4
77:8 77:9
awarding [3] 52:24
76:7 76:20
awards [1] 50:5
aware [2] 13:4
80:1
away [3] 18:6 29:22
72:19
B [2] 3:10 5:3
B.A [1] 7:16
bachelor's [1] 7:23
background [1] 7:13
Baker [29] 2:2
2:2 2:2 3:4
5:7 19:13 19:15
33:19 34:1 34:8
34:11 34:16 48:3
48:10 48:14 48:17
48:23 49:2 69:6
69:10 70:21 70:23
71:5 75:16 71:19
77:21 78:13 79:6
80:19
Bakery [1] 79:15
Baldwin [1] 1:22
base [2] 76:4 76:5
based [3] 55:7
56:14 56:15
basis [3] 42:1 43:17
71:7
Baylor [1] 23:14
46:2 46:6 46:12
Beauty [1] 8:21
became [1] 13:4
27:10 46:21 62:14
become [1] 41:18
becoming [1] 72:20
began [1] 9:22
26:17
beget [1] 75:17
begin [1] 60:17
beginning [1] 19:21
26:21
behalf [1] 2:4
2:7
best [10] 6:6 33:20
33:23 34:6 35:8
40:21 76:1 76:3
78:5 78:11
better [3] 63:22
64:1 64:6
between [3] 4:2
9:6 24:16
big [3] 18:15 41:20

74:16
**biology** [2] 8:3
8:8
**birth** [2] 5:16 5:17
**bit** [4] 7:3 19:23
63:18 79:10
**blurry** [1] 77:20
**boat** [2] 64:18 64:23
**Bob** [23] 14:21 14:21
15:2 15:10 15:24
16:7 16:8 17:13
50:20 51:16 52:19
52:23 69:20 70:11
70:13 75:10 75:20
76:2 76:6 76:11
77:8 77:9 77:22
**body** [1] 6:19
**bonus** [10] 7:10
48:6 48:10 49:6
49:24 56:1 75:8
75:9 75:21 76:20
**boom** [1] 51:1
**border** [2] 19:7
19:8
**boroughs** [1] 12:7
**Boston** [1] 12:16
**bought** [1] 66:21
**break** [1] 71:3
**breakfast** [7] 41:20
42:19 42:21 43:19
44:2 44:19 59:15
**breakfasts** [1] 41:22
**bring** [6] 12:9 15:14
41:22 42:19 44:2
44:5
**Broderick** [23] 2:5
3:4 19:11 30:15
33:23 34:4 34:9
34:14 34:8 48:12
48:15 48:18 48:24
69:4 70:22 71:2
74:6 75:13 77:17
77:20 78:9 78:23
80:21
**Brooklyn** [3] 12:14
12:18 12:19
**brought** [3] 44:8
79:2 79:8
**Brown** [10] 1:12
1:14 3:3 4:3
4:3 5:17 81:1
81:24 82:4 82:7
**building** [2] 39:22
41:24
**business** [5] 8:19
11:19 14:13 60:16
75:17
**buying** [1] 50:8
**C** [2] 82:3 82:3
**C-O-K-E-R** [1] 71:12
**calendar** [1] 80:5
**calls** [1] 6:20
**canceled** [1] 61:3
**cannot** [2] 70:15
71:23

**cardiologists** [2]
10:18 12:5
**Cardiology** [1] 11:23
**cardiovascular** [14]
13:2 14:7 14:13
15:6 15:19 15:22
16:15 47:13 47:17
47:21 53:18 53:22
74:19 74:21
**care** [9] 9:19 11:17
11:20 12:3 12:15
12:17 13:7 13:13
14:4
**Caroline** [4] 21:16
21:18 29:4 76:16
**Caroline's** [1] 48:4
**case** [3] 1:13 58:5
58:9
**Castaneda** [3] 59:19
59:21 73:24
**catalog** [1] 50:6
**catch** [2] 15:3 61:13
**catheter** [1] 58:13
**catheters** [1] 20:3
**Center** [1] 72:15
**Centocor** [35] 1:7
9:10 12:1 12:9
12:12 12:14 12:17
13:9 13:11 14:2
14:7 18:2 18:4
18:12 19:16 21:7
22:12 22:17 29:13
37:9 37:21 38:5
39:5 41:15 43:15
44:10 45:6 47:12
55:19 56:19 58:1
58:12 63:2 63:6
73:22
**CENTRAL** [1] 1:2
**certain** [6] 20:5
29:3 29:6 30:2
32:15 50:13
**certainly** [1] 34:12
**Certified** [3] 4:4
82:5 82:19
**certify** [1] 82:6
**chances** [1] 44:24
**change** [5] 27:22
28:1 81:5 81:6
81:7
**changed** [1] 20:17
**chat** [1] 70:24
**chemistry** [2] 8:4
8:9
**Chesterbrook** [1]
56:23
**Chet** [1] 23:14
**Chicago** [1] 2:6
**choreographer** [1]
8:18
**Christian** [2] 1:14
8:22
**chronologic** [1] 9:11
**city** [4] 9:17 36:13
65:3 72:10
**Civil** [1] 4:10

**clarifying** [1] 79:20
**clear** [1] 19:22
**clearance** [1] 58:13
**Cleave** [1] 21:17
**close** [3] 19:8 44:21
71:1
**clumsy** [1] 68:9
**Coed** [1] 8:17
**Coker** [4] 23:7
71:9 71:12 72:6
**Columbia** [1] 72:4
**column** [1] 49:10
**comment** [1] 36:17
**commercial** [1] 24:15
**common** [2] 73:18
73:21
**communicate** [2]
67:15 67:24
**company** [4] 11:22
12:9 13:23 63:3
**comparable** [2] 22:22
22:24
**compared** [2] 55:8
56:12
**comparing** [1] 65:17
**competency** [1] 4:11
**competent** [1] 4:15
**compile** [1] 32:14
**complain** [1] 29:19
**complained** [1] 29:20
29:21
**complete** [3] 31:14
31:24 34:2
**completely** [1] 6:7
**composed** [1] 21:7
**concerning** [3] 37:9
38:6 66:11
**conclude** [1] 76:9
**conference** [1] 20:23
21:4
**confident** [1] 39:18
**confused** [1] 19:19
63:18
**consists** [1] 32:6
**construction** [1] 19:2
**contact** [1] 47:24
68:12
**contacts** [1] 47:9
68:7
**contain** [1] 35:9
67:8
**container** [1] 66:22
**contains** [1] 82:14
**Continuing** [8] 9:9
25:19 34:16 35:22
56:11 63:13 77:6
80:16
**contracting** [1] 69:21
**conversation** [7]
17:4 17:20 17:23
68:1 68:19 76:6
76:9
**copies** [1] 4:17

**copy** [5] 31:14 31:24
48:5 48:22 77:20
**Cordis** [3] 19:20
19:24 54:17
**corner** [3] 56:3
56:6 79:15
**correct** [46] 5:21
10:8 10:9 11:10
11:15 13:13 14:5
14:17 15:11 16:8
16:13 16:17 17:11
18:8 18:21 19:17
21:6 24:24 25:2
28:22 30:10 31:12
32:22 36:16 38:13
39:7 42:11 43:10
44:13 49:20 50:9
53:1 53:23 54:10
55:1 67:1 67:22
68:14 71:22 74:11
74:24 75:7 76:18
78:17 79:13 81:2
**corrections** [1] 81:3
**correctly** [4] 16:10
19:4 56:5 62:10
**correspond** [1] 79:19
**count** [1] 15:7
**counterparts** [1] 53:18
**County** [6] 1:14
1:15 1:18 4:6
82:2 82:5
**couple** [5] 6:10
7:8 41:22 42:20
49:22
**course** [1] 25:11
**courses** [2] 8:3
8:7
**Court** [2] 1:1
4:10
**coverage** [1] 75:4
**covered** [1] 21:22
**crack** [1] 28:13
**Craig** [1] 12:15
**criteria** [5] 50:12
50:19 51:7 51:11
55:3
**Crohn's** [1] 20:13
**cultivated** [1] 60:16
**customer** [5] 39:24
40:3 40:6 40:9
41:1
**customers** [7] 23:1
39:21 39:23 40:13
40:14 40:22 53:5
**cut** [1] 55:17
**cycle** [1] 46:11
**D** [2] 5:3 5:3
**D-I-T-T-M-A-N** [1]
71:12
**daily** [5] 69:2 69:7
70:17 70:17 70:18
**Dallas** [56] 5:20
5:22 9:13 10:10
12:20 12:22 12:23
13:3 13:7 13:12
13:14 13:19 14:4
14:12 15:16 15:21

18:18 19:11 23:9
23:12 23:15 23:20
23:24 24:10 24:12
24:16 25:3 25:6
36:14 36:16 36:21
36:23 37:3 40:13
40:13 40:23 44:18
46:10 46:12 47:2
54:11 60:5 60:8
65:3 71:15 71:21
72:10 72:15 78:18
78:18 78:19 78:21
79:17 79:21 80:3
80:13
**dash** [1] 49:6
**database** [1] 23:17
**date** [5] 5:16 5:17
72:24 81:24 82:12
**dates** [1] 49:19
**days** [2] 37:2 38:20
**dealt** [2] 39:16 48:6
**death** [2] 12:20 13:15
**December** [3] 9:18
11:17 13:20
**decide** [1] 38:16
**decided** [3] 12:21
64:18 64:22
**deciding** [1] 38:9
**decision** [3] 29:8
30:5 64:7
**dedimus** [1] 4:10
**Defendants** [1] 1:8
2:7
**Definitely** [1] 77:12
**definition** [1] 61:7
**degree** [4] 7:17
7:23 8:23 61:19
**Del** [2] 60:4 60:7
**Denise** [43] 1:12
3:3 4:3 5:8
5:17 6:24 18:9
20:6 22:11 29:7
30:8 32:13 33:21
34:18 35:1 35:19
39:2 42:8 45:21
46:14 47:12 49:2
52:12 55:4 55:11
56:18 58:24 60:1
61:1 61:5 61:12
64:10 65:24 67:14
69:3 71:5 74:2
74:7 75:17 75:15
81:1 81:24 82:7
**Dennison** [1] 10:6
**Denton** [1] 10:6
**depending** [1] 45:21
**Deponent** [10] 3:2
5:1 69:8 74:1
74:4 77:18 78:11
79:1 80:23 82:6
**deposeth** [1] 5:5
**deposition** [12] 1:12
3:12 4:3 4:14
4:17 5:24 7:1
7:6 48:4 49:4
82:8 82:11
**depositions** [1] 4:14

**Des** [1]   48:5

**describe** [3]   17:15
26:18   27:24

**described** [1]   12:24

**detailed** [1]   39:13

**develop** [1]   41:18

**developed** [1]   47:8

**devote** [1]   80:7

**devoted** [2]   16:24
57:2

**Diagnostics** [1]   18:10

**different** [1]   18:16

**dinner** [3]   59:15
59:20   60:4

**dinners** [1]   41:23

**direction** [1]   38:2

**directly** [1]   8:10
45:15

**discontinue** [2]   29:8
64:8

**discontinued** [2]
20:16   63:11

**discretionary** [4]
50:3   50:10   51:10
51:12

**discussing** [1]   17:20

**discussion** [2]   16:22
19:14

**disease** [1]   20:13

**disorder** [1]   46:16

**disorders** [1]   11:6
64:13

**distance** [1]   25:5

**district** [6]   1:1
1:2   15:17   29:3
51:5   51:5

**Dittman** [1]   23:7
71:9   72:5

**division** [1]   1:3
18:11

**divorce** [1]   13:16

**doctor** [2]   41:16
58:5

**doctors** [7]   9:20
44:4   65:8   65:9
65:14   71:23   72:8

**doctors'** [1]   72:1

**document** [9]   31:17
33:10   34:19   35:13
36:1   49:5   49:22
52:17   55:15

**documentation** [1]
37:1

**documented** [1] 40:17

**documents** [5]   7:5
30:9   30:17   30:21
31:1

**doesn't** [2]   79:1
79:15

**done** [4]   6:24   42:19
43:8   58:24

**doubt** [1]   39:1

**down** [7] 4:7   10:2
24:13   30:6   49:14
73:3   82:12

**Dr** [10]   23:7   23:7
23:11   59:16   59:21
71:9   71:9   71:17
71:19   73:24

**drive** [5] 5:18   25:4
25:13   36:19   39:16

**driven** [2]   50:19
50:21

**driving** [4]   24:23
25:5   26:14   29:18

**dropped** [1]   74:9

**drug** [4] 9:16   12:4
12:4   20:14

**duly** [1] 5:4   82:9

**during** [16]   7:7
16:22   25:11   31:10
32:15   32:18   33:16
34:5   36:9   38:4
56:18   58:12   66:9
67:14   67:23   80:6

**duties** [1]   14:3

**E** [6]   3:1   3:10
5:3   5:3   82:3
82:3

**e-mail** [3]   51:18
51:21   70:3

**e-mails** [1]   67:17

**early** [4] 53:9   53:12
63:10   73:9

**east** [1]   19:5

**educating** [1]   43:8

**education** [2]   7:15
7:19

**EEOC** [1]   34:5

**eight** [2] 36:13   36:22

**either** [11]   7:6
8:1   28:24   29:13
54:21   57:23   67:13
67:24   72:5   73:2
80:7

**employed** [4]   9:1
9:15   9:18   18:1

**employment** [3] 9:6
12:8   38:4

**empty** [2]   23:18
65:22

**encouraging** [1] 59:3

**end** [3]   9:12   13:24
74:20

**ending** [1]   31:7

**ends** [3] 31:19   32:4
35:14

**engagements** [1]
73:16

**enhance** [1]   56:20

**enhancing** [1]   57:9

**enjoy** [1] 42:21

**enjoyed** [1]   30:6

**enter** [1] 79:18

**entitled** [1]   30:17

**entries** [1]   49:17

**entry** [2] 53:8   53:5

**Esq** [2]   2:2   2:5

**event** [1] 59:24

**evidence** [2]   40:21

41:1

**Evidently** [1]   16:2

**exact** [1] 60:14

**Examination** [5]
3:4   3:4   5:6
74:5   75:15

**example** [2]   46:2
56:4

**exception** [1]   25:3

**Excuse** [2]   13:10
24:2

**exhibit** [25]   30:17
31:6   31:16   32:3
32:6   32:11   32:17
33:5   33:7   33:14
33:17   34:1   34:18
35:1   35:3   35:6
35:8   35:12   35:15
48:6   48:17   48:23
49:3   49:4   55:11

**exhibits** [3]   3:12
48:4   77:1

**expecting** [1]   34:12

**expense** [35]   4:17
7:10   30:10   30:12
31:7   31:9   31:14
31:20   31:24   32:10
32:14   32:18   33:4
33:15   33:21   34:2
34:21   35:4   35:9
35:16   35:20   35:23
36:4   36:10   36:16
38:24   41:13   44:12
44:15   44:22   78:6
78:14   79:4   79:17
80:2

**expenses** [7]   9:22
9:24   32:8   33:12
36:1   41:5   41:7

**expensive** [1] 65:15

**experience** [5]   22:17
22:21   25:20   39:5
62:3

**experiences** [1] 9:6

**explained** [1] 69:16

**explaining** [1]   17:2

**expressed** [1]   29:11

**expressly** [1]   4:10

**extent** [1]   7:15
17:23   76:14

**extra** [2] 51:6   61:9

**eyesight** [1]   6:18

**F** [1]   82:3

**facilities** [1]   53:13

**facility** [1]   41:15

**fair** [4]   28:13   28:14
30:3   32:23

**fairly** [3]   6:4
30:14   36:7

**Falls** [15]   24:1
24:4   24:6   24:9
28:4   28:7   29:9
29:18   38:23   39:24
41:4   63:11   63:20
63:23   74:8

**familiar** [4]   47:12
60:10   66:12   66:16

**family** [3]   10:16
12:21   13:15

**far** [9]   18:24   19:7
24:9   24:12   24:21
35:4   35:11   56:3
56:5

**Fax** [1]   1:23

**February** [1]   14:1
14:9

**Federal** [1]   4:9

**feedback** [1]   15:16

**feeling** [1]   27:7

**fellow** [1]   27:24

**felt** [3]   10:1   39:17
61:10

**few** [6]   26:23   46:22
46:22   65:3   70:24
74:7

**field** [4]   7:19   7:22
73:15   80:11

**figure** [1]   49:1

**figured** [1]   75:19

**fill** [1]   61:23

**film** [1]   7:24

**finally** [1]   52:2

**finding** [1]   57:2

**fine** [14]   5:13   18:1
27:20   31:16   32:2
33:3   33:9   34:8
38:22   41:14   51:14
61:12   77:21   80:19

**finish** [1]   74:3

**firm** [2]   9:13   12:1

**first** [26] 5:4   6:11
9:19   11:17   11:19
11:24   12:15   12:16
13:7   13:13   14:4
14:8   15:10   19:15
21:6   22:11   22:16
26:17   41:14   46:21
49:15   52:3   55:2
56:19   56:22   58:12

**fit** [1]   16:1

**five** [1] 42:18

**Flavio** [1]   59:19

**flight** [2] 24:14   24:19

**fly** [2]   24:13   25:9

**foggy** [1]   20:2

**follow** [1]   74:7

**following** [1]   81:3

**follows** [1]   5:5

**food** [8]   44:7   78:22
79:2   79:8   79:10
79:12   79:18   79:18

**foregoing** [2]   81:2
82:8

**forget** [1]   62:19

**form** [1] 4:12

**formats** [1]   30:13

**formularies** [1] 69:22

**formulary** [6]   45:1
45:6   45:10   64:12
64:18   64:22

**Fort** [6]   18:18   19:1
26:9   40:13   72:15

72:16

**forth** [6]   24:16   38:21
41:24   54:12   54:13
69:22

**found** [1]   33:16

**foundation** [1]   4:15

**four** [6]   14:24   26:22
41:11   42:18   46:7
66:24

**frame** [1]   29:23

**frequency** [1]   37:15
38:6

**frequent** [1]   42:1

**frequently** [15]   37:24
40:22   46:5   46:11
46:14   67:23   68:20
68:23   69:2   69:7
70:4   70:10   70:11
70:12   70:13

**friends** [1]   62:14

**Frisco's** [2]   60:5
60:7

**front** [4]   30:8   30:10
49:3   49:8

**full** [1]   65:22

**fully** [1]   6:7

**furnished** [1]   4:16

**furthering** [1]   16:14

**G-E-N-S-B-U-R-G** [1]
71:18

**gauge** [1]   46:19

**Gelco** [2]   30:12
41:10

**general** [3]   26:18
27:7   79:4

**generally** [1]   29:16

**Gensburg** [3]   23:11
71:17   71:19

**geographic** [3]   10:5
21:21   21:24

**geography** [1]   10:7

**gesture** [1]   6:19

**given** [10]   5:24
25:17   37:23   38:3
38:5   38:11   69:14
78:21   80:3   82:16

**glass** [2] 65:21   65:21

**good** [17]   5:8
5:9   6:24   7:12
20:2   33:7   39:12
45:19   46:18   52:21
53:3   53:5   62:14
62:19   64:3   65:13
71:11

**graduate** [1]   8:24

**graduated** [1]   8:11

**great** [7]   5:11   21:20
30:20   52:18   53:16
54:1   55:13

**Green** [1]   9:12

**group** [1]   30:16

**guess** [7] 18:15   25:6
28:12   34:9   43:6
51:4   52:5

**guidance** [1]   50:12

**H** [1]   3:10
**half** [7]   24:11   25:5
   25:14   65:21   65:21
   65:22   67:12
**hand** [2]   25:24   82:16
**Harliendo** [1]   25:14
**Harris** [1]   72:15
**hat** [1]   12:21
**hated** [1] 29:18
**headed** [1]   48:10
**headquarter** [1]   50:5
**headquarters** [1]
   51:19
**health** [9]   9:19
   11:17   11:20   12:2
   12:15   12:17   13:7
   13:13   14:4
**hear** [13] 5:10   5:11
   5:11   6:13   8:5
   12:11   30:1   37:18
   60:6   64:19   69:3
   69:8   70:1
**heard** [3] 6:15   66:4
   66:6
**heart** [3]   11:2   12:3
   47:19
**help** [3] 30:15   54:15
   54:16
**hereby** [2]   4:12
   82:6
**herein** [1]   82:7
**hereto** [3]   4:2
   4:15   4:16
**Hey** [1]   44:2
**Hill** [1]   23:9
**Hill-Banister** [2]
   30:17   31:5
**Hill-Bannister** [1]
   32:3
**hired** [5] 9:12   9:20
   10:2   31:8   56:22
**hold** [4]   8:14   8:23
   48:12   72:18
**home** [6] 19:3   25:6
   25:14   26:11   36:20
   44:21
**honestly** [11]   26:22
   29:19   46:7   53:14
   61:11   65:20   66:23
   67:10   69:8   70:7
   70:15
**hope** [1] 30:16
**hormone** [1]   12:4
**hospital** [27]   22:23
   23:14   24:6   24:7
   24:7   26:1   26:1
   28:20   43:24   45:6
   45:21   45:22   46:3
   46:12   47:2   47:18
   50:24   52:6   52:9
   53:20   54:11   65:6
   72:4   72:12   72:14
   72:16   72:16
**hospital's** [1]   64:12
**hospitals** [13]   12:5
   23:20   23:23   26:4

43:17   44:18   45:8
   45:9   47:15   54:24
   59:7   60:16   64:11
**hour** [4] 4:5   24:11
   24:22   25:5
**hours** [7] 19:3   25:14
   41:23   42:9   42:13
   42:18   42:20
**hub** [1]   25:3
**huge** [2]   33:2   46:3
**idea** [4]   17:22   54:2
   54:16   79:4
**IDENTIFICATION**
   [1]   3:11
**identify** [12]   23:22
   31:5   31:17   33:10
   34:19   35:13   36:10
   37:2   55:15   71:5
   77:7   78:4
**ill** [1]   39:19
**Illinois** [9]   1:2
   1:16   1:18   1:23
   2:3   2:6   4:6
   59:22   82:1
**impact** [1]   53:9
**importance** [1]   61:18
**important** [1]   39:8
**impressing** [1]   19:9
**INC** [2]   1:7   1:7
**include** [1]   68:15
**includes** [1]   68:18
**incubicle** [1]   20:14
**Indiana** [1]   1:23
**indicated** [1]   63:10
**indirectly** [1]   27:15
**industry** [1]   42:19
**information** [3] 17:1
   45:12   56:20
**initial** [1]   56:23
**initiated** [1]   30:7
**input** [1] 29:7
**instance** [1]   4:5
   36:19
**instead** [1]   16:14
**institutions** [5]   11:22
   12:5   71:23   71:24
   72:3
**interest** [3]   16:15
   45:15   45:22
**internal** [1]   10:16
**interrogatories** [2]
   4:4   4:7
**interrupt** [1]   13:10
**interruption** [1] 24:3
**interventional** [1]
   10:22   21:7   22:19
**interview** [13]   14:18
   15:7   15:12   15:15
   15:24   16:4   16:12
   16:18   16:22   16:24
   17:4   17:6   39:17
**interviewed** [6]   14:6
   14:20   15:24   16:16
   17:8   47:14

**interviewing** [1]
   12:13   12:18   13:8
   15:18   15:21
**interviews** [1]   14:24
   39:14
**introduced** [1]   46:20
**involved** [2]   43:22
   79:18
**Irving** [2]   5:19
   5:20
**isolate** [1]   36:14
   36:22   79:14
**itself** [1] 35:24
**James** [1]   2:2
**Jane** [7]   1:4   2:9
   21:16   21:18   62:15
   70:24   76:16
**Jane's** [1]   62:13
**January** [5]   1:16
   4:4   13:9   82:8
   82:17
**job** [10]   13:9   13:12
   17:10   17:12   17:14
   17:15   17:21   17:22
   52:21   61:21
**jobs** [2]   8:14   8:23
**John** [8]   2:5   7:3
   7:7   7:7   33:19
   48:3   48:17   70:21
**Johnson** [5]   1:7
   1:7   2:5   20:24
   20:24
**joined** [5]   9:9
   21:6   22:11   22:16
**JONES** [1]   2:5
**journal** [4]   57:14
   57:16   57:22   57:24
**journals** [1]   57:24
**Julie** [3] 1:13   4:3
   82:4
**July** [2]   34:22   35:2
**June** [7] 33:16   34:3
   52:18   53:15   54:7
   55:15   55:17
**K-I-T** [1]   66:16
**keep** [1] 37:1
**key** [4]   61:5   61:7
   61:10   61:16
**kind** [11] 6:14   9:10
   15:6   20:10   26:18
   43:6   47:23   47:24
   49:14   61:23   77:20
**kit** [2]   66:16   67:8
**kits** [1]   67:2   67:12
**knowledge** [13]   10:7
   19:10   33:4   34:10
   34:6   35:9   37:13
   50:20   57:10   76:2
   76:3   76:4   76:5
**Kopecki** [2]
   76:17
**Kopecki's** [1]   29:5
**KRAJEWSKI** [1]
   2:2
**L** [1]   4:1

**Labs** [1]  18:11
**Lane** [1]  23:9
**Lansman** [1]   63:8
**lap** [1]   42:24
**largest** [3]   72:17
   72:18   72:20
**LaSalle** [1]   2:6
**last** [4]   13:22   54:22
   70:1   71:10
**lasted** [1]   16:19
**late** [1]   73:8
**lateral** [1]   13:6
**laterally** [1]   11:16
**leader** [5]   16:6
   21:12   73:10   73:13
   73:14
**leaders** [1]   73:19
   73:23
**learned** [1]   57:12
**least** [6]   36:10   56:9
   57:1   64:4   74:2
   75:5
**leave** [6]   18:4   67:18
   67:20   68:16   68:16
   68:20
**left** [9]   9:2   9:7
   11:16   12:16   18:12
   18:18   44:7   48:4
**left-hand** [1]   49:9
**Legal-Visual** [1]
   1:22
**less** [5]   26:15   70:10
   70:12   70:17   70:18
**letter** [1] 51:16
**level** [2] 47:23   50:4
**License** [1]   82:23
**Likewise** [1]   51:3
**limit** [1] 26:14
**line** [4]   36:22   81:5
   81:6   81:7
**list** [8]   7:10   22:15
   38:11   38:16   51:4
   61:15   72:2   77:3
**live** [2]   26:8   62:18
   68:19
**lived** [2] 11:12   26:9
**lives** [1] 62:20
**LLC** [1]   2:2
**located** [7]   23:8
   23:23   46:12   59:21
   67:3   71:13   71:14
**location** [2]   10:2
   79:2
**locations** [1]   46:1
**longer** [4]   37:4
   37:6   41:2   80:5
**look** [5] 44:3   44:22
   65:18   65:19   78:6
**looked** [4]   30:9
   30:21   31:3   33:1
**looking** [1]   48:9
   49:7   55:11   78:22
**looks** [4] 32:7   34:4

49:18   53:15
**Lori** [5]   62:7   62:12
   62:13   62:18   62:23
**lost** [2]   24:4   72:22
**louder** [1]   6:14
**Louisiana** [1]   19:7
   19:8
**Louisville** [1]   10:6
**luck** [1]   44:5
**lunch** [6]   41:7
   42:20   42:21   43:19
   44:19   59:15
**luncheons** [1]   44:14
**lunches** [5]   38:21
   41:20   41:22   44:8
   46:4
**M** [2]   1:4   2:5
**M.B.A** [2]   7:21
   8:10
**mail** [2]   67:18   68:1
**mails** [5] 67:19   67:21
   68:16   68:17   68:21
**male** [1]   14:16
**management** [1] 50:4
**manager** [5]   14:12
   27:13   27:14   52:22
   69:21
**Manhattan** [1]   11:12
   12:6
**Mapquest** [1]   19:11
**March** [7]   9:20
   9:22   14:2   14:2
   18:5   31:10   31:14
**marked** [5]   3:11
   3:12   48:20   48:22
   49:4
**market** [1]   57:11
   57:15
**marketed** [1]   22:23
**marketing** [2]   22:21
   73:20
**master's** [2]   7:17
   8:23
**materiality** [1]   4:12
**matter** [1]   29:12
**may** [11] 4:3   4:7
   4:14   4:16   20:8
   21:3   32:9   32:10
   32:18   33:4   37:5
**McNamara** [3]   58:21
   58:22   59:16
**meal** [4]   43:22   44:19
   59:15   60:3
**mean** [7] 34:4   34:10
   42:16   43:18   52:1
   53:18   79:1
**meaning** [1]   41:6
   66:19
**means** [1]   45:2
   51:24
**measure** [1]   46:18
**measurement** [1]
   56:2
**medical** [2]   8:2
   22:3   65:3   72:10

medicine [1] 10:16
medium [1] 67:17
meet [2] 16:5 50:19
meeting [9] 7:7
7:7 60:13 60:15
60:20 60:22 61:2
62:17 65:10
meetings [2] 59:14
67:16
members [1] 21:14
Memorial [1] 72:12
memory's [1] 20:2
mentioned [3] 15:24
24:4 28:15
merit [1] 39:15
met [3] 17:5 51:1
62:15
Methodist [2] 53:9
72:14
midway [1] 49:14
might [4] 33:15
35:1 59:14 77:17
mileage [3] 26:13
41:9 41:11
miles [2] 26:10 26:15
Millstein [6] 14:10
14:11 14:14 14:20
14:21 16:1
mind [1] 20:20
mine [2] 27:18 48:1
minimal [1] 47:23
Minor [4] 1:4
2:9 21:19 76:16
minute [3] 24:14
36:19 48:3
minutes [6] 19:3
24:19 24:22 25:1
26:12 70:24
Missouri [1] 1:23
mistaken [1] 21:6
misunderstood [1]
79:6
Moines [1] 48:5
Molecular [1] 18:10
moment [2] 13:11
19:13 22:1
money [1] 44:23
month [11] 14:5
31:10 31:21 32:10
32:15 32:18 33:16
34:3 34:22 35:16
35:16
monthly [1] 62:4
months [3] 9:14
18:7 53:6
morning [4] 5:8
5:9 7:3 44:3
most [12] 24:19
mostly [1] 16:8
move [4] 9:17 32:2
33:7 35:5
moving [4] 9:21
9:24 34:18 35:12
Ms [1] 2:9

must [1] 31:8

N [4] 3:1 4:1
5:3 5:3
name [8] 5:15 15:3
49:14 58:19 62:10
71:22 71:23 71:24
names [6] 49:10
59:10 71:6 71:10
72:1 72:8
national [4] 51:5
55:6 59:17 60:23
nationally [1] 73:14
native [1] 5:22
nature [6] 8:19
16:21 17:2 27:24
39:10 42:6
necessarily [2] 39:12
76:24
need [1] 30:24
negative [1] 6:21
never [12] 20:20
21:1 22:23 25:15
44:4 46:3 52:1
61:4 62:5 64:24
66:4 69:16
new [20] 9:17 11:9
11:11 11:14 16:6
16:11 50:15 50:22
50:24 51:8 51:23
52:5 52:9 54:4
54:23 55:24 76:7
76:8 77:6 77:14
next [5] 15:3 17:9
53:8 53:15 54:4
nice [1] 60:11
non [1] 51:12
nor [2] 22:19 79:22
normally [3] 44:17
58:7 79:8
north [7] 2:6 7:17
8:1 8:11 8:13
10:8 10:10
Notary [6] 1:14
4:3 5:2 5:4
82:4 82:19
noted [1] 14:13
notes [1] 82:15
nothing [5] 7:2
8:24 55:18 80:19
82:10
notice [2] 1:18
14:1
November [2] 54:14
54:23
now [9] 18:9 21:5
27:20 53:22 55:12
63:1 70:23 75:4
78:3
number [18] 3:2
3:11 6:17 31:16
32:3 34:19 35:13
35:15 48:17 56:4
56:5 60:14 68:22
70:15 78:4 78:15
78:20 80:18
nut [1] 28:13
O [2] 4:1 5:3

o'clock [1] 1:16
4:5
OB/GYN [3] 9:20
10:16 11:23
OB/GYNs [1] 12:6
objection [3] 4:12
78:9 78:23
objections [1] 4:11
obnoxious [1] 42:17
observe [1] 15:15
46:15
obviously [2] 6:17
53:19
occasions [1] 75:22
occurred [1] 59:24
off [4] 19:13 19:14
25:24 55:17
off-line [1] 70:23
offered [3] 17:9
17:12 17:14
office [1] 80:8
often [1] 79:11
old [2] 30:12 62:23
on-line [1] 50:5
once [13] 29:3 39:23
40:1 40:3 40:6
40:9 40:14 68:13
68:24 72:17 75:5
78:1 79:13
one [22] 7:17 14:5
19:20 27:5 28:2
28:4 28:4 28:15
28:20 36:21 47:1
48:8 48:13 52:5
52:9 62:16 67:9
68:5 68:6 70:6
72:19 77:23
ones [6] 23:6 25:23
25:24 33:1 46:24
75:24
opening [1] 16:11
opportunity [1] 31:2
oral [2] 4:4 4:7
oranges [1] 65:17
order [6] 9:11 15:9
32:23 52:3 52:16
64:21
ordering [1] 71:24
organization [1] 8:20
originally [1] 13:1
Ortho-Prefest [1]
12:4
Osteo [3] 53:9
54:8 72:15
Osteopathic [1] 54:5
54:9
outside [1] 9:14
23:20 40:22
oversight [2] 76:15
76:16
own [5] 4:17 9:21
9:23 38:19 46:23
P [2] 2:2 4:1
P.C [2] 2:5
package [1] 67:4

page [11] 3:2 49:5
49:9 49:15 69:19
70:4 70:10 70:14
81:5 81:6 81:7
pageants [2] 8:17
8:21
paged [2] 69:18
70:11
pager [3] 69:10 69:12
69:15
pages [2] 49:9
69:23
paging [2] 69:23
70:2 70:8
paid [2] 9:21 9:23
palm [3] 37:7 41:2
80:4
paperwork [2] 80:1
80:8
parameter [2] 50:19
50:21 51:1
parameters [1] 50:23
part [4] 24:19 32:11
33:5 33:17 35:3
57:1 61:21 70:1
80:7
participate [1] 59:3
participated [2] 17:6
58:20
participating [1]
66:10
particular [2] 45:20
73:20
parties [1] 4:2
4:15
parts [1] 4:14
party [1] 4:16
passed [1] 47:10
patients [3] 46:15
66:10 66:11
Paul [2] 71:20 71:21
Paul's [2] 23:11
26:1
pay [1] 44:9
peers [1] 56:1
Pennsylvania [1]
56:24
people [3] 22:10
42:21 42:23
Peoria [1] 59:22
per [4] 43:6 68:5
68:7
percent [2] 41:12
43:21
perfect [1] 16:1
46:2
perform [2] 14:3
58:5
performance [3] 39:17
55:8 55:9
perhaps [1] 30:9
periodically [1] 55:21
61:24
person [3] 67:18
73:15 73:16

personal [4] 67:16
68:1 68:18 68:18
Pfizer [5] 9:15
10:4 10:15 11:15
43:14
pharmaceutical [3]
11:21 39:8 73:18
pharmaceuticals [2]
9:15 18:15
pharmacist [2] 65:2
65:5
pharmacists [1] 65:1
phrase [1] 42:15
physician [1] 43:5
58:20
physicians [15] 39:6
39:10 44:6 46:15
47:9 57:12 58:2
59:3 59:6 59:7
60:12 64:16 64:20
66:9 71:6
physiology [1] 8:3
pick [1] 79:16
picked [1] 63:13
pilot [3] 37:7 41:2
80:4
place [4] 25:4 30:16
45:5 51:19
Plaintiff [3] 1:5
2:4 4:5
Plano [2] 53:9
72:4
pleased [1] 74:1
point [15] 5:18
7:10 15:17 15:23
16:3 17:20 19:20
20:6 51:19 56:9
72:19 72:21 74:2
74:10 74:22
points [31] 48:6
48:10 49:6 49:18
49:24 50:3 50:7
50:13 50:16 50:17
51:1 51:6 51:15
51:19 51:21 52:13
52:18 52:24 53:24
54:4 54:14 54:18
75:8 75:9 75:10
75:21 75:23 76:8
76:10 76:20 77:4
poor [2] 38:14 59:12
portfolio [2] 74:9
74:13 74:23
portions [1] 32:15
position [18] 11:13
11:16 12:18 12:19
12:20 12:22 13:2
13:5 14:7 15:19
16:2 16:11 16:15
16:16 17:2 39:20
47:14 62:13
positions [2] 10:13
12:23
Possibly [1] 77:12
postponed [1] 61:3
potential [1] 46:3
powder [2] 66:24

67:3
**practice [2]**  10:16
39:10
**Pravachol [1]**  12:3
**pre [1]**  13:11
**preceptors [1]**  43:12
**preceptorship [1]**
43:1
**preceptorships [1]**
43:3
**predecessor [1]**  26:3
**prediction [1]**  73:8
**preference [1]**  29:13
**prepare [2]**  7:1
7:6
**prepared [1]**  35:19
**Presbyterian [5]** 23:6
23:8    26:1    47:1
47:3
**PRESENT [1]**  2:8
**presently [1]**  18:1
**pretty [4]**  13:6
39:13   41:12   62:14
**prevail [1]**  65:11
**previously [1]**  49:4
**primarily [1]**  11:23
**primary [1]**  22:9
**prioritize [1]**  61:17
**Procedure [1]**  4:10
**procedures [3]**  42:4
42:22   57:13
**process [6]**  13:20
15:8    16:12   17:9
30:5    34:6
**product [5]**  42:5
46:3    50:24   73:17
73:20
**products [14]**  11:1
11:4    19:18   19:20
19:24   20:10   22:18
22:21   46:2    56:11
56:15   56:21   57:2
57:10
**program [3]**  8:11
59:20   66:2
**promoted [1]**  16:3
**promotion [1]**  73:16
**pronouncing [1]** 62:10
**proof [1]** 4:15
**proved [1]**  39:14
**provided [2]**  33:20
34:5
**proximate [1]**  21:2
**psychiatry [1]**  10:17
**Public [6]**  1:14
4:3    5:2    5:4
82:4    82:19
**PUGH [1]**
**purchased [1]**  79:20
**purchases [1]**  78:22
**purpose [1]**  4:14
**purposes [14]**  25:21
26:4    26:5    28:10
43:8    45:11   45:16

47:4    47:16   47:18
64:4    64:12   66:12
71:8
**pursuant [1]**  1:18
**push [1]**  65:7
**put [1]**  41:13
**Q3 [1]**  54:18
**qualified [1]**  39:19
**quarter [7]**  50:17
50:23   51:3    51:8
55:4    76:1    77:18
**quarters [1]**  74:12
**questioning [1]**  74:3
**questions [12]**  6:5
6:19    7:18    10:23
36:7    42:4    42:5
49:23   57:13   75:14
75:17   75:18
**quickly [1]**  30:15
31:4
**quit [3]**  20:7    20:9
20:21
**quite [4]** 46:11   63:18
73:5    79:9
**R [1]**    5:3    82:3
**R-E-L-A-X [1]**  66:5
**Radio [1]**  7:24
**radiologists [1]**  10:23
22:8
**radiology [2]**  22:19
41:21
**Randy [3]**  21:16
21:17   21:17
**ranked [1]**  55:24
**ranking [3]**  51:4
55:17   56:9
**rapid [1]** 53:8
**rapport [1]**  41:19
**rather [1]**  6:19
**read [2]**  57:16   81:1
**reading [1]**  56:4
**real [4]**  19:2    44:22
52:10   62:20
**really [10]**  17:23
26:21   26:23   29:19
29:19   42:18   46:17
48:1    53:4    66:23
**realm [1]**  10:15
**reason [5]**  21:1
34:24   62:12   64:16
78:14
**reasonably [1]**  32:17
**receipt [2]**  79:14
79:19
**receipts [1]**  35:24
**receive [4]**  7:22
51:16   55:20   70:11
**received [1]**  20:11
**recognized [1]**  73:15
**recollection [1]**  40:5
**reconstituted [1]**
67:1
**record [3]**  19:13
19:14   39:16

**recover [1]**  41:4
**Red [1]**  10:11
**Reese [1]**  23:14
**referred [1]**  12:17
82:15
**reflect [1]**  78:15
**reflected [1]**  38:24
**regard [2]**  75:8
75:9
**regarding [1]**  75:4
**region [1]**  21:21
**regional [1]**  52:21
55:6
**regular [1]**  24:15
**relationship [5]** 39:22
41:16   41:17   41:24
53:5
**Relax [1]**  66:1
66:4
**relevancy [1]**  4:12
**relevant [1]**  10:3
**remained [1]**  74:13
**remember [54]**  17:19
17:23   20:18   21:7
21:14   25:24   26:21
26:22   26:23   28:16
28:24   29:20   38:8
43:14   45:13   46:18
47:1    48:19   48:20
48:21   50:15   50:18
51:20   52:19   53:14
53:20   56:17   57:8
57:23   59:11   59:20
60:5    60:19   62:1
66:6    66:23   67:5
67:10   67:13   68:3
69:9    69:22   69:23
70:2    70:8    72:1
72:8    72:21   72:24
74:8    74:15   75:1
76:6    76:9
**remembered [1]** 75:23
**remembering [1]**
51:13
**Remicade [3]**  18:13
20:11   20:16
**remind [1]**  6:10
**removed [1]**  74:22
75:2
**Renee [1]**  5:17
**rep [19]**  9:16    9:18
15:6    16:5    19:16
20:16   38:5    43:11
46:21   50:16   50:22
51:3    51:8    53:22
55:4    61:22   73:23
76:1    77:18
**repeat [2]**  37:17
37:19
**replaced [1]**  80:4
**report [17]**  7:10
30:12   31:7    35:20
35:23   35:24   37:8
37:11   41:13   44:15
44:23   55:17   61:23
62:4    74:21   79:4

79:17
**Reporter [4]**  4:4
4:8    82:5    82:19
**Reporting [1]**  1:22
**reports [25]**  30:10
31:10   31:14   31:20
31:24   32:10   32:14
32:18   33:4    33:15
33:21   34:2    34:21
35:2    35:9    35:16
36:4    36:10   38:24
40:18   40:21   55:20
78:7    78:14   80:2
**represent [1]**  60:9
**representative [5]**
27:10   37:21   39:9
45:5    55:8
**representatives [1]**
21:8
**reps [7]**  15:14   47:22
50:4    55:9    56:12
62:3    76:12
**request [1]**  13:14
**requested [1]**  65:10
**required [1]**  57:12
**requirement [4]** 37:14
37:24   38:3    38:6
**requirements [1]**
4:9
**reserve [1]**  80:21
**reserved [1]**  4:12
**respect [9]**  17:18
25:16   33:14   37:15
45:4    47:15   56:20
66:15   80:13
**respond [3]**  6:7
6:18    6:21
**response [1]**  6:21
**responsibilities [1]**
27:21
**responsibility [3]**
27:11   27:19   59:2
**responsible [1]**  27:16
**rest [1]**  71:22
**restaurant [2]**  60:7
60:10
**result [1]**  60:15
**Retavase [40]**  19:20
19:24   20:7    20:20
20:22   22:2    22:22
22:24   25:20   26:5
27:21   28:9    39:6
39:13   45:10   45:15
45:23   47:3    47:16
47:19   52:2    52:2
55:1    56:16   59:18
60:17   64:4    64:11
64:17   64:20   65:9
65:14   66:12   66:15
66:18   66:21   67:11
71:7    74:16   74:18
**review [1]**  31:2
**reviewed [3]**  7:5
7:8    79:12
**rheumatoid [1]**  20:14
**rid [5]**  28:3    28:4
28:14   28:18   28:23

**ride [1]**  77:22
**riding [2]**  26:24
75:23
**right [19]** 5:10    6:4
14:16   20:17   21:4
23:19   23:22   25:7
25:10   27:14   28:18
30:14   30:19   55:12
58:10   63:12   63:16
65:19   68:10
**Riney [2]**  14:22
15:4
**ring [1]**  12:22
**River [1]** 10:11
**rock [2]**  64:18   64:22
**rode [8]**  26:22   27:2
27:5    52:20   58:6
58:7    76:7    77:24
**role [1]**  76:19
**rookie [1]**  53:8
**room [1]**  30:16
**Rules [2]**  4:10
4:10
**Russell [18]**  14:21
14:21   15:2    15:24
17:13   50:20   51:17
52:19   52:23   69:20
70:11   70:14   75:11
75:21   76:2    76:6
76:11   77:22
**S [3]**  3:10    4:1
5:3
**saith [2]**  5:5    80:23
**salary [1]**  17:20
**sale [2]**  56:11   56:15
56:16
**sales [11]**  9:14
10:5    11:13   13:2
32:7    55:7    55:9
56:1    59:14   62:3
73:19
**salesman [1]**  65:19
**Sangamon [3]**  1:15
1:18    4:6
**sat [1]**  15:6
**satellite [2]**  58:13
58:16
**satisfied [1]**  32:17
**saw [4]**  12:20   39:22
40:13   46:11
**says [1]**  55:17
**schedule [6]**  38:19
38:21   43:18   43:19
43:19   44:3
**scheduled [1]**  61:2
**Schniderhan [1]** 62:7
**science [1]**  8:2
**se [1]**  43:6
**seal [3]**  53:16   53:17
82:16
**searching [1]**  12:19
**second [3]**  14:9
65:24   71:1
**sector [1]**  39:16
**see [9]**  38:20   39:24

40:3 40:6 40:9
72:20 75:5 77:13
77:15
**seeing** [1] 49:16
**seem** [2] 32:22 54:23
**sell** [5] 11:1 11:4
19:18 20:10 47:16
**selling** [13] 18:13
20:7 20:19 20:15
20:21 20:24 26:5
47:19 56:21 57:3
57:11 64:4 67:11
**semesters** [1] 8:8
8:8
**separate** [1] 14:24
**September** [2] 24:20
35:16
**series** [2] 6:5
49:17
**Services** [1] 1:22
**Serving** [1] 1:23
**set** [3] 34:2 50:17
51:9
**Seton** [6] 24:6
53:10 53:16 53:20
72:16 72:18
**Seventh** [3] 1:17
2:3 4:5
**several** [4] 20:17
42:9 42:12 75:22
**shadow** [1] 43:5
**shared** [1] 27:19
**sheet** [2] 9:12 63:19
**Sherman** [1] 10:6
**short** [1] 71:3
**shortened** [1] 54:8
**shorthand** [6] 4:4
4:8 82:5 82:12
82:15 82:19
**show** [2] 43:20 43:23
**showed** [1] 7:2
**shown** [1] 44:14
**Siciliano** [10] 14:22
15:20 16:6 21:12
26:6 35:21 47:8
58:4 67:16 76:20
**sick** [1] 18:14
**sign-up** [1] 60:16
**signature** [1] 80:22
**signatures** [1] 7:11
**simple** [1] 6:4
**sit** [1] 58:4
**sitting** [1] 42:24
**situation** [2] 28:24
61:1
**slash** [1] 43:22
**small** [1] 61:16
**software** [1] 41:2
80:5
**sold** [9] 9:13 19:19
20:4 22:2 27:21
39:14 57:10 66:18
66:21
**solely** [1] 27:18

**someone** [4] 22:14
42:17 42:24 58:1
**sometime** [1] 13:24
21:2
**sometimes** [1] 15:15
**sorry** [11] 6:2
8:4 14:14 30:1
37:18 48:21 54:20
60:6 63:16 64:19
70:1
**sort** [4] 24:2 41:18
44:19 67:4
**south** [9] 1:17 2:3
4:5 10:10 13:2
15:18 15:21 25:1
29:2
**Southwest** [1] 24:18
**sp** [6] 12:16 14:22
20:14 21:18 62:8
62:16
**speak** [2] 6:14
59:17
**speaker** [2] 59:17
60:23
**speaking** [1] 43:2
73:16
**specialist** [1] 13:2
47:17
**specialists** [4] 21:10
22:3 47:13 49:10
**specialties** [1] 10:14
**specialty** [1] 9:18
11:21 11:24
**specific** [2] 21:21
36:7
**specifically** [8] 4:13
22:14 36:12 50:15
68:3 75:22 76:5
76:8
**specificity** [1] 34:13
**speed** [1] 26:14
**spell** [1] 71:10
**spend** [1] 42:2
42:9 42:12
**spent** [5] 41:24 44:23
45:14 45:20 46:4
**Spoken** [1] 65:19
**sponsor** [1] 59:13
**Springfield** [4] 1:3
1:17 2:3 4:6
**SS** [1] 82:1
**St** [4] 23:11 26:1
71:20 71:21
**stack** [1] 33:2
**standing** [1] 65:9
**start** [3] 45:18 52:18
53:3
**started** [7] 13:20
14:1 20:15 37:20
41:14 74:19 74:21
**state** [13] 1:15 1:15
7:18 7:20 8:1
8:2 8:11 8:13
9:3 9:7 62:21
82:1 82:6
**statement** [2] 28:13

**28:14 42:8**
**STATES** [1] 1:1
**stay** [1] 41:22
**stayed** [1] 9:16
**stents** [1] 20:3
**step** [1] 17:9
**still** [5] 12:9 15:18
45:24 63:2 63:5
**stipulate** [1] 34:1
**stipulated** [1] 4:2
**stock** [2] 50:24 51:4
**stocking** [7] 50:16
51:24 52:4 52:6
52:9 54:4 77:14
**stockings** [7] 50:22
51:8 54:23 76:1
76:7 76:8 77:7
**stone** [2] 50:18 51:9
**strategic** [1] 69:20
**Street** [4] 1:17
2:3 2:6 4:5
**strike** [1] 45:18
**strokes** [1] 11:5
**studies** [1] 66:13
**study** [2] 66:2 66:11
**subject** [1] 51:20
**submit** [2] 35:20
62:4
**submitted** [2] 33:15
35:23
**subsequently** [1]
11:16
**substantial** [1] 75:10
**suburb** [1] 5:20
**success** [2] 53:9
53:12
**such** [1] 8:3
**Sue** [1] 63:8
**suggesting** [2] 39:19
76:23
**Suite** [1] 2:6
**suites** [1] 41:21
**supervisor** [1] 27:15
**supervisors** [2] 29:12
37:9
**supervisory** [2] 76:14
76:16
**supplemental** [1]
57:6
**Supreme** [1] 4:10
**surgeons** [2] 10:20
22:4
**surrounding** [1] 12:6
**sworn** [1] 5:2
5:4 82:9
**symposia** [1] 59:8
**symposium** [2] 58:20
59:4
**symposiums** [2] 58:14
58:17
**T** [5] 3:10 4:1
4:1 82:3 82:3
**tad** [1] 19:19

**taking** [2] 13:8
82:7
**teaching** [1] 8:24
**team** [11] 16:6 21:7
21:12 21:15 25:12
26:7 26:18 49:11
54:1 61:22 76:12
**telephone** [5] 2:7
6:12 61:13 67:17
68:2
**telephonic** [2] 1:12
68:12
**telephonically** [1]
58:24
**telling** [1] 65:7
**Temple** [5] 24:8
24:24 24:24 38:23
40:9
**ten** [2] 18:7 24:22
**tend** [1] 67:18
**term** [5] 45:1 51:23
66:4 66:16 73:10
**terms** [2] 16:22 45:22
**territory** [9] 10:5
12:14 13:3 18:14
18:17 21:21 55:16
59:14 66:14
**testify** [1] 82:9
**testimony** [1] 79:7
**Texas** [14] 5:19
7:17 8:2 8:11
8:13 9:21 10:7
10:8 13:8 18:20
19:5 19:10 26:9
29:2
**text** [2] 69:23 70:2
**Thank** [1] 14:18
34:8 35:5 65:20
74:3 74:4 80:20
**thanks** [2] 52:12
54:15
**themselves** [1] 33:17
**thereof** [1] 4:14
**they've** [1] 52:3
**third** [2] 15:24 16:4
**Thomas** [1] 58:22
**thought** [7] 10:3
52:20 73:10 73:13
73:14 73:19 73:23
**three** [9] 14:24 40:16
53:6 54:22 54:23
64:3 64:6 68:4
75:6
**thrombolytic** [1]
57:15
**through** [13] 4:2
6:19 9:10 9:16
13:5 30:14 30:21
30:24 31:3 51:14
52:13 68:1 68:2
**throw** [1] 12:21
**thumb** [1] 30:24
**times** [1] 20:18
26:23 27:1 27:5
41:21 43:23 65:3
68:15 77:21 78:4

**78:15**
**title** [1] 20:17 20:19
**together** [4] 15:17
26:19 32:14 48:2
**Tom** [4] 14:21 15:4
15:10 15:13
**tomorrow** [1] 44:3
**Tony** [32] 14:22
15:10 15:20 16:9
16:6 16:16 16:19
16:24 17:5 17:8
21:12 26:6 27:11
27:19 29:11 35:20
36:3 46:22 46:24
47:4 47:8 58:4
60:20 67:15 67:24
68:11 68:20 69:24
70:2 70:4 76:19
77:24
**Tony's** [5] 26:7
26:17 49:11 61:22
76:12
**too** [1] 19:7
**took** [3] 46:24 46:24
47:4 62:13 72:19
**top** [1] 49:5
**total** [1] 56:2
**totally** [1] 50:18
**toward** [1] 50:8
**town** [1] 62:19
**trace** [1] 9:5
**track** [1] 39:16
**trade** [1] 73:19
**training** [6] 56:19
56:23 57:1 57:5
57:6 57:7
**transcribed** [2] 4:8
82:13
**transcript** [1] 82:14
**transfer** [2] 13:7
13:19
**transferred** [1] 11:15
13:12 13:17
**transferring** [1] 13:14
**translation** [1] 82:14
**transportation** [1]
24:16
**travel** [3] 36:8
40:18 40:21
**traveled** [1] 38:22
**treat** [1] 11:4
**treated** [3] 42:23
42:23 61:18
**treating** [1] 46:15
64:12
**treatment** [3] 11:2
11:5 45:10
**trip** [2] 24:23 41:5
**true** [3] 65:19 81:2
82:14
**truth** [3] 82:10 82:10
82:10
**try** [1] 75:5
**trying** [1] 17:1
**TV** [1] 7:24

**twice** [6] 39:23   40:1
40:4   40:7   40:10
40:14

**two** [8]   8:8   8:8
19:3   25:5   25:14
49:5   74:14   77:9

**Tyler** [4] 18:19   18:20
18:24   19:4

**type** [6]   10:13   11:19
22:2   37:8   50:13
66:22

**types** [2] 55:20   57:18

**typical** [1]   67:14

**typically** [4]   39:6
42:9   67:8   69:18

**U** [1]   4:1

**under** [1]   82:16

**understand** [19] 6:11
11:8   13:11   16:10
19:4   21:5   27:14
30:8   30:20   32:12
34:11   36:3   36:17
37:5   39:4   65:23
66:19   79:7   79:24

**unit** [1]   14:13

**UNITED** [1]   1:1

**university** [3]   7:16
7:18   9:1

**unless** [3]   4:13
43:1   76:24

**unmarked** [1]   48:5

**unsolicited** [1] 42:5

**up** [10]   7:2   16:11
19:11   41:8   43:20
43:23   63:13   65:9
71:1   79:16

**ups** [1]   74:7

**used** [13] 4:14   11:1
11:5   19:24   25:3
43:4   46:3   52:2
52:2   55:1   57:3
71:7   79:16

**user** [2]   28:9   74:16

**using** [8] 6:22   25:20
46:1   47:3   56:2
60:17   74:20   74:21

**usually** [1]   15:14

**utilize** [2]   73:19
73:23

**Van** [1]   21:17

**various** [1]   49:19

**vary** [2] 45:15   45:21

**vascular** [40]   10:20
11:5   16:2   16:5
16:6   16:16   19:16
20:16   21:8   21:10
22:4   22:18   25:12
25:21   26:5   27:10
28:10   37:21   38:5
43:11   45:4   45:10
45:16   46:15   46:21
47:4   47:16   49:10
55:9   55:16   56:12
58:16   59:8   61:22
64:13   64:21   66:12
71:8   73:22   76:12

**verbally** [1]   6:18

**version** [1]   54:9

**via** [2]   2:7   51:21

**vial** [2]   67:3   67:9

**view** [1] 74:2

**visible** [1]   41:1

**visited** [2]   78:4
78:16

**voice** [7] 67:18   67:19
67:20   68:1   68:16
68:17   68:20

**vs** [2]   1:6   55:16

**W** [1]   5:3

**Waco** [5]   24:7
24:21   25:1   38:23
40:6

**waived** [2]   4:10
4:12

**Walnut** [1]   23:9

**watch** [4]   42:4
42:22   43:7   58:9

**watching** [2]   57:12
58:5

**wearing** [1]   42:15

**Web** [1]   12:19

**week** [19]   14:9
36:9   37:10   39:23
40:1   40:4   40:7
40:10   40:14   56:23
67:14   67:24   68:5
68:7   68:13   68:24
78:22   80:6   80:10

**week's** [1]   57:5

**weekly** [2]   62:4
70:19

**weeks** [2]   40:16
75:6

**welcome** [2]   42:15
45:24

**Wellington** [1]   5:18

**whole** [1]   82:10

**Wichita** [21]   7:18
7:20   8:1   9:2
9:7   24:1   24:4
24:6   24:9   28:4
28:6   29:8   29:18
38:23   39:24   41:4
63:11   63:20   63:23
64:5   74:8

**wide** [1] 51:5

**willy-nilly** [1]   44:5

**Winselet** [1]   12:16

**wise** [1]   64:21

**within** [3]   1:15
25:5   36:19

**without** [4]   4:15
39:1   64:17   64:21

**witness** [3]   4:7
34:9   48:16

**Woman's** [1]   14:4

**women's** [8]   9:19
11:17   11:19   12:2
12:15   12:16   13:7
13:13

**word** [2] 49:5   54:8

**worked** [9]   8:17

**10:4   12:15   25:12
26:7   55:19   61:22
68:11   79:21

**Worth** [9]   18:18
19:1   24:16   26:9
40:14   54:12   54:13
72:15   72:16

**wrapping** [1]   71:1

**X** [2]   3:1   3:10

**year** [16] 7:17   28:3
28:3   28:4   28:5
32:15   33:22   56:9
56:19   58:12   66:9
67:15   68:3   73:1
73:5   75:1

**year-to-date** [1] 55:16

**years** [6] 26:22   28:5
41:11   46:8   66:24
68:4

**York** [4] 9:17   11:9
11:11   11:14

**younger** [1]   62:24

**zero** [2] 68:5   68:6