E-FILED
Monday, 28 February, 2005 03:15:08 PM
Clerk, U.S. District Court, ILCD



J&J 1427

J&J1427