

J&J 1428