UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

SPRINGFIELD DIVISION

M. JANE MINOR,

Plaintiff,

vs. No. 02-3354

CENTOCOR, INC., and JOHNSON & JOHNSON, INC.,

Defendants.

THE TELEPHONE DEPOSITION of ROBERT GINN, taken in the above-entitled case before Rhonda K. O'Neal, CSR, RPR, a Notary Public of Sangamon County, acting within and for the County of Sangamon, State of Illinois, at 2:07 o'clock P.M., on December 17, 2004, at 415 South Seventh Street, Springfield, Sangamon County, Illinois, pursuant to notice.

BALDWIN REPORTING & LEGAL-VISUAL SERVICES
SERVING ILLINOIS, INDIANA & MISSOURI
24 hrs (217) 788-2835 Fax (217) 788-2838
1-800-248-2835



APPEARANCES:

BAKER, BAKER & KRAJEWSKI LLC
BY: James P. Baker, Esq.
415 South Seventh Street
Springfield, Illinois 62701
On behalf of Plaintiff.

PUGH, JONES, JOHNSON & QUANDT, P.C.
BY: John M. Broderick, Esq.
180 North LaSalle Street
Suite 3400
Chicago, Illinois 60601
On behalf of Defendants, via telephone.

ALSO PRESENT:

Ms. M. Jane Minor
Ms. Velma Bailey



I N D E X

| DEPONENT | PAGE NUMBER |
|---|---|
| Robert Ginn | |
| Examination by Mr. Baker | 5, 49 |
| Examination by Mr. Broderick | 45 |

E X H I B I T S

| NUMBER | MARKED FOR IDENTIFICATION |
|---|---|
| Exhibit 90 | 7 |



S T I P U L A T I O N

It is stipulated and agreed, by and between the parties hereto, through their attorneys, that the telephone deposition of ROBERT GINN may be taken before Rhonda K. O'Neal, a Notary Public, Certified Shorthand Reporter, and Registered Professional Reporter, upon oral interrogatories, on the 17th of December A.D., 2004, at the instance of the Plaintiff at the hour of 2:07 o'clock P.M., 415 South Seventh Street, Springfield, Sangamon County, Illinois;

That the oral interrogatories and the answers of the witness may be taken down in shorthand by the Reporter and afterwards transcribed;

That all requirements of the Federal Rules of Civil Procedure and the Rules of the Supreme Court as to dedimus, are expressly waived;

That any objections as to competency, materiality or relevancy are hereby reserved, but any objection as to the form of question is waived unless specifically noted;

That the deposition, or any parts thereof may be used for any purpose for which depositions are competent, by any of the parties hereto, without foundation proof;

That any party hereto may be furnished copies of the deposition at his or her own expense.

COPY

Page 5

(Whereupon the Deponent was sworn by the Notary Public.)

ROBERT GINN

having been first duly sworn by the Notary Public, deposeth and saith as follows:

MR. BAKER: For the record, this is a deposition being conducted of Robert Ginn pursuant to the Federal Rules of Civil Procedure. The deposition is being conducted pursuant to agreement of the parties telephonically. I understand that Mr. Ginn and Mr. Broderick are speaking to us from someplace in the greater St. Louis area. And Ms. Minor and I and the court reporter are here in Springfield.

Have I accurately recited our stipulation, Mr. Broderick?

MR. BRODERICK: Yes.

EXAMINATION BY

MR. BAKER:

Q Okay. Good. Before I begin, may I call you Robert?

A That's fine. I, that's fine. I'll call you Jim, if that's okay.

Q Absolutely.

Page 6

A Okay.

Q Robert, will you state your name, address, and date of birth, please.

A My name is Robert Ginn. I live at 1309 Carriage Crossing Lane in Chesterfield, Missouri, and my date of birth is 12-24-57.

Q You have a birthday coming up?

A That's right.

MS. MINOR: Happy birthday.

MR. BAKER: Q Early happy birthday.

Where are you presently employed?

A I'm employed with Centocor.

Q And how long have you worked for Centocor?

A I'll have my five-year anniversary on January the 3rd of next year, so it's been almost five years.

Q Very good. What have you done to prepare for your deposition?

A I have, I went back this morning and looked through a couple of those files that I had relative to St. Joseph's. John had mentioned to me St. Joseph's--

MR. BRODERICK: Let me just advise the

Page 7

witness, don't discuss what we talked about.

THE DEPONENT: Okay. So that is pretty much the extent, and that was the sheet that was faxed to you earlier.

MR. BAKER: Okay. I have in my hand, and I'm going to ask the court reporter to mark as Exhibit 90, a document entitled at least at the top, Strategic Analysis.

(Whereupon a document was duly marked for purposes of identification as Exhibit Number 90 as of this date.)

MR. BAKER: Q And then has beneath that initial date July '01 and updated October 16, 2001.

Robert, is that one of the documents you reviewed?

A It is, and that's it.

Q Okay. Is this the only document that you've reviewed?

A John's shared some e-mails with me just before this meeting.

Page 8

Q Okay. Are those e-mails between Jane and yourself?

A Or I--was that or either I was copied.

Q Okay. But with respect to these e-mails, Jane was either a sender or a receiver?

A Correct.

Q Okay. Fine. Other than checking this file and talking with Mr. Broderick, have you done anything else to prepare for the deposition?

A No.

Q Okay. Could you give me an overview of your educational background?

A Yes. I graduated from the University of Mississippi School of Pharmacy in 1981 with a BS in pharmacy.

Q And after you graduated from pharmacy school, can you trace with me generally what your professional career has been?

A Yes. I spent I think about a year and a half in community resale pharmacy practice, and then I moved over to the hospital pharmacy. And I was, started out as director of pharmacy in a small hospital, and actually I was director of pharmacy in three different hospitals for

Page 9

approximately eight, eight, nine years.

And then I moved into a sales and marketing position with the company that I worked for who managed, kind of outsourced pharmacy departments in hospitals. And I did that for about 10, 10 years selling pharmacy management agreements. And then I moved into a position with Centocor as a health system account manager.

Q When did you, can you give me the date or the approximate date you began work with Centocor?

A I believe it was January 3, 2000.

Q And if I understand correctly, your position was health service account manager?

A Health system.

Q Health systems, I see.

A Health systems.

Q And is that the position you presently hold?

A I'm a national account manager.

Q Okay. In 2001 what were you?

A I was a health system account manager.

Q In 2000 and in 2001, did you have a geographic region of the county or of the country you covered?

Page 10

A You know, I was based in St. Louis. I had health systems that were based primarily in Missouri, Illinois, and in the Kansas City area. Now, those health systems own hospitals that were somewhat outside those areas as well, so I covered a pretty large territory, but the corporate offices that I called on were in the Midwest area.

Q Okay. Can you describe for me the duties of your job in 2001 as a health system account manager?

A Yes.

Q Would you, please?

A One of my responsibilities was to obtain contracts at a health system level for Retavase, our product. These were contracts that were discounts, and they were in some cases market share-driven contract, so I would do that and I would provide education, clinical education in the corporate offices about our product and then I would work with field salespeople as needed on initiatives, generally maybe key accounts as to, number one, explain the value of the contract, what it meant to them, what it might mean to them if they switched products, and we tried to support

Page 11

them in some of the efforts that were going on either to maintain or convert some hospitals.

Q Now, you said you obtained contracts at a health system level. Are you talking about with an organization that might own more than one hospital?

A Correct. In fact--

Q I'm sorry?

MR. BRODERICK: Sorry. We dropped out there. What was the question?

MR. BAKER: He answered part of the question. I'm not sure I got all of his answer. Let me have the court reporter read it back.

(Whereupon the requested portion of the record was read back by the Reporter.)

MR. BAKER: Q Let's move on then. Robert, when you sold Retavase, was that the hospital's, for use for cardiovascular purposes or for peripheral arterial disease purposes?

A Well, I, my role, my primary role was to work with the health care systems and, you know, it was more of a business decision in terms of which products used in the same therapeutic

Page 12

category, so I didn't, it wasn't so much focused on an indication as it was the product.

Q Let me ask you this question: I understand that in 2001 Centocor employed cardiovascular specialists and also vascular specialists, and that those individuals would contact hospitals concerning the possible purchase of Retavase. Would you agree with me as far as I've gone?

A Yes.

Q Okay. What did you do that they didn't do?

A I did the contracting. I was basically the person that they were, field salespeople, they could come to me and try to understand what the contracts were for their hospitals. They would occasionally bring me into the hospital or often to like the pharmacy director or some administrative person to explain the contract, how it worked, how they could perform under the contract. And if there were clinical discussions going on, I might have participated in those, but those were generally led by the representatives.

Q Now--excuse me. I interrupted you.

Page 13

With respect to hospitals that were a part of a health system, would you work in tandem with the cardiovascular reps and with the vascular reps?

A I, not, not normally at the system level, but if they wanted me to become involved with their account, then I would always work in tandem with them.

Q Okay. Are you acquainted with Jane Minor?

A Pardon?

Q Do you know Jane Minor?

MR. BRODERICK: Does he know Jane Minor?

MR. BAKER: That was my question.

THE DEPONENT: Yes. Yes, I do know Jane.

MR. BAKER: Q And how long have you known her, or how did you meet her?

A I would have met her shortly after beginning my employment with Centocor.

Q And how was it you and Jane came together?

A I don't know that I recall our first meeting. I think maybe we met initially in January of 2000 at our national sales meeting, but

Page 14

I think that's where we first met.

Q Okay. During the year 2000 and the year 2001, from time to time would you have contact with Jane either as a part of your doing your job or her doing her job?

A I did on occasion.

Q And can you explain to me without reference to particular circumstances generally how it was that you and she would have contact?

A The majority of our contact, as I recall, was in doing programs, maybe a continuing education program, a dinner program where I might be involved in bringing some of, you know, my corporate clients to the meeting where she would be involved in bringing her physician by it, this meeting.

Q Okay. When you say your corporate clients, would you be talking about pharmacists?

A They could be pharmacists, they could be other types. You know, some type of ET within the organization, people involved in purchasing.

Q Do you recall how many of these affairs or events you and Jane were at together where you both brought customers or clients?

Page 15

A I think it was about two.

Q And do you recall where each took place?

A I know we had at least two programs in St. Louis at Balaban's, and I believe that they were together for at least one of those, maybe two.

Q Okay. What was the role each of you had in those programs?

A Well, we were involved in the invitations, basically getting out invitations to individuals and then we would greet people when they came in, handle some of the logistics of the dinner and pay the bill and those types of things, and then a speaker to present the data.

Q Did you have to fight over who paid the bill?

A No. We got along pretty well on that.

Q Who arranged for the speaker?

A I think Jane was the lead with the speaker in most situations. I have maybe assisted to some degree.

Q Do you recall how well-attended these events were?

A I think the attendance was good.

Page 16

Q Okay. I want to talk with you about Exhibit 90. Do you have that in front of you, Robert?

A Yes, I do, Jim.

Q Okay. Now, up at the upper left-hand corner, it identifies the account, slash, prospect as St. Joseph St. Joseph West. Where is that medical facility located?

A St. Joseph Health Center is located in St. Charles, Missouri, and St. Joseph West is, would be their sister hospital, which is located in St. Charles County as well. It may be St. Peters, but it's in the same county.

Q Okay. What does Exhibit 90 tell me? Or what is it supposed to tell me? It tells me nothing, but I'm sure it's supposed to tell me something.

A Well, well, relative to Jane, it has some activity in there that was done in terms of getting the clinical evaluation kit request in place and then some subsequent programming after that. And I basically used this to communicate, something like a case study on this to the leadership team and, you know, other people

Page 17

involved in things.
Q Typically when you're developing a health system account, would one of these documents be prepared?
A Not always. Wasn't really a Centocor document per se.
Q Okay. Was this a document that you normally used?
A It's a document that I had used in previous account management especially when there might, it might be a little bit more complex or a number of players involved.
Q Okay. When did you start dealing with the St. Joseph Health System account?
A Well, their parent group, SSM, I began dealing with them from the start in January, February, whenever I kind of got my training behind me. And then I think it was around second and third quarter of '01 when I had more involvement.
Q Now, did St. Joseph's become a Retavase customer?
A They were a Retavase customer when I started, and then they quit to the competitor's

Page 18

product.
Q Okay. Now, let me stop you here. When you say they were a Retavase customer, was that a Retavase customer for heart attacks?
A Yes.
Q Okay. And do you recall when they switched to another or to a competitor?
A I do recall the switch. The exact date--they were in a clinical trial with the GUSTO V product.
Q With the what product?
A Pardon?
Q You said a, you say GUSTO V?
A Yes. It was a trial that involved Retavase as one of the drugs used.
Q And what does GUSTO V mean?
A I don't know if I recall the acronym on it, but basically the trial that they used combination therapy half dose of the lytic Retavase and ReoPro. It was sort of a new type of treatment.
Q This was a treatment for what?
A For myocardial infarction.
Q Okay, all right. And what was the result

Page 19

of the trial or the end result of the trial?
A I think the data was fairly good. I don't recall the specifics.
Q Now, did the trial have something to do with St. Joseph's discontinuing their buying of Retavase?
A When the trial was over, they discontinued using Retavase for their patients outside of the trial as well.
Q Okay. I want to make sure that I understand this. They discontinued using Retavase for heart attacks after the trial was over?
A Correct. I think when they started the trial, they used, you know, one lytic, Retavase for all their MI patients whether they be in the trial or outside the trial. And then at the end of the trial, they switched back over to our competitor's product, Activase, for MI.
Q And that was for MI, you said?
A Correct.
Q Do you know why it was?
MR. BRODERICK: He has a clarification.
MR. BAKER: Okay, sure. Go ahead.
THE DEPONENT: It's my understanding that this

Page 20

account used Activase for MIs before the trial. When the trial started they switched over to use Retavase for the trial and for their patients who were outside of the study.
MR. BAKER: Okay.
THE DEPONENT: At the end of the study, they switched back to Activase.
MR. BAKER: Q Okay. Do you know how long the trial lasted?
A I believe it lasted about a year, Jim.
Q Okay. If you know, how did Jane become or when did Jane become involved with the St. Joseph account?
A I believe Jane was involved in it from the time I started employment or approximately that same time.
Q Are you sure about that?
A Not.
Q Beg your pardon?
A Well, not absolutely because they were in a trial, and I wasn't involved with this specific account to a large degree in 2000. So I really don't know, I don't remember the specific time that Jane was involved in this.

Q Okay. Do you recall a point in time when Jane became a vascular rep or a vascular specialist?

A Well, I couldn't tell you the month when it happened.

Q I'm not asking for the month. Do you just remember that at some time it happened?

A Well, to be honest with you, I'm trying to remember if exactly when the vascular group was put into place. And I thought that was about the time that I started. Maybe it was a little bit after.

Q Okay. Maybe Mr. Broderick will correct me if I'm mistaken, but I think it was sometime in midyear of 2000.

A Okay.

Q It may have been earlier than that.

I want to take you to the year 2001, Robert, and ask if you worked with Jane on the St. Joseph's account?

A I had some conversations with Jane on the St. Joseph account. I don't remember being, working in the account with her.

Q Do you recall the nature of your



conversations? And I'm not asking you in detail what was said in each one but generally how they came about.

A We had some conversations around the clinical evaluation kit, and we had some conversations around program planning.

Q Okay. Do you recall what the conversations were about the clinical evaluation kit?

A Well, that she had acquired support from the interventional radiologists to try our kit, our Retavase kit, for vascular use.

Q Okay.

A And we were going to support the evaluation by providing them those kits at no expense.

Q Was that before or after St. Joseph's decided to discontinue using Retavase for heart attacks?

A I believe that was after.

Q Okay. Do you recall how you and Jane got together for that purpose?

A I believe it was a phone call.

Q She called you or you called her?



A I don't recall.

Q And do you recall--

A --called me. It may have been returning a call. I remember talking to her in a couple of evenings about this.

Q And can you recall for me the best you can the nature of your discussions with Jane about this account?

A I think the challenge was here that if Jane had gotten support to do a trial, some of the interventional radiologists had been to some programming where they learned more about how our drugs were used and were wanting to use it, and there was some resistance from Dr. Ferrini.

Q Who is Dr. Ferrini?

A Dr. Ferrini. He was the person who was the investigator for the GUSTO V trial.

Q Was he a cardiologist?

A No. Physician.

Q What was his specialty?

A I don't know what--he was like a VP in the hospital, he is like a VP in the hospital.

Q Okay.

A And I think like the hospitals report to



him, you know, for people in intensive care and that type of thing.

Q So he is more of an administrator type than a practitioner?

A Administrative formulary role.

Q And what was the problem with Dr. Ferrini?

A Well, he had made a decision to go with, switch back to Activase. And I know he just wanted to stick with it, best I could tell.

Q And how did that relate to the vascular business?

A Well, as I said, Dr. Ferrini has a position with the hospital more than being on staff, an administrative type position and, you know, what he wanted to do from a formulary perspective, his voice was heard pretty strong on that.

Q So if he had decided not to use Retavase for heart attacks, would that have been a hindrance to the hospital agreeing to use Retavase for peripheral vascular purposes?

A That's hard to say. If you look at it from a clinical perspective, I don't know that it

Page 25

would be a hindrance. If you looked at it from a financial or market share perspective the way the contracts were written, then it would be.

Q Can you explain that for me?

A Well, the contracts that were in place there were market share elements to them at times and safe to say with Activase, so you can get a better discount the bigger percentage you use within that class.

Q Okay. You're going to have to help me, Robert, because I don't know too much about medications; I'll represent that. Was Activase used--it may not have been indicated, but was it used for the treatment of peripheral vascular disease?

A Yes, it was.

Q Okay.

A And is.

Q So Retavase and Activase would have competed in both heart attack problems and peripheral vascular problems?

A Correct.

Q Okay. And as I understand from your testimony, I guess the more volume of the product

Page 26

the hospital purchased the more favorable the pricing would be?

A There were certain thresholds so that that could be true.

Q Okay. In your experience, Robert, once a hospital makes a decision concerning what type of medication they're going to put on their formulary, is it difficult to get that hospital to change its mind?

A It can be.

Q Okay. And getting back to St. Joseph's specifically, after St. Joseph's made the decision to go with Activase for heart attack purposes at the conclusion of this study, was it Jane's job to attempt to get St. Joseph's to use Retavase for peripheral vascular disease?

A Well, the whole team was basically told to go on educating the hospital on the use of Retavase, which would include programming for cardiovascular education as well as program we did for vascular education, and I think Jane in her role would be involved in facilitating education on the use of lytics in terms of letting the physicians know about the programming that was,

Page 27

that was in place and providing them responses and indication to our medical affairs on questions that they might have.

Q And did that relate to the vascular side?

A Right. Her focus would be the vascular side. There was another sales group whose focus was the cardiovascular side.

Q Do you recall who the cardiovascular specialist was that called on St. Joseph's?

A Well, when I first started, the cardiovascular was Chris Perzee, and then he left the company and was replaced by Kevin Brown. And I believe Kevin Brown was there for most if not all of 2001.

Q Okay. If you know, did Kevin Brown relocate to the St. Louis area from another part of the country?

A He did.

Q I'm sorry?

A Yes.

Q And would that have been sometime in 2001?

A I believe that that was maybe early 2001.

Q Okay. I'm not going to hold you to

Page 28

precise ages, but do you have an approximation as to how old Kevin Brown was?

A Mid 40s.

Q Okay. Do you know anything about the details associated with his relocation to the St. Louis area?

A Be more specific?

Q Yes. Do you know if it was a lateral transfer?

A Yes.

Q And do you know if the company moved him or he had to bear the expense of the move?

A No idea.

Q Okay. Was there at one time at St. Joseph's a trial about the use of Retavase for peripheral vascular disease?

A At which hospital? At St. Joseph's?

Q Yes.

A I don't recall that.

Q Okay. How long did you deal with Jane on the St. Joseph's account?

A I mean, we had a few conversations probably over the course of a few weeks.

Q Other than those few conversations, did

Page 29

you have any dealings with her on the St. Joseph's account?
A That's all that I recall.
Q Do you recall what her efforts were on the St. Joseph's account? And by that I mean what she did and what type of results she achieved?
A Well, she interacted with the interventional radiologists there. I know that one of them went to a vascular program in the Chicago area which was kind of a national type program. And she acquired a form for clinical evaluation kits, request form from one of the interventional radiologists.
Q Can you explain to me what a request form is?
A Well, for us to send products, evaluation products in to a hospital, we have to have that authorized by someone within the hospital to sign it and the request form.
Q Is that because Retavase was not indicated for peripheral vascular disease?
A No. That would apply whether it be for cardiovascular use or--
Q I see. So the significance of the

Page 30

request form is that a physician was willing to take on some Retavase and try it?
A It was just, it was a written communication that he wanted to evaluate the product.
Q Okay. And evaluate it for peripheral vascular problems?
A I don't believe the form specified what the indication was.
Q Okay. What type of specialist was it again, Robert?
A Interventional radiologist.
Q And do they normally deal with heart attacks or peripheral vascular disease, or did they do both?
A They generally do peripheral vascular disease.
Q Okay. Robert, if you, on Exhibit Number 90, down in the lower left-hand corner, there is a box and the box is headed red flags.
A Right.
Q I sometimes use the term red flags, but how did you mean it in this document?
A Well, it's basically an area of concern

Page 31

or something that might be an obstacle to you achieving your sales objectives.
MR. BAKER: Can you read back that answer for me.
(Whereupon the requested portion of the record was read back by the Reporter.)
MR. BAKER: Q I want to read into the record a comment here and then have you tell me basically what was going on, okay?
A Okay.
Q Ferrigni and Roettgers unwilling to reverse decision in--I'm assuming in less than one year--without G-Tech giving away--I'm not sure if that's fee or free kits to supplement deal. St. Joseph may have gentleman's agreement at G-Tech.
Have I read it correctly?
A I think that that second line is a new thought.
Q Okay. All right, fine. Let's take them separately then. The first line dealing with Ferrini and Roettgers. What does that refer to?
A Dr. Ferrini? He's the VP or

Page 32

administrative physician that has, he was a investigator in the trial, and he also had, sits on the formularies committee. Tim Roettgers is the director of pharmacy.
Q Okay. So I say when they were unwilling to reverse the decision, is that the decision to put Activase on the formulary instead of Retavase?
A In other words, they had made a decision to take Retavase off the formulary and put Activase on the formulary.
Q Okay.
A And they were unwilling to reverse that decision in less than one year. And I think what this, this is without, this is, I believe this was a document where maybe some of the wrap-around didn't print out, but probably without a, whatever the certificate of this was may have had something to do with data or contracts. I don't recall.
Q Okay. Do you know a woman named Michele Johnson?
A Yes. I know Michele.
Q Did Michele have any involvement with the St. Joseph's account?
A She was the area business manager, and

Page 33

Chris Perzee who I mentioned earlier as the representative, cardiovascular representative, and later Kevin Brown reported to her.

Q If you know, did Michele have anything to do with Dr. Ferrini's decision to go with Activase?

A Certainly wouldn't have encouraged it.

Q You kind of cut out.

A I'm sorry. I said she certainly would not have encouraged that. She managed the people calling on the account, and she would from time to time work with them in the field and go into the accounts with them.

Q Okay. I guess my question is did she do anything or not do something which upset Dr. Ferrini?

A Not to my knowledge.

Q Okay. Were you ever successful--or let me put it this way: Was Centocor ever successful in securing Retavase business with St. Joseph's after they made the decision to go to Activase?

A No. I don't believe they used Retavase after that. I mean, we had success with some of the physicians wanting to use it.

Page 34

Q Okay. Robert, as you sit here, are you aware of anything that Jane Minor did or that she didn't do which prevented Centocor from being successful in marketing Retavase or selling Retavase to St. Joseph's?

A Okay. Am I aware of anything that she did or didn't do to make it unsuccessful?

Q Right.

A No. I'm not aware of any specific instances, no.

Q If you can, are you in a position that you can characterize how, the competence and thoroughness of Jane in calling upon the St. Joseph's account?

A I didn't go on any sales calls with Jane where she would have been calling on physicians to my recollection. I don't remember working with her in the field other than being with her at the dinner programs or basically company type meetings.

Q Are you aware of anything that Jane did where she didn't fulfill something she should have done on the St. Joseph's account?

A No, not to my knowledge.

Page 35

Q Okay. Are you familiar with a hospital in Evansville, Indiana called St. Mary's?

A Not very familiar.

Q I'm sorry. I didn't hear that.

A Somewhat but not very familiar with St. Mary's.

Q Have you ever attempted to sell Retavase to either St. Mary's or to the health system at St. Mary's as a part of it?

A Yes.

Q If you know, has Centocor ever been successful in selling Retavase to St. Mary's?

A In general I would say no.

Q Okay.

A There may have been some sporadic use, but it's really hard for me to recall specifics.

Q Do you have any recollections of dealing with Jane in attempt to getting contract details and information for a possible sale of product to St. Mary's?

A Well, I provided her some information on the contract which was on the e-mail, so that kind of helped my memory on that.

Q Okay.

Page 36

A I made I think at least one visit to the hospital and spoke to them about the contract at the time I was with the cardiovascular representative.

Q Okay. Do you recall if there was some particular difficulty associated with Centocor selling product to St. Mary's or its health system?

A Not, not so much at the health system level. St. Mary's Hospital was, they'd been an Activase hospital for a while so--.

Q Was Activase on its formulary, if you know?

A Correct.

Q Okay. That raises a question. When a hospital places a medication on its formulary, what would be the process of a representative representing a competitor of the product that's on formulary to get the hospital to take the competitor's product off the formulary so it could sell product to it?

A Well, the representative would want to discuss the clinical efficacy of the product. If there were comparative information that could be

Page 37

discussed. Want to discuss the safety of your product, and then if there's buy-in at that point, you could also discuss the cost as well.

Q Back in 2001, were there studies that had indicated that Retavase was a superior product than Activase for purposes of treating peripheral vascular disease?

A There were I think a couple of studies. I don't know that it's for peripheral vascular disease, if they were comparing one drug to the other. I do believe there was some comparison trials on catheter clearance between Retavase and Activase.

Q Okay.

A Presentation.

Q Back in 2001, at least at a health system level, which I assume is your area of expertise, how successful was Centocor in competing pricewise with Activase?

Let me start over. That was a rotten question. Back in 2001, in its efforts to sell Retavase, was Centocor competitive with the manufacturer of Activase?

A Competitive in price?

Page 38

Q Yes. I'm sorry.

A Yes, yes. We were somewhat more aggressive in our contract for that indeed than our competitor.

Q If you know one way or another, did Jane have any success with St. Mary's in terms of selling Retavase?

A I really don't know.

Q Okay.

A I know overall that there wasn't a conversion at that hospital. There may have been some use of Retavase by the interventional radiologists there, or it might have been a clinical evaluation kit, but it seems like to me that they may have tried it or at least one physician.

Q Okay. Other than the St. Joseph's account and to the extent we've talked about the St. Mary's account, do you have recollection of dealing with Jane in either 2000 or 2001 concerning any other specific accounts?

A I believe we had some conversations about some of the business in Peoria area. I know she worked with one of the physicians there for an

Page 39

educational seminar type program.

Q Was that at Methodist Hospital in Peoria, or do you remember?

A Methodist or St. Francis there and Dr. Castaneda. I thought he was associated with St. Francis. He may have privileges at both hospitals. Not absolutely clear on that.

Q Okay. What were your dealings with Jane in the Peoria area?

A Well, again, I don't know that we, we didn't call any customers together. I did go into Methodist Hospital, and I believe she requested I go in there and meet with John Powerton in the pharmacy about our agreement. And I don't recall her sitting in on that meeting.

Q Did she coordinate or arrange the meeting?

A I think she may have. It seems to me that maybe I talked to her right before I came. I can't remember if it was on the phone or maybe in the hallway of the hospital.

Q Okay. During the time you worked for Centocor and Jane worked for Centocor as a vascular rep, how frequently would you and she

Page 40

communicate concerning business matters either by telephone or in written form of some sort?

A The frequency was not really high, as I recall. We would communicate as needed, some by e-mail or voice mail and a few live conversations.

Q Based upon your limited exposure or contact with Jane, when you dealt with her, did appear to you that she was fairly thorough?

A Thorough in--?

Q In handling customer--

A --business?

Q I'm sorry. I didn't hear that.

A Sure. She was thorough in what way?

Q Thorough in dealing with either actual customers or potential customers?

A Yeah. I wasn't there when she interacted with the customers. I don't see her firsthand.

Q Would she include you on e-mails when she provided updates on her accounts?

A I guess on occasion, yes.

Q Okay.

A I don't know if I was included on all of them obviously.

Q Sure. How frequently would you get

Page 41

updates from her?
A Jim, I honestly don't remember.
MR. BAKER: Okay. Let's, John, let's take a minute.
MR. BRODERICK: Yes. Let's take a few minutes. Want to call me back in 10?
MR. BAKER: Yes. That's fine.
MR. BRODERICK: Okay.
(Whereupon a short recess was taken at 3:11 p.m.)
MR. BAKER: Q Just a couple more questions.
Robert, do you have any recollection in 2001 of a meeting in St. Louis with a man named Bill Reed.
A I met with him a number of times.
Q Do you recall an SSM meeting?
A Well, that's, he was, he was corporate pharmacy director for SSM.
Q I'm sorry. I didn't hear all that.
A He--that's who he worked for. That was--so I met with him a number of times. An employee of SSM.
Q Do you recall a meeting that, in St. Louis that you and Bill Reed and Jane were all

Page 42

present for?
A I did a video teleconference meeting, kind of headed that up, and we had some other people from Centocor there. Let' see. I remember, I believe Michele was there, Chris. I think Rubin and Jane may have been there. I don't specifically remember her being at this one.
We did, some of the local people in St. Louis came to like a board room, and then we did a video conference to--they had like 22 hospitals in the system, so some people were calling in over the videoconferencing equipment. So we did that meeting and then did another meeting outside St. Louis where people were there and present.
Q Okay. The meeting in St. Louis--putting Jane aside for a moment, do you recall any other either vascular specialists or cardiovascular specialists that were present?
A I remember Chris Perzee. I remember her being there at one of those and Rubin Willis.
Q And were they--what were they? Were they cardiovascular or vascular specialists?
A Cardiovascular.

Page 43

Q Okay. Robert, do you have any recollection in 2001 receiving from Jane any materials relating to a program in Oak Brook, Illinois?
A Yes.
Q Can you tell me what you recall receiving and--?
A Well, the program in Oak Brook, Illinois, as I recall it, was a program, an educational program where I think it was either Dr. Castaneda or Dr. McNamara. And it was an educational symposium, and I believe that we provided financial support for the symposium. And then there was I believe some continuing education credits involved with it. There was a program flier invitation that was created and given to physicians interested in attending. And she gave me some of those invitations--
Q She being Jane?
A (Continuing)--to give to some of the customers I might come in contact with at the health system level, maybe the pharmacy reps that I might be interested in contacting to make them aware.

Page 44

Q Okay. Robert, do you have any knowledge about what Jane's role was with respect to this event in Oak Brook?
A There's some, you know, would be some paperwork involved in, you know, getting the funding approved to do that, and I would assume that she was involved in that paperwork process.
Q Did you attend the Oak Brook event?
A No.
MR. BAKER: Okay. All right. I think I have no further questions.
MR. BRODERICK: I just have a few follow-up.
MR. BAKER: Hold on just a second, John. I'm sorry.
MR. BRODERICK: Okay.
MR. BAKER: Q Robert, did you ever receive a list of the attendees of the Oak Brook event?
A I don't, I don't recall.
Q Okay. All right.
A May have. I mean, it wouldn't have been uncommon, but I don't recall.
Q Okay. You don't have any recollection how many attendees there were?
A No.

MR. BAKER: Okay. Fine. All right. That's all. Thank you very much.

MR. BRODERICK: We don't have to hang up or anything. Just give me two minutes here.

(Whereupon a short recess was taken at 3:26 p.m.)

EXAMINATION BY MR. BRODERICK:

Q Okay. Thanks for giving me that breather.

All right. Just for the record, this is John Broderick for Centocor. Robert, were you in any kind of supervisory capacity over Ms. Minor?

A No.

Q Were you ever asked by Centocor to do any kind of evaluation for Ms. Minor?

A No.

Q Was that part of your responsibilities at Centocor to do any kind of evaluation of Ms. Minor's performance?

A No.

Q Regarding St. Joseph's, when did you, can you pinpoint a month in 2001 or a couple of months where it seems to, you realized that St. Joseph's



probably wasn't going to return to Retavase?

A Well, I mean, we knew it was going to be a challenge from the time that they made the decision, but we continued to work on it on a number of different angles up until at least the end of the year.

Q Did the fact that St. Joseph's decided not to, decided to switch to Activase, did that impact your compensation plan?

A It did.

Q Did you receive an SIPC bonus?

A Yes.

Q And that reflected that SIPC bonus or impacted the SIPC bonus?

A Correct, correct. St. Joseph's was part of the SSM health system which was part of my evaluation.

Q To your knowledge, did St. Joseph's, did the fact that St. Joseph's decided to switch to Activase, did that impact other individuals' SIPC bonus as well?

A Yes. Kevin Brown for one. He's quite vocal about it. And would have been Kevin Brown's manager, Michele, and then ultimately her manager



too.

Q So many individuals at Centocor had a stake in this account, is that correct?

A Correct.

Q This document, it says it was last--this document, Exhibit 90, the strategic analysis for St. Joseph's, it says it was last updated on October 16, 2001, right?

A Right.

Q Does this reflect that there were ongoing continuing efforts through the fall of 2001 to try and market Retavase to St. Joseph's?

A It does.

Q So Centocor didn't give up on St. Joseph's just because the somebody at St. Joseph's decided to switch to Activase, is that correct?

A No, no. We tried to formulate a sales strategy and plan to get them to change back.

Q Okay. So is it a correct statement that Centocor did not give up on St. Joseph's just because there was a decision at St. Joseph's to switch to Activase, correct?

A No.



MR. BRODERICK: No, no, no.

Could you read back my question, Madam Court Reporter?

(Whereupon the requested portion of the record was read back by the Reporter.)

THE DEPONENT: That's correct. We continued to probably double our efforts.

MR. BRODERICK: Q So the St. Joseph's as an account stayed in your portfolio of accounts even after that decision at St. Joseph's to switch to Activase was made, is that correct?

A Correct.

Q Is it possible that St. Joseph's would have remained in your account for a very long time?

A Yes.

Q So even though it was having a negative impact on your compensation, it would have remained in your account portfolio, is that correct?

A That's correct.

Q Is it possible the account may never have been removed from your portfolio?

Page 49

MR. BAKER: John, I didn't hear that.
MR. BRODERICK: Q Is it possible that St. Joseph's as a hospital in his account portfolio, is it possible that it may never have been removed from your portfolio?
A It stayed in my portfolio as long as I was in that job.
MR. BRODERICK: All right. No further questions.

EXAMINATION (CONT'D)
BY MR. BAKER:

Q Couple of follow-ups, Robert. How is your bonus calculated, if you know?
A Pretty complex, but it was, a portion of it was billed as the total number of vials used, and a portion of it was market share. So there were a number of different factors, and it changed from time to time. But it had to do with how much of it was used in quantity and how much as a percent of the overall used within that customer.
Q Okay. So there was a specific formula that would be used to calculate bonus, is that correct?
MR. BRODERICK: We missed the first part of

Page 50

that question.
MR. BAKER: Q There was some sort of formula that was utilized by Centocor to calculate your bonus?
A Right. Our sales operation crew would manage that formula.
Q So it didn't depend upon the discretion of your boss?
A No.
Q And do I understand this was a bonus that would be redeemable in cash rather than points that you could use to purchase merchandise for?
A We had, the SIPC was cash and, you know, it was based upon usage of the drug. At some point, we had a portion of that based on what we would call NBOs, new business objectives, and points what you were talking about was maybe for contests outside your SIPC.
Q So the points were for something other than the bonus that John asked you about?
A Division two.
Q Okay. Fine. Now, you in response to one of John's questions about what you did after Retavase was taken off the St. Joseph formulary,

Page 51

you said you doubled your effort at St. Joseph's. What do you mean by that?
A Well, we tried to take a close look at what we could do to overturn that decision by looking at all the different people who might influence that decision to include clinicians, people from the emergency room, cardiology, people in pharmacy, people in administration, people at the health care system. And would try to apply some type of sales strategy to each of those influencers.
Q Okay. When Retavase was being purchased by St. Joseph's for purposes of this study, did you receive some sort of benefit at least in terms of credit toward a bonus?
A When it was in the trial stage, the drug that was used for the trial, I would not get any benefit for that. Not everybody qualifies for the study depending on the study design, and for those patients who received Retavase that weren't in the trial, then I would receive credit for those.
Q Would that have been the same with the, either the vascular reps or the cardiovascular reps who were involved in the St. Joseph account

Page 52

when it was using Retavase?
A It would be consistent, yes.
Q Okay. When you began doubling your effort with the St. Joe's account, did you know it was an uphill battle to get them to change their mind?
A I saw it as a challenge.
Q Okay. Who made the decision to double effort?
A I think it was, you know, more of a mutual decision. I mean, it was certainly something that I wanted to do, Kevin Brown wanted to do, you know, people who were impacted by it, by the decision.
Q And that would have been people that had been selling Retavase for cardiovascular purposes?
A It would have included those people, and it could have included vascular people as well.
Q Do you know if the hospital prior to deciding not to use Retavase had used Retavase at all for vascular purposes?
A I don't know that they did. I don't have any recollection that they did.
MR. BAKER: Okay. Fine. All right. I have

no further questions. Thank you very much.

MR. BRODERICK: I guess we will reserve signature.

MR. BAKER: John, I'm going to have Caren Mansfield from my office give you a call when you get back into the office so that we can set aside time for the remaining two depositions, okay?

MR. BRODERICK: Yes, yes, sure.

MR. BAKER: All right. Very good.

MR. BRODERICK: Okay.

MR. BAKER: Thank you both.

(Further deponent saith not.)



I, ROBERT GINN, having read the above and foregoing, find the same to be true and correct with the following additions and/or corrections, if any:

Page_______Line_____Change:

Page_______Line_____Change:

Page_______Line_____Change:

Robert Ginn (12/17/04) DATE



STATE OF ILLINOIS )
) SS
COUNTY OF SANGAMON )

CERTIFICATE

I, Rhonda K. O'Neal, a Notary Public, Certified Shorthand Reporter, and Registered Professional Reporter, in and for said County and State do hereby certify that the Deponent herein, ROBERT GINN, prior to the taking of the foregoing deposition, and on the 17th of December A.D., 2004, was by me duly sworn to testify to the truth, the whole truth and nothing but the truth in the cause aforesaid; that the said deposition was on that date taken down in shorthand by me and afterwards transcribed, and that the attached transcript contains a true and accurate translation of my shorthand notes referred to.

Given under my hand and seal this 29th day of December A.D., 2004.

Rhonda K. O'Neal

Notary Public and
Certified Shorthand Reporter
and Registered Professional Reporter

License No. 084-004158

OFFICIAL SEAL
RHONDA K. O'NEAL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-13-2008

'01 [2] 7:16 17:19
02-3354 [1] 1:7
07 [2] 1:16 4:6
084-004158 [1] 55:23
1-800-248-2835 [1] 1:24
10 [3] 9:6 9:6 41:6
11 [1] 41:10
12-24-57 [1] 6:6
12/17/04 [1] 54:24
1309 [1] 6:4
16 [2] 7:16 47:8
17 [1] 1:17
17th [2] 4:5 55:9
180 [1] 2:6
1981 [1] 8:14
2 [2] 1:16 4:6
2000 [7] 9:11 9:22 13:24 14:2 20:22 21:15 38:20
2001 [19] 7:17 9:20 9:22 10:9 12:4 14:3 21:18 27:14 27:22 27:23 37:4 37:16 37:21 38:20 41:13 43:2 45:23 47:8 47:11
2004 [4] 1:17 4:5 55:10 55:18
217 [2] 1:23 1:23
22 [1] 42:10
24 [1] 1:23
26 [1] 45:6
29th [1] 55:17
3 [3] 9:11 41:10 45:6
3400 [1] 2:6
3rd [1] 6:16
40s [1] 28:3
415 [3] 1:17 2:3 4:6
45 [1] 3:4
49 [1] 3:4
5 [1] 3:4
60601 [1] 2:7
62701 [1] 2:3
7 [1] 3:12
788-2835 [1] 1:23
788-2838 [1] 1:23
90 [7] 3:12 7:7 7:13 16:2 16:14 30:19 47:6
A.D [3] 4:5 55:9 55:18
above [1] 54:1
above-entitled [1] 1:13
absolutely [3] 5:24 20:20 39:7
account [34] 9:8 9:13 9:19 9:21 10:9 13:7 16:6 17:3 17:10 17:14 20:1 20:13 20:22 21:20 21:22 21:23 23:8 28:21 29:2 29:5 32:23 33:11 34:14 34:23 38:18 38:19 47:3 48:10 48:15 48:20 48:23 49:3 51:24 52:4
accounts [5] 10:21 33:13 38:21 40:19 48:10
accurate [1] 55:15
accurately [1] 5:15
achieved [1] 29:6
achieving [1] 31:2
acquainted [1] 13:9
acquired [2] 22:10 29:11
acronym [1] 18:17
acting [1] 1:15
Activase [23] 19:18 20:1 20:7 24:9 25:7 25:12 25:19 26:13 32:7 32:10 33:6 33:21 36:11 36:12 37:6 37:13 37:19 37:23 46:8 46:20 47:16 47:23 48:12
activity [1] 16:19
actual [1] 40:14
additions [1] 54:3
address [1] 6:3
administration [1] 51:8
administrative [4] 12:19 24:5 24:15 32:1
administrator [1] 24:3
advise [1] 6:24
affairs [2] 14:22 27:2
aforesaid [1] 55:12
afterwards [2] 4:8 55:14
again [2] 30:11 39:10
ages [1] 28:1
aggressive [1] 38:3
agree [1] 12:8
agreed [1] 4:2
agreeing [1] 24:21
agreement [3] 5:10 31:16 39:14
agreements [1] 9:7
ahead [1] 19:23
almost [1] 6:16
along [1] 15:17
always [2] 13:7 17:5
analysis [2] 7:8 47:6
angles [1] 46:5
anniversary [1] 6:15
answer [2] 11:12 31:3
answered [1] 11:11
answers [1] 4:8
appear [1] 40:8
APPEARANCES [1] 2:1
apply [2] 29:22 51:9
approved [1] 44:6
approximate [1] 9:10
approximation [1] 28:1
area [11] 5:13 10:3 10:7 27:16 28:6 29:10 30:24 32:24 37:17 38:23 39:9
areas [1] 10:5
arrange [1] 39:16
arranged [1] 15:18
arterial [1] 11:20
aside [2] 42:17 53:6
assisted [1] 15:20
associated [3] 28:5 36:6 39:5
assume [2] 37:17 44:6
assuming [1] 31:13
attached [1] 55:14
attack [2] 25:20 26:13
attacks [5] 18:4 19:12 22:19 24:20 30:14
attempt [2] 26:15 35:18
attempted [1] 35:7
attend [1] 44:8
attendance [1] 15:24
attendees [2] 44:17 44:23
attending [1] 43:17
attorneys [1] 4:3
authorized [1] 29:18
aware [5] 34:2 34:6 34:9 34:21 43:24
away [1] 31:14
B [2] 3:9 5:3
background [1] 8:12
Bailey [1] 2:10
Baker [32] 2:2 2:2 2:2 3:4 5:6 5:19 6:10 7:5 7:15 11:11 11:17 13:14 13:16 19:23 20:5 20:8 31:3 31:8 41:3 41:7 41:11 44:10 44:13 44:16 45:1 49:1 49:11 50:2 52:24 53:4 53:9 53:11
Balaban's [1] 15:4
BALDWIN [1] 1:22
based [5] 10:1 10:2 40:6 50:14 50:15
battle [1] 52:5
bear [1] 28:12
became [1] 21:2
become [4] 13:6 17:21 20:11 20:12
Beg [1] 20:19
began [3] 9:10 17:15 52:3
begin [1] 5:20
beginning [1] 13:19
behalf [2] 2:4 2:7
behind [1] 17:18
beneath [1] 7:15
benefit [2] 51:14 51:18
best [2] 23:6 24:10
better [1] 25:8
between [3] 4:2 8:1 37:12
bigger [1] 25:8
bill [4] 15:13 15:16 41:14 41:24
billed [1] 49:15
birth [2] 6:3 6:6
birthday [3] 6:7 6:9 6:10
bit [2] 17:11 21:11
board [1] 42:9
bonus [10] 46:11 46:13 46:14 46:21 49:13 49:22 50:4 50:10 50:20 51:15
boss [1] 50:8
box [2] 30:20 30:20
breather [1] 45:10
bring [1] 12:17
bringing [2] 14:13 14:15
Broderick [26] 2:5 3:4 5:11 5:16 5:17 6:24 8:8 11:9 13:13 19:22 21:13 41:5 41:8 44:12 44:15 45:3 45:8 45:12 48:1 48:9 49:2 49:8 49:24 53:2 53:8 53:10
Brook [5] 43:3 43:8 44:3 44:8 44:17
brought [1] 14:24
Brown [7] 27:12 27:13 27:15 28:2 33:3 46:22 52:12
Brown's [1] 46:23
BS [1] 8:14
business [8] 11:23 24:12 32:24 33:20 38:23 40:1 40:11 50:16
buy-in [1] 37:2
buying [1] 19:5
C [2] 55:3 55:3
calculate [2] 49:22 50:3
calculated [1] 49:13
calls [1] 34:15
capacity [1] 45:13
cardiologist [1] 23:18
cardiology [1] 51:7
cardiovascular [15] 11:19 12:5 13:3 26:20 27:7 27:8 27:11 29:23 33:2 36:3 42:18 42:23 42:24 51:23 52:16
care [3] 11:22 24:1 51:9
career [1] 8:18
Caren [1] 53:4
Carriage [1] 6:5
case [2] 1:13 16:23
cases [1] 10:16
cash [2] 50:11 50:13
Castaneda [2] 39:5 43:10
category [1] 12:1
catheter [1] 37:12
Center [1] 16:9
Centocor [24] 1:8 6:12 6:14 9:8 9:10 12:4 13:19 17:5 33:19 34:3 35:11 36:6 37:18 37:22 39:23 39:23 42:4 45:12 45:15 45:19 47:2 47:14 47:21 50:3
CENTRAL [1] 1:2
certain [1] 26:3
certainly [3] 33:7 33:9 52:11
certificate [1] 32:17
Certified [3] 4:4 55:5 55:20
certify [1] 55:7
challenge [3] 23:9 46:3 52:7
change [6] 26:9 47:19 52:5 54:5 54:6 54:7
changed [1] 49:17
characterize [1] 34:12
Charles [2] 16:10 16:12
checking [1] 8:7
Chesterfield [1] 6:5
Chicago [2] 2:7 29:10
Chris [4] 27:11 33:1 42:5 42:20
circumstances [1] 14:8
City [1] 10:3

**Civil** [2] 4:10 5:8 35:18 35:22 36:2 38:3
**clarification** [1] 19:22
**class** [1] 25:9
**clear** [1] 39:7
**clearance** [1] 37:12
**clients** [3] 14:14 14:18 14:24
**clinical** [10] 10:18 12:21 16:20 18:9 22:5 22:8 24:24 29:11 36:23 38:14
**clinicians** [1] 51:6
**close** [1] 51:3
**combination** [1] 18:19
**coming** [1] 6:7
**comment** [1] 31:9
**committee** [1] 32:3
**communicate** [3] 16:22 40:1 40:4
**communication** [1] 30:4
**community** [1] 8:20
**company** [4] 9:3 27:12 28:11 34:19
**comparative** [1] 36:24
**comparing** [1] 37:10
**comparison** [1] 37:11
**compensation** [2] 46:9 48:19
**competed** [1] 25:20
**competence** [1] 34:12
**competency** [1] 4:12
**competent** [1] 4:15
**competing** [1] 37:18
**competitive** [2] 37:22 37:24
**competitor** [3] 18:7 36:18 38:4
**competitor's** [3] 17:24 19:18 36:20
**complex** [2] 17:11 49:14
**concern** [1] 30:24
**concerning** [4] 12:7 26:6 38:21 40:1
**conclusion** [1] 26:14
**conducted** [2] 5:7 5:9
**conference** [1] 42:10
**consistent** [1] 52:2
**CONT'D** [1] 49:10
**contact** [6] 12:7 14:3 14:9 14:10 40:7 43:21
**contacting** [1] 43:23
**contains** [1] 55:15
**contests** [1] 50:18
**continued** [2] 46:4 48:7
**continuing** [4] 14:11 43:14 43:20 47:11
**contract** [8] 10:17 10:22 12:19 12:21
**contracting** [1] 12:13
**contracts** [7] 10:14 10:15 11:3 12:16 25:3 25:5 32:18
**conversations** [9] 21:21 22:1 22:4 22:6 22:8 28:22 28:24 38:22 40:5
**conversion** [1] 38:11
**convert** [1] 11:2
**coordinate** [1] 39:16
**copied** [1] 8:3
**copies** [1] 4:17
**corner** [2] 16:6 30:19
**corporate** [5] 10:6 10:19 14:14 14:17 41:17
**correct** [21] 8:6 11:7 19:13 19:20 21:13 25:22 36:14 46:15 46:15 47:3 47:4 47:17 47:20 47:23 48:7 48:12 48:13 48:21 48:22 49:23 54:2
**corrections** [1] 54:3
**correctly** [2] 9:12 31:18
**cost** [1] 37:3
**country** [2] 9:23 27:17
**county** [9] 1:15 1:15 1:18 4:6 9:23 16:12 16:13 55:2 55:6
**couple** [6] 6:21 23:4 37:8 41:11 45:23 49:12
**course** [1] 28:23
**court** [6] 1:1 4:11 5:13 7:6 11:13 48:3
**covered** [2] 9:24 10:5
**created** [1] 43:16
**credit** [2] 51:15 51:21
**credits** [1] 43:15
**crew** [1] 50:5
**Crossing** [1] 6:5
**CSR** [1] 1:14
**customer** [6] 17:22 17:23 18:3 18:4 40:10 49:20
**customers** [6] 14:24 39:11 40:15 40:15 40:17 43:21
**cut** [1] 33:8
**D** [1] 3:1
**data** [3] 15:14 19:2 32:18
**date** [9] 6:3 6:6 7:14 7:16 9:9 9:10 18:9 54:24 55:13
**deal** [3] 28:20 30:13 31:15
**dealing** [6] 17:13 17:16 31:22 35:17 38:20 40:14
**dealings** [2] 29:1 39:8
**dealt** [1] 40:7
**December** [4] 1:17 4:5 55:9 55:18
**decided** [6] 22:18 24:19 46:7 46:8 46:19 47:16
**deciding** [1] 52:20
**decision** [19] 11:23 24:8 26:6 26:12 31:13 32:6 32:6 32:8 32:13 33:5 33:21 46:4 47:22 48:11 51:4 51:6 52:8 52:11 52:14
**dedimus** [1] 4:11
**Defendants** [2] 1:9 2:7
**degree** [2] 15:21 20:22
**departments** [1] 9:5
**depend** [1] 50:7
**depending** [1] 51:19
**deponent** [9] 3:2 5:1 7:2 13:15 19:24 20:6 48:7 53:12 55:7
**deposeth** [1] 5:5
**deposition** [10] 1:12 4:3 4:14 4:17 5:7 5:9 6:19 8:9 55:9 55:12
**depositions** [2] 4:15 53:7
**describe** [1] 10:8
**design** [1] 51:19
**detail** [1] 22:1
**details** [2] 28:5 35:18
**developing** [1] 17:2
**different** [4] 8:24 46:5 49:17 51:5
**difficult** [1] 26:8
**difficulty** [1] 36:6
**dinner** [3] 14:12 15:13 34:19
**director** [5] 8:22 8:23 12:18 32:4 41:18
**discontinue** [1] 22:18
**discontinued** [2] 19:8 19:11
**discontinuing** [1] 19:5
**discount** [1] 25:8
**discounts** [1] 10:16
**discretion** [1] 50:7
**discuss** [4] 7:1 36:23 37:1 37:3
**discussed** [1] 37:1
**discussions** [2] 12:21 23:7
**disease** [9] 11:20 25:15 26:16 28:16 29:21 30:14 30:17 37:7 37:10
**DISTRICT** [2] 1:1 1:2
**Division** [2] 1:3 50:21
**document** [10] 7:7 7:9 7:21 17:6 17:7 17:9 30:23 32:15 47:5 47:6
**documents** [2] 7:18 17:3
**done** [4] 6:18 8:8 16:19 34:23
**dose** [1] 18:19
**double** [2] 48:8 52:8
**doubled** [1] 51:1
**doubling** [1] 52:3
**down** [3] 4:8 30:19 55:13
**Dr** [11] 23:14 23:15 23:16 24:7 24:13 31:24 33:5 33:16 39:5 43:10 43:11
**dropped** [1] 11:9
**drug** [3] 37:10 50:14 51:16
**drugs** [2] 18:15 23:13
**duly** [3] 5:4 7:10 55:10
**During** [2] 14:2 39:22
**duties** [1] 10:8
**E** [5] 3:1 3:9 5:3 55:3 55:3
**e-mail** [2] 35:22 40:5
**e-mails** [4] 7:23 8:1 8:4 40:18
**early** [2] 6:10 27:23
**educating** [1] 26:18
**education** [7] 10:18 10:18 14:12 26:20 26:21 26:22 43:14
**educational** [4] 8:12 39:1 43:9 43:11
**efficacy** [1] 36:23
**effort** [3] 51:1 52:4 52:9
**efforts** [5] 11:1 29:4 37:21 47:11 48:8
**eight** [2] 9:1 9:1
**either** [11] 8:3 8:5 11:2 14:4 35:8 38:20 40:1 40:14 42:18 43:10 51:23
**elements** [1] 25:6
**emergency** [1] 51:7
**employed** [3] 6:11 6:12 12:4
**employee** [1] 41:22
**employment** [2] 13:19 20:15
**encouraged** [2] 33:7 33:10
**end** [4] 19:1 19:16 20:6 46:6
**entitled** [1] 7:7
**equipment** [1] 42:12
**especially** [1] 17:10
**Esq** [2] 2:2 2:5
**ET** [1] 14:20
**evaluate** [2] 30:4 30:6
**evaluation** [10] 16:20 22:5 22:8 22:15 29:12 29:16 38:14 45:16 45:19 46:17
**Evansville** [1] 35:2
**evenings** [1] 23:5
**event** [3] 44:3 44:8 44:17
**events** [2] 14:23 15:23
**everybody** [1] 51:18
**exact** [1] 18:8
**exactly** [1] 21:9
**Examination** [5] 3:4 3:4 5:18 45:7 49:10
**excuse** [1] 12:24
**Exhibit** [7] 3:12 7:6 7:13 16:2 16:14 30:18 47:6
**expense** [3] 4:18 22:16 28:12
**experience** [1] 26:5
**expertise** [1] 37:17
**explain** [5] 10:22 12:19 14:7 25:4 29:14
**exposure** [1] 40:6
**expressly** [1] 4:11
**extent** [2] 7:3 38:18
**F** [1] 55:3
**facilitating** [1] 26:22
**facility** [1] 16:8
**fact** [3] 11:7 46:7 46:19
**factors** [1] 49:17
**fairly** [2] 19:2 40:8
**fall** [1] 47:11
**familiar** [3] 35:1 35:3 35:5
**far** [1] 12:8
**favorable** [1] 26:1
**Fax** [1] 1:23

3:02-cv-03354-RM-CHE # 58-25 Page 17 of 20



faxed [1] 7:3
February [1] 17:17
Federal [2] 4:10 5:8
fee [1] 31:15
Ferrigni [1] 31:12
Ferrini [8] 23:14 23:15 23:16 24:7 24:13 31:23 31:24 33:16
Ferrini's [1] 33:5
few [6] 28:22 28:23 28:24 40:5 41:5 44:12
field [4] 10:20 12:14 33:12 34:18
fight [1] 15:15
file [1] 8:8
files [1] 6:21
financial [2] 25:2 43:13
fine [8] 5:22 5:22 8:7 31:21 41:7 45:1 50:22 52:24
first [6] 5:4 13:22 14:1 27:10 31:22 49:24
firsthand [1] 40:17
five [1] 6:17
five-year [1] 6:15
flags [2] 30:20 30:22
flier [1] 43:16
focus [2] 27:5 27:6
focused [1] 12:1
follow-up [1] 44:12
follow-ups [1] 49:12
following [1] 54:3
follows [1] 5:5
foregoing [2] 54:2 55:8
form [8] 4:13 29:11 29:12 29:14 29:19 30:1 30:8 40:2
formula [3] 49:21 50:2 50:6
formularies [1] 32:3
formulary [11] 24:5 24:16 26:8 32:7 32:9 32:10 36:12 36:16 36:19 36:20 50:24
formulate [1] 47:18
foundation [1] 4:16
Francis [2] 39:4 39:6
free [1] 31:15
frequency [1] 40:3
frequently [2] 39:24 40:24
front [1] 16:2
fulfill [1] 34:22
funding [1] 44:6
furnished [1] 4:17
G [1] 5:3
G-Tech [2] 31:14 31:17
general [1] 35:13
generally [6] 8:17 10:21 12:23 14:8 22:2 30:16
gentleman's [1] 31:16
geographic [1] 9:23
Ginn [9] 1:12 3:3 4:3 5:7 5:11 6:4 54:1 54:24 55:8
given [2] 43:16 55:17
giving [2] 31:14 45:9
gone [1] 12:9
good [5] 5:20 6:18 15:24 19:2 53:9
graduated [2] 8:13 8:16
greater [1] 5:12
greet [1] 15:11
group [3] 17:15 21:9 27:6
guess [4] 25:24 33:14 40:20 53:2
GUSTO [4] 18:10 18:13 18:16 23:17
H [1] 3:9
half [2] 8:20 18:19
hallway [1] 39:21
hand [2] 7:5 55:17
handle [1] 15:12
handling [1] 40:10
hang [1] 45:3
happy [2] 6:9 6:10
hard [2] 24:23 35:16
headed [2] 30:20 42:3
health [23] 9:8 9:13 9:14 9:15 9:16 9:21 10:2 10:4 10:9 10:14 11:4 11:22 13:2 16:9 17:2 17:14 35:8 36:7 36:9 37:16 43:22 46:16 51:9
hear [4] 35:4 40:12 41:19 49:1
heard [1] 24:17
heart [7] 18:4 19:12 22:18 24:20 25:20 26:13 30:13
help [1] 25:10
helped [1] 35:23
hereby [2] 4:12 55:7
herein [1] 55:7
hereto [3] 4:2 4:15 4:17
high [1] 40:3
hindrance [2] 24:21 25:1
hold [3] 9:18 27:24 44:13
honest [1] 21:8
honestly [1] 41:2
hospital [28] 8:21 8:23 11:6 12:17 16:11 23:22 23:22 24:14 24:21 26:1 26:6 26:8 26:18 28:17 29:17 29:18 35:1 36:2 36:10 36:11 36:16 36:19 38:11 39:2 39:12 39:21 49:3 52:19
hospital's [1] 11:18
hospitals [10] 8:24 9:5 10:4 11:2 12:7 12:16 13:1 23:24 39:7 42:11
hour [1] 4:5
hrs [1] 1:23
idea [1] 28:13
identification [2] 3:11 7:12
identifies [1] 16:6
Illinois [11] 1:2 1:16 1:18 1:23 2:3 2:7 4:6 10:3 43:4 43:8 55:1
impact [3] 46:9 46:20 48:19
impacted [2] 46:14 52:13
INC [2] 1:8 1:8
include [3] 26:19 40:18 51:6
included [3] 40:22 52:17 52:18
indeed [1] 38:3
Indiana [2] 1:23 35:2
indicated [3] 25:13 29:21 37:5
indication [3] 12:2 27:2 30:9
individuals [3] 12:6 15:11 47:2
individuals' [1] 46:20
infarction [1] 18:23
influence [1] 51:6
influencers [1] 51:11
information [3] 35:19 35:21 36:24
initial [1] 7:16
initiatives [1] 10:21
instance [1] 4:5
instances [1] 34:10
instead [1] 32:7
intensive [1] 24:1
interacted [2] 29:7 40:16
interested [2] 43:17 43:23
interrogatories [2] 4:5 4:7
interrupted [1] 12:24
interventional [6] 22:11 23:11 29:8 29:13 30:12 38:12
investigator [2] 23:17 32:2
invitation [1] 43:16
invitations [3] 15:10 15:10 43:18
involved [17] 13:6 14:13 14:15 14:21 15:9 17:1 17:12 18:14 20:12 20:14 20:21 20:24 26:22 43:15 44:5 44:7 51:24
involvement [2] 17:20 32:22
James [1] 2:2
Jane [40] 1:5 2:9 8:1 8:5 13:9 13:12 13:13 13:15 13:20 14:4 14:23 15:19 16:18 20:11 20:12 20:14 20:24 21:2 21:19 21:21 22:21 23:7 23:10 26:21 28:20 34:2 34:13 34:15 34:21 35:18 38:5 38:20 39:8 39:23 40:7 41:24 42:6 42:17 43:2 43:19
Jane's [2] 26:14 44:2
January [4] 6:16 9:11 13:24 17:16
Jim [4] 5:23 16:4 20:10 41:2
job [5] 10:9 14:4 14:5 26:14 49:7
Joe's [1] 52:4
John [9] 2:5 6:22 39:13 41:3 44:13 45:12 49:1 50:20 53:4
John's [2] 7:23 50:23
Johnson [4] 1:8 1:8 2:5 32:20
JONES [1] 2:5
Joseph [10] 16:7 16:7 16:9 16:10 17:14 20:13 21:22 31:16 50:24 51:24
Joseph's [39] 6:22 6:23 17:21 19:5 21:20 22:17 26:11 26:12 26:15 27:9 28:15 28:17 28:21 29:1 29:5 32:23 33:20 34:5 34:14 34:23 38:17 45:22 45:24 46:7 46:15 46:18 46:19 47:7 47:12 47:15 47:16 47:21 47:22 48:9 48:11 48:14 49:3 51:1 51:13
July [1] 7:16
K [3] 1:13 4:3 55:4
Kansas [1] 10:3
Kevin [8] 27:12 27:13 27:15 28:2 33:3 46:22 46:23 52:12
key [1] 10:21
kind [9] 9:4 17:17 29:10 33:8 35:22 42:3 45:13 45:16 45:19
kit [6] 16:20 22:5 22:9 22:11 22:12 38:14
kits [3] 22:15 29:12 31:15
knew [1] 46:2
knowledge [4] 33:17 34:24 44:1 46:18
known [1] 13:16
KRAJEWSKI [1] 2:2
L [1] 4:1
Lane [1] 6:5
large [2] 10:6 20:22
LaSalle [1] 2:6
last [2] 47:5 47:7
lasted [2] 20:9 20:10
lateral [1] 28:8
lead [1] 15:19
leadership [1] 16:24
learned [1] 23:12
least [8] 7:7 15:3 15:5 36:1 37:16 38:15 46:5 51:14
led [1] 12:23
left [1] 27:11
left-hand [2] 16:5 30:19
LEGAL-VISUAL [1] 1:22
less [2] 31:13 32:13
Let' [1] 42:4
letting [1] 26:23
level [6] 10:14 11:4 13:5 36:10 37:17 43:22
License [1] 55:23
limited [1] 40:6
line [5] 31:19 31:22 54:5 54:6 54:7
list [1] 44:17
live [2] 6:4 40:5
LLC [1] 2:2
local [1] 42:8
located [3] 16:8 16:9 16:11
logistics [1] 15:12
look [2] 24:23 51:3

looked [2] 6:21 25:1
looking [1] 51:5
Louis [10] 5:13 10:1 15:4 27:16 28:6 41:13 41:24 42:9 42:14 42:16
lower [1] 30:19
lytic [2] 18:19 19:14
lytics [1] 26:23
M [3] 1:5 2:5 2:9
Madam [1] 48:2
mail [1] 40:5
maintain [1] 11:2
majority [1] 14:10
makes [1] 26:6
man [1] 41:13
manage [1] 50:6
managed [2] 9:4 33:10
management [2] 9:6 17:10
manager [8] 9:8 9:13 9:19 9:21 10:10 32:24 46:24 46:24
Mansfield [1] 53:5
manufacturer [1] 37:23
mark [1] 7:6
marked [2] 3:11 7:10
market [5] 10:16 25:2 25:6 47:12 49:16
marketing [2] 9:3 34:4
Mary's [10] 35:2 35:6 35:8 35:9 35:12 35:20 36:7 36:10 38:6 38:19
materiality [1] 4:12
materials [1] 43:3
matters [1] 40:1
may [20] 4:3 4:8 4:15 4:17 5:20 16:12 21:17 23:3 25:13 31:16 32:17 35:15 38:11 38:15 39:6 39:18 42:6 44:20 48:23 49:4
McNamara [1] 43:11
mean [10] 10:23 18:16 28:22 29:5 30:23 33:23 44:20 46:2 51:2 52:11
meant [1] 10:23
medical [2] 16:8 27:2
medication [2] 26:7 36:16
medications [1] 25:12
meet [2] 13:17 39:13
meeting [14] 7:24 13:23 13:24 14:14 14:16 39:15 39:17 41:13 41:16 41:23 42:2 42:13 42:14 42:16
meetings [1] 34:20
memory [1] 35:23
mentioned [2] 6:22 33:1
merchandise [1] 50:12
met [5] 13:18 13:23 14:1 41:15 41:21
Methodist [3] 39:2 39:4 39:12
MI [3] 19:15 19:18 19:19
Michele [6] 32:19 32:21 32:22 33:4 42:5 46:24
Mid [1] 28:3
Midwest [1] 10:7
midyear [1] 21:15
might [12] 10:23 11:5 12:22 14:12 17:11 17:11 27:3 31:1 38:13 43:21 43:23 51:5
mind [2] 26:9 52:6
Minor [10] 1:5 2:9 5:13 6:9 13:10 13:12 13:13 34:2 45:13 45:16
Minor's [1] 45:20
minute [1] 41:4
minutes [2] 41:6 45:4
MIs [1] 20:1
missed [1] 49:24
Mississippi [1] 8:14
Missouri [4] 1:23 6:5 10:3 16:10
mistaken [1] 21:14
moment [1] 42:17
month [3] 21:4 21:6 45:23
months [1] 45:23
morning [1] 6:20
most [2] 15:20 27:13
move [2] 11:17 28:12
moved [4] 8:21 9:2 9:7 28:11
Ms [7] 2:9 2:10 5:13 6:9 45:13 45:16 45:20
mutual [1] 52:11
myocardial [1] 18:23
N [4] 3:1 4:1 5:3 5:3
name [2] 6:2 6:4
named [2] 32:19 41:13
national [3] 9:19 13:24 29:10
nature [2] 21:24 23:7
NBOs [1] 50:16
needed [2] 10:20 40:4
negative [1] 48:18
never [2] 48:23 49:4
new [3] 18:20 31:19 50:16
next [1] 6:16
nine [1] 9:1
normally [3] 13:5 17:8 30:13
North [1] 2:6
Notary [6] 1:14 4:4 5:2 5:4 55:4 55:20
noted [1] 4:13
notes [1] 55:16
nothing [2] 16:16 55:11
notice [1] 1:19
Now [8] 10:4 11:3 12:24 16:5 17:21 18:2 19:4 50:22
number [11] 3:2 3:11 7:13 10:22 17:12 30:18 41:15 41:21 46:5 49:15 49:17
O [2] 4:1 5:3
o'clock [2] 1:16 4:6
O'Neal [3] 1:14 4:3 55:4
Oak [5] 43:3 43:8 44:3 44:8 44:17
objection [1] 4:13
objections [1] 4:12
objectives [2] 31:2 50:16
obstacle [1] 31:1
obtain [1] 10:13
obtained [1] 11:3
obviously [1] 40:23
occasion [2] 14:6 40:20
occasionally [1] 12:17
October [2] 7:16 47:8
off [3] 32:9 36:20 50:24
office [2] 53:5 53:6
offices [2] 10:7 10:19
often [1] 12:17
old [1] 28:2
once [1] 26:5
one [23] 7:18 10:13 10:22 11:5 15:5 17:3 18:15 19:14 22:2 28:14 29:9 29:12 31:13 32:13 36:1 37:10 38:5 38:15 38:24 42:7 42:21 46:22 50:22
ongoing [1] 47:10
operation [1] 50:5
oral [2] 4:4 4:7
organization [2] 11:5 14:21
outside [6] 10:5 19:9 19:16 20:4 42:14 50:18
outsourced [1] 9:4
overall [2] 38:10 49:20
overturn [1] 51:4
overview [1] 8:11
own [3] 4:17 10:4 11:5
P [2] 2:2 4:1
P.C [1] 2:5
p.m [4] 1:16 4:6 41:10 45:6
Page [4] 3:2 54:5 54:6 54:7
paid [1] 15:15
paperwork [2] 44:5 44:7
pardon [3] 13:11 18:12 20:19
parent [1] 17:15
part [9] 11:11 13:2 14:4 27:16 35:9 45:18 46:15 46:16 49:24
participated [1] 12:22
particular [2] 14:8 36:6
parties [3] 4:2 4:15 5:10
parts [1] 4:14
party [1] 4:17
patients [4] 19:8 19:15 20:3 51:20
pay [1] 15:13
people [18] 14:21 15:11 16:24 24:1 33:10 42:4 42:8 42:11 42:14 51:5 51:7 51:7 51:8 51:8 52:13 52:15 52:17 52:18
Peoria [3] 38:23 39:2 39:9
per [1] 17:6
percent [1] 49:20
percentage [1] 25:8
perform [1] 12:20
performance [1] 45:20
peripheral [12] 11:20 24:22 25:14 25:21 26:16 28:16 29:21 30:6 30:14 30:16 37:6 37:9
person [3] 12:14 12:19 23:16
perspective [3] 24:17 24:24 25:2
Perzee [3] 27:11 33:1 42:20
Peters [1] 16:13
pharmacists [2] 14:18 14:19
pharmacy [15] 8:14 8:15 8:16 8:20 8:21 8:22 8:24 9:4 9:6 12:18 32:4 39:14 41:18 43:22 51:8
phone [2] 22:23 39:20
physician [5] 14:15 23:19 30:1 32:1 38:16
physicians [5] 26:24 33:24 34:16 38:24 43:17
pinpoint [1] 45:23
place [5] 15:2 16:21 21:10 25:5 27:1
places [1] 36:16
Plaintiff [3] 1:6 2:4 4:5
plan [2] 46:9 47:19
planning [1] 22:6
players [1] 17:12
point [3] 21:1 37:2 50:15
points [3] 50:11 50:17 50:19
portfolio [6] 48:10 48:20 48:24 49:4 49:5 49:6
portion [6] 11:15 31:6 48:5 49:14 49:16 50:15
position [7] 9:3 9:7 9:13 9:17 24:14 24:15 34:11
possible [6] 12:7 35:19 48:14 48:23 49:2 49:4
potential [1] 40:15
Powerton [1] 39:13
practice [1] 8:20
practitioner [1] 24:4
precise [1] 28:1
prepare [2] 6:18 8:9
prepared [1] 17:4
present [5] 2:8 15:14 42:1 42:15 42:19
Presentation [1] 37:15
presently [2] 6:11 9:17
pretty [5] 7:2 10:6 15:17 24:17 49:14
prevented [1] 34:3
previous [1] 17:10
price [1] 37:24
pricewise [1] 37:18
pricing [1] 26:2

primarily [1] 10:2
primary [1] 11:21
print [1] 32:16
privileges [1] 39:6
problem [1] 24:6
problems [3] 25:20 25:21 30:7
Procedure [2] 4:10 5:8
process [2] 36:17 44:7
product [17] 10:15 10:19 12:2 18:1 18:10 18:11 19:18 25:24 30:5 35:19 36:7 36:18 36:20 36:21 36:23 37:2 37:5
products [4] 10:24 11:24 29:16 29:17
professional [4] 4:4 8:18 55:6 55:21
program [12] 14:12 14:12 22:6 26:20 29:9 29:11 39:1 43:3 43:8 43:9 43:10 43:15
programming [4] 16:21 23:12 26:19 26:24
programs [4] 14:11 15:3 15:8 34:19
proof [1] 4:16
prospect [1] 16:6
provide [1] 10:18
provided [3] 35:21 40:19 43:12
providing [2] 22:15 27:1
Public [6] 1:14 4:4 5:2 5:4 55:4 55:20
PUGH [1] 2:5
purchase [2] 12:7 50:12
purchased [2] 26:1 51:12
purchasing [1] 14:21
purpose [2] 4:15 22:22
purposes [9] 7:11 11:19 11:20 24:22 26:13 37:6 51:13 52:16 52:21
pursuant [3] 1:18 5:7 5:9
put [5] 21:10 26:7 32:7 32:9 33:19
putting [1] 42:16
qualifies [1] 51:18
QUANDT [1] 2:5
quantity [1] 49:19
quarter [1] 17:19
questions [6] 27:2 41:11 44:11 49:9 50:23 53:1
quit [1] 17:24
quite [1] 46:22
R [3] 5:3 5:3 55:3
radiologist [1] 30:12
radiologists [5] 22:11 23:11 29:8 29:13 38:13
raises [1] 36:15
rather [1] 50:11
read [9] 11:13 11:15 31:3 31:6 31:8 31:18 48:2 48:5 54:1
realized [1] 45:24
really [5] 17:5 20:22 35:16 38:8 40:3
receive [4] 44:16 46:11 51:14 51:21
received [1] 51:20
receiver [1] 8:5
receiving [2] 43:2 43:6
recess [2] 41:9 45:5
recited [1] 5:15
recollection [6] 34:17 38:19 41:12 43:2 44:22 52:23
recollections [1] 35:17
record [6] 5:6 11:15 31:6 31:8 45:11 48:5
red [2] 30:20 30:22
redeemable [1] 50:11
Reed [2] 41:14 41:24
refer [1] 31:23
reference [1] 14:8
referred [1] 55:16
reflect [1] 47:10
reflected [1] 46:13
Regarding [1] 45:22
region [1] 9:23
Registered [3] 4:4 55:5 55:21
relate [2] 24:11 27:4
relating [1] 43:3
relative [2] 6:22 16:18
relevancy [1] 4:12
relocate [1] 27:16
relocation [1] 28:5
remained [2] 48:15 48:20
remaining [1] 53:7
remember [13] 20:23 21:7 21:9 21:22 23:4 34:17 39:3 39:20 41:2 42:5 42:7 42:20 42:20
removed [2] 48:24 49:5
ReoPro [1] 18:20
rep [2] 21:2 39:24
replaced [1] 27:12
report [1] 23:24
reported [1] 33:3
reporter [14] 4:4 4:4 4:8 5:14 7:6 11:13 11:16 31:7 48:3 48:6 55:5 55:6 55:20 55:21
REPORTING [1] 1:22
represent [1] 25:12
representative [5] 33:2 33:2 36:4 36:17 36:22
representatives [1] 12:23
representing [1] 36:18
reps [5] 13:3 13:4 43:22 51:23 51:24
request [5] 16:20 29:12 29:14 29:19 30:1
requested [4] 11:14 31:5 39:12 48:4
requirements [1] 4:10
resale [1] 8:20
reserve [1] 53:2
reserved [1] 4:12
resistance [1] 23:14
respect [3] 8:4 13:1 44:2
response [1] 50:22
responses [1] 27:1
responsibilities [2] 10:13 45:18
result [2] 18:24 19:1
results [1] 29:6
Retavase [46] 10:14 11:18 12:8 17:21 17:23 18:3 18:4 18:15 18:20 19:6 19:8 19:11 19:14 20:3 22:12 22:18 24:19 24:21 25:19 26:15 26:19 28:15 29:20 30:2 32:7 32:9 33:20 33:22 34:4 34:5 35:7 35:12 37:5 37:12 37:22 38:7 38:12 46:1 47:12 50:24 51:12 51:20 52:1 52:16 52:20 52:20
return [1] 46:1
returning [1] 23:3
reverse [3] 31:13 32:6 32:12
reviewed [2] 7:19 7:22
Rhonda [3] 1:13 4:3 55:4
right [17] 6:8 18:24 27:5 30:21 31:21 34:8 39:19 44:10 44:19 45:1 45:11 47:8 47:9 49:8 50:5 52:24 53:9
Robert [25] 1:12 3:3 4:3 5:7 5:21 6:2 6:4 7:18 11:17 16:3 21:19 25:11 26:5 30:11 30:18 34:1 41:12 43:1 44:1 44:16 45:12 49:12 54:1 54:24 55:8
Roettgers [3] 31:12 31:23 32:3
role [6] 11:21 11:21 15:7 24:5 26:22 44:2
room [2] 42:9 51:7
rotten [1] 37:20
RPR [1] 1:14
Rubin [2] 42:6 42:21
Rules [3] 4:10 4:10 5:8
S [2] 3:9 4:1
safe [1] 25:7
safety [1] 37:1
saith [2] 5:5 53:12
sale [1] 35:19
sales [8] 9:2 13:24 27:6 31:2 34:15 47:18 50:5 51:10
salespeople [2] 10:20 12:14
Sangamon [5] 1:14 1:16 1:18 4:6 55:2
saw [1] 52:7
says [2] 47:5 47:7
school [2] 8:14 8:17
se [1] 17:6
seal [1] 55:17
second [3] 17:18 31:19 44:13
securing [1] 33:20
see [4] 9:15 29:24 40:17 42:4
sell [3] 35:7 36:21 37:21
selling [6] 9:6 34:4 35:12 36:7 38:7 52:16
seminar [1] 39:1
send [1] 29:16
sender [1] 8:5
separately [1] 31:22
service [1] 9:13
SERVICES [1] 1:22
SERVING [1] 1:23
set [1] 53:6
Seventh [3] 1:17 2:3 4:6
share [3] 25:2 25:6 49:16
share-driven [1] 10:17
shared [1] 7:23
sheet [1] 7:3
short [2] 41:9 45:5
shorthand [6] 4:4 4:8 55:5 55:13 55:16 55:20
shortly [1] 13:18
side [3] 27:4 27:6 27:7
sign [1] 29:18
signature [1] 53:3
significance [1] 29:24
SIPC [6] 46:11 46:13 46:14 46:20 50:13 50:18
sister [1] 16:11
sit [1] 34:1
sits [1] 32:2
sitting [1] 39:15
situations [1] 15:20
slash [1] 16:6
small [1] 8:23
sold [1] 11:18
someone [1] 29:18
someplace [1] 5:12
sometime [2] 21:14 27:21
sometimes [1] 30:22
somewhat [3] 10:5 35:5 38:2
sorry [9] 11:8 11:9 27:19 33:9 35:4 38:1 40:12 41:19 44:14
sort [4] 18:20 40:2 50:2 51:14
South [3] 1:17 2:3 4:6
speaker [3] 15:14 15:18 15:20
speaking [1] 5:12
specialist [3] 21:3 27:9 30:10
specialists [5] 12:5 12:6 42:18 42:19 42:23
specialty [1] 23:20
specific [6] 20:21 20:23 28:7 34:9 38:21 49:21
specifically [3] 4:13 26:12 42:7
specifics [2] 19:3 35:16
specified [1] 30:8
spent [1] 8:19
spoke [1] 36:2
sporadic [1] 35:15
Springfield [5] 1:3

1:18 2:3 4:6 5:14
SS [1] 55:1
SSM [5] 17:15 41:16 41:18 41:22 46:16
St [75] 5:13 6:22 6:23 10:1 15:4 16:7 16:7 16:9 16:10 16:10 16:12 16:13 17:14 17:21 19:5 20:13 21:20 21:22 22:17 26:11 26:12 26:15 27:9 27:16 28:6 28:15 28:17 28:21 29:1 29:5 31:16 32:23 33:20 34:5 34:14 34:23 35:2 35:6 35:8 35:9 35:12 35:20 36:7 36:10 38:6 38:17 38:19 39:4 39:6 41:13 41:24 42:9 42:14 42:16 45:22 45:24 46:7 46:15 46:18 46:19 47:7 47:12 47:15 47:16 47:21 47:22 48:9 48:11 48:14 49:3 50:24 51:1 51:13 51:24 52:4
staff [1] 24:15
stage [1] 51:16
stake [1] 47:3
start [3] 17:13 17:16 37:20
started [7] 8:22 17:24 19:13 20:2 20:15 21:11 27:10
state [4] 1:16 6:2 55:1 55:7
statement [1] 47:20
STATES [1] 1:1
stayed [2] 48:10 49:6
stick [1] 24:10
stipulated [1] 4:2
stipulation [1] 5:16
stop [1] 18:2
strategic [2] 7:8 47:6
strategy [2] 47:19 51:10
Street [4] 1:17 2:3 2:6 4:6
strong [1] 24:17
studies [2] 37:4 37:8
study [7] 16:23 20:4 20:6 26:14 51:13 51:19 51:19
subsequent [1] 16:21
success [2] 33:23 38:6
successful [5] 33:18 33:19 34:4 35:12 37:18
Suite [1] 2:6
superior [1] 37:5
supervisory [1] 45:13
supplement [1] 31:15
support [5] 10:24 22:10 22:14 23:10 43:13
supposed [2] 16:15 16:16
Supreme [1] 4:10
switch [7] 18:8 24:9 46:8 46:19 47:16 47:23 48:11
switched [5] 10:24 18:7 19:17 20:2 20:7
sworn [3] 5:2 5:4 55:10
symposium [2] 43:12 43:13
system [18] 9:8 9:14 9:21 10:9 10:14 11:4 13:2 13:5 17:3 17:14 35:8 36:8 36:9 37:16 42:11 43:22 46:16 51:9
systems [5] 9:15 9:16 10:2 10:4 11:22
T [6] 3:9 4:1 4:1 5:3 55:3 55:3
taking [1] 55:8
tandem [2] 13:2 13:7
team [2] 16:24 26:17
teleconference [1] 42:2
telephone [4] 1:12 2:7 4:3 40:2
telephonically [1] 5:10
tells [1] 16:15
term [1] 30:22
terms [5] 11:23 16:19 26:23 38:6 51:14
territory [1] 10:6
testify [1] 55:10
testimony [1] 25:24
Thank [3] 45:2 53:1 53:11
Thanks [1] 45:9
therapeutic [1] 11:24
therapy [1] 18:19
thereof [1] 4:14
third [1] 17:19
thorough [4] 40:8 40:9 40:13 40:14
thoroughness [1] 34:13
thought [3] 21:10 31:20 39:5
three [1] 8:24
thresholds [1] 26:3
through [3] 4:2 6:21 47:11
Tim [1] 32:3
times [3] 25:6 41:15 41:21
together [5] 13:21 14:23 15:5 22:22 39:11
too [2] 25:11 47:1
took [1] 15:2
top [1] 7:7
total [1] 49:15
toward [1] 51:15
trace [1] 8:17
training [1] 17:17
transcribed [2] 4:9 55:14
transcript [1] 55:15
transfer [1] 28:9
translation [1] 55:16
treating [1] 37:6
treatment [3] 18:21 18:22 25:14
trial [25] 18:9 18:14 18:18 19:1 19:1 19:4 19:7 19:9 19:12 19:14 19:16 19:16 19:17 20:1 20:2 20:3 20:9 20:21 23:10 23:17 28:15 32:2 51:16 51:17 51:21
trials [1] 37:12
tried [4] 10:24 38:15 47:18 51:3
true [3] 26:4 54:2 55:15
truth [3] 55:11 55:11 55:11
try [5] 12:15 22:11 30:2 47:11 51:9
trying [1] 21:8
two [6] 15:1 15:3 15:6 45:4 50:21 53:7
type [12] 14:20 18:20 24:2 24:3 24:15 26:6 29:6 29:10 30:10 34:19 39:1 51:10
types [2] 14:20 15:13
Typically [1] 17:2
U [1] 4:1
ultimately [1] 46:24
uncommon [1] 44:21
under [2] 12:20 55:17
understand [7] 5:11 9:12 12:4 12:15 19:11 25:23 50:10
UNITED [1] 1:1
University [1] 8:13
unless [1] 4:13
unsuccessful [1] 34:7
unwilling [3] 31:12 32:5 32:12
up [7] 6:7 16:5 42:3 45:3 46:5 47:14 47:21
updated [2] 7:16 47:7
updates [2] 40:19 41:1
uphill [1] 52:5
upper [1] 16:5
upset [1] 33:15
usage [1] 50:14
used [19] 4:15 11:24 16:22 17:8 17:9 18:15 18:18 19:14 20:1 23:13 25:13 25:14 33:22 49:15 49:19 49:20 49:22 51:17 52:20
using [4] 19:8 19:11 22:18 52:1
utilized [1] 50:3
V [4] 18:10 18:13 18:16 23:17
value [1] 10:22
vascular [28] 12:5 13:3 21:2 21:2 21:9 22:12 24:11 24:22 25:14 25:21 26:16 26:21 27:4 27:5 28:16 29:9 29:21 30:7 30:14 30:16 37:7 37:9 39:24 42:18 42:23 51:23 52:18 52:21
Velma [1] 2:10
via [1] 2:7
vials [1] 49:15
video [2] 42:2 42:10
videoconferencing [1] 42:12
visit [1] 36:1
vocal [1] 46:23
voice [2] 24:17 40:5
volume [1] 25:24
VP [3] 23:21 23:22 31:24
vs [1] 1:7
waived [2] 4:11 4:13
wanting [2] 23:13 33:24
weeks [1] 28:23
well-attended [1] 15:22
West [2] 16:7 16:10
whole [2] 26:17 55:11
willing [1] 30:1
Willis [1] 42:21
within [5] 1:15 14:20 25:9 29:18 49:20
without [5] 4:16 14:7 31:14 32:14 32:16
witness [2] 4:8 7:1
woman [1] 32:19
words [1] 32:8
worked [8] 6:13 9:3 12:20 21:19 38:24 39:22 39:23 41:20
wrap-around [1] 32:15
written [3] 25:3 30:3 40:2
X [2] 3:1 3:9
year [9] 6:16 8:19 14:2 14:2 20:10 21:18 31:14 32:13 46:6
years [3] 6:17 9:1 9:6
yourself [1] 8:2