# STRATEGIC ANALYSIS

| | | |
|---|---|---|
| Initial Date: July 01 | Updated: Oct 16, 2001 | |
| Account/Prospect: St. Joseph St. Joseph West | | |
| Current Volume: Zero | | |

**SINGLE SALES OBJECTIVE**
Product: RPA Mono therapy AMI + PVD
$ Potential: R12 91 lytics (less 9 stoke)
Close Date: Q1 02

**Types of Buying Influences**
E = Economic    G = Growth
T = Technical   T = Trouble
EK = Even Keel
U = User        OC = Overconfident
C = Coach

**Test Adequacy of Current Position:** Concern
**My Position VS Competition:** Exclusive/Dominant/Shared/Zero — Zero
**Timing for Priorities:** Urgent/Active/Work It/In/Later — Active
**Place in Sales Funnel:** Above/In/Best Few/Won/Lost — In
**Status:**

Euphoria/Great/Secure/Comfort/OK/Concern/Discomfort/Worry/Fear/Panic — Concerned

**IDEAL CUSTOMER CRITERIA:**

| | | Match to Criteria: |
|---|---|---|
| 1 | Contracted IHN | yes |
| 2 | 20+ lytic hospital | yes |
| 3 | Rep coverage | yes |
| 4 | | |
| 5 | | |

**Rating:** Rate how well your base is covered with each Buying Influence for this sales objective
Positive = +1 to +5  Negative = -1 to -5
**Red Flag:** Uncovered Base, New Players/ Reorganization, Uncertainty/Lack of Data

**NOTE:** In sales, Win-Results tell how a Buying Influence's self-interest is best

### Buying Influences Involved — Name, Title, Location | Type of Buying Influence | Mode

| Name | Type | Mode |
|---|---|---|
| Dr. Phil Ferrigni, Dir of Critical Care | E/U | OC |
| Dr. Tabor, Dir of Cath Lab | U/C | EK |
| Dr. Umbright, ED Director | U | EK |
| Tim Roettgers, RPh, DOP | T | T |
| Tracey Williams, PharmD | U | EK |
| Dr. Halverson, IR | U | EK |
| Dr. Fazal Majeeb, IR | U | G |
| Dr. Sidney Machefsky, IR | U | G |
| Bill Reed, SSM Corporate Contracts Manager | T | |

### BUYING INFLUENCE'S KEY "WIN"-RESULTS

| Win | Results |
|---|---|
| Pt for Clinical Trials | Revenue source/study drug |
| Control & < complications | Better safety profile |
| Control | Ease of Use/>Safety |
| Helps mtg budget goals | Lowers lytic costs |
| | Safety and cost |
| | Better Safety Data |
| Less pt complications | Better Safety Data |
| Wants to be heard & recog | Better Safety Data |
| Supports his lytic direction | Lowers Cost |

### HOW WELL IS BASE COVERED?
Explain your Rating:

| Rating | |
|---|---|
| -2 | Speaker training Orlando, multiple visits |
| | Multiple mtgs, program invites (not be to ad bd) |
| +3 | Kevin developing good rapport/lev from Kloss |
| -2 | Multiple mtgs/ heard Chuck Lucone's G-5 pres |
| -2 | Bowdy and Kevin has recent mtg with Tracey |
| +2 | Jane building rapport, has signed CEK request |
| +3 | Fired up for RPA after Oakbrook mtg |
| +3 | Jane building rapport, Doc c "split fire" |
| +4 | Great rapport, signed new G-5 contract |

## SUMMARY OF MY POSITION TODAY

### POSSIBLE ACTIONS
A good account strategy focuses upon Strengths, reduces uncertainties and helps eliminate Red Flags.

- Letters to P&T from Tabor, Umbright requested RPA be reinstated for AMI and why (safety)
- Letters from Halverson's IR group to P&T requesting opportunity to use CEK's RPA trail for PVD
- Get Tabor to AMI ad board / requested sometime more local to fit schedule
- Take Ferringini / Roettgers to Rams game
- IR to Oakbrook (Majeeb and RT attended)
- Move discussions from cost to safety and patient concerns — TNK not good for cath lab practice....
- Malveon KOL with Ferrigni???
- Leverage VS opportunity to ewing back business
- Local PVD program c Castaneda (use IR as moderator)
- CME program using Marmur's video-teleconference
- Invite to Tim R. at ASHP Ad Board or dinner
- Pier to Pier selling at IR, ED, CD, and phy levels
- Kurt Kloss to send supportive e-mail supporting to Bill Reed and Bill to distribute to membership
- R Ginn meet w C Woolway to explore opportunities c adm

### BEST ACTION PLAN

| Events: What | Who | When |
|---|---|---|
| Physician Letter to P&T | Jane/Kevin | 11/05/01 |
| Cont lav Kloss c Umbright | Kevin | On going |
| Tabor/Umbright/Williams mts | Kevin & Bowdy | 10/11/01 |
| Roettger Mtg | Ginn | 10/15/01 |
| Ferrigni Mtg | Ginn/Kevin | 10/19/01 |

**Coaching Data Needed:**
Info Needed:
- Best way to move forward with clinical staff requests for retavase
- Can we schedule STL VS Dinner Program

| | From/Whom | |
|---|---|---|
| | Ferrigni | |
| | Tony/Jane | |
| What CD does Tabor respect | Kevin | |

### Strengths:
- Signed IHN Agreement
- 8% Cost advantage over competition
- Dr. Halverson (IR) signed request for CEK's
- Dr. Tabor (CD)open to writing letter to P&T
- Dr. Umbright (ED) expressing support BETTER SAFETY DATA THAN TNK
- Kurt Kloss willing to leverage our position with Umbright (pier to pier)
- Support from HCS – V.O.O. account

### Red Flags:
- Ferrigni and Roettgers unwilling to reverse decision in <1yr w/o G-Tech giving away fee kits to supplement deal, St. Joseph may have gentlemans agreement c G-tech......
- Recent Premier GPO contract upgrade (14% off wac)
- No G-5 buyin in this account
- Dr. Halverson mannerism is not forceful & his CEK request is being suppressed by Ferrigni and Tim
- Must consider politics of using leverage from clinicians to reverse decision, find way for Ferrigni to "save face"
- IR's supportive but have not had experience c RPA