**E-FILED**
Monday, 28 February, 2005 03:16:34 PM
Clerk, U.S. District Court, ILCD




# Cardiovascular Business Unit Incentive Compensation Report

**Jane Minor**
**Vascular Specialist**
**Territory 342104**
**March 2001**

## Q1 Payout Calculation

| Q1 Earnings | x | Q1 Eligibility | = | Q1 SICP Payout | + | Tot Q1 CM Payout | = | Total Q1 Payout |
|---|---|---|---|---|---|---|---|---|
| $6,250 | x | 100.00% | = | $6,250 | + | $625 | = | $6,875 |

## Q1 Payout

**$6,875**

## Q1 Corporate Multiplier Calculation

| Q1 CM | x | Q1 Earnings | x | Q1 Eligibility | = | Q1 CM Payout | + | Year End CM Payout | = | Total Q1 CM Payout |
|---|---|---|---|---|---|---|---|---|---|---|
| 10% | x | $6,250 | x | 100.00% | = | $625 | + | $0 | = | $625 |

## Q1 Earnings Calculation

| Total Product Performance | → | Your National Rank | → | Q1 Base Earnings | x | Q1 Positive Dollar Change Eligibility** | = | Q1 Earnings |
|---|---|---|---|---|---|---|---|---|
| 12.00 | → | 11 | → | $6,250 | x | 100% | = | $6,250 |




| Q1 Measure | → | Meas. Rank | x | Meas. Weight | = | Product Performance |
|---|---|---|---|---|---|---|
| Vol = 108.0 | → | 11 | x | 50% | = | 5.50 |
| Vol Change = 108.0 - 121.5 = -13.5 | → | 13 | x | 30% | = | 3.90 |
| Vol Growth = 108.0 / 121.5 = 88.9% | → | 13 | x | 20% | = | 2.60 |
| **Total** | | | | 100% | | **12.00** |

## Year End Corporate Multiplier Projection

| | Q1 | + | Q2* | + | Q3* | + | Q4* | = | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Payout | $6,875 | + | $6,875 | + | $6,875 | + | $6,875 | = | $27,500 |

| Annual Corporate Attainment | Year End Bonus |
|---|---|
| 103% + | 15% |
| 102% - 102.99% | 10% |
| 101% - 101.99% | 5% |
| less than 101% | 0% |

| Projected Year End Payout | x | Projected Year End Multiplier | = | Projected Year End Bonus |
|---|---|---|---|---|
| $27,500 | x | 5% | = | $1,375 |

*If you continue at your current level of bonus payouts, assuming 100% eligibility and that Centocor exceeds its annual goal by 1%, you will receive a Year End CM of 5%. If Centocor exceeds its annual goal by more than 1%, the Year End CM will increase.

## Messages

**To be eligible for a payout, your Retavase dollar sales must exceed your Retavase dollar baseline, or your national rank must be better than 21.
For product calculations and rankings: Volume Change = current - baseline; Volume Growth = current / baseline.

IC Expert Report™ created by Synygy, Inc.™, 555 North Lane, Suite 6000, Conshohocken, PA 19428 (610) 664-7433 · www.synygy.com
Copyright © 2001. All rights reserved.



# Cardiovascular Business Unit Incentive Compensation Report

Randy Van Cleave
Vascular Specialist
Territory 342103
March 2001

## Q1 Payout Calculation

| Q1 Earnings | x | Q1 Eligibility | = | Q1 SICP Payout | + | Tot Q1 CM Payout | = | Total Q1 Payout |
|---|---|---|---|---|---|---|---|---|
| $5,781 | x | 100.00% | = | $5,781 | + | $578 | = | $6,359 |

## Q1 Payout

**$6,359**

## Q1 Corporate Multiplier Calculation

| Q1 CM | x | Q1 Earnings | x | Q1 Eligibility | = | Q1 CM Payout | + | Year End CM Payout | = | Total Q1 CM Payout |
|---|---|---|---|---|---|---|---|---|---|---|
| 10% | x | $5,781 | x | 100.00% | = | $578 | + | $0 | = | $578 |

## Q1 Earnings Calculation

| Total Product Performance | → | Your National Rank | → | Q1 Base Earnings | x | Q1 Positive Dollar Change Eligibility** | = | Q1 Earnings |
|---|---|---|---|---|---|---|---|---|
| 13.10 | → | 12 | → | $5,781 | x | 100% | = | $5,781 |




| Q1 Measure | → | Meas. Rank | x | Meas. Weight | = | Product Performance |
|---|---|---|---|---|---|---|
| Vol = 128.0 | → | 9 | x | 50% | = | 4.50 |
| Vol Change = 128.0 - 160.5 = -32.5 | → | 18 | x | 30% | = | 5.40 |
| Vol Growth = 128.0 / 160.5 = 79.8% | → | 16 | x | 20% | = | 3.20 |
| Total | | | | 100% | | 13.10 |

## Year End Corporate Multiplier Projection

| | Q1 | + | Q2* | + | Q3* | + | Q4* | = | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Payout | $6,359 | + | $6,359 | + | $6,359 | + | $6,359 | = | $25,436 |

| Annual Corporate Attainment | Year End Bonus |
|---|---|
| 103% + | 15% |
| 102% - 102.99% | 10% |
| 101% - 101.99% | 5% |
| less than 101% | 0% |

| Projected Year End Payout | x | Projected Year End Multiplier | = | Projected Year End Bonus |
|---|---|---|---|---|
| $25,436 | x | 5% | = | $1,272 |

*If you continue at your current level of bonus payouts, assuming 100% eligibility and that Centocor exceeds its annual goal by 1%, you will receive a Year End CM of 5%. If Centocor exceeds its annual goal by more than 1%, the Year End CM will increase.

## Messages

**To be eligible for a payout, your Retavase dollar sales must exceed your Retavase dollar baseline, or your national rank must be better than 21.
For product calculations and rankings: Volume Change = current - baseline; Volume Growth = current / baseline.

IC Expert Report™ created by Synygy, Inc.™, 555 North Lane, Suite 6000, Conshohocken, PA 19428 (610) 664-7433 · www.synygy.com
Copyright © 2001. All rights reserved.



# Cardiovascular Business Unit
# Incentive Compensation Report

Denise Bannister
Vascular Specialist
Territory 342101
March 2001

## Q1 Payout Calculation

| Q1 Earnings | x | Q1 Eligibility | = | Q1 SICP Payout | + | Tot Q1 CM Payout | = | Total Q1 Payout |
|---|---|---|---|---|---|---|---|---|
| $4,375 | x | 33.00% | = | $1,444 | + | $144 | = | $1,588 |

## Q1 Payout

**$1,588**

## Q1 Corporate Multiplier Calculation

| Q1 CM | x | Q1 Earnings | x | Q1 Eligibility | = | Q1 CM Payout | + | Year End CM Payout | = | Total Q1 CM Payout |
|---|---|---|---|---|---|---|---|---|---|---|
| 10% | x | $4,375 | x | 33.00% | = | $144 | + | $0 | = | $144 |

## Q1 Earnings Calculation

| Total Product Performance | → | Your National Rank | → | Q1 Base Earnings | x | Q1 Positive Dollar Change Eligibility** | = | Q1 Earnings |
|---|---|---|---|---|---|---|---|---|
| 14.00 | → | 15 | → | $4,375 | x | 100% | = | $4,375 |




| Q1 Measure | → | Meas. Rank | x | Meas. Weight | = | Product Performance |
|---|---|---|---|---|---|---|
| Vol = 67.0 | → | 19 | x | 50% | = | 9.50 |
| Vol Change = 67.0 - 69.5 = -2.5 | → | 9 | x | 30% | = | 2.70 |
| Vol Growth = 67.0 / 69.5 = 96.4% | → | 9 | x | 20% | = | 1.80 |
| Total | | | | 100% | | 14.00 |

## Year End Corporate Multiplier Projection

| | Q1 | + | Q2* | + | Q3* | + | Q4* | = | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Payout | $1,588 | + | $1,588 | + | $1,588 | + | $1,588 | = | $6,352 |

| Annual Corporate Attainment | Year End Bonus |
|---|---|
| 103% + | 15% |
| 102% - 102.99% | 10% |
| 101% - 101.99% | 5% |
| less than 101% | 0% |

| Projected Year End Payout | x | Projected Year End Multiplier | = | Projected Year End Bonus |
|---|---|---|---|---|
| $6,352 | x | 5% | = | $318 |

*If you continue at your current level of bonus payouts, assuming 100% eligibility and that Centocor exceeds its annual goal by 1%, you will receive a Year End CM of 5%. If Centocor exceeds its annual goal by more than 1%, the Year End CM will increase.

## Messages

**To be eligible for a payout, your Retavase dollar sales must exceed your Retavase dollar baseline, or your national rank must be better than 21.
For product calculations and rankings: Volume Change = current - baseline; Volume Growth = current / baseline.

IC Expert Report™ created by Synygy, Inc.™, 555 North Lane, Suite 6000, Conshohocken, PA 19428 (610) 664-7433 · www.synygy.com
Copyright © 2001. All rights reserved.



# Cardiovascular Business Unit Incentive Compensation Report

**Caroline Kopecky**
**Vascular Specialist**
**Territory 342102**
**March 2001**

## Q1 Payout Calculation

| Q1 Earnings | x | Q1 Eligibility | = | Q1 SICP Payout | + | Tot Q1 CM Payout | = | Total Q1 Payout |
|---|---|---|---|---|---|---|---|---|
| $0 | x | 100.00% | = | $0 | + | $0 | = | $0 |

## Q1 Payout

**$0**

## Q1 Corporate Multiplier Calculation

| Q1 CM | x | Q1 Earnings | x | Q1 Eligibility | = | Q1 CM Payout | + | Year End CM Payout | = | Total Q1 CM Payout |
|---|---|---|---|---|---|---|---|---|---|---|
| 10% | x | $0 | x | 100.00% | = | $0 | + | $0 | = | $0 |

## Q1 Earnings Calculation

| Total Product Performance | → | Your National Rank | → | Q1 Base Earnings | x | Q1 Positive Dollar Change Eligibility** | = | Q1 Earnings |
|---|---|---|---|---|---|---|---|---|
| 20.00 | → | 23 | → | $625 | x | 0% | = | $0 |




| Q1 Measure | → | Meas. Rank | x | Meas. Weight | = | Product Performance |
|---|---|---|---|---|---|---|
| Vol = 74.5 | → | 18 | x | 50% | = | 9.00 |
| Vol Change = 74.5 - 151.5 = -77.0 | → | 22 | x | 30% | = | 6.60 |
| Vol Growth = 74.5 / 151.5 = 49.2% | → | 22 | x | 20% | = | 4.40 |
| Total | | | | 100% | | **20.00** |

## Year End Corporate Multiplier Projection

| | Q1 | + | Q2* | + | Q3* | + | Q4* | = | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Payout | $0 | + | $0 | + | $0 | + | $0 | = | $0 |

| Annual Corporate Attainment | Year End Bonus |
|---|---|
| 103% + | 15% |
| 102% - 102.99% | 10% |
| 101% - 101.99% | 5% |
| less than 101% | 0% |

| Projected Year End Payout | x | Projected Year End Multiplier | = | Projected Year End Bonus |
|---|---|---|---|---|
| $0 | x | 5% | = | $0 |

*If you continue at your current level of bonus payouts, assuming 100% eligibility and that Centocor exceeds its annual goal by 1%, you will receive a Year End CM of 5%. If Centocor exceeds its annual goal by more than 1%, the Year End CM will increase.

## Messages

**To be eligible for a payout, your Retavase dollar sales must exceed your Retavase dollar baseline, or your national rank must be better than 21.

For product calculations and rankings: Volume Change = current - baseline; Volume Growth = current / baseline.

IC Expert Report™ created by Synygy, Inc.™, 555 North Lane, Suite 6000, Conshohocken, PA 19428 (610) 664-7433 · www.synygy.com
Copyright © 2001. All rights reserved.