

## Cardiovascular Business Unit
## Incentive Compensation Report

Anthony Siciliano
Vascular Specialist Team Leader
Territory 342100
March 2001

### Q1 Payout Calculation

| Q1 Earnings | x | Q1 Eligibility | = | Q1 SICP Payout | + | Tot Q1 CM Payout | = | Total Q1 Payout |
|---|---|---|---|---|---|---|---|---|
| $5,202 | x | 100.00% | = | $5,202 | + | $520 | = | $5,722 |

### Q1 Payout
### $5,722

### Q1 Corporate Multiplier Calculation

| Q1 CM | x | Q1 Earnings | x | Q1 Eligibility | = | Q1 CM Payout | + | Year End CM Payout | = | Total Q1 CM Payout |
|---|---|---|---|---|---|---|---|---|---|---|
| 10% | x | $5,202 | x | 100.00% | = | $520 | + | $0 | = | $520 |

### Q1 Earnings Calculation

| Q1 Individual Earnings | + | Q1 Team Earnings | = | Q1 Earnings |
|---|---|---|---|---|
| $2,125 | + | $3,077 | = | $5,202 |

### Q1 Individual Earnings Calculation

| Total Product Performance | → | Your National Rank | → | Q1 Individual Earnings |
|---|---|---|---|---|
| 2.30 | → | 2 | → | $2,125 |



| Q1 Measure | Meas. Rank | x | Meas. Weight | = | Product Performance |
|---|---|---|---|---|---|
| Vol = 64.0 | → 2 | x | 50% | = | 1.00 |
| Vol Change = 64.0 - 74.0 = -10.0 | → 3 | x | 30% | = | 0.90 |
| Vol Growth = 64.0 / 74.0 = 86.5% | → 2 | x | 20% | = | 0.40 |
| Total | | | 100% | | 2.30 |

### Q1 Team Earnings**

| Area 3421 Total VS Earnings | / | Territories Within Area 3421 | x | VSTL Team Multiplier | = | Q1 Team Earnings |
|---|---|---|---|---|---|---|
| $16,406 | / | 4 | x | 75% | = | $3,077 |

### Year End Corporate Multiplier Projection

| | Q1 | + | Q2* | + | Q3* | + | Q4* | = | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Payout | $5,722 | + | $5,722 | + | $5,722 | + | $5,722 | = | $22,888 |

| Annual Corporate Attainment | Year End Bonus |
|---|---|
| 103% + | 15% |
| 102% - 102.99% | 10% |
| 101% - 101.99% | 5% |
| less than 101% | 0% |

| Projected Year End Payout | x | Projected Year End Multiplier | = | Projected Year End Bonus |
|---|---|---|---|---|
| $22,888 | x | 5% | = | $1,144 |

*If you continue at your current level of bonus payouts, assuming 100% eligibility and that Centocor exceeds its annual goal by 1%, you will receive a Year End CM of 5%. If Centocor exceeds its annual goal by more than 1%, the Year End CM will increase.

### Messages
For product calculations and rankings: Volume Change = current - baseline; Volume Growth = current / baseline.
**If beneficial, VS earnings with eligibility of 0% were excluded when calculating your average territory earnings.

IC Expert Report™ created by Synygy, Inc.™, 555 North Lane, Suite 6000, Conshohocken, PA 19428 (610) 664-7433 ·www.synygy.com
Copyright © 2001. All rights reserved.