E-FILED
Monday, 28 February, 2005  03:16:59 PM
Clerk, U.S. District Court, ILCD



# Centocor

**Field Contact Report**

| NAME: | Jane Minor | TERRITORY: | 342104 | DATE(s): | 04/24/01 |
|---|---|---|---|---|---|

### I. EXPECTATIONS / GOALS OF FIELD CONTACT
The purpose of my last visit was to welcome you back into the territory from your medical leave and update you on my activities during your absence. Additionally, I wanted to work with you in establishing a list of top projects to ensure your success in Q2.

### II. SALES PERFORMANCE

| Product | Q1 Baseline | Q1 Sales Volume | Q1 Sales Change | Q1 Sales Growth | National Rank | YTD New Stockings | | |
|---|---|---|---|---|---|---|---|---|
| Retavase | 121.5 | 108 | -13.5 | -11.10% | n/a | 1 | | |
| Catheters | | | | | | | | |
| Wires | | | | | | | | |
| Emb. Coils | | | | | | | | |
| PVA | | | | | | | | |

**COMMENTS:**
Based on weekly data you missed baseline by 13.5 units. This was due to multiple factors including Q4 purchases, market variances, and your absence due to medical leave. Thorough follow up on requests from your key accounts will be critical to your success moving forward. Using the Q1 baseline for Q2 (since we do not have Q2 baselines yet), you are currently 3 units short of baseline for the 4 week period (34.5 of 37.5). Currently I have no sales data for Cordis products to discuss.

### III. ADVOCATE DEVELOPMENT
We will continue to develop Dr. Castaneda as an advocate. It is my understanding that we will be supporting his annual program in Chicago. Please determine Dr. Castaneda's desire to move forward or abandon the CME program you had discussed with him previously so that we can discuss our strategy the next time we meet.

### IV. OBSERVATIONS / COMMENTS / FOLLOW THROUGH ON PREVIOUS DIRECTION
Jane, I am very excited about your return to the territory and the accomplishments that lie ahead of you. Your positive attitude is refreshing and I believe it will help you achieve your goals and assist the St. Louis District as well as the Central Region to success in 2001. There is a lot of work to accomplish due to your absence from the territory, but I have no doubt of your capabilities. These next few weeks will be critical to your success while you get in front of every account to let them know you are back in the territory. I look forward to your success.

### V. CRITICAL OBJECTIVES / ACTION

| | TIMELINE |
|---|---|
| The following list of Projects have been developed in order to drive business for our Cordis products and provide thorough follow up on unsolicited requests for information regarding Retavase: | |
| 1.) Schedule Dinner Programs with Dr. Castaneda in Evansville | End of May/First of June |
| 2.) Schedule Dinner Program with Dr. Castaneda in Des Moines | 30-Jun-01 |
| 3.) Get clarification on Robin Schaiff's catheter clearance project at Barnes | 16-May-01 |
| 4.) Make initial contact at St. Josephs to determine business opportunities | 16-May-01 |
| 5.) Develop project that addresses the interest previously expressed interest for both HDAG and CC | 16-May-01 |

### VI. REP DEVELOPMENTAL GOALS
You have expressed an interest in a career path with greater responsibilities. These interests involve management, possibly RMM or HSAM, with the possibility of an international focus. The most important component for making yourself eligible for increased responsibilities is significant success in your current position. This should be your goal for the short term while we evaluate opportunities for your development. We will evaluate current resources available, ie. Learning Navigator, home office rotations, and HSAM preceptorships. Specifically, you were interested in taking courses related to Power Point, marketing, and administration management. Please research these opportunities and let me now how you would like to proceed.

### VII. OTHER OBSERVATIONS

Minor ID00137

J&J0968

J&J0968