

**Centocor**

Field Contact Report

| NAME: | Randy Van Cleave | TERRITORY: | 342103 | DATE(s): | 05/10/01 |

## I. EXPECTATIONS / GOALS OF FIELD CONTACT

To evaluate the the issues and opportunities in each of your target accounts and develop a plan of action to maximize reults.

## II. SALES PERFORMANCE

| Product | Q1 Baseline | Q1 Sales Volume | Q1 Sales Change | Q1 Sales Growth | National Rank | YTD New Stockings | | |
|---|---|---|---|---|---|---|---|---|
| Retavase | 161% | 128 | -32.5 | -20.25% | n/a | | | |
| Catheters | | | | | | | | |
| Wires | | | | | | | | |
| Emb. Coils | | | | | | | | |
| PVA | | | | | | | | |

**COMMENTS:**
Based on weekly data, you missed baseline by 32.5units (20.25%). This was due to multiple factors including Q4 purchases, market variances, and a reduction in overall sales volume. Using the Q1 baseline for Q2 (since we do not have Q2 baselines yet), you are currently 8.5 units ahead of baseline for the 4 week period (58 of 49.5). Currently I have no sales data of Cordis products to discuss.

## III. ADVOCATE DEVELOPMENT

Due to the unexpected departure of Mark Davidian from Lutheran, we will need to zero in on a new target for advocate development. Please consider 2 to 3 customers that you feel would be appropriate advocate targets prior to our next meeting in June.

## IV. OBSERVATIONS / COMMENTS / FOLLOW THROUGH ON PREVIOUS DIRECTION

Randy, as an important member of our team I want to express my sincere appreciation of your effort over the past several weeks. However, ocassionally issues may arise that need to be addressed. The following items reference the issues we discussed earlier this week:
- Improve focus and follow up on all activities at your target accounts by micro-managing the process.
- Follow up within 1 week with all Advisory Board attendees.
- Understanding and compliance to "Bright Lines". Be careful that in conversations with customers, they don't perceive conversations as "quid pro qou".
- Better communication with all team members involved at the target accounts via VM or email (which ever is appropriate) when appropriate.
- Keep your top priorities in check with other requests for your time to minimize distractions.
- Complete account coverage approximately every 2 weeks with appointments set up in advance.

## V. CRITICAL OBJECTIVES / ACTION

| | TIMELINE |
|---|---|
| The following list of Projects have been developed in order to drive business for our Cordis products and provide thorough follow up on unsolicited requests for information regarding Retavase: | |
| 1.) Complettion of the P&T project at Poudre Valley | 21-May-01 |
| 2.) Follow up on requests at St. Anthony's | 25-May-01 |
| 3.) Follow up on requests at Wyoming Medical Center and complete teleconferences & in services | 23-May-01 |
| 4.) Make initial contact at St. Joseph's and determine business opportunities | 25-May-01 |
| 5.) Schedule Dinner Program with Dr. Castaneda in Devnver | 31-May-01 |

## VI. REP DEVELOPMENTAL GOALS

Based on our discussion, your interests lie in management (ABM). The most important component for making yourself eligible for increased responsibilities is significant success in your current position. This involoves not only sales results, but the ability to interact successfully with multidisciplinary team members. In addition, it involves the ability to handle higher organizational/priority coordination. The latter is an area that will require targeted development as we prepare you for your future goals. We will evaluate current resources available, ie. Learning Navigator, home office rotations, etc. The opportunity to succeed and move up, as always, is in your court.

## VII. OTHER OBSERVATIONS

AS0032

I enjoyed working with you this week and I very much appreciate your attitude as we address these issues and move forward. I know you have the potential to be one of the top performers not only in the Region, but in the entire nation. Please know that anytime you have any questions or concerns I am always available. I look forward to making the Central Region Vascular Team #1 with your help.