

**Field Contact Report**

| NAME: | Denise Hill-Bannister | TERRITORY: | 342101 | DATE(s): | 05/31/01 |

### I. EXPECTATIONS / GOALS OF FIELD CONTACT
To work the Plano and Ft. Worth markets as well as to continue your development as a new Vascular Sales Specialist.

### II. SALES PERFORMANCE

| Product | Q1 Baseline | Q1 Sales Volume | Q1 Sales Change | Q1 Sales Growth | National Rank | YTD New Stockings | Cordis % to Plan |
|---|---|---|---|---|---|---|---|
| Retavase | 69.5 | 67 | -2.5 | -3.60% | 15th of 23 | 0 | |
| Catheters | | | | | | | |
| Wires | | | | | | | 107% for April and May |
| Emb. Coils | | | | | | | |
| PVA | | | | | | | |

**COMMENTS:**
Based on weekly data your territory missed baseline by 2.5 units in Q1. This was due to multiple factors including Q4 purchases, market variances, and the fact that your territory was vacant until March 5th. Your impact should show up in your territory in Q2 and the rest of the year. Thorough follow up on requests from your key accounts will be critical to your success moving forward. For the 2nd quarter, you are currently 18 units over baseline for the 9 week period (68 vs. 50). You are at 107% (in dollars) to plan with your Cordis products. At this time I do not have information regarding % to plan for each product category.

### III. ADVOCATE DEVELOPMENT
Dr. Rees at BUMC and Dr. Slonim at Methodist are both targets for advocate development. Dr. Rees still has a long way to go before becoming an advocate. Continuing to develop your relationship with him will be key, as well as attending an Advisory Board. Dr. Slonim however is already an advocate, yet still has many developmental needs. She has expressed interest in participating in our next Speaker Development Workshop. With her academic background, she would make a great local/national speaker.

### IV. OBSERVATIONS / COMMENTS / FOLLOW THROUGH ON PREVIOUS DIRECTION
Denise, your progress to date has been excellent. You have been able to learn various aspects of the business in a short period of time. The energy and enthusiasim you exhibit is refreshing and I feel your customers truly enjoy your presence. You will need to continue to learn/study anatomy and physiology to strengthen the technical aspect of your role as an "expert" in peripheral vascular disease management.

### V. CRITICAL OBJECTIVES / ACTION

| | TIMELINE |
|---|---|
| The following list of Projects have been developed in order to drive business for our Cordis products and provide thorough follow up on unsolicited requests for information regarding Retavase: | |
| 1.) Continue to develop relationships at Baylor UMC as well as follow up on interest expressed by the | Ongoing |
| 2.) Schedule Dinner Program in Austin for completion by end of July | 30-Jun-01 |
| 3.) Follow up on interest expressed at United Regional, inservice staff and physicians, and bring project to closure. | 15-Jul-01 |
| 4.) Follow up on interest expressed at MCD and continue to develop relationships with IR and Pharmacy | 15-Jul-01 |
| 5.) Bring Harris Methodist project to closure | 30-Jun-01 |
| 6.) Follow up on interest expressed at Providence | 30-Jun-01 |

### VI. REP DEVELOPMENTAL GOALS
Denise, you have expressed an interest in taking on increased responsibilities in leadership roles. Based on early subjective observations, you appear to be on track to generate the sales growth necessary for advancement. The objective reults will bear this out more specifically over time. While you continue to develop the sales growth in your territory, I will help you to identify and develop the non sales related areas that will help you to attain your goals. For your first development project; 1. Create a list of accomplishments that warrant award points, 2. Determine amount of award points to be given for each accomplishment, and 3. Explain the rationale for the ROI for each accomplishment. The target date for completion is July 6th (let me know if this will work into your schedule).

### VII. OTHER OBSERVATIONS

AS0037