

# Cardiovascular Business Unit
# Incentive Compensation Report

Caroline Kopecky
Vascular Specialist
Territory 342102
June 2001

## Q2 Payout Calculation

| Q2 Earnings | x | Q2 Eligibility | = | Q2 SICP Payout | + | Tot Q2 CM Payout | = | Total Q2 Payout |
|---|---|---|---|---|---|---|---|---|
| $7,610 | x | 100.00% | = | $7,610 | + | $761 | = | $8,371 |

**Q2 Payout: $8,371**

## Q2 Corporate Multiplier Calculation

| Q2 CM | x | Q2 Earnings | x | Q2 Eligibility | = | Q2 CM Payout | + | Year End CM Payout | = | Total Q2 CM Payout |
|---|---|---|---|---|---|---|---|---|---|---|
| 10% | x | $7,610 | x | 100.00% | = | $761 | + | $0 | = | $761 |

## Q2 Earnings Calculation

| Total Product Performance | → | Your National Rank | → | Q2 Base Earnings | x | Q2 Positive Dollar Change Eligibility** | = | Q2 Earnings |
|---|---|---|---|---|---|---|---|---|
| 6.80 | → | 5 | → | $7,610 | x | 100% | = | $7,610 |



| Q2 Measure | → | Meas. Rank | x | Meas. Weight | = | Product Performance |
|---|---|---|---|---|---|---|
| Vol = 201.0 | → | 1 | x | 50% | = | 0.50 |
| Vol Change = 201.0 - 179.5 = 21.5 | → | 11 | x | 30% | = | 3.30 |
| Vol Growth = 201.0 / 179.5 = 112.0% | → | 15 | x | 20% | = | 3.00 |
| Total | | | | 100% | | 6.80 |

## Year End Corporate Multiplier Projection

| | Q1 | + | Q2 | + | Q3* | + | Q4* | = | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Payout | $0 | + | $8,371 | + | $8,371 | + | $8,371 | = | $25,113 |

| Annual Corporate Attainment | Year End Bonus |
|---|---|
| 103% + | 15% |
| 102% - 102.99% | 10% |
| 101% - 101.99% | 5% |
| less than 101% | 0% |

| Projected Year End Payout | x | Projected Year End Multiplier | = | Projected Year End Bonus |
|---|---|---|---|---|
| $25,113 | x | 10% | = | $2,511 |

*If you continue at your current level of bonus payouts, assuming 100% eligibility and that Centocor exceeds its annual goal by 2%, you will receive a Year End CM of 10%. If Centocor exceeds its annual goal by more than 2%, the Year End CM will increase.

## Messages

**To be eligible for a payout, your Retavase dollar sales must exceed your Retavase dollar baseline, or your national rank must be better than 21.
For product calculations and rankings: Volume Change = current - baseline; Volume Growth = current / baseline.

IC Expert Report™ created by Synygy, Inc.™, 555 North Lane, Suite 6000, Conshohocken, PA 19428  (610) 664-7433 · www.synygy.com
Copyright © 2001.  All rights reserved.



# Cardiovascular Business Unit
# Incentive Compensation Report

Randy Van Cleave
Vascular Specialist
Territory 342103
June 2001

## Q2 Payout Calculation

| Q2 Earnings | x | Q2 Eligibility | = | Q2 SICP Payout | + | Tot Q2 CM Payout | = | Total Q2 Payout |
|---|---|---|---|---|---|---|---|---|
| $6,423 | x | 100.00% | = | $6,423 | + | $642 | = | $7,065 |

## Q2 Payout

**$7,065**

## Q2 Corporate Multiplier Calculation

| Q2 CM | x | Q2 Earnings | x | Q2 Eligibility | = | Q2 CM Payout | + | Year End CM Payout | = | Total Q2 CM Payout |
|---|---|---|---|---|---|---|---|---|---|---|
| 10% | x | $6,423 | x | 100.00% | = | $642 | + | $0 | = | $642 |

## Q2 Earnings Calculation

| Total Product Performance | → | Your National Rank | → | Q2 Base Earnings | x | Q2 Positive Dollar Change Eligibility** | = | Q2 Earnings |
|---|---|---|---|---|---|---|---|---|
| 7.80 | → | 9 | → | $6,423 | x | 100% | = | $6,423 |



| Q2 Measure | → | Meas. Rank | x | Meas. Weight | = | Product Performance |
|---|---|---|---|---|---|---|
| Vol = 152.0 | → | 11 | x | 50% | = | 5.50 |
| Vol Change = 152.0 - 108.0 = 44.0 | → | 5 | x | 30% | = | 1.50 |
| Vol Growth = 152.0 / 108.0 = 140.7% | → | 4 | x | 20% | = | 0.80 |
| Total | | | | 100% | | 7.80 |

## Year End Corporate Multiplier Projection

| | Q1 | + | Q2 | + | Q3* | + | Q4* | = | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Payout | $6,359 | + | $7,065 | + | $7,065 | + | $7,065 | = | $27,554 |

| Annual Corporate Attainment | Year End Bonus |
|---|---|
| 103% + | 15% |
| 102% - 102.99% | 10% |
| 101% - 101.99% | 5% |
| less than 101% | 0% |

| Projected Year End Payout | x | Projected Year End Multiplier | = | Projected Year End Bonus |
|---|---|---|---|---|
| $27,554 | x | 10% | = | $2,755 |

*If you continue at your current level of bonus payouts, assuming 100% eligibility and that Centocor exceeds its annual goal by 2%, you will receive a Year End CM of 10%. If Centocor exceeds its annual goal by more than 2%, the Year End CM will increase.

## Messages

**To be eligible for a payout, your Retavase dollar sales must exceed your Retavase dollar baseline, or your national rank must be better than 21. For product calculations and rankings: Volume Change = current - baseline; Volume Growth = current / baseline.

IC Expert Report™ created by Synygy, Inc.™, 555 North Lane, Suite 6000, Conshohocken, PA 19428 (610) 664-7433 www.synygy.com
Copyright © 2001. All rights reserved.



# Cardiovascular Business Unit
# Incentive Compensation Report

**Denise Hill-Bannister**
**Vascular Specialist**
**Territory 342101**
**June 2001**

## Q2 Payout Calculation

| Q2 Earnings | x | Q2 Eligibility | = | Q2 SICP Payout | + | Tot Q2 CM Payout | = | Total Q2 Payout |
|---|---|---|---|---|---|---|---|---|
| $6,250 | x | 100.00% | = | $6,250 | + | $0 | = | $6,250 |

### Q2 Payout
## $6,250

## Q2 Corporate Multiplier Calculation

| Q2 CM | x | Q2 Earnings | x | Q2 Eligibility*** | = | Q2 CM Payout | + | Year End CM Payout | = | Total Q2 CM Payout |
|---|---|---|---|---|---|---|---|---|---|---|
| 10% | x | $5,313 | x | 0.00% | = | $0 | + | $0 | = | $0 |

## Q2 Earnings Calculation

| Total Product Performance | → | Your National Rank | → | Q2 Base Earnings | x | Q2 Positive Dollar Change Eligibility** | = | Q2 Earnings |
|---|---|---|---|---|---|---|---|---|
| 12.60 | → | 13 | → | $5,313 | x | 100% | = | $5,313 |



| Q2 Measure | → | Meas. Rank | x | Meas. Weight | = | Product Performance |
|---|---|---|---|---|---|---|
| Vol = 97.0 | → | 17 | x | 50% | = | 8.50 |
| Vol Change = 97.0 - 72.5 = 24.5 | → | 9 | x | 30% | = | 2.70 |
| Vol Growth = 97.0 / 72.5 = 133.8% | → | 7 | x | 20% | = | 1.40 |
| **Total** | | | | 100% | | **12.60** |

## Year End Corporate Multiplier Projection

| | Q1 | + | Q2 | + | Q3* | + | Q4* | = | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Payout | $1,588 | + | $6,250 | + | $6,250 | + | $6,250 | = | $20,338 |

| Annual Corporate Attainment | Year End Bonus |
|---|---|
| 103% + | 15% |
| 102% - 102.99% | 10% |
| 101% - 101.99% | 5% |
| less than 101% | 0% |

| Projected Year End Payout | x | Projected Year End Multiplier | = | Projected Year End Bonus |
|---|---|---|---|---|
| $20,338 | x | 10% | = | $2,034 |

*If you continue at your current level of bonus payouts, assuming 100% eligibility and that Centocor exceeds its annual goal by 2%, you will receive a Year End CM of 10%. If Centocor exceeds its annual goal by more than 2%, the Year End CM will increase.

## Messages

**To be eligible for a payout, your Retavase dollar sales must exceed your Retavase dollar baseline, or your national rank must be better than 21.
For product calculations and rankings: Volume Change = current - baseline; Volume Growth = current / baseline.
***Your payout doesn't match the calculations due to your New Hire status.

IC Expert Report™ created by Synygy, Inc.™, 555 North Lane, Suite 6000, Conshohocken, PA 19428 (610) 664-7433 · www.synygy.com
Copyright © 2001. All rights reserved.



# Cardiovascular Business Unit
# Incentive Compensation Report

Jane Minor
Vascular Specialist
Territory 342104
June 2001

## Q2 Payout Calculation

| Q2 Earnings | x | Q2 Eligibility | = | Q2 SICP Payout | + | Tot Q2 CM Payout | = | Total Q2 Payout |
|---|---|---|---|---|---|---|---|---|
| $2,969 | x | 100.00% | = | $2,969 | + | $297 | = | $3,266 |

### Q2 Payout
## $3,266

## Q2 Corporate Multiplier Calculation

| Q2 CM | x | Q2 Earnings | x | Q2 Eligibility | = | Q2 CM Payout | + | Year End CM Payout | = | Total Q2 CM Payout |
|---|---|---|---|---|---|---|---|---|---|---|
| 10% | x | $2,969 | x | 100.00% | = | $297 | + | $0 | = | $297 |

## Q2 Earnings Calculation

| Total Product Performance | → | Your National Rank | → | Q2 Base Earnings | x | Q2 Positive Dollar Change Eligibility** | = | Q2 Earnings |
|---|---|---|---|---|---|---|---|---|
| 17.30 | → | 18 | → | $2,969 | x | 100% | = | $2,969 |



| Q2 Measure | → | Meas. Rank | x | Meas. Weight | = | Product Performance |
|---|---|---|---|---|---|---|
| Vol = 108.0 | → | 16 | x | 50% | = | 8.00 |
| Vol Change = 108.0 - 112.5 = -4.5 | → | 19 | x | 30% | = | 5.70 |
| Vol Growth = 108.0 / 112.5 = 96.0% | → | 18 | x | 20% | = | 3.60 |
| **Total** |  |  |  | 100% |  | **17.30** |

## Year End Corporate Multiplier Projection

|  | Q1 | + | Q2 | + | Q3* | + | Q4* | = | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Payout | $6,875 | + | $3,266 | + | $3,266 | + | $3,266 | = | $16,673 |

| Annual Corporate Attainment | Year End Bonus |
|---|---|
| 103% + | 15% |
| 102% - 102.99% | 10% |
| 101% - 101.99% | 5% |
| less than 101% | 0% |

| Projected Year End Payout | x | Projected Year End Multiplier | = | Projected Year End Bonus |
|---|---|---|---|---|
| $16,673 | x | 10% | = | $1,667 |

*If you continue at your current level of bonus payouts, assuming 100% eligibility and that Centocor exceeds its annual goal by 2%, you will receive a Year End CM of 10%. If Centocor exceeds its annual goal by more than 2%, the Year End CM will increase.

## Messages

**To be eligible for a payout, your Retavase dollar sales must exceed your Retavase dollar baseline, or your national rank must be better than 21.
For product calculations and rankings: Volume Change = current - baseline; Volume Growth = current / baseline.

IC Expert Report™ created by Synygy, Inc.™, 555 North Lane, Suite 6000, Conshohocken, PA 19428 (610) 664-7433 · www.synygy.com
Copyright © 2001. All rights reserved.