

# Cardiovascular Business Unit
# Incentive Compensation Report

Anthony Siciliano
Vascular Specialist Team Leader
Territory 342100
June 2001

### Q2 Payout Calculation

| Q2 Earnings | x | Q2 Eligibility | = | Q2 SICP Payout | + | Tot Q2 CM Payout | = | Total Q2 Payout |
|---|---|---|---|---|---|---|---|---|
| $6,309 | x | 100.00% | = | $6,309 | + | $631 | = | $6,940 |

### Q2 Payout
## $6,940

### Q2 Corporate Multiplier Calculation

| Q2 CM | x | Q2 Earnings | x | Q2 Eligibility | = | Q2 CM Payout | + | Year End CM Payout | = | Total Q2 CM Payout |
|---|---|---|---|---|---|---|---|---|---|---|
| 10% | x | $6,309 | x | 100.00% | = | $631 | + | $0 | = | $631 |

### Q2 Earnings Calculation

| Q2 Individual Earnings | + | Q2 Team Earnings | = | Q2 Earnings |
|---|---|---|---|---|
| $2,125 | + | $4,184 | = | $6,309 |

### Q2 Individual Earnings Calculation

| Total Product Performance | → | Your National Rank | → | Q2 Individual Earnings |
|---|---|---|---|---|
| 2.00 | → | 2 | → | $2,125 |



### Q2 Team Earnings**

| Area 3421 Total VS Earnings | / | Territories Within Area 3421 | x | VSTL Team Multiplier | = | Q2 Team Earnings |
|---|---|---|---|---|---|---|
| $22,315 | / | 4 | x | 75% | = | $4,184 |

### Year End Corporate Multiplier Projection

|  | Q1 | + | Q2 | + | Q3* | + | Q4* | = | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Payout | $5,722 | + | $6,940 | + | $6,940 | + | $6,940 | = | $26,542 |

| Annual Corporate Attainment | Year End Bonus |
|---|---|
| 103% + | 15% |
| 102% - 102.99% | 10% |
| 101% - 101.99% | 5% |
| less than 101% | 0% |

| Projected Year End Payout | x | Projected Year End Multiplier | = | Projected Year End Bonus |
|---|---|---|---|---|
| $26,542 | x | 10% | = | $2,654 |

*If you continue at your current level of bonus payouts, assuming 100% eligibility and that Centocor exceeds its annual goal by 2%, you will receive a Year End CM of 10%. If Centocor exceeds its annual goal by more than 2%, the Year End CM will increase.

| Q2 Measure | → | Meas. Rank | x | Meas. Weight | = | Product Performance |
|---|---|---|---|---|---|---|
| Vol = 87.0 | → | 2 | x | 50% | = | 1.00 |
| Vol Change = 87.0 - 71.0 = 16.0 | → | 2 | x | 30% | = | 0.60 |
| Vol Growth = 87.0 / 71.0 = 122.5% | → | 2 | x | 20% | = | 0.40 |
| **Total** |  |  |  | 100% |  | **2.00** |

### Messages

For product calculations and rankings: Volume Change = current - baseline; Volume Growth = current / baseline.
**If beneficial, VS earnings with eligibility of 0% were excluded when calculating your avg. territory earnings.

IC Expert Report™ created by Synygy, Inc.™, 555 North Lane, Suite 6000, Conshohocken, PA 19428 (610) 664-7433 ·www.synygy.com
Copyright © 2001. All rights reserved.