E-FILED
Monday, 28 February, 2005  03:18:16 PM
Clerk, U.S. District Court, ILCD

## BONUS POINTS AWARDED, 1/1/01-1/1/02

| Individual | Amount of Deposit | Date of Deposit | Description |
|---|---|---|---|
| Jane Minor | 50 | 1/18/2001 | Welcome Bonus |
| | 250 | 6/29/2001 | New Acct Stocking at St. John's in Q1 |
| | 500 | 10/16/2001 | New Stocking Q3 - St. Mary's |
| | 250 | 11/17/2001 | Cordis - Q3 |
| | **1,050** | | |
| Denise Hill | 250 | 6/18/2001 | Great Start! |
| | 350 | 6/18/2001 | Rookie Rapid Impact-early success at Plano, Methodist, Osteo and Seton |
| | 250 | 6/29/2001 | Great SEAL attack at Seton |
| | 150 | 8/30/2001 | Great Teamwork |
| | 350 | 10/16/2001 | Rep of the quarter Q3 |
| | 500 | 10/16/2001 | New Stocking Q3 - Osteopathic |
| | 150 | 11/17/2001 | Thanks for your help |
| | 250 | 11/17/2001 | Cordis Q3 |
| | 500 | 11/17/2001 | New Stocking - MCD |
| | 500 | 11/17/2001 | New Stocking - Seton |
| | 500 | 11/17/2001 | New Stocking - Harris |
| | **3,750** | | |
| Caroline Kopecky | 50 | 1/18/2001 | Welcome Bonus |
| | 100 | 4/17/2001 | Most accounts at DAG |
| | 150 | 4/17/2001 | Helping at Vascular Basic |
| | 50 | 4/17/2001 | Team Player |
| | 100 | 4/17/2001 | Great job at SVCIR |
| | 250 | 5/31/2001 | Great job at driving attendance at McNamara Symposium |
| | 200 | 5/31/2001 | Seal team effort - Memorial SW |
| | 250 | 6/29/2001 | Ochsner P & T Approval |
| | 250 | 6/29/2001 | Thanks for working Spohn Memorial and preserving the system |
| | 350 | 6/29/2001 | Rep of the quarter for Q2 |
| | 150 | 8/30/2001 | Great teamwork |
| | 400 | 8/30/2001 | New Stocking - Ochsner |
| | 250 | 10/16/2001 | Territory Analysis MBO |
| | 500 | 10/16/2001 | New Stocking Q3 - Ochsner |
| | 500 | 10/16/2001 | New Stocking Q3 - Methodist |
| | 500 | 10/16/2001 | Ad board attendance |
| | 250 | 11/17/2001 | Cordis Q3 |
| | 350 | 11/17/2001 | Thanks for your help |
| | 200 | 12/17/2001 | Team Contribution |
| | **4,850** | | |

EEOC000534

EEOC0534

BONUS POINTS AWARDED, 1/1/01-1/1/02

Randy Van Cleave

| | | |
|---|---|---|
| 50 | 1/18/2001 | Welcome Bonus |
| 250 | 4/17/2001 | Training |
| 50 | 4/17/2001 | Research at Med Ctr KC |
| 250 | 6/18/2001 | Great Job- P&T @ PVH |
| 400 | 6/29/2001 | Sales Success at Wyoming and Poudre Valley |
| 800 | 6/29/2001 | New account stockings at Wyoming Medical and Podre Valley |
| 250 | 11/17/2001 | Cordis Q3 |
| 235 | 12/17/2001 | Bryan LGH order |
| **2,285** | | |

EEOC000535