**E-FILED**
Monday, 28 February, 2005  03:19:23 PM
Clerk, U.S. District Court, ILCD

**Minor, Jane [CNTUS]**

| | |
|---|---|
| **From:** | Siciliano, Antonio [CNTUS] |
| **Sent:** | Friday, July 06, 2001 12:13 PM |
| **To:** | Minor, Jane [CNTUS] |
| **Subject:** | 2 Week Routing |

Jane,

Here is a sample routing.  Please review and let's discuss when you have some time.  I would like to try and get up to the St. Louis district in the next week or so.  Please let me know what your schedule is like (roughly where you'll be) for the next couple of weeks so I can coordinate a trip.  Thanks for all your hard work.

**Tony Siciliano**
**Vascular Sales Team Leader**
**800-972-9063 x7187 - VM**
**817-723-9000 - Cell phone**
**877-868-3238 - Pager**

Routing1.doc

1

J&J0995

Minor ID00164

J&J0995

# St. Louis District – 2 Week Routing

**Monday – St. Louis**
0800-1000      Barnes-Specials
1000-1100      Barnes-Pharmacy
1130-1400      SLUH-Specials
1430-1530      SLUH-Pharmacy

**Tuesday – St. Louis**
0800-0900      St. Johns-Pharmacy
0930-1200      St. Johns-Specials
1300-1430      St. Josephs-Specials
1630-1730      Fly to Des Moines

**Wednesday – Des Moines**
0800-1000      Methodist-Specials
1000-1030      Methodist-Pharmacy
1130-1400      Mercy-Specials
1530-1630      Fly back to St. Louis

**Thursday – Peoria**   *Not Memorial in SPI / Methodist Med Ctr in Peoria $$$*
0800-1030      Memorial-Specials
1030-1100      Memorial-Pharmacy
1130-1400      St. Francis-Specials

**Friday – Springfield/Office**
0800-0930      St. Johns-Specials
930-1700       Office Day: finalize next weeks appointments, catch up on phone calls, finish expense reports

**Monday – St. Louis**
0800-1000      SLUH-Specials
1030-1200      SLUH-Pharmacy
1200-1300      Barnes-Pharmacy
1300-1430      Barnes-Specials

**Tuesday – St. Louis**
0800-1000      St. Josephs-Specials
1100-1430      St. Johns-Specials
1430-1530      St. Johns-Pharmacy

**Wednesday – Evansville**
0930-1100      Deaconnes-Specials
1130-1400      St. Mary's-Specials
1400-1430      St.Mary's-Pharmacy
1430           Drive to Owensboro

**Thursday – Owensboro**
0730-1030      Owensboro-Specials
1030-1100      Owensboro-Pharmacy
1100           Drive home

**Friday – Peoria/Office**
0800-1100      St. Francis-Specials
1200-1700      Office Day: finalize next weeks appointments, catch up on phone calls, finish expense reports

J&J0996

Minor ID00165

EXHIBIT-G  SCHED Z