

# Centocor

*Field Contact Report*

| NAME: | Caroline Kopecky | TERRITORY: | 342102 | DATE(s): | 08/20/01 |

## I. EXPECTATIONS / GOALS OF FIELD CONTACT
To work the Houston and Galveston marketplace.

## II. SALES PERFORMANCE

| Product | Q2 Baseline | Q2 Sales Volume | Q2 Sales Change | Q2 Sales Growth | National Rank | YTD New Stockings | Cordis % to Plan | |
|---|---|---|---|---|---|---|---|---|
| Retavase | 179.5 | 201 | 21.5 | -50.50% | 5th | 1 | | |
| Cordis Products | | | | | | | 126% | |

**COMMENTS:**
Based on weekly data you exceeded baseline by 21.5 units. This is an excellent improvement over Q1. You finished Q2 61% (in dollars) to plan with your Cordis products. At this time I do not have information regarding % to plan for each product category.

## III. ADVOCATE DEVELOPMENT
Caroline, Dr. Kay at Oschner is currently our target for advocate development. Your work with him has started to pay off as he has been helpful in gaining expanded formulary approval.

## IV. OBSERVATIONS / COMMENTS / FOLLOW THROUGH ON PREVIOUS DIRECTION
Caroline, your commitment and hard work remains excellent. One area where I see an opportunity for improvement is in the Valley. Although we are pretty solid at Knapp, you have your work cut out for you at Valley Baptist. It will be important in Q3 and Q4 to be highly visible in the Valley to secure that business.

## V. CRITICAL OBJECTIVES / ACTION

| | TIMELINE |
|---|---|
| The following list of Projects have been developed in order to drive business for our Cordis products and provide thorough follow up on unsolicited requests for information regarding Retavase: | |
| 1.) Bring Oschner expanded formulary project to completion | 31-Aug-01 |
| 2.) Follow up on interst expressed at Valley Baptist and remain highly visible at account | Q3 |
| 3.) Follow up on IR/VS interest at Methodist San Antonio and bring project to closure | 21-Sep-01 |
| 4.) Follow up on interest at Santa Rosa Radiology | 30-Jun-01 |
| 5.) Complete account/territory rotaion every 2 weeks | Ongoing |

## VI. REP DEVELOPMENTAL GOALS
Caroline, you did a great job in helping coordiante the Colorado Springs program. I will continue to provide you with developmental projects as they present themselves.

## VII. OTHER OBSERVATIONS
Caroline, I am extremely pleased in your efforts for Q2, and know that you can do even better in Q3 and Q4. Your Success will hinge on completing the Ochsner conversion, making in roads at Valley Baptist, Santa Rosa, Methodist SA, and maximizing your business in Houston medical center.

AS0038