

**Field Contact Report**

| NAME: | Randy Van Cleave | TERRITORY: | 342103 | DATE(s): | 3rd Quarter |

### I. EXPECTATIONS / GOALS OF FIELD CONTACT
To evaluate the issues and opportunities in each of your target accounts and develop a plan of action to maximize reults.

### II. SALES PERFORMANCE

| Product | Q2 Baseline | Q2 Sales Volume | Q2 Sales Change | Q2 Sales Growth | National Rank | YTD New Stockings | Cordis % to Plan |
|---|---|---|---|---|---|---|---|
| Retavase | 108 | 152 | 44 | 40.70% | 9th | 3 | |
| Cordis Products | | | | | | | 95% |

**COMMENTS:**
Based on weekly data, you exceeded baseline by 44 units. This is a great improvement over Q2. You finished Q2 95% (in dollars) to plan with your Cordis products. Preliminary data for Q3 indicates you missed baseline by 5 units.

### III. ADVOCATE DEVELOPMENT
Dr. Tindall is our new target for advocate development. Please work on a plan for his development by the next time we meet.

### IV. OBSERVATIONS / COMMENTS / FOLLOW THROUGH ON PREVIOUS DIRECTION
Randy, back in May we discussed several items that needed to be addressed. Although there appeared to be some improvement early on, I feel your efforts/focus in large part have not met my expectations. These issues are based primarily on your work efficiencies. First, your focus and follow up/follow through has been inadequate. As we discussed last time, you need to micro-manage various processes at your accounts and act with a sense of urgency. A 7 weeks lapse of coverage in Tulsa delayed new business opportunities at St Francis. A sense of urgency is needed here and at all your accounts. Second, you need to continue to work at communicating with all members of the Central Region that share accountability at your targets. Although some improvement has been made in this area, more improvement is required. Finally, keeping your top priorities in check with other requests for your time to minimize your distractions and ultimately help you achieve your goals. In regards to your Critical Objectives, you were successful in finishing the P&T project at Poudre Valley with a positive outcome, congratulations! Your second objective was to follow up at St. Anthony's. There has been no change in the status of this account, possibly due to focusing too much time at Porter and Swedish. This is an example of what happens when you get distracted from your targets and why more focus must occur at your targeted accounts. Your third objective was to f/u at Wyoming Medical and the requested tele-conferences and inservice. This was completed satisfactorily and has created new business at this account. Great job! Your fourth critical objective was completed and is no longer a target. Finally, your fifth objective was to schedule a dinner program in Denver with Dr. Castaneda. Here we had decided to change our strategy and bring Dr. Davidian to Fort Collins. This was very successful and has also resulted in new business at Poudre Valley. Again, good job! Telephone Update on 10-15-01: During our last meeting on August 29th I discussed your work efficiency and expressed my concern that you are not spending enough time in the appropriate accounts, which leads to inadequate follow up on your part. The two weeks since that meeting my records indicate you have spent 3 days in Springfield, 3 days in Tulsa, 1-2 days in Denver, 1-2 days in Casper, and 0 days in Nebraska. This is not good judgment on how to spend your time and does not meet the requirement of complete account rotation every 2 weeks. In addition, since we added Nebraska (Omaha and Lincoln) to your territory in Q3, my records indicate that as of 9-15-01 you have only been to Nebraska twice, when you should have visited at least 5 times. If there is a reason that you cannot meet these expectations you need to address that with me. If not, this needs to be corrected immediately. I have no doubts that inadequate account coverage and lack of consistent follow through is a leading cause for why you finished Q3 below baseline. Randy, I know you can do better than this and expect you to do better than this. This is critical to your success and therefore starting immediately I am requiring a weekly account update. This should include what progress has been made at each of the accounts visited. I am also requiring that your expense reports be turned in weekly. Both reports must be turned in by Wednesday of the following week. Finally, make sure that you are using all your available resources, ie medical information requests when appropriate.

### V. CRITICAL OBJECTIVES / ACTION

| | TIMELINE |
|---|---|
| The following list of Projects have been developed in order to drive business for our Cordis products and provide thorough follow up on unsolicited requests for information regarding Retavase: | |
| 1.) Continue to provide strong f/u and follow through at St Francis to ensure complete conversion | 26-Oct-01 |
| 2.) Develop action plan for Nebraska marketplace to capitalize on new business opportunities | 22-Oct-01 |
| 3.) Continue to provide strong f/u and follow through at Wyoming Medical Center and Poudre Valley to ensure complete conversion. | 01-Nov-01 |
| 4.) Determine new business opportunities at Columbia Rose and St. Anthony's North and develop appropriate action plan | 29-Oct-01 |
| 5.) Implement action plan already created and maintain high focus at Lutheran | 22-Oct-01 |
| 6.) Complete account rotation every two weeks | Ongoing |

### VI. REP DEVELOPMENTAL GOALS
Based on our discussion, your interests lie in management (ABM). Without making a significant improvement to the above concerns, the opportunity for additional responsibilities will not occur. The most important component for making yourself eligible for increased responsibilities is significant success in your current position. This involves not only sales results, but the ability to handle higher organizational/priority coordination. Remember that the opportunity to succeed and move up, as always, is in your court.

### VII. OTHER OBSERVATIONS
Randy, in addition to improving your efficiency as stated above, there are two other areas that need to be addressed. The first is your attire. Business casual is acceptable as a minimum AS LONG AS your customers are comfortable with that attire. Absolutely no jeans and/or t-shirts are acceptable. The second is in regards to the report of smelling like alcohol prior to a customer call. However, I understand your position is that you did not smell of alcohol in the morning, that you did not have any alcoholic beverages the morning in question, nor did you drink excessively the prior evening. I trust your word in this matter but need to make sure that we are clear that absolutely no behavior of this sort is tolerated at Centocor. Finally, I appreciate your understanding of the issues and your desire to rectify the situation during our last meeting together in August. You must remember that each and every day you and you alone are ultimately responsible for your success or failure. I hope you choose success!

AS0034