

## Centocor
*Field Contact Report*

| NAME: | Denise Hill | TERRITORY: | 342101 | DATE(s): | 09/20/01 |
|---|---|---|---|---|---|

### I. EXPECTATIONS / GOALS OF FIELD CONTACT
To work the Dallas and Austin area markets and discuss new "attack" accounts.

### II. SALES PERFORMANCE

| Product | Q2 Baseline | Q2 Sales Volume | Q1 Sales Change | Q1 Sales Growth | National Rank | YTD New Stockings | Cordis % to Plan | |
|---|---|---|---|---|---|---|---|---|
| Retavase | 72.5 | 97 | 24.5 | 33.80% | 13th | 0 | | |
| Catheters | | | | | | | | |
| Wires | | | | | | | 158% | |
| Emb. Coils | | | | | | | | |
| PVA | | | | | | | | |

**COMMENTS:**
Based on weekly data you exceeded baseline by 24.5 units in Q2. This is an excellent improvement over Q1. Thorough follow up on requests from your key accounts will continue to be critical to your success moving forward. You finished Q2 158% (in dollars) to plan with your Cordis products, great job! Preliminary (weekly DDD) data for Q3 indicates you exceeded baseline by 33 units (26.8%).

### III. ADVOCATE DEVELOPMENT
Due to the recent difficulties with BUMC, Dr. Rees will be a long term target for advocate development. It will be very important to continue to build a relationship with him while addressing his concerns. Dr. Slonim is coming a long way in our development of her as a Retavase advocate. Her presentation at the Colorado Springs consultant meeting was very well received. I would like for you to develop a plan that continues her development so that we can utilize her throughout your territory and possibly the nation.

### IV. OBSERVATIONS / COMMENTS / FOLLOW THROUGH ON PREVIOUS DIRECTION
Denise, although your efforts at BUMC (CO1) have been halted by Dr. Diamond, I commend you on your efforts and want to assure you we are not giving up at this point. B Russell, B Smith, and myself have met with Dr. Rees and had a very encouraging meeting. We will be following up with him in a couple of weeks and I will keep you in the loop. It sounds as though the dinner program in Austin (CO2) was a success, congratulations. In regards to Providence and United Regional (CO3/6), my records indicate that from May 1st thru Aug. 18th you have only been to Providence once and United Regional three times. This does not fit into the requirements of full territory coverage every two weeks. I understand there may be an error due to the way expense reports are completed, and that you will make necessary adjustments. These two accounts are no longer targets but may need help in the short term depending on possibilities. At Harris Methodist (CO5) a sense of urgency is needed. It has been almost a year since they expressed an intersest in using our product, and several months since giving us their commitment to do so. We have pharmacy support and IR support with som will be critical to your success here. You have done a great job in developing relationships with the IR's at MCD (CO4). We finally hav the opportunity to get a fair product evaluation, lets make sure the folloe up is strong here as well to ensure we don't miss any opportunities.

### V. CRITICAL OBJECTIVES / ACTION | TIMELINE

The following list of Projects have been developed in order to drive business for our Cordis products and provide thorough follow up on unsolicited requests for information regarding Retavase:

| | |
|---|---|
| 1.) Continue to develop relationships at Baylor UMC | Ongoing |
| 2.) Develop action plan for Wichita marketplace to capitalize on new business opportunities | 26-Oct-01 |
| 3.) Strong f/u and follow through at Harris Methodist to complete product conversion | 01-Nov-01 |
| 4.) Follow up on HDAG evaluation at MCD and determine new business opportunities. | 26-Oct-01 |
| 5.) Complete product conversion at Seton and Osteopathic where momentum is strong. | 01-Nov-01 |
| 6.) Complete account/territory rotation every 2 weeks | Ongoing |

### VI. REP DEVELOPMENTAL GOALS
Denise, you have expressed an interest in taking on increased responsibilities in leadership roles. While you continue to develop the sales growth in your territory, I will continue to identify and develop the non sales related areas that will help you to attain your goals, as well as any sales related areas as appropriate. You are very good at developing relationships with your customers, which usually leads to your success with that customer. However, one area I have identified is your sales ability when relationship selling is not what will sell a particular customer. In this situation you will need to sell relying on your clinical and technical skills. To achieve this you will need to continue to learn/study anatomy and physiology to solidify yourself as an "expert" in peripheral vascular disease management, which will strengthen your credibility with your customers. I have no doubt in your ability to accomplish this goal and in your potential therefore to be one of the top representatives in the company.

### VII. OTHER OBSERVATIONS

AS0035

Denise, once again your relationship building abilities are very strong. However, on occasion your judgement on discussion topics leaves you vulnerable for criticism. I am refering to your discussion of things such as your Mrs. America title, expensive vacation trips to the Bahamas, job perks and bonuses, etc. These are questionable topics for discussion with customers, but certainly not acceptable prior to establishing a basic relationship with them. Please keep in mind that many of your non-physician customers, such as Pharmacists, nurses, and techs, do not make the same type of money as you, do not drive nice cars, and can not afford to take expensive vacations. Customers perception of you is also ther perception of our company. Please understand that I know that the vast majority of time you do an excellent job representing our company, but I want to make certain you understand how on occasion you may unknowingly give customers the wrong impression of yourself and our company.

AS0036