**Page 1**

```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE CENTRAL DISTRICT OF ILLINOIS
                   SPRINGFIELD DIVISION

M. JANE MINOR,
          Plaintiff,
   vs.                          No. 02-3354
CENTOCOR, INC.,
          Defendant.
```

THE DEPOSITION of CELINA C. TSANG, M.D., PH.D., taken in the above-entitled case before Tricia L. Gudgel, a Notary Public of Menard County, acting within and for the County of Sangamon, State of Illinois, at 9:45 o'clock A.M., on October 21, 2004, at 2901 Old Jacksonville Road, Springfield, Sangamon County, Illinois, pursuant to notice.

```
          Baldwin Reporting & Legal-Visual Services
               Serving Illinois, Indiana & Missouri
          24hrs (217)788-2835   Fax (217)788-2838
                      1-800-248-2835
```

**Page 2**

APPEARANCES:

BAKER, BAKER & KRAJEWSKI, LLC
BY: James Baker, Esq.
    415 South Seventh Street
    Springfield, Illinois 62701
    On behalf of Plaintiff.

PUGH, JONES, JOHNSON & QUANDT, P.C.
BY: John M. Broderick, Esq.
    180 North LaSalle Street, Suite 3400
    Chicago, Illinois 60601
    On behalf of Defendant.

**Page 3**

I N D E X

| DEPONENT | PAGE NUMBER |
|---|---|
| Celina C. Tsang, M.D., Ph.D | |
| Examination by Mr. Broderick | 5 |
| Examination by Mr. Baker | 105 |

E X H I B I T S

| NUMBER | MARKED FOR IDENTIFICATION |
|---|---|
| Exhibit 1 | 108 |

(Whereupon all exhibits were retained by counsel.)

**Page 4**

S T I P U L A T I O N

It is stipulated and agreed, by and between the parties hereto, through their attorneys, that the deposition of CELINA C. TSANG, M.D., PH.D. may be taken before Tricia L. Gudgel, a Notary Public and Certified Shorthand Reporter upon oral interrogatories, on the 21st of October A.D., 2004, at the instance of the Defendant at the hour of 9:45 o'clock A.M., 2901 Old Jacksonville Road, Springfield, Sangamon County, Illinois;

That the oral interrogatories and the answers of the witness may be taken down in shorthand by the Reporter and afterwards transcribed;

That all requirements of the Federal Rules of Civil Procedure and the Rules of the Supreme Court as to dedimus, and the reading over and signing of the deposition by the witness, are expressly waived;

That any objections as to competency, materiality or relevancy are hereby reserved, but any objection as to the form of question is waived unless specifically noted;

That the deposition, or any parts thereof may be used for any purpose for which depositions are competent, by any of the parties hereto, without foundation proof;

That any party hereto may be furnished copies of the deposition at his or her own expense.

COPY

Page 5

1  (Whereupon the Witness was
2  sworn by the Notary Public.)
3  CELINA C. TSANG
4  having been first duly sworn by the Notary Public,
5  deposeth and saith as follows:
6  EXAMINATION
7  BY MR. BRODERICK:
8  Q  Good morning, Dr. Tsang. My name is
9  John Broderick, and I represent Centocor in the
10  action Minor versus Centocor. And I'm just going
11  to ask you a few questions today about Ms. Minor.
12  Have you ever been deposed before?
13  A  Yes.
14  Q  How many times before have you been
15  deposed?
16  A  Oh, I don't know. Maybe ten.
17  Q  Have you ever been a party to a lawsuit?
18  A  No.
19  Q  Have you ever been retained as an expert?
20  A  Well, some people try, I turn it down.
21  Q  In the matters that you've been deposed,
22  were they matters relating to medical care and
23  treatment?
24  A  Yes.

Page 6

1  Q  So you know the ground rules of a
2  deposition. I'm going to ask you a series of
3  questions today, and if you could just keep your
4  answers oral. The court reporter can't take nods
5  of the head or that kind of thing. And if there's
6  anything I ask you that you don't understand,
7  please let me know.
8  I'm a layperson so I don't know a lot of
9  medical terminology and everything, so I'll
10  probably ask you a lot of questions which you think
11  are basic. But I'll just do the best I can. If
12  you don't understand, just let me know.
13  A  Okay.
14  Q  What is your specialty?
15  A  Internal medicine.
16  Q  And what did you do to prepare for the
17  deposition today?
18  A  I was reading through the chart.
19  Q  Did you look at anything else that wasn't
20  in her file?
21  A  No.
22  Q  Did you talk to anyone about the
23  deposition?
24  A  No. I don't normally do that.

Page 7

1  Q  Let me first ask, are you aware what this
2  lawsuit is about?
3  A  Yes.
4  Q  Could you just tell me your understanding
5  of the lawsuit.
6  A  It's some sort of harassment.
7  Q  Do you know --
8  What's your source of information
9  regarding the lawsuit? Like who told you about the
10  lawsuit?
11  A  Well, like Jane has trouble with work
12  towards the end of her career. And then she came
13  in, you know, like depressed, upset, and atrial
14  fibrillation type of thing, so we talked to her
15  then. And then she had stress like getting pressed
16  to prepare for the lawsuit and that type of thing.
17  Q  So your primary --
18  Is it fair to say that your only source
19  of information about the lawsuit -- the claims in
20  the lawsuit is from Jane?
21  A  Yes.
22  Q  Do you know the name of her supervisor?
23  A  No.
24  Q  Do you know --

Page 8

1  You said her claims were about
2  harassment, do you know anything else about what
3  the nature of the claims were about?
4  A  I know it has something to do with her
5  supervisor.
6  Q  Anything else?
7  A  As we go through the chart, I think
8  whatever I have in the chart is what is in the
9  chart.
10  Q  So if it's noted in her chart, then you
11  were told that, but if it wasn't noted in your
12  chart, you didn't think it was important; is that
13  right?
14  A  I don't know whether I have some other
15  recollection other than that, it has been a long
16  time ago. I don't usually just say something
17  without the chart.
18  Q  You don't have an independent
19  recollection of her claims in the lawsuit outside
20  of what's noted in your chart; is that right?
21  A  Yeah, I think that's basically it.
22  Q  As we sit here today, you said you
23  reviewed her charts and that, but do you have any
24  -- do you recall any specifics of how she was

Page 9

1  treated at work of what she said, may have told
2  you?
3      A  I remember there was a supervisor, that
4  was like right before she didn't work, because she
5  worked for years as pharmaceutical rep, that she
6  said they were asking her to go to a lot of
7  territories that is physically impossible to do.
8         And then I remember she had a
9  hysterectomy.  After that she took time off from
10 work, and then there was some sort of, I don't
11 know, what it was, a write-up or whatever it was.
12 That time that she got -- she took off because of
13 medical illness, she somehow got retaliated for.
14     Q  Do you have any opinions within a
15 reasonable degree of medical certainty as to either
16 the treatment she claims she endured at work has
17 caused any of her current conditions?
18     A  Well, she then had a lot of anxiety, then
19 she went into atrial fibrillation.  You know
20 medical -- psychiatrical issues, psychiatrist,
21 they'd probably know more on that ground.
22        And then on medical side, she got this
23 atrial fibrillation that sometimes can be
24 precipitated by stress.

Page 10

1      Q  And I'm just wondering, do you have an
2  opinion though as to either her atrial fibrillation
3  was caused by stress from work?
4      A  Well, we have to go through some of the
5  echocardiogram and things, I don't remember.  See,
6  because the most common cause of atrial
7  fibrillation -- there's several things -- one is
8  hypertension.  I don't know because she had
9  hypertension, like long-term hypertension that
10 caused changes in the heart.  And another common
11 cause would be hyperthyroidism, ischemia, like if
12 the heart's got blockage.
13        I think she has gone through cardiac
14 adjustment even within the past couple years, and
15 she didn't have, you know, any ischemia.  Ischemia
16 just meaning not enough blood flow to the heart,
17 like blockage in the coronary artery.
18     Q  Do you hold an opinion though within a
19 reasonable degree of medical certainty that her
20 atrial fibrillation was caused by stress from work;
21 do you yourself hold that opinion?  You may or may
22 not, I don't know.
23     A  Well, like it would -- I would be
24 inclined to say it can be due to stress.

Page 11

1      Q  It can be?
2      A  Yes, because adrenaline induced.
3      Q  But I mean do you know --
4         Do you have any knowledge as to what
5  stresses she was under at work?
6      A  Well, as I told you, she got a supervisor
7  that asked her to go to different territories and
8  mark her supposedly when she go to work.  They have
9  big territories, as far as I know, that's been for
10 four or six hours.  I don't remember the exact, I
11 don't know those towns.
12        When she came in, she did mention which
13 town she has to go to but not from here, so I'm not
14 familiar how far she has to go.  And they probably
15 have it on the record at work how far she has to go
16 within a period of time.
17     Q  Your basis of information regarding her
18 territories, the source for that is Jane, right?
19     A  Yeah, that's right.  But you would have a
20 record, it's not a secret where people go, you
21 know.
22     Q  I'm just trying to explore your opinions
23 and your basis of your opinions, that's all.
24        Do you have an opinion within a

Page 12

1  reasonable degree of medical certainty as to
2  whether or not any of her psychiatric conditions
3  may have been caused by treatment from work.
4      MR. BAKER:  I'm going to loge an objection.  I
5  don't think a foundation has been established that
6  the doctor, as an internal medicine specialist, is
7  in a position to offer that type of opinion.
8      MR. BRODERICK:  Subject to that objection, you
9  can answer.
10     THE DEPONENT:  I believe him.  Go to a
11 psychiatrist, you know.
12     MR. BRODERICK:  I'm just asking an open-ended
13 question whether you do or don't have an opinion.
14     THE DEPONENT:  No, I don't have an opinion.
15     MR. BRODERICK: Q  What is Ms. Minor's current
16 condition?
17     A  Current condition now is she's got, you
18 know, like this atrial fibrillation that kicks in
19 and out, she's on medicine, and she is on a lot of
20 medication.  And in terms of her psychiatric
21 problem, as I say, she's got a psychiatrist.
22     Q  Who is her psychiatrist?
23     A  I believe it's Bohlen.
24     Q  Did anybody else treat her for atrial

Page 13

1 fibrillation?
2  A  Yeah, Dr. Miller.
3  Q  Are those the two most significant
4 aspects of her condition presently?
5  A  Yes.
6  Q  When was the last time you saw Ms. Minor?
7  A  I saw Ms. Minor yesterday for shortness
8 of breath.
9  Q  Was that a scheduled appointment?
10  A  That I can't tell. It looks like it was
11 a scheduled appointment maybe. But sometimes they
12 can schedule an appointment the day before.
13 Usually it's a walk-in.
14  Q  And what was her complaints?
15  A  Her throat feels tight and shortness of
16 breath since the day before when she went
17 shopping. And she had no asthma, that's just what
18 I asked her.
19  Q  Any other complaints?
20  A  Well, her Coumadin was on hold for a
21 couple days because of the dental work that's
22 scheduled on the 21st, so she was not taking her
23 Coumadin which is a blood thinner for atrial
24 fibrillation. And she had some stuffy nose and

Page 14

1 that's in the complaint.
2  Q  And what treatment did you prescribe for
3 that?
4  A  Well, we checked several things. We
5 checked her oxygenation at room temperature, it was
6 98 percent; and when she walks 90 percent, but her
7 PIC flow is a little bit low. So PIC flow is like
8 we ask people to blow through a device and see how
9 fast she can go, and it's not -- we treated her as
10 if she had got like acute bronchitis, asthma-type
11 of thing. We did chest X-ray, EKG. We scheduled
12 her for a lung test.
13  Q  Do you know what the cause of this might
14 be?
15  A  We are working it up, I don't know.
16 Because from the preliminary results, seems like
17 maybe a lung problem.
18  Q  We might be issuing a follow-up subpoena
19 for request of all the additional records.
20  A  Yeah, sure.
21  Q  Let me first go through some of your
22 notes. I know you said you're not a psychiatrist
23 but you have prescribed psychotropic medication for
24 her; is that correct?

Page 15

1  A  Yes.
2  Q  Are you aware of what her current
3 diagnosis is, her current psychiatric diagnoses
4 are?
5  A  I know depression is one of them, I don't
6 know exact detail because they are confidential.
7 We don't get letters from psychiatrists for my
8 patients, in general.
9  Q  Is it your opinion though --
10     When was the first time you saw Jane?
11  A  1992 -- 1991 I'm showing -- 1991 was seen
12 by Dr. Wenthe. I see her the first time in 1991.
13  Q  Have you ever said or expressed an
14 opinion that she's had a history of depression?
15  A  She has some depression on and off.
16  Q  How about anxiety?
17  A  She has some anxiety on and off.
18  Q  Since '92 on and off until the present
19 day?
20  A  Well, '91, she just come in for some
21 sinus infections and things. I have to go through
22 the chart. She's not on any psychiatric medicine
23 at that time. 1991, do you want me to go through?
24  Q  Well, let's see.

Page 16

1  A  Because I mean it's a long time to
2 remember things from that far back.
3  Q  I'll try to direct your attention a
4 little bit to some things to speed it up a bit.
5  A  There's like 13 years of records here.
6  Q  Let me direct your attention to -- maybe
7 I have different pages.
8  A  First time I see anything on this thing
9 is in January 1992.
10  Q  January of '92, right. Why don't you
11 describe that entry for us.
12  A  She's coming in for some counseling for
13 some crisis from home. And then she has only son's
14 in school so she can't concentrate and she cries a
15 lot, so she come in to talk to me.
16  Q  Was there a note there about anxiety with
17 provoking factor?
18  A  Yeah. Then I taught her some relaxation
19 methods type thing. I prescribed Tranxene at that
20 time.
21  Q  What is Tranxene?
22  A  It's a benzodiazepine, it's similar to
23 Valium, it's within that class of compound.
24  Q  And that was for her anxiety?

Page 17

1   A  Yeah, for the stress because her only son
2 has problems in school.
3       And then in January 29 looks like
4 better. I don't know whether she was working,
5 passing through, and we asked her or whether it was
6 a phone note.
7   Q  Do you know how much Tranxene --
8       What was the prescription for Tranxene;
9 do you know the details of that?
10   A  The prescription, 15 milligrams BID, it's
11 not a high-dose Tranxene.
12   Q  What is BID?
13   A  Twice a day.
14   Q  And so she came back in on the 29th and
15 said she felt better?
16   A  Yeah. The 29th, she may be just passing
17 through as a drug rep. I don't know why I put it
18 down on that day as a feel better, but it wasn't
19 like a real visit, it's not like a visit we charge.
20   Q  Is she seeing you as a patient and as a
21 drug representative?
22   A  I remember she being a drug rep, but, you
23 know, it's so long ago. So, you know, like drug
24 rep walk in and out of the office all the time, and

Page 18

1 so the feels better, I don't know what it was if we
2 called her to find out how she was doing. All I
3 note in the chart is she was feeling better on the
4 29th.
5   Q  Has she ever arranged -- well, sold your
6 office drugs or marketed them to your office?
7   A  She must be -- I remember she used to
8 work for pharmaceutical company that sells Biaxin,
9 but I don't remember whether she directly sells us
10 Biaxin. That's all I remember.
11   Q  So you don't recall one way or another
12 whether she --
13   A  We have so many. You got to sit here one
14 day, we have hundreds of them going through. I
15 recognize their face, but most of the time, I don't
16 remember what they actually sell.
17   Q  If she was selling a drug, would she talk
18 to you about it or would she have talked to
19 somebody else in the office about it?
20   A  If they sell drugs, they would talk to me
21 about it. Because they change companies too, so
22 after a while, you don't know what they sell
23 anymore, you know, you just know you know them.
24   Q  I believe the next entry is February

Page 19

1 25, '92.
2   A  Yes.
3   Q  There's something there about lots of
4 stress at home.
5   A  Lot of stress at home in personal life
6 for about two months or so. That's in February,
7 that's like -- yeah. So that would be the
8 continuation from January. Work with tight
9 schedule, decrease in energy, not happy, sleep okay
10 with Tranxene, and she had loss of appetite, and
11 need ventilation, and just unable to enjoy.
12   Q  Was this the first time she mentioned
13 work, it appears?
14   A  This is the first time she mentioned
15 work. The last time was because of her son, but I
16 think this time it's the son plus work.
17   Q  And you continue the prescription for
18 Tranxene at this point?
19   A  No, at that time I tried her on Prozac.
20   Q  On this date?
21   A  Yeah, on February 25, '92.
22   Q  Could you direct my attention to where
23 that's at in the note.
24   A  It's A&P, means assessment and plan.

Page 20

1 Dysthymia secondary to stress. Discuss and allow
2 ventilation, and partially treat with Prozac, 20
3 milligram, one tablet PO, per day, that means once
4 daily. And I asked her to follow-up in two or four
5 weeks. And we encouraged her to do some exercise,
6 pick up some hobbies type thing.
7   Q  What is dysthymia?
8   A  Dysthymia it's like -- it's like
9 depression but it's not, it's like a depressive
10 mood but not like a major depression, it's like a
11 step below depression.
12   Q  Okay.
13   A  And then in April 1992, that is like two
14 months later, she came in for a preop. And then at
15 that time, she was off Prozac for a week because
16 she said she was feeling better because the
17 situation had improved at home.
18   Q  She took herself off the Prozac?
19   A  Yeah.
20   Q  Well, that kind of self medication, is
21 that appropriate?
22   A  Well, there's some people who do that.
23 30 percent of Americans supposedly take this one
24 time or the other. I mean she feel better so she

Page 21

1 took herself off.
2  Q  In your opinion is that appropriate or is
3 that --
4  A  Well, it's not entirety inappropriate. I
5 mean if they don't feel bad, no since taking
6 medication. It depends on the degree of depression
7 they have. I mean it's not like if they have
8 schizophrenia or something, that disorder is
9 different type of thing than depression.
10     A lot of people you go through the street
11 and ask ten people, at least two or three of them
12 have taken one of those things one way or the
13 other. I think it's in the culture.
14  Q  Did she have any subjective complaints on
15 this day?
16  A  She came here because of bunion surgery,
17 so we just -- it was just -- we go through and
18 review her systems. We ask her how she feels in
19 general. We go through all the organs, and she was
20 fine, there was no problem at the time other than
21 the bunion.
22  Q  Down at the bottom of the page, you note
23 depression; is that right?
24  A  Yeah. Because since she came in for

Page 22

1 depression last time, I just follow-up with the
2 patient and question her to see how she is doing
3 with her depression. She says home situation
4 improved. Says she's off Prozac for a week, doing
5 well.
6  Q  Did you modify her prescription at that
7 point?
8  A  Well, we didn't have to give her
9 prescription because she was off the drug.
10  Q  And you agree with her decision to take
11 herself off of it?
12  A  Yeah.
13  Q  I'm just wondering, did you at this point
14 did you suspend the prescription?
15  A  Well, we usually just write two months
16 prescription anyway. Sometime I chart them,
17 sometimes I don't. This one -- yeah, because
18 usually I give them a couple months or maybe four
19 months prescription when I normally write for most
20 of the thing.
21  Q  So she would have that supply for a
22 couple months, if she wanted more, she would have
23 to come in and see you?
24  A  Or sometimes they call.

Page 23

1  Q  At this point in time in '92, are there
2 any other factors that you can recall that are not
3 in your notes that went into your decision to --
4  A  '92, no. I don't remember what I ate
5 yesterday.
6  Q  Let me just finish the question. Me
7 neither. Let me finish the question so I have a
8 clear record, if you don't mind. She's taking all
9 this down, you know.
10     Is there any other factors you recall
11 that aren't in the your notes that went into --
12 that you replied upon to base your decision to
13 prescribe Prozac?
14  A  Can you -- I don't understand your
15 question.
16         (Whereupon the requested
17         portion of the record was read
18         back by the Reporter.)
19  A  You know, I remember what the problem
20 with the son is, but I don't know whether it was
21 important, but I didn't chart it at that time.
22  Q  What was the problem with her son?
23  A  The son has some problem in school, and
24 Jane said that he didn't have a girlfriend, and

Page 24

1 worried about son being homosexual, but he's not.
2 So that's all I remember. I didn't chart it
3 because of the material of the thing. But I
4 remember it because something like that you
5 remember. But the son has got a girlfriend now,
6 the son was 18, 19 at that time. I mean I don't
7 think it's important, that's all I remember. It's
8 not in the chart.
9  Q  So other than that fact and what's in the
10 chart, those are all the factors --
11  A  Yeah, that's all I remember, yes.
12  Q  Why don't we take --
13     My next note -- forgive me for leading --
14 my next note is on 10-25-94, why don't we just take
15 a quick scan. I see in '92, in July and October
16 of '92, it appears there's a refill for Tranxene?
17  A  There's a refill on Tranxene, she called,
18 and she just got 30.
19  Q  So you probably didn't see her on
20 10-21-92?
21  A  No, it was a phone note from a nurse,
22 number 30, no refill. NR means no refill.
23  Q  So at this point --
24     Let me ask: So she asked for a refill at

Page 25
1  this point and that was denied?
2     A  No. No. We gave her 30 and no other
3  refill.
4     Q  Oh, I see. So what would that indicate
5  then, she would have to come in and see you
6  personally to get a refill?
7     A  Yeah, if she wants more. Because she
8  hasn't come back for anything like that, so we gave
9  her 30 to hold her until her next appointment.
10 Apparently she didn't get it unless she got it from
11 somebody else.
12    Q  Let me directed your attention, is the
13 next appointment September 9, '93?
14    A  Yes. She came in for a some ear ache and
15 sinus infection. And she asked for a refill of
16 Tranxene. That was '93 though, it was like almost
17 a whole year later.
18    Q  And did she have any complaints at that
19 time about depression or anxiety?
20    A  She just wanted refill of Tranxene, I
21 gave it to her.
22    Q  And you gave it to her?
23    A  Uh-huh.
24    Q  I believe the next note is February

Page 26
1  of '94?
2     A  Yes.
3     Q  Is there anything there about her anxiety
4  or depression?
5     A  Well, she came in for sinus, she says she
6  is under a lot of stress, some problem with her
7  boyfriend.
8     Q  Is that problem boyfriend who may --
9     A  Well, the problem boyfriend who may be
10 going through a divorce, and then the son has
11 problem with girlfriend, and so she had a lot of
12 stress and anxious and on medication for this. She
13 tried Prozac in the past, that was probably
14 referring to 1992, and did okay at times, so I
15 refill her Prozac.
16    Q  The last line on that, is that -- again
17 is that dysthymia?
18    A  Dysthymia.
19    Q  Can you spell that.
20    A  D-Y-S-T-H-Y-M-I-A.
21    Q  And that's the diagnosis, and the
22 prescription is the Prozac?
23    A  Yeah.
24    Q  And what was this prescription, 20

Page 27
1  milligrams?
2     A  Yes.
3     Q  And for how long?
4     A  Once a day. I asked her to follow-up in
5  two weeks, so I didn't put down how long.
6     Q  Then next visit in March?
7     A  Yes, she came back like maybe 3 weeks
8  later, March 17.
9     Q  And anything here related to the
10 depression or anxiety?
11    A  Not really. She came in because she
12 broke out in hives from medication.
13    Q  And then September 1994 is the next
14 entry?
15    A  Well, it was 1994 we refilled the
16 medicine.
17    Q  That's just a refill.
18    A  Yeah, that's a refill. It may be
19 September because it's got a hole in the thing. I
20 don't know why that a hole happened later. Oh, you
21 know why, because we used to have a chart that
22 flipped, and then they convert this chart to a
23 side-to-side so they put new holes in and delete
24 that. But it looked like it must be an September

Page 28
1  because below it was an October.
2     Q  Fair enough.
3        That's a refill for Prozac and Tranxene?
4     A  Yes.
5     Q  And then there's a note under there that
6  says patient contacted Dr. Tsang, did she talk to
7  you personally about those refills?
8     A  Because that almost looks like the entry
9  is from another day from the pen, you know because
10 the color of the ink.
11    Q  To the best of your understanding now
12 looking at that, you're not sure if that --
13    A  No, I can't tell.
14    Q  (Continuing)--if that relates to the
15 entry for the refill?
16    A  Yeah, because it may be -- because it --
17 I think it was -- it is added on in the October
18 note from the ink because, of course, you got Xerox
19 copy, you can't tell the ink. It looks like it's
20 an October 25 entry that the patient contacted
21 Dr. Tsang, and the patient stopped Prozac or
22 something since it didn't seem to be helping.
23       So started on Paxil, we give her some
24 samples, and patient is not suicidal, is under the

Page 29

1 care of a psychiatrist whom she will be seeing on
2 November 3, 1994. So my nurse charted that, so I
3 can't interpret, I'm just reading off her chart,
4 she charted that way. Supposed she had an
5 appointment with her psychiatrist November 3.
6    Q This is not your handwriting on --
7    A It's not, it's my nurse.
8    Q Does this reflect a visit she had with
9 you?
10    A No. No. It was just a phone note saying
11 the Prozac's not working, she was going to see a
12 psychiatrist or wanted to try something else before
13 then, it sounds like.
14    Q Can you tell from this note whether it
15 was your office that gave her Paxil?
16    A Well, it sounds that way because sample
17 was given.
18    Q And now patient not suicidal, do you know
19 how that would have come up in the conversation?
20    A Usually -- I think I train my nurse to
21 ask people because if they ask for that type of
22 medicine, it's okay to refill, but if they are
23 suicidal, if they commit suicide, it's a
24 malpractice. So I think she was trying to write

Page 30

1 good notes, I don't know. I didn't write the note,
2 she's the one that wrote the note.
3    Q Do you know what nurse this was?
4    A It was Debbie Booth.
5    Q Do you know what psychiatrist she was
6 seeing at this time?
7    A It's not charted. I don't know. But I
8 am under the impression she had been seeing the
9 same one. I don't know, I really don't.
10    Q When you say "same one," who are you
11 referring to?
12    A Bohlen.
13    Q Have you ever heard of a Susan Earington?
14    A She's a counselor, the reason why I know
15 is because she was my patient, so it wasn't like I
16 know that she go to her.
17    Q Do you think this note refers to
18 Susan Earington or do you think it probably --
19    A It says -- that I don't know because it
20 says under the care of a psych, but she didn't say
21 a psychologist or psychiatrist, it's my nurse's
22 note, I don't know.
23    Q It appears then November of '94.
24    A Yes.

Page 31

1    Q Is that a phone refill?
2    A Yes.
3    Q Is that your nurse's handwriting?
4    A Yeah, my nurse's handwriting.
5    Q And says went back to Prozac, is that
6 fair, is that what that says?
7    A Request refill, Prozac, 20 milligram,
8 Paxil is too strong, causes her to be drowsy.
9    Q Does it appear then the next time you saw
10 her was December 19 of '94?
11    A December 1994, yes.
12    Q This is your handwriting?
13    A Yes. That's a visit.
14    Q And did she have any --
15    What were her complaints that day?
16    Off the record.
17    (Discussion off the record.)
18    Q What were her complaints on December 19,
19 1994?
20    A She checked up for sinus and her ankle
21 sprain, left ankle sprain.
22    Q Does there appear to be any notes here
23 regarding depression or anxiety?
24    A I think, you know, at the end, I probably

Page 32

1 asked her about her depression. And then I asked
2 her to check a thyroid, do a thyroid test just to
3 make sure it wasn't something medical.
4    Q Or physical?
5    A Yeah. So we did a TSH on that day. But
6 she came in basically for sinus and ankle sprain.
7    Q What is a TSH?
8    A A thyroid stimulating hormone.
9    Q And what's the purpose of that test?
10    A There's some people that get depression
11 because their thyroid is low.
12    Q This determines whether or not the
13 thyroid is low?
14    A Yes, determined whether they got a
15 thyroid problem.
16    Q Did you get the results back the same
17 day?
18    A Usually it will take like a day to come
19 back. Do you want the result, it must be normal is
20 what I'm thinking. What year was that?
21    Q '94.
22    A What month?
23    Q December.
24    A December '94. TSH, December 1994 is

Page 33

1 normal.
2  Q  Can I just see that page so I can find
3 it?
4  A  Yeah, sure.
5  Q  I might just ask for a quick copy of that
6 after the dep.
7  A  Sure.
8  Q  I see a note on 12-22-94.
9  A  12-22-94 is a phone note from my nurse.
10 She informed the patient of normal lab and abnormal
11 X-ray, she's also to get off her foot and wear a
12 brace. And then we checked depression and anxiety
13 questionnaire, and asked her to give it back to
14 Dr. Tsang or something.
15  Q  What is the questionnaire?
16  A  We have a questionnaire for depression,
17 we score people. Like I have one here in 2001. I
18 don't know where that goes. I can't find it now, I
19 find one that's from way back which is normal, you
20 know, in April of 2001.
21     It looks like, let me show you, this is a
22 questionnaire standardized questionnaire designed
23 by some psychiatrist that it just helps us to go
24 through things a little quicker and we can

Page 34

1 quantify. Normally when we talk to people, it's
2 hard to judge.
3  Q  Can we tab this to have a copy made of it
4 after?
5  A  Sure.
6  Q  I got some Post-its, just so we
7 remember. This could be in what you produced, I
8 can't find it right now. Sorry about that.
9     Is that the only one you have?
10  A  Well, that's the only one I can find, put
11 it that way. You know like sometime we give people
12 questionnaire to do at home, they just blow us off,
13 you know.
14  Q  So this notation here would indicate to
15 you --
16  A  It would be a questionnaire like this is
17 what we -- we call it questionnaire, it sounds
18 better in the hallway. We just say give me the
19 questionnaire so nobody else knows what kind of
20 questionnaire we are talking about. But around
21 this hallway, we know the questionnaire means the
22 questionnaire.
23  Q  After it says we've reviewed the chart
24 from '92 ,'94, does this appear to be the first

Page 35

1 time you've used a questionnaire?
2  A  No. This one is charted 2001, so that
3 may be the first time. At the beginning of my
4 practice, we didn't have the questionnaire, this
5 may be the first time we actually had the
6 questionnaire so that we started doing it.
7  Q  Why did your practice start to use the
8 questionnaire?
9  A  It's faster. Because you can sit there
10 two hours talking to people about depression, and
11 there's only so much you can chart, and the next
12 time when they come along, you can't quantify it to
13 compare. But with the questionnaire, they will
14 tell you how they feel, and it becomes a score, and
15 when we compare the score, we can see the subtle
16 changes.
17  Q  Is the result of the questionnaire noted
18 on this note?
19  A  No because I think apparently she gave
20 her the questionnaire to do because she was not
21 even -- like because it was not a visit.
22  Q  How does the nurse decide whether or not
23 to use the questionnaire?
24  A  You know like sometime they get a refill,

Page 36

1 I may verbally tell them give them a questionnaire
2 to do. You know, like she's not the one to make
3 any decision.
4  Q  Who makes the decision, do you make the
5 decision?
6  A  Yeah. Most of my patients, if they are
7 on any of those nowadays, they all get a
8 questionnaire. 1994 may be the first time I even
9 had a questionnaire.
10        (Whereupon a short recess
11         was taken.)
12  MR. BRODERICK:  Q I think we were talking
13 about December 22, '94, so there's a --
14  A  December 22, '94. Yeah, I found it.
15 December 22, '94, it was asking her to do the
16 questionnaire.
17  Q  And how do you decide to give someone the
18 questionnaire?
19  A  Most of the people that come in and
20 complain about anxiety, depression, we give them a
21 questionnaire now. Like everybody, if they can't
22 sleep, we give them the questionnaire, can't eat.
23  Q  The next page, April of '95, is there a
24 refill for Prozac there?

Page 37

1   A   She came in for some cough, sinus
2   congestion, there's no mention of Prozac there.
3       April '95?
4   Q   April 17 or 10th, is it?
5   A   April 10 of '95, she's actually off
6   Prozac again, I think.  She's off the Prozac for
7   three months.  I probably asked her how she was
8   doing with the Prozac, she was off for three
9   months, she didn't take it since January of '95
10  again.  You know like in -- yeah, she probably
11  didn't need it again at that time.  She was off for
12  three months is what it said.
13      My nurse usually puts down what medicine
14  they are using, so they called and asked her
15  whether she's still taking it.  And then the actual
16  "off for three months" is written in by me.  So
17  the nurse's copy from the time before, assume she's
18  taking it.  And I probably asked her how she was
19  doing with that, and she told me she was off for
20  three months is what is charted there.
21  Q   Anything there in those two visits on
22  that page, April 10 of '95 and July 17 ,'95 about
23  depression or anxiety?
24  A   July she fell.  No, just a knee strain.

Page 38

1   No, there's no mention of any depression.
2   Q   She fell.  Was that a serious fall?
3   A   The knee X-ray was normal.  It must not
4   be because I don't remember if she had knee surgery
5   or anything.
6   Q   Does it appear the next visit was in
7   March of '96?
8   A   There's a phone note in August '95 for
9   refill of Tranxene.  And then in March of '96, she
10  complained about some depression because some of
11  her friends died.  And she tried Prozac -- she
12  tried leftover Prozac she had at home.  And her
13  hand had tremors, so we asked her to try some
14  Zoloft.
15  Q   She had hand tremors?
16  A   Yeah, after she took the Prozac.  I don't
17  know whether it's too old Prozac.
18  Q   And so based on those, her subjective
19  complaints about those complaints, you prescribed
20  Zoloft?
21  A   Yes.  And then she came in to see me then
22  afterwards.
23  Q   What was the prescription for Zoloft?
24  A   The Zoloft, 50 milligram at bedtime.

Page 39

1   Q   And what's different about Zoloft?  Why
2   did you prescribe Zoloft at that point?
3   A   Why did I prescribe because I know she
4   tried Paxil, she couldn't take it.  And then there
5   were only a few drugs that I use so Zoloft is one
6   of the other ones.
7   Q   Is it stronger medication than Prozac?
8   A   Not really.  Not really.  Different
9   people react to it differently.  We actually don't
10  know -- sometimes we try a series of them, we don't
11  know which one they will respond to.
12  Q   And why did you prescribe Zoloft at this
13  point rather than giving her another prescription
14  for Prozac?
15  A   Because she said her hand had tremor when
16  she took it, so she apparently didn't do well with
17  it.  And then I remember from last time she didn't
18  do well with Paxil so she got Zoloft.
19  Q   Is this a phone note on April 26 of '96?
20  A   Yes, but she came in to see me in March
21  though, 21st of '96.
22  Q   Yes?
23  A   So at that time it was -- so I gave her
24  some Zoloft and asked her to come back and see me

Page 40

1   in two weeks.
2   Q   Is there also a complaint about sores in
3   mouth and --
4   A   Yeah, she came in basically to see me for
5   sores in the mouth, and sore throat, and chest
6   congestion, and cough.  And then sometimes when
7   they come in, they didn't feel the nurse needs to
8   know everything about them, they wouldn't tell them
9   about depression here, which is not uncommon.
10  Q   What did you find the sores in the mouth
11  were caused by?
12  A   I diagnosed it as bronchitis, so I don't
13  think it was -- I mean it was just -- sores in the
14  mouth -- I just lumped them up as bronchitis or
15  something, probably sinusitis and bronchitis, but
16  it's not a big thing.
17  Q   And then it says, next note below March.
18  A   March.  April 26?
19  Q   Yes.
20  A   We filled the Zoloft because she was
21  supposed to see me in two weeks, she was probably
22  too busy and must be doing well because she asked
23  for a refill.  And I have feeling she probably just
24  get some samples from us.  And then there was no

Page 41

1 prescription so she had to call to get a
2 prescription.
3   Q  Does it appear the next visit was in
4 March of '97?
5   A  March '97, she saw one of my partners.
6 She had sunburn on both lips. Come in and see,
7 sunburn from vacation in St. Thomas. Actually,
8 both legs, not lips.
9   Q  And then did you see her in April of '97?
10  A  Yeah, April of '97.
11  Q  And is there a notation at the top here
12 she was on Prozac still?
13  A  Yeah. Because at that time, 1997, she
14 has history of arrythmia, atrial fibrillation
15 flutter, 160, a lot of stress at work, at home, and
16 saw Prairie Heart.
17  Q  Saw what?
18  A  Prairie, it's a heart institute here.
19 P-R-A-I-R-I-E, I think.
20  Q  Do you know what doctor she saw there?
21  A  Oh, I don't know. I think from my memory
22 she didn't officially see them. And you know like
23 -- I don't know. They would have records. She
24 may just...

Page 42

1   Q  Why would you have written history of
2 fibrillation there?
3   A  She probably told me she went into a
4 rhythm, irregular heartbeat, and then she had a
5 normal echo, the monitor showed atrial fibrillation
6 and -- atrial fibrillation, atrial flutter.
7   Q  Is there some finding you have there from
8 a test that she had an irregular heartbeat?
9   A  No. I think she just wanted to tell me
10 what has been going on since last time she saw me.
11 I'm under the impression that's what happened
12 because I hadn't seen her for a while, she probably
13 came in to tell me she got this atrial fibrillation
14 and atrial flutter.
15  Q  Is it your impression that Prairie ran a
16 test?
17  A  Yeah, because the fact she had a normal
18 echocardiogram and Youvan (phonetic) monitor. And
19 then on the Youvan monitor, they found an atrial
20 fibrillation, atrial flutter, that is in 1997. And
21 she was having a lot of stress at work and at home
22 at that time.
23  Q  Did she talk about what the stress was
24 due to, I mean in particular?

Page 43

1 A  I chart down she saw Prairie
2 unofficially, so it was a curb side is what I
3 remember, yeah. I mean because she was a drug rep,
4 she walked around and get free test.
5   Q  Do you know, did Prairie -- do you see
6 anything from the notes here if she got any kind of
7 treatment from Prairie or anyone else for the
8 irregular heartbeat at that point?
9   A  Episode of atrial flutter, normal echo.
10 She had some local tests at that time. And we
11 asked her to do a hypertension diet. And then I
12 checked her thyroid at that time. As I say,
13 thyroid is one of the common things that cause
14 atrial fibrillation. Because since she had normal
15 echo, we know it's not like a heart structuring
16 problem.
17  Q  Did the thyroid test reveal anything, to
18 your knowledge?
19  A  Notify the T-4 low limit of normal and
20 normal TSH, so it's within normal limit.
21  Q  Where is that? Is that a note in your --
22  A  It's a phone note from my nurse. There
23 should be like a test result here that goes with
24 that. I find -- is it September -- I find that

Page 44

1 test.
2   Q  Again, I'll just tab it. I might have
3 that, but why don't we just tab it.
4     So just go back to April 28, '97, does it
5 appear -- you had prescribed her Zoloft, but now it
6 appears she is on Prozac; do you see that?
7   A  Yeah, I see that.
8   Q  Do you know who prescribed her that
9 Prozac?
10  A  Maybe somebody else does because I
11 haven't seen her for a whole year for this. But
12 unless it was leftover, she had it from before,
13 then it would be really old.
14  Q  Fair enough.
15    Did you ask her about the Zoloft or why
16 she switched?
17  A  No, I didn't ask her because she didn't
18 come in for that.
19  Q  I note it says problems with work, what
20 did she say about work; do you remember?
21  A  No, because she didn't come in to see me
22 for that.
23  Q  So you don't remember anything outside of
24 what's in the note regarding that issue?

Page 45

1   A   No.
2   Q   I see some visits in May of '97.
3   A   Yeah, she had some dizziness, she came
4   in.
5   Q   Do you know what that was due to?
6   A   I just checked CVC to find whether she's
7   anemic and then we rechecked the thyroid again.  We
8   checked the thyroid again.  We did a glucose test
9   in May 1997, I think it's for the dizziness
10  probably to see whether she was hypoglycemic and
11  she's okay with that test.
12      Actually, glucose was a little too high
13  after the glucose challenge.  But we do another
14  test called glucosan hemoglobin and that was within
15  normal limit.
16  Q   What was the results of the lipid?
17  A   The lipid is normal, very normal, that
18  was in September '97.
19  Q   I believe the purpose of those tests were
20  to determine --
21  A   The dizziness, the cause of the
22  dizziness, just to make sure it's not her heart
23  because she says her brother had a heart attack.
24  Q   Her family has some sort of history?

Page 46

1   A   Yeah, she worried about her heart that's
2   why she came in, she worried about her thyroid
3   that's why we checked it.
4   Q   I believe the next --
5   A   May 31, 1997.  See, the family history
6   says the brother has chronic disease, heart attack,
7   that's why we were checking cholesterol, that was
8   May 20, 1997.
9       And the next one is May 31, 1997, she got
10  dizziness, fainting spell, coming in apparently to
11  discuss about this glucose test.  And she's having
12  an ENG to follow in a week with Dr. Bauer.
13  Q   And who is Dr. Bauer?
14  A   It must be Carol Bauer, she's an ear,
15  nose, and throat doctor with SIU.
16  Q   Is that spelled: B-A-U-R-E-R?
17  A   B-A-U-R-E-R is what I put down, but it
18  doesn't mean that's what it is though.
19  Q   Okay.  Good enough.
20  A   But I think that's what it is.
21  Q   So ultimately did you have any
22  determination?
23  A   I basically discussed with her about, you
24  know, like because the first was 198, it was too

Page 47

1   high, and she had family history of diabetes, so I
2   asked her to start doing maybe a diabetic diet.
3   And I checked the glucose hemiglobin on that day,
4   that was normal.  So she's not diabetic just
5   glucose intolerant.  We asked her to stay away from
6   dessert and things.
7   Q   Then does it next appear that you saw her
8   in September of '97?
9   A   September '97.
10  Q   And is this note up here to show she's
11  still on the Prozac?
12  A   Yes, still on the Prozac.
13  Q   And what were her complaints that day?
14  A   She has some tickling in her right ears,
15  she wanted to get a throat and an ear check.
16  Q   And did she have any complaints relating
17  to anxiety or depression or what's going on in her
18  personal life?
19  A   She said she had some decrease in energy,
20  can hardly get out of -- something.
21  Q   Does it say bed?
22  A   Well, yeah.  But it doesn't look like
23  bed.  So she started on some leftover Prozac for
24  ten days.  My God, this leftover Prozac must be

Page 48

1   old.
2       MR. BAKER:  Does it get stale?
3       THE DEPONENT:  Four years old.
4       MR. BRODERICK:  Q  Do you know what her source
5   of her Prozac was?
6   A   She says leftover Prozac.
7   Q   Does it say she's taking 40 milligrams?
8   A   20.
9   Q   Down at the bottom you have an X and then
10  40?
11  A   It says leftover Prozac for ten days.
12  It's just X means times ten days.  Ten days to two
13  weeks or something.
14  Q   Does the note say she's having problems
15  with the mother, and son, brother, and sister?
16  A   Yeah, because her brother's got like --
17  brother's 53, got diabetes, heart attack, 82
18  percent ARD, it says very detail of this coronary
19  disease of the brother.
20      And brother-in-law had a cardiac tympana
21  (phonetic), it's like the heart, outside heart
22  filled with fluid and compressing on it causing
23  symptoms.  So her sister was really depressed over
24  the husband probably.

Page 49

1 And then her boyfriend is with something
2 -- with another woman. So she went to see her
3 counselor.
4 Q Do you know who her counselor was at that
5 point?
6 A I don't know. Maybe Susan Earington. I
7 don't know the name of the counselor, we usually
8 don't ask those details. So she had decrease in
9 energy but we talked about that already, and can
10 hardly get out of something.
11 Q Did you make any prescription for her
12 today or that day?
13 A Well, she must have enough leftover
14 Prozac. I don't know. I didn't chart I refilled
15 her Prozac. But sometimes I might have refilled
16 the Prozac. I don't know. I didn't write
17 anything. But the pharmacy should have those
18 records though.
19 And then September 16, she came back.
20 Q And what were her complaints that day?
21 A She came in complaining of sore throat,
22 like some rash on her stomach and thigh, and her --
23 you know, like all over her body basically. And I
24 remember she had ring worm from her cat at that

Page 50

1 time.
2 Q Anything related to her atrial
3 fibrillation?
4 A And then -- not atrial fibrillation --
5 no, nothing on the atrial fibrillation. Because
6 she saw cardiology for it curb side -- I mean like
7 the cardiology decided she doesn't need anything.
8 I mean she didn't see them officially, according to
9 my notes.
10 Q Anything relating to her depression or
11 anxiety?
12 A She gets jittery from the Prozac so we
13 switched her to the Zoloft.
14 Q She got what?
15 A Jittery feeling.
16 Q Jittery.
17 So in September of '97, you switched her
18 to the Zoloft?
19 A Yeah.
20 Q Who is Dr. Russell?
21 A Robert Russell must be a plastic -- I
22 think he's a plastic surgeon. There's a Russell
23 that is a neurosurgeon. I don't remember the
24 plastic surgeon's first name, but my guess is

Page 51

1 plastic surgeon.
2 Q So at some point --
3 Is that for --
4 I think it's noted somewhere in the
5 records that Ms. Minor had breast implants?
6 A I don't know, you know. Like all I know
7 is she probably go to see a doctor she didn't tell
8 me about. I don't know. All I know is the plastic
9 surgeon sent the records over.
10 Q Fair enough.
11 I know you have a note here, depression,
12 do you have any recall of what was going on with
13 that? Did you make any -- did she have any
14 complaints related to depression that day?
15 A That day she said the Prozac made her
16 sick.
17 Q Anything else other than that?
18 A No. Because that one is a continuation
19 of when we saw her like ten days ago because she
20 had -- she got brother-in-law's got problems and
21 all those things, and got boyfriend problem.
22 Q I have a walk-in sheet, do you have that
23 or no, from November of '97?
24 A November '97 she saw Dr. Nawoor for hives

Page 52

1 on her hands for two days.
2 Q And then did you see her in October
3 of '98?
4 A August 31, '98, she coming in for sore
5 throat and maybe a urinary tract infection.
6 Q And it's noted at the top, it appears
7 she's back on Zoloft?
8 A Yeah. Because that was the last time I
9 gave her Zoloft, and she was taking 25 milligram
10 now.
11 Q That's pursuant to your prescription?
12 A Yeah, I gave her 50, but sometimes, you
13 know, she plays around with her medicine.
14 Q Very good.
15 And then did you see her again in October
16 of '98?
17 A October '98, yeah. How did she get
18 Prozac again?
19 MR. BAKER: Goes a long way.
20 THE DEPONENT: She was on Prozac, 10
21 milligrams.
22 MR. BRODERICK: Now she's back on Prozac
23 there.
24 Q Is that your prescription or do you

<table>
<tr><td>

Page 53

1　know who --
2　A　I don't know. My prescription was from
3　1994 from all these notes. Some leftover. She
4　must not be taking that much, you know, if she has
5　that much leftover.
6　Q　These two visits in August and October
7　were they notes about depression, anxiety?
8　A　No, she came in for a sore throat.
9　Q　'98, December of '98 --
10　　Well, let me just shortcut this a little
11　bit. Because it appears from my review of the
12　records --
13　A　I see a December '98, give her some
14　Lotrisone cream for ringworm. She got ringworm
15　from her cat.
16　Q　Let me just ask you the records from --
17　just if you could just skim the records from that
18　date until August of 2001, if you could just see,
19　is there anything in there relating to her
20　depression or anxiety?
21　MR. BAKER: Did you say August of 2001?
22　MR. BRODERICK: Yeah.
23　THE DEPONENT: August 2, 2001, she had
24　palpitations for two hours, was doing paperwork.

</td><td>

Page 55

1　A　Just physical examination. It's a
2　different -- that's just a physical. And I just
3　put down...
4　Q　Did you make a finding of an irregular
5　heartbeat, she had the subjective complaint?
6　A　Yeah, I think I must have an EKG that I
7　got her to the hospital. I gave her like some
8　digoxin. I gave her 0.375 milligram of the digoxin
9　and sent her to the hospital.
10　Q　Did you refer her to Dr. Miller?
11　A　No, she says she saw Dr. Miller years
12　ago. You know, remember that time she had curb
13　side, saw her for atrial fibrillation, atrial
14　flutter. That was, I forgot, many, many years,
15　like '97, I believe.
16　Q　Now, did you primarily examine and treat
17　her for the atrial fibrillation or was that more
18　Mr. Miller's --
19　A　Well, you know, like that -- the first
20　time I saw her that she actually had an atrial
21　fibrillation was that day. And then I gave her
22　digoxin to treat her atrial fibrillation and sent
23　her to the hospital, and then Dr. Miller saw her in
24　the hospital.

</td></tr>
<tr><td>

Page 54

1　History of palpitations on and off for a year. Had
2　told her several years ago -- actually been several
3　years ago and curb side Dr. Miller at that time had
4　one -- she had one can of Diet Coke -- I must have
5　asked her how much caffeine she drink.
6　MR. BRODERICK: Q So on August 2, she came in
7　to see you and it was regarding --
8　A　Palpitations for two hours. That's the
9　time we admitted her to the hospital.
10　Q　And did you ask her about her symptoms?
11　A　She had palpitations, just heartbeat go
12　fast.
13　Q　And then what's that next say?
14　A　No shortness of breath and no -- no
15　shortness of breath, she has cough, she told me she
16　had an echocardiogram a long time ago.
17　Q　Patient was -- what's that line it says
18　understand palpitations for two hours?
19　A　Was doing paperwork.
20　Q　Was doing paperwork. What's the phrase
21　before that: Patient --
22　A　Before that, palpitations for two hours?
23　Q　And then the beginning of the line under
24　LLS, right under that there's a phrase.

</td><td>

Page 56

1　Q　Did you do --
2　　Now, this might be a question more for
3　Dr. Miller or you, I'm not sure, I will ask you.
4　　Did you go through a list of possible
5　symptoms -- her symptoms and at this point in time
6　or --
7　A　Well, because I listened to her heart, it
8　was irregular.
9　Q　Did she have shortness of breath?
10　A　She didn't on that day.
11　Q　Any chest pain or dizziness?
12　A　She has some cough. And then should be
13　-- the more detailed thing would be in the
14　hospital note. Usually I do like a discharge
15　summary type thing.
16　Q　Could you just --
17　　Is an atrial fibrillation basically an
18　irregular heartbeat?
19　A　It's a certain kind of irregular
20　heartbeat, it's coming from the atrium. The heart
21　is like four chambers. Two atrium, which is the
22　small chambers, we call it the atrium. And then
23　there are the two ventricles, one on the left, one
24　on the right side. So the rhythm, the atrial

</td></tr>
</table>

Page 57

1  fibrillation is because the atrium, which is where
2  the pacemaker coming from, is going irregular.
3        Now if it's ventricular fibrillation,
4  people die from it within minutes. Atrial
5  fibrillation is like a bad irregular heartbeat to
6  have.
7     Q  Could be treated?
8     A  They treat it medically. Sometimes they
9  can induce elctro conversion.
10    Q  It's not immediately fatal?
11    A  No. I think one of my professors told me
12 that people last for six hours, and they will be
13 gone if untreated.
14    MR. BAKER: Is that with atrial fibrillation?
15    THE DEPONENT: Atrial fibrillation is rapid
16 ventricular response, meaning if the heart rate is
17 over 100 and the fibrillation is going untreated,
18 it was Dr. Pitt told me -- actually, Pitt is well
19 known in the field, you know, he said only last for
20 six hours.
21    MR. BRODERICK: Q And that's an atrial?
22    A  Atrial fibrillation if they are rapid
23 heart rate. There are a lot of people in atrial
24 fibrillation walking around, slow heart rate is

Page 58

1  okay.
2     Q  Did you measure Ms. Minor's heart rate
3  that day?
4     A  I think we must have done -- because she
5  came in so sick, my nurse, she put down the heart
6  rate, I think she just got me in the room with an
7  EKG, it was August 2001.
8     Q  We can --
9     A  -- find it later.
10    Q  Yeah.
11        Let's just go along with the notes just
12 to go through those. Then on 8-3-01, was she
13 admitted to hospital?
14    A  She was admitted to Memorial, according
15 to the note.
16    Q  Then the next note 8-3-01, 11:15, that's
17 the next time you saw her?
18    A  Yes.
19    Q  What does that note say?
20    A  Which?
21    Q  Down at the bottom.
22    A  What day was it?
23    Q  August 3.
24    A  August 3, 2001, Intracorp, some sort of

Page 59

1  insurance thing. It's some insurance needing
2  initial review of the patient. It must be her
3  insurance, Intracorp. Like sometimes when we send
4  a patient to the hospital, they need
5  pre-certification from the insurance company, I
6  think that's all that is.
7     Q  Then your next note August 3, 2001?
8     A  August 2001.
9     Q  And did you see her in the hospital at
10 this point or do you know? Can you tell from the
11 note?
12    A  August 2001.
13    Q  August 3, 2001.
14    A  Memorial, she surely got out quick if she
15 went -- I remember she went to the hospital one
16 time for this thing, but she must be out that
17 quick, just a day, it looks that way because it's
18 follow-up hospital the next day.
19    Q  This says follow-up hospital?
20    A  Yeah.
21    Q  What does that mean?
22    A  Just means she got out of the hospital
23 within a day. That's possible nowadays.
24    Q  Why don't you read through that note for

Page 60

1  us then about the visit.
2     A  On the visit it says was raped in 1996 by
3  an exboyfriend who is an echo technician. Was in
4  the hospital this morning, the echo tech came in --
5  it must be came in her room for an echo, and pulse
6  160, she got very upset and has to leave. So
7  that's why she got out so early. And said he
8  admitted to a counselor he raped her out of anger.
9     Q  And then after that?
10    A  So apparently she didn't do an echo,
11 instead do an echo out-patient and then continued
12 on the Lanoxin. We're going to check the dig.
13 level and the BMP in three days and give her some
14 Tranxene that day.
15    Q  And is this different handwriting down
16 there at the bottom?
17    A  Yeah, this is my nurse's handwriting.
18 Rescheduled her for an echo at St. John's and PHI
19 and is to be done the 7th at 9:00 a.m., faxed the
20 order to a certain phone number and left message
21 for the patient to call back for appointment
22 information. And then the patient asked to get a
23 female to do the echo.
24    Q  Do you know what the results were of the

Page 61

1 echo?
2    A  Yes. The echo says left ventricular
3 systolic function, mild mitral valve prolapse,
4 associated trace mitral regurgitation, aortic
5 regurgitation probably trace, mild TL --
6    Q  What are you reading from?
7    A  I'm just reading my -- because sometimes
8 it's hard to find those results, I handwritten the
9 results so when the patient comes in for follow-up,
10 it's faster for me.
11    Q  What page is that?
12    A  8-13-01.
13    Q  8-1-3?
14    A  Uh-huh.
15    Q  It doesn't appear I have that.
16    A  But there's a real echo result in the
17 chart, I just handwritten it in so I can find them
18 faster.
19    Q  I think I might need the 8-13-01 note.
20    A  You don't have that one?
21    Q  Right.
22    A  But there should be an echo result in the
23 chart. Just because it's a thick chart, when the
24 patient comes in, we can't find them quick enough,,

Page 62

1 so I handwritten those things in.
2    Q  That's from Memorial?
3    A  Must be unless we sent her to St. John's
4 because of the...
5    Q  So in laymen's terms, what was the result
6 of the echo?
7    A  The echo result, the heart is functioning
8 well. There is some mild prolapse. One of the
9 valves is prolapsing. But 30 percent of people
10 have it. And there's some trace -- it's like less
11 than mild regurgitation, meaning like the blood
12 flow going to the wrong side. But a lot of people
13 get that, it's not a big deal, basically it's a
14 pretty normal study.
15    Q  So did the echo reveal the cause of the
16 atrial fibrillation?
17    A  Sometime if the left atrium is enlarged,
18 people have like a tendency to get atrial
19 fibrillation. It's like a pacemaker has too much
20 -- I mean like too long a way to go before they go
21 into the ventricle, and people tend to get atrial
22 fibrillation.
23    Q  Do you consider yourself qualified to
24 make an opinion about the cause of her atrial

Page 63

1 fibrillation?
2    A  There are common causes. We are
3 internist, we make diagnosis.
4    Q  Let me ask a foundational question. I
5 know you said you are an internist, is that
6 sufficient qualification for you to make an opinion
7 about the cause of her atrial fibrillation?
8    A  The atrial fibrillation, normally they
9 are like it's all in text book, there are few
10 causes, and then we find out whether she has those
11 conditions.
12    Q  In your opinion, do you hold an opinion,
13 within a reasonable degree of medical certainty, as
14 to the cause of her atrial fibrillation?
15    MR. BAKER: I'm going to object. It's been
16 asked and answered.
17    MR. BRODERICK: You can answer.
18    THE DEPONENT: Well, you know like we make
19 diagnostics, I mean people come in, we make a
20 diagnosis what they have, and then we send them to
21 a specialist to fix that particular problem.
22    MR. BRODERICK: Q Did you make a diagnosis as
23 to the cause of her atrial fibrillation in August
24 of 2001?

Page 64

1    A  We haven't got enough data.
2    Q  At that point?
3    A  Yes.
4    Q  Did the echo provide you with any data to
5 determine a cause?
6    A  We would look if she had like an abnormal
7 echo, then it may be because she had like not
8 enough blood flow to the heart or maybe because of
9 the left atrium, like the structure of the heart is
10 wrong.
11    Q  Did this echo reveal to you any causes of
12 the atrial fibrillation?
13    A  What it tells us is it's not because of a
14 heart attack or something that has happened to her.
15    Q  So the echo ruled that out? The echo
16 ruled out a heart attack?
17    A  Yes.
18    Q  But did it reveal to you any other
19 possible causes?
20    A  Well, it's probably left atrium, I didn't
21 chart it's size, chances it was normal, if it was
22 normal then it's not because the heart size is not
23 normal.
24    Q  And then did you -- is that a follow-up

Page 65

1 visit you had with Ms. Minor on 8-13?
2   A  August 30, yes. She came back to discuss
3 the echo result.
4   Q  And what did you tell her about the echo?
5   A  I just tell her what probably what I just
6 told you.
7   Q  Now, at the same time during August, is
8 she seeing anyone else regarding her atrial
9 fibrillation, to your knowledge?
10  A  She has Dr. Miller in the hospital, I
11 imagine she had a follow-up appointment with
12 Dr. Miller but she left abruptly.
13  Q  Do you recall if you were talking to
14 Dr. Miller, communicating with him about Ms. Minor?
15  A  Usually they send us labs. We don't
16 directly talk to people unless something's really
17 drastic.
18  Q  In your opinion, who is more responsible
19 for diagnosing the atrial fibrillation, you or
20 Dr. Miller?
21  A  Dr. Miller.
22  Q  And who has been more responsible for
23 treating the condition?
24  A  Usually the specialists see them. They

Page 66

1 don't follow the way we do. They see them maybe
2 twice a year, maybe once a year. Like if people go
3 in for a heart attack, they have bypass surgery,
4 after that, they will see us maybe every three
5 months.
6   Q  So if Dr. Miller had a treatment plan,
7 would you defer to that treatment plan?
8   A  Yes.
9   Q  And then follow-up with Ms. Minor to
10 follow the treatment plan?
11  A  Yes, sometimes we do it that way. We do
12 it together actually most of the time. For like
13 typically for bypass surgery, the cardiologist
14 sometime may not even see them for five years.
15  Q  So according to this note at this point
16 in time, August 30, is there a treatment plan to
17 put in place?
18  A  She's on digoxin, checking levels, so we
19 are just -- we're just trying to decide on a
20 dosage.
21  Q  Has there been any determination of a
22 cause, to the best of your knowledge, by this date?
23  A  The cause of the --
24  Q  Of the atrial fibrillation.

Page 67

1   A  The atrial fibrillation. We didn't find
2 an exact cause, put it that way.
3   Q  Did anything here on this sheet show
4 anything regarding depression or anxiety, was there
5 any discussion regarding that?
6   A  No.
7   Q  Is the next follow-up visit in October of
8 2001?
9   A  Yes.
10  Q  Did she have any complaints at that time?
11  A  Sinus congestion.
12  Q  Is there any discussion here regarding
13 her heart condition?
14  A  No.
15  Q  Depression or anxiety?
16  A  No.
17  Q  Does it appear at this point that she is
18 still taking anything to your knowledge like Prozac
19 or Zoloft?
20  A  She was taking Wellbutrin.
21  Q  Who prescribed her that; do you know?
22  A  I don't know.
23  Q  Was it you?
24  A  Let me see. There's a phone note here.

Page 68

1 Yeah, I think I did.
2   Q  Okay.
3   A  On August 31 there's a phone note, said
4 patient's crying, really depressed and...
5   Q  What date was that?
6   A  It was August 31. And she said she took
7 some Wellbutrin in the past, and so we gave her
8 some Wellbutrin.
9   Q  Let me tab that page, I don't think I
10 have it.
11    What is Wellbutrin?
12  A  It is an antidepressant for a typical
13 depression, we also use it to quit smoking.
14  Q  The purpose you prescribed it here for
15 is?
16  A  Is depression.
17  Q  Do you know what the cause is of her
18 depression at this point?
19  A  Don't know.
20  Q  And when was the next follow-up visit?
21  A  Saw her October 4, I think we went
22 through that one. And this one October 8, she come
23 in because of depression.
24  Q  Could you read through that note for us.

Page 69

A  Boss wrote her up for sales down in April when she had hysterectomy.

Q  Maybe you could just read your notes into the record.

A  I'm trying to read what I'm writing.

Sales down in April when she has hysterectomy and something about sale was 87 percent but now is 147 percent, undergoing a lot of stress, feels very exhausted, boss wanted her to write every single thing she works on that day. It looks like she had to write a work diary about what she does every day.

Q  What's under that then?

A  Put down depression, recent stress, increased Wellbutrin to 150 BID, insomnia discussed, that means I talked to her like if she takes too much Wellbutrin she can't sleep because it's one of the common side effects. So I increased the Tranxene to 15 milligram twice a day and then I talked to her.

Q  By this time in October, do you know is there a treatment plan for the atrial fibrillation in place?

A  She's taking digoxin at that time, she

Page 70

didn't come in for A fib.

Q  So it's your understanding she is following up with that with Dr. Miller?

A  There's a note asking her to call Dr. Miller, that was August 31.

Q  Then on page -- the next visit, is that October 19, 2001?

A  October 19, 2001, she came in, talked to doctor, had a sinus infection.

Q  Anything on this date regarding her depression or anxiety?

A  Yes, because it's talking about work that time. She says she worked one week after hysterectomy and worked something after atrial fibrillation. So it sounds like she has to go back to work a week after her hysterectomy. And then she worked something after the atrial fibrillation; and has to write like a report every single day; and has to go to five different stations within two weeks; and talk to counselor for a year; earlier like she woke up in the middle of the night unable to sleep at night, and Wellbutrin appears to help somewhat; and she didn't work for a month.

Q  Do you know what month she's referring to

Page 71

at that point? Do think that was the month prior?

A  We write her a note for a period of one month due to depression. I write her a letter for work in October 2001.

Q  Do you have a copy of that letter?

A  Yes.

Q  I may have that.

Is there a note on here somewhere that --

So what was the date of the letter, just out of curiosity?

A  The date of the letter is on the 26th.

Q  Of October?

A  Yes.

Q  When she said she was off work for a month there, do you think she was referring to the month prior to that particular visit?

A  The no work for a month is on my treatment plan, I think she was working.

Q  You advised her not to work?

A  Not to work for a month because before then, I think she told me she went back to work a week after her hysterectomy and worked something after atrial fibrillation. She apparently went back to work after atrial fibrillation and didn't

Page 72

get a break.

Q  Do you think she went back to work too soon after her hysterectomy?

A  I never had somebody have to go back to work a week after hysterectomy, put it that way. They usually have four to six weeks. I mean like having a baby, they get six weeks, and that's not even a surgery.

Q  Do you know if she was required to go back to work or if she just went back to work?

A  That I wouldn't know because -- I wouldn't know. All I know is she went back to work a week after hysterectomy.

Q  And she went back to work a week after the atrial fibrillation, as well?

A  It may be immediately afterwards. I couldn't figure out what I write. I just put work something after atrial fibrillation. So the no work actually is on my treatment plan. A lot of stress and harassment at work, and then I say no work for a month, and psychiatric counseling for ventilation.

Q  Other than what you wrote here in this note, do you remember what she told you about what

Page 73

1  was going on at work?
2    A  Here it says she got a supervisor that
3  asked her to write report every single day.
4  Because I do know how they normally work, you know,
5  like for pharmaceutical thing, because they have
6  their paperwork, she apparently worked for that
7  kind of thing for a long time. But this one she
8  has to write a report every single day of every
9  single thing she does.
10        And I recall something that like if they
11 go together in a car, that he would be making
12 comment or something, but that's not charted.
13 That's all I recall from my memory. And here that
14 I charted that she had to go to all five stations
15 within two weeks. And I don't know -- it's a big
16 territory as far as I remember. Because she was
17 selling hospital things at that time, like drugs to
18 sell to the hospital, she is not like an office rep
19 anymore, they have different levels.
20   Q  Did you make --
21       Is there somewhere in here that you made
22 a diagnosis of depression secondary to acute
23 stress?
24   A  It says a lot of stress, harassment at

Page 74

1  work is what I put down.
2    Q  I see. It's in this note of 10-22-01.
3    A  In 10-19-01, actually.
4    Q  But was there a note on the bottom of the
5  page there?
6    A  Bottom, there's a phone note.
7    Q  Did you talk to her?
8    A  I think she needed a letter because I
9  must have written her a note that day. Because I
10 wrote her a note saying no work for a month, she
11 saw me that time. I think that's the first time
12 she take off. She back to work after atrial
13 fibrillation. So then apparently it's not working
14 for the company, so she called us later so we typed
15 a letter.
16   Q  And this note was taken by MF?
17   A  MF is Melissa Foley, my nurse outside.
18   Q  This language down here: Depression
19 secondary to acute stress, is that your diagnosis?
20   A  This one is my diagnosis, yeah. What is
21 that is we need something to tell them why she's
22 sick. Because I don't know whether at that time we
23 had a HIPA law. Because normally we don't have to
24 tell people why they're sick. But that doesn't

Page 75

1  work, we have to write a letter is what she told
2  us.
3        Because that one just says no work for
4  one month, it didn't say why. That is on the 19th
5  when I saw her to that day that I recommended her
6  to take time off for a month. So then there's this
7  phone note, I asked them to write a letter asked,
8  Cathy to type, so I must have drafted something for
9  them to type.
10   Q  When was the next time you saw Ms. Minor
11 after that?
12   A  November 19, 2001.
13   Q  And what were her complaints that day?
14       Could you tab that page. Oh, I have it.
15 I'm sorry. I have it. I do have it.
16   A  She told my nurse she had sinus when she
17 came in, but then we talk about stress. As I say,
18 a lot of patients don't think the nurse needs to
19 know about their business, so.
20   Q  And on this day, what medications was she
21 taking on this day?
22   A  She was taking Wellbutrin, 150, twice a
23 day, and Zoloft, 50, in the afternoon, and
24 Tranxene, two to three times a day.

Page 76

1    Q  Do you know who prescribed the Zoloft?
2    A  I don't know whether it was leftover from
3  before or whether she's seeing a psychiatrist.
4    Q  So it could you or it could be a
5  psychiatrist?
6    A  Uh-huh.
7    Q  What does she say about work stress, if
8  anything, on that day?
9    A  She said supervisor blackballed her,
10 being harassed, going to five stations every 14
11 days, episode atrial fibrillation and A flutter
12 with stress. Boss is not treating young woman the
13 same way that he treated her. She had increased
14 sleep, her spirit is broken, unable to go to work.
15 She had very good track record in the past,
16 decrease in production after hysterectomy, and
17 difficulty voiding after hysterectomy. And there's
18 a line I can't read.
19   Q  I can't tell if that's a C or a no.
20   A  It's a definite no something.
21   Q  No something. Okay.
22   A  No dysuria. That's something to do with
23 the voiding. No dysuria, it means no burning in
24 urination is what it means. Because she had

Page 77

1 hysterectomy, she had problem going -- voiding
2 V-O-I-D-I-N-G. No dysuria but she has urinary
3 frequency is what it says.
4    Q  When was the next time you saw her?
5    A  At that time -- I think at that time, I
6 asked her not to work until she sees the
7 psychiatrist.
8    Q  Okay.
9    A  And then the next time would have been
10 May 2002.
11    Q  Uh-huh.
12    A  She was taking Wellbutrin SR 150, Zoloft,
13 150, Tranxene 15, three times a day maybe.
14       She came in seeing me because of sinus
15 problem, glands swollen. And she stepped on a
16 wooden handle.
17    Q  Anything in here related to stress or
18 work-related issues?
19    A  Yes. She says she's being harassed by
20 her boss last year, on short-term disability since
21 October 19 until June 18, 2002. She got a
22 diagnosis of major depression. Applying for
23 long-term disability. And had been on Wellbutrin
24 since October of 2001, and Zoloft was added in

Page 78

1 November 2001. I think she just summarized what
2 happened to her since I saw her.
3    Q  Did you treat her for anything related to
4 depression or anxiety at this point?
5    A  No, I don't think so. I think it was
6 just because I saw her last time, I write her a
7 month off.
8    Q  When was the next time you saw her?
9    A  June 28, 2002.
10    Q  What was her complaints that day?
11    A  She got a bump on her foot.
12    Q  Anything related to depression, anxiety,
13 or atrial fibrillation?
14    A  She had some palpitation last week. The
15 digoxin was increased to .25 milligram for a few
16 days, and she gets tired, she says digoxin makes
17 her tired.
18    Q  She increased that on her own?
19    A  That I don't know. And then -- actually,
20 she was supposed to be taking .25, so I don't think
21 she increased it on her own. Oh, no, that's not
22 it, that's a different date note. I take that
23 back. Yeah. Yeah, go back to original. I don't
24 know because that was from a day afterwards on that

Page 79

1 phone note.
2       Palpitations so I add a beta-blocker that
3 day. I add Toprol 5 milligram and then we'll
4 continue digoxin.
5    Q  What was the purpose of the beta-blocker?
6    A  The beta-blocker, they also slow down the
7 heart rate. And because she said she couldn't
8 tolerate the Lanoxin on a high dosage, so we cut it
9 down, and we tried Toprol. And then I see her
10 again October 2002.
11    Q  And what was her chief complaint that
12 day?
13    A  Now, this time she come back, she's on
14 Coumadin too, so she must have seen her
15 cardiologist. She said she had palpitation for two
16 days. She apparently went to the emergency room
17 sometime in October and come back for a follow-up
18 from the emergency room.
19    Q  Were you notified about that?
20    A  They usually send us note. But here they
21 usually ask them to go back and see your doctor so
22 she came back because the chief complaint is ER
23 follow-up.
24    Q  And she went to the ER for palpitations?

Page 80

1    A  Uh-huh.
2    Q  What was the cause of that?
3    A  She had palpitations for two days, under
4 stress after talking to lawyers. She presented to
5 the emergency room in atrial fibrillation and rapid
6 ventricular response. Then she couldn't take the
7 -- she had intolerance to digoxin, so she started
8 on cardizem bolus in the emergency room and then
9 the cardizem drip, and then heart rate went down to
10 74.
11       And then she's still in atrial
12 fibrillation because she is in and out of rhythm at
13 that time, it wasn't like a -- the atrial
14 fibrillation -- the atrial fibrillation, we call it
15 carosismo (phonetic) atrial fibrillation, that
16 means they have it periodically not all the time.
17 And so then I just continued her on the cardizem on
18 that day and then she was taking Coumadin.
19    Q  Any other treatment you prescribed for
20 her that day?
21    A  No. Just asked her to come back to check
22 in three days.
23    Q  Do you know if she's still seeing
24 Dr. Miller at this point?