**Page 81**

1    A   I think she's seeing Dr. Miller
2 periodically. The cardiology usually turns it back
3 to us. They are more into doing procedure and
4 tests now, and so they -- you know like -- and it's
5 hard to get in to see them, so if they have and
6 emergency, they see us, then we decide whether they
7 need to go to the hospital. Because I mean she can
8 walk in to see me, she can never walk in to see a
9 cardiologist.
10    Q   Are these episodes of atrial
11 fibrillation, are they related?
12    A   Related to what? Here it's supposed to
13 be related to stress after talking to a lawyer.
14    Q   Are they related to one another? She's
15 had these palpitations over a couple of years,
16 course of a couple, right?
17    A   Yeah. Each time -- because she doesn't
18 have atrial fibrillation all the time, she had it
19 on and off. And then it looks like when she was
20 under stress, she went into this rhythm.
21    Q   In your opinion, is stress a known cause
22 for atrial fibrillation?
23    A   Yes. The adrenaline does that. Can
24 precipitate a heart attack sometimes.

**Page 82**

1    Q   To your knowledge, do you know has anyone
2 ever specifically though determined the cause of
3 the atrial fibrillation?
4    A   What happened was because we never find
5 any other cause, so then it's every time when she
6 was under stress she had atrial fibrillation, so I
7 think the immediate cause is stress, the
8 precipitating factor. I mean like whether you got
9 a cause or not I don't know.
10    Q   I see October 21, 2002.
11    A   Yes, that was three days later.
12    Q   Was it a follow-up visit?
13    A   Yes.
14    Q   Was this something new?
15    A   This is a follow-up. She feels
16 light-headed, atrial fibrillation, started about an
17 hour ago. And then I put down atrial fibrillation,
18 rapid ventricular response, so I must have done an
19 EKG that day. So I changed her medication, I give
20 her -- actually, it's not a change, it's a similar
21 medicine, different brand, and because we have
22 sample of the other one, I just increased the
23 dosage basically. She was on cardizem CD 120, I
24 gave her Tiazac 300, they are both diltiazem so

**Page 83**

1 it's the same chemical, but it's a different dosage.
2    Q   Did she just see you about this incident
3 or did she...
4    A   It takes -- you know like I send her to
5 Dr. Mosin (sp). I think Dr. Miller may be out of
6 town at that time.
7    Q   But you sent her to Dr. Mosin about this,
8 what happened on October 21?
9    A   Yes. Because it takes time, as I say, to
10 see them, and then they saw her on November 4.
11    Q   And you did an EKG?
12    A   Yeah, I did an EKG, that's why I know it
13 was in rapid ventricular response, I believe that's
14 what it is. Let me see what I did in EKG.
15 Sometimes we listen to it, it's the same old thing,
16 we may not do an EKG.
17      October 16 we got an EKG from the ER,
18 heart rate was 146. And EKG in 2003. I may not
19 even have done an EKG because we can tell just by
20 listening. Because the heart rate's 120. And so I
21 couldn't find EKG because she just -- she just got
22 one done at the emergency room, and then she was
23 coming in 120, and then I can hear if it's regular
24 or irregular, so I may not have done the EKG.

**Page 84**

1    Q   Did it sound like her prior things or is
2 it something new?
3    A   We can tell by listening to how the heart
4 beats, and she just had EKG on the 16th, so I might
5 not even have done an EKG on that day. I couldn't
6 find offhand, but there's a whole pile of EKG over
7 there.
8    Q   And I see it says: Talk to attorney
9 today?
10    A   Yeah.
11    Q   So another stress-induced atrial
12 fibrillation from talking to an attorney?
13    MR. BAKER: She schedules her appointments
14 with you right after me.
15    THE DEPONENT: She walked in that day.
16    MR. BAKER: Just came right over.
17    THE DEPONENT: So she actually took two, she
18 took another one before she came in and it got it
19 down to 120.
20    MR. BRODERICK: Q What does she take?
21    A   The cartizem, she took another dose.
22    Q   What is the cartizem?
23    A   Cartizem is a calcium channel blocker, it
24 blocks the AV note.

Page 85

1  Q  The purpose of that is to slow the heart
2  rate down?
3  A  Slow the heart rate down.
4  Q  Is that what you prescribed to her?
5  A  She got it from the emergency room.  They
6  did a cardizem drip because she couldn't take
7  digoxin at a time.
8  Q  Does this seem consistent with her prior
9  atrial fibrillation, is that the same pattern?
10  A  Yes.  Atrial fibrillation, when she was
11  under stress, she come in.
12  Q  When was the next time you saw her?  I
13  have more notes --
14  A  November 1, 2002.
15  Q  What's that?
16  A  She was on -- she come in for low-back
17  pain at that time.  And then, you know, like we
18  also go to atrial fibrillation.  Recur when she
19  tried to switch Tiazac to QHS.
20  Q  Where does it say that?
21  A  Because usually Tiazac is made to be
22  taken at bed time, but that day we just gave it to
23  her because it wasn't like at bed time because she
24  came in with atrial fibrillation, she took the

Page 86

1  Tiazac.  So she's trying to get it to take at night
2  but when she was trying to switch she got the
3  atrial fibrillation.  So I asked her to gradually
4  switch it, like take it in the afternoon and then
5  at night.
6  Q  When you say gradually switch it, at the
7  time of day she takes it?
8  A  Yeah.  Because she try to --
9  Q  Suddenly take it?
10  A  Stop for a day and take it at night and
11  the atrial fibrillation come back.
12  Q  When did you first prescribe Tiazac?
13  A  Tiazac was that day when she came in
14  after talking to a lawyer.
15  Q  On 10-21?
16  A  Yeah.  Because see we don't have cardizem
17  CD sample anymore because it went generic, so the
18  only sample of diltiazem we have in our office is
19  Tiazac.  I wanted to give her some samples to make
20  sure she can take that medicine instead of keep
21  buying them.
22      I increased the dosage, 300 milligram.
23  So that's the day when I switched to Tiazac which
24  is diltiazem, but it's similar, it's a different

Page 87

1  brand of cardizem CD.
2  Q  So the same purpose though is to control
3  the heart right?
4  A  Yeah, it's the same chemical just a
5  different brand, that's the only thing I got in my
6  office.
7  Q  And the same purpose is to control the
8  heart rate; is that right?
9  A  Yes.
10  Q  And so does it seem like if she's not
11  taking this medication, her heart rate will
12  increase?
13  A  Yeah because she tried to switch to it at
14  bedtime how she was supposed to take it so she must
15  have skipped a day, and then the palpitations come
16  back.  So then I just asked her to gradually change
17  it, you know, like do it in the afternoon and then
18  night.  And then we check the thyroid again.
19  Q  You did another thyroid check?
20  A  Yeah, we tried to do something.
21  Q  Did she have any comments about stress,
22  or anxiety, or depression?
23  A  That day?
24  Q  Yeah.

Page 88

1  A  No, it was just three days after that
2  lawyer visit.
3  Q  When's the next visit you have?
4  A  I think there was one time she had a
5  problem when she got a bill.
6  Q  Do you have the next visit as December
7  19?
8  A  Yeah.  December she saw somebody else for
9  some temperature, low-grade fever.  December I was
10  gone.
11  Q  Is there a note about heart?
12  A  In December?
13  A  Yeah.  Down in the middle of the page.
14  A  Dr. Lawyer (sp) saw her, she just put
15  down -- I think he's trying to check cholesterol.
16  That's all.  Because as I say, the common thing of
17  high blood pressure, she didn't have any.  The
18  second thing is like ischemic heart disease, so
19  he's trying to check risk factors, things we can
20  modify.
21  Q  Let me check that off.  She didn't have
22  high blood pressure; is that correct?
23  A  No, I don't think she had high blood
24  pressure, never had any high blood pressure, no.

| Page 89 | Page 91 |
|---|---|

Page 89

1  Q  Any evidence of coronary artery disease?
2  A  She had a cardi cath later on at one
3  time.  She got a cardi cath.
4  Q  A heart attack?
5  A  No.  A cardiac catheterization.  She has
6  no coronary disease, it's proven.
7  Q  That was checked out?
8  A  That was checked out.  I think it's after
9  that, Dr. Miller checked out her coronary, it was
10  clean.  And I don't know when because I think it
11  may be later.
12  Q  I will look through that.
13  A  Somewhere along the line, she had a
14  cardiolite scan that I can even see it from here,
15  and then she got a cardiac cath, and it was all
16  clean.
17  Q  How about any heart valve disease?
18  A  She got a mitral valve prolapse but did
19  doesn't cause atrial fibrillation.
20  Q  She had a mitral valve prolapse but
21  that's not a cause atrial fibrillation?
22  A  No, unless the left atrium is enlarged
23  because of like regurgitation or something.
24  Q  And her left atrium is not enlarged?

Page 90

1  A  Not that I know of.  There are numbers,
2  we have criteria.
3  Q  Does the history of heart problems in her
4  family have anything to do with --
5  A  Atrial fibrillation, no, I don't think
6  so.  They had coronary disease in the family.
7  Mother did have a pacemaker, but I don't know what
8  kind, you know, like way.  The mother has a
9  pacemaker from my memory.
10  Q  Did anything indicate this could have
11  been caused by an infection?
12  A  Infection doesn't do that unless they
13  cause valve disease, it has to have a valve
14  involved and the atrium get enlarged.
15  Q  Let's go on to the next -- let's just
16  finish off your notes then, if you don't mind?
17  A  Which one?
18  Q  Are we at January 2003?
19  A  Yes.
20  Q  And you saw her that day?
21  A  Yes.  Heart rate was irregular, it was
22  94.  And she said she got stress with the lawsuit
23  and stress with Randy.  Randy is her son.  And then
24  I asked her whether she drink caffeine, she says

Page 91

1  she drinks Diet Coke, one to two a day.  And so she
2  was in atrial fibrillation but rate of control.
3  Q  How were you able to control that?
4  A  Well, the rate control by heart rate if
5  it's under 100, we consider rate control.  We
6  prefer them to be a little lower but.  So that day
7  I think I just gave her some Tranxene because of
8  stress.
9  Q  What does that say under:  Had some --
10  A  Has sore throat took Biaxin.  People
11  never come and see us for one thing, they tag along
12  something.  Car accident, everybody comes in with
13  sinus on top of it.
14  Q  Save it up for the doctor, all one
15  visit.
16  The smoking, does that say something
17  about smoking or no?
18  A  No history of smoking.
19  Q  And then down there, there's a note about
20  atrial fibrillation rate?
21  A  Yeah.  Very controlled.  CTL is a short
22  form that I write for control.  CTL is rate
23  control.  So I gave her an antianxiety agent that
24  day.

Page 92

1  Q  Anything else related to her --
2  A  No.
3  Q  February 11, 2003 is the next visit?
4  A  Yes.  She is coming in for knee
5  problems.  She hurt her knee, fell on her knee,
6  trip over it.
7  Q  Anything related to her atrial
8  fibrillation on that date?
9  A  No.
10  Q  Last few notes I have here from March and
11  April of 2003?
12  A  The next visit, is that March 2003?
13  Q  Yes.
14  What were her complaints that day?
15  A  She was just following the result of the
16  MRI of her knee.
17  Q  Did you do anything to treat anxiety,
18  depression?
19  A  Not on that day.
20  Q  She is still taking Tranxene and Zoloft?
21  A  Yeah, Wellbutrin, Tranxene, and Zoloft,
22  and Laxapro.  Laxapro is not one of the -- is
23  another one of the antidepressants.  She must be
24  seeing a psychiatrist to take that.  She takes four

| Page 93 | Page 95 |
|---|---|

**Page 93**

1  medicines for that now.
2  Q  And then April 2003?
3  A  That was March 21, 2003.
4  Q  Is the next visit April 3?
5  A  Yes.
6  Q  And what was the complaint that day?
7  A  She has some swelling in her feet for a
8  few days. She had been walking with crutches. She
9  had been drinking a lot of water, two bottles of
10  ice water. Diet Coke in the morning. She got some
11  fluid retention. I checked chemistry and I started
12  her or Dyazide, just a water pill. We checked the
13  thyroid again.
14  Q  Did the thyroid test show anything?
15  A  No.
16  Q  Do you have this history sheet with you?
17  A  History, you mean like -- which one?
18  Q  Dated November 14, 2003, just says
19  history.
20  A  That one is a phone note.
21  Q  I will show it to you.
22  A  Notify patient of normal CVC, CMP, TSH.
23  Nothing important anyway. I mean we just notified
24  her of her lab.

**Page 94**

1  Q  How many more visits did you have with
2  her since November?
3  A  I don't remember. That was 14, 2003.
4  Q  Right.
5  A  Talked to her on the phone and then she
6  come back.
7  Q  Is that your writing on this sheet?
8  A  Yeah. Yeah. That's a visit but she
9  probably called first, unless she called afterwards
10  and forgot something.
11  Q  Why would you have put her --
12  Why would you have done a history?
13  A  Because she came in, she got atrial
14  fibrillation, got palpation, she's under stress
15  because of lawsuit, she took Tranxene and helped,
16  and helped somewhat but got very fatigued
17  afterwards.
18  She had increased episodes of this atrial
19  fibrillation because of stress. And then she come
20  back for back pain. And then I think the
21  cholesterol she had decreased in good cholesterol
22  and positive HDL. She was due for lab work so she
23  came in.
24  Q  You do a history when somebody comes in

**Page 95**

1  --
2  A  Every time they come in to see me I do a
3  history.
4  Q  We don't necessarily --
5  The history is contained in these
6  progress notes we just went through?
7  A  She came in to refill her medication, so
8  I have to review all the medication she was taking,
9  that's what it says, RF medication.
10  Q  I guess I'm just wondering, this form is
11  a little different from the forms we've been
12  looking at.
13  A  We changed around, we use a form instead
14  of just hand writing things in, it makes things go
15  faster and we check off a lot more.
16  Q  So it's just a new form?
17  A  It's just a new form we use.
18  Q  Very good.
19  (Discussion off the record.)
20  MR. BRODERICK: Q So this is another visit
21  like the other visits; is that correct?
22  A  Yeah, like any other visit just because
23  we use a new form. I think we are under pressure
24  of the insurance company.

**Page 96**

1  Q  What were her complaints this day?
2  A  She come in to refill her medication.
3  Q  Nothing necessarily new though?
4  A  So then I went through all the
5  medications to see if we need to adjust any.
6  Q  When she's talking about the history of
7  the A fib, is that new things that have happen
8  since you saw her last?
9  A  She says palpitations, just more
10  episodes.
11  Q  She's had more episodes?
12  A  Uh-huh, when she's under stress.
13  Q  Is the medication helping her control it?
14  A  We checking proton because not too much
15  medicine she can take. Her heart rate on that day
16  was 56 so it's rate control.
17  Q  And what was her treatment plan after
18  that day?
19  A  I just checked the proton because she's
20  on Coumadin. And for the back pain, we continued
21  her on her Neurontin. And then we checked a
22  cholesterol study because she is due to get a
23  recheck.
24  Q  What was the source of her back pain, do

Page 97

1  you remember?
2      A  Did some X-ray, I think.  Back pain is
3  not one of her major problems.  I don't remember
4  offhand.
5      Q  Were you the primary treater on the back
6  pain or was she seeing somebody?
7      A  No, I think I see her for the back pain.
8  I check on her, I lift her leg up, it was negative
9  so there's no pinched nerve by the exam.
10      Q  So the back pain was a result of a
11  pinched nerve?
12      A  Well, I don't know.  Like the exam wasn't
13  too bad that day.  The next one, she saw my partner
14  for some diarrhea, headache.  Then I see her again
15  in April it looks like, 2004.
16      Q  What were her complaints that day?
17      A  She went to the emergency room come back
18  for a follow-up.
19      Q  What was the purpose of that?
20      A  She had palpitations again.  Her pulse
21  went up to 130, 140.  So some chest pain, shortness
22  of breath, went to the emergency room.  And she
23  went in for atrial fibrillation.
24      Q  Do you know what the treatment for that

Page 98

1  was then?
2      A  At the emergency room they gave her
3  cardizem which is same as Tiazac it's just an IV
4  form.
5      Q  Was there a cause determined?
6      A  And then later on they give her another
7  medicine called Convert, 1 milligram.  And then I
8  think she get -- it turned into atrial flutter with
9  variable block and chest tightness.  She just told
10  me what happened in the emergency room.
11          So we sent her to Dr. Miller.  And then I
12  gave her some potassium.  I think the potassium was
13  3.6, we try to give it at four.
14      Q  What emergency room did she go to?
15      A  I don't know whether it was Memorial or
16  not because when she was hospitalized she went to
17  Memorial.
18      Q  And then between that visit and
19  yesterday, did you have any visits with her?
20      A  We had another atrial fibrillation in
21  April 19, that's like six days latter.
22      Q  That's a different --
23      A  Yeah, because she had -- again had that
24  rapid ventricular response at 3:00 p.m., we adjust

Page 99

1  the medication.  She had extra dose of Lanoxin.
2  You know, when she come back, she was on Lanoxin
3  and Tiazac.
4      Q  And was she also going to the emergency
5  room for the April 19 episode?
6      A  That I don't know.
7      Q  And I guess I'm just wondering, is that
8  two different episodes in April of 2004?
9      A  Yeah, it was because that day about 3:00
10  p.m., so she must have had it on that same day.
11      Q  She came in and saw you?
12      A  Yeah.
13      Q  Was that a controlled palpitation?  Or
14  what was her heart rate, I guess?  I don't have
15  records of those dates, sorry.
16      A  Say that again.
17      Q  I was wondering, was that one of those
18  controlled palpitations on April 19?
19      A  She come in, heart rate was 68, but she
20  took some medicine before then.  And on the 16th
21  she called us though for atrial fibrillation.  So
22  that is the date that I added digoxin to the Tiazac
23  and then asked her to check the heart rate an hour
24  later.

Page 100

1      Q  Do you know why she was experiencing
2  these episodes in April?
3      A  Don't know.  She supposedly seeing
4  attorney this weekend.
5      Q  Is there anything in those notes about
6  her depression or anxiety?
7      A  No.  She's seeing a lawyer.  Because she
8  has psychiatrist, we don't care about her
9  depression anymore.  It's not that I don't care.
10  It's not my problem anymore, it's taken care of by
11  a psychiatrist.  So then I didn't ask her anymore
12  because it's not my primary problem anymore so I
13  just treat her atrial fibrillation.
14      Q  When did you see her after that again?
15      A  I seen her on the 30th, she had atrial
16  fibrillation two nights ago.
17      Q  What date was that?
18      A  April 30.  So it happens two days before
19  then that she had atrial fibrillation.  She said
20  she fell asleep and forgot to take her Tiazac at
21  night, she woke up and took some digoxin to make up
22  for it.  And the heart rate was 140, 160 for four
23  hours.
24          So we asked her to keep Dr. Miller's

Page 101

1 appointment. And then we'll change the digoxin
2 to .125 twice a day. Because she was taking .125
3 once a day, I think she was too tired from it, so
4 we just split it into a half tablet twice a day.
5     And Dr. Miller -- there's a phone note
6 Dr. Miller took her off digoxin and put her on a
7 new medicine called Rhythmol, and put on low
8 pressure, which is the same as Toprol it's a
9 different brand. Like the Toprol is sustained
10 release and low pressure is an immediate release
11 like a regular medicine.
12     Another visit May 28, atrial fibrillation
13 and low-back pain and hypoglycemia.
14     Q  Was there an episode in May?
15     A  She says she went as low as 40. She used
16 one of her friend's glucometer.
17     Q  So her heart rate was too slow?
18     A  No. No. It's sugar, the glucose.
19 Because she had -- see, because she was taking
20 beta-blocker sometimes, it doesn't cause low
21 glucose, but if people have low glucose if they
22 done eat or something, the body adrenaline is
23 blocked, they can't kick in, so they would remain
24 low. That may be a part of the problem, that's my

Page 102

1 guess. So then we arranged her for a glucose
2 tolerance test again. We did one years ago and the
3 glucose was high at that time.
4     Q  When was the next time you saw her then?
5     A  June 11, 2004.
6     Q  What was the purpose of that visit?
7     A  She had atrial fibrillation and feels
8 dizzy and she had some diarrhea, too.
9     Q  Do you know --
10     Did she say what the cause of the atrial
11 fibrillation was at that time?
12     A  No.
13     Q  Was if one of those controlled? Did you
14 take her heart rate that day?
15     A  Heart rate was 140 -- no -- heart rate
16 was 80, it was regular. Heart rate was 80.
17     Q  Did you do anything to treat her that
18 day?
19     A  We changed Rhythmol to 225 three times a
20 day. I changed the Coumadin dosage that time, too.
21     Q  Why did you do that?
22     A  Probably because we have the protein
23 back, it was too high.
24     June 14 she came in for atrial

Page 103

1 fibrillation on and off past few days, and it
2 lasted for an hour or so and better after she
3 rested. She had dizziness when she had atrial
4 fibrillation. So that day I said if she still
5 continue to have problem -- her heart rate on that
6 day was 70. May consider another drug called
7 Amiodaron.
8     Then I see her again July 20, 2004, she
9 had hives. She says she may have hives from
10 Rhythmol. But she says the lawyers want more
11 information.
12     Q  Did you change her medication for the
13 atrial fibrillation at that point?
14     A  I think -- I say we can continue the same
15 or we split the dose to four times a day instead of
16 three times a day, get lower dosage.
17     Q  Is that the Coumadin?
18     A  The Coumadin, no.
19     Q  What was that dosage of what at that
20 point?
21     A  The Rhythmol.
22     Q  Any other --
23     A  I think she was having some problems with
24 Rhythmol or because we don't know whether the rush

Page 104

1 is coming from the lawyers or coming from the
2 Rhythmol. She was on the Rhythmol for quite
3 sometime, if she wants to change, we can do a lower
4 dosage four times a day or do low dosage in the
5 daytime to high dosage at night.
6     Q  Any complaints of any atrial fibrillation
7 from that visit?
8     A  Yes, it was because of atrial
9 fibrillation. Let me see. She says her mind gets
10 cloudy maybe because of the Rhythmol.
11     Q  It does not appear there were any new
12 episodes complained of on that day?
13     A  No. But I mean still the treatment of
14 the atrial fibrillation.
15     Q  You still maintained treatment; is that
16 correct?
17     A  She's saying the hives are either from
18 being nervous talking to lawyer or it can be
19 because of the Rhythmol. So then I asked her to
20 change the dosage. The same dose but change it
21 differently.
22     So I see her again October 19, 2004.
23 That's just yesterday, right. And she has
24 shortness of breath, and her throat feels tight.

Page 105

1  And then when we do the PIC flow, it was low. So
2  we see what she got like -- but she had a sinus
3  thing going on too, so sometime they can have like
4  bronchitis, get short of breath that way so I gave
5  her some inhalers.
6      Q  But you're going to get more test
7  results?
8      A  Yeah.  We arranged her for a lung test.
9  That's it.
10     Q  Did you talk with her about the case at
11 all yesterday on the 19th?
12     A  Not really.  I told her there's a
13 deposition today.
14     Q  Do you guys talk about anything else?
15     A  No.
16     MR. BRODERICK:  Okay.  I don't think I have
17 anymore questions.
18         EXAMINATION
19         BY MR. BAKER:
20     Q  Doctor, I have a few questions to ask
21 you.  And I understand you have a waiting room full
22 of patients, so I'll try and be very efficient.
23         To begin with, could you state for the
24 record what your education was, college, medical

Page 106

1  school, residency.
2      A  College, I had double major, chemistry
3  and biology.
4      Q  Where did you graduate from?
5      A  Where?
6      Q  Yes.
7      A  I went to Mississippi University for
8  Woman.  Then after that I went to Vanderbuilt for a
9  Ph.D. in pharmacology.  And then after that, I went
10 to NIH, National Institute of Health, for
11 postdoctoral training.  After that I worked for
12 pharmaceutical company for four years, H. Robins.
13         Then I went to medical school at
14 University of Miami down in Florida.  Then I went
15 up to University of Michigan for internal medicine
16 training.  I came down here to work, and I've
17 worked here since that time here.
18     Q  How long have you practiced here in
19 Sangamon County?
20     A  Since 1991.
21     Q  And I am assuming you're licensed to
22 practice medicine in the State of Illinois?
23     A  That's correct.
24     Q  Are you board certified in any specialty?

Page 107

1      A  Yes.  Twice.
2      Q  What are your certifications in?
3      A  Internal medicine.
4      Q  Very briefly can you describe for us what
5  is involved in the field of internal medicine.
6      A  Internal medicine, basically we are
7  supposed to take care of -- they train us to take
8  care of hospital patients.  We make diagnosis for
9  adults, like illness.
10     Q  Would you cover all medical conditions
11 from head to toe or are there certain ones you do
12 not treat patients for?
13     A  We make diagnosis from head to toe, I
14 think.
15     Q  And from time to time --
16     A  But some of the treatment we can't do
17 then we refer them out.
18     Q  I was getting to that.
19         You will, from time to time, as a part of
20 your practice, refer patients who suffer from a
21 certain medical condition --
22     A  Yes.
23     Q  (Continuing)--to someone else?
24     A  Uh-huh.  Yes.

Page 108

1         (Whereupon said document was
2         duly marked for purposes of
3         identification as Exhibit 1
4         as of this date.)
5      Q  Now, I'm going to ask the court reporter
6  to mark Exhibit 1.  If it's all right, Doctor, I
7  will come over next to you.
8         Exhibit Number 1 is a document which you
9  provided to Mr. Broderick earlier this morning, and
10 it apparently relates to Ms. Minor and something
11 which was done on April 29, 2000; am I correct?
12     A  Yes.
13     Q  Can you identify for me what that
14 document is?
15     A  It's a Zung score.  We have two things we
16 do, one is Z-U-N-G, it's like a psychiatrist that
17 has the extended questionnaire.
18     Q  Is that a questionnaire that the patient
19 would fill out?
20     A  They fill out, yes.
21     Q  And how does that, filling out that
22 questionnaire, assist you in either diagnosing or
23 treating a patient?
24     A  It would help us to see whether she got

Page 109

1 symptoms of anxiety or depression.
2    Q  And I believe the questions on that
3 document are questions that would enable you to
4 diagnose whether a patient suffers from depression?
5    A  Yes, it would help us what degree they
6 are suffering from.
7    Q  On the front page on the right-hand
8 column, there are a series of numbers.
9    A  Those are scores.
10   Q  What, for example, would the score one
11 mean?
12   A  Score one means it's the lowest degree.
13 The higher the score, the worse it is.  Like if
14 it's four, it's worse than one.
15   Q  And as I understand it, there would be
16 four possible scores in each category?
17   A  Yeah, that's right.  They range from one
18 to four.
19   Q  And with respect to Ms. Minor in April,
20 all of her scoring was either a one or a two?
21   A  That's correct.
22   Q  And those would be the lowest categories?
23   A  The one is the lowest category but she's
24 within normal limits anyway.

Page 110

1    Q  Would one mean that the patient is within
2 the normal expected limits?
3    A  Yeah, she is within normal limit on the
4 score that day when we did it, both the anxiety
5 score and the depression score.
6    Q  Now, as I have listened to your testimony
7 this morning, I understand that throughout much of
8 the 1990's, you prescribed to Ms. Minor medications
9 that are used to treat certain types of psychiatric
10 disorders?
11   A  That's correct.
12   Q  Prozac, Zoloft, and Paxil?
13   A  Yes.
14   Q  What were the symptoms generally that
15 caused you to prescribe those to her back in the
16 period of time up to April of 2000?
17   A  Sometimes she couldn't sleep, cry easily
18 from my recollection from the record.
19   Q  At any time prior to April of 2000, did
20 you ever recommend that she take time off from work
21 because of her psychiatric symptoms?
22   A  No.
23   Q  And at any time prior to April of 2000,
24 did you ever recommend that she see a

Page 111

1 psychiatrist?
2    A  No.
3    Q  Now, I also understand that you saw her,
4 I believe, in October of 2001 concerning a
5 psychiatric problem?
6    A  Yes.
7    Q  And was that on October 8, 2001 and then
8 again sometime later in 2000 -- in October of 2001?
9    A  That's correct.
10   Q  And then you saw her again on November
11 19, 2001?
12   A  Yes.
13   Q  How did her psychiatric symptoms on those
14 three occasions compare with her psychiatric
15 symptoms when you saw her in April of 2000?
16   MR. BRODERICK:  2001?
17   MR. BAKER:  No, April of 2000 when the
18 questionnaire was filled out.
19   THE DEPONENT:  She was -- at that time she
20 came in, she was like very tearful, she never done
21 that before.  And, you know, like just usually, she
22 should have a questionnaire, I just couldn't
23 understand why we didn't have it.
24       And sometime we can tell just by telling

Page 112

1 because some people come in and say I'm stressed,
2 I'm depressed, it's not the same, it's more
3 dramatic.  And then I think then later on she said
4 she was seeing a counselor for a year.  So that it
5 started probably in like in 2000 that she was on
6 and off with some problems, she was seeing a
7 counselor.  But the counselor would have more
8 details of what she went in to see them for.
9    Q  If I understand what you're telling me,
10 and I don't want to put words in your mouth, her
11 psychiatric symptoms were more noticeable and more
12 acute in the fall of 2001 than they were at the
13 time Exhibit 1 was prepared?
14   A  That's correct.
15   Q  Did you refer or recommend that she see a
16 psychiatrist in the fall of 2001?
17   A  She was seeing a counselor at that time
18 already.  And then she may even be seeing a
19 psychiatrist, I don't know.  When did she start
20 seeing Dr. Bohlen?
21   Q  I don't remember.  I think it was
22 sometime in 2001, but I'm not sure.
23   A  Because we know when we can do it
24 ourselves, when we need to refer them out like in

Page 113

1  terms of -- because a lot of people don't want to
2  see a psychiatrist. But sometimes we know we can
3  try some medicine, we can do it. When it's out of
4  hand, then we would refer them out.
5    Q  In your judgment in the fall of 2001, was
6  Jane in need of seeing a psychiatrist?
7    A  Yes.
8    Q  I want to go back to the atrial
9  fibrillation for a moment and just make sure that
10  my notes are correct.
11    You first treated her for that condition
12  in April of 1997?
13    A  No, we didn't treat her at that time. At
14  that time, I think she told me that she had
15  episodes, that she went to see cardiology, they did
16  an echo for her and halter monitoring at that
17  time. And then it just happened one time, and that
18  was just it. And usually we don't treat like an
19  episode of atrial fibrillation like that.
20    Q  And then as I understand it, the first
21  time you would have actually treated her for that
22  condition was in August of 2001?
23    A  Yeah, that's correct.
24    Q  And that was --

Page 114

1    On that occasion, you admitted her to the
2  hospital?
3    A  Yes.
4    Q  And then on a relatively consistent basis
5  since August of 2001, you have treated her for this
6  atrial fibrillation problem?
7    A  Dr. Miller was in in August.
8    Q  He also treated her?
9    A  Yeah, because she went to the hospital,
10  Dr. Miller saw her.
11    Q  Have you and Dr. Miller co-managed her
12  atrial fibrillation problems since August of 2001?
13    A  Yeah, I can say that.
14    Q  If I understand your testimony, there are
15  certain, I'll call, organic things which can cause
16  atrial fibrillation such as hypertension, --
17    A  Ischemia, heart disease.
18    Q  (Continuing)--hyperthyroidism, --
19    A  Yeah.
20    Q  (Continuing)--and heart disease; and at
21  least in Ms. Minor's situation, all of those have
22  been ruled out at causes?
23    A  That's correct.
24    Q  And I also understand that stress can be

Page 115

1  a cause?
2    A  Yes.
3    Q  Other than the three things we have
4  identified and stress, are there any other possible
5  causes?
6    A  You know like things like Sudafed,
7  over-the-counter sinus medicine, they are in the
8  same class of compound we call sympathomimetic,
9  that just means they are adrenaline-like substance,
10  so they can cause atrial fibrillation. I've seen
11  it happen that people take like a couple of them
12  every four hours and went to the emergency room.
13  So then I would think stress, because it produces
14  adrenaline, so it's the adrenaline that is causing
15  the atrial fibrillation.
16    Q  In Ms. Minor's situation, have her
17  attacks of atrial fibrillation been proximate to
18  her exposure to some events she felt was stressful?
19    A  Uh-huh.
20    Q  Seeing me, for example?
21    A  (Nodding head up and down.)
22    Q  How serious is atrial fibrillation?
23    A  Atrial fibrillation can be serious.
24  Atrial fibrillation -- when we have atrial

Page 116

1  fibrillation, we lost 30 percent of our cardiac
2  output at that time, and that is just on atrial
3  fibrillation with a regular rate.
4    So like if you have a four-cylinder car,
5  and it's running on 2 cylinders, that is on a
6  normal day. Now, if they are going to run into
7  atrial fibrillation or atrial fibrillation rapid
8  ventricular response, the heart was going so fast,
9  it doesn't have the relaxation time for the blood
10  to fill up the heart. So they wouldn't have an
11  efficient contraction like the car did, didn't have
12  enough blood flow going to the rest of the body,
13  and if it gets bad, it can be fatal.
14    Q  When Jane has these attacks of atrial
15  fibrillation, what is the level of the severity of
16  her attacks?
17    A  Well, I remember in the chart, she had up
18  to four-and-a-half hours or something, and like up
19  to 130, 140 heart rate.
20    Q  And how does that compare with normal?
21    A  You mean normal?
22    Q  Normal heart rate.
23    A  A normal heart rate is under a hundred.
24  It's not just a heart rate it's because it

Page 117

1 regulates itself. The atrium basically is that
2 part of the heart is not working. So even if the
3 heart rate is not fast, even if they are running
4 like 70, they lost 30 percent of the cardiac
5 output.
6    Q And with respect to Ms. Minor's situation
7 when she had these episodes of atrial fibrillation,
8 would you characterize these as a mild case of
9 atrial fibrillation, a severe case, a moderate
10 case, where would you put that?
11    A When she had rapid ventricular response,
12 it's a severe case of atrial fibrillation, that's
13 why she was in the hospital.
14    MR. BAKER: Thank you, Doctor. I have nothing
15 further.
16    MR. BRODERICK: I have nothing further.
17       FURTHER DEPONENT SAITH NOT.
18
19
20
21
22
23
24

Page 118

1 STATE OF ILLINOIS        )
2                          ) SS
3 COUNTY OF MENARD   )
4       C E R T I F I C A T E
5    I, Tricia L. Gudgel, a Notary Public and
6 Certified Shorthand Reporter in and for said County
7 and State do hereby certify that the Deponent
8 herein, CELINA C. TSANG, M.D., PH.D., prior to the
9 taking of the foregoing deposition, and on the 21st
10 of October A.D., 2004, was by me duly sworn to
11 testify to the truth, the whole truth and nothing
12 but the truth in the cause aforesaid; that the said
13 deposition was on that date taken down in shorthand
14 by me and afterwards transcribed, and that the
15 attached transcript contains a true and accurate
16 translation of my shorthand notes referred to.
17       Given under my hand and seal this 27th
18 day of October A.D., 2004.
19
20       Tricia Gudgel
         Notary Public and
21
22       Certified Shorthand Reporter
22 License No. 084-004053       OFFICIAL SEAL
                                 TRICIA GUDGEL
23                        NOTARY PUBLIC, STATE OF ILLINOIS
                          MY COMMISSION EXPIRES 11-3-2007
24

**'91** [1] 15:20

**'92** [9] 15:18 16:10
19:1 19:21 23:1
23:4 24:15 24:16
34:24

**'93** [2] 25:13 25:16

**'94** [9] 26:1 30:23
31:10 32:21 32:24
34:24 36:13 36:14
36:15

**'95** [7] 36:23 37:3
37:5 37:9 37:22
37:22 38:8

**'96** [4] 38:7 38:9
39:19 39:21

**'97** [13] 41:4 41:5
41:9 41:10 44:4
45:2 45:18 47:8
47:9 50:17 51:23
51:24 55:15

**'98** [7] 52:3 52:4
52:16 52:17 53:9
53:9 53:13

**.125** [2] 101:2 101:2

**.25** [2] 78:15 78:20

**0.375** [1] 55:8

**00** [3] 60:19 98:24
99:9

**02-3354** [1] 1:6

**084-004053** [1] 118:22

**1** [7] 3:13 85:14
98:7 108:3 108:6
108:8 112:13

**1-800-248-2835** [1]
1:22

**10** [3] 37:5 37:22
52:20

**10-19-01** [1] 74:3

**10-21** [1] 86:15

**10-21-92** [1] 24:20

**10-22-01** [1] 74:2

**10-25-94** [1] 24:14

**100** [2] 57:17 91:5

**105** [1] 3:4

**108** [1] 3:13

**10th** [1] 37:4

**11** [3] 58:16 92:3
102:5

**12-22-94** [2] 33:8
33:9

**120** [4] 82:23 83:20
83:23 84:19

**13** [1] 16:5

**130** [2] 97:21 116:19

**14** [4] 76:10 93:18
94:3 102:24

**140** [4] 97:21 100:22
102:15 116:19

**146** [1] 83:18

**147** [1] 69:8

**15** [4] 17:10 58:16
69:19 77:13

**150** [3] 69:15 75:22
77:12 77:13

**16** [2] 49:19 83:17

**160** [2] 41:15 60:6
100:22

**16th** [2] 84:4 99:20

**17** [3] 27:8 37:4
37:22

**18** [2] 24:6 77:21

**180** [1] 2:6

**19** [13] 24:6 31:10
31:18 70:7 70:8
75:12 77:21 88:7
98:21 99:5 99:18
104:22 111:11

**198** [1] 46:24

**1990's** [1] 110:8

**1991** [5] 15:11 15:11
15:12 15:23 106:20

**1992** [4] 15:11 16:9
20:13 26:14

**1994** [8] 27:13 27:15
29:2 31:11 31:19
32:24 36:8 53:3

**1996** [1] 60:2

**1997** [7] 41:13 42:20
45:9 46:5 46:8
46:9 113:12

**19th** [2] 75:4 105:11

**2** [3] 53:23 54:6
116:5

**20** [6] 20:2 26:24
31:7 46:8 48:8
103:8

**2000** [8] 108:11 110:16
110:19 110:23 111:8
111:15 111:17 112:5

**2001** [32] 33:17
33:20 35:2 53:18
53:21 53:23 58:7
58:24 59:7 59:8
59:12 59:13 63:24
67:8 70:7 70:8
71:4 75:12 77:24
78:1 111:4 111:7
111:8 111:11 111:16
112:12 112:16 112:22
113:5 113:22 114:5
114:12

**2002** [6] 77:10 77:21
78:9 79:10 82:10
85:14

**2003** [9] 83:18 90:18
92:3 92:11 92:12
93:2 93:3 93:18
94:3

**2004** [9] 1:15 4:5
97:15 99:8 102:5
103:8 104:22 118:10
118:18

**21** [4] 1:14 82:10
83:8 93:3

**217** [2] 1:22 1:22

**21st** [4] 4:4 13:22
39:21 118:9

**22** [3] 36:13 36:14
36:15

**225** [1] 102:19

**24hrs** [1]
1:22

**25** [1] 19:1 19:21

**28** [2] 52:9

**26** [2] 39:19 40:18

**26th** [1] 71:11

**27th** [1] 118:17

**28** [3] 44:4 78:9
101:12

**29** [2] 17:3 108:11

**2901** [2] 1:15 4:5

**29th** [2] 17:14 17:16
18:4

**3** [10] 27:7 29:2
29:5 58:23 58:24
59:7 59:13 93:4
98:24 99:9

**3.6** [1] 98:13

**30** [11] 20:23 24:18
24:22 25:2 25:9
62:9 65:2 66:16
100:18 116:1 117:4

**300** [2] 82:24 86:22

**30th** [1] 100:15

**31** [6] 46:5 46:9
52:4 68:3 68:6
70:5

**3400** [1] 2:6

**4** [2] 68:21 83:10

**40** [3] 48:7 48:10
101:15

**415** [1] 2:3

**45** [2] 1:14 4:5

**5** [2] 3:4 79:3

**50** [3] 38:24 52:12
75:23

**53** [1] 48:17

**56** [1] 96:16

**60601** [1] 2:6

**62701** [1] 2:3

**68** [1] 99:19

**70** [2] 103:6 117:4

**74** [1] 80:10

**788-2835** [1] 1:22

**788-2838** [1] 1:22

**7th** [1] 60:19

**8** [2] 68:22 111:7

**8-1-3** [1] 61:13

**8-13** [1] 65:1

**8-13-01** [2] 61:12
61:19

**8-3-01** [2] 58:12
58:16

**80** [2] 102:16 102:16

**82** [1] 48:17

**87** [1] 69:7

**9** [4] 1:14 4:5
25:13 60:19

**90** [1] 14:6

**94** [1] 90:22

**98** [1] 14:6

**A&P** [1] 19:24

**A.D** [3] 4:4 118:10
118:18

**a.m** [3] 1:14 4:5
60:19

**able** [1] 91:3

**abnormal** [2] 33:10
64:6

**above-entitled** [1]
1:11

**abruptly** [1] 65:12

**accident** [1] 91:12

**according** [2] 50:8
58:14 66:15

**accurate** [1] 118:15

**ache** [1] 25:14

**acting** [1] 1:13

**action** [1] 5:10

**actual** [1] 37:15

**acute** [4] 14:10 73:22
74:19 112:12

**add** [2] 79:2 79:3

**added** [3] 28:17
77:24 99:22

**additional** [1] 14:19

**adjust** [2] 96:5
98:24

**adjustment** [1] 10:14

**admitted** [5] 54:9
58:13 58:14 60:8
114:1

**adrenaline** [5] 11:2
81:23 101:22 115:14
115:14

**adrenaline-like** [1]
115:9

**adults** [1] 107:9

**advised** [1] 71:19

**aforesaid** [1] 118:12

**afternoon** [3] 75:23
86:4 87:17

**afterwards** [7] 4:8
38:22 72:16 78:24
94:9 94:17 118:14

**again** [22] 26:16
37:6 37:10 37:11
44:2 45:7 45:8
52:15 52:18 79:10
87:18 93:13 97:14
97:20 98:23 99:16
100:14 102:2 103:8
104:22 111:8 111:10
109:19 110:16 110:19
110:23 111:15 111:17

**ARD** [1] 48:18

**ago** [6] 8:16 17:23
51:19 54:2 54:3
54:16 55:12 82:17
100:16 102:2

**agree** [1] 22:10

**agreed** [1] 4:2

**allow** [1] 20:1

**almost** [2] 25:16
28:8

**along** [4] 35:12 58:11
89:13 91:11

**Americans** [1] 20:23

**Amiodaron** [1] 103:7

**anemic** [1] 45:7

**anger** [1] 60:8

**ankle** [3] 31:20 31:21
32:6

**answer** [2] 12:9
63:17

**answered** [1] 63:16

**answers** [2] 4:7
6:4

**antianxiety** [1] 91:23

**antidepressant** [1]
68:12

**antidepressants** [1]
92:23

**anxiety** [26] 9:18
15:16 15:17 16:16
16:24 25:19 26:3
27:10 31:23 33:12
36:20 37:23 47:17
50:11 53:7 53:20
67:4 67:15 70:11
78:4 78:12 87:22
92:17 100:6 109:1
110:4

**anxious** [1] 26:12

**anyway** [2] 22:16

**aortic** [1] 61:4

**appear** [10] 31:9
31:22 34:24 38:6
41:3 44:5 47:7
61:15 67:17 104:11

**APPEARANCES** [1]
2:1

**appetite** [1] 19:10

**Applying** [1] 77:22

**appointment** [8] 13:9
13:11 13:12 25:9
25:13 29:5 60:21
65:11 101:1

**appointments** [1]
84:13

**appropriate** [1] 20:21
21:2

**April** [32] 20:13
33:20 36:23 37:3
37:4 37:5 37:22
39:19 40:18 41:9
41:10 44:4 69:1
69:6 92:11 93:2
93:4 97:15 98:21
99:5 99:8 99:18
100:2 100:18 108:11
109:19 110:16 110:19
110:23 111:15 111:17

**arranged** [3] 18:5
102:1 105:8

**arrythmia** [1] 41:14

**artery** [2] 10:17
89:1

**asleep** [1] 100:20

**aspects** [1] 13:4

**assessment** [1] 19:24

**assist** [1] 108:22

**associated** [1] 61:4

**assume** [1] 37:17

**assuming** [1] 106:21

**asthma** [1] 13:17

asthma-type [1] 14:10
ate [1]    23:4
atrial [120]
9:19    9:23    10:2
10:6    10:20   12:18
12:24   13:23   41:14
42:5    42:6    42:6
42:13   42:14   42:19
42:20   43:9    43:14
50:2    50:4    50:5
55:13   55:13   55:17
55:20   55:22   56:17
56:24   57:4    57:14
57:15   57:21   57:22
57:23   62:16   62:18
62:21   62:24   63:7
63:8    63:14   63:23
64:12   65:8    65:19
66:24   67:1    69:22
70:14   70:17   71:23
71:24   72:15   72:18
74:12   76:11   78:13
80:5    80:11   80:13
80:14   80:15   81:10
81:18   81:22   82:3
82:6    82:16   82:17
84:11   85:9    85:10
85:18   85:24   86:3
86:11   89:19   89:21
90:5    91:2    91:20
92:7    94:13   94:18
97:23   98:8    98:20
99:21   100:13  100:15
100:19  101:12  102:7
102:10  102:24  103:3
103:13  104:6   104:8
104:14  113:8   113:19
114:6   114:12  114:16
115:10  115:15  115:17
115:22  115:23  115:24
115:24  116:2   116:7
116:7   116:14  117:7
117:9   117:12
atrium [11]    56:20
56:21   56:22   57:1
62:17   64:9    64:20
89:22   89:24   90:14
117:1
attached [1]    118:15
attack [8]    45:23
46:6    48:17   64:14
64:16   66:3    81:24
89:4
attacks [3]    115:17
116:14  116:16
attention [4]    16:3
16:6    19:22   25:12
attorney [3]    84:8
84:12   100:4
attorneys [1]    4:3
August [25]    38:8
52:4    53:6    53:18
53:21   53:23   54:6
58:7    58:23   58:24
59:7    59:8    59:12
59:13   63:23   65:2
65:7    66:16   68:3
68:6    70:5    113:22
114:5   114:7   114:12
AV [1]    84:24
aware [1]    7:1

15:2
away [1] 47:5
B [1]    3:11
B-A-U-R-E-R [2]
46:16   46:17
baby [1] 72:7
bad [4]    21:5    57:5
97:13   116:13
Baker [15]    2:2
2:2    2:2    3:4
12:4    48:2    52:19
53:21   57:14   63:15
84:13   84:16   105:19
111:17  117:14
Baldwin [1]    1:21
base [1] 23:12
based [1]    38:18
basic [1] 6:11
basis [1] 11:17    11:23
114:4
Bauer [3]    46:12
46:13   46:14
beats [1] 84:4
becomes [1]    35:14
bed [4]    47:21   47:23
85:22   85:23
bedtime [1]    38:24
87:14
begin [1] 105:23
beginning [2]    35:3
54:23
behalf [2]    2:4
2:7
below [3]    20:11
28:1    40:17
benzodiazepine [1]
16:22
best [3]    6:11    28:11
66:22
beta-blocker [4] 79:2
79:5    79:6    101:20
better [9]    17:4
17:15   17:18   18:1
18:3    20:16   20:24
34:18   103:2
between [2]    4:2
98:18
Biaxin [3]    18:8
18:10   91:10
BID [3]    17:10   17:12
69:15
big [4]    11:9    40:16
62:13   73:15
bill [1] 88:5
biology [1]    106:3
bit [4]    14:7    16:4
16:4    33:11
blackballed [1] 76:9
block [1]    98:9
blockage [2]    10:12
10:17
blocked [2]    101:23
blocker [1]    84:23
blocks [1]    84:24

blood [10]    10:16
13:23   62:11   64:8
88:17   88:22   88:23
88:24   116:9   116:12
blow [2] 14:8    34:12
BMP [1] 60:13
board [1]    106:24
body [3] 49:23   101:22
116:12
Bohlen [3]    12:23
30:12   112:20
bolus [1] 80:8
book [1] 63:9
Booth [1]    30:4
boss [4] 69:1    69:9
76:12   77:20
bottles [1]    93:9
bottom [6]    21:22
48:9    58:21   60:16
74:4    74:6
boyfriend [5]    26:7
26:8    26:9    51:21
brace [1] 33:12
brand [4]    82:21
87:1    87:5    101:9
break [1] 72:1
breast [1]    51:5
breath [8]    13:8
13:16   54:14   54:15
56:9    97:22   104:24
105:4
briefly [1]    107:4
Broderick [21]    2:5
3:4    5:7    5:9
12:8    12:12   12:15
36:12   48:4    52:22
53:22   54:6    57:21
63:17   63:22   84:20
95:20   105:16  108:9
111:16  117:16
broke [1]    27:12
broken [1]    76:14
bronchitis [5]    14:10
40:12   40:14   40:15
105:4
brother [4]    45:23
46:6    48:15   48:19
brother's [2]    48:16
48:17
brother-in-law [1]
48:20
brother-in-law's [1]
51:20
bump [1]    78:11
bunion [2]    21:16
21:21
burning [1]    76:23
business [1]    75:19
busy [1] 40:22
buying [1]    86:21
bypass [2]    66:3
66:13
C [9]    1:10    3:3
4:3    5:3    5:3

blood [10]
76:19   118:4   118:4
118:8
caffeine [2]    54:5
90:24
calcium [1]    84:23
car [3]    73:11   91:12
116:4   116:11
cardi [2] 89:2    89:3
cardiac [6]    10:13
48:20   89:5    89:15
116:1   117:4
cardiolite [1]    89:14
cardiologist [3] 66:13
79:15   81:9
cardiology [1]    50:6
50:7    81:2    113:15
cardizem [8]    80:8
80:9    80:17   82:23
85:6    86:16   87:1
98:3
care [8]    5:22    29:1
30:20   100:8   100:9
100:10  100:7   107:8
career [1]    7:12
Carol [1] 146:14
carosismo [1]    80:15
cartizem [3]    84:21
84:22   84:23
case [6]    1:11    105:10
117:8   117:9   117:10
117:12
cat [2]    49:24   53:15
categories [1]    109:22
category [2]    109:16
109:23
cath [3] 89:2    89:3
89:15
catheterization [1]
89:5
Cathy [1]    75:8
caused [8]    9:17
10:3    10:10   10:20
12:3    40:11   90:11
110:15
causes [7]    31:8
63:2    63:10   64:11
64:19   114:22  115:5
causing [2]    48:22
115:14
CD [3]    82:23   86:17
87:1
Celina [4]    1:10
3:3    4:3    118:7
Centocor [3]    1:7
5:9    5:10
CENTRAL [1]    1:2
certain [6]    56:19
60:20   107:11  107:21
110:9   114:15
certainty [4]    9:15
10:19   13:23   63:13
certifications [1]
107:2
certified [1]    4:4
106:24  118:6   118:21
certify [1]    118:7

76:19   118:4   118:4
challenge [1]    45:13
chambers [2]    56:21
56:22
chances [1]    64:21
change [8]    18:21
82:20   87:16   101:1
103:12  104:3   104:20
104:20
changed [4]    82:19
95:13   102:19  102:20
changes [2]    10:10
35:16
channel [1]    84:23
characterize [1] 117:8
charge [1]    17:19
chart [27]    6:18
8:7    8:8    8:9
8:10    8:12    8:17
8:20    15:22   18:3
22:16   23:21   24:2
24:8    24:10   27:21
27:22   29:3    34:23
35:11   43:1    49:14
61:17   61:23   61:23
64:21   116:17
charted [7]    29:2
29:4    30:7    35:2
37:20   73:12   73:14
charts [1]    8:23
check [12]    32:2
47:15   60:12   80:21
87:18   87:19   88:15
88:19   88:21   95:15
97:8    99:23
checked [16]    14:4
14:5    31:20   33:12
43:12   45:6    45:8
46:3    47:3    89:7
89:8    89:9    93:11
93:12   96:19   96:21
checking [3]    46:7
66:18   96:14
chemical [1]    83:1
87:4
chemistry [2]    93:11
106:2
chest [5] 14:11   40:5
56:11   97:21   98:9
Chicago [1]    2:6
chief [2] 79:11   79:22
cholesterol [5]    46:7
88:15   94:21   94:21
96:22
chronic [1]    46:6
Civil [1] 4:10
claims [5]    7:19
8:1    8:3    8:19
9:16
class [2] 16:23   115:8
clean [2] 89:10   89:16
clear [1] 23:8
cloudy [1]    104:10
CMP [1] 93:22
co-managed [1] 114:11
Coke [2] 54:4    91:1
93:10

**college** [2]   105:24
106:2
**color** [1] 28:10
**column** [1]   109:8
**coming** [9]   16:12
46:10   52:4   56:20
57:2   83:23   92:4
104:1   104:1
**comment** [1]   73:12
**comments** [1]   87:21
**commit** [1]   29:23
**common** [6]   10:6
10:10   43:13   63:2
69:18   88:16
**communicating** [1]
65:14
**companies** [1]   18:21
**company** [5]   18:20
59:5   74:14   95:24
106:12
**compare** [4]   35:13
35:15   111:14   116:20
**competency** [1]   4:12
**competent** [1]
4:16
**complain** [1]   36:20
**complained** [2] 38:10
104:12
**complaining** [1] 49:21
**complaint** [6]   14:1
40:2   55:5   79:11
79:22   93:6
**complaints** [19] 13:14
13:19   21:14   25:18
31:15   31:18   38:19
38:19   47:13   47:16
49:20   51:14   67:10
75:13   78:10   92:14
96:1   97:16   104:6
**compound** [2]   16:23
115:8
**compressing** [1] 48:22
**concentrate** [1]   16:14
**concerning** [1]   111:4
**condition** [8]   12:16
12:17   13:4   65:23
67:13   107:21   113:11
113:22
**conditions** [4]   9:17
12:2   63:11   107:10
**confidential** [1] 15:6
**congestion** [3]   37:2
40:6   67:11
**consider** [3]   62:23
91:5   103:6
**consistent** [2]   85:8
114:4
**contacted** [2]   28:6
28:20
**contained** [1]   95:5
**contains** [1]   118:15
**continuation** [2]
19:8   51:18
**continue** [4]   19:17
79:4   103:5   103:14
**continued** [3]   60:11

**college** [2]   80:17   96:20
**Continuing** [4]   28:14
107:23   114:18   114:20
**contraction** [1] 116:11
**control** [10]   87:2
87:7   91:2   91:3
91:4   91:5   91:22
91:23   96:13   96:16
**controlled** [4]   91:21
99:13   99:18   102:13
**conversation** [1]
29:19
**conversion** [1]   57:9
**convert** [2]   27:22
98:7
**copies** [1]   4:18
**copy** [5] 28:19   33:5
34:3   37:17   71:5
**coronary** [6]   10:17
48:18   89:1   89:6
89:9   90:6
**correct** [13]   14:24
88:22   95:21   104:16
106:23   108:11   109:21
110:11   111:9   112:14
113:10   113:23   114:23
**cough** [4]   37:1
40:6   54:15   56:12
**Coumadin** [8]   13:20
13:23   79:14   80:18
96:20   102:20   103:17
103:18
**counsel** [1]   3:14
**counseling** [2]   16:12
72:21
**counselor** [10]   30:14
49:3   49:4   49:7
60:8   70:20   112:4
112:7   112:7   112:17
**County** [7]   1:12
1:13   1:16   4:6
106:19   118:3   118:6
**couple** [7]   10:14
13:21   22:18   22:22
81:15   81:16   115:11
**course** [2]   28:18
81:16
**court** [4] 1:1   4:10
6:4   108:5
**cover** [1] 107:10
**cream** [1]   53:14
**cries** [1] 16:14
**crisis** [1] 16:13
**criteria** [1]   90:2
**crutches** [1]   93:8
**cry** [1]   110:17
**crying** [1]   68:4
**CTL** [2] 91:21   91:22
**culture** [1]   21:13
**curb** [4] 43:2   50:6
54:3   55:12
**curiosity** [1]   71:10
**current** [5]   9:17
12:15   12:17   15:2
15:3

**cut** [1]   79:8
**CVC** [2] 45:6   93:22
**cylinders** [1]   116:5
**D** [1]   3:1
**D-Y-S-T-H-Y-M-I-A**
[1]   26:20
**daily** [1] 20:4
**data** [2]   64:1   64:4
**date** [13]   19:20   53:18
66:22   68:5   70:10
71:9   71:11   78:22
92:8   99:22   100:17
108:4   118:13
**Dated** [1]   93:18
**dates** [1] 99:15
**days** [19] 13:21   47:24
48:11   48:12   48:12
51:19   52:1   60:13
76:11   78:16   79:16
80:3   80:22   82:11
88:1   93:8   98:21
100:18   103:1
**daytime** [1]   104:5
**deal** [1]   62:13
**Debbie** [1]   30:4
**December** [15]   31:10
31:11   31:18   32:23
32:24   32:24   36:13
36:14   36:15   53:9
53:13   88:6   88:8
88:9   88:12
**decide** [4]   35:22
36:17   66:19   81:6
**decided** [1]   50:7
**decision** [6]   22:10
23:3   23:12   36:3
36:4   36:5
**decrease** [4]   19:9
47:19   49:8   76:16
**decreased** [1]   94:21
**dedimus** [1]   4:10
**Defendant** [3]   1:8
2:7   4:5
**defer** [1] 66:7
**definite** [1]   76:20
**degree** [1]   9:15
10:19   12:1   21:6
63:13   109:5   109:12
**delete** [1]   27:23
**denied** [1]   25:1
**dental** [1]   13:21
**dep** [1]   33:6
**Deponent** [13]   3:2
12:10   12:14   48:3
52:20   53:23   57:15
63:18   84:15   84:17
111:19   117:17   118:7
**deposed** [3]   5:12
5:15   5:21
**deposeth** [1]   5:5
**deposition** [11]   1:10
4:3   4:11   4:15
4:18   6:2   6:17
6:23   105:13   118:9
118:13
**depositions** [1]   4:15

**depressed** [4]   7:13
48:23   68:4   112:2
**depression** [52]   15:5
15:14   15:15   20:9
20:10   20:11   21:6
21:9   21:23   22:1
22:3   25:19   26:4
27:10   31:23   32:1
32:10   33:12   33:16
35:10   36:20   37:23
38:1   38:10   40:9
47:17   50:10   51:11
51:14   53:7   53:20
67:4   67:15   68:13
68:16   68:18   68:23
69:14   70:11   71:3
73:22   74:18   77:22
78:4   78:12   87:22
92:18   100:6   100:9
109:1   109:4   110:5
**depressive** [1]   20:9
**describe** [2]   16:11
107:4
**designed** [1]   33:22
**dessert** [1]   47:6
**detail** [2]   15:6
48:18
**detailed** [1]   56:13
**details** [3]   17:9
49:8   112:8
**determination** [2]
46:22   66:21
**determine** [2]   45:20
64:5
**determined** [3]   32:14
82:2   98:5
**determines** [1]   32:12
**device** [1]   14:8
**diabetes** [1]   47:1
48:17
**diabetic** [2]   47:2
47:4
**diagnose** [1]   109:4
**diagnosed** [1]   40:12
**diagnoses** [1]   15:3
**diagnosing** [2]   65:19
108:22
**diagnosis** [11]   15:3
26:21   63:3   63:20
63:22   73:22   74:19
74:20   77:22   107:8
107:13
**diagnostics** [1]   63:19
**diarrhea** [2]   97:14
102:8
**diary** [1] 69:11
**die** [1]   57:4
**died** [1]   38:11
**diet** [5]   43:11   47:2
54:4   91:1   93:10
**different** [17]   11:7
16:7   21:9   39:1
39:8   55:2   60:15
70:19   73:19   78:22
82:21   86:24   87:5
95:11   98:22   99:8
101:9

**differently** [2]   39:9
104:21
**difficulty** [1]   76:17
**dig** [1]   60:12
**digoxin** [14]   55:8
55:8   55:22   66:18
69:24   78:15   78:16
79:4   80:7   85:7
99:22   100:21   101:1
101:6
**diltiazem** [3]   82:24
86:18   86:24
**direct** [3]   16:3
16:6   19:22
**directed** [1]   25:12
**directly** [2]   18:9
65:16
**disability** [2]   77:20
77:23
**discharge** [1]   56:14
**discuss** [3]   20:1
46:11   65:2
**discussed** [2]   46:23
69:16
**discussion** [4]   31:17
67:5   67:12   95:19
**disease** [10]   46:6
48:19   88:18   89:1
89:6   89:17   90:6
90:13   114:17   114:20
**disorder** [1]   21:8
**disorders** [1]   110:10
**DISTRICT** [2]   1:1
1:2
**DIVISION** [1]   1:3
**divorce** [1]   26:10
**dizziness** [7]   45:3
45:9   45:21   45:22
46:10   56:11   103:3
**dizzy** [1] 102:8
**doctor** [10]   12:6
41:20   46:15   51:7
70:9   79:21   91:14
105:20   108:6   117:14
**document** [1]   108:1
108:8   108:14   109:3
**doesn't** [10]   46:18
47:22   50:7   61:15
74:24   81:17   89:19
94:22   94:23   100:12
116:9
**done** [11]58:4   60:19
82:18   83:19   83:22
83:24   84:5   94:12
101:22   108:11   111:20
**dosage** [12]   66:20
79:8   82:23   83:1
86:22   102:20   103:16
103:19   104:4   104:4
104:5   104:20
**dose** [4] 84:21   99:1
103:15   104:20
**double** [1]   106:2
**down** [33]   4:7
5:20   17:18   21:22
23:9   27:5   37:13
43:1   46:17   48:9
55:3   58:6   58:21

60:15   69:1    69:6
69:14   74:1    74:18
79:6    79:9    80:9
82:17   84:19   85:2
85:3    88:13   88:15
91:19   106:14  106:16
115:21  118:13
**Dr [39]**   5:8    13:2
15:12   28:6    28:21
33:14   46:12   46:13
50:20   51:24   54:3
55:10   55:11   55:23
56:3    57:18   65:10
65:12   65:14   65:20
65:21   66:6    70:3
70:5    80:24   81:1
83:5    83:5    83:7
88:14   89:9    98:11
100:24  101:5   101:6
112:20  114:7   114:10
114:11
**drafted [1]**    75:8
**dramatic [1]**    112:3
**drastic [1]**    65:17
**drink [2]** 54:5    90:24
**drinking [1]**    93:9
**drinks [1]**    91:1
**drip [2]** 80:9    85:6
**drowsy [1]**    31:8
**drug [8]** 17:17   17:17
17:22   17:23   18:17
22:9    43:3    103:6
**drugs [4]** 18:6    18:20
39:5    73:17
**due [6]**   10:24   42:24
45:5    71:3    94:22
96:22
**duly [3]** 5:4    108:2
118:10
**during [1]**    65:7
**Dyazide [1]**   93:12
**dysthymia [5]**    20:1
20:7    20:8    26:17
26:18
**dysuria [3]**    76:22
76:23   77:2
**E [5]**    3:1    3:11
5:3    118:4   118:4
**ear [3]**   25:14   46:14
47:15
**Earington [3]**   30:13
**early [1]** 60:7
**ears [1]**   47:14
**easily [1]**    110:17
**eat [2]**    36:22   101:22
**echo [25]** 42:5    43:9
43:15   60:3    60:4
60:5    60:10   60:11
60:18   60:23   61:1
61:2    61:16   61:22
62:6    62:7    62:15
64:4    64:7    64:11
64:15   64:15   65:3
65:4    113:16
**echocardiogram [3]**
10:5    42:18   54:16

**education [1]**    105:24
**effects [1]**    69:18
**efficient [2]**    105:22
116:11
**either [5]**    9:15
10:2    104:17  108:22
109:20
**EKG [16]**    14:11
55:6    58:7    82:19
83:11   83:12   83:14
83:16   83:17   83:18
83:19   83:21   83:24
84:4    84:5    84:6
**elctro [1]**    57:9
**emergency [14]**   79:16
79:18   80:5    80:8
81:6    83:22   85:5
97:17   97:22   98:7
98:10   98:14   99:4
115:12
**enable [1]**    109:3
**encouraged [1]**   20:5
**end [2]**   7:12    31:24
**endured [1]**    9:16
**energy [3]**    19:9
47:19   49:9
**ENG [1]** 46:12
**enjoy [1]** 119:11
**enlarged [4]**    62:17
89:22   89:24   90:14
**entirety [1]**    21:4
**entry [6]** 16:11   18:24
27:14   28:8    28:15
28:20
**episode [5]**    43:3
76:11   99:5    101:14
113:19
**episodes [9]**    81:10
94:18   96:10   96:11
99:8    100:2   104:12
113:15  117:7
**ER [3]**    79:22   79:24
83:17
**Esq [2]**   2:2    2:5
**established [1]**   12:5
**events [1]**    115:18
**everybody [2]**    36:21
91:12
**evidence [1]**    89:1
**exact [3]** 11:10   15:6
67:2
**exam [2]** 97:9    97:12
**examination [5]** 3:4
3:4    5:6    55:1
105:18
**examine [1]**    55:16
**example [1]**    109:10
115:20
**exboyfriend [1]** 60:3
**exercise [1]**    20:5
**exhausted [1]**   69:9
**Exhibit [5]**    3:13
108:3   108:6   108:8
112:13
**exhibits [1]**    3:14

**expected [1]**    110:2
**expense [1]**    4:18
**experiencing [1]**
100:1
**expert [1]**    5:19
**explore [1]**    11:22
**exposure [1]**   115:18
**expressed [1]**    15:13
**expressly [1]**    4:11
**extended [1]**    108:17
**extra [1]** 99:1
**F [1]**    118:4
**face [1]** 18:15
**fact [2]** 24:9    42:17
**factor [2]**    16:17
82:8
**factors [4]**    23:2
23:10   24:10   28:19
**fainting [1]**    46:10
**fair [5]** 7:18    28:2
31:6    44:14   51:10
**fall [2]** 38:2    112:12
112:16  113:5
**familiar [1]**    11:14
**family [5]**    45:24
46:5    47:1    90:4
**far [5]**   11:9    11:14
11:15   16:2    73:16
**fast [2]** 14:9    54:12
116:8   117:3
**faster [1]**    35:9
61:10   61:18   95:15
**fatal [2]** 57:10   116:13
**fatigued [1]**    94:16
**Fax [1]**   1:22
**faxed [1]**    60:19
**February [5]**    18:24
19:6    19:21   25:24
92:3
**Federal [1]**    4:9
**feeling [4]**    18:3
20:16   40:23   50:15
**feels [7]** 13:15   18:13
21:18   69:9    82:15
102:7   104:24
**feet [1]**   93:7
**fell [4]**   37:24   38:2
92:5    100:20
**felt [2]**   17:15   115:18
**female [1]**    60:23
**fever [1]** 88:9
**few [8]**   5:11    39:5
36:9    78:15   92:10
93:8    103:1   105:20
**fib [2]**   70:1    96:7
**fibrillation [116]** 7:14
9:19    9:23    10:2
10:7    10:20   12:18
13:1    13:24   41:14
42:2    42:5    42:6
42:13   42:20   43:14
50:3    50:4    50:5
55:13   55:17   55:21

55:22   56:17   57:1
57:3    57:5    57:14
57:15   57:17   57:22
57:24   62:16   62:19
62:22   63:1    63:7
63:8    63:14   63:23
64:12   65:9    65:19
66:24   67:1    69:22
70:15   70:17   71:23
71:24   72:15   72:18
74:13   76:11   78:13
80:5    80:12   80:14
80:14   80:15   81:11
81:18   81:22   82:3
82:6    82:16   82:17
84:12   85:9    85:10
85:18   85:24   86:3
86:11   89:19   89:21
90:5    91:2    91:20
92:8    94:14   94:19
97:23   98:20   99:21
100:13  100:16  100:19
101:12  102:7   102:11
103:1   103:4   103:13
104:6   104:9   104:14
113:9   113:19  114:6
114:12  114:16  115:10
115:15  115:17  115:22
115:23  115:24  116:1
116:3   116:7   116:7
116:15  117:7   117:9
117:12
**field [2]** 57:19   107:5
**figure [1]**    72:17
**file [1]**   6:20
**fill [3]**   108:19  108:20
116:10
**filled [3]** 40:20   48:22
111:18
**filling [1]**    108:21
**finding [2]**    42:7
55:4
**fine [1]**   11:20
**finish [3]**    23:6
23:7    90:16
**first [20]** 5:4    7:1
14:21   15:10   15:12
16:8    19:12   19:14
34:24   35:3    35:5
36:8    46:24   50:24
55:19   74:11   86:12
94:9    113:11  113:20
**five [4]** 66:14   70:19
73:14   76:10
**fix [1]**   63:21
**flipped [1]**    27:22
**Florida [1]**    106:14
**flow [7]** 10:16   14:7
14:7    62:12   64:8
105:1   116:12
**fluid [2]** 48:22   93:11
**flutter [8]**    41:15
42:6    42:14   42:20
43:9    55:14   76:11
98:8
**Foley [1]**    74:17
**follow [3]**    46:12
66:1    56:10
**follow-up [17]**   14:18

20:4    22:1    27:4
59:18   59:19   61:9
64:24   65:11   66:9
67:7    68:20   79:17
79:23   82:12   82:15
97:18
**following [2]**    70:3
92:15
**follows [1]**    5:5
**foot [2]**   33:11   78:11
**foregoing [1]**   118:9
**forgive [1]**    24:13
**forgot [3]**    55:14
94:10   100:20
**form [8]** 4:13    91:22
95:10   95:13   95:16
95:17   95:23   98:4
**forms [1]**    95:11
**found [2]**    36:14
42:19
**foundation [2]**   4:16
12:5
**foundational [1]**
63:4
**four [16]** 11:10   20:4
22:18   48:3    56:21
72:6    92:24   98:13
100:22  103:15  104:4
106:12  109:14  109:16
**four-and-a-half [1]**
116:18
**four-cylinder [1]**
116:4
**free [1]**   43:4
**frequency [1]**    77:3
**friend's [1]**    101:16
**friends [3]**    38:11
**front [1]** 109:7
**full [1]**   105:21
**function [1]**    61:3
**functioning [1]**   62:7
**furnished [1]**    4:17
**G [1]**    5:3
**general [2]**    15:8
21:19
**generally [1]**    110:14
**generic [1]**    86:17
**girlfriend [3]**    23:24
24:5    26:11
**given [2]** 29:17   118:17
**giving [1]**    39:13
**glands [1]**    77:15
**glucometer [1]**   101:16
**glucosan [1]**    45:14
**glucose [11]**    45:8
45:12   45:13   46:11
47:3    47:5    101:18
101:21  101:21  102:1
102:3
**God [1]**   47:24
**goes [3]**   33:18   43:23
52:19
**gone [3]** 10:13   57:13
88:10

**good** [7] 5:8 30:1
46:19 52:14 76:15
94:21 95:18

**gradually** [3] 86:3
86:6 87:16

**graduate** [1] 106:4
9:21

**ground** [2] 6:1
9:21

**Gudgel** [3] 1:12
4:3 118:5

**guess** [5] 50:24 95:10
99:7 99:14 102:1

**guys** [1] 105:14

**H** [2] 3:11 106:12

**half** [1] 101:4

**hallway** [2] 34:18
34:21

**halter** [1] 113:16

**hand** [6] 38:13 38:15
39:15 95:14 113:4
118:17

**handle** [1] 77:16

**hands** [1] 52:1

**handwriting** [6] 29:6
31:3 31:4 31:12
60:15 60:17

**handwritten** [3] 61:8
61:17 62:1

**happy** [1] 19:9

**harassed** [2] 76:10
77:19

**harassment** [4] 7:6
8:2 72:20 73:24

**hard** [4] 34:2 61:8
81:5

**hardly** [2] 47:20
49:10

**HDL** [1] 94:22

**head** [4] 6:5 107:11
107:13 115:21

**headache** [1] 97:14

**Health** [1] 106:10

**hear** [1] 83:23

**heard** [1] 30:13

**heart** [66] 10:10
10:16 41:16 41:18
43:15 45:22 45:23
46:1 46:6 48:17
48:21 48:21 56:7
56:20 57:16 57:23
57:24 58:2 58:5
62:7 64:8 64:9
64:14 64:16 64:22
66:3 67:13 79:7
80:9 81:24 83:18
83:20 84:3 85:1
85:3 87:3 87:8
87:11 88:11 88:18
89:4 89:17 90:3
90:21 91:4 96:15
99:14 99:19 99:23
100:22 101:17 102:16
102:15 102:15 102:16
103:5 114:17 116:10
116:8 116:10 116:19
116:21 116:23 116:24
117:2 117:3

**heart's** [1] 10:12

**heartbeat** [8] 42:4
42:8 43:8 54:11
55:5 56:18 56:20
57:5

**help** [3] 70:22 108:24
109:5

**helped** [2] 94:15
94:16

**helping** [2] 28:22
96:13

**helps** [1] 33:23

**hemiglobin** [1] 47:3

**hemoglobin** [1] 45:14

**hereby** [2] 4:13
118:7

**herein** [1] 118:8

**hereto** [2] 4:2
4:16 4:17

**herself** [3] 20:18
21:1 22:11

**high** [10] 45:12 47:1
79:8 88:17 88:22
88:23 88:24 102:3
102:23 104:5

**high-dose** [1] 17:11

**higher** [2] 83:1
109:13

**HIPA** [1] 74:23

**history** [17] 15:14
41:14 42:1 45:24
46:5 47:1 54:1
90:3 91:18 93:16
93:17 93:19 94:12
94:24 95:3 95:5
96:6

**hives** [5] 27:12 51:24
103:9 103:9 104:17

**hobbies** [1] 20:6

**hold** [5] 10:18 10:21
13:20 25:9 63:12

**hole** [2] 27:19 27:20

**holes** [1] 27:23

**home** [9] 16:13 19:4
19:5 20:17 22:3
34:12 38:12 41:15
42:21

**homosexual** [1] 24:1

**hormone** [1] 32:8

**hospital** [2] 54:9
55:7 55:9 55:23
55:24 56:14 58:13
59:4 59:9 59:13
59:18 59:19 59:22
60:4 65:10 73:17
73:18 81:7 107:8
114:2 114:9 117:13

**hospitalized** [1] 98:16

**hour** [4] 4:5 82:17
99:23 103:2

**hours** [11] 11:10
35:10 53:4 54:8
54:18 54:22 57:12
57:20 100:23 115:12
116:18

**hundred** [1] 116:23

**hundreds** [1] 18:14

**hurt** [1] 92:5

**husband** [1] 48:24

**hypertension** [5]
10:8 10:9 10:9
43:11 114:16

**hyperthyroidism** [2]
10:11 114:18

**hypoglycemia** [1]
101:13

**hypoglycemic** [1]
45:10

**hysterectomy** [12]
9:9 69:2 69:7
70:14 70:16 71:22
72:3 72:5 72:13
76:16 76:17 77:1

**ice** [1] 93:10

**identification** [2]
3:12 108:3

**identified** [1] 115:4

**identify** [1] 108:13

**Illinois** [9] 1:2
1:14 1:16 1:21
2:3 2:6 4:6
106:22 118:1

**illness** [2] 9:13
107:9

**imagine** [1] 65:11

**immediate** [2] 82:7
101:10

**immediately** [2] 57:10
72:16

**implants** [1] 51:5

**important** [4] 8:12
23:21 24:7 93:23

**impossible** [1] 9:7

**impression** [1] 30:8
42:11 42:15

**improved** [2] 20:17
77:4

**inappropriate** [1]
21:4

**INC** [1] 1:7

**incident** [1] 83:2

**inclined** [1] 10:24

**increase** [1] 87:12

**increased** [9] 69:15
69:19 76:13 78:15
78:18 78:21 82:22
86:22 94:18

**independent** [1] 8:18

**Indiana** [1] 1:21

**indicate** [3] 25:4
34:14 90:10

**induce** [1] 57:9

**induced** [1] 11:2

**infection** [5] 25:15
52:5 70:9 90:11
90:12

**infections** [1] 15:21

**information** [5] 7:8
7:19 11:17 60:22
103:11

**informed** [1] 33:10

**inhalers** [1] 105:5

**initial** [1] 59:2

**ink** [3] 28:10 28:18
28:19

**insomnia** [1] 69:15

**instance** [1] 4:5

**instead** [4] 60:11
86:20 95:13 103:15

**institute** [1] 41:18
106:10

**insurance** [5] 59:1
59:1 59:3 59:5
95:24

**internal** [6] 6:15
12:6 106:15 107:3
107:5 107:6

**internist** [1] 63:3
63:5

**interpret** [1] 29:3

**interrogatories** [2]
4:4 4:7

**intolerance** [1] 80:7

**intolerant** [1] 47:5

**Intracorp** [1] 58:24
59:3

**involved** [1] 90:14
107:5

**irregular** [11] 42:4
42:8 43:8 55:4
56:8 56:18 56:19
57:2 57:5 83:24
90:21

**ischemia** [1] 10:11
10:15 10:15 114:17

**ischemic** [1] 88:18

**issue** [1] 44:24

**issues** [2] 9:20
77:18

**issuing** [1] 14:18

**itself** [1] 117:1

**IV** [1] 98:3

**Jacksonville** [2] 1:15
4:5

**James** [1] 2:2

**Jane** [8] 1:4 7:11
7:20 11:18 15:10
23:24 113:6 116:14

**January** [6] 16:9
16:10 17:3 19:8
37:9 90:18

**jittery** [1] 50:12
30:16

**John** [2] 2:5 5:9

**John's** [2] 60:18
62:3

**JOHNSON** [1] 2:5

**JONES** [1] 2:5

**judge** [1] 34:2

**judgment** [1] 113:5

**July** [4] 24:15 37:22
37:24 103:8

**June** [4] 77:21 78:9
102:5 102:24

**keep** [3] 6:3 86:20
100:24

**kick** [1] 101:23

**kicks** [1] 12:18

**kind** [7] 6:5 20:20
34:19 43:6 56:19
73:7 90:8

**knee** [5] 37:24 38:3
38:4 92:4 92:5
92:5 92:16

**knowledge** [6] 11:4
43:18 65:9 66:22
67:18 82:1

**known** [2] 57:19
81:21

**knows** [1] 34:19

**KRAJEWSKI** [1]
2:2

**L** [5] 1:12 4:1
4:3 5:3 118:5

**lab** [3] 33:10 93:24
94:22

**labs** [1] 65:15

**language** [1] 74:18

**Lanoxin** [4] 60:12
79:8 99:1 99:2

**LaSalle** [1] 2:6

**last** [14] 13:6 19:15
22:1 26:16 39:17
42:10 52:8 57:12
57:19 77:20 78:6
78:14 92:10 96:8

**lasted** [1] 103:2

**latter** [1] 98:21

**law** [1] 74:23

**lawsuit** [11] 5:17
7:2 7:5 7:9
7:10 7:16 7:19
7:20 8:19 90:22
94:15

**lawyer** [6] 81:13
86:14 88:2 88:14
100:7 104:18

**lawyers** [3] 80:4
103:10 104:1

**Laxapro** [2] 92:22
92:22

**laymen's** [1] 62:5

**layperson** [1] 6:8

**leading** [1] 24:13

**least** [2] 21:11 114:21

**leave** [1] 60:6

**left** [10] 31:21 56:23
60:20 61:2 62:17
64:9 64:20 65:12
89:22 89:24

**leftover** [10] 38:12
44:12 47:23 47:24
48:6 48:11 49:13
53:3 53:5 76:2

**leg** [1] 97:8

**Legal-Visual** [1]
1:21

**legs** [1] 41:8

**less** [1] 62:10

**letter** [8] 71:3 71:5
71:9 71:11 74:8
74:15 75:1 75:7

letters [1]           15:7
level [2] 60:13       116:15
levels [2]            66:18
73:19
License [1]           118:22
licensed [1]          106:21
life [2]   19:5       47:18
lift [1]  97:8
light-headed [1] 82:16
limit [4] 43:19       43:20
45:15   110:3
limits [1]            109:24
110:2
line [5]  26:16       54:17
54:24  76:18   89:13
lipid [2] 45:16       45:17
lips [2]  41:6        41:8
list [1]  56:4
listen [1]            83:15
listened [2]          56:7
110:6
listening [1]         83:20
84:3
LLC [1]  2:2
LLS [1]  54:24
local [1] 43:10
loge [1]  12:4
long-term [1]         10:9
77:23
look [4]  6:19        47:22
64:6   89:12
looked [1]            27:24
looking [2]           28:12
95:12
looks [9] 13:10       17:3
28:8   28:19   33:21
59:17  69:11   81:19
97:15
loss [1]  19:10
lost [2]  116:1       117:4
Lotrisone [1]         53:14
lots [1]  19:3
low [12]  14:7        32:11
32:13  43:19   101:7
101:10  101:15  101:20
101:21  101:24  104:4
105:1
low-back [2]          85:16
101:13
low-grade [1]         88:9
lower [3]             91:6
103:16  104:3
lowest [3]            109:12
109:22  109:23
lumped [1]            40:14
lung [3]  14:12       14:17
105:8
M [2]   1:4           2:5
M.D [1]  1:10         3:3
4:3    118:8
maintained [1]        104:15
major [4]             20:10
77:22  97:3   106:2
makes [3]             36:4

78:16  95:14
malpractice [1] 29:24
March [12]            27:6
27:8   38:7   38:9
39:20  40:17   40:18
41:4   41:5   92:10
92:12  93:3
mark [1]  11:8        108:6
marked [1]            3:12
108:2
marketed [1]          18:6
material [1]          24:3
materiality [1]  4:13
matters [1]           5:21
5:22
may [39]  4:3         4:7
4:15   4:17   9:1
10:21  10:21   12:3
17:16  26:8   26:9
27:18  28:16   35:3
35:5   36:1   36:8
41:24  45:2   45:9
46:5   46:8   46:9
64:7   66:14   71:7
72:16  77:10   83:5
83:16  83:18   83:24
89:11  101:12  101:14
101:24  103:6  103:9
112:18
mean [24]             11:3
16:1   20:24   21:5
21:7   24:6   40:13
42:24  43:3   46:18
50:6   50:8   59:21
62:20  63:19   72:6
81:7   82:8   93:17
93:23  104:13  109:11
110:1  116:21
meaning [3]           10:16
57:16  62:11
means [12]            19:24
20:3   24:22   34:21
48:12  59:22   69:16
76:23  76:24   80:16
109:12  115:9
measure [1]           58:2
medical [14]          5:22
6:9    9:13   9:15
9:20   9:22   10:19
12:1   32:3   63:13
105:24  106:13  107:10
107:21
medically [1]         57:8
medication [16] 22:10
14:23  20:20   21:6
26:12  27:12   39:7
82:19  87:11   95:7
96:13  99:1   103:12
medications [3] 75:20
96:5   110:8
medicine [22]         6:15
12:6   12:19   15:22
27:16  29:22   37:13
52:13  82:21   86:20
96:15  98:7   99:20
101:7  101:11  106:15
106:22  107:3  107:5
107:6  113:3  115:7

medicines [1]         93:1
Melissa [1]           74:17
Memorial [5]          58:14
59:14  62:2   98:15
98:17
memory [3]            41:21
73:13  90:9
Menard [1]            1:12
118:3
mention [1]           11:12
37:2   38:1
mentioned [2]         19:12
19:14
message [1]           60:20
methods [1]           16:19
MF [2]   74:16   74:17
Miami [1]             106:14
Michigan [1]          106:15
middle [2]            70:21
88:13
might [8]             14:13
14:18  33:5   44:2
49:15  56:2   61:19
84:4
mild [5]  61:3        61:5
62:8   62:11   117:8
Miller [24]           13:2
54:3   55:10   55:11
55:23  56:3   65:10
65:12  65:14   65:20
65:21  66:6   70:3
70:5   80:24   81:1
83:5   89:9   98:11
101:5  101:6   114:7
114:10  114:11
Miller's [2]          55:18
100:24
milligram [10]        20:3
31:7   38:24   52:9
55:8   69:19   78:15
79:3   86:22   98:7
milligrams [4] 17:10
27:1   48:7   52:21
mind [3] 23:8   90:16
104:9
Minor [13]            1:4
5:10   5:11   13:6
13:7   51:5   65:1
65:14  66:9   75:10
108:10  109:19  110:8
Minor's [5]           12:15
58:2   114:21  115:16
117:6
minutes [1]           57:4
Mississippi [1] 106:7
Missouri [1]          1:21
mitral [2]            61:3
61:4   89:18   89:20
moderate [1]          117:9
modify [2]            22:6
88:20
moment [1]            113:9
monitor [3]           42:5
42:18  42:19
monitoring [1] 113:16
month [14]            32:22

70:23  70:24   71:1
71:3   71:15   71:16
71:17  71:20   72:21
74:10  75:4   75:6
78:7
months [12]           19:6
20:14  22:15   22:18
22:19  22:22   37:7
37:9   37:12   37:16
37:20  66:5
mood [1] 20:10
morning [5]           5:8
60:4   93:10   108:9
110:7
Mosin [2]             83:5
83:7
most [7]  10:6        13:3
18:15  22:19   36:6
36:19  66:12
mother [3]            48:15
90:7   90:8
mouth [5]             40:3
40:5   40:10   40:14
112:10
MRI [1]  92:16
Ms [5]   5:11         12:15
13:6   13:7   51:5
58:2   65:1   65:14
66:9   75:10   114:21
115:16  117:6
must [24]             18:7
27:24  32:19   38:3
40:22  46:14   47:24
49:13  50:21   53:4
54:4   54:6   58:4
59:2   59:16   60:5
62:3   74:9   75:8
79:14  82:18   87:14
92:23  99:10

new [10]  27:23       82:14
84:2   95:16   95:17
95:23  96:3   96:7
101:7  104:11
next [39] 24:13       24:13
24:14  25:9   25:13
25:24  27:6   27:13
31:9   35:11   36:23
38:6   40:17   41:3
46:4   46:9   47:7
54:13  58:16   58:17
59:7   59:18   67:7
68:20  70:6   75:10
77:4   77:9   78:8
85:12  88:3   88:6
90:15  92:3   92:12
93:4   97:13   102:4
108:7
night [8] 70:21       70:22
86:1   86:5   86:10
87:18  100:21  104:5
nights [1]            100:16
NIH [1]  106:10
nobody [1]            34:19
nods [1]  6:4
normal [29]           32:19
33:1   33:10   33:19
38:3   42:5   42:17
43:9   43:14   43:19
43:20  43:20   45:15
45:17  45:17   47:4
62:14  64:21   64:22
64:23  93:22   109:24
110:2  110:3   116:6
116:20  116:21  116:22
116:23
normally [6]          6:24
22:19  34:1   63:8
73:4   74:23
North [1]             2:6
nose [2] 13:24   46:15
Notary [6]            1:12
4:4    5:2   5:4
118:5  118:20
notation [2]          34:14
41:11
note [61] 16:16       17:6
18:3   19:23   21:22
24:13  24:14   24:21
25:24  28:5   28:18
29:10  29:14   30:1
30:2   30:17   30:22
33:8   33:9   35:18
38:8   39:19   40:17
43:21  43:22   44:19
44:24  47:10   48:14
51:11  56:14   58:15
58:16  58:19   59:7
59:11  59:24   61:19
66:15  67:24   68:3
68:24  70:4   71:2
71:8   72:24   74:9
74:4   74:6   74:9
74:10  74:16   75:7
78:22  79:1   79:20
84:24  88:11   91:19
93:20  101:5
noted [7] 4:14        8:10
8:11   8:20   35:17
51:4   52:6

notes [18]        14:22
23:3    23:11    30:1
31:22    43:6    50:14
53:3    53:7    58:11
69:3    85:13    90:16
92:10    95:6    100:5
113:10    118:16
nothing [6]        50:5
93:23    96:3    117:14
117:16    118:11
notice [1]        1:16
noticeable [1]    112:11
notified [2]        79:19
93:23
Notify [2]        43:19
93:22
November [12]    29:2
29:5    30:23    51:23
51:24    75:12    78:1
83:10    85:14    93:18
94:2    111:10
now [22]    12:17    24:5
28:11    29:18    33:18
34:8    36:21    44:5
52:10    52:22    55:16
56:2    57:3    65:7
69:8    79:13    81:4
93:1    108:5    110:6
111:3    116:6
nowadays [2]        36:7
59:23
NR [1]    24:22
number [5]        3:2
3:12    24:22    60:20
108:8
numbers [2]        90:1
109:8
nurse [14]        24:21
29:2    29:7    29:20
30:3    33:9    35:22
37:13    40:7    43:22
58:5    74:17    75:16
75:18
nurse's [5]        30:21
31:3    31:4    37:17
60:17
O [1]    4:1
o'clock [2]        1:14
4:5
object [1]        63:15
objection [3]        4:13
12:4    12:8
objections [1]    4:12
occasion [1]    114:1
occasions [1]    111:14
October [31]        1:14
4:4    24:15    28:1
28:17    28:20    52:2
52:15    52:17    53:6
67:7    68:21    68:22
69:21    70:7    70:8
71:4    71:12    77:21
77:24    79:10    79:17
82:10    83:8    83:17
104:22    111:4    111:7
111:8    118:10    118:18
off [36]    9:9    9:12
15:15    15:17    15:18

20:15    20:18    21:1
22:4    22:9    22:11
29:3    31:16    31:17
33:11    34:12    37:5
37:6    37:8    37:11
37:16    37:19    54:1
71:14    74:12    75:6
78:7    81:19    88:21
90:16    95:15    95:19
101:6    103:1    110:20
112:6
offer [1]    12:7
offhand [1]        84:6
97:4
office [8]        17:24
18:6    18:6    18:19
29:15    73:18    86:18
87:6
officially [2]    41:22
50:8
old [7]    1:15    4:5
38:17    44:13    48:1
48:3    83:15
once [4]    20:3    27:4
66:2    101:3
one [70]    10:7    15:5
18:11    18:13    20:3
20:23    21:12    21:12
22:17    30:2    30:9
30:10    33:17    33:19
34:9    34:10    35:2
36:2    39:5    39:11
41:5    43:13    46:9
51:18    54:4    54:4
56:23    56:23    57:11
59:15    61:20    62:8
68:22    68:22    69:18
70:13    71:2    73:7
74:20    75:3    75:4
81:14    82:22    83:22
84:18    88:4    89:2
90:17    91:1    91:11
91:14    92:22    92:23
93:17    93:20    97:3
97:13    99:17    101:16
102:2    102:13    108:16
109:10    109:12    109:14
109:17    109:20    109:23
110:1    113:17
ones [2]    39:6    107:11
open-ended [1]    12:12
opinion [16]        10:2
10:18    11:10    11:24
12:7    12:13    12:14
15:9    15:14    21:2
62:24    63:6    63:12
63:12    65:18    81:21
opinions [2]        9:14
11:22    11:23
oral [3]    4:4    4:7
6:4
order [1] 60:20
organic [1]    114:15
organs [1]        21:19
original [1]        78:23
ourselves [1]    112:24
out-patient [1]    60:11
output [2]        116:2
117:5

outside [1]        8:19
44:23    48:21    74:17
over-the-counter [1]
115:7
own [4]    4:18    78:18
78:21
oxygenation [1] 14:5
P [1]    4:1
P-R-A-I-R-I-E [1]
41:19
P.C [1]    2:5
p.m [2]    98:24    99:10
pacemaker [1]    57:2
62:19    90:7    90:9
page [12] 3:2        21:22
33:2    36:23    37:22
61:11    68:9    70:6
74:5    75:14    88:13
109:7
pages [1]        16:7
pain [11] 56:11    85:17
94:20    96:20    96:24
97:2    97:6    97:7
97:10    97:21    101:13
palpation [1]    94:14
palpitation [3]    78:14
79:15    99:13
palpitations [14]
53:24    54:1    54:8
54:11    54:18    54:22
79:2    79:24    80:3
81:15    87:15    96:9
97:20    99:18
paperwork [4]    53:24
54:19    54:20    73:6
part [3]    101:24    107:19
117:2
partially [1]        20:2
particular [3]    42:24
63:21    71:16
parties [2]        4:2
4:16
partner [1]        97:13
partners [1]        41:5
parts [1] 4:15
party [4] 4:17    5:17
passing [2]        17:5
17:16
past [5]    10:14    26:13
68:7    76:15    103:1
patient [22]        17:20
22:2    28:6    28:20
28:21    28:24    29:18
30:15    33:10    54:17
54:21    59:2    59:4
60:21    60:21    61:9
61:24    93:22    108:18
108:23    109:4    110:1
patient's [1]        68:4
patients [7]        15:8
36:6    75:18    105:22
107:8    107:12    107:20
pattern [1]        85:9
Paxil [6] 28:23    29:15
31:8    39:4    39:18
110:12

pen [1]    28:9
people [30]        5:20
11:20    14:8    20:22
21:10    21:11    29:21
32:10    33:17    34:1
34:11    35:10    36:19
39:9    57:4    57:12
57:23    62:9    62:12
62:18    62:21    63:19
65:16    66:2    74:24
91:10    101:21    112:1
113:1    115:11
per [1]    20:3
percent [9]        14:6
14:6    20:23    48:18
62:9    69:8    69:8
116:1    117:4
period [3]        11:16
71:2    110:16
periodically [2] 80:16
81:2
personal [1]        19:5
47:18
personally [2]    25:6
28:7
Ph.D [5]    1:11    3:3
4:3    106:9    118:8
pharmaceutical [4]
9:5    18:8    73:5
106:12
pharmacology [1]
106:9
pharmacy [1]    49:17
PHI [1]    60:18
phone [17]        17:6
24:21    29:10    31:1
33:9    38:8    39:19
43:22    60:20    67:24
68:3    74:6    75:7
79:1    93:20    94:5
101:5
phonetic [1]    42:18
48:21    80:15
phrase [1]        54:20
54:24
physical [3]        32:4
55:1    55:2
physically [1]        9:7
PIC [3]    14:7    14:7
105:1
pick [1] 20:6
pile [1]    84:6
pill [1] 93:12
pinched [2]        97:9
97:11
Pitt [2] 57:18    57:18
place [2] 66:17    69:23
Plaintiff [2]        1:5
2:4
plan [9]    19:24    66:6
66:7    66:10    66:16
69:22    71:18    72:19
96:17
plastic [5]        50:21
50:22    50:24    51:1
51:8
plays [1] 52:13

plus [1]    19:16
PO [1]    20:3
point [22]        19:18
22:7    22:13    23:1
24:23    25:1    39:2
39:13    43:8    49:5
51:2    56:5    59:10
64:2    66:15    67:17
68:18    71:1    78:4
80:24    103:13    103:20
portion [1]        23:17
position [1]        12:7
positive [1]    94:22
possible [5]        56:4
59:23    64:19    109:16
115:4
Post-its [1]        34:6
postdoctoral [1] 106:11
potassium [2]    98:12
98:12
practice [1]        35:4
35:7    106:22    107:20
practiced [1]    106:1
Prairie [6]        41:16
41:18    42:15    43:1
43:5    43:7
pre-certification [1]
59:5
precipitate [1]    81:24
precipitated [1] 9:24
precipitating [1]
82:8
prefer [1]        91:6
preliminary [1] 14:16
preop [1]        20:14
prepare [2]        6:16
7:16
prepared [1]    112:13
prescribe [7]        14:2
23:13    39:2    39:3
39:12    86:12    110:15
prescribed [11]    14:23
16:19    38:19    44:5
44:8    67:21    68:14
76:1    80:19    85:4
110:8
prescription [18]
17:8    17:10    19:17
22:6    22:9    22:14
22:16    22:19    26:22
26:24    38:23    39:13
41:1    41:2    49:11
52:11    52:24    53:2
present [1]        15:18
presented [1]        80:4
presently [1]        13:4
pressed [1]        7:15
pressure [7]        88:17
88:22    88:24    88:24
95:23    101:8    101:10
pretty [1]        62:14
primarily [1]    55:16
primary [2]        7:17
97:5    100:12
problem [23]        12:21
14:17    21:20    23:19

23:22    23:23    26:6
26:8    26:9    26:11
32:15    43:16    51:21
63:21    77:1    77:15
88:5    100:10    100:12
101:24    103:5    115:5
114:6

**problems** [10]    17:2
44:19    48:14    51:20
90:3    92:5    97:3
103:23    112:6    114:12

**procedure** [2]    4:10
81:3

**produced** [1]    34:7

**produces**    115:13

**production** [1]    76:16

**professors** [1]    57:11

**progress**    95:6

**prolapse** [4]    61:3
62:8    89:18    89:20

**prolapsing** [1]    62:9

**proof** [1] 4:16

**protein** [1]    102:22

**proton** [2]    96:14
96:19

**proven** [1]    89:6

**provide** [1]    64:4

**provided** [1]    108:9

**provoking**    16:17

**proximate** [1]    115:17

**Prozac** [44]    19:19
20:2    20:15    20:18
22:4    23:13    26:13
26:15    26:22    28:3
28:21    31:5    31:7
36:24    37:2    37:6
37:6    38:16    38:11
38:12    38:16    38:17
39:7    39:14    41:12
44:6    44:9    47:11
47:12    47:23    47:24
48:5    48:6    48:11
49:14    49:16    49:16
50:12    51:15    52:18
52:20    52:22    67:18
110:12

**Prozac's** [1]    29:11

**psych** [1]    30:20

**psychiatric** [11]    12:2
12:20    15:3    15:22
72:21    110:9    110:21
111:5    111:13    111:14
112:11

**psychiatrical** [1]
9:20

**psychiatrist** [23] 9:20
12:11    12:21    12:22
14:22    29:1    29:5
29:12    30:5    30:21
33:23    76:3    76:5
77:7    92:24    100:8
100:11    108:16    111:1
112:16    112:19    113:2
113:6

**psychiatrists** [1]
15:7

**psychologist** [1]
30:21

**psychotropic** [1]
14:23

**Public** [6]    1:12
4:4    5:2    5:4
118:5    118:20

**PUGH** [1]    2:5

**pulse** [2] 60:5    97:20

**purpose** [10]    4:15
32:9    45:19    68:14
79:5    85:1    87:2
87:7    97:19    102:6

**purposes** [1]    108:2

**pursuant** [1]    1:16
52:11

**put** [20]    17:17    27:5
27:23    34:10    46:17
55:3    58:5    66:17
67:2    69:14    72:5
72:17    74:1    82:17
88:14    94:11    101:6
101:7    112:10    117:10

**puts** [1]    37:13

**QHS** 85:19

**qualification** [1]
63:6

**qualified** [1]    62:23

**QUANDT** [1]    2:5

**quantify** [1]    34:1
35:12

**questionnaire** [32]
33:13    33:15    33:16
33:22    33:22    34:12
34:16    34:17    34:19
34:20    34:21    34:22
35:1    35:4    35:6
35:8    35:13    35:17
35:20    35:23    36:1
36:8    36:9    36:16
36:18    36:21    36:22
108:17    108:18    108:22
118:11    111:22

**questions** [7]    5:11
6:3    6:10    105:17
105:20    109:2    109:3

**quick** [5]    24:15
33:5    59:14    59:17
61:24

**quicker** [1]    33:24

**quit** [1]    68:13

**quite** [1]    104:2

**R** [1]    118:4

**ran** [1]    42:15

**Randy** [2]    90:23
90:23

**range** [1] 109:17

**raped** [2] 60:2    60:8

**rapid** [8] 57:15    57:22
80:5    82:18    83:13
98:24    116:7    117:11

**rash** [1]    49:22

**rate** [37]    57:16    57:23
57:24    58:2    58:6
79:7    80:9    83:18
85:2    85:3    87:8
87:11    90:21    91:2
91:4    91:4    91:5
91:20    91:22    96:15

96:16    99:14    99:19
99:23    100:22    101:17
102:14    102:15    116:3
102:16    103:5    116:3
116:19    116:22    116:23
116:24    117:3

**rate's** [1]    83:20

**rather** [1]    39:13

**react** [1] 39:9

**read** [6]    23:17    59:24
68:24    69:3    69:5
76:18

**reading** [5]    4:10
6:18    29:3    61:6
61:7

**real** [2]    17:19    61:16

**really** [9]    27:11
30:9    39:8    39:8
44:13    48:23    65:16
68:4    105:12

**reason** [1]    30:14

**reasonable** [4]    9:15
10:19    12:5    63:13

**recent** [1]    69:14

**recess** [1]    36:10

**recheck** [1]    96:23

**rechecked** [1]    45:7

**recognize** [1]    18:15

**recollection** [3]    8:15
8:19    110:18

**recommend** [3]    110:20
110:24    112:15

**recommended** [1]
75:5

**record** [11]    11:15
11:20    23:8    23:17
31:16    31:17    69:4
76:15    95:19    105:24
110:18

**records** [10]    14:19
16:5    41:23    49:18
51:5    51:9    53:12
53:16    53:17    95:18

**Recur** [1]    85:18

**refer** [6]    55:10    107:17
107:20    112:15    112:24
113:4

**referred** [1]    118:16

**referring** [1]    26:14
30:11    70:24    71:15

**refers** [1]    30:17

**refill** [23]    24:16
24:17    24:22    24:22
24:24    25:3    25:6
25:15    25:20    25:6
27:17    27:18    28:3
28:15    29:22    31:1
31:7    35:24    36:24
38:9    40:23    95:7
96:2

**refilled** [1]    27:15
49:14    49:15

**refills** [1]    28:7

**reflect** [1]    29:8

**regarding** [10]    7:9
11:17    31:23    44:24
54:7    65:8    67:4

67:5    67:12    70:10

**regular** [4]    83:23
101:11    102:16    116:3

**regulates** [1]    117:1

**regurgitation** [4]
61:4    61:5    62:11
89:23

**related** [12]    27:9
50:2    51:14    77:17
78:3    78:12    81:11
81:12    81:13    81:14
92:1    92:7

**relates** [1]    28:14
108:10

**relating** [4]    5:22
47:16    50:10    53:19

**relatively** [1]    114:4

**relaxation** [1]    16:18
116:9

**release** [1]    101:10
101:10

**relevancy** [1]    4:13

**remain** [1]    101:23

**remember** [34]    9:3
9:8    10:5    11:10
16:2    17:22    18:7
18:9    18:10    18:16
23:4    23:19    24:2
24:4    24:5    24:7
24:11    34:7    38:4
39:17    43:3    44:20
44:23    49:24    50:23
55:12    59:15    72:24
73:16    94:3    97:1
97:3    112:21    116:17

**rep** [9]    9:5    17:17
17:22    17:24    43:3
73:18

**replied** [1]    23:12

**report** [3]    70:18
73:3    73:8

**reporter** [7]    4:4
4:8    6:4    23:18
108:5    118:6    118:21

**Reporting** [1]    1:21

**represent** [1]    5:9

**representative** [1]
17:21

**request** [2]    14:19
31:7

**requested** [1]    31:7

**required** [1]    72:9

**requirements** [1]
4:9

**Rescheduled** [1] 60:18

**reserved** [1]    4:13

**residency** [1]    106:1

**respect** [1]    109:1
117:6

**respond** [1]    39:11

**response** [7]    57:16
80:6    82:18    83:13
98:24    116:8    117:11

**responsible** [2]    65:18
65:22

**rest** [1]    116:12

**rested** [1]    103:3

**result** [10]    32:19
35:17    43:23    61:16
61:22    62:5    62:7
65:3    92:15    97:10

**results** [7]    14:16
32:16    45:16    60:24
61:8    61:9    105:7

**retained** [2]    3:14
5:19

**retaliated** [1]    9:13

**retention** [1]    93:11

**reveal** [2]    43:17
62:15    64:11    64:18

**review** [4]    21:18
53:11    59:2    95:8

**reviewed** [2]    8:23
34:23

**RF** [1]    95:9

**rhythm** [2]    42:4
56:24    80:12    81:20

**Rhythmol** [9]    101:7
102:19    103:10    103:21
103:24    104:2    104:2
104:10    104:19

**right** [21] 8:13    8:20
9:4    11:18    11:19
16:10    21:23    34:8
47:14    54:24    56:24
61:21    81:16    84:14
84:16    87:3    87:8
94:4    104:23    108:6
109:17

**right-hand** [1]    109:7

**ring** [1]    49:24

**ringworm** [2]    53:14
53:14

**risk** [1]    88:19

**Road** [2] 1:15    4:5

**Robert** [1]    50:21

**Robins** [1]    106:12

**room** [17]    14:5
58:6    60:5    79:16
79:18    80:5    80:8
83:22    85:5    97:17
97:22    98:2    98:10
98:14    99:5    105:21
115:12

**ruled** [3] 64:15    64:16
114:22

**rules** [3]    4:10    4:10
6:1

**run** [1]    116:6

**running** [1]    116:5
117:3

**rush** [1]    103:24

**Russell** [3]    50:20
50:21    50:22

**S** [2]    3:11    4:1
5:3

**saith** [2]    5:5    117:17

**sale** [1]    69:7

**sales** [2] 69:1    69:6

**sample** [4]    29:16
82:22    86:17    86:18

**samples** [3]    28:24

40:24    86:19

**Sangamon [4]**    1:13
1:16    4:6    106:19

**Save [1]** 91:14

**saw [40]** 13:6    13:7
15:10    31:9    41:5
41:16    41:17    41:20
42:10    43:1    47:7
50:6    51:9    51:24
55:11    55:13    55:20
55:23    58:17    68:21
74:11    75:5    75:10
77:4    78:2    78:6
78:8    83:10    85:12
88:8    88:14    90:20
96:8    97:13    99:11
102:4    111:3    111:10
111:15    114:10

**says [37]** 22:3    22:4
26:5    28:6    30:19
30:20    31:5    31:6
34:23    40:17    44:19
45:23    46:6    48:6
48:11    48:18    54:17
55:11    59:19    60:2
61:2    70:13    73:2
73:24    75:3    77:3
77:19    78:16    84:8
90:24    93:18    95:9
96:9    101:15    103:9
103:10    104:9

**scan [2]** 24:15    89:14

**schedule [2]**    13:12
19:9

**scheduled [4]**    13:9
13:11    13:12    14:11

**schedules [1]**    84:13

**schizophrenia [1]**
21:8

**school [5]**    16:14
17:2    23:23    106:1
106:13

**score [10]**    33:17
35:14    35:15    108:15
109:10    109:12    109:13
110:4    110:5    110:5

**scores [2]**    109:9
109:16

**scoring [1]**    109:20

**seal [1]** 118:17

**second [1]**    88:18

**secondary [3]**    20:1
73:22    74:19

**secret [1]**    11:20

**see [75]** 10:5    14:8
15:12    15:24    16:8
22:2    22:23    24:5
24:19    25:4    25:5
29:11    33:2    33:8
35:15    38:21    39:20
39:24    40:4    40:21
41:6    41:9    41:22
43:5    44:6    44:7
44:21    45:2    45:10
46:5    49:2    50:8
51:7    52:2    52:15
53:13    53:18    54:7
59:9    65:24    66:1
66:4    66:14    67:14

**seeing [20]**    17:20
29:11    30:6    30:8
65:8    76:3    77:14
80:23    81:1    92:24
97:6    100:3    100:7
112:4    112:6    112:17
112:18    112:20    113:6
115:20

**seem [3]** 28:22    85:8
87:10

**sees [1]** 77:6

**self [1]** 20:20

**sell [4]** 18:16    18:20
18:22    73:18

**selling [2]**    18:17
73:17

**sells [1]** 18:8    18:9

**send [5]** 59:3    63:20
65:15    79:20    83:4

**sent [6]** 51:9    55:9
55:22    62:3    83:7
98:11

**September [10]** 25:13
27:13    27:19    27:24
43:24    45:18    47:8
47:9    49:19    50:17

**series [3]**    6:2
39:10    109:8

**serious [3]**    38:2
115:22    115:23

**Services [1]**    1:21

**Serving [1]**    1:21

**Seventh [1]**    2:3

**several [4]**    10:7
14:4    54:2    54:2

**severe [1]**    117:9
117:12

**severity [1]**    116:15

**sheet [4]** 51:22    67:3
93:16    94:7

**shopping [1]**    13:17

**short [3]** 36:10    91:21
105:4

**short-term [1]**    77:20

**shortcut [1]**    53:10

**shorthand [6]**    4:4
4:8    118:6    118:13
118:16    118:21

**shortness [7]**    13:7
13:15    54:14    54:15
56:9    97:21    104:24

**show [5]** 33:21    47:10
67:3    93:14    93:21

**showed [1]**    42:5

**showing [1]**    15:11

**sick [1]** 51:16    58:5

**74:2    79:19    79:21
81:5    81:6    81:8
81:8    82:10    83:2
83:10    83:14    84:8
86:16    89:14    91:11
95:2    96:5    97:7
97:14    100:14    101:19
103:8    104:9    104:22
105:2    108:24    110:24
112:8    112:15    113:2
113:15

**side [8]** 9:22    43:2
50:6    54:3    55:13
56:24    62:12    69:18

**side-to-side [1]** 27:23

**significant [1]** 13:3

**signing [1]** 4:11

**similar [3]**    16:22
82:20    86:24

**single [5]**    69:10
70:18    73:3    73:8
73:9

**sinus [13]**    15:21
25:15    26:5    31:20
32:6    37:1    67:11
70:9    75:16    77:14
91:13    105:2    115:7

**sinusitis [1]**    40:15

**sister [2]** 48:15    48:23

**sit [3]**    8:22    18:13
35:9

**situation [5]**    20:17
22:3    114:21    115:16
117:6

**SIU [1]**    46:15

**six [6]**    11:10    57:1
57:20    72:6    72:7
98:21

**size [2]** 64:21    64:22

**skim [1]** 53:17

**skipped [1]**    87:15

**sleep [6]** 19:9    36:22
69:17    70:22    76:14
110:17

**slow [5]** 57:24    79:6
85:1    85:3    101:17

**small [1]** 56:22

**smoking [4]**    68:13
91:16    91:17    91:18

**sold [1]** 18:5

**someone [2]**    36:17
107:23

**something's [1]** 65:16

**sometime [1]**    22:16
34:11    35:24    62:17
66:14    79:17    104:3
105:3    111:8    111:24
112:22

**sometimes [17]** 9:23
13:11    22:17    22:24
39:10    40:6    49:15
52:12    57:8    59:3
61:7    66:11    81:24
83:15    101:20    110:17
113:2

**somewhat [2]**    70:23
94:16

**somewhere [4]**    51:4
71:8    73:21    89:13

**son [12]** 17:1    19:15
19:16    23:20    23:21
23:23    24:1    24:5
24:6    26:10    48:15
90:23

**son's [1]** 16:13

**soon [1]** 72:3**

**74:22    74:24

**sore [5]** 40:5    49:21
52:4    53:8    91:10

**sores [4]** 40:2    40:5
40:10    40:13

**sorry [3]** 34:8    75:15
99:15

**sort [4]** 7:6    9:10
55:24    58:24

**sound [1]**    84:1

**sounds [4]**    29:13
29:16    34:17    70:15

**source [5]**    7:8
7:18    11:18    48:4
96:24

**South [1]**    2:3

**sp [2]** 83:5    88:14

**specialist [2]**    12:6
63:21

**specialists [1]** 65:24

**specialty [2]**    6:14
106:24

**specifically [2]** 4:14
82:2

**specifics [1]**    8:24

**speed [1]**    16:4

**spell [2]** 26:19    46:10

**spelled [1]** 46:16

**spirit [1]** 76:14

**split [2]** 101:4    103:15

**sprain [3]**    31:21
31:21    32:6

**Springfield [4]** 1:3
1:15    2:3    4:6

**SR [1]**    77:12

**SS [1]** 118:2

**St [3]**    41:7    60:18
62:3

**stale [1]** 48:2

**standardized [1]**
33:22

**start [3]** 35:7    47:2
112:19

**started [7]**    28:23
35:6    47:23    80:7
82:18    93:11    112:5

**state [5]** 1:13    105:23
106:22    118:1    118:7

**STATES [1]**    1:1

**stations [3]**    70:19
73:14    76:10

**stay [1]** 47:5

**step [1]** 20:11

**stepped [1]**    77:15

**still [11]** 37:15    41:12
47:11    47:12    67:18
80:11    80:23    92:20
103:4    104:13    104:15

**stimulating [1]** 32:8

**stipulated [1]** 4:2

**stomach [1]** 49:22

**Stop [1]** 86:10

**stopped [1]**    28:21

**strain [1]**    37:24

**street [1]** 2:3    2:6**

**21:10

**stress [41]**    7:15
9:24    10:3    10:20
10:24    17:1    19:4
19:5    20:1    26:6
26:12    41:15    42:21
42:23    69:9    69:14
72:20    73:23    73:24
74:19    75:17    76:7
76:12    77:17    80:4
81:13    81:20    81:21
82:6    82:7    85:11
91:8    94:14    94:19
96:12    114:24    115:4

**stress-induced [1]**
84:11

**stressed [1]**    112:1

**stresses [1]**    11:5

**stressful [1]**    115:18

**strong [1]**    31:8

**stronger [1]**    39:7

**structure [1]**    64:9

**structuring [1]** 43:15

**study [2]** 62:14    96:22

**stuffy [1]**    13:24

**Subject [1]**    12:8

**subjective [3]**    21:14
38:18    55:5

**subpoena [1]**    14:18

**substance [1]** 115:9

**subtle [1]**    35:15

**such [1]** 114:16

**Sudafed [1]**    115:6

**Suddenly [1]**    86:9

**suffer [1]**    107:20

**suffering [1]**    109:6

**suffers [1]**    109:4

**sufficient [1]**    63:6

**sugar [1]** 101:18

**suicidal [3]**    28:24
29:18    29:23

**suicide [1]**    29:23

**Suite [1]** 2:6

**summarized [1]** 78:1

**summary [1]**    56:15

**sunburn [1]**    41:6
41:7

**supervisor [6]**    7:22
8:5    9:3    11:6
73:2    76:9

**supply [1]**    22:21

**supposed [6]**    29:4
40:21    78:20    81:12
87:14    107:7

**supposedly [1]**    11:8
20:23    100:3

**Supreme [1]**    4:10

**surely [1]**    59:14

**surgeon [3]**
51:1    51:9

**surgeon's [1]**    50:24

**surgery [5]**    21:16**

| | | |
|---|---|---|
| 38:4  66:3  66:13 | 44:1  45:8  45:11 | too [19]  18:21  31:8 |
| 72:8 | 45:14  46:11  93:14 | 38:17  40:22  45:12 |
| **Susan [3]**  30:13 | 102:2  105:6  105:8 | 46:24  62:19  62:20 |
| 30:18  49:6 | **testify [1]**  118:11 | 69:17  72:2  79:14 |
| **suspend [1]**  22:14 | **testimony [2]**  110:6 | 96:14  97:13  101:3 |
| **sustained [1]**  101:9 | 114:14 | 101:17  102:8  102:20 |
| **swelling [1]**  93:7 | **tests [3]**  43:10  45:19 | 102:23  105:3 |
| **switch [5]** | 81:4 | **took [16]** 9:9  9:12 |
| 86:2  86:4  86:6 | **text [1]**  63:9 | 20:18  21:1  38:16 |
| 87:13 | **Thank [1]**  117:14 | 39:16  68:6  84:17 |
| **switched [4]**  44:16 | **thereof [1]**  4:15 | 84:18  84:21  85:24 |
| 50:13  50:17  86:23 | **thick [1]** 61:23 | 91:10  94:15  99:20 |
| **swollen [1]**  77:15 | **thigh [1]** 49:22 | 100:21  101:6 |
| **sworn [3]**  5:2 | **thinking [1]**  33:20 | **top [3]**  41:11  52:6 |
| 5:4  118:10 | **thinner [1]**  13:23 | 91:13 |
| **sympathomimetic [1]** | **Thomas [1]**  41:7 | **Toprol [4]**  79:3 |
| 115:8 | **three [17]**  21:11 | 79:9  101:8  101:9 |
| **symptoms [10]**  48:23 | 37:7  37:8  37:12 | **towards [1]**  7:12 |
| 54:10  56:5  56:5 | 37:16  37:20  60:13 | **town [2]** 11:13  83:6 |
| 109:1  110:14  110:21 | 66:4  75:24  77:13 | **towns [1]**  11:11 |
| 111:13  111:15  112:11 | 80:22  82:11  88:1 | **trace [3]** 61:4  61:5 |
| **systems [1]**  21:18 | 102:19  103:16  111:14 | 62:10 |
| **systolic [1]**  61:3 | 115:3 | **track [1]** 76:15 |
| **T [6]**  3:11  4:1 | **throat [9]**  13:15 | **tract [1]** 52:5 |
| 4:1  5:3  118:4 | 40:5  46:15  47:15 | **train [1]** 29:20  107:7 |
| 118:4 | 49:21  52:5  53:8 | **training [2]**  106:11 |
| **T-4 [1]**  43:19 | 91:10  104:24 | 106:16 |
| **tab [5]**  34:3  44:2 | **through [25]** 4:1 | **transcribed [2]**  4:8 |
| 44:3  68:9  75:14 | 6:18  8:7  10:4 | 118:14 |
| **tablet [2]**  20:3 | 10:13  14:8  14:21 | **transcript [1]**  118:15 |
| 101:4 | 15:21  15:23  17:5 | **translation [1]**  118:16 |
| **tag [1]**  91:11 | 17:17  18:14  21:10 | **Tranxene [2]**  16:19 |
| **takes [5]** 69:17  83:4 | 21:17  21:19  26:10 | 16:21  17:7  17:8 |
| 83:9  86:7  92:24 | 33:24  56:4  58:12 | 17:11  19:10  19:18 |
| **taking [22]**  13:22 | 59:24  68:22  68:24 | 24:16  24:17  25:16 |
| 21:5  23:8  37:15 | 89:12  95:6  96:4 | 25:20  28:5  38:9 |
| 37:18  48:7  52:9 | **throughout [1]**  110:7 | 60:14  69:19  75:24 |
| 53:4  67:18  67:20 | **thyroid [16]**  32:2 | 77:13  91:7  92:20 |
| 69:24  75:11  75:22 | 32:2  32:8  32:11 | 92:21  94:15 |
| 77:12  78:20  80:18 | 32:13  32:15  43:12 | **treat [13]** 12:24  20:2 |
| 87:11  92:20  95:8 | 43:13  43:17  45:7 | 55:16  55:22  57:8 |
| 101:2  101:19  118:9 | 45:8  46:2  87:18 | 78:3  92:17  100:13 |
| **taught [1]**  16:18 | 87:19  93:13  93:14 | 102:17  107:12  110:9 |
| **tearful [1]**  111:20 | **Tiazac [12]**  82:24 | 113:13  113:18 |
| **tech [1]**  60:4 | 85:19  85:21  86:1 | **treated [8]**  9:1 |
| **technician [1]**  60:3 | 86:12  86:13  86:19 | 14:9  57:7  76:13 |
| **telling [2]**  111:24 | 86:23  98:3  99:3 | 113:11  113:21  114:5 |
| 112:9 | 99:22  100:20 | 114:8 |
| **tells [1]** 64:13 | **tickling [1]**  47:14 | **treater [1]**  97:5 |
| **temperature [2]**  14:5 | **tight [3]** 13:15  19:8 | **treating [3]**  65:23 |
| 88:9 | 104:24 | 76:12  108:23 |
| **ten [7]**  5:16  21:11 | **tightness [1]**  98:9 | **treatment [18]**  5:23 |
| 47:24  48:11  48:12 | **times [9]** 5:14  26:14 | 9:16  12:3  14:2 |
| 48:12  51:19 | 48:12  75:24  77:13 | 43:7  66:6  66:7 |
| **tend [1]** 62:21 | 102:19  103:15  103:16 | 66:10  66:16  69:22 |
| **tendency [1]**  62:18 | 104:4 | 71:18  72:19  80:19 |
| **terminology [1]** 6:9 | **tired [4]** 78:16  78:17 | 96:17  97:24  104:13 |
| **terms [3]** 12:20  62:5 | 101:3 | 104:15  107:16 |
| 113:1 | **TL [1]**  61:5 | **tremor [1]**  39:15 |
| **territories [4]**  9:7 | **today [7]**  5:11 | **tremors [2]**  38:13 |
| 11:7  11:18  11:18 | 6:3  6:17  8:22 | 38:15 |
| **territory [1]**  73:16 | 49:12  84:9  105:13 | **Tricia [1]**  1:12 |
| **test [17]**  14:12  32:2 | **toe [2]**  107:11  107:13 | 4:3  118:5 |
| 32:13  42:16  43:10 | **together [2]**  66:12 | **tried [9]**  19:19  26:13 |
| 43:4  43:17  43:23 | 73:11 | 38:11  38:12  39:4 |
| | **tolerance [1]**  102:2 | 79:9  85:19  87:13 |
| | **tolerate [1]**  79:8 | 87:20 |
| | | **trip [1]**  92:6 |

| | | |
|---|---|---|
| **trouble [1]**  7:11 | **unless [1]**  4:14 |
| **true [1]**  118:15 | 25:10  44:12  62:3 |
| **truth [3]** 118:11  118:11 | 65:16  89:22  90:12 |
| 118:12 | 94:9 |
| **try [9]**  5:20  16:3 | **unofficially [1]** 43:2 |
| 29:12  38:13  39:10 | **untreated [2]**  57:13 |
| 86:8  98:13  105:22 | 57:17 |
| 113:3 | **up [21]**  14:15  16:4 |
| **trying [8]**  11:22 | 20:6  29:19  31:20 |
| 29:24  66:19  69:5 | 40:14  47:10  69:1 |
| 86:1  86:2  88:15 | 70:3  70:21  91:14 |
| 88:19 | 97:8  97:21  100:21 |
| **Tsang [8]**  1:10 | 100:21  106:15  110:16 |
| 3:3  4:3  5:8 | 115:21  116:10  116:17 |
| 28:6  28:21  33:14 | 116:18 |
| 118:8 | **upset [2]** 7:13  60:6 |
| **TSH [5]**  32:5  32:7 | **urinary [2]**  52:5 |
| 32:24  43:20  93:22 | 77:2 |
| **turn [1]**  5:20 | **urination [1]**  76:24 |
| **turned [1]**  98:8 | **used [6]**  4:15  18:7 |
| **turns [1]** 81:2 | 27:21  35:1  101:15 |
| **twice [7]** 17:13  66:2 | 110:9 |
| 69:19  75:22  101:2 | **using [1]** 37:14 |
| 101:4  107:1 | **usually [18]**  8:16 |
| **two [20]**  13:3  19:6 | 13:13  22:15  22:18 |
| 20:4  20:13  21:11 | 29:20  32:18  37:13 |
| 22:15  27:5  35:10 | 49:7  56:14  65:15 |
| 37:21  40:1  40:21 | 65:24  72:6  79:20 |
| 48:12  52:1  53:6 | 79:21  81:2  85:21 |
| 53:24  54:8  54:18 | 111:21  113:18 |
| 54:22  56:21  56:23 | **V-O-I-D-I-N-G [1]** |
| 70:19  73:15  75:20 | 77:2 |
| 79:15  80:3  84:17 | **vacation [1]**  41:7 |
| 91:1  93:9  99:8 | **Valium [1]**  16:23 |
| 100:16  100:18  108:15 | **valve [6]** 61:3  89:17 |
| 109:20 | 89:18  89:20  90:13 |
| **tympana [1]**  48:20 | 90:13 |
| **type [10]** 7:16  7:16 | **valves [1]**  62:9 |
| 12:7  16:19  20:6 | **Vanderbuilt [1]** 106:8 |
| 21:9  29:21  56:15 | **variable [1]**  98:9 |
| 75:8  75:9 | **ventilation [3]**  19:11 |
| **typed [1]**  74:14 | 20:2  72:22 |
| **types [1]** 110:9 | **ventricle [1]**  62:21 |
| **typical [1]**  68:12 | **ventricles [1]**  56:23 |
| **typically [1]**  66:13 | **ventricular [9]**  57:3 |
| **U [1]**  4:1 | 57:16  61:2  80:6 |
| **ultimately [1]**  46:21 | 82:18  83:13  98:24 |
| **unable [3]**  19:11 | 116:8  117:11 |
| 70:21  76:24 | **verbally [1]**  36:1 |
| **uncommon [1]**  40:9 | **versus [1]**  5:10 |
| **under [21]**  11:5 | **visit [30]** 17:19  17:19 |
| 26:6  28:5  28:24 | 27:6  29:8  31:13 |
| 30:8  30:20  42:11 | 35:21  38:6  41:3 |
| 54:23  54:24  69:13 | 60:1  60:2  65:1 |
| 80:3  81:20  82:6 | 67:7  68:20  70:6 |
| 85:11  91:5  91:9 | 71:16  82:12  88:2 |
| 94:14  95:23  96:12 | 88:3  88:6  91:15 |
| 116:23  118:17 | 92:3  92:12  93:4 |
| **undergoing [1]**  69:8 | 94:8  95:20  95:22 |
| **understand [13]**  6:6 | 98:18  101:12  102:6 |
| 6:12  13:24  54:18 | 104:7 |
| 105:21  109:15  110:7 | **visits [6]** 37:21  45:2 |
| 111:3  111:23  112:9 | 53:6  94:1  95:21 |
| 113:20  114:14  114:24 | 88:19 |
| **UNITED [1]**  1:1 | **voiding [1]**  76:17 |
| **University [3]**  106:7 | 76:23  77:1 |
| 106:14  106:15 | **vs [1]**  1:6 |

**waiting** [1] 105:21
**waived** [2] 4:11
4:13
**walk** [3] 17:24 81:8
81:8
**walk-in** [2] 13:13
51:22
**walked** [2] 43:4
84:15
**walking** [2] 57:24
93:8
**walks** [1] 14:6
**wants** [2] 25:7
104:3
**water** [3] 93:9 93:10
93:12
**wear** [1] 33:11
**week** [10] 20:15
22:4 46:12 70:13
70:16 71:22 72:5
72:13 72:14 78:14
**weekend** [1] 100:4
**weeks** [10] 20:5
27:5 27:7 40:1
40:21 48:13 70:20
72:6 72:7 73:15
**Wellbutrin** [11] 67:20
68:7 68:8 68:11
69:15 69:17 70:22
75:22 77:12 77:23
92:21
**Wenthe** [1] 15:12
**whole** [4] 25:17
44:11 84:6 118:11
**within** [17] 1:13
9:14 10:14 10:18
11:16 11:24 16:23
43:20 45:14 57:4
59:23 63:13 70:19
73:15 109:24 110:1
110:3
**without** [2] 4:16
8:17
**witness** [3] 4:7
4:11 5:1
**woke** [2] 70:21 100:21
**woman** [3] 49:2
76:12 106:8
**wondering** [5] 10:1
22:13 95:10 99:7
99:17
**wooden** [1] 77:16
**words** [1] 112:10
**work-related** [1]
77:18
**worked** [8] 9:5
70:13 70:14 70:17
71:22 73:6 106:11
106:17
**works** [1] 69:10
**worm** [1] 49:24
**worried** [3] 24:1
46:1 46:2
**worse** [2] 109:13
109:14
**write** [17] 22:15

22:19 29:24 30:1
49:16 69:10 69:11
70:18 71:2 71:3
72:17 73:3 73:8
75:1 75:7 78:6
91:22
**write-up** [1] 9:11
**writing** [3] 69:5
94:7 95:14
**written** [3] 37:16
42:1 74:9
**wrong** [2] 62:12
64:10
**wrote** [4] 30:2
69:1 72:23 74:10
**X** [4] 3:1 3:11
48:9 48:12
**X-ray** [4] 14:11
33:11 38:3 97:2
**Xerox** [1] 28:18
**year** [9] 25:17 32:20
44:11 54:1 66:2
66:2 70:20 77:20
112:4
**years** [12] 9:5
10:14 16:5 48:3
54:2 54:3 55:11
55:14 66:14 81:15
102:2 106:12
**yesterday** [5] 13:7
23:5 98:19 104:23
105:11
**young** [1] 76:12
**yourself** [2] 10:21
62:23
**Youvan** [2] 42:18
42:19
**Z-U-N-G** [1] 108:16
**Zoloft** [25] 38:14
38:20 38:23 38:24
39:1 39:2 39:5
39:12 39:18 39:24
40:20 44:5 44:15
50:13 50:18 52:7
52:9 67:19 75:23
76:1 77:12 77:24
92:20 92:21 110:12
**Zung** [1] 108:15