E-FILED
Monday, 28 February, 2005  03:22:06 PM
Clerk, U.S. District Court, ILCD

 **Centocor**

### Cardiovascular Business Unit
### fasTrack
SURPASS YOUR PERSONAL BEST

Denise Hill-Bannister
Vascular Specialist
Territory 342101
September 2001

## Q3 Payout Calculation

| Q3 Earnings | x | Q3 Eligibility | = | Q3 SICP Payout | + | Tot Q3 CM Payout | + | Total Q3 Payout |
|---|---|---|---|---|---|---|---|---|
| $6,543 | x | 100.00% | = | $6,543 | + | $654 | + | $7,197 |

## Q3 Payout

# $7,197

## Q3 Corporate Multiplier Calculation

| Q3 CM | x | Q3 Earnings | x | Q3 Eligibility | = | Q3 CM Payout | + | Year End CM Payout | = | Total Q3 CM Payout |
|---|---|---|---|---|---|---|---|---|---|---|
| 10% | x | $6,543 | x | 100.00% | = | $654 | + | $0 | = | $654 |

## Q3 Earnings Calculation

| Total Product Performance | | Your National Rank | | Q3 Base Earnings | + | Q3 Attack Earnings | x | Q3 Positive Dollar Change Eligibility** | = | Q3 Earnings |
|---|---|---|---|---|---|---|---|---|---|---|
| 11.00 | → | 10 | → | $6,345 | + | $198 | x | 100% | = | $6,543 |



| Q3 Measure | | Meas. Rank | x | Meas. Weight | = | Product Performance |
|---|---|---|---|---|---|---|
| Vol Change = 156.0 - 123.0 = 33.0 | → | 14 | x | 25% | = | 3.50 |
| Vol Growth = 156.0 / 123.0 = 126.8% | → | 9 | x | 25% | = | 2.25 |
| Unit Share = 156.0 / 352.0 = 44.3% | → | 12 | x | 25% | = | 3.00 |
| Shr. Chg. = 44.3% - 34.3% = 10.0% | → | 9 | x | 25% | = | 2.25 |
| Total | | | | 100% | = | 11.00 |

## Q3 Attack Earnings Calculation

| Retavase Weighted Units | + | ReoPro Weighted Units | = | Total Weighted Units | → | Attack Rank | Total Attack Earnings |
|---|---|---|---|---|---|---|---|
| 27.00 | + | 52.00 | = | 79.00 | → | 18 | $198 |

Positive Retavase sales in your targeted accounts is required to qualify for ATTACK earnings.

## Year End Corporate Multiplier Projection

| | Q1 | + | Q2 | + | Q3 | + | Q4* | = | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Payout | $1,588 | + | $6,250 | + | $7,197 | + | $7,197 | = | $22,232 |

| Annual Corporate Attainment | Year End Bonus |
|---|---|
| 103% + | 15% |
| 102% - 102.99% | 10% |
| 101% - 101.99% | 5% |
| less than 101% | 0% |

| Projected Year End Payout | x | Projected Year End Multiplier | = | Projected Year End Bonus |
|---|---|---|---|---|
| $22,232 | x | 10% | = | $2,223 |

*If you continue at your current level of bonus payouts, assuming 100% eligibility and that Centocor exceeds its annual goal by 2%, you will receive a Year End CM of 10%. If Centocor exceeds its annual goal by more than 2%, the Year End CM will increase.

## Messages

**To be eligible for a base payout, your Retavase dollar sales must exceed your Retavase dollar baseline, or your national rank must be better than
For product calculations and rankings: Volume Change = current - baseline; Volume Growth = current / baseline.

IC Expert Report™ created by Synygy, Inc.™, 555 North Lane, Suite 6000, Conshohocken, PA 19428  (610) 664-7433  ·www.synygy.com
Copyright © 2001.  All rights reserved.



**Cardiovascular Business Unit**
**fasTrack**
SURPASS YOUR PERSONAL BEST

Caroline Kopecky
Vascular Specialist
Territory 342102
September 2001

## Q3 Payout Calculation

| Q3 Earnings | x | Q3 Eligibility | = | Q3 SICP Payout | + | Tot Q3 CM Payout | = | Total Q3 Payout |
|---|---|---|---|---|---|---|---|---|
| $6,257 | x | 100.00% | = | $6,257 | + | $626 | = | $6,883 |

### Q3 Payout
# $6,883

## Q3 Corporate Multiplier Calculation

| Q3 CM | x | Q3 Earnings | x | Q3 Eligibility | = | Q3 CM Payout | + | Year End CM Payout | = | Total Q3 CM Payout |
|---|---|---|---|---|---|---|---|---|---|---|
| 10% | x | $6,257 | x | 100.00% | = | $626 | + | $0 | = | $626 |

## Q3 Earnings Calculation

| Total Product Performance | → | Your National Rank | → | Q3 Base Earnings | + | Q3 Attack Earnings | x | Q3 Positive Dollar Change Eligibility** | = | Q3 Earnings |
|---|---|---|---|---|---|---|---|---|---|---|
| 11.50 | | 13 | | $5,313 | + | $944 | x | 100% | = | $6,257 |



## Q3 Attack Earnings Calculation

| Retavase Weighted Units | + | ReoPro Weighted Units | = | Total Weighted Units | → | Attack Rank | → | Total Attack Earnings |
|---|---|---|---|---|---|---|---|---|
| 32.25 | + | 270.50 | = | 302.75 | | 5 | | $944 |

Positive Retavase sales in your targeted accounts is required to qualify for ATTACK earnings.

## Year End Corporate Multiplier Projection

| Payout | Q1 | + | Q2 | + | Q3 | + | Q4* | = | YTD |
|---|---|---|---|---|---|---|---|---|---|
| | $0 | + | $8,371 | + | $6,883 | + | $6,883 | = | $22,137 |

| Annual Corporate Attainment | Year End Bonus |
|---|---|
| 103% + | 15% |
| 102% - 102.99% | 10% |
| 101% - 101.99% | 5% |
| less than 101% | 0% |

| Projected Year End Payout | x | Projected Year End Multiplier | = | Projected Year End Bonus |
|---|---|---|---|---|
| $22,137 | x | 10% | = | $2,214 |

*If you continue at your current level of bonus payouts, assuming 100% eligibility and that Centocor exceeds its annual goal by 2%, you will receive a Year End CM of 10%. If Centocor exceeds its annual goal by more than 2%, the Year End CM will increase.

| Q3 Measure | | Meas. Rank | x | Meas. Weight | = | Product Performance |
|---|---|---|---|---|---|---|
| Vol Change = 291.0 - 262.5 = 28.5 | → | 15 | x | 25% | = | 3.75 |
| Vol Growth = 291.0 / 262.5 = 110.9% | → | 18 | x | 25% | = | 4.50 |
| Unit Share = 291.0 / 489.0 = 59.5% | → | 5 | x | 25% | = | 1.25 |
| Shr. Chg. = 59.5% - 49.2% = 10.3% | → | 8 | x | 25% | = | 2.00 |
| Total | | | | 100% | | 11.50 |

## Messages

**To be eligible for a base payout, your Retavase dollar sales must exceed your Retavase dollar baseline, or your national rank must be better than

For product calculations and rankings: Volume Change = current - baseline; Volume Growth = current / baseline.

IC Expert Report™ created by Synygy, Inc.™, 555 North Lane, Suite 6000, Conshohocken, PA 19428 (610) 664-7433 · www.synygy.com
Copyright © 2001. All rights reserved.

# Centocor

## Cardiovascular Business Unit
### fasTrack
SURPASS YOUR PERSONAL BEST

Randy Van Cleave
Vascular Specialist
Territory 342103
September 2001

### Q3 Payout Calculation

| Q3 Earnings | x | Q3 Eligibility | = | Q3 SICP Payout | + | Tot Q3 CM Payout | = | Total Q3 Payout |
|---|---|---|---|---|---|---|---|---|
| $4,296 | x | 100.00% | = | $4,296 | + | $430 | = | $4,726 |

### Q3 Payout
## $4,726

### Q3 Corporate Multiplier Calculation

| Q3 CM | x | Q3 Earnings | x | Q3 Eligibility | = | Q3 CM Payout | + | Year End CM Payout | = | Total Q3 CM Payout |
|---|---|---|---|---|---|---|---|---|---|---|
| 10% | x | $4,296 | x | 100.00% | = | $430 | + | $0 | = | $430 |

### Q3 Earnings Calculation

| Total Product Performance | | Your National Rank | | Q3 Base Earnings | + | Q3 Attack Earnings | x | Q3 Positive Dollar Change Eligibility** | = | Q3 Earnings |
|---|---|---|---|---|---|---|---|---|---|---|
| 16.75 | | 18 | | $2,969 | + | $1,327 | x | 100% | = | $4,296 |



RETAVASE
Retaplase

| Q3 Measure | | Meas. Rank | x | Meas. Weight | = | Product Performance |
|---|---|---|---|---|---|---|
| Vol Change = 201.0 - 206.0 = -5.0 | | 20 | x | 25% | = | 5.00 |
| Vol Growth = 201.0 / 206.0 = 97.6% | | 19 | x | 25% | = | 4.75 |
| Unit Share = 201.0 / 451.0 = 44.6% | | 11 | x | 25% | = | 2.75 |
| Shr. Chg. = 44.6% - 40.5% = 4.1% | | 17 | x | 25% | = | 4.25 |
| Total | | | | 100% | | 16.75 |

### Q3 Attack Earnings Calculation

| Retavase Weighted Units | + | ReoPro Weighted Units | = | Total Weighted Units | | Attack Rank | Total Attack Earnings |
|---|---|---|---|---|---|---|---|
| 148.50 | + | 178.25 | = | 326.75 | | 3 | $1,327 |

Positive Retavase sales in your targeted accounts is required to qualify for ATTACK earnings.

### Year End Corporate Multiplier Projection

| | Q1 | + | Q2 | + | Q3 | + | Q4* | = | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Payout | $6,359 | + | $7,065 | + | $4,726 | + | $4,726 | = | $22,876 |

| Annual Corporate Attainment | Year End Bonus |
|---|---|
| 103% + | 15% |
| 102% - 102.99% | 10% |
| 101% - 101.99% | 5% |
| less than 101% | 0% |

| Projected Year End Payout | x | Projected Year End Multiplier | = | Projected Year End Bonus |
|---|---|---|---|---|
| $22,876 | x | 10% | = | $2,288 |

*If you continue at your current level of bonus payouts, assuming 100% eligibility and that Centocor exceeds its annual goal by 2%, you will receive a Year End CM of 10%. If Centocor exceeds its annual goal by more than 2%, the Year End CM will increase.

### Messages

**To be eligible for a base payout, your Retavase dollar sales must exceed your Retavase dollar baseline, or your national rank must be better than
For product calculations and rankings: Volume Change = current - baseline; Volume Growth = current / baseline.

IC Expert Report™ created by Synygy, Inc.™, 555 North Lane, Suite 6000, Conshohocken, PA 19428  (610) 664-7433 · www.synygy.com
Copyright © 2001. All rights reserved.



## Cardiovascular Business Unit
### fasTrack
SURPASS YOUR PERSONAL BEST

**Jane Minor**
**Vascular Specialist**
**Territory 342104**
**September 2001**

### Q3 Payout Calculation

| Q3 Earnings | x | Q3 Eligibility | = | Q3 SICP Payout | + | Tot Q3 CM Payout | = | Total Q3 Payout |
|---|---|---|---|---|---|---|---|---|
| $1,109 | x | 100.00% | = | $0 | + | $0 | = | $0 |

### Q3 Payout

# $0

### Q3 Corporate Multiplier Calculation

| Q3 CM | x | Q3 Earnings | x | Q3 Eligibility | = | Q3 CM Payout | + | Year End CM Payout | = | Total Q3 CM Payout |
|---|---|---|---|---|---|---|---|---|---|---|
| 10% | x | $1,109 | x | 100.00% | = | $0 | + | $0 | = | $0 |

### Q3 Earnings Calculation

| Total Product Performance → | Your National Rank → | Q3 Base Earnings | + | Q3 Attack Earnings | x | Q3 Positive Dollar Change Eligibility** | = | Q3 Earnings |
|---|---|---|---|---|---|---|---|---|
| 21.25 | 22 | $1,094 | + | $1,109 | x | 0% | = | $1,109 |



### Q3 Attack Earnings Calculation

| Retavase Weighted Units | + | ReoPro Weighted Units | = | Total Weighted Units → | Attack Rank → | Total Attack Earnings |
|---|---|---|---|---|---|---|
| 42.75 | + | 264.75 | = | 307.50 | 4 | $1,109 |

Positive Retavase sales in your targeted accounts is required to qualify for ATTACK earnings.

### Year End Corporate Multiplier Projection

| | Q1 | + | Q2 | + | Q3 | + | Q4* | = | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Payout | $6,875 | + | $3,266 | + | $0 | + | $0 | = | $10,141 |

| Annual Corporate Attainment | Year End Bonus |
|---|---|
| 103% + | 15% |
| 102% - 102.99% | 10% |
| 101% - 101.99% | 5% |
| less than 101% | 0% |

| Projected Year End Payout | x | Projected Year End Multiplier | = | Projected Year End Bonus |
|---|---|---|---|---|
| $10,141 | x | 10% | = | $1,014 |

*If you continue at your current level of bonus payouts, assuming 100% eligibility and that Centocor exceeds its annual goal by 2%, you will receive a Year End CM of 10%. If Centocor exceeds its annual goal by more than 2%, the Year End CM will increase.

| Q3 Measure | → | Meas. Rank | x | Meas. Weight | = | Product Performance |
|---|---|---|---|---|---|---|
| Vol Change = 119.0 - 140.5 = -21.5 | → | 22 | x | 25% | = | 5.50 |
| Vol Growth = 119.0 / 140.5 = 84.7% | → | 22 | x | 25% | = | 5.50 |
| Unit Share = 119.0 / 356.0 = 33.4% | → | 18 | x | 25% | = | 4.50 |
| Shr. Chg. = 33.4% - 41.7% = -8.3% | → | 23 | x | 25% | = | 5.75 |
| Total | | | | 100% | | 21.25 |

### Messages

**To be eligible for a base payout, your Retavase dollar sales must exceed your Retavase dollar baseline, or your national rank must be better than
For product calculations and rankings: Volume Change = current - baseline; Volume Growth = current / baseline.

IC Expert Report™ created by Synygy, Inc.™, 555 North Lane, Suite 6000, Conshohocken, PA 19428 (610) 664-7433 · www.synygy.com
Copyright © 2001. All rights reserved.