

## Centocor — Cardiovascular Business Unit — fasTrack
SURPASS YOUR PERSONAL BEST

Anthony Siciliano
Vascular Specialist Team Leader
Territory 342100
September 2001

### Q3 Payout Calculation

| Q3 Earnings | x | Q3 Eligibility | = | Q3 SICP Payout | + | Tot Q3 CM Payout | = | Total Q3 Payout |
|---|---|---|---|---|---|---|---|---|
| $4,306 | x | 100.00% | = | $4,306 | + | $431 | = | $4,737 |

**Q3 Payout: $4,737**

### Q3 Corporate Multiplier Calculation

| Q3 CM | x | Q3 Earnings | x | Q3 Eligibility | = | Q3 CM Payout | + | Year End CM Payout | = | Total Q3 CM Payout |
|---|---|---|---|---|---|---|---|---|---|---|
| 10% | x | $4,306 | x | 100.00% | = | $431 | + | $0 | = | $431 |

### Q3 Earnings Calculation

| Q3 Individual Earnings | + | Q3 Team Earnings | + | Q3 Attack Earnings | = | Q3 Earnings |
|---|---|---|---|---|---|---|
| $1,563 | + | $2,743 | + | $0 | = | $4,306 |

### Q3 Individual Earnings Calculation

| Total Product Performance | → | Your National Rank | → | Q3 Individual Earnings |
|---|---|---|---|---|
| 3.50 | → | 3 | → | $1,563 |

### Q3 Attack Earnings Calculation

| Retavase Weighted Units | + | ReoPro Weighted Units | = | Total Weighted Units | → | Attack Rank | → | Total Attack Earnings |
|---|---|---|---|---|---|---|---|---|
| N/A | + | N/A | = | N/A | → | N/A | → | $0 |

Positive Retavase sales in your targeted accounts is required to qualify for ATTACK earnings.

### Q3 Team Earnings**

| Area 3421 Total VS Earnings | / | Territories Within Area 3421 | x | VSTL Team Multiplier | = | Q3 Team Earnings |
|---|---|---|---|---|---|---|
| $14,627 | / | 4 | x | 75% | = | $2,743 |

Total VS Earnings does not include VS ATTACK Earnings.



RETAVASE
Jul Units: 31.0 (27.5)
Jul - Aug Units: 64.0 (55.5)
Jul - Sep Units: 94.0 (90.0)

| Q3 Measure | → | Meas. Rank | x | Meas. Weight | = | Product Performance |
|---|---|---|---|---|---|---|
| Vol Change = 94.0 - 90.0 = 4.0 | → | 3 | x | 25% | = | 0.75 |
| Vol Growth = 94.0 / 90.0 = 104.4% | → | 3 | x | 25% | = | 0.75 |
| Unit Share = 94.0 / 208.0 = 45.2% | → | 3 | x | 25% | = | 0.75 |
| Shr. Chg. = 45.2% - 50.4% = -5.2% | → | 5 | x | 25% | = | 1.25 |
| Total | | | | 100% | | 3.50 |

### Year End Corporate Multiplier Projection

| | Q1 | + | Q2 | + | Q3 | + | Q4* | = | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Payout | $5,722 | + | $6,940 | + | $4,737 | + | $4,737 | = | $22,136 |

| Annual Corporate Attainment | Year End Bonus |
|---|---|
| 103% + | 15% |
| 102% - 102.99% | 10% |
| 101% - 101.99% | 5% |
| less than 101% | 0% |

| Projected Year End Payout | x | Projected Year End Multiplier | = | Projected Year End Bonus |
|---|---|---|---|---|
| $22,136 | x | 10% | = | $2,214 |

*If you continue at your current level of bonus payouts, assuming 100% eligibility and that Centocor exceeds its annual goal by 2%, you will receive a Year End CM of 10%. If Centocor exceeds its annual goal by more than 2%, the Year End CM will increase.

### Messages
For product calculations and rankings: Volume Change = current - baseline; Volume Growth = current / baseline.
**If beneficial, VS earnings with eligibility of 0% were excluded when calculating your avg. territory earnings.

IC Expert Report™ created by Synygy, Inc.™, 555 North Lane, Suite 6000, Conshohocken, PA 19428  (610) 664-7433  ·www.synygy.com
Copyright © 2001.  All rights reserved.