## Minor, Jane [CNTUS]

**From:** Minor, Jane [CNTUS]
**Sent:** Monday, September 10, 2001 11:32 PM
**To:** Siciliano, Antonio [CNTUS]
**Subject:** Signature required

**Follow Up Flag:** Read
**Flag Status:** Flagged

Tony,
I need to have you sign the JNJ Job Release Form for me to acquire another position within JNJ. Your urgent attention to this matter is important. I appreciate your completing this form and faxing it to me at 217-787-6197 by     5 PM Tuesday, September 11, 2001.
Regards,
Jane

EEOC00058

Exhibit E. Schedule 1

EEOC0058