08/19/02  00:10 FAX 2177936939          Kinkos Springfield IL

## Minor, Jane [CNTUS]

| | |
|---|---|
| From: | Russell, Bob [CNTUS] |
| Sent: | Thursday, September 13, 2001 10:32 AM |
| To: | Minor, Jane [CNTUS] |
| Cc: | Cusick, Amey [CNTUS]; Pinon, Bill [CNTUS]; Siciliano, Antonio [CNTUS] |
| Subject: | Release |

Jane,

Based on feedback from Tony, I understand you are interested in exploring opportunities with other J&J companies. As of today, I have been unable to connect with HR to get an official form.

This e-mail will thus serve as your release so that you can explore and pursue opportunities with other operating companies.

**Bob Russell**
**Region Business Director - Central Region**
**Centocor, Inc - Cardiovascular Business Unit**
E-Mail - russellb@centocor.com
Phone 972/543-4600
FAX   972/543-4603
Pager 888/745-9005

EEOC00059

EEOC0059