March 15, 2002

Jane Minor
3200 Blueberry Lane
Springfield, IL 62707

RE:   Date of Disability: 10/19/01
      LTD Effective Date: 4/19/02
      SSN: 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
      Johnson & Johnson Choices Long Term Disability (LTD) Plan

Dear Ms. Minor:

We have reviewed your claim for Long Term Disability (LTD) benefits submitted under the Johnson & Johnson Choices Long Term Disability (LTD) Plan. It is our opinion that you meet the definition of disability under the Plan.

According to the Johnson & Johnson Choices Long Term Disability Plan, the term "Total Disability" is defined as:

> (A) During the portion of any period of disability not exceeding twenty-four months, following the duration of the Elimination Period, the complete inability of the participant, due to sickness or injury, to perform the Essential Functions of his or her Regular Occupation or of a Reasonable Employment Option available to the participant, and as a result the inability to earn more that 60% of pre-disability Regular Monthly Earnings with or without reasonable accommodation, AND
>
> (B) During the remainder, if any, of the period of disability, the complete inability of the participant, due to sickness or injury, to perform the Essential Functions of any Gainful Occupation that his or training, education and experience would allow the Participant to perform, or for which the Participant may reasonably become qualified, with or without reasonable accommodation.

If your disability should extend to the 24 month mark, your claim will be reevaluated for total disability as defined in Part B above. We will contact you in writing several months prior to this date with more detailed information.

Our records indicate your first day of disability was 10/19/01. You must complete a 182 day waiting period before benefits become payable. Accordingly, you will become eligible for LTD benefits beginning 4/19/02. Your scheduled monthly benefit amount is based upon your elected coverage of 60% of your pre-disability earnings. Your first check will be issued on or about    in the amount of $1,617.99.

---

Kemper National Services ♦ Integrated Disability Management ♦ P.O. Box 15554 ♦ Plantation, Fl. 33318-5554
Phone: (954) 452-4000 ♦ Fax: (954) 452-4044

J&J 1284

Minor ID00451

J&J1284

This is a prorated amount based on your LTD effective date, 4/19/02. All subsequent checks in the amount of $4,044.98 will be issued on or about the 25th of each month provided you continue to meet the eligibility requirements of the Plan.

LTD benefits are calculated as follows:

| | |
|---|---|
| Monthly Pre-Disability Earnings | $6,741.63 |
| Scheduled LTD Benefit | $4,044.98 |
| Less Social Security Benefits | |
| Less Benefits | |
| LTD Benefit | $4,044.98 |

As you are aware, the Johnson & Johnson Choices LTD plan contains an offset provision, which means your LTD benefits will be reduced by the amount you receive from Workers' Compensation, as well as, Social Security benefits, and any other retirement or disability benefits you are eligible to receive. Under the Johnson & Johnson Choices Long Term Disability Plan, your Social Security benefit amount will freeze at this initial benefit level. This means that any future increases in your Social Security benefits, other than those due to adjustments to your Social Security earnings history or a change in your family status, will not reduce your LTD benefit. In some cases, Family Social Security benefits may be used as an offset instead of Primary Social Security. The benefit you receive from the Plan will be the lesser of 70% of your regular monthly earnings, less Family Social Security, or the percentage of pay option you elected less Primary Social Security. **Please inform us if you are eligible to receive any of these benefits.**

Please be aware that if you fail to keep us informed of your progress with the application process or fail to appeal if you are denied benefits, we will take an estimated Social Security Disability Benefit amount. Your LTD benefit will be adjusted when a decision has been reached by the Social Security Administration and when a copy of that decision has been sent to our attention.

The Johnson & Johnson LTD Plan require you to remain under the regular care of a legally qualified physician. We will periodically request updated information from your attending physician to certify that you remain disabled as defined by the Plan.

If you have any further questions regarding your LTD benefits, please do not hesitate to contact me at (800) 735-7279 extension 2581.

Sincerely,

Melissa Cooper
Disability Claims Examiner
KEMPER NATIONAL SERVICES

Minor ID00450

J&J 1285

J&J1285