**E-FILED**
Tuesday, 01 March, 2005  02:52:22 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| M. JANE MINOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 02-3354 |
| | ) | |
| v. | ) | Judge Mills |
| | ) | |
| CENTOCOR, INC., | ) | Magistrate Judge Evans |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| M. JANE MINOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 04-3114 |
| | ) | |
| v. | ) | Judge Mills |
| | ) | |
| CENTOCOR, INC., | ) | Magistrate Judge Evans |
| | ) | |
| Defendant. | ) | |

**DEFENDANT CENTOCOR'S MOTION FOR LEAVE TO FILE ANSWER INSTANTER**

NOW COMES Defendant, CENTOCOR, INC., by and through its attorneys, Linzey D.

Jones and John M. Broderick of the law firm Pugh, Jones, Johnson & Quandt, P.C. and

Christopher Biswell of the law firm Drake, Narup & Mead, P.C., and respectfully moves this

Court to grant it leave to file its Answer to Plaintiff's Complaint filed in the action with Case No.

04-3114.  In support of this motion, Defendant states as follows:

1.      On May 9, 2003, Plaintiff, M. Jane Minor, filed the instant lawsuit alleging that

Centocor, Inc. discriminated against her on the basis of her age and gender.[1]

2.      On November 12, 2003, the Court dismissed Plaintiff's gender claims because

Plaintiff had not received the appropriate Right-To-Sue letter.

---

[1]      Plaintiff also named Johnson & Johnson, Inc. ("J&J") as a defendant and this Court dismissed J&J on
November 12, 2003 for lack of jurisdiction.

1

3.      On May 9, 2003, Defendant answered Plaintiff's age discrimination claim.

4.      On May 20, 2004, Plaintiff filed a second lawsuit against Centocor, Inc., captioned *Minor v. Centocor, Inc., Case No. 04-3114*, in which Plaintiff alleged the identical gender discrimination claim that was previously dismissed.

5.      On January 25, 2005, this Court denied Defendant's motion to dismiss case 04-3114 and requested the parties to advise the Court as to whether Plaintiff's two complaints should be consolidated.

6.      On February 7, 2005, the parties filed a Stipulation to Consolidate.

7.      On February 23, 2005, this Court consolidated these two matters.

8.      As of this filing, Plaintiff has not filed a consolidated Complaint.

9.      On February 28, 2005, Defendant filed a Motion for Summary Judgment as to Plaintiff's consolidated claims.

10.     To insure that Defendant also has an Answer on file with respect to Plaintiff's gender discrimination claim, Defendant requests leave to file the attached Answer.

11.     Plaintiff is not prejudiced by the filing of this Answer after this brief delay.

12.     The facts Plaintiff alleges to support her gender discrimination claim are identical to those facts alleged to support her age discrimination claim.  Defendant is answering these claims consistently.  No additional discovery is required or permitted under the Court's February 23, 2005 consolidation Order.

13.     Defendant would be greatly prejudiced if it was not allowed to file an Answer.

<u>**CONCLUSION**</u>

WHEREFORE, Defendant CENTOCOR, INC. respectfully requests this Court grant it leave to file its Answer to Plaintiff's Complaint filed in Case No. 04-3114, instanter.

Respectfully submitted,

**Defendant
CENTOCOR, INC.**

By: s/ Linzey D. Jones
    Linzey D. Jones, Bar No. 6183113
    John M. Broderick, Bar No. 6255668
    PUGH, JONES, JOHNSON, &
    QUANDT, P.C.
    180 North LaSalle Street, Suite 3400
    Chicago, IL 60601
    (312) 551-1002
    (312) 551-0804 Fax
    ljones@pjjq.com

    David L. Drake
    Drake, Narup & Mead, P.C.
    107 East Allen Street
    Springfield, Illinois 62707
    (217) 528-9776
    (217) 528-9401 Fax

3

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, hereby certify that on March 1, 2005, I electronically filed the foregoing Defendant Centocor's Motion for Lave to File Answer Instanter with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: James P. Baker, Esq., Baker, Baker & Krajewski, LLC., 415 South Seventh Street, Springfield, IL 62701.

s/ John Broderick
Attorney's Name and Bar Number 6255668
Attorney for Defendant
Pugh, Jones, Johnson & Quandt
180 N. LaSalle Street, Suite 3400
Telephone: (312) 551-1002
jbroderick@pjjq.com