UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| M. JANE MINOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.   02-3354 |
| v. | ) | |
| | ) | |
| CENTOCOR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR EXTENSION OF TIME**

COMES NOW the Plaintiff, M. JANE MINOR, by and through her counsel, James P. Baker, and requests an extension of time to and including April 1, 2005 within which to respond to the Defendant's motion for summary judgment. In support of this motion the Plaintiff, M. JANE MINOR, states as follows:

1. That the Plaintiff's response to the Defendant's motion for summary judgment is owing March 21, 2005.

2. That counsel for the Plaintiff has had the following commitments which has precluded preparation of the Plaintiff's response to the motion for summary judgment by the date owing. Those commitments include, but are not limited to, the following: a) preparation for and attendance at a hearing before the Illinois Department of Professional Regulation on March 9, 2005; b) various discovery conferences and preparation for a deposition located in Moline, Illinois on March 18, 2005 in the matter including

conferences with plaintiff's counsel and defendant's counsel in the matter *Titan v. Becker et.al.* pending before the United States District Court for the Central District of Illinois. In this matter counsel represents over 100 individual defendants; c) preparation of letters to union officials and company officials from over 15 plaintiffs in a union matter relating to their employment with the Burlington Northern Santa Fe Railway Company; d) that counsel for the Plaintiff is scheduled to participate in a settlement conference with the United States Court of Appeals for the Seventh Circuit on March 31, 2005 in the matter *Treadwell v. Secretary of State;* and e) various office conferences, meetings and appointments which were previously scheduled.

3. That counsel for the Plaintiff was out of the office on a previously scheduled outing from March 3, 2005 to March 8, 2005.

4. That the office of counsel for the Plaintiff will be closed on March 25, 2005 (Good Friday).

5. That counsel for the Plaintiff has attempted to reach John Broderick, counsel for the Defendant, to discuss this request but understands that Mr. Broderick is away from his office.

WHEREFORE, the Plaintiff, M. JANE MINOR, respectfully prays that the Court grant this motion for an extension of time to and including April 1, 2005 to submit her response to the Defendant's motion for summary judgment.

M. JANE MINOR

By:   s/ James P. Baker
James P. Baker
Bar Number: 0097802
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone: (217) 522-3445
Facsimile: (217) 522-8234
E-mail: carenbakerlaw@sbcglobal.net


**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2005, I electronically filed the foregoing with the Clerk of the Court using the COMPLAINANT/ECF system which will send notification of such filing to the following:

Linzey D. Jones
John M. Broderick
Pugh, Jones & Johnson, P.C.
180 North LaSalle Street, Suite 2910
Chicago, Illinois 60601

Christian D. Biswell
Drake, Narup & Mead, P.C.
107 East Allen Street
Springfield, Illinois 62707

By:   s/ James P. Baker
James P. Baker
Bar Number: 0097802
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone: (217) 522-3445
Facsimile: (217) 522-8234
E-mail: carenbakerlaw@sbcglobal.net

(Motions\minor.032105)