E-FILED
Friday, 01 April, 2005  02:42:14 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| M. JANE MINOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Nos. 02-3354 and 04-3114 |
| | ) | Consolidated |
| CENTOCOR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO FILE IN EXCESS OF PAGE LIMITATIONS**

COMES NOW the Plaintiff, M. JANE MINOR, by and through her attorney, James P. Baker, and respectfully requests leave to file her memorandum in opposition to the Defendant's motion to summary judgment in excess of page limitations. In support of this motion the Plaintiff, M. JANE MINOR, states as follows:

1. That in order for counsel for the Plaintiff to fully and accurately set forth the facts of the above proceeding and to adequately address issues raised by the Defendant in its motion to dismiss the page limitation requirements set by local rule of this Court were exceeded.

2. That counsel for the Plaintiff is unable to comply with the page limitation requirements of this Court without compromising the adequacy of the responses required to respond to the Defendant's motion for summary judgment.

3. That the word count is in excess of the word count limitation of 7000 prescribed by Local Rule 7(b)(2). The word count of the Word Perfect program is 8431.

WHEREFORE, the Plaintiff, M. JANE MINOR, respectfully requests that she be allowed to file her memorandum in opposition to the Defendant's motion for summary judgment in excess of page limitations.

        M. JANE MINOR

        By:   s/ James P. Baker
        Attorney for Plaintiff
        James P. Baker
        Bar Number: 0097802
        Baker, Baker & Krajewski, LLC
        415 South Seventh Street
        Springfield, Illinois 62701
        Telephone: (217) 522-3445
        Facsimile: (217) 522-8234
        E-mail: carenbakerlaw@sbcglobal.net

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Linzey D. Jones
John M. Broderick
Pugh, Jones & Johnson, P.C.
180 North LaSalle Street, Suite 2910
Chicago, Illinois   60601

David L. Drake
Drake, Narup & Mead, P.C.
107 East Allen Street
Springfield, Illinois   62704

        By:   s/ James P. Baker
        James P. Baker
        Bar Number: 0097802
        Baker, Baker & Krajewski, LLC
        415 South Seventh Street

Springfield, Illinois 62701
Telephone: (217) 522-3445
Facsimile: (217) 522-8234
E-mail: carenbakerlaw@sbcglobal.net