E-FILED
Friday, 01 April, 2005  03:11:28 PM
Clerk, U.S. District Court, ILCD

 **Centocor**

*Field Contact Report*

| NAME: | Jane Minor | TERRITORY: | 342104 | DATE(s): | 04/24/01 |
|---|---|---|---|---|---|

## I. EXPECTATIONS / GOALS OF FIELD CONTACT

The purpose of my last visit was to welcome you back into the territory from your medical leave and update you on my activities during your absence. Additionally, I wanted to work with you in establishing a list of top projects to ensure your success in Q2.

## II. SALES PERFORMANCE

| Product | Q1 Baseline | Q1 Sales Volume | Q1 Sales Change | Q1 Sales Growth | National Rank | YTD New Stockings | | |
|---|---|---|---|---|---|---|---|---|
| Retavase | 121.5 | 108 | -13.5 | -11.10% | n/a | 1 | | |
| Catheters | | | | | | | | |
| Wires | | | | | | | | |
| Emb. Coils | | | | | | | | |
| PVA | | | | | | | | |

**COMMENTS:**

Based on weekly data you missed baseline by 13.5 units. This was due to multiple factors including Q4 purchases, market variances, and your absence due to medical leave. Thorough follow up on requests from your key accounts will be critical to your success moving forward. Using the Q1 baseline for Q2 (since we do not have Q2 baselines yet), you are currently 3 units short of baseline for the 4 week period (34.5 of 37.5). Currently I have no sales data for Cordis products to discuss.

## III. ADVOCATE DEVELOPMENT

We will continue to develop Dr. Castaneda as an advocate. It is my understanding that we will be supporting his annual program in Chicago. Please determine Dr. Castaneda's desire to move forward or abandon the CME program you had discussed with him previously so that we can discuss our strategy the next time we meet.

## IV. OBSERVATIONS / COMMENTS / FOLLOW THROUGH ON PREVIOUS DIRECTION

Jane, I am very excited about your return to the territory and the accomplishments that lie ahead of you. Your positive attitude is refreshing and I believe it will help you achieve your goals and assist the St. Louis District as well as the Central Region to success in 2001. There is a lot of work to accomplish due to your absence from the territory, but I have no doubt of your capabilities. These next few weeks will be critical to your success while you get in front of every account to let them know you are back in the territory. I look forward to your success.

## V. CRITICAL OBJECTIVES / ACTION

**TIMELINE**

The following list of Projects have been developed in order to drive business for our Cordis products and provide thorough follow up on unsolicited requests for information regarding Retavase:

| | |
|---|---|
| 1.) Schedule Dinner Programs with Dr. Castaneda in Evansville | End of May/First of June |
| 2.) Schedule Dinner Program with Dr. Castaneda in Des Moines | 30-Jun-01 |
| 3.) Get clarification on Robin Schaiff's catheter clearance project at Barnes | 16-May-01 |
| 4.) Make initial contact at St. Josephs to determine business opportunities | 16-May-01 |
| 5.) Develop project that addresses the interest previously expressed interest for both HDAG and CC | 16-May-01 |

## VI. REP DEVELOPMENTAL GOALS

You have expressed an interest in a career path with greater responsibilities. These interests involve management, possibly RMM or HSAM, with the possibility of an international focus. The most important component for making yourself eligible for increased responsibilities is significant success in your current position. This should be your goal for the short term while we evaluate opportunities for your development. We will evaluate current resources available, ie. Learning Navigator, home office rotations, and HSAM preceptorships. Specifically, you were interested in taking courses related to Power Point, marketing, and administration management. Please research these opportunities and let me now how you would like to proceed.

## VII. OTHER OBSERVATIONS



EXHIBIT

A

tabbies®

3:02-cv-03354-RM-CHE · # 63-4   Page 2 of 5



**IOWA METHODIST MEDICAL CENTER**
AN IOWA HEALTH SYSTEM AFFILIATE

June 3 2001

DEPARTMENT OF RADIOLOGY
1200 PLEASANT STREET
DES MOINES, IOWA 50309 1453
515-241-6171

Dear Jane Minor,

Thank you for setting up the speaker program at Splash. However do to recent developments with our group of doctors I will have to cancel our meeting one June 7. The group has split and the interested doctors are no longer with us. I'm sorry to have wasted your time.

Bryan Odson R.T (R)



EXHIBIT
B

# St. Louis District – 2 Week Routing

**Monday – St. Louis**
| | |
|---|---|
| 0800-1000 | Barnes-Specials |
| 1000-1100 | Barnes-Pharmacy |
| 1130-1400 | SLUH-Specials |
| 1430-1530 | SLUH-Pharmacy |

**Tuesday – St. Louis**
| | |
|---|---|
| 0800-0900 | St. Johns-Pharmacy |
| 0930-1200 | St. Johns-Specials |
| 1300-1430 | St. Josephs-Specials |
| 1630-1730 | Fly to Des Moines |

**Wednesday – Des Moines**
| | |
|---|---|
| 0800-1000 | Methodist-Specials |
| 1000-1030 | Methodist-Pharmacy |
| 1130-1400 | Mercy-Specials |
| 1530-1630 | Fly back to St. Louis |

**Thursday – Peoria**
| | |
|---|---|
| 0800-1030 | Memorial-Specials |
| 1030-1100 | Memorial-Pharmacy |
| 1130-1400 | St. Francis-Specials |

**Friday – Springfield/Office**
| | |
|---|---|
| 0800-0930 | St. Johns-Specials |
| 930-1700 | Office Day: finalize next weeks appointments, catch up on phone calls, finish expense reports |

**Monday – St. Louis**
| | |
|---|---|
| 0800-1000 | SLUH-Specials |
| 1030-1200 | SLUH-Pharmacy |
| 1200-1300 | Barnes-Pharmacy |
| 1300-1430 | Barnes-Specials |

**Tuesday – St. Louis**
| | |
|---|---|
| 0800-1000 | St. Josephs-Specials |
| 1100-1430 | St. Johns-Specials |
| 1430-1530 | St. Johns-Pharmacy |

**Wednesday – Evansville**
| | |
|---|---|
| 0930-1100 | Deaconnes-Specials |
| 1130-1400 | St. Mary's-Specials |
| 1400-1430 | St.Mary's-Pharmacy |
| 1430 | Drive to Owensboro |

**Thursday – Owensboro**
| | |
|---|---|
| 0730-1030 | Owensboro-Specials |
| 1030-1100 | Owensboro-Pharmacy |
| 1100 | Drive home |

**Friday – Peoria/Office**
| | |
|---|---|
| 0800-1100 | St. Francis-Specials |
| 1200-1700 | Office Day: finalize next weeks appointments, catch up on phone calls, finish expense reports |

EXHIBIT

C

tabbies®

 **Centocor**

*Field Contact Report*


**EXHIBIT**
tabbies
D
___

| NAME: | Jane Minor | TERRITORY: | 342104 | DATE(S): | 09/19/01 |
|---|---|---|---|---|---|

## I. EXPECTATIONS / GOALS OF FIELD CONTACT

To work the Peoria and St. Louis marketplace as well as take Dr. Castaneda and his group to dinner to discuss the MIIT meeting in September.

## II. SALES PERFORMANCE

| Product | Q2 Baseline | Q2 Sales Volume | Q2 Sales Change | Q2 Sales Growth | National Rank | YTD New Stockings | Cordis | |
|---|---|---|---|---|---|---|---|---|
| Retavase | 112.5 | 108 | -4.5 | -4.00% | 18th | 1 | | |
| Cordis Products | | | | | | | 87% | |

### COMMENTS:

Based on weekly data you missed baseline by 4.5 units. This is the second consecutive quarter to miss baseline and your national ranking has dropped from 11th to 18th out of 23. You finished Q2 87% (in dollars) to plan with your Cordis products.

## III. ADVOCATE DEVELOPMENT

As we discussed during my last visit, it is my goal for you to target Dr. Vedantham for advocate development. You have done an outstanding job with Dr. Castaneda and I would like you to apply those skills in building a strong relationship with Dr. Vedantham.

## IV. OBSERVATIONS / COMMENTS / FOLLOW THROUGH ON PREVIOUS DIRECTION

Jane, your first two critical objectives in your April FCR were to schedule dinner programs in Evansville and Des Moines. Both were scheduled promptly, but due to poor follow up and recruitment the Evansville program was poorly attended with only three attendees and the Des Moines program had to be cancelled all together. Future programs will require a higher degree of follow up and follow through to ensure their success. Your third critical objective was to follow up on interest of a catheter clearance project at Barnes. This has moved very slowly over the past five months, however it seems last week there was a breakthrough at Barnes wich again will require your thorough follow up to make sure pharmacy follows through on their commitment. Your fourth critical objective was to make initial contact at St. Joseph's and generate some interest which you were able to achieve, but due to uncontrollable circumstances pharmacy has put a temporary hold on us. You will need to continue devloping relationships at St. Joseph's in anticipation of pharmacy giving us the "green light". Your fifth critical objective was to follow up on the interest previously expressed and HDAG. Unfortunately there has been no progress in regards to HDAG's even after bringing in Dr. Castaneda and getting the Nephrologists support. Catheter clearance has also had no progress. This is another example where inadequate territory coverage and poor follow through has prevented your success. Jane, you have had some great impact at St Mary's in Evansville and at St. Jo recently. However, your lack of proper territory coverage prevents the necessary kind of follow up and follow through required to ach a high level of success.

## V. CRITICAL OBJECTIVES / ACTION

The following list of Projects have been developed in order to drive business for our Cordis products and provide thorough follow up on unsolicited requests for information regarding Retavase:

| | TIMELINE |
|---|---|
| 1.) Solid f/u and follow through at St. John's Creve Couer and St. Mary's Evansville | 19-Oct-01 |
| 2.) Follow up on interest at Mercy/Iowa | 19-Oct-01 |
| 3.) Complete new business opportunities at Barnes | 01-Nov-01 |
| 4.) Continue to build relationships at St. Josephs Radiology | Ongoing |
| 5.) Follow up with new DOP and bring project at SLUH to closure | 26-Oct-01 |
| 6.) Complete account/territory rotation every two weeks | Ongoing |

## VI. REP DEVELOPMENTAL GOALS

You have expressed an interest in a career path with greater responsibilities. I will be postponing any developmental activites until significant improvement of these issues has been made. Remeber that the most important component for making yourself eligible for increased responsibilities is significant success in your current position.

## VII. OTHER OBSERVATIONS

Jane, as we discussed in our last meeting and as I have mentioned above, the one area that needs your immediate attention is adequate territory coverage (complete account rotation every two weeks) with improved follow up and follow through. This has been addressed multiple times; prior to the June NSM, at the June NSM, and during my last visit in August, however through Sept. 15 you still have not made the neccesary adjustments. This is critical to your success and therefore starting immediately I am requiring a weekly account update. This should include what progress has been made at each of the accounts visited. Additionally, your timeliness in turning in expense reports has not lived up to your previous commitment. I am also requiring that this be turned in weekly. Both reports must be turned in by Wednesday of the following week. And finally, the frequency that you check and respond to vm and pages is inadequate. It is expected that everyone respond to vm's the same day if possible and no later than 24 hr.'s. Also, pages should always be returned within the same day (ASAP). This has not always been the case with you and must be

Jane, as we discussed in our last meeting a.    ıs I have mentioned above, the one area tha  .eds your immediate attention is adequate territory coverage (complete account rotation every two weeks) with improved follow up and follow through. This has been addressed multiple times; prior to the June NSM, at the June NSM, and during my last visit in August, however through Sept. 15 you still have not made the neccessary adjustments. This is critical to your success and therefore starting immediately I am requiring a weekly account  t     te. This should include what progress has been made at each of the accounts visited. Additionally, your timeliness in turning in  ₣    nse reports has not lived up to your previous commitment. I am also requiring that this be turned in weekly. Both reports must be tu....ed in by Wednesday of the following week. And finally, the frequency that you check and respond to vm and pages is inadequate. It is expected that everyone respond to vm's the same day if possible and no later than 24 hr.'s. Also, pages should always be returned within the same day (ASAP). This has not always been the case with you and must be corrected.