# St. Louis District – 2 Week Routing

**Monday – St. Louis**
| | |
|---|---|
| 0800-1000 | Barnes-Specials |
| 1000-1100 | Barnes-Pharmacy |
| 1130-1400 | SLUH-Specials |
| 1430-1530 | SLUH-Pharmacy |

**Tuesday – St. Louis**
| | |
|---|---|
| 0800-0900 | St. Johns-Pharmacy |
| 0930-1200 | St. Johns-Specials |
| 1300-1430 | St. Josephs-Specials |
| 1630-1730 | Fly to Des Moines |

**Wednesday – Des Moines**
| | |
|---|---|
| 0800-1000 | Methodist-Specials |
| 1000-1030 | Methodist-Pharmacy |
| 1130-1400 | Mercy-Specials |
| 1530-1630 | Fly back to St. Louis |

**Thursday – Peoria**
| | |
|---|---|
| 0800-1030 | Memorial-Specials |
| 1030-1100 | Memorial-Pharmacy |
| 1130-1400 | St. Francis-Specials |

**Friday – Springfield/Office**
| | |
|---|---|
| 0800-0930 | St. Johns-Specials |
| 930-1700 | Office Day: finalize next weeks appointments, catch up on phone calls, finish expense reports |

**Monday – St. Louis**
| | |
|---|---|
| 0800-1000 | SLUH-Specials |
| 1030-1200 | SLUH-Pharmacy |
| 1200-1300 | Barnes-Pharmacy |
| 1300-1430 | Barnes-Specials |

**Tuesday – St. Louis**
| | |
|---|---|
| 0800-1000 | St. Josephs-Specials |
| 1100-1430 | St. Johns-Specials |
| 1430-1530 | St. Johns-Pharmacy |

**Wednesday – Evansville**
| | |
|---|---|
| 0930-1100 | Deaconnes-Specials |
| 1130-1400 | St. Mary's-Specials |
| 1400-1430 | St.Mary's-Pharmacy |
| 1430 | Drive to Owensboro |

**Thursday – Owensboro**
| | |
|---|---|
| 0730-1030 | Owensboro-Specials |
| 1030-1100 | Owensboro-Pharmacy |
| 1100 | Drive home |

**Friday – Peoria/Office**
| | |
|---|---|
| 0800-1100 | St. Francis-Specials |
| 1200-1700 | Office Day: finalize next weeks appointments, catch up on phone calls, finish expense reports |

