# Minor, Jane [CNTUS]

| | |
|---|---|
| **From:** | Van Cleave, Randy [CNTUS] |
| **Sent:** | Saturday, July 07, 2001 12:36 AM |
| **To:** | Minor, Jane [CNTUS] |
| **Subject:** | RE: Routing |

Hello Jane,

I am not sure what to tell you. I have not been requested by Tony to submit a routing schedule of any kind. I have my priorities which I try to see every other week but a set schedule has not been requested nor do I feel that it would be workable.

I have High priority accounts in Ft. Collins, CO, Casper WY, and Tulsa OK. I make sure that I get in to each of these accounts every other week at a minimum. The lower priority accounts are more of a maintenance accounts. I know that this isn't much help but it works for me. If you have specific questions, give me a call. I will be in Colorado/Wyoming next week and my pager does not work everywhere, but you can leave me a voice mail message and I'll get back to you in the evening.

Randy

> ——Original Message——
>
> | | |
> |---|---|
> | **From:** | Minor, Jane [CNTUS] |
> | **Sent:** | Tuesday, July 03, 2001 1:43 AM |
> | **To:** | Van Cleave, Randy [CNTUS] |
> | **Subject:** | Routing |
> | **Importance:** | High |
>
> Hey Randy,
>
> It was fun getting together with the gang at the meeting in Orlando. Just had a quick question for you. Since you also have a large geography, I was wondering if you had already submitted your 2-week routing schedule to Tony as requested? How were you able to se up the routing schedule covering every account thoroughly every 2 weeks? I need to get his request resubmitted to him and need some ideas Congratulations on your excellent sales!
> Thanks,
> Jane

**EXHIBIT**

16

tabbies

Minor ID00166

1