E-FILED
Friday, 01 April, 2005  03:12:25 PM
Clerk, U.S. District Court, ILCD

 Centocor

June 20

## VS YTD Territory Ranking Report
Rank based on Total Performance Factor

| Territory | Rep Name | Q1 Total Performance | Q2 Total Performance | Q3 Total Performance | Q4 Total Performance | YTD National Ra... |
|---|---|---|---|---|---|---|
| 322104 | Jon Nolan | 5.2 | 4 | N/A | N/A | 1 |
| 332104 | Tom Howard | 4.7 | 5.5 | N/A | N/A | 2 |
| 312103 | Daniel Doyle | 1.9 | 10.1 | N/A | N/A | 3 |
| 332101 | John Toale | 2.1 | 11.8 | N/A | N/A | 4 |
| 312104 | Kristen De Luca | 9.8 | 6.8 | N/A | N/A | 5 |
| 312105 | Unassigned | 9.8 | 6.8 | N/A | N/A | 5 |
| 322105 | Diane Lehman | 14.2 | 6.5 | N/A | N/A | 7 |
| 342103 | Randy Van Cleave | 13.1 | 7.8 | N/A | N/A | 8 |
| 332103 | Jennifer Richardson | 16.4 | 6 | N/A | N/A | 9 |
| 352102 | Michelle Stevens | 8.8 | 13.7 | N/A | N/A | 10 |
| 332102 | Thomas Morey | 13.3 | 11.5 | N/A | N/A | 11 |
| 312106 | Theresa Wisse | 18.5 | 6.9 | N/A | N/A | 12 |
| 352103 | Samual James Bartlett | 11.6 | 14.1 | N/A | N/A | 13 |
| 342101 | Denise Hill-Bannister | 14 | 12.6 | N/A | N/A | 14 |
| 342102 | Caroline Kopecky | 20 | 6.8 | N/A | N/A | 15 |
| 312102 | Danielle Figoni | 9.6 | 17.7 | N/A | N/A | 16 |
| 342104 | Jane Minor | 12 | 17.3 | N/A | N/A | 17 |
| 322103 | Wendy Jurosek | 16.5 | 14.2 | N/A | N/A | 18 |
| 322101 | Unassigned | 15.5 | 15.4 | N/A | N/A | 19 |
| 312101 | Jolanta Wierzbicki | 13.2 | 18.3 | N/A | N/A | 20 |
| 352101 | Stephanie Chamberlin | 11 | 21.7 | N/A | N/A | 21 |
| 322102 | Patricia Till | 16.5 | 20.3 | N/A | N/A | 22 |
| 352104 | Stefanie Wetheral | 18 | 20.2 | N/A | N/A | 23 |

IC Expert Report™ created by Synygy, Inc.™, 555 North Lane, Suite 6000, Conshohocken, PA 19428  (610) 664-7433 · www.synygy.com
Copyright © 2001.  All rights reserved.


EXHIBIT
18
tabbies®

Minor ID00238