# Central Region VS Territory Changes for Q4

| VSTL Cordis Targets Tony | Address | City | St |
|---|---|---|---|
| COLUMBIA MEDICAL CITY | 7777 FOREST LANE | DALLAS | TX |
| PRESBYTERIAN HOSP-PHCY | 8200 WALNUT HILL LANE | DALLAS | TX |
| EXEMPLA HLTH LUTHERAN MED | 8300 W 38TH AVE | WHEAT RIDGE | CO |
| OCHSNER FOUNDATION HOSP | 1516 JEFFERSON HIGHWAY | NEW ORLEANS | LA |
| ST FRANCIS HOSP/PHCY | 530 NE GLEN OAK AVE | PEORIA | IL |
| OUR LADY OF LOURDES HOSP | 611 SAINT LANDRY ST | LAFAYETTE | LA |

| Randy Van Cleave VS 342103 | Address | City | St |
|---|---|---|---|
| POUDRE VALLEY MEM HOSP | 1024 LEMAY AVE | FORT COLLINS | CO |
| COLUMBIA ROSE MEDICAL CENTER | 4567 E 9TH AVE | DENVER | CO |
| ST ANTHONY HOSPITAL | 4231 WEST 16TH AVE | DENVER | CO |
| EXEMPLA HLTH LUTHERAN MED | 8300 W 38TH AVE | WHEAT RIDGE | CO |
| SAINT FRANCIS HOSPITAL | 6161 S YALE AVE | TULSA | OK |
| COL PRESB ST LUKES MED CT | 1719 E 19TH AVE | DENVER | CO |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | |
| WYOMING MEDICAL CTR | 1233 EAST SECOND ST | CASPER | WY |
| ST ANTHONY'S NORTH HOSP | 2551 WEST 84TH AVE | WESTMINSTER | CO |
| LESTER COX MED CTR SOUTH | 3801 S NATIONAL AVE | SPRINGFIELD | MO |
| ST JOHNS REG HLTH CTR | 1235 EAST CHEROKEE ST | SPRINGFIELD | MO |
| BRYAN LGH MED CNTR EAST | 1600 S 48TH ST | LINCOLN | NE |
| NEB METHODIST HOSP | 8303 DODGE ST | OMAHA | NE |
| TULSA REG MED CTR | 744 WEST NINTH & JACKSN | TULSA | OK |

| Denise Hill VS 342101 | Address | City | St |
|---|---|---|---|
| ARLINGTON MEM HOSP/PHCY | 800 WEST RANDOL MILL RD | ARLINGTON | TX |
| BAYLOR UNIV MED CTR-PLAZA | 3500-3600 GASTON AVENUE | DALLAS | TX |
| COLUMBIA MEDICAL CITY | 7777 FOREST LANE | DALLAS | TX |
| HARRIS HOSPITAL-METHODIST | 1301 PENNSYLVANIA/CANON | FORT WORTH | TX |
| COLUMBIA MEDICAL CTR OF PLANO | 3901 W 15TH STREET | PLANO | TX |
| METHODIST HOSP OF DALLAS | 1441 N BECKLEY AVE* | DALLAS | TX |
| OSTEO MED CTR OF TEXAS | 1000 MONTGOMERY ST | FORT WORTH | TX |
| SETON MEDICAL CENTER | 1201 W 38TH ST | AUSTIN | TX |
| UNITED REG HLTH CARE CTR | 1600 11TH ST | WICHITA FALLS | TX |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | |
| ST PAUL HOSP/PHCY | 5909 HARRY HINES BLVD | DALLAS | TX |
| PRESBYTERIAN HOSP-PHCY | 8200 WALNUT HILL LANE | DALLAS | TX |
| VIA CHRISTI REG MED CTR | 3600 E HARRY ST | WICHITA | KS |
| VIA CHRISTI REG MED CTR | 929 N ST FRANCIS AVE | WICHITA | KS |
| COLUMBIA WESLEY MED CTR | 550 N HILLSIDE AVE | WICHITA | KS |

| Jane Minor VS 342104 | Address | City | St |
|---|---|---|---|
| ST FRANCIS HOSP/PHCY | 530 NE GLEN OAK AVE | PEORIA | IL |
| METHODIST MED CTR OF ILL | 221 NE GLEN OAK AVE-US | PEORIA | IL |
| OWENSBORO MERCY HLTH SYS | 811 EAST PARRISH AVE-BO | OWENSBORO | KY |

EXHIBIT
38

tabbies®

Minor ID00171

| BARNES-JEWISH HOSP | 216 S KINGSHIGHWAY BLVD | ST LOUIS | MO |
| ST JOSEPHS HEALTH CENTER | 300 FIRST CAPITAL DRIVE | ST CHARLES | MO |
| ST MARYS MED CTR / PHCY | 3700 WASHINGTON AVE | EVANSVILLE | IN |
| DEACONESS HOSPITAL | 600 MARY ST | EVANSVILLE | IN |
| ST JOHNS HOSPITAL | 800 EAST CARPENTER ST | SPRINGFIELD | IL |
| ST JOHNS MERCY MED CTR | 615 S NEW BALLAS ROAD | CREVE COEUR | MO |
| ST LOUIS UNIV MED CTR | 3635 VISTA AT GRAND | ST LOUIS | MO |
| MERCY HOSPITAL MED CTR | 6TH & 400 UNIVERSITY AV | DES MOINES | IA |
| IOWA METHODIST MED CTR | 1200 PLEASANT ST | DES MOINES | IA |
| DECATUR MEM HOSP | 2300 N EDWARDS ST | DECATUR | IL |
| COVENANT MED CTR | 1400 W PARK AVE | URBANA | IL |

| VSS Cordis Targets Caroline Kopecky | Address | City | St |
| --- | --- | --- | --- |
| HERMANN HOSPITAL-PHCY | 6411 FANNIN | HOUSTON | TX |
| HOUSTON NORTHWEST MED CTR | 710 FARM ROAD 1960 W-BO | HOUSTON | TX |
| ST LUKES EPISCOPAL HOSP | 6720 BERTNER AVE* | HOUSTON | TX |
| SANTA ROSA HOSPITAL | 519 W HOUSTON ST* | SAN ANTONIO | TX |
| METHODIST HOSP-BAYLOR COL | 6565 FANNIN STREET* | HOUSTON | TX |
| SOUTHWEST TX METHDST HOSP | 7700 FLOYD CURL DRIVE | SAN ANTONIO | TX |
| SPOHN HOSP/PHCY | 600 ELIZABETH/1436 3RD | CORPUS CHRISTI | TX |
| KNAPP MEM METHODIST HOSP | 1401 E 8TH ST- BOX 1110 | WESLACO | TX |
| OCHSNER FOUNDATION HOSP | 1516 JEFFERSON HIGHWAY | NEW ORLEANS | LA |
| VALLEY BAPTIST MED CTR | 2101 PEASE/SO COMMERCE | HARLINGEN | TX |
| COLUMBIA CONROE REG MD CT | 504 MED CTR BLVD-S I-45 | CONROE | TX |
| UNIV OF TEX MED PLAN | 301 UNIVERSITY BLVD* | GALVESTON | TX |
| MEM CITY GEN HOSP & PHCY | 920 FROSTWOOD DR | HOUSTON | TX |
| PARK PLAZA | 1313 HERMANN DR | HOUSTON | TX |
| MEMORIAL NORTH WEST HOSP | 1635 NORTH LOOP WEST | HOUSTON | TX |

Minor ID00172

| Zip | DDD # | |
|---|---|---|
| 75230 | 75230200 | |
| 75231 | 75231201 | |
| 80033 | 80033200 | |
| 70121 | 70121200 | |
| 61637 | 61637200 | |
| 70506 | 70506201 | ADD |

| Zip | DDD # | |
|---|---|---|
| 80524 | 80524201 | |
| 80220 | 80220201 | ADD |
| 80204 | 80204203 | |
| 80033 | 80033200 | |
| 74136 | 74136200 | |
| 80218 | 80218201 | |
| ▓▓▓▓ | ▓▓▓▓ | DELETE |
| 82601 | 82601200 | |
| 80030 | 80030200 | ADD |
| 65807 | 65807200 | |
| 65804 | 65804200 | |
| 68506 | 68506200 | |
| 68114 | 68114201 | |
| 74127 | 74127200 | |

| Zip Code | DDD # | |
|---|---|---|
| 76012 | 76012201 | |
| 75246 | 75246200 | |
| 75230 | 75230200 | |
| 76104 | 76104202 | |
| 75075 | 75075200 | |
| 75203 | 75203202 | |
| 76107 | 76107201 | |
| 78705 | 78705204 | |
| 76301 | 76301201 | |
| ▓▓▓▓ | ▓▓▓▓ | DELETE |
| | | DELETE |
| 75235 | 75235201 | |
| 75231 | 75231201 | |
| 67218 | 67218200 | ADD |
| 67214 | 67214201 | ADD |
| 67214 | 67214202 | ADD |

| Zip | DDD # |
|---|---|
| 61637 | 61637200 |
| 61636 | 61636200 |
| 42303 | 42303200 |

Minor ID00173

| | | |
|---|---|---|
| 63110 | 63110203 | |
| 63301 | 63301200 | |
| 47750 | 47750200 | |
| 47747 | 47747200 | |
| 62769 | 62769200 | |
| 63141 | 63141201 | |
| 63110 | 63110205 | |
| 50314 | 50314202 | |
| 50309 | 50309202 | |
| 62526 | 62526200 | ADD |
| 61801 | 61801202 | ADD |

| Zip | DDD # |
|---|---|
| 77030 | 77030208 |
| 77090 | 77090200 |
| 77030 | 77030212 |
| 78207 | 78207201 |
| 77030 | 77030202 |
| 78229 | 78229200 |
| 78404 | 78404201 |
| 78596 | 78596200 |
| 70121 | 70121200 |
| 78550 | 78550201 |
| 77304 | 77304206 |
| 77555 | 77555200 |
| 77024 | 77024200 |
| 77004 | 77004201 |
| 77008 | 77008201 |

Minor ID00174