E-FILED
Friday, 01 April 2005  03:13:57 PM
Clerk, U.S. District Court, ILCD

 **Centocor**

July 2001

## VS YTD Territory Ranking Report

| Territory | Rep Name | Q1 National Rank | Q2 National Rank | Q3 National Rank | Q4 National Rank | YTD National Rank |
|---|---|---|---|---|---|---|
| 332104 | Tom Howard | 3 | 2 | 4 | N/A | 1 |
| 322104 | Jon Nolan | 4 | 1 | 8 | N/A | 2 |
| 312103 | Daniel Doyle | 1 | 10 | 5 | N/A | 3 |
| 352102 | Michelle Stevens | 5 | 14 | 1 | N/A | 4 |
| 332101 | John Toale | 2 | 12 | 10 | N/A | 5 |
| 342103 | Randy Van Cleave | 12 | 9 | 2 | N/A | 6 |
| 332102 | Thomas Morey | 14 | 11 | 3 | N/A | 7 |
| 332103 | Jennifer Richardson | 18 | 3 | 7 | N/A | 8 |
| 322105 | Diane Lehman | 16 | 4 | 11 | N/A | 9 |
| 312104 | Kristen De Luca | 7 | 5 | 20 | N/A | 10 |
| 342102 | Caroline Kopecky | 23 | 5 | 9 | N/A | 11 |
| 312105 | Lori Robieson | 22 | 5 | 21 | N/A | 12 |
| 312106 | Theresa Wisse | 22 | 8 | 18 | N/A | 13 |
| 342104 | Jane Minor | 11 | 18 | 15 | N/A | 14 |
| 322101 | Lydia Afeman | 17 | 17 | 13 | N/A | 15 |
| 322103 | Wendy Jurosek | 19 | 16 | 14 | N/A | 16 |
| 322102 | Patricia Till | 19 | 22 | 6 | N/A | 17 |
| 342101 | Denise Hill-Bannister | 15 | 13 | 19 | N/A | 18 |
| 352103 | Samual James Bartlett | 10 | 15 | 22 | N/A | 19 |
| 312102 | Danielle Figoni | 6 | 19 | 23 | N/A | 20 |
| 312101 | Jolanta Wierzbicki | 13 | 20 | 17 | N/A | 21 |
| 352101 | Stephanie Chamberlin | 9 | 23 | 16 | N/A | 22 |
| 352104 | Stefanie Wetheral | 21 | 21 | 12 | N/A | 23 |

**EXHIBIT**

41

tabbies