E-FILED
Friday, 01 April 2005 03:14:24 PM
Clerk, U.S. District Court, ILCD

# Q2 VSS Account Targets - Central Region

| VSS Targets Randy Van Cleave | Total AMI R12 | Retavase AMI R12 | Retavase AMI MS | Total PVD R12 | Retavase PVD R12 | Retavase PVD MS | Total MS |
|---|---|---|---|---|---|---|---|
| Poudre Valley Hospital | 0 | | #DIV/0! | 72 | 0 | 0.0% | 0.0% |
| St. Johns of Springfield | 180 | 167 | 92.8% | 62 | 21.5 | 34.7% | 77.9% |
| St. Anthonys of Denver | 7 | 7 | 100.0% | 89.5 | 52.5 | 58.7% | 61.7% |
| Lutheran Health of Denver | 29 | 27 | 93.1% | 25 | 0 | 0.0% | 50.0% |
| St. Francis of Tulsa | 61 | 27 | 44.3% | 113.5 | 78.5 | 69.2% | 60.5% |
| Presbyterian St. Lukes | 70 | 42 | 60.0% | 35 | 10 | 28.6% | 49.5% |
| Aurora Medical Center | 39 | 39 | 100.0% | 38 | 8 | 21.1% | 61.0% |
| Wyoming Medical Center | 137 | 0 | 0.0% | 22.5 | 0 | 0.0% | 39.4% |
| Research Medical Center - KC | 32 | 18 | 56.3% | 45 | 0.5 | 3.3% | 7.7% |
| Lester Cox Medical Center | 16 | 0 | 0.0% | 88 | 8 | 9.1% | 3.3% |
| St. Joseph - KC | 13 | 1 | 7.7% | 47 | 0 | 0.0% | 33.3% |
| Tulsa Regional Medical Center | 39 | 0 | 0.0% | 31.5 | 23.5 | 74.6% | 33.3% |
| **Total** | 623 | 328 | 52.6% | 609 | 202.5 | 33.3% | 43.1% |

| VSS Targets Caroline Kopecky | Total AMI R12 | Retavase AMI R12 | Retavase AMI MS | Total PVD R12 | Retavase PVD R12 | Retavase PVD MS | Total MS |
|---|---|---|---|---|---|---|---|
| Hermann Hosp | 128 | 35 | 27.3% | 31 | 0 | 0.0% | 22.0% |
| Houston Northwest | 78 | 64 | 82.1% | 32 | 18 | 56.3% | 74.5% |
| St Lukes | 111 | 53 | 47.7% | 35 | 10 | 28.6% | 43.2% |
| Methodist | 117 | 18 | 15.4% | 23 | 6 | 26.1% | 12.9% |
| Southwest Meth Hosp - San Ant | 28 | 0 | 0.0% | 48 | 6 | 12.5% | 7.9% |
| Oschner Clinic | 0 | 0 | #DIV/0! | 62.5 | 0 | 0.0% | 0.0% |
| Santa Rosa Hospital | 26 | 10 | 38.5% | 17.5 | 0 | 0.0% | 23.0% |
| Knapp Memorial | 127 | 115 | 90.6% | 52 | 18 | 34.6% | 74.3% |
| Valley Baptist Medical Center | 16 | 3 | 18.8% | 34.5 | 0 | 0.0% | 5.9% |
| Spohn Shoreline | 48 | 13 | 27.1% | 86 | 71.5 | 83.1% | 63.1% |
| Columbia Conroe | 88 | 59 | 67.0% | 36 | 19 | 52.8% | 62.9% |
| Memorial Northwest | 78 | 63 | 80.8% | 20 | 0.5 | 2.5% | 64.8% |
| UTMB Galveston | 88 | 83 | 94.3% | 31 | 22.5 | 72.6% | 88.7% |
| Memorial City General Hospital | | | #DIV/0! | | | #DIV/0! | #DIV/0! |
| **Total** | 933 | 516 | 55.3% | 477.5 | 143 | 29.9% | 46.7% |



EXHIBIT
13
sales

## VSS Targets — Jane Minor

| | Total AMI R12 | Retavase AMI R12 | Retavase AMI MS | Total PVD R12 | Retavase PVD R12 | Retavase PVD MS | Total MS |
|---|---|---|---|---|---|---|---|
| St. Francis | 31 | 0 | 0.0% | 129 | 86 | 66.7% | 53.8% |
| Methodist | 22 | 0 | 0.0% | 30 | 21.5 | 71.7% | 41.3% |
| Owensboro | 45 | 35 | 77.8% | 32 | 29.5 | 92.2% | 83.8% |
| Barnes Jewish | 104 | 57 | 54.8% | 38 | 8.5 | 22.4% | 46.1% |
| St. Josephs | 22 | 22 | 100.0% | 20 | 0 | 0.0% | 52.4% |
| St. Marys | 122 | 1 | 0.8% | 20 | 0 | 0.0% | 0.7% |
| Deaconess | 108 | 0 | 0.0% | 27 | 0 | 0.0% | 0.0% |
| St. Johns Springfield | 17 | 4 | 23.5% | 32 | 21.5 | 67.2% | 52.0% |
| St. Johns Creve Coeur | 38 | 27 | 71.1% | 24.5 | 0 | 0.0% | 43.2% |
| St. Louis University Hospital | 47 | 24 | 51.1% | 26 | 0 | 0.0% | 35.8% |
| Mercy Iowa of Des Moines | 72 | 28 | 38.9% | 26 | 5.5 | 21.2% | 34.2% |
| Iowa Methodist of Des Moines | 29 | 26 | 89.7% | 15 | 0 | 0.0% | 59.1% |
| Total | 556 | 224 | 40.3% | 372.5 | 172.5 | 46.3% | 42.7% |

## VSS Targets — Dallas

| | Total AMI R12 | Retavase AMI R12 | Retavase AMI MS | Total PVD R12 | Retavase PVD R12 | Retavase PVD MS | Total MS |
|---|---|---|---|---|---|---|---|
| Baylor University Med Center | 57 | 5 | 8.8% | 72.5 | 0 | 0.0% | 3.9% |
| Columbia Medical City | 48 | 13 | 27.1% | 28.5 | 0 | 0.0% | 17.0% |
| Harris Methodist FW | 114 | 19 | 16.7% | 24 | 2.5 | 10.4% | 15.6% |
| Columbia Medical Center of Plano | 15 | 8 | 53.3% | 42 | 31.5 | 75.0% | 69.3% |
| Methodist Hospital of Dallas | 37 | 37 | 100.0% | 27 | 7 | 25.9% | 68.8% |
| Osteopathic FW | 37 | 5 | 13.5% | 13.5 | 0 | 0.0% | 9.9% |
| Seton Medical Center | 33 | 20 | 60.6% | 19.5 | 0 | 0.0% | 38.1% |
| United Regional | 84 | 0 | 0.0% | 17 | 0 | 0.0% | 0.0% |
| Scott & White | 87 | 0 | 0.0% | 14.5 | 0 | 0.0% | 0.0% |
| Providence | 97 | 10 | 10.3% | 20.5 | 0 | 0.0% | 8.5% |
| St. Paul Medical Center | 27 | 25 | 92.6% | 54 | 50 | 92.6% | 92.6% |
| Presbyterian Hospital of Dallas | 39 | 25 | 64.1% | 52 | 31.5 | 60.6% | 62.1% |
| Total | 675 | 167 | 24.7% | 385 | 122.5 | 31.8% | 27.3% |

## VSTL Targets — Tony

| | Total AMI R12 | Retavase AMI R12 | Retavase AMI MS | Total PVD R12 | Retavase PVD R12 | Retavase PVD MS | Total MS |
|---|---|---|---|---|---|---|---|
| Columbia Medical City | 48 | 13 | 27.1% | 28.5 | 0 | 0.0% | 17.0% |
| Presbyterian Hospital of Dallas | 39 | 25 | 64.1% | 52 | 31.5 | 60.6% | 62.1% |
| Lutheran Health of Denver | 29 | 27 | 93.1% | 25 | 0 | 0.0% | 50.0% |
| Oschner Clinic | 0 | 0 | #DIV/0! | 57.5 | 0 | 0.0% | 0.0% |
| St. Francis | 31 | 0 | 0.0% | 129 | 86 | 66.7% | 53.8% |