E-FILED
Friday, 01 April, 2005  03:14:41 PM
Clerk, U.S. District Court, ILCD

# BONUS POINTS AWARDED, 1/1/01-1/1/02

| Individual | Amount of Deposit | Date of Deposit | Description |
|---|---|---|---|
| Jane Minor | 50 | 1/18/2001 | Welcome Bonus |
| | 250 | 6/29/2001 | New Acct Stocking at St. John's in Q1   *2 new accts* |
| | 500 | 10/16/2001 | New Stocking Q3 - St. Mary's |
| | 250 | 11/17/2001 | Cordis - Q3 |
| | **1,050** | | |
| Denise Hill | 250 | 6/18/2001 | Great Start! |
| | 350 | 6/18/2001 | Rookie Rapid Impact-early success at Plano, Methodist, Osteo and Seton |
| | 250 | 6/29/2001 | Great SEAL attack at Seton |
| | 150 | 8/30/2001 | Great Teamwork |
| | 350 | 10/16/2001 | Rep of the quarter Q3 |
| | 500 | 10/16/2001 | New Stocking Q3 - Osteopathic |
| | 150 | 11/17/2001 | Thanks for your help |
| | 250 | 11/17/2001 | Cordis Q3 |
| | 500 | 11/17/2001 | New Stocking - MCD   *4 accts* |
| | 500 | 11/17/2001 | New Stocking - Seton |
| | 500 | 11/17/2001 | New Stocking - Harris |
| | **3,750** | | |
| Caroline Kopecky | 50 | 1/18/2001 | Welcome Bonus |
| | 100 | 4/17/2001 | Most accounts at DAG |
| | 150 | 4/17/2001 | Helping at Vascular Basic   *2 new accts* |
| | 50 | 4/17/2001 | Team Player |
| | 100 | 4/17/2001 | Great job at SVCIR |
| | 250 | 5/31/2001 | Great job at driving attendance at McNamara Symposium |
| | 200 | 5/31/2001 | Seal team effort - Memorial SW |
| | 250 | 6/29/2001 | Ochsner P & T Approval |
| | 250 | 6/29/2001 | Thanks for working Spohn Memorial and preserving the system |
| | 350 | 6/29/2001 | Rep of the quarter for Q2 |
| | 150 | 8/30/2001 | Great teamwork |
| | 400 | 8/30/2001 | New Stocking - Ochsner |
| | 250 | 10/16/2001 | Territory Analysis MBO |
| | 500 | 10/16/2001 | New Stocking Q3 - Ochsner |
| | 500 | 10/16/2001 | New Stocking Q3 - Methodist |
| | 500 | 10/16/2001 | Ad board attendance |
| | 250 | 11/17/2001 | Cordis Q3 |
| | 350 | 11/17/2001 | Thanks for your help |
| | 200 | 12/17/2001 | Team Contribution |
| | **4,850** | | |


PENGAD-Bayonne, N. J.
PETITIONER'S EXHIBIT
87

EEOC000535

Randy Van Cleave

## BONUS POINTS AWARDED, 1/1/01-1/1/02

| Date | Points | Description |
|---|---|---|
| 1/18/2001 | 50 | Welcome Bonus |
| 4/17/2001 | 250 | Training |
| 4/17/2001 | 50 | Research at Med Ctr KC |
| 6/18/2001 | 250 | Great Job: P&T @ PVH |
| 6/18/2001 | 400 | Sales Success at Wyoming and Poudre Valley |
| 6/29/2001 | 800 | New account stockings at Wyoming Medical and Podre Valley |
| 11/17/2001 | 250 | Cordis Q3 |
| 12/17/2001 | 235 | Bryan LGH order |
| | **2,285** | |

2 new acct's