

# Territory 342104:

## Centocor
CHLS Alignment

Confidential — for Centocor Internal Use Only

### Legend

▼ **OLD:** 12 Existing Account(s)

▼ **NEW:** 1 New Account(s)

▼ **DUAL COVERAGE:** 1 Account(s) are assigned to both Rep and Team Leader

▼ **REMICADE SALES:** $1,935,150

▼ **RETAVASE:**
- ▼ Sales: $988,900
- ▼ Market Share: 41.70%
- ▼ Untapped Potential: $1,382,700

EXHIBIT
9-3-04