E-FILED
Friday, 01 April, 2005  03:15:34 PM
Clerk, U.S. District Court, ILCD



# Centocor

## Cardiovascular Business Unit
## Incentive Compensation Report

Jane Minor
Vascular Specialist
Territory 342104
**March 2001**

### Q1 Payout Calculation

| Q1 Earnings | x | Q1 Eligibility | = | Q1 SICP Payout | + | Tot Q1 CM Payout | = | Total Q1 Payout |
|---|---|---|---|---|---|---|---|---|
| $6,250 | x | 100.00% | = | $6,250 | + | $625 | = | $6,875 |

### Q1 Payout
## $6,875

### Q1 Corporate Multiplier Calculation

| Q1 CM | x | Q1 Earnings | x | Q1 Eligibility | = | Q1 CM Payout | + | Year End CM Payout | = | Total Q1 CM Payout |
|---|---|---|---|---|---|---|---|---|---|---|
| 10% | x | $6,250 | x | 100.00% | = | $625 | + | $0 | = | $625 |

### Q1 Earnings Calculation

| Total Product Performance | → | Your National Rank | → | Q1 Base Earnings | x | Q1 Positive Dollar Change Eligibility** | = | Q1 Earnings |
|---|---|---|---|---|---|---|---|---|
| 12.00 | → | 11 | → | $6,250 | x | 100% | = | $6,250 |

**RETAVASE**
*Retavase*

Sales Units chart:
- Jan Units: 36.5 (37.5)
- Jan - Feb Units: 62.0 (75.0)
- Jan - Mar Units: 108.0 (121.5)

| Q1 Measure | | Meas. Rank | x | Meas. Weight | = | Product Performance |
|---|---|---|---|---|---|---|
| Vol = 108.0 | → | 11 | x | 50% | = | 5.50 |
| Vol Change = 108.0 - 121.5 = -13.5 | → | 13 | x | 30% | = | 3.90 |
| Vol Growth = 108.0 / 121.5 = 88.9% | → | 13 | x | 20% | = | 2.60 |
| Total | | | | 100% | = | 12.00 |

### Year End Corporate Multiplier Projection

| | Q1 | + | Q2* | + | Q3* | + | Q4* | = | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Payout | $6,875 | + | $6,875 | + | $6,875 | + | $6,875 | = | $27,500 |

| Annual Corporate Attainment | Year End Bonus |
|---|---|
| 103% + | 15% |
| 102% - 102.99% | 10% |
| 101% - 101.99% | 5% |
| less than 101% | 0% |

| Projected Year End Payout | x | Projected Year End Multiplier | = | Projected Year End Bonus |
|---|---|---|---|---|
| $27,500 | x | 5% | = | $1,375 |

*If you continue at your current level of bonus payouts, assuming 100% eligibility and that Centocor exceeds its annual goal by 1%, you will receive a Year End CM of 5%. If Centocor exceeds its annual goal by more than 1%, the Year End CM will increase.

### Messages

**To be eligible for a payout, your Retavase dollar sales must exceed your Retavase dollar baseline, or your national rank must be better than 21. For product calculations and rankings: Volume Change = current - baseline; Volume Growth = current / baseline.

IC Expert Report™ created by Synygy, Inc.™, 555 North Lane, Suite 6000, Conshohocken, PA 19428  (610) 664-7433  ·www.synygy.com

Copyright © 2001. All rights reserved.

EXHIBIT
5
9-10-04   RW