*handwritten:* ACCTS CHANGED

## Centocor — August 2001

### VS YTD Territory Ranking Report
**Rank based on Total Performance**

| Territory | Rep Name | Q1 National Rank | Q2 National Rank | Q3 National Rank | Q4 National Rank | YTD National Rank |
|---|---|---|---|---|---|---|
| 332104 | Tom Howard | 3 | 2 | 1 | N/A | 1 |
| 312103 | Daniel Doyle | 1 | 10 | 3 | N/A | 2 |
| 332101 | John Toale | 2 | 12 | 5 | N/A | 3 |
| 322104 | Jon Nolan | 4 | 1 | 14 | N/A | 4 |
| 332103 | Jennifer Richardson | 18 | 3 | 6 | N/A | 5 |
| 352102 | Michelle Stevens | 5 | 14 | 9 | N/A | 6 |
| 332102 | Thomas Morey | 14 | 11 | 6 | N/A | 7 |
| 342102 | Caroline Kopecky | 23 | 5 | 2 | N/A | 8 |
| 322105 | Diane Lehman | 16 | 4 | 12 | N/A | 9 |
| 342101 | Denise Hill-Bannister | 15 | 13 | 3 | N/A | 10 |
| 312104 | Kristen De Luca | 7 | 5 | 16 | N/A | 11 |
| 342103 | Randy Van Cleave | 12 | 9 | 13 | N/A | 12 |
| 312105 | Lori Robleson | 7 | 5 | 20 | N/A | 13 |
| 352101 | Stephanie Chamberlin | 9 | 23 | 8 | N/A | 14 |
| 312106 | Theresa Wisse | 22 | 8 | 15 | N/A | 15 |
| 322102 | Patricia Till | 19 | 22 | 10 | N/A | 16 |
| 352103 | Samual James Bartlett | 10 | 15 | 21 | N/A | 17 |
| 322103 | Wendy Jurosek | 19 | 16 | 18 | N/A | 18 |
| 312101 | Jolanta Wierzbicki | 13 | 20 | 17 | N/A | 19 |
| 352104 | Stefanie Wetheral | 21 | 21 | 11 | N/A | 20 |
| 322101 | Lydia Afeman | 17 | 17 | 19 | N/A | 21 |
| 342104 | Jane Minor | 11 | 18 | 22 | N/A | 22 |
| 312102 | Danielle Figoni | 6 | 19 | 23 | N/A | 23 |

*handwritten annotations:* "from 11", "Promoted", "from 19", "from 2", "in ours #4", "from 14", "→ NO BONUS"

IC Expert Report™ created by Synygy, Inc.™, 555 North Lane, Suite 6000, Conshohocken, PA 19428 (610) 664-7433 · www.synygy.com
Copyright © 2001. All rights reserved.

*handwritten:* EXHIBIT H R2



EXHIBIT
HH
9·10·04

EEOC00069

EEOC0069