E-FILED
Friday, 01 April, 2005  03:16:07 PM
Clerk, U.S. District Court, ILCD

## Minor, Jane [CNTUS]

| | |
|---|---|
| From: | Minor, Jane [CNTUS] |
| Sent: | Monday, September 10, 2001 11:32 PM |
| To: | Siciliano, Antonio [CNTUS] |
| Subject: | Signature required |

| | |
|---|---|
| Follow Up Flag: | Read |
| Flag Status: | Flagged |

Tony,
I need to have you sign the JNJ Job Release Form for me to acquire another position within JNJ. Your urgent attention to this matter is important. I appreciate your completing this form and faxing it to me at 217-787-6197 by    5 PM Tuesday, September 11, 2001.
Regards,
Jane

EXHIBIT

I I

9-10-04  Ro

EEOC00058

Exhibit E. Schedule 1

EEOC0058