E-FILED
Friday, 01 April, 2005 03:16:55 PM
Clerk, U.S. District Court, ILCD

# ST. LOUIS TERRITORY     JANE MINOR

| # | Hospital | | | Population | |
|---|----------|---|---|---|---|
| 1 | St. John's Hospital | Springfield IL | Peoria IL | 110,700 113,100 | 70 miles |
| 2 | St. Francis Med Ctr | Peoria IL | Peoria IL | 339,100 | 100 miles |
| 3 | Methodist Med Ctr | Peoria IL | Peoria IL | | |
| 4 | Barnes Jewish | St. Louis MO | St. Louis MO | | |
| 5 | St. Louis University Med Ctr | St. Louis MO | St. Louis MO | | |
| 6 | St. John's Mercy Med Ctr | Creve Coe MO | St. Louis MO | 12,000 | 30 miles |
| 7 | St. Joseph Med Ctr | St. Charles MO | St. Louis MO | 58,400 | |
| 8 | Iowa Methodist Med Ctr | Des Moine IA | Des Moines IA | | |
| 9 | Mercy Hospital Med Ctr | Des Moines | Des Moines IA | 42,400 330 miles | 330 miles |
| 10 | St. Mary's Med Ctr. | Evansville IN | Evansville IN | 122,400 404 miles | 404 miles |
| 11 | Deaconess Hospital | Evansville IN | Evansville IN | | |
| 12 | Owensboro Mercy Health System Owensboro KY | | Owensboro KY | 54,300 | 445 miles |

852,400



EXHIBIT

# HOUSTON TERRITORY

## CAROLINE KOPECKY

Reg.Med Ctr.

|  |  |  |  | Population |
|---|---|---|---|---|
| 1 Columbia Conroe | Conroe TX | Houston | 34,900 30 miles |
| 2 Hermann Hospital | Houston TX | Houston | 1,752,500 |
| 3 Houston NW Med Ctr. | Houston TX | Houston |  |
| 4 Mem City Gen Hosp | Houston TX | Houston |  |
| 5 Memorial NorthWest Hospital | Houston TX | Houston |  |
| 6 Methodist Hospital Baylor College | Houston TX | Houston |  |
| 7 Park Plaza Hospital | Houston TX | Houston |  |
| 8 Plaza Specialty Hospital | Houston TX | Houston |  |
| 9 St.Luke's Episcopal Hospital | Houston TX | Houston |  |
| 10 Univ.of TX Med Plan | Galvaston TX |  | 234,600 47 miles |
| 11 Spohn Hospital | Corpus Christi, TX |  | 285,100 215 miles |
| 12 Valley Baptist Med Ctr | Harlingen TX |  | 58,300 430 miles |
| 13 Knapp Mem Methodist Hospital | Weslaco TX |  | 27,700 by Harlingen |
| 14 Ochsner Foundation Hospital | New Orleans, LA |  | 471,200 351 miles |
| 15 Santa Rosa Hospital | San Antoni TX |  |  |
| 16 SouthWest TX Methodist Hosp | San Antoni TX |  | 1,089,500 199 miles |
|  |  |  | 3,953,800 |

DALLAS TERRITORY    DENISE   BANNISTER/HILL

| # | Hospital | City | State | | Population | |
|---|----------|------|-------|---|-----------|---|
| 1 | Arlington Memorial Hospital | Arlington | TX | D/Ft.W | 307,400 | |
| 2 | Baylor Univ.Med Ctr | Dallas | TX | D/Ft.W | 1,061,200 | |
| 3 | Columbia Med Ctr | Plano | TX | D/Ft.W | 212,400 | |
| 4 | Columbia Med Ctr | Dallas | TX | D/Ft.W | | |
| 5 | Harris Hospital-Methodist | Ft.Worth | TX | D/Ft.W | | |
| 6 | Methodist Hospital of Dallas | Dallas | TX | D/Ft.W | 495,100 | |
| 7 | Osteo Med Ctr of Texas | Ft.Worth | TX | D/Ft.W | | |
| 8 | Presbyterian Hospital | Dallas | TX | D/Ft.W | | |
| 9 | St.Paul Hospital | Dallas | TX | D/Ft.W | | |
| 10 | Providence Health Ctr | Waco | TX | | 108,900 | 96 miles |
| 11 | Scott & White Mem.Hospital | Temple | TX | | 52,100 | 134 miles |
| 12 | Seton Med Ctr | Austin | TX | | 551,000 | 195 miles |
| 13 | United Regional Healthcare Ctr | Wichita Fa | TX | | 103,200 | 134 miles |
| | | | | | 2,891,300 | |

**OKLAHOMA CITY**     **TERRITORY**     **RANDY   VAN CLEAVE**

| | | | Population |
|---|---|---|---|
| 1 Lester Cox Med Ctr | Springfield | MO | 142,200 |
| 2 St.John's Reg.Health Ctr | Springfield | MO | |
| 3 Colorado Pres St Lukes Med Ctr | Denver | CO | |
| 4 Columbia Med Ctr of Aurora | Aurora | CO | 503,000 |
| 5 Poudre Valley Hosp | Ft.Collins | CO | 255,800 |
| 6 St.Anthony Hospital | Denver | CO | 107,000 62 miles |
| 7 Exempla Health | WheatRidge | CO | |
| 8 Bryan Lgh Med Ctr E | Lincoln | NE | 210,500 |
| 9 Nebraska Methodist Hospital | Omaha | NE | 366,900 58 miles apart |
| 10 St.Francis Hospital | Tulsa | OK | |
| 11 Tulsa Regional Med Ctr | Tulsa | OK | 379,200 187 miles |
| 12 Wyoming Med Ctr | Casper | WY | 48,700 |
| | | | 2,013,300 |

J&J 2493