E-FILED
Friday, 01 April, 2005 03:17:30 PM
Clerk, U.S. District Court, ILCD

J-P

## Minor, Jane [CNTUS]

**From:** Kinney, Robin (CRDUS) [RKinney@CRDUS.JNJ.com]
**Sent:** Sunday, September 23, 2001 9:36 PM
**To:** Minor, Jane [CNTUS]
**Subject:** Sales results

Jane,

Thought you might like to see how well you are doing.

Thanks,

Robin <<Centocor Revised Forecast 090701.xls>>

P.1

1/2/02

Exhibit F

9/7/01

2.

Centocor
July - August 2001 Sales
Microcatheters, Guides, and Embolic Agents
September 7th, 2001

| Territory | Last | COACT# | Account Name | City | State | Microcatheters: Transit | Rapid Transit | Prowler Plus | Mass Transit Single | Mass Transit Kit | Guides: Agility 14 | Embolic Agents: PVA | Pushable Coils | Coil Pusher | Total July - Aug 2001 $ Sales | Total July - Aug 2001 $ Forecast | July - Aug 2001 % to FCST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 332102 Total | | | | | | 3,826 | 486 | (1,900) | | 3,800 | 8,160 | 860 | | 1,026 | 17,796 | 32,841 | 84% |
| 332103 | Richardson | 2886 | EMORY UNIVERSITY HOSPITAL | ATLANTA | GA | 1,100 | | | 1,780 | | 1,550 | 2,047 | 5,119 | 851 | 12,447 | | |
| 332103 | Richardson | 2904 | ST. LUKES HOSPITAL | JACKSONVILLE | FL | | 720 | | | | | | | 1,025 | 1,745 | | |
| 332103 | Richardson | 4128 | ST. DOMINICS-JACKSON HOSPITAL | JACKSON | MS | | 830 | | | | | | | | 830 | | |
| 332103 | Richardson | 4775 | DEKALB GENERAL HOSPITAL | DECATUR | GA | | | | | | | 2,225 | | | 2,226 | | |
| 332103 | Richardson | 4849 | SHANDS JACKSONVILLE | JACKSONVILLE | FL | | | | 295 | | | 3,116 | | | 3,410 | | |
| 332103 | Richardson | 5890 | ST. VINCENTS MEDICAL CENTER | JACKSONVILLE | FL | 6,750 | | | | | | | | | 8,750 | | |
| 332103 | Richardson | 29906 | ATLANTA MEDICAL CENTER | ATLANTA | GA | | 1,060 | | | 850 | | 1,780 | | | 3,510 | | |
| 332103 Total | | | | | | 7,860 | 2,450 | | 2,636 | 890 | 1,880 | 9,107 | 6,119 | 1,898 | 30,717 | 43,182 | 71% |
| 332104 | Howard | 2819 | NORTH CAROLINA BAPTIST HOSP | WINSTON SALEM | NC | 6,750 | | | | | | | | | 6,750 | | |
| 332104 | Howard | 2840 | PRESBYTERIAN HEALTH SERVICES | CHARLOTTE | NC | | 4,807 | | | | | | | | 4,807 | | |
| 332104 | Howard | 2859 | ROPER HOSPITAL | CHARLESTON | SC | | 360 | | | | | | 435 | | 795 | | |
| 332104 | Howard | 2862 | MCLEOD REGIONAL MEDICAL CENTER | FLORENCE | SC | 1,000 | | | | | | | | | 1,000 | | |
| 332104 | Howard | 2867 | ST. FRANCIS COMMUNITY | GREENVILLE | SC | | 345 | | | | | | | 410 | 765 | | |
| 332104 | Howard | 2889 | ERLANGER MEDICAL CENTER | CHATTANOOGA | TN | 600 | 1,060 | 400 | | 325 | 1,920 | | | | 4,225 | | |
| 332104 | Howard | 4107 | PROVIDENCE HOSPITAL | COLUMBIA | SC | 2,800 | | | | | | | | | 2,800 | | |
| 332104 | Howard | 4126 | MEMORIAL HOSPITAL | CHATTANOOGA | TN | 750 | | | | | | | | | 750 | | |
| 332104 | Howard | 4740 | NORTHEAST MEDICAL CENTER | CONCORD | NC | | 890 | | | | | | | | 890 | | |
| 332104 | Howard | 58819 | MEDICAL UNIV OF SOUTH CAROLINA | CHARLESTON | SC | | 2,395 | | | | | | | | 2,395 | | |
| 332104 | Howard | 67891 | CAROLINAS MEDICAL CENTER | CHARLOTTE | NC | | 1,800 | 1,800 | | | | | | | 3,400 | | |
| 332104 Total | | | | | | 10,890 | 11,277 | 2,600 | | 325 | 1,820 | | 435 | 410 | 28,967 | 40,491 | 67% |
| 3421 | Siciliano | 3812 | ALTON OCHSNER FOUNDATION | JEFFERSON | LA | 3,980 | 800 | | | | | | | | 4,560 | | |
| 3421 | Siciliano | 4182 | PRESBYTERIAN HOSPITAL | DALLAS | TX | 1,250 | 2,890 | | | | | | | | 4,130 | | |
| 3421 | Siciliano | 6880 | MEDICAL CITY DALLAS HOSPITAL | DALLAS | TX | | 777 | | | | | | | | 777 | | |
| 3421 | Siciliano | 47617 | ZALE LIPSHY UNIVERSITY | DALLAS | TX | | | 3,600 | 590 | | 5,405 | 1,062 | 709 | 1,040 | 13,405 | | |
| 3421 Total | | | | | | 6,210 | 4,267 | 3,800 | 590 | | 6,405 | 1,082 | 709 | 1,040 | 22,872 | 34,236 | 67% |
| 342101 | Hill-Bannister | 3683 | HARRIS HOSPITAL | FORT WORTH | TX | 1,470 | 1,725 | 1,850 | | | | | 4,410 | 920 | 10,275 | | |
| 342101 | Hill-Bannister | 3686 | UNITED REGIONAL HEALTHCARE | WICHITA FALLS | TX | 2,600 | | | | | | | | | 2,600 | | |
| 342101 | Hill-Bannister | 3687 | SCOTT & WHITE MEMORIAL HOSP | TEMPLE | TX | | 1,036 | | | | | | | | 1,036 | | |
| 342101 | Hill-Bannister | 6676 | HCA MEDICAL CENTER OF PLANO | PLANO | TX | | | 2,000 | | | | | | | 2,000 | | |
| 342101 | Hill-Bannister | 8688 | ARLINGTON MEDICAL CENTER | ARLINGTON | TX | | 648 | | | | 380 | | 381 | 280 | 1,569 | | |
| 342101 | Hill-Bannister | 81097 | SOUTHWEST TEXAS METHODIST HOSP | SAN ANTONIO | TX | | | | 1,554 | | | | | | 1,554 | | |
| 342101 | Hill-Bannister | 71858 | BAYLOR UNIVERSITY MEDICAL | DALLAS | TX | | 850 | | | | | | | | 850 | | |
| 342101 Total | | | | | | 3,870 | 3,868 | 3,880 | 1,584 | | 380 | | 4,771 | 1,066 | 19,873 | 20,924 | 94% |
| 342102 | Kopecky | 3609 | TULANE MEDICAL CENTER HOSPITAL | NEW ORLEANS | LA | 800 | | | | | | | | | 800 | | |
| 342102 | Kopecky | 3691 | THE METHODIST HOSPITAL | HOUSTON | TX | 408 | 2,040 | 2,400 | | | 585 | 445 | | | 5,976 | | |
| 342102 | Kopecky | 3692 | ST LUKES EPISCOPAL HOSPITAL | HOUSTON | TX | | | | | 3,250 | | | | | 3,260 | | |
| 342102 | Kopecky | 3714 | SOUTHWEST TEXAS METHODIST | SAN ANTONIO | TX | | | | 827 | | | | | | 922 | | |
| 342102 | Kopecky | 5588 | BEN TAUB GENERAL HOSPITAL | HOUSTON | TX | | 3,800 | 1,850 | | | | 2,225 | | | 7,875 | | |
| 342102 | Kopecky | 5600 | UNIVERSITY OF TEXAS MEDICAL | GALVESTON | TX | | | 1,800 | | | 1,950 | | | | 3,550 | | |
| 342102 | Kopecky | 10718 | MEMORIAL HOSPITAL SYSTEM N.W. | HOUSTON | TX | | | | 1,475 | | | 446 | 870 | 410 | 3,200 | | |
| 342102 | Kopecky | 28434 | UNIVERSITY OF TEXAS CANCER CTR | HOUSTON | TX | | | | 7,375 | 1,826 | | | | | 9,000 | | |
| 342102 | Kopecky | 26974 | HERMANN HOSPITAL | HOUSTON | TX | | 12,085 | | | 3,258 | 3,255 | 9,800 | 5,620 | 161 | 33,161 | | |
| 342102 Total | | | | | | 1,086 | 17,705 | 6,980 | 9,872 | 9,126 | 6,780 | 12,016 | 6,390 | 571 | 67,126 | 46,470 | 144% |
| 342103 | Van Cleave | 3870 | ST LUKES HOSPITAL | KANSAS CITY | MO | | 570 | 2,590 | 490 | | | | | | 3,840 | | |
| 342103 | Van Cleave | 3674 | RESEARCH MEDICAL CENTER | KANSAS CITY | MO | 1,290 | 3,385 | 400 | | | | | 1,740 | | 8,795 | | |
| 342103 | Van Cleave | 3632 | BAPTIST MEDICAL CENTER | LITTLE ROCK | AR | | | 370 | | 850 | | | | | 1,020 | | |
| 342103 | Van Cleave | 4187 | LUTHERAN HOSP & MED CTR | WHEAT RIDGE | CO | | | | | 836 | | 386 | | | 1,002 | | |
| 342103 | Van Cleave | 6670 | ST. FRANCIS HOSPITAL | TULSA | OK | | 4,690 | | | | | | | | 4,890 | | |
| 342103 | Van Cleave | 6751 | COLUMBIA MED CTR AURORA | AURORA | CO | | 1,370 | | | 835 | | | | | 2,306 | | |
| 342103 | Van Cleave | 6757 | ST. ANTHONY'S HOSPITAL | DENVER | CO | 2,500 | 2,480 | | | | | | | | 4,960 | | |
| 342103 | Van Cleave | 6770 | POUDRE VALLEY HOSPITAL | FORT COLLINS | CO | 1,260 | | | | | | | | | 1,260 | | |
| 342103 | Van Cleave | 6918 | WYOMING MEDICAL CENTER | CASPER | WY | 1,250 | | | | | | | | | 1,260 | | |
| 342103 | Van Cleave | 6863 | ST JOSEPH HOSPITAL | KANSAS CITY | MO | | 2,070 | | | | | 708 | 566 | | 3,348 | | |
| 342103 | Van Cleave | 8774 | ST. JOHNS HOSPITAL | TULSA | OK | 1,600 | | | | | | | | | 1,500 | | |
| 342103 | Van Cleave | 76537 | ST. JOHN'S HEALTH SYSTEM | SPRINGFIELD | MO | | | | | | 1,140 | | | | 1,140 | | |
| 342103 | Van Cleave | 54029 | PSL HEALTHCARE SYSTEMS | DENVER | CO | 5,836 | 872 | | | | | | | | 8,758 | | |
| 342103 | Van Cleave | 58361 | BAPTIST MEDICAL CENTER | KANSAS CITY | MO | | | | | 325 | | 1,335 | | | 1,680 | | |
| 342103 Total | | | | | | 13,726 | 16,337 | 3,380 | 480 | 2,547 | 1,140 | 2,409 | 2,306 | | 41,307 | 29,898 | 138% |
| 342104 | Minor | 3628 | METHODIST MEDICAL CENTER | EAST PEORIA | IL | | 380 | | | | | | | | 380 | | |
| 342104 | Minor | 3648 | ST JOHNS HOSPITAL | SPRINGFIELD | IL | | 1,725 | | | | 1,950 | 1,335 | 1,350 | 815 | 8,976 | | |
| 342104 | Minor | 4136 | ST. MARYS HOSPITAL | EVANSVILLE | IN | | | | 1,180 | | | | | | 1,180 | | |
| 342104 | Minor | 6182 | UNIV OF IOWA HOSP & CLINICS | IOWA CITY | IA | | 693 | 4,400 | | | | | | | 6,090 | | |
| 342104 | Minor | 5906 | IOWA METHODIST HOSPITAL | DES MOINES | IA | | | | | 480 | | | | | 480 | | |
| 342104 | Minor | 6472 | ST FRANCIS MEDICAL CENTER | PEORIA | IL | | 8,120 | 840 | | 1,960 | 2,808 | 445 | 8,976 | 1,640 | 22,879 | | |
| 342104 | Minor | 8545 | BARNES HOSPITAL | ST LOUIS | MO | | | (1,500) | | 12,350 | 500 | 14,240 | | | 25,490 | | |
| 342104 Total | | | | | | | 8,966 | 3,640 | 1,180 | 14,790 | 8,359 | 16,622 | 10,336 | 2,366 | 82,464 | 42,986 | 147% |
| 3521 | DeFonce | 3849 | SADDLEBACK COMMUNITY HOSPITAL | LAGUNA HILLS | CA | 750 | | | | | | | | | 750 | | |
| 3521 | DeFonce | 3881 | ST. JOSEPHS HOSPITAL | ORANGE | CA | 250 | | 800 | | | | | | | 1,050 | | |
| 3521 | DeFonce | 7162 | FOUNTAIN VALLEY HOSPITAL | FOUNTAIN VALLEY | CA | 250 | | | | | | | | | 250 | | |
| 3521 | DeFonce | 20674 | MISSION HOSPITAL | MISSION VIEJO | CA | 750 | | | | 325 | | 445 | 710 | 410 | 2,640 | | |
| 3521 | DeFonce | 42836 | ST JOSEPHS HOSPITAL | ORANGE | CA | 250 | 1,440 | | | | | | | 205 | 1,896 | | |
| 3521 Total | | | | | | 2,290 | 1,440 | 906 | | 325 | | 446 | 719 | 615 | 8,696 | 16,291 | 49% |
| 352101 | Chamberlin | 1118 | GOOD SAMARITAN HOSPITAL | PHOENIX | AZ | | 530 | | | | | | | | 630 | | |
| 352101 | Chamberlin | 3753 | ST LUKES HOSPITAL | PHOENIX | AZ | 4,000 | | | | | | | | | 4,000 | | |
| 352101 | Chamberlin | 4199 | ST. JOSEPHS HOSPITAL AND | PHOENIX | AZ | | 8,315 | 1,200 | | 650 | | | | | 8,185 | | |

TONY ICILIANO

DENISE HILL

KOLYN KOPECKY

JOY ANN LEAVE

INE MINOR

8.7%

94%

144%

138%

147%

EX F, P.2

P3

[illegible]
July - August 2001 Sales
Microcatheters, Guides, and Embolic Agents
September 7th, 2001

| Territory | List | COACT# | Account Name | City | State | Microcatheters: Transit | Rapid Transit | Prowler Plus | Mass Transit Single | Mass Transit Kit | Guides: Agility 14 | Embolic Agents: PVA | Pushable Coils | Coil Pusher | Total July - Aug 2001 $ Sales | Total July - Aug 2001 $ Forecast | July - Aug 2001 % to FCST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3121 | Starner | 2629 | HARRISBURG HOSPITAL | HARRISBURG | PA | 1,250 | | | | | | | | | 1,250 | | |
| 3121 | Starner | 2742 | GEORGETOWN UNIVERSITY HOSPITAL | WASHINGTON | DC | 2,500 | | | | | | | | | 2,500 | | |
| 3121 | Starner | 4079 | WASHINGTON HOSPITAL CENTER | WASHINGTON | DC | 945 | | | | | | | | | 945 | | |
| 3121 | Starner | 4566 | UNIVERSITY OF MARYLAND | BALTIMORE | MD | | 6,480 | | | | 195 | | | 1,845 | 8,520 | | |
| 3121 | Starner | 4720 | U N C HOSPITALS | CHAPEL HILL | NC | | 5,400 | | | | | 1,110 | | 1,435 | 7,845 | | |
| 3121 | Starner | 9117 | WASHINGTON HOSPITAL | WASHINGTON | DC | 18,832 | | | | | | | | | 18,832 | | |
| 3121 | Starner | 9126 | JOHNS HOPKINS HEALTH SYSTEM | BALTIMORE | MD | | 5,620 | | | 19,826 | | | | | 25,349 | | |
| 3121 | Starner | 45266 | MASSACHUSETTS GENERAL HOSPITAL | BOSTON | MA | 1,320 | 2,415 | | | | | | | | 3,735 | | |
| 3121 | Starner | 72362 | DUKE UNIVERSITY | DURHAM | NC | 3,260 | | | | | | | | | 3,260 | | |
| 3121 | Starner | 72812 | DUKE UNIVERSITY | DURHAM | NC | | 1,080 | | | | 2,030 | | | | 3,110 | | |
| 3121 Total | | | | | | 26,907 | 20,995 | | | 19,826 | 2,226 | 1,110 | | 3,280 | 73,232 | 84,960 | 118% |
| 312101 | Wierzbicki | 2399 | MAINE MEDICAL CENTER | WESTBROOK | ME | | 2,070 | | | | | | | | 2,070 | | |
| 312101 | Wierzbicki | 2400 | MAINE MEDICAL CENTER | PORTLAND | ME | | 705 | | | | | | | | 705 | | |
| 312101 | Wierzbicki | 7232 | LAHEY CLINIC MEDICAL CENTER | BURLINGTON | MA | | | 400 | | | | | | | 400 | | |
| 312101 | Wierzbicki | 7269 | BRIGHAM AND WOMENS HOSPITAL | BOSTON | MA | | 2,160 | | 4,130 | | 695 | | | | 6,985 | | |
| 312101 | Wierzbicki | 7313 | NEW ENGLAND MEDICAL CENTER | BOSTON | MA | | 535 | 400 | | | 195 | | | 1,026 | 2,156 | | |
| 312101 | Wierzbicki | 7327 | BETH ISRAEL DEACONESS MED CTR | BOSTON | MA | 500 | | | | | | | | | 500 | | |
| 312101 | Wierzbicki | 7382 | RHODE ISLAND HOSPITAL | PROVIDENCE | RI | | | | | 1,826 | | | | | 1,826 | | |
| 312101 | Wierzbicki | 7373 | ELLIOTT HOSPITAL | MANCHESTER | NH | | | | | 1,826 | | | | | 1,826 | | |
| 312101 | Wierzbicki | 7407 | MEDICAL CENTER HOSPITAL | BURLINGTON | VT | | | | | | 595 | | | | 695 | | |
| 312101 | Wierzbicki | 7416 | BRISTOL HOSPITAL | BRISTOL | CT | | | 740 | | 1,625 | | | | | 2,365 | | |
| 312101 | Wierzbicki | 7434 | HARTFORD HOSPITAL | HARTFORD | CT | | | | | 7,800 | | | | | 7,800 | | |
| 312101 | Wierzbicki | 30813 | BETH ISRAEL DEACONESS MED CTR | BOSTON | MA | 2,750 | 1,035 | | | | 1,810 | | | 410 | 8,005 | | |
| 312101 | Wierzbicki | 61937 | HOSPITAL OF SAINT RAPHAEL | NEW HAVEN | CT | 1,540 | | | | | 1,170 | | | 410 | 4,745 | | |
| 312101 Total | | | | | | 4,790 | 6,605 | 1,540 | 4,130 | 14,306 | 4,465 | | | 1,846 | 37,906 | 42,887 | 88% |
| 312102 | Figoni | 2481 | BETH ISRAEL MEDICAL CENTER | NEW YORK | NY | | | | | 1,826 | | | | | 1,826 | | |
| 312102 | Figoni | 2499 | BETH ISRAEL HOSPITAL NORTH | NEW YORK | NY | | 5,720 | | | | | | | | 5,720 | | |
| 312102 | Figoni | 2501 | MT SINAI HOSPITAL | NEW YORK | NY | | 2,475 | | | | 1,030 | 4,450 | 1,740 | 615 | 10,310 | | |
| 312102 | Figoni | 2503 | PRESBYTERIAN HOSPITAL | NEW YORK | NY | | | | | | 8,775 | | | | 8,775 | | |
| 312102 | Figoni | 4032 | NEW YORK UNIVERSITY | NEW YORK | NY | 2,500 | | | | | | | | 875 | 3,175 | | |
| 312102 | Figoni | 4034 | NEW YORK HOSPITAL | NEW YORK | NY | | | | | | 7,020 | | | 410 | 7,430 | | |
| 312102 | Figoni | 4390 | WESTCHESTER COUNTY MEDICAL CTR | VALHALLA | NY | 880 | 4,845 | 4,850 | | | | | 7,265 | 1,025 | 18,865 | | |
| 312102 | Figoni | 4441 | UNIVERSITY MEDICAL CENTER | STONY BROOK | NY | | 720 | | | | | | | | 720 | | |
| 312102 | Figoni | 7183 | ST. BARNABAS MEDICAL CENTER | LIVINGSTON | NJ | | | | | 875 | | | | | 875 | | |
| 312102 | Figoni | 72990 | WINTHROP UNIVERSITY HOSPITAL | MINEOLA | NY | | | | | | | | | 410 | 410 | | |
| 312102 Total | | | | | | 3,380 | 13,760 | 4,850 | | 2,806 | 16,825 | 4,450 | 9,005 | 3,136 | 57,805 | 39,423 | 147% |
| 312103 | Doyle | 2452 | WEST JERSEY HEALTH SYSTEM | VOORHEES | NJ | | | | | 1,826 | | | | | 1,826 | | |
| 312103 | Doyle | 2459 | COOPER MEDICAL CENTER | PENNSAUKEN | NJ | | 345 | | | | | | | | 345 | | |
| 312103 | Doyle | 6969 | COMMUNITY MEDICAL CENTER | TOMS RIVER | NJ | | 1,800 | | | | | | | | 1,800 | | |
| 312103 | Doyle | 19028 | CHRISTIANA CARE HEALTH SERVICE | NEWARK | DE | | | 800 | | | | | 436 | | 1,236 | | |
| 312103 | Doyle | 70239 | GRADUATE HOSPITAL OF THE | PHILADELPHIA | PA | | | | | 850 | | | | | 850 | | |
| 312103 | Doyle | 71866 | HOSP OF THE UNIVERSITY OF | PHILADELPHIA | PA | | 2,600 | | 2,250 | | | | | | 4,860 | | |
| 312103 Total | | | | | | | 4,745 | 800 | 2,250 | 2,276 | | | 436 | | 10,606 | 8,900 | 121% |
| 312104 | DeLuca | 6887 | COMMUNITY MEDICAL CENTER | SCRANTON | PA | 1,260 | | | | | | | | | 1,260 | | |
| 312104 | DeLuca | 7488 | YALE-NEW HAVEN HOSPITAL | NEW HAVEN | CT | 5,000 | 11,180 | 4,000 | | 326 | 875 | 4,450 | | | 25,910 | | |
| 312104 | DeLuca | 7499 | ALBANY MEDICAL CENTER | COLONIE | NY | | | 2,400 | | | | | | | 2,400 | | |
| 312104 | DeLuca | 7541 | ST JOSEPHS HOSPITAL | SYRACUSE | NY | 4,500 | | | | | | | | | 4,500 | | |
| 312104 | DeLuca | 7636 | MILLARD FILLMORE HOSPITAL | BUFFALO | NY | | | 9,880 | 286 | | | | | | 10,876 | | |
| 312104 | DeLuca | 7877 | UNIVERSITY OF ROCHESTER | ROCHESTER | NY | | | | | | 1,580 | | | | 1,580 | | |
| 312104 | DeLuca | 7878 | ROCHESTER GENERAL HOSPITAL | ROCHESTER | NY | 2,840 | | | | | | | | | 2,840 | | |
| 312104 | DeLuca | 8640 | ERIE COUNTY MEDICAL CENTER | BUFFALO | NY | 750 | | | | | | | | | 750 | | |
| 312104 | DeLuca | 26101 | SUNY HEALTH SCIENCE | SYRACUSE | NY | | | 2,720 | | | 1,170 | | 1,600 | 3,075 | 8,465 | | |
| 312104 | DeLuca | 78642 | CROUSE HOSPITAL | SYRACUSE | NY | | | | | | | 445 | | | 445 | | |
| 312104 Total | | | | | | 14,140 | 11,180 | 17,800 | 286 | 326 | 3,705 | 4,895 | 1,600 | 3,075 | 56,865 | 45,818 | 124% |
| 312105 | Robinson | 2774 | FAIRFAX HOSPITAL | FALLS CHURCH | VA | | 7,125 | | | | | 1,500 | | 1,350 | 9,875 | | |
| 312105 | Robinson | 2789 | MARTHA JEFFERSON HOSPITAL | CHARLOTTESVILLE | VA | | | | | | | 445 | | | 445 | | |
| 312105 | Robinson | 2798 | RIVERSIDE REGIONAL MEDICAL CTR | NEWPORT NEWS | VA | 1,250 | | | | | | | | | 1,250 | | |
| 312105 | Robinson | 2833 | PITT COUNTY MEMORIAL HOSPITAL | GREENVILLE | NC | 500 | | | | | | | | | 500 | | |
| 312105 | Robinson | 4092 | ALEXANDRIA HOSPITAL | ALEXANDRIA | VA | | 1,800 | | | | 195 | | | | 1,895 | | |
| 312105 | Robinson | 4872 | MEDICAL COLLEGE OF VIRGINIA | RICHMOND | VA | | | | | 2,275 | | 1,500 | | 1,435 | 5,510 | | |
| 312105 | Robinson | 4760 | CRAVEN COUNTY HOSPITAL | NEW BERN | NC | 1,000 | | | | | | | | | 1,000 | | |
| 312105 | Robinson | 13928 | UNIVERSITY OF VIRGINIA | CHARLOTTESVILLE | VA | | 1,200 | | | | | 1,925 | | 816 | 3,745 | | |
| 312105 Total | | | | | | 2,750 | 10,125 | | | 2,275 | 195 | 5,370 | | 3,601 | 24,124 | 62,852 | 40% |
| 312108 | Wiese | 2682 | SEWICKLEY VALLEY HOSPITAL | SEWICKLEY | PA | | 346 | | | 326 | | | | | 870 | | |
| 312108 | Wiese | 2685 | ALLEGHENY GENERAL HOSPITAL | PITTSBURGH | PA | | 2,070 | | | | 250 | | | | 2,320 | | |
| 312108 | Wiese | 2697 | WASHINGTON HOSPITAL | WASHINGTON | PA | 1,250 | | | | | | | | | 1,250 | | |
| 312108 | Wiese | 4050 | ST FRANCIS MEDICAL CENTER | PITTSBURGH | PA | | | | 295 | | | | | | 295 | | |
| 312108 | Wiese | 4086 | MEMORIAL HOSPITAL | CUMBERLAND | MD | 250 | | | | | | | | | 250 | | |
| 312108 | Wiese | 7713 | HAMOT HOSPITAL | ERIE | PA | 1,260 | | | | | | | | | 1,260 | | |
| 312108 | Wiese | 9042 | MERCY HOSPITAL | PITTSBURGH | PA | | 680 | | | | | 2,100 | 6,800 | 525 | 10,105 | | |
| 312108 | Wiese | 29696 | SHADYSIDE HOSPITAL | PITTSBURGH | PA | | | 400 | 1,180 | | 390 | | | 820 | 2,790 | | |
| 312108 Total | | | | | | 2,790 | 3,096 | 400 | 1,475 | 326 | 646 | 2,100 | 6,800 | 1,345 | 18,090 | 16,473 | 110% |
| 3221 | Shaffer | 3068 | TOLEDO HOSPITAL | TOLEDO | OH | 500 | | | | | | | | | 600 | | |
| 3221 | Shaffer | 3100 | CLEVELAND CLINIC FOUNDATION | CLEVELAND | OH | | 18,080 | | | 850 | | | | 410 | 20,140 | | |
| 3221 | Shaffer | 3154 | KETTERING MEMORIAL HOSPITAL | KETTERING | OH | 1,500 | | | | | | (758) | | | 744 | | |
| 3221 | Shaffer | 5068 | OHIO STATE UNIVERSITY MED CTR | COLUMBUS | OH | | | | 1,180 | 8,776 | | | | | 9,956 | | |

EX F, P.3

Pg 4

Centocor
July - August 2001 Sales
Microcatheters, Guides, and Embolic Agents
September 7th, 2001

| Territory | Last | COACT# | Account Name | City | State | Microcatheters: Transit | Rapid Transit | Prowler Plus | Mass Transit Single | Mass Transit Kit | Guides: Agility 14 | Embolic Agents: PVA | Pushable Coils | Coil Pusher | Total July - Aug 2001 $ Sales | Total July - Aug 2001 $ Forecast | July - Aug 2001 % to FCST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3221 | Shaffer | 5098 | UNIVERSITY HOSPITAL CINCINNATI | CINCINNATI | OH | 750 | 10,600 | 2,000 | 590 | | 2,825 | 446 | | 2,885 | 19,875 | | |
| 3221 | Shaffer | 5218 | UNIVERSITY OF WISCONSIN | MADISON | WI | 3,505 | | | | | | | | | 3,506 | | |
| 3221 | Shaffer | 54938 | UNIVERSITY OF MINNESOTA | MINNEAPOLIS | MN | 1,000 | | | | | | | | | 1,000 | | |
| 3221 Total | | | | | | 7,296 | 29,865 | 2,860 | 1,779 | 9,429 | 2,825 | (211) | | 3,876 | 55,718 | 40,790 | 137% |
| 322101 | Afeman | 3418 | HIGHLAND PARK HOSPITAL | HIGHLAND PARK | IL | 500 | | | | | | | | | 500 | | |
| 322101 | Afeman | 3432 | LOYOLA UNIV. MEDICAL CENTER | MAYWOOD | IL | | | | | | 3,316 | | | | 3,316 | | |
| 322101 | Afeman | 3441 | EVANSTON NORTHWESTERN | EVANSTON | IL | | | | | 8,600 | | | | | 8,600 | | |
| 322101 | Afeman | 3446 | SOUTH SUBURBAN HOSP. | HAZEL CREST | IL | | | | | 850 | | | | | 850 | | |
| 322101 | Afeman | 3467 | NORTHWESTERN MEMORIAL HOSPITAL | CHICAGO | IL | 214 | 7,258 | | 3,640 | 5,724 | | 1,830 | | | 18,564 | | |
| 322101 | Afeman | 3472 | RUSH PRESBYTERIAN - ST. LUKES | CHICAGO | IL | | | 3,700 | | | | | | | 3,700 | | |
| 322101 | Afeman | 4160 | ST. FRANCIS HOSPITAL | BLUE ISLAND | IL | 750 | | 370 | | | | | | | 1,120 | | |
| 322101 | Afeman | 4167 | RIVERSIDE HOSPITAL | KANKAKEE | IL | 760 | | | | | | | | | 750 | | |
| 322101 | Afeman | 5917 | CHRIST HOSPITAL | OAK LAWN | IL | 2,500 | | | | | | | | | 2,500 | | |
| 322101 | Afeman | 8466 | MERCY HOSPITAL & MEDICAL CTR | CHICAGO | IL | 500 | | | | | | | | | 500 | | |
| 322101 Total | | | | | | 5,214 | 7,258 | 4,070 | 3,640 | 15,174 | 3,316 | 1,830 | | | 40,400 | 33,817 | 119% |
| 322102 | Till | 4129 | GOOD SAMARITAN HOSPITAL | CINCINNATI | OH | | 1,380 | | | | | | | | 1,380 | | |
| 322102 | Till | 4131 | COMMUNITY HOSPITAL | INDIANAPOLIS | IN | | 1,380 | | | | | | | | 1,380 | | |
| 322102 | Till | 5901 | ST. JOSEPHS MEDICAL CENTER | FORT WAYNE | IN | | | | | 305 | | | | | 305 | | |
| 322102 | Till | 16746 | LUTHERAN HOSPITAL OF FT. WAYNE | FT. WAYNE | IN | | | | | 1,300 | | 890 | | | 2,190 | | |
| 322102 | Till | 45419 | CLARIAN HEALTH PARTNERS | INDIANAPOLIS | IN | | 1,476 | 3,500 | 3,640 | | | 1,540 | | | 10,156 | | |
| 322102 | Till | 72290 | ST FRANCIS HOSPITAL | BEECH GROVE | IN | 3,000 | | | | | | | | | 3,000 | | |
| 322102 | Till | 77371 | ST VINCENT CATH LAB | INDIANAPOLIS | IN | 1,100 | 345 | | | | | | | | 1,445 | | |
| 322102 | Till | 209331 | INDIANA UNIVERSITY HOSPITAL | INDIANAPOLIS | IN | 1,070 | | | | | | 1,464 | | | 2,534 | | |
| 322102 Total | | | | | | 5,170 | 4,581 | 3,500 | 3,640 | 1,605 | | 3,894 | | | 22,390 | 26,749 | 84% |
| 322103 | Jurosek | 3069 | ST. VINCENT HOSPITAL | TOLEDO | OH | 750 | | | | | | | | | 750 | | |
| 322103 | Jurosek | 3213 | PORT HURON HOSPITAL | PORT HURON | MI | 250 | | | | | | | | | 260 | | |
| 322103 | Jurosek | 3218 | WILLIAM BEAUMONT HOSPITAL | TROY | MI | | | | | | 1,755 | | | 4,510 | 6,265 | | |
| 322103 | Jurosek | 3220 | HENRY FORD HOSPITAL | DETROIT | MI | 4,250 | | | | | | | | | 4,250 | | |
| 322103 | Jurosek | 3247 | BON SECOURS HOSPITAL | GROSSE POINTE | MI | | | | | 850 | | | | | 850 | | |
| 322103 | Jurosek | 3263 | MCLAREN REGIONAL MEDICAL CTR. | FLINT | MI | 1,000 | | | | | | | | | 1,000 | | |
| 322103 Total | | | | | | 6,250 | | | | 850 | 1,755 | | | 4,510 | 13,165 | 20,796 | 63% |
| 322104 | Nolen | 3058 | GRANT HOSPITAL | COLUMBUS | OH | 250 | | | | | | | | | 250 | | |
| 322104 | Nolen | 3112 | AKRON CITY HOSPITAL | AKRON | OH | | | | 295 | | | | | | 296 | | |
| 322104 | Nolen | 3114 | TRUMBULL MEMORIAL HOSPITAL | WARREN | OH | | | | 590 | | | | | | 590 | | |
| 322104 | Nolen | 3120 | ST ELIZABETH HOSPITAL | YOUNGSTOWN | OH | 500 | | | | | | | | | 500 | | |
| 322104 | Nolen | 5065 | DOCTORS HOSPITAL | COLUMBUS | OH | | 890 | | | | | | | | 890 | | |
| 322104 | Nolen | 5240 | MT. CARMEL MEDICAL CENTER | COLUMBUS | OH | | | | | 850 | | | | | 850 | | |
| 322104 | Nolen | 9419 | RIVERSIDE METHODIST HOSPITAL | COLUMBUS | OH | 250 | 3,210 | 1,200 | | 325 | | 5,785 | | | 10,770 | | |
| 322104 | Nolen | 9437 | UNIVERSITY HOSPITALS OF | CLEVELAND | OH | | 3,795 | 1,600 | | | | 1,335 | 1,305 | 205 | 8,240 | | |
| 322104 | Nolen | 39832 | DOCTORS HOSPITAL | COLUMBUS | OH | | 345 | | | | | | | | 346 | | |
| 322104 Total | | | | | | 1,000 | 8,240 | 2,800 | 885 | 975 | | 7,120 | 1,305 | 205 | 22,330 | 14,771 | 151% |
| 322105 | Lehman | 3327 | FROEDTERT MEMORIAL HOSPITAL | MILWAUKEE | WI | | | | | | 250 | 2,537 | | | 2,787 | | |
| 322105 | Lehman | 3372 | ABBOTT NORTHWESTERN HOSPITAL | MINNEAPOLIS | MN | | 4,860 | | | | | 1,098 | | | 5,958 | | |
| 322105 | Lehman | 3375 | NORTH MEMORIAL MEDICAL CENTER | ROBBINSDALE | MN | | | | 590 | | | | | | 590 | | |
| 322105 | Lehman | 4162 | ST. CLOUD HOSPITAL | ST. CLOUD | MN | 500 | | | | | | | | | 500 | | |
| 322105 | Lehman | 5238 | REGIONS HOSPITAL | ST PAUL | MN | | 360 | 370 | | | | | | | 730 | | |
| 322105 | Lehman | 5910 | ST JOHNS HOSPITAL | MAPLEWOOD | MN | | 345 | | | | | | | | 345 | | |
| 322105 | Lehman | 6067 | ST. LUKES HOSPITAL | MILWAUKEE | WI | | | | | 850 | | | | | 850 | | |
| 322105 | Lehman | 6870 | ST. JOSEPH'S HOSPITAL | ST. PAUL | MN | 750 | | (740) | | | | | | | 10 | | |
| 322105 | Lehman | 9682 | FAIRVIEW SOUTHDALE HOSPITAL | EDINA | MN | | | 1,200 | | | | | | | 1,200 | | |
| 322105 | Lehman | 57374 | ST. MARY'S HOSPITAL | ROCHESTER | MN | | | 800 | | | | | | | 800 | | |
| 322105 | Lehman | 85312 | UNITED HOSPITAL | ST PAUL | MN | 1,396 | 1,060 | (1,850) | | | | 446 | | | 1,071 | | |
| 322105 Total | | | | | | 2,646 | 6,646 | (230) | 590 | 850 | 250 | 4,081 | | | 14,841 | 39,143 | 38% |
| 3321 | Melendi | 4872 | SHANDS HEALTHCARE SERVICE CTR | GAINESVILLE | FL | 750 | 1,440 | 4,000 | | | | 3,580 | | | 9,750 | | |
| 3321 | Melendi | 4924 | TAMPA GENERAL HOSPITAL | TAMPA | FL | 4,250 | 345 | | | | 1,950 | 445 | | | 6,940 | | |
| 3321 | Melendi | 46039 | MEASE HOSPITAL | SAFETY HARBOR | FL | | | | 1,475 | 2,275 | | | | 820 | 3,030 | | |
| 3321 Total | | | | | | 5,000 | 1,785 | 4,000 | 1,475 | 2,275 | 1,950 | 4,025 | | 1,230 | 21,720 | 14,868 | 146% |
| 332101 | Toale | 2912 | FLORIDA HOSPITAL | APOPKA | FL | 2,000 | 360 | 2,310 | | | 3,120 | | 435 | 410 | 8,225 | | |
| 332101 | Toale | 2932 | SOUTH MIAMI HOSPITAL | MIAMI | FL | 200 | 890 | | | | | | | | 890 | | |
| 332101 | Toale | 2935 | BAPTIST HOSPITAL OF MIAMI | MIAMI | FL | 2,000 | 1,035 | | | | | | | | 3,035 | | |
| 332101 | Toale | 2959 | LAKELAND REGIONAL MED. CENTER | LAKELAND | FL | 5,800 | | | | | | | | | 8,575 | | |
| 332101 | Toale | 4893 | MEMORIAL REGIONAL HOSPITAL | HOLLYWOOD | FL | 3,500 | 2,180 | | | 875 | | | | | 10,280 | | |
| 332101 | Toale | 5992 | ST JOSEPHS HOSPITAL | TAMPA | FL | | | | | 975 | 975 | 2,870 | | | 6,200 | | |
| 332101 | Toale | 61952 | ORLANDO REGIONAL HEALTH CARE | ORLANDO | FL | 2,240 | | | | 5,200 | | 1,335 | | | 3,575 | | |
| 332101 | Toale | 71887 | JACKSON MEMORIAL HOSPITAL | MIAMI | FL | | 2,180 | 11,400 | | | 5,460 | 2,870 | 435 | | 22,125 | | |
| 332101 Total | | | | | | 16,640 | 6,409 | 13,710 | | 7,050 | 9,555 | 6,875 | 870 | | 63,906 | 88,886 | 72% |
| 332102 | Morey | 2993 | ST. THOMAS HOSPITAL | NASHVILLE | TN | | 345 | | | | 780 | | | 205 | 1,330 | | |
| 332102 | Morey | 3021 | ST. FRANCIS HOSPITAL | MEMPHIS | TN | | | | | | 1,950 | | | | 1,950 | | |
| 332102 | Morey | 3039 | ALLIANT HEALTH SYSTEMS | LOUISVILLE | KY | 1,000 | | | | | | | | | 1,000 | | |
| 332102 | Morey | 5034 | UNIVERSITY OF KENTUCKY | LEXINGTON | KY | | | | | | | 890 | | | 890 | | |
| 332102 | Morey | 8204 | UNIVERSITY OF LOUISVILLE HOSP | LOUISVILLE | KY | | | | | | | | | 205 | 205 | | |
| 332102 | Morey | 8969 | CARITAS MEDICAL CENTER | LOUISVILLE | KY | | | | | 3,900 | | | | | 3,900 | | |
| 332102 | Morey | 11866 | BAPTIST MEMORIAL HOSPITAL | MEMPHIS | TN | 1,925 | | (2,000) | | | 3,120 | | | | 3,048 | | |
| 332102 | Morey | 26496 | BAPTIST HOSPITAL, EAST | LOUISVILLE | KY | 500 | | | | | 2,560 | | | | 3,060 | | |
| 332102 | Morey | 48442 | VANDERBILT UNIVERSITY HOSPITAL | NASHVILLE | TN | | (585) | | | | | | | | (505) | | |
| 332102 | Morey | 72892 | VANDERBILT RADIOLOGY SVC CTR | NASHVILLE | TN | 500 | 705 | 400 | | | 780 | | | 815 | 3,000 | | |

EX.F-P.4

Centocor
July - August 2001 Sales
Microcatheters, Guides, and Embolic Agents
September 7th, 2001

| Territory | Last | COACT# | Account Name | City | State | Microcatheters: Transit | Rapid Transit | Prowler Plus | Mass Transit Single | Mass Transit Kit | Guides: Agility 14 | Embolic Agents: PVA | Pushable Coils | Coil Pusher | Total July - Aug 2001 $ Sales | Total July - Aug 2001 $ Forecast | July - Aug 2001 % to FCST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 352101 | Chamberlin | 5697 | UNIVERSITY MEDICAL CENTER | TUCSON | AZ | (1,280) | | | | | | | | | (1,280) | | |
| 352101 | Chamberlin | 8641 | SCOTTSDALE HEALTHCARE SHEA | SCOTTSDALE | AZ | 220 | | | | | | | | | 220 | | |
| 352101 | Chamberlin | 11806 04 | THUNDERBIRD SAMARITAN | GLENDALE | AZ | | | | 274 | | 196 | | | | 470 | | |
| 352101 | Chamberlin | 89508 | MAYO CLINIC HOSPITAL | PHOENIX | AZ | 1,000 | | | | | | | | | 1,000 | | |
| 352101 Total | | | | | | 3,500 | 6,945 | 1,209 | 274 | 980 | 196 | | | | 13,104 | 18,403 | 71% |
| 352102 | Stevens | 3793 | CEDARS SINAI MEDICAL CENTER | LOS ANGELES | CA | 1,750 | | | | | | | | | 1,750 | | |
| 352102 | Stevens | 3803 | LITTLE CO. OF MARY HOSPITAL | TORRANCE | CA | 1,000 | | | | | | | | | 1,000 | | |
| 352102 | Stevens | 3805 | TORRANCE MEMORIAL HOSPITAL | TORRANCE | CA | 1,000 | | | | | | | | | 1,000 | | |
| 352102 | Stevens | 3834 | SCRIPPS MEMORIAL HOSPITAL | LA JOLLA | CA | 2,600 | | 2,000 | | | | | | | 4,600 | | |
| 352102 | Stevens | 3844 | LOMA LINDA UNIVERSITY | SAN BERNARDINO | CA | | | | | | | 445 | | | 445 | | |
| 352102 | Stevens | 6715 | UCLA MEDICAL CENTER | LOS ANGELES | CA | | 6,900 | | | | 1,950 | 7,675 | | | 16,525 | | |
| 352102 | Stevens | 6721 | LAC/USC MEDICAL CENTER | LOS ANGELES | CA | | 1,800 | | | | | | | | 1,800 | | |
| 352102 | Stevens | 6734 | GROSSMONT HOSPITAL | LA MESA | CA | | | | 295 | | | | | | 295 | | |
| 352102 | Stevens | 7138 | GREEN HOSPITAL OF SCRIPPS | LA JOLLA | CA | 2,500 | | | | | | | | | 2,500 | | |
| 352102 | Stevens | 32798 | POMERADO HOSPITAL | POWAY | CA | | 1,080 | | | | 585 | | | | 1,665 | | |
| 352102 | Stevens | 48604 | LONG BEACH MEMORIAL MEDICAL | LONG BEACH | CA | 2,140 | | | | 535 | | | | | 2,675 | | |
| 352102 | Stevens | 52184 | USC UNIVERSITY HOSPITAL | LOS ANGELES | CA | | 3,915 | | | | | | | 615 | 4,530 | | |
| 352102 Total | | | | | | 10,990 | 13,695 | 2,000 | 295 | 535 | 2,535 | 8,120 | | 615 | 38,785 | 54,867 | 69% |
| 352103 | Bartlett | 3960 | PROVIDENCE MEDICAL CENTER | PORTLAND | OR | 750 | | | | | | 445 | | | 1,195 | | |
| 352103 | Bartlett | 3984 | SWEDISH MEDICAL CENTER | SEATTLE | WA | | 1,440 | | 1,190 | | 790 | | | | 3,420 | | |
| 352103 | Bartlett | 3985 | VIRGINIA MASON MEDICAL CENTER | SEATTLE | WA | 600 | | 370 | | | 390 | | | | 1,360 | | |
| 352103 | Bartlett | 3988 | PROVIDENCE MEDICAL CENTER | SEATTLE | WA | | | | 1,180 | | | 390 | | | 1,570 | | |
| 352103 | Bartlett | 4007 | SACRED HEART MEDICAL CENTER | SPOKANE | WA | | | | | | | | 9,170 | 410 | 9,580 | | |
| 352103 | Bartlett | 4213 | ST. VINCENT HOSP. MEDICAL CTR | PORTLAND | OR | | 1,035 | | | | | | | | 1,035 | | |
| 352103 | Bartlett | 4214 | OVERLAKE MEMORIAL HOSPITAL | BELLEVUE | WA | 1,000 | | | | | | | | | 1,000 | | |
| 352103 | Bartlett | 4217 | ST. JOSEPH HOSPITAL | TACOMA | WA | 1,250 | | | | | | | | | 1,250 | | |
| 352103 | Bartlett | 5968 | HARBORVIEW MEDICAL CENTER | SEATTLE | WA | | | | | 2,925 | | | | | 2,925 | | |
| 352103 | Bartlett | 5989 | UW MEDICAL CENTER | SEATTLE | WA | 1,250 | | 8,000 | | 2,800 | | | | | 11,950 | | |
| 352103 | Bartlett | 10110 | EVERGREEN HOSPITAL MEDICAL CTR | KIRKLAND | WA | 500 | 1,036 | | 295 | | | | | | 1,830 | | |
| 352103 | Bartlett | 29639 | OREGON HEALTH SCIENCES | PORTLAND | OR | | | | | 1,300 | | | | | 1,300 | | |
| 352103 Total | | | | | | 5,350 | 3,510 | 8,370 | 2,665 | 7,025 | 1,180 | 835 | 9,170 | 410 | 38,516 | 40,188 | 96% |
| 352104 | Wetheral | 3912 | ST JOSEPHS HOSPITAL | STOCKTON | CA | | | 370 | | | | | | | 370 | | |
| 352104 | Wetheral | 5776 | UNIVERSITY MEDICAL CENTER | FRESNO | CA | | 890 | | | | 1,170 | | 1,306 | 820 | 4,186 | | |
| 352104 | Wetheral | 5778 | SALINAS VALLEY MEMORIAL HOSP | SALINAS | CA | | | | | 325 | | | | | 325 | | |
| 352104 | Wetheral | 8909 | ST. AGNES HOSPITAL | FRESNO | CA | | 345 | | | | | | | | 345 | | |
| 352104 | Wetheral | 10078 | REDDING MEDICAL CENTER | REDDING | CA | | 1,035 | | | | | | | | 1,035 | | |
| 352104 Total | | | | | | - | 2,270 | 370 | - | 325 | 1,170 | - | 1,306 | 820 | 6,261 | 3,070 | 204% |
| Grand Total | | | | | | 170,482 | 226,470 | 88,290 | 38,705 | 118,617 | 94,816 | 95,171 | 61,156 | 35,828 | 917,258 | 964,830 | 95% |