E-FILED
Friday, 01 April 2008, 03:50:31 PM
Clerk, U.S. District Court, ILCD

# Centocor

## SALES FORCE EXPENSE REPORT

**NAME:** Denise Hill-Bannister

**DEPARTMENT:** 470

**EXPENSE REPORT NO.** 2587005

**PERIOD ENDING MM/DD/YY:** 03/31/01

| DATE MM/DD/YY | ORIGIN / DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | | AUTO FUEL | REPAIR / MAINT & MISC | PROMOTIONAL PROGRAMS | | | | MISC | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FIELD # | 10 | 11 | 12 | 83 | 13 | 15 | 16 | 17 | 18 | | 19 | 50 | 51 | 52 | 54 | | | |
| 03/25/01 | Dallas, TX | | | | 94.00 | | 37.63 | | | | | | | | | | | | |
| 03/26/01 | Chesterbrook , PA | | | | | | 70.02 | | | | | | | | | | | 131.63 | |
| 03/27/01 | Chesterbrook , PA | | | | | | 73.58 | | 15.17 | | | | | | | | | 85.19 | |
| 03/28/01 | Chesterbrook , PA | | | | | | 24.03 | | | | | | | | | | | 100 79 | |
| 03/29/01 | Chesterbrook , PA | | | | | | 29.48 | | | | | | | | | | | 2...3 | |
| 03/30/01 | Chesterbrook , PA | | | | | 29.36 | | | | | | | | | | | | 29.48 | |
| 03/31/01 | Dallas, TX | | | | 59.50 | | | | 26.50 | | | 15.17 | | | | 15.00 | | 29.36 | |
| | | | | | | | | | | | | | | | | | | 74.50 | |
| PLUS OR MINUS ADJUSTMENTS | | | | | | | | | | | | | | | | | 15.00 | . 474.27 | |
| | AMOUNT | | | | 153.50 | | 284.10 | | 26.50 | | | 15.17 | | | | | | | |

**COMPANY CAR ONLY**

**VEHICLE NO.**

| | |
|---|---|
| BEGINNING ODOMETER | 10056.0 |
| ENDING ODOMETER | 10056.0 |
| TOTAL MILES | |
| TOTAL BUSINESS MILES | 999999 |
| TOTAL PERSONAL MILES | |

\*Calculate Personal Mileage Charge Back in Box #997 at Right

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11.)

Payment requests exceeding authorized dollar limits will delay reimbursements.

| | FIELD # | QUANTITY |
|---|---|---|
| No. of Gallons | 40 | |

| | FIELD # | TOTAL |
|---|---|---|
| Minus Personal Mileage Charge | 997 | |
| Due Company | 87 | |
| Due Employee | 820 | 474.77 |

**DISTRICT**

**FIELD PROMOTION** (Explain on Detail)

SIGNATURE _____

APPROVED BY _____

DATE MM/DD/YY

DATE MM/DD/YY  6-7-01

NOTICE TO USER:
Travel/Entertainment Expenses are
Gelco Information Network, Inc. Drawer by
4480, Eden Prairie, Minnesota 55344-2500

CONFIRMATION # 39857000 02

CALL DATE 04/07/01

CONFIRMATION # 88610284

2-6-06 ML
COPY SENT
JUL 2 - 2001
TO GELCO

EXHIBIT
Hill-Bannister

tabbies®

ACCOUNTING COPY

Original Document of Gelco Information Network

## BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 3/25-3/30 | Training meals while at Home office | | breakfast, dinner | 284.10 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 03/30/01 | tips combined for whole trip, all porters etc. | 15.00 |
| | | |
| | | |
| | | |
| | | |

## MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

112499 05 dmn

Original Document of GelcoInformationNetwork

ACCOUNTING COPY

39837000 02

COFFEE

CASH

PAYMENT

CHANGE DUE

**YELLOW CAB CO.**

P.O. Box 1510 • Fort Worth, Texas 76101 35.00

My name is Joe K.

Beeper or phone is 2144769507 Cab # 276

| Fort Worth | Out of Town | Dallas |
|---|---|---|
| 817 534-5555 | | 214 426-6262 |
| 800 749-0900 | | 800 749-9422 |

**Let us take you to the airport:**

Lady Liberty Airport Shuttle

**Center City - West Philadelphia**

DOOR TO DOOR SERVICE

**Charter Services to**

PA, NJ, NY, DE, MD

***Lady Liberty***

TRANSPORTATION CO., INC.

CALL FOR RESERVATIONS

**(215) 724-8888**

DATE 59.00

RECEIPT [signature]

AT THE AIRPORT DIAL **27**

Ms. Denise Hill-Bannister

| Room | 542 |
| Cashier | MILDRED |
| Page | 1 |

| Arrival | 03/25/01 |
| Departure | 03/30/01 |

INVOICE NO. 80726          Wyndham Valley Forge Hotel, 03/30/01

| Date | Text | Room | Charges | Credits |
|---|---|---|---|---|
| 03/25 | Rm Service-Delivery Chg | 542 | 35.64 | |
| | ->#542 : CHECK # 8424 | | | |
| 03/26 | Rm Service-Delivery Chg | | 16.78 | |
| | ->#542 : CHECK # 8467 | | | |
| 03/26 | Rm Service-Delivery Chg | | 34.39 | |
| | ->#542 : CHECK # 8566 | | | |
| 03/26 | In-Room Bar Food | | 18.85 | |
| | ->#542 : CHECK # 8531 | | | |
| 03/27 | Rm Service-Delivery Chg | | 41.47 | |
| | ->#542 : CHECK # 8825 | | | |
| 03/27 | T&C Grille-Bkfast | | 12.57 | |
| | ->#542 : CHECK # 8679 | | | |
| 03/27 | In-Room Bar Food | | 19.54 | |
| | ->#542 : CHECK # 8756 | | | |
| 03/27 | Miscellaneous Income gift shop | | 9.95 | |
| 03/28 | Rm Service-Delivery Chg | | 16.78 | |
| | ->#542 : CHECK # 8890 | | | |
| 03/28 | In-Room Bar Food | | 7.25 | |
| | ->#542 : CHECK # 8966 | | | |
| 03/29 | T&C Grille-Bkfast | | 12.07 | |
| | ->#542 : CHECK # 9098 | | | |
| 03/29 | In-Room Bar Food | | 2.42 | |
| | ->#542 : CHECK # 9185 | | | |
| 03/30 | Rm Service-Delivery Chg | | 22.99 | |
| | ->#542 : CHECK # 9278 | | | |
| 03/30 | Visa 41280039899565548   09/02 | | | 250.70 |
| | Total | 250.70 | 250.70 | |
| | Balance | | | 0.00 |

**Right receipt:**

A. Jones

Ori  #239

| | |
|---|---|
| Fruit Order: | |
| Order Nbr: | |
| | 8:32 PM |
| | 10239 |
| Large Entree | 2.00 |
| Cinn & Sugar Pretzel | 1.85 |
| Bottled Water | 0.99 |
| Sub Total | 4.84 |
| Tax | 0.18 |
| EAT IN Total | 5.02 |
| Cash | 5.02 |

**Left receipt:**

## BENNIGAN'S 3930
160 North Gulph Rd
King Of Prussia, PA 19406
610-337-0633

82 Kristen

Tbl 181/1    Chk 2976    Gst 0

Mar/29/01 09:45PM

*** Memo Check ***

| | |
|---|---|
| 1 Water | 0.00 |
| 1 Chick Strips App | |
| Subtotal | |
| Tax | .38 |
| 10:23 Total | 6.67 |

Handwritten: 9.97   + 4   3.30

Newport Food Service at Centoc

Forfield 55C Report Detail Binders

Tue Mar 27, 01 12:35PM KAREN

| | | |
|---|---|---|
| 1 | MISC TAX | 18.50 |
| 1 @ | 18.50 | |
| 1 | MISC TAX | 8.50 |
| 1 @ | 8.50 | |
| 30045045924 | TYLENOL COLD NON-DROWSY | 1.35 |
| 1 @ | 1.35 | |
| 30045084348 | SIMPLY SLEEP | 1.55 |
| 1 @ | 1.55 | |
| 38137009428 | ACT FLORIDE MINT | 1.15 |
| 1 @ | 1.15 | |
| 30045038548 | TYLENOL ALL SIN GELCAPS | 3.35 |
| 1 @ | 3.35 | |
| 07050102030 | rainbath body mist | 2.00 |
| 1 @ | 2.00 | |
| 38137007245 | REACH TOOTHBRUSH | 0.55 |
| 1 @ | 0.55 | |
| 38137007245 | REACH TOOTHBRUSH | 0.55 |
| 1 @ | 0.55 | |
| 38137008342 | ROC HAND TREAMENT | 2.10 |
| 1 @ | 2.10 | |
| 38137008342 | ROC HAND TREAMENT | 2.10 |
| 1 @ | 2.10 | |
| 07050105540 | Day moisture | 2.60 |
| 1 @ | 2.60 | |
| 07050104200 | NEUTRO LIP | 0.95 |
| 1 @ | 0.95 | |
| 07050104500 | Rainbath dry oil | 3.55 |
| 1 @ | 3.55 | |
| 05928000020 | ALTOIDS PEPPERMINT | 1.95 |
| 1 @ | 1.95 | |
| 30045048109 | MOTRIN 165 | 4.40 |
| 1 @ | 4.40 | |
| 07050105400 | MOISTURE SENSITIVE | 2.00 |
| 1 @ | 2.00 | |
| 1 | MISC TAX | 0.33 |
| 1 @ | 0.33 | |

| | |
|---|---|
| Subtotal | 57.48 |
| Sales Tax | 2.69 |
| Total | 60.17 |
| Credit Card | 60.17 |

Term 001 Cshr 0001 Tran# 5570

** Thank You For Shopping With Us **
** CENTOCOR COMPANY STORE **
** Please Come Again **

TROPIANO TRANSPORTATION

DATE: 30 March 01

RECEIVED $ 17.04 + 300 tip ⟨20 00⟩

FROM

FOR TRANSPORTATION

TO _____ Phila

FROM _____ Wigwam..Valley Forge

DRIVERS SIGNATURE _____ Wayne

Upon arrival at the Philadelphia International Airport, please get
your luggage and then proceed to the ground transportation desk
(which is right in the baggage claim area)
and dial "19" on the phone and we will direct you where to go
to get your shuttle.

(TOLL FREE IN THE CONTINENTAL UNITED STATES)
1-800-559-2040

TERMINAL TAXI CORPORATION

SAFE-DEPENDABLE SERVICE • • • LARGEST RADIO DISPATCHED FLEET IN DALLAS

214-350-4445

CAB FARE 39 50

DATE March 30th

DESTINATION Valley Ranch

CAB # _____ THANK YOU!

DRIVER _____

RETURNING FROM OUT OF TOWN? 800-444-6400

Catch The Terminal Pride

# Centocor

## SALES FORCE EXPENSE REPORT

NAME: Denise Hill-Bannister

DEPARTMENT: 470

DISTRICT:

EXPENSE REPORT NO. **2587004**

PERIOD ENDING (MM/DD/YY): **03/24/01**

| DATE MM/DD/YY | ORIGIN / DESTINATION/PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Explain on Detail) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPAIR / MAINT & MISC (Explain on Detail) | PROMOTIONAL PROGRAM | PROMOTIONAL PROGRAM | FIELD PROMOTION (Explain on Detail) | | MISC (Explain on Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | ACCESS 4100 | ACCESS 4300 | ACCESS 4100 | | | |
| FIELD # | | 10 | 11 | | 12 | 13 | 13 | 15 | 16 | 17 | 18 | 19 | 50 | 51 | 52 | 54 | | |
| 03/18/01 | Dallas, TX | 105.0 | | | | | | | | | | | | | | | | |
| 03/19/01 | Dallas, TX | | | | | | | | | | | | | | | | | |
| 03/20/01 | Dallas, TX | 45.0 | | | | | | | | | 15.17 | | | | | | | 15.17 |
| 03/21/01 | Dallas, TX | | | | | | | | | | | | | | | | | |
| 03/22/01 | Dallas, TX | 95.0 | | | | 3.00 | | | | | | | | | | | | 3.00 |
| 03/23/01 | Dallas, TX | 35.0 | | | | | | | | | | | | | | | | |
| 03/24/01 | Dallas, TX | | | | | | | | | | | | | | | | | |
| | PLUS OR MINUS ADJUSTMENTS | | | | | | | | | | | | | | | | | |
| | AMOUNT | | | | | 3.00 | | | | | 15.17 | | | | | | | 18.17 |

**COMPANY CAR ONLY**

| | |
|---|---|
| SERIAL NO. | 999999 |
| BEGINNING ODOMETER | 9776.0 |
| ENDING ODOMETER | 10056.0 |
| TOTAL MILES | 280.0 |
| TOTAL BUSINESS MILES | |
| TOTAL PERSONAL MILES | 280.0 |

*Calculate Personal Mileage Charge Back in Box #997 at Right

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a dash (-) making it a three digit number; 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 611 instead of 11.)

Payment requests exceeding authorized dollar limits will delay reimbursements.

SIGNATURE _(signature)_ DATE MM/DD/YY 6-7-01

APPROVED BY _(signature)_ DATE MM/DD/YY

FIELD # 40 QUANTITY

No. of Gallons 15.17

NOTICE TO USER
Traveller Authorization issued to the Drawer by
Gelco Information Network, Inc. P.O. Box
4480, Eden Prairie, Minnesota 55344-2580.

398570000 02

| FIELD PROMOTION | | |
|---|---|---|
| | FIELD # | TOTAL |
| Minus Personal Mileage Charge | 997 | |
| Due Company | 87 | |
| Due Employee | 820 | 18.17 |

CALL DATE 04/07/01

CONFIRMATION 88910244

_(stamp)_ COPY SENT AUG 0 6 2001 TO GELCO

_(handwritten)_ 8-28-01 BM

Original Document of Gelco Information Network

ACCOUNTING COPY

EEOC000301

# BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

# MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

112499 05 dmm

39887000 02

Original Document of GelcoInformationNetwork

ACCOUNTING COPY