# Centocor

## SALES FORCE EXPENSE REPORT

Friday, 20 April 2001

**NAME:** Denise Hill-Bannister

**DEPARTMENT** 470

**DISTRICT**

**EXPENSE REPORT NO.** 2587003

**PERIOD ENDING** 03/17/01

| DATE MM/DD/YY | ORIGIN / DESTINATION PURPOSE ONLY | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Persons on Check) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPAIR / MAINT & MISC. (Persons on Check) | PROMOTIONAL (Explain on Detail) PROMOTIONAL ACCESS 4810 | PROMOTIONAL ACCESS 4800 | MISC. (Explain on Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FIELD # | 10 | 11 | 12 | 83 | 13 | 18 | 16 | 17 | 18 | 19 | 80 | 81 | | 82 | 84 |
| 03/11/01 | Dallas, TX | 45.0 | | | | | | | | | | | | | | |
| 03/12/01 | Dallas, TX | 50.0 | | | | | | | | | | | | | | |
| 03/13/01 | Dallas, TX | 20.0 | | | | | | | 5.99 | | | | | | | 5.99 |
| 03/14/01 | Dallas, TX | 25.0 | | | | 1.00 | | | | | 15.94 | | | | | 16.? |
| 03/15/01 | Dallas, TX | 45.0 | | | | | | | | | | | | | | |
| 03/16/01 | Dallas, TX | 20.0 | | | | | 39.31 | | | | | | | | | 39.31 |
| 03/17/01 | Dallas, TX | | | | | | | | | | | | | | | |
| PLUS OR MINUS ADJUSTMENTS | | | | | | | | | | | | | | | | |
| | AMOUNT | | | | | | | | | | | | | | | |

### COMPANY CAR ONLY

| | |
|---|---|
| VEHICLE NO. | 999999 |
| BEGINNING ODOMETER | 9571.0 |
| ENDING ODOMETER | 9776.0 |
| TOTAL MILES | 205.0 |
| TOTAL BUSINESS MILES | 205.0 |
| TOTAL PERSONAL MILES | 0 |

**IMPORTANT**

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number. 80X, (Example), if the total in the Lodging amount field is negative, enter the code 911 instead of 11.

Payment requests exceeding authorized dollar limits will delay reimbursements.

**\*Calculate Personal Mileage Charge Back in Box #997 at Right**

| FIELD # | |
|---|---|
| Minus Personal Mileage Charge | 997 |
| Due Company | |
| Due Employee | 820 |

| FIELD # | TOTAL |
|---|---|
| | 62.2? |

**TOTAL** 62.24

**SIGNATURE** _____  **DATE MM/DD/YY** _____

**APPROVED BY** _____  **DATE MM/DD/YY** 6-7-01

NOTICE TO USER
Traveller Authorization is the Owner by Gelco Information Network, Inc. P.O. Box 44800, Eden Prairie, Minnesota 55344-9800

| | |
|---|---|
| | 39857000 02 |
| CALL DATE | 04/07/01 |
| CONFIRMATION # | 88610\*125 |

7-6-01
COPY SENT
JUL 2 - 2001
TO GELCO

Original Document of Gelco's Traveller Network

ACCOUNTING COPY

# BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

# MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

112499 05 dmm

39657000 02

Original Document of GelcoInformationNetwork

ACCOUNTING COPY

MEDICAL CITY DALLAS PARKING

*7777 Forest Lane*

Dallas, Texas 75230

$ 3.00

| HOW PAID | CHECK |
| --- | --- |
| HOW PAID | CASH |

BAL. DUE

Date 8/20 2001

---

**EXXON EXPRESS PAY**

VALLEY RANCH EXXON
9975 N. MACARTHUR
IRVING, TX. 75063

DLR# 4712410
VALLEY RANCH E          TX
IRVING
03/19/01        14:46
ACCT#
XXXXXXXXXXXX6548
INV# H2Z4083
AUTH# 660582
PUMP# 9
REG.              10.845G
SELF
PRICE/GAL        $1.399
FUEL TOTAL
$15.17
MDSE TOTAL       $0.00
TOTAL
$15.17

HAVE A SAFE AND
HAPPY NEW YEAR

# AT&T Wireless Services



#BWNGFYY
#0003300964119540# w
AV 02 013649 181888 92 A**5DGT
||.||....||.|...|.|.||...|.||.||.|.|.|||..||.||
*DENISE HILL-BANNISTER
APT. # 2004
8003 N MACARTHUR BLVD
IRVING TX 75063-6128

Questions?
● www.att.com/wireless
● 1-800-888-7600
● 611 from your wireless phone

**Date of Invoice: 03/15/01**

SUMMARY OF MONTHLY CHARGES FOR ACCOUNT  96411954
Wireless Number  972-569-7757

| Previous Balance | Payments Received | Adjustments | Late Payment Charge | Balance Forward | Current Monthly Charges | Total Amount Due |
|---|---|---|---|---|---|---|
| .00 | .00 | .00 | .00 | .00 | 39.31 | 39.31 |

Your billing cycle began on 02/13 and ended on 03/12.

Current Monthly Charges

| | |
|---|---|
| Monthly Service Charges | 32.00 |
| Home Airtime Charges | .00 |
| Home Long Distance Charges | .00 |
| Text Messaging Charges | .00 |
| Roaming Charges | .00 |
| Other Charges and Credits | .00 |
| Taxes, Surcharges & Regulatory Fees | 7.31 |
| Total Current Monthly Charges  DUE UPON RECEIPT | 39.31 |
| TOTAL AMOUNT DUE | 39.31 |

You can now pay your invoice online @ www.att.com/wireless

Note:
We Print on ← AT&T ▾

## Parking Receipt (top)

STANDARD PARKING
HARRIS METHODIST
HARRIS PARKING SYSTEM

05/13/01 10:38
05/13/01 04:59 In
Fee .......1
Total Fee        1.00
CASH PAID        1.00
Cash Tender      1.00
Change Due      -1.00
THANK YOU        0.00
HAVE A NICE DAY

LN 1 AH 5  TxnM597009'
05/13/01 10:38 Out

## Valley Ranch Texaco

VALLEY RANCH TEXACO

03/13/01   07:32
STN # 9T00248630

Debit
XXXXXXXXXXXXXX6241
AUTH#        036909
INV #        0361907
DEBIT
PIN USED
PUMP#04      P-PLUS
GALLONS      10.290
@ $1.549/GAL
FUEL         $15.94

TL/NOTAX     $15.94
TAX PD       $0.00
TOTAL        $15.94

THANK YOU FOR
SHOPPING TEXACO
HAVE A NICE DAY.

## Walgreens

Walgreens
www.walgreens.com

290              9096  03921  027
                               10
PR/AM WTRL.5
  2 @ .99      F    1.98
PUREAM WTRIL
  2 @ .99      F    1.98
AQUA FINA 1L   F    2.78
  2 @ 1.39
NW MAXIMN 30   1N   13.99
RETN E/CUZS    11   5.99
SONY HDPHONE   11   11.99

SUBTOTAL            38.71
8.25% SALES TAX      1.48
TOTAL               40.19

CREDIT CARD
ACCT#**********6546
EXPIRATION DATE: 09/02       .00
40.19 CHANGE

www.walgreens.com
THANK YOU
FOR FASTER SERVICE, CALL IN YOUR
PRESCRIPTION 24 HOURS IN DVANCE

RETAIN THIS RECEIPT FOR YOUR RECORDS

MARCH 12, 2001       12:52 PM

# Centocor

## SALES FORCE EXPENSE REPORT

Original Document of Gelco Information Network

ACCOUNTING COPY

Original Document of Gelco Information Network

**NAME:** Denise Hill-Bannister

**DEPARTMENT:** 470

**DISTRICT:**

**EXPENSE REPORT NO.** 2587002

**PERIOD ENDING MM/DD/YY:** 03/10/01

| DATE MM/DD/YY | ORIGIN/ DESTINATION/PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Detail on Check) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPAIR / MAINT & MISC (Explain on Check) | PROMOTIONAL PROMO AccESS 4100 | PROMOTIONAL PROMO AccESS 4100 | MISC (Detail on Check) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/04/01 | Dallas, TX | | | | | | | | | | | | | | |
| 03/05/01 | Dallas, TX | 50.0 | | | | | | | | | | | | | |
| 03/06/01 | Dallas, TX | 20.0 | | | | | | | | | | | | | |
| 03/07/01 | Dallas, TX | 55.0 | | | | | | | | | | | | | |
| 03/08/01 | Dallas, TX | 30.0 | | | | | | 119.51 | | | | | | | 119.51 |
| 03/09/01 | Dallas, TX | | | | | | | 150.00 | | | | | | | 150.00 |
| 03/10/01 | Dallas, TX | 45.0 | | | | | | 269.51 | | | | | | | 269.51 |

**FIELD #:** 10, 11, 12, 53, 13, 15, 16, 17, 18, 19, 50, 51, 52, 54

### PLUS OR MINUS ADJUSTMENTS

| | FIELD # | AMOUNT |
|---|---|---|
| | | |

### COMPANY CAR ONLY

| VEHICLE NO. | 999999 |
|---|---|
| BEGINNING ODOMETER | 9371.0 |
| ENDING ODOMETER | 9511.0 |
| TOTAL MILES | 200.0 |
| TOTAL BUSINESS MILES | 200.0 |
| TOTAL PERSONAL MILES | 200.0 |

*Calculate Personal Mileage Charge Back in Box #997 at Right

## IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number. 9XX. (Example: If the Lodging amount field is negative, enter the code 911 instead of 11.)

Payment requests exceeding authorized dollar limits will delay reimbursements.

**SIGNATURE:** _(signature)_   **DATE MM/DD/YY:** 6-7-01

**APPROVED BY:** _(signature)_   **DATE MM/DD/YY:** 6-7-01

### NOTICE TO USER
Traveler/Authorization issued to the Driver by:
Gelco Information Network, Inc. P.O. Box
44800, Eden Prairie, Minnesota 55344-2900

| | FIELD # | QUANTITY |
|---|---|---|
| | 40 | |
| No. of Gallons | | |

| | FIELD # | TOTAL |
|---|---|---|
| Minus Personal Mileage Charge | 997 | |
| Due Company | 87 | |
| Due Employee | 820 | 269.51 |

| 306570000 02 | | |
|---|---|---|

| CALL DATE | CONFIRMATION # |
|---|---|
| 04/07/01 | 88610101 |

COPY SENT
JUL 2 - 2001
TO GELCO

## BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |

## MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |

112499 05 dmm

Original Document of GelcoInformationNetwork

ACCOUNTING COPY

39857000 02

OFFICE DEPOT
7777 N. MACARTHUR BLVD.
IRVING, TX 75063
214-574-4000

Associate 244299 03/08/01 15:33
Store #0554 Reg #003 Tran #8877
SALE POS Version 4.05

| | | |
|---|---|---|
| 536870 | SECRETARY CHAIR | 29.99 |
| MFG. LIST $ 89.00 | | |
| 511900 | CHAIRMAT, VALUE, | 14.99 |
| MFG. LIST $ 47.00 | | |
| [illegible] 0324 | CABINET, FILE | 69.99 |
| MFG. LIST $ 139.99 | | |
| [illegible]4059 | FOLDER, HANG, | 6.99 |
| MFG. LIST $ 21.40 | | |
| 07620101[illegible] | [illegible] | [illegible] |
| MFG. LIST $ 41.98 | | |
| | SUBTOTAL | 151.95 |
| TX 8.25% SALES TAX | | 12.54 |
| | TOTAL | 164.49 |

ACCOUNT NUMBER XXXXXXXXXXXX6548
VISA 164.49
APPROVAL CODE 325515

Initial office set up ok T.S.
CHANGE .00

Try our COPY CENTER for
Printing, Copying & UPS Shipping

# amazon.com.

http://www.amazon.com
orders@amazon.com

Amazon.com
1600 E Newlands Dr
Fernley, NV 89408
USA

Denise Hill Bannister
8003 North Macarthur Blvd. #2004
Irving, TX 75063
United States

Your order of March 8, 2001 (Order ID 107-7659083-4641304)

| Qty | Item | Description | Format | Our Price | Total |
|---|---|---|---|---|---|
| 1 | **In This Shipment** | | | | |
| 1 | Handspring Visor for Dummies  (P-2-K20C13) | Bill Dyszel | Paperback | $15.99 | $15.99 |
| 1 | Handspring Visor Deluxe (Blue)  (P-1-N2E21) | Unknown | Electronics | $248.87 | $248.87 |



15.00 opened

| | | | |
|---|---|---|---|
| | Subtotal | | $264.86 |
| | Shipping & Handling | | $4.48 |
| | **Order Total** | | $269.34 |
| | Paid via Visa | | $269.34 |
| | **Balance Due** | | $0.00 |

**This shipment completes your order.**

You can track the status of this order, and all your recent orders, online by visiting
"Your Account" page at http://www.amazon.com/your-account.

Thanks for shopping at Amazon.com, and please come again!

---

*Return Label – Please cut along dashed line.*

Denise Hill Bannister
8003 North Macarthur Blvd. #2004
Irving, TX 75063
United States

TO:  RETURNS CENTER – AMAZON.COM
1850 Mercer Rd, Suite 100
Lexington, KY 40511-1013
USA

---

# amazon.com.

Amazon.com
1600 E Newlands Dr
Fernley, NV 89408

Denise Hill Bannister
8003 North Macarthur Blvd. #2004
Irving, TX 75063
**United States**

vawd20473/-2-//25/MEXDG/std–us/13673339/72–432–8057

**25MEXDG**