E-FILED
Friday, 01 April, 2005 03:52:35 PM
Clerk, U.S. District Court, ILCD



# Centocor

## SALES FORCE EXPENSE REPORT

EXPENSE REPORT NO. 2587006

NAME: Denise Hill-Bannister

DEPARTMENT: 470

DISTRICT:

PERIOD ENDING MM/DD/YY: 04/28/01

| DATE MM/DD/YY | ORIGIN / DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Explain on Detail) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPAIR / MAINT & MISC. (Explain on Detail) | FIELD PROMOTION (Explain on Detail): PROMOTIONAL PROGRAMS | PROMOTIONAL ACCESS <$100 | PROMOTIONAL ACCESS >$100 | MISC. (Explain on Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/22/01 | dallas | | | | | | | | | | 22.32 | | | | | | 22.32 |
| 04/23/01 | dallas | | | | | 1.00 | | | | | | | | | 378.93 | | 379.93 |
| [illegible]/01 | dallas | | | | | | | | | | | | | | 292.40 | | 292.40 |
| 04/25/01 | dallas | | | | | | | | | 24.96 | 19.11 | | | | | | 44.07 |
| 04/26/01 | dallas | | | | | 7.25 | | | | | | | | | 177.36 | | 184.61 |
| 04/27/01 | dallas | | | | | 1.25 | | | | | | | | | | | 1.25 |
| 04/28/01 | dallas | | | | | | | 100.00 | | | | | | | | | 100.00 |
| PLUS OR MINUS ADJUSTMENTS | | | | | | | | | | | | | | | | | |
| 12499 05 dmm | FIELD # | | 10 | 11 | 12 | 53 | 13 | [struck] | 16 | 17 | 18 | 19 | 50 | 51 | 52 | 54 | |
| | AMOUNT | | | | | 9.50 | | 100.00 | | 24.96 | 41.43 | | | | 648.69 | | 1,024.58 |

| FIELD # | 40 |
|---|---|
| QUANTITY | No. of Gallons |

| COMPANY CAR ONLY | |
|---|---|
| VEHICLE NO. | 999999 |
| BEGINNING ODOMETER | 11053.0 |
| ENDING ODOMETER | 11400.0 |
| TOTAL MILES | 347.0 |
| TOTAL BUSINESS MILES | |
| *TOTAL PERSONAL MILES | 347.0 |

*Calculate Personal Mileage Charge Back in Box #997 at Right

**IMPORTANT**

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursements.

| | FIELD # | TOTAL |
|---|---|---|
| Minus Personal Mileage Charge 347.0 | 997 | |
| Due Company | 87 | |
| Due Employee | 820 | 1,024.58 |

| SIGNATURE | DATE MM/DD/YY |
|---|---|
| Denise Hill | |
| APPROVED BY Tony Sicili[illegible] | DATE MM/DD/YY 6-7-01 |

39657000 02

| NOTICE TO USER | CALL DATE | CONFIRMATION # |
|---|---|---|
| Travelletter Authorization issued to the Drawer by Gelco Information Network, Inc. P.O. Box 44600, Eden Prairie, Minnesota 55344-2500 | 05/03/01 | 88886242 |

7/2 e-mailed

ONLY $10.32

COPY SENT JUL 2 - 2001 TO GELCO

EXHIBIT 2 Hill-Bannister

ACCOUNTING COPY

Original Document of GelcoInformationNetwork

## BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 04/23/01 | dr. reese, dr. jones, dr. meller, dr.diam | baylor hospital | inservice retavase | 378.93 |
| 04/24/01 | dr. gordan, dr. durso, dr. postma | medical city | inservice retavase | 292.40 |
| 4/26/ | greg johnson phrmd, susan sham phr | st paul | inservice retavase | 177.36 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

112499 05 dmm

39657000 02

VALLEY RANCH TEXAC

04/22/01
STN # 91002448630 13:28

BANNISTER/DENISE R
Visa
XXXX XXXX XXXX 654
8
AUTH#
INV # 00146777
CREDIT 0446336
PUMP#06
GALLONS UNLEAD
13.373
@ $1.669/GAL
FUEL
$22.32

TL/NOTAX $22.32
TAX PD $0.00
TOTAL $22.32

THANK YOU FOR
SHOPPING TEXACO
HAVE A NICE DAY.



**SAL'S PIZZA RESTAURANT INC.**
2525 Wycliff Ave.
DALLAS, TEXAS 75219
(214) 522-1828

CUSTOMER'S ORDER NO. 11:30 | PHONE | DATE

NAME Donna Hill

ADDRESS

CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT

TAX

295.85

TOTAL

SOLD BY | RECEIVED BY 214/820-

All claims and returned goods MUST be accompanied by this bill.

*Thank You*

C PRODUCT 609
382098

NEBS To Reorder 800-225-6380 or nebs.com



412 8005 011-0348

9/02

Donna Hill

DATE | SERVER/CASHIER
AUTHORIZATION NO. | REFERENCE NO.

SAL'S PIZZA REST
1421052366
60110170102O370 042401 5682098

| QTY. | DESCRIPTION | AMOUNT |
|---|---|---|
| | | 295 85 |
| | TAX | |
| SALES SLIP | TIP MISC. | 20 00 |
| | | 315 85 |

CUSTOMER COPY

PURCHASER SIGN HERE

X

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the issuer.

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS

PANERA BREAD
COLLINGSWORTH & UNIVERSITY
PHONE (817)870 1959

25 CH... 02

ORDR 925 APR23'01 08:42AM

BAKERY

| | | |
|---|---|---|
| 1 | STROL CHERRY | 1.65 |
| 2 | STROL APPLE | 3.30 |
| 3 | COBBLESTONE | 5.67 |
| 1 | BEAR CLAW | 1.60 |
| 1 | CROISS RASP | 1.65 |
| 1 | CROISS CHEESE | 1.65 |
| 1 | PUMPKIN MUFFIE | 0.95 |
| 1 | BANANA MUFFIE | 0.95 |
| 1 | CHOC MUFFIE | 0.95 |
| 2 | COOKIE CHOC DUET | 3.00 |
| 2 | COOKIE CHOC CHPR | 2.50 |
| 2 | COOKIE NT CHOC C | 2.30 |
| 2 | COOKIE NT OAT-RS | 2.20 |
| 2 | COOKIE SHRTBRD | 2.30 |
| 2 | BISCOTTI HONY SE | 2.20 |
| | CREDIT CARD | 35.58 |
| | SUBTOTAL | 32.87 |
| | TAX | 2.71 |
| | P A I D | 35.58 |

VISIT OUR WEBSITES:

WWW.PANERABREAD.COM

YOUR ORDER NUMBER IS # 926

BENNY'S BAGELS
18043 N. MAC ARTHUR #1
IRVING TX 75063

MONDAY, APRIL 23, 2001 @ 06:44AM

MERCHANT ID : 4132775100010001
CARD NUMBER : A412000399995548
EXPIRATION : 0209
INVOICE NUM : 6956548
TOTAL : 27.50
AUTH CODE : 508464

SIGNATURE

THANK YOU
COME AGAIN

RETAIN THIS COPY FOR YOUR RECORDS
TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

STANDARD PARKING
HARRIS METHODIST

04/23/01 08:32 L# 1 A# 5 Txn#433051
04/23/01 07:32 In 04/23/01 08:32 Out

| | | |
|---|---|---|
| Fee ......1 | $ | 1.00 |
| Total Fee | $ | 1.00 |
| CASH PAID | $ | 1.00- |
| Cash Tender | $ | 1.00 |
| Change Due | $ | 0.00 |

THANK YOU
HAVE A NICE DAY

THE MAIL STATION
8600 N MACARTHUR BLD 114
IRVING TX 75063

DATE: 04/25/01 TIME: 17:21
MER#: 226385786000 TERM: 0001
S-A-L-E-S D-R-A-F-T

REF: 0006 BCH: 021
CD TYPE: VI
TR TYPE: PR
AMOUNT: $24.96

ACCT: 4128003989956548 EXP: 0902
AP: 608826

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS AND/OR SERVICES IN THE AMOUNT OF THE TOTAL SHOWN HEREON AND AGREES TO PERFORM THE OBLIGATIONS SET FORTH BY THE CARDMEMBER'S AGREEMENT WITH THE ISSUER
THANK YOU FOR USING VISA

X

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

C H E V R O N
04/25/01 09:21
CHEVRON USA
770 I-635
IRVING, TX
STN 00205013
VISA
XXXXXXXXXXXX6548

Invoice 1366577
Auth 248049
Pump # 14
11.516 G @ $ 1.659
ReqU/Self $ 19.11
Total $ 19.11

Thank You
Please Come Again

Corner Bakery
Preston/Forest
Dallas
30% Beverage Replacement
#127 ANDRE Dine In
04/24/01 09:21:40 #00155

CHECK #0105

| | |
|---|---|
| 2 DOZEN BARS/ BRW | 35.98 |
| Subtotal | 35.98 |
| TOTAL | 35.98 |

Thanks a latte!
Questions or Comments?
1-800-983-4637

| | |
|---|---|
| SALES | 35.98 |
| (-)CHARGE TIPS | 35.98 |
| CHANGE DUE | 0.00 |
| (-)CHARGE TIPS | 0.00 |

VISA 4128003989956548

PARKING COMPANY OF AMERICA
INCORPORATED

TIME ____ DATE 04/ /01

LOCATION St. Paul Hospital

AMOUNT 2.00

BY ____

EEOC000429

**SAL'S PIZZA RESTAURANT, INC.**
2525 Wycliff Ave.
DALLAS, TEXAS 75219
(214) 522-1828

Patty 25

CUSTOMER'S ORDER NO. | PHONE 214 879-2694 | DATE

NAME Denn Ben (11:30)

ADDRESS St Paul Ph

CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT

(1/2) Las
(TA) Ind
(2) Pizza (Sm) 1/2
Patty special

TAX

SOLD BY | RECEIVED BY | TOTAL

C PRODUCT 609 All claims and returned goods MUST be accompanied by this bill.

380493 NEBS To Reorder 800-225-6380 or nebs.com *Thank You*

---

4128003989995 6-40

DATE | SERVER/CASHIER

9/02

AUTHORIZATION NO. | REFERENCE NO.

CHECK NO./FOLIO NO.

Dennis Hill

SAL'S PIZZA REST
14210520066
60.110.120.10.20370

042501 5941406

| | |
|---|---|
| 236 [illegible] | PURCHASES |
| | TAX |
| | SERVER (TIP) |
| 20 00 | OTHER (TIP) |
| 256 [illegible] | TOTAL |

SALES SLIP

PURCHASER SIGN HERE
X

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the issuer.

CUSTOMER COPY

CUSTOMER COPY

**IMPORTANT:** RETAIN THIS COPY FOR YOUR RECORDS.



SAL'S PIZZA RESTAURANT INC.
2525 Wycliff Ave.
DALLAS, TX
(214)

| CUSTOMER'S ORDER NO. | PHONE | DATE |
|---|---|---|
| NAME | | |
| ADDRESS | | |

| CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|

| SOLD BY | RECEIVED BY | TOTAL 135 31 |
|---|---|---|

TAX

C PRODUCT 809 All claims and returned goods MUST be accompanied by this t

380505 NEBS To Reorder 800 225-6380 or nebs.com

Thank Y

| DATE | SERVER/CASHIER |
|---|---|
| AUTHORIZATION NO. | REFERENCE NO. |
| CHECK NO./SOLID NO. | |

SAL'S PIZZA REST
14210523366
6011017010020370 042701 5941437

| | |
|---|---|
| 125 31 | PURCHASES |
| | TAX |
| | TIP SERVER |
| 10 00 | TIP OTHER |
| 145 31 | TOTAL |

PURCHASER SIGN HERE SALES SLIP

X

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the issuer.

CUSTOMER COPY

CUSTOMER COPY

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS.

7-510
CAR CHECK 5.00
S3R-4351-PARK

Corner Bakery
MacArthur Park
#107 EDITH Dine In
04/26/01 08:58:19 #00173
CHECK #0068

| | |
|---|---|
| COOKIES 1.02 | 12.99 |
| ?ZEN BARS | 17.99 |
| Sub tal | 30.98 |
| Sales Tax | 1.07 |
| TOTAL | 32.05 |

You knead it Daily!!
QUESTIONS OR COMMENTS
1-800-983-4537

| | |
|---|---|
| SALES | 32.05 |
| (-)CHARGE-TIPS | 32.05 |
| CHANGE DUE | 0.00 |
| (-)CHARGE TIPS | 0.00 |

VISA 4128003989956548

METHODIST HOSPITAL
PARKING GARAGE
FEE COMPUTER
OU 04/26/01 14:27
IN 04/26/01 12:51

| | |
|---|---|
| | $2.25 |
| FEE 1 | $2.25 |
| TOTAL --> | $2.25 |
| CASH TEND | $0.00 |
| CHANGE | $2.25 |

CASH PAID
THANK YOU!
47243 1 ##

3:02-cv-03354-RM-CHE # 64-4 Page 11 of 12

# AT&T Wireless Services




#BWNGFYV
#0002500672456396# w
AB 01 059614 72918 B 275 A

DENISE HILL-BANNISTER
APT 2004
8003 N MACARTHUR BLVD
IRVING TX 75063-6128

Questions?

- www.att.com/wireless
- 1-800-888-7600
- 611 from your wireless phone

Date of Invoice: 04/20/01

SUMMARY OF MONTHLY CHARGES FOR ACCOUNT 67245639

| Previous Balance | Payments Received | Late Payment Charge | Adjustments | Balance Forward | Current Monthly Charges | Total Amount Due |
|---|---|---|---|---|---|---|
| 10.32 | .00 | .00 | .00 | 10.32 | .00 | 10.32 |

Your billing cycle began on 03/19 and ended on 04/18.

| | | |
|---|---|---|
| **Current Monthly Charges** | .00 | |
| Monthly Service Charges | .00 | |
| Home Airtime Charges | .00 | |
| Home Long Distance Charges | .00 | |
| Text Messaging Charges | .00 | |
| Roaming Charges | .00 | |
| Other Charges and Credits | .00 | |
| Taxes, Surcharges & Regulatory Fees | .00 | |
| Total Current Monthly Charges | | 10.32 |
| ---AL AMOUNT DUE | | |

-nice online @ www.att.com/wireless

Note: We Print on --- Back.

# Introducing... Travelet_r Direct® from Gelco Inf_mation Network

## Who is Gelco?

For over 100 years, Gelco has offered unique solutions for the expense reimbursement process in addition to other information-based products. Gelco serves over 3,000 corporate clients in the U.S. and Canada, including many of the *Fortune* 1,000 companies.

## The Benefits of Traveletter Direct

Traveletter Direct:

- Authorizes you to submit your expense report to Gelco via touch-tone phone – from any location, anytime
- Allows for easy entry of receipt information
- Verifies all math
- Quickly reimburses you through the convenience of direct deposit

With Gelco's Traveletter Direct, you are in charge of your reimbursement. And the often tedious process of getting reimbursed for your business expenses is much simpler, easier and quicker!

## The Direct Deposit Advantage

Gelco reimburses your out-of-pocket expenses via direct deposit. You get reimbursed electronically in just days, saving you a trip to the bank.

Direct deposit expense reimbursement works the same way as direct deposit of your paycheck. You will automatically receive reimbursement into your bank account within three banking days after you submit your expense report to Gelco. Direct deposit advantages include:

- **Convenience** – Your reimbursement transfers electronically to your financial institution.
- **Security** – Direct deposit is the safest way to get your money into your account and eliminates the risk of lost, stolen or destroyed checks.
- **Immediacy** – You can access your reimbursement within three banking days of submitting your expense report – simply by using an automated teller machine or writing a personal check.
- **Flexibility** – You can deposit your reimbursement into your checking or savings account. Whether you are on vacation, at home sick or have the day off, you know your reimbursement is in your account – where you need it!
- **Availability** – Nearly all banks, financial institutions and credit unions nationwide have direct deposit transfers.
- **No Charge** – Direct deposit is free!




## How Do I Get Started?

Just fill out the Direct Deposit Consent Form below to give Gelco written permission to deposit money into your bank account. Then promptly return the Consent Form to your company's Traveletter Direct Program Administrator. It's that simple! Your Traveletter Direct User Guide will be distributed at a later date. Until then, continue to submit expenses through your traditional process.

## Direct Deposit Consent Form

CVBU Sales 470 470

**Traveletter Direct®**

107870 3/23/01

NAME Denise Hill Bannister

ADDRESS 8003 N. MacArthur

ACCT. NO. #2004, Irving TX 75063

32-115/1110

DATE

PAY TO THE ORDER OF

$

VOID

DOLLARS

Security Features Details on Back.

CHASE The Chase Manhattan Bank Metroplex-Dallas Region 2200 Ross Avenue Dallas, TX 75201

FOR

VOID

⑆111001150⑆ ⑈221061392765⑈

© HARLAND

L BANNISTER

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

...L SECURITY NUMBER (IF REQUIRED BY YOUR COMPANY)

...rthur #2004

TX 75063

STATE ZIP CODE

...nnister 3-3-01

DATE

...ber that precedes your **BANK ACCOUNT NUMBER** on the lower left hand corner *(called the micr line)* of your check or deposit slip. ...ase fill in these two important numbers very carefully!

⑆111001150⑆221061392765

PROGRAM ADMINISTRATOR'S COPY

GelcoInformationNetwork