Original Document of Gelco/InformationNetwork

ACCOUNTING COPY

EEOC000446

# Centocor

## SALES FORCE EXPENSE REPORT

| NAME | Denise Hill-Bannister | DEPARTMENT | 470 | | EXPENSE REPORT NO. 2587004 |
|---|---|---|---|---|---|
| | | DISTRICT | | | PERIOD ENDING MM/DD/YY 04/21/01 |

| DATE MM/DD/YY | ORIGIN / DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Explain in Detail) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPAIR / MAINT & MISC (Explain in Detail) | FIELD PROMOTION (Explain in Detail) PROMOTIONAL PROGRAMS | PROMOTIONAL ACCESS >$100 | PROMOTIONAL ACCESS <$100 | MISC (Explain in Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/15/01 | dallas | | | | | | | | | | | | | | | | |
| 04/16/01 | dallas | | | | | 4.25 | | | 76.88 | | 19.52 | | 129.67 | | | | 133.92 |
| 04/17/01 | wichita falls | | | | | | | | 19.31 | | | | | | | | 19 |
| 04/18/01 | austin | | | | | 7.00 | 1.99 | | | | | | | | | | 198.49 |
| 04/19/01 | dallas | 190.50 | | | | 14.00 | | | | 28.48 | | | 191.16 | | | | 231.62 |
| 04/20/01 | temple | | | | | | | 100.00 | | | 20.03 | | | | | | 20.03 |
| 04/21/01 | dallas | | | | | | | | | | | | | | | | 100.00 |
| PLUS OR MINUS ADJUSTMENTS | | | | | | | | 100.00 | | | | | | | | | 800.78 |

| | 11249 05 mm | FIELD # | 10 | 11 | 12 | 53 | 13 | 15 | 16 | 17 | 18 | 19 | 50 | 51 | 52 | 54 | |
| | | AMOUNT | 190.50 | | | 25.25 | 1.99 | 100.00 | 96.20 | 28.48 | 39.55 | | 320.83 | | | | |

### COMPANY CAR ONLY

| VEHICLE NO. | 999999 |
|---|---|
| BEGINNING ODOMETER | 10400.0 |
| ENDING ODOMETER | 11053.0 |
| TOTAL MILES | 653.0 |
| TOTAL BUSINESS MILES | 653.0 |
| TOTAL PERSONAL MILES | 653.0 |

**IMPORTANT**

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursements.

*Calculate Personal Mileage Charge Back in Box #997 at Right

| | QUANTITY | FIELD # |
|---|---|---|
| | No. of Gallons | 40 |

| | | FIELD # | TOTAL |
|---|---|---|---|
| Minus Personal Mileage Charge | 653.0 | 997 | |
| Due Company | | 87 | |
| Due Employee | | 820 | 800.78 |

| CONFIRMATION # | 386570000 02 | CALL DATE 04/21/01 | CONFIRMATION # 887489 34 |
|---|---|---|---|

SIGNATURE

APPROVED BY

DATE MM/DD/YY    6-7-01

DATE MM/DD/YY

NOTICE TO USER
Traveller Authorization issued to the Driver by
Gelco Information Network, Inc. P.O. Box
4999, Eden Prairie, Minnesota 55344-2600

COPY SENT
JUL 2 - 2001
TO GELCO

## BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 04/16/01 | dr. gensberg, and dr.lee | st. paul hospital, lr, dallas | inservice retavase | 129.67 |
| 04/18/01 | dr.vanmeter, dr. slonim, dr. gordon | methodist hospital, and medical city, dalla | inservice retavese | 191.16 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

112499 05 dmm

39857000 02

Original Document of GelcoInformationNetwork

ACCOUNTING COPY

BEAR CREEK TEXACO
1701 S.BECKLEY
GLENN HEIGHTS,TX

04/20/01          09:16
STN # 9T0025928125D

BANNISTER/DENISE R
Visa
XXXX XXXX XXXX 654
8
AUTH#        00205361
INV #        0473181
CREDIT
PUMP#00        UNLEAD
GALLONS        12.527
@ $1.599/GAL
FUEL            $20.03

TL/NOTAX        $20.03
TAX PD           $0.00
TOTAL           $20.03

THANK YOU.
PLEASE COME AGAIN.



# AT&T Wireless Services

Questions?
- www.att.com/wireless
- 1-800-888-7600
- 611 from your wireless phone

#BWNGFYV
#0003300964119540# w
AV 02 013412 63868 86 A**5DGT
|||..|.||..|||...||..|.||.|||..||.||...|.||.|||
DENISE HILL-BANNISTER
APT. # 2004
8003 N MACARTHUR BLVD
IRVING TX 75063-6128

**Date of Invoice: 04/14/01**

SUMMARY OF MONTHLY CHARGES FOR ACCOUNT 964119954
Wireless Number 972-569-7757

| Previous Balance | Payments Received | Late Payment Charge | Adjustments | Balance Forward | Current Monthly Charges |
|---|---|---|---|---|---|
| 39.31 | 39.31CR | .00 | .00 | .00 | 145.00 |

| Total Amount Due |
|---|
| 145.00 |

Your billing cycle began on 03/13 and ended on 04/12.

**Current Monthly Charges**

| | |
|---|---|
| Monthly Service Charges | 119.99 |
| Home Airtime Charges | .00 |
| Home Long Distance Charges | .00 |
| Text Messaging Charges | .00 |
| Roaming Charges | .00 |
| Other Charges and Credits | 2.97 |
| Taxes, Surcharges & Regulatory Fees | 22.04 |
| Total Current Monthly Charges   DUE UPON RECEIPT | 145.00 |
| TOTAL AMOUNT DUE | 145.00 |

You can now pay your invoice online @ www.att.com/wireless
AT&T WIRELESS SERVICES APPRECIATES YOUR BUSINESS

Note: We Print on Front and Back.

**EXXON EXPRESS PAY**

VALLEY RANCH EXXON
9975 N. MACARTHUR
IRVING, TX.75063

DLR# 4712410
VALLEY RANCH E
IRVING TX
04/15/01 15:09
ACCT#
XXXXXXXXXXXX6548
INV# HZZ6653
AUTH# 774260
PUMP# 5
REG 9.770G
SELF
PRICE/GAL $1.589
FUEL TOTAL $15.52

TIGER WASH $5.00
DISCOUNT $-1.00
MDSE TOTAL $4.00
TOTAL $19.52

CARWASH CODE 17217
EXPIRES 05/15/01

HAVE A SAFE AND
HAPPY NEW YEAR

-THANK YOU-

EEOC000450

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS.

CUSTOMER COPY

SALES SLIP

PURCHASER SIGN HERE

X

SAL'S PIZZA REST
1421052366
60110170102037C

594L338

CUSTOMER COPY

| PURCHASES | TAX | SERVER | OTHER | TOTAL |
|---|---|---|---|---|
| 119.67 | | | 10.00 | 129.67 |

SALESPERSON | REFERENCE NO. | AUTHORIZATION NO. | CHECK NO./FOLIO NO. | DATE

4138003989 56568

---

282013

*Thank You*

NEBS  To Reorder  800-225-6380 or nebs.com

C PRODUCT 608  All claims and returned goods MUST be accompanied by this bill.

SOLD BY | RECEIVED BY

SAL'S PIZZA RESTAURANT INC.
2525 Wycliff Ave.
DALLAS, TEXAS 75219
(214) 522-1828

CUSTOMER'S ORDER NO. | DATE

NAME

ADDRESS

CASH | C.O.D. | CHARGE | ON ACCT. | MSE. RETD. | PAID OUT

QTY. | DESCRIPTION | PRICE | AMOUNT

TAX

TOTAL

119.67

Special  Pasta facy
1st  D. Grischpul

**PARKING COMPANY OF AMERICA**
INCORPORATED

TIME ________ DATE 04/14 /01

LOCATION ST. PAUL HOSPITAL

AMOUNT 2.00

BY ________

METHODIST HOSPITAL
OFFICE
GARAGE

OU 04/16/01 11:26
IN 04/16/01 09:51
FEE 1 $2.25
TOTAL --> $2.25
CASH TEND $2.25
CHANGE $0.00
CASH PAID $2.25
THANK YOU!
24190 1 AG

Walgreens
The Pharmacy America Trusts

I'm MIKE here to serve you as one of
our "7 Service Basics".

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 03921 025

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 03921 025

| | | | |
|---|---|---|---|
| WLG BATT 4PK | T | 2.99 | SALE |
| 1 @ 1/ 2.99 - 2/ 2.99 | | | |
| H/M NOTES | 1T | 4.95 | |
| H/M NOTES | 1T | 4.95 | |
| H/MK THK YOU | 1T | 4.95 | |
| SUBTOTAL | | 17.84 | |
| 8.25% SALES TAX | | 1.47 | |
| TOTAL | | 19.31 | |

ACCT#***********1007
EXPIRATION DATE: 07/02
CREDIT CARD 19.31 CHANGE .00

THANK YOU
FOR FASTER SERVICE, CALL IN YOUR
PRESCRIPTION 24 HOURS IN ADVANCE
www.walgreens.com

RETAIN THIS RECEIPT FOR YOUR RECORDS

APRIL 17, 2001 5:50 PM

Thank you / Notes / DR's / Batteries / Pager

EECO000454

AMPCO SYSTEM PARKING
AIRPORT PARKING
DALLAS LOVE FIELD
7801 CEDAR SPRINGS ROAD
DALLAS TEXAS 75235
214 350 4881
04/18/01 15:57  LH 2 AM 21  Txn#364808
04/18/01 08:37 In  04/18/01 15:57 Out
SHORT TERM       $   7.00
Total Fee        $   7.00
CASH PAID            7.00-
Cash Tender      $   7.00
Change Due       $   0.00
THANK YOU FOR YOUR BUSINESS
PLEASE DRIVE CAREFULLY
HAVE A PLEASANT DAY
THANK YOU AGAIN
FAX 214 350 5153

**SOUTHWEST AIRLINES**
ISSUED BY AND VALID ONLY ON

TICKETLESS ITINERARY
NOT VALID FOR TRANSPORTATION DATE 18APR01
AGENT 0541H6

CUSTOMER NAME
BANNISTER/DENISE

REFERENCE NUMBER                CONFIRMATION NUMBER
S26/27S39081740                 7Q21VB

ITINERARY

| FROM | TO |
|------|-----|
| AUSTIN TX | DALLAS LOVE FIELD AUSTIN TX |
|  | 10 |

| FLIGHT | DATE | FARE BASIS | TIME | STATUS | PRICE | XF |
|--------|------|-----------|------|--------|-------|-----|
| WN0078 | 18APR | YL | 0925A | HK | 0093.75 | 00.00 |
| WN0090 | 18APR | YL | 0355P | HK | 0093.75 | 03.00 |

EXIT CHECK
PLEASE PRESENT TO VALET DRIVER

13-195
750 Park Medical

Corner Bakery
Preston/Forest
Dallas
50% Beverage Replacement
#127 ANDRE Dine In
04/19/01 09:06 1o #60155
CHECK #0093
3 BKFST PASTRY 06 50.97
Subtotal 50.97
Sales Tax 4.21
TOTAL 55.18

Thanks a latte:
Questions or Comments?
1-800-993-4637

SALES 55.18
CHARGE TIPS 55.18
CHANGE DUE

CHARGE TIPS 0.00

4128003989956546

********************************
R A Z Z O O' S
I R V I N G
********************************
Date: Apr19'01.01:44PM
Card Type: Visa/MC
Acct #: 4128003989956548
Exp Date: 09/02
Auth Code: 472941
Check: 7708
Server: 900 AM Bar
DENISE R BANNISTER

Subtotal: 100.00

Tip:____________

Total:__________

____________________
Signature
********************************
Top Copy for Razzoo's
Bottom Copy for YOU
********************************

EEOC000455

NOTES: Plano Medical
4-19-01
$5.00
[signature]

Corner Bakery
Preston/Forest
Dallas
30% Beverage Replacement
#005 RYAN
Dine In
04/19/01 10:4 28
#00155
CHECK #0132

| | |
|---|---|
| 2 DOZEN BARS/ BRW | 35.98 |
| Subtotal | 35.98 |
| TOTAL | 35.98 |

Thanks a latte!
Questions or Comments?
1-800-983-4637

| | |
|---|---|
| ES | 35.98 |
| CH | 35.98 |
| CHANGE DUE | 0.00 |
| (-)CHARGE TIPS | 0.00 |

VISA 4128003989956548

THE MAIL STATION, INC.
8600 N. MacArthur Blvd. #114
Irving, Texas 75063
Phone: 402-8878
Fax: 402-9181

| | | |
|---|---|---|
| Postage | $22.95 | 3@ 7.65 |
| Postage | $3.51 | 9@ 0.39 |
| TOTAL | | $26.46 |
| VISA | | $26.46 |

John 04/19/01 12:56 #42417

*THANK YOU FOR YOUR BUSINESS*

4-19 Tollroad
.75
.75
1.50

# Centocor

## SALES FORCE EXPENSE REPORT

Original Document of GelcoInformationNetwork

ACCOUNTING COPY

**NAME:** Denise Hill-Bannister  
**DEPARTMENT:** 470  
**DISTRICT:**  
**EXPENSE REPORT NO.** 2587003  
**PERIOD ENDING** 04/14/01  
**FIELD ENDING MM/DD/YY**

| DATE MM/DD/YY | ORIGIN / DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS (10) | LODGING (11) | TAXI, LIMO, AUTO RENTAL (12) | PARKING / TOLLS (93) | BUSINESS MEALS (13) | PHONE / FAX (15) | OFFICE SUPPLIES & COPIES (16) | POSTAGE (17) | AUTO FUEL (18) | REIMBURSANT & MISC (19) | PROMOTIONAL PROGRAMS (50) | ACCESS 4101 (51) | ACCESS 4100 (52) | MISC (54) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/08/01 | dallas | | | | | | | | | | | | | | | | |
| 04/09/01 | dallas | | | | | 2.00 | | | | | 16.87 | | 10.34 | | | | 29.21 |
| 04/10/01 | dallas | | | | | | | | | | | | | | | | |
| 04/11/01 | houston | | 107.09 | | 22.00 | | 29.16 | | | | | | | | | | 158.25 |
| 04/12/01 | houston | | | 221.13 | 22.00 | | 14.71 | | | | | | | | | | 257.84 |
| 04/13/01 | dallas | | | | | | | | | 19.73 | | | | | | | 19.73 |
| 04/14/01 | dallas | | | | | | | | 48.01 | | | | | | | | 48.01 |
| **11249 35 мм** | | | | | | | | | | | | | | | | | |
| **AMOUNT** | | | 107.09 | 221.13 | 44.00 | 2.00 | 43.87 | | 48.01 | 19.73 | 16.87 | | 10.34 | | | | 513.04 |

**PLUS OR MINUS ADJUSTMENTS**

### COMPANY CAR ONLY

| | |
|---|---|
| VEHICLE NO. | 9996999 |
| BEGINNING ODOMETER | 10357.0 |
| ENDING ODOMETER | 10400.0 |
| TOTAL MILES | 43.0 |
| TOTAL BUSINESS MILES | |
| TOTAL PERSONAL MILES | 43.0 |

### IMPORTANT

*Calculate Personal Mileage Charge Back in Box #997 at Right

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursements.

**SIGNATURE** _(signature)_  
**APPROVED BY** _(signature)_  
**DATE MM/DD/YY:** 6-7-01

| FIELD # | | TOTAL |
|---|---|---|
| Minus Personal Mileage Charge | 997 | 43.0 |
| Due Employee | 87 | |
| Due Company | 820 | 513.04 |

**NOTICE TO USER**  
Traveller Authorization issued to the Claimant by Gelco Information Network, Inc., P.O. Box 44830, Eden Prairie, Minnesota 55344-2900

**CALL DATE:** 04/14/01  
**CONFIRMATION #:** 88678795  
Confirmation 369657000 02

COPY SENT JUL 2 - 2001 TO GELCO

# BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 4/11-4/12 | denise hill ban nister | houston marriott | personal meals | 42.08 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 04/09/01 | snacks dr mcgowan an dr cooke | 10.34 |
| | | |
| | | |
| | | |
| | | |

# MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

112490 05 dinnu

39687000 02



# JW MARRIOTT HOTEL
## ON WESTHEIMER BY THE GALLERIA

5150 Westheimer Road, Houston, Texas 77056
(713) 961-1500 Fax: (713) 961-5045

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum amount allowed by law, plus the reasonable cost of collection, including attorney fees.

The Harris County - Houston Sports Authority requires an additional tax of 2% be imposed on each hotel charge for the purpose of financing one or more approved venue projects.

Signature X _____

THIS ITEM PRINTED ON RECYCLED PAPER

For Reservations At Any Marriott Hotel Call 1-800-228-9290

---



# JW MARRIOTT HOTEL
## ON WESTHEIMER BY THE GALLERIA

5150 Westheimer Road, Houston, Texas 77056
(713) 961-1500 Fax: (713) 961-5045

## GUEST FOLIO

*For your protection we have NOT included a credit card receipt in this express check out. Please accept this statement as a receipt. Any additional charges will be added to the total amount charged to your credit card. If you need an updated receipt or credit card voucher, please stop by the Front Desk. Thank you.*

| NAME | RATE | DEPART | TIME | ACCT# |
|---|---|---|---|---|
| 908 BANNISTER/DENISE | 189.00 | 04/12/01 06:14 | | 1634 |

ROOM
NSKG

TYPE
28

ARRIVE
04/11/01 16:48
TIME

PASSPORT:
BKXXXXXXXXXXXXX6548        /0902

MR#:

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| ROOM | CLERK | ADDRESS | PAYMENT | |
| 04/11 RM SERV | 4975 908 | 27.37 | | |
| 04/11 ROOM | 908 1 | 189.00 | | |
| 04/11 RM TAX | 908 1 | 11.34 | | |
| 04/11 CITY TAX | 908 1 | 20.79 | | |
| 04/12 RM SERV | 5015 908 | 14.71 | | |
| 04/12 CCARD-BK | VISA CARD XXXXXXXXXXXXX6548 | | 263.21 | |
| SETTLED TO: | | | | .00 |

-------------------- EXP. REPORT SUMMARY --------------------

| | |
|---|---|
| 04/11 RM SERV | $27.37 |
| ROOM&TAX | $221.13 |
| 04/12 RM SERV | $14.71 |

Continental Airlines

PASSENGER RECEIPT 1OF1
04APR01 US
31724173 /NORTH BRUNSWI N
1

BANNISTER/DENISE
**NOT VALID FOR******RETAIN THIS RECEIPT***
**TRANSPORTATION***THROUGHOUT YOUR JOURNEY*
NONREF/CHANGE FEE APPLIES D CO/COEX ONLY
SUOAUY

DFW CO HOU45.86 CO DFW45.85TR71ZN/K226 91.71 END ZPDFWIAH XFDFW3

USD 91.71
US 6.88
ZP 5.50
XF 3.00
USD 107.09

FP VI4128003989956548/0902/807170

0 005 7174066902 1

A708

PRINTED IN U.S.A. BY MAGNETIC TICKET & LABEL CORP. DALLAS, TX Rev. 4/99 9725

Continental Airlines

BANNISTER/DENISE

HOUSTON TX
CO 1455 T 12APR TR71ZN/K226
DALLAS/DFW

*********************
NOT VALID FOR TRAVEL
005 7174066902 1

YELLOW CAB
Fare Receipt

Amt. 22⁰⁰ Date 4/1/01
Trip from Valley R
To airport
Cab # ______
Driver ______ ID # ______

For Prearranged Airport Service
Dial: 1-800-749-9422

Thank you for riding with us.

CHOICE CABS ☆ TERMINAL TAXI ☆ BIG TEX TAXI
972-222-2000
214-350-4445 • 214-350-4590

INTERNATIONAL TAXICAB AND LIVERY ASSOCIATION

Safe Dependable • Largest Radio Dispatched Fleet in Dallas

DATE 4/12 CAB FARE 22⁰⁰
DESTINATION Valley R
DRIVER ______ CAB # ______ THANK YOU!

RETURNING FROM OUT OF TOWN? 800-444-6400
Visit our website @www.dallastaxi.com

THE GROVE
HOUSTON INTERCONTINENTAL
C SOUTH

| | |
|---|---|
| GROVE-WATER | 4 1.65 |
| SUBTOTAL | 1.65 |
| TAX 1 | 0.14 |
| TTL.AMT | 1.79 |
| CASH | 2.00 |
| *CHANGE* | 0.21 |

7592 000 9:23
04/11/01 03-CASHR 03

THE MAIL STATION
8600 N MACARTHUR BLD 114
IRVING TX 75063

DATE: 04/13/01 TIME: 10:35
MER#: 220385786000 TERM: 0001
S-A-L-E-S D-R-A-F-T

REF: 0002 BCH: 012
CD TYPE: VI
TR TYPE: PR
AMOUNT: $19.73

ACCT: 4128003989956548 EXP: 0902
AP: 853117

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS AND/OR SERVICES IN THE AMOUNT OF THE TOTAL SHOWN HEREON AND AGREES TO PERFORM THE OBLIGATIONS SET FORTH BY THE CARDMEMBER'S AGREEMENT WITH THE ISSUER
THANK YOU FOR USING VISA

X________________________________
TOP COPY-MERCHANT-BOTTOM COPY-CUSTOMER

# Centocor

## SALES FORCE EXPENSE REPORT

**NAME:** Denise Hill-Bannister

**DEPARTMENT:** 470

**DISTRICT:**

**EXPENSE REPORT NO.** 2587005

**PERIOD ENDING MM/DD/YY** 04/07/01

| DATE MM/DD/YY | ORIGIN / DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Explain on Back) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPAIRS / MAINT & MISC. (Explain on Back) | PROMOTIONAL PROGRAMS | FIELD PROMOTION (Explain on Detail) PROMOTIONAL ACCESS <$100 | PROMOTIONAL ACCESS >$100 | MISC. (Explain on Back) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **FIELD #** | 10 | 11 | 12 | 83 | 13 | 16 | 18 | 17 | 18 | 19 | 80 | 81 | 82 | 84 | |
| 04/01/01 | Dallas, TX | | | | | | | | | | | | | | | | |
| 04/02/01 | Dallas, TX | 80.0 | | | | 24.00 | | | | | 15.82 | | | | | | 15.82 |
| 04/03/01 | Dallas, TX | 88.0 | | | | 8.00 | | | | | | | | | | | 8.00 |
| 04/04/01 | Dallas, TX | 67.0 | | | | 16.00 | | | | | | | | 59.06 | | | 75. |
| 04/05/01 | Dallas, TX | 15.0 | | | | | | | | | | | | | | | |
| 04/06/01 | Dallas, TX | 40.0 | | | | | | | | | | | | | | | |
| 04/07/01 | Dallas, TX | | | | | | | | | | | | | | | | |
| | PLUS OR MINUS ADJUSTMENTS | | | | | | | | | | | | | | | | |
| | AMOUNT | | | | | | | | | | | | | | | | |

**\*Calculate Personal Mileage Charge Back in Box #997 at Right.**

## IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field in for that category must be entered as follows: Precede the field with a nine (9) making it a three digit number, 9XX, (Example, 9XX, if the total in the Lodging amount field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursements.

SIGNATURE _(signed)_ DATE MM/DD/YY

APPROVED BY _(signed)_ DATE MM/DD/YY 6-7-01

| FIELD # | QUANTITY | | FIELD # | TOTAL |
|---|---|---|---|---|
| | | No. of Gallons | | |
| 40 | 15.82 | | Minus Personal Mileage Charge 997 | |
| | | | Due Company 87 | 820 |
| | | | Due Employee | 188.18 |

**NOTICE TO USER**
The monies Authorization Issued is the Drawn by Gelco Information Network, Inc. P.O. Box 44900, Eden Prairie, Minnesota 55344-2800

396570000 02

**CALL DATE** 04/07/01

**CONFIRMATION NO.** 88610160

### COMPANY CAR ONLY

| VEHICLE NO. | 999999 |
|---|---|
| BEGINNING ODOMETER | 10056.0 |
| ENDING ODOMETER | 10357.0 |
| TOTAL MILES | 301.0 |
| TOTAL BUSINESS MILES | 301.0 |
| TOTAL PERSONAL MILES | 301.0 |

11/2499 06 dmm

Original Document of Gelco/InformationNetwork

COPY SENT
JUL 2 - 2001
TO GELCO

ACCOUNTING COPY

## BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 04/04/01 | dr. dureo, dr gordon, dr postma | medical city dallas | inservice relavase | 59.06 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 04/03/01 | breakfast for Presbyterian, dr. dittman, dr. coker and staff | 26.61 |
| 04/03/01 | snack for St. Paul doctors, dr. ginsburg, and dr lee and staff | 32.45 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

112499 05 dmm

39657000 02

Original Document of GelcoInformationNetwork

ACCOUNTING COPY

BENNY'S BAGELS
10645 N MAC ARTHUR #1
IRVING TX 75063

WEDNESDAY, APRIL 04, 2001 @ 07:04A

MERCHANT ID . . . : M327751000100
CARD NUMBER . . . : A4128003909956548
EXPIRATION. . . . : 0209
INVOICE NUM . . . : 3956548
TOTAL . . . . . . : [illegible]
AUTH CODE . . . . : 41556A

SIGNATURE

THANK YOU
COME AGAIN

RETAIN THIS COPY FOR YOUR RECORDS
TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

08 PRESTONFOREST 155
MERCHANT ID
04/04/01 04:59.25 1001
ANDRE CHK #106
CHARGE 1

VISA
41280039099565 48
BANNISTER/DENISE R
09/02
AUTH #

CHARGE AMOUNT

TIP AMOUNT

TOTAL

CUSTOMER COPY

Valet Parking
THIS IS NOT A PARKING TICKET

RECEIPT ONLY

DATE 4-4-01 LOC # Medical City

TICKET # ______ AMOUNT $6.00

JASON
ATTENDANT

THANK YOU

PARKING COMPANY OF AMERICA
INCORPORATED

TIME ______ DATE 04/01
LOCATION ST. PAUL HOSPITAL
AMOUNT 2.00
BY ______

RECEIPT

Central
Parking
System

Location: 181

Amount: $ 3.00

Date: 04/04/01

By: _____

CPS-13 8/98

---

THANK YOU

ATTENDANT

TICKET # 34 259

AMOUNT $5.00

DATE 1/4/01  LOC # Paladino A

RECEIPT ONLY

THIS IS NOT A PARKING TICKET

Valet Parking

VALET PARKING SERVICE
Since 1946

VALLEY RANCH TEXAC

04/02/01 19:18
STN # 91002448630

BANNISTER/DENISE R
Visa
XXXX XXXX XXXX 654
8
AUTH# 00976120
INV # 0404251
CREDIT
PUMP#08 UNLEAD
GALLONS 10.556
@ $1.499/GAL
FUEL $15.82

TL/NOTAX $15.82
TAX PD $0.00
TOTAL $15.82

THANK YOU FOR
SHOPPING TEXACO
HAVE A NICE DAY.

DALLAS/FORT WORTH
INT'L AIRPORT
*** Thank you ***
Entr: 07:28 04/03/01 Lane # 13
Exit: 15:24 04/03/01 Lane # 46 C.# 257
License Plate TX K10L5W Seq. #3732
Taxes included $0000.00 Cash