EEOC00000356

Original Document of GelcoInformationNetwork

E-FILED
Friday, 01 April 2005 03:56:14 PM
Clerk, U.S. District Court, ILCO

# Centocor

## SALES FORCE EXPENSE REPORT

| | | | | | | | EXPENSE REPORT NO. 2587012 |
|---|---|---|---|---|---|---|---|
| | | | | | | | PERIOD ENDING 05/26/01 |

NAME: Denise Hill-Bannister  
DEPARTMENT: 470  
DISTRICT:

| DATE MM/DD/YY | ORIGIN / DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPAIR / MAINT & MISC. | PROMOTIONAL PROGRAMS | FIELD PROMOTION (Explain on Detail) PROMOTIONAL ACCESS #100 | PROMOTIONAL ACCESS #100 | MISC. | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FIELD # | | 10 | 11 | 12 | 53 | 13 | 15 | 16 | 17 | 18 | 19 | 80 | 81 | 82 | 84 | TOTAL |
| AMOUNT | | 190.50 | | 54.00 | 21.00 | | | | | | | | | | | |
| 05/20/01 | dallas | | | | 10.00 | | | | 17.69 | | | 48.50 | 49.50 | | | 252.46 |
| 05/21/01 | dallas | | | | | | | | | | | | 189.06 | | | 206.75 |
| 05/22/01 | dallas | | 54.00 | 11.00 | | | | 15.62 | 16.75 | | | 192.96 | | | | 131. |
| 05/23/01 | dallas | | | | | | | | | | | 188.51 | | | | 204.13 |
| 05/24/01 | dallas | | | | | | | 5.85 | | | | 506.70 | | | | 512.55 |
| 05/25/01 | austin | 180.50 | | | | | | | | | | | | | | 190.50 |
| 05/26/01 | austin | | | | | | | | 39.16 | | | 99.54 | 1,077.23 | | | 1,498.18 |

COMPANY CAR ONLY

| VEHICLE NO. | 212193 |
|---|---|
| BEGINNING ODOMETER | 252.0 |
| ENDING ODOMETER | 488.0 |
| TOTAL MILES | 236.0 |
| TOTAL BUSINESS MILES | 236.0 |
| TOTAL PERSONAL MILES | 236.0 |

PLUS OR MINUS ADJUSTMENTS

*Calculate Personal Mileage Charge Back in Box #997 at Right

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11.)

Payment requests exceeding authorized dollar limits will delay reimbursements.

SIGNATURE: _____

APPROVED BY: _____  DATE MM/DD/YY: 6-7-01

| | QUANTITY |
|---|---|
| FIELD # | 40 |
| No. of Gallons | 16.75 |

| | |
|---|---|
| Minus Personal Mileage Charge | 236.0 |
| Due Company | |
| Due Employee | |

| | FIELD # | TOTAL |
|---|---|---|
| Minus Personal Mileage Charge | 997 | |
| | 87 | |
| | 820 | 1,498. |

NOTICE TO UBER
Travel/other Authorization issued to the Drawer by
Gelco Information Network, Inc. P.O. Box
44900, Eden Prairie, Minnesota 55344-2900

38657000 02
CALL DATE 05/28/01
CONFIRMATION # 89117297

EXPENSE REPORT AUDITED
JUL - 3 2001

tabbies®
EXHIBIT
3
Hill-Bannister

COPY SENT
JUN 27 2001
TO GELCO

ACCOUNTING COPY

## B U S I N E S S   M E A L S

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 05/21/01 | dr snow, dr gensberg, dr yuvarti, dr kim, dr benson, | blue mesa | inservice retavase | 192.96 |
| 05/21/01 | dr snow, dr gensberg, dr yuvarti | colonial, ft. worth | inservice retavase | 49.50 |
| 05/22/01 | dr coker, dr dittman | presby dallas | inservice retavase | 189.08 |
| 05/22/01 | dr delange, dr yuvarti dr peska | osteo ft worth | inservice retavase | 50.04 |
| 05/23/01 | dr reeb, dr gunarti, dr pickering | harris, ft worth | inservice retavase | 188.51 |
| 05/24/01 | dr lim, dr reese, dr jones, dr meiler | baylor, dallas | inservice retavase | 506.70 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## F I E L D   P R O M O T I O N   &   M I S C E L L A N E O U S

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

## M I S C E L L A N E O U S   A U T O

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Original Document of GelcoInformationNetwork

112499 05 dmm

ACCOUNTING COPY

39657000 02

0039
Server: DANIEL H          Rec: 1
05/20/01 11:10, Swiped          Terminal: 1

BLUE MESA GRILL
1600 S. UNIVERSITY DR 609
FT WORTH, TX 76107
(817)332-6372
MERCHANT #: 164170473999

| CARD TYPE | ACCOUNT NUMBER | EXP |
|---|---|---|
| MERICAN EXPRES | 379400134701007 | 0207 |

Name: D HILLBANNISTER
00 TRANSACTION APPROVED
AUTHORIZATION #: 571193
Reference: 052010039

CHECK: 166.11
TIP: 26.85
TOTAL: 192.96

X____________________

PHONE: (    )
CARDHOLDER WILL PAY CAR. ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
**PLEASE LEAVE SIGNED COPY WITH SERVER**

BLUE MESA GRILL
HAS GIFT CERTIFICATES

0039a Table 45 #Party 11
DANIEL H    SvrCk: 3 11:07 05/20/01

| | |
|---|---|
| ADULT BRUNCH | 13.95 |
| ADULT BRUNCH | 13.95 |
| ADULT BRUNCH | 13.95 |
| ADULT BRUNCH | 13.95 |
| ADULT BRUNCH | 13.95 |
| ADULT BRUNCH | 13.95 |
| ADULT BRUNCH | 13.95 |
| ADULT BRUNCH | 13.95 |
| ADULT BRUNCH | 13.95 |
| ADULT BRUNCH | 13.95 |
| ADULT BRUNCH | 13.95 |
| Sub Total: | 153.45 |
| Tax: | 12.66 |
| GRATUITY | 26.85 |
| 05/20 11:09 TOTAL: | 192.96 |

THE PERFECT
HOLIDAY GIFT
AVAILABLE THROUGH
YOUR SERVER OR BAR

EEOC000358

May 20, 2001

Centocor
Denise Hill-Bannister
Vascular Specialist
Centocor, Inc.
200 Great valley Parkway
Malvern, Pennsylvania 19355-1307

Telephone: 972-569-7757
Facsimile: 972-402-8878
Voicemail: 800-972-9063, x7295
Pager: 877-665-3547
Email: bannisterd@centocor.com

Colonial -
Dr Gensberg
Dr Snow, Lunch
Dr Horath
49.50

48

$10.00

2001 S7

Parking Ticket

COURTYARD Marriott

CMN Champions Children's Miracle Network

*NO REFUNDS*

**All Proceeds benefit Children's Miracle Network.**

*Parking is at your own risk. The Courtyard by Marriott will not be responsible for theft or damage to vehicle.*

EEOC000359

THE MAIL STATION, INC.
8600 N. MacArthur Blvd. #114
Irvine, Texas 75063
Phone# 402-8878
Fax# 402-9181

| | | | |
|---|---|---|---|
| Postage | $0.65 | | |
| Postage | $1.24 | | |
| Postage | $7.65 | | |
| Copies | $1.56 TX 26@ 0.06 | | |
| Office Supplies | $3.99 TX 21@ 0.19 | | |
| Postage | $0.39 | | |
| Fax | $1.75 | | |
| Sales Tax | | $0.46 | |
| TOTAL | | $17.69 | |
| AMEX | | $17.69 | |

John 05/21/01 9:35 #43164

*THANK YOU FOR YOUR BUSINESS*

EEOC000360

4128003989956548

Dennis Hill 9/02

SAL'S PIZZA REST
1421052366
60110170 1020370 051101 5682189

| DATE | SERVER/CASHIER |
| --- | --- |
| | |

| AUTHORIZATION NO. | REFERENCE NO. |
| --- | --- |
| | |

| QTY. | DESCRIPTION | AMOUNT | |
| --- | --- | --- | --- |
| | | 123 | 89 |
| | | | |
| SALES SLIP | TAX | | |
| | TIP MISC. | 10 | 00 |
| | TOTAL | 133 | 89 |

SALES SLIP
BANK COPY

PURCHASER SIGN HERE

X

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the Issuer.

4128003989956548

Dennis Hill # 9/02

SAL'S PIZZA REST
1421052366
60110170 1020370 051401 5682191

| DATE | SERVER/CASHIER |
| --- | --- |
| | |

| AUTHORIZATION NO. | REFERENCE NO. |
| --- | --- |
| | |

| QTY. | DESCRIPTION | AMOUNT | |
| --- | --- | --- | --- |
| | | 50 | 17 |
| | | | |
| SALES SLIP | TAX | | |
| | TIP MISC. | 5 | 00 |
| | TOTAL | 55 | 17 |

CUSTOMER COPY

PURCHASER SIGN HERE

X

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the Issuer.

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS

EEOC000361

Corner Bakery
MacArthur Park
#101 CHRISTINA Dine In
05/22/01 08:40:02 #00173

CHECK #0047

| | |
|---|---|
| COOKIES DOZ | 12.99 |
| 2 DOZEN BARS | 35.98 |
| Subtotal | 48.97 |
| Sales Tax | 1.07 |
| TOTAL | 50.04 |

You knead it Daily!!
QUESTIONS OR COMMENTS
1-800-983-4637

| | |
|---|---|
| SALES | 50.04 |
| (-)CHARGE-TIPS | 50.04 |
| CHANGE DUE | 0.00 |
| (-)CHARGE TIPS | 0.00 |

AMEX 379400134701007

OUT ______
IN ______ 600

6-712 522

**PARKING**
**CLAIM CHECK**
**THIS CONTRACT LIMITS OUR LIABILITY, READ IT**

We assume no liability for theft or damage although we will use reasonable caution to protect the property of our customers.

AMERICAN HOTEL REGISTER
VERNON HILLS, IL 60061

VALLEY RANCH TEXAC

05/22/01 23:14
STN # 91002448630

HILLBANNISTER/D
Amex
XXXX XXXXXX 01007
AUTH# 00525509
INV # 0516518
CREDIT
PUMP#08 UNLEAD
GALLONS 9.861
@ $1.699/GAL
FUEL $16.75

TL/NOTAX $16.75
TAX PD $0.00
TOTAL $16.75

THANK YOU FOR
SHOPPING TEXACO
HAVE A NICE DAY.

Dallas Valet
(214) 691-8575
10-747 500 522

EEOC000362

EEOC000363

3:02-cv-01554-RM-CHE • # 64-6 • Page 8 of 25

ATTN= DENISE

**ALPHA OMEGA LIMOUSINE**
815 LUKE STREET
IRVING, TX 75061
(800) 386-3311    (972) 513-1887
FAX (972) 790-8024

| | |
|---|---|
| Reservation # : | 35231 |
| Customer : | AH-FLAVIO CASTENEDA |
| Res Date : | 05/22/2001  TUESDAY |
| Pick Up Time : | 17:15 |
| Drop Off Time : | 18:15 |
| # of Hrs : | 1.00 |
| # Pasg. : | 1 |

| | |
|---|---|
| Home : | |
| Work : | |
| Fax : | |

| | |
|---|---|
| Addr1 : | |
| Addr2 : | |
| City : | |
| St : | |
| Zip : | |

Vehicle Type : SEDAN    Charge Type : FLAT
Pay Type : CC ON FIL    Order # : 

**  ROUTING INFORMATION  **

*    AWAITING CC AUTH FORM FROM MS BANNISTER. FAXED OUT 5/21. SFE
P 17:15  ADOLPHUS 1321 COMMERCE ST DALLAS TX 75202 FIELD 214 742-8200
D 18:15 DEL FRISCO'S  14-M 5251 SPRING VALLEY RD. DALLAS  TOLLWAY  (MAPSCO
14-M 972 490-9000

**  ESTIMATED CHARGES  **

| | | | | |
|---|---|---|---|---|
| Service Charge | 45.00 | Balance | 54.00 | |
| Gratuity 20% | 9.00 | Deposit Paid | 0.00 | |
| Other Charges | 0.00 | Estimated Amt Due | 54.00 | |

**LIABILITY AGREEMENT**  This agreement is a contractual arrangement of this Company for the hire of limousine service and pertains specifically to the performance by the customer in the limousine during the course of time.

Any damage in excess of usual use and wear of the hired car, will result in a minimum charge of $100 for the repair and/or general cleaning of the car. Decision as to unusual wear and use of the vehicle, rests with the Company, solely, and its experience as to general habitation of hired cars, and its decision is final.

Signature of the party hiring the car at the bottom of this agreement constitutes full and complete agreement and understanding of said party and his or her responsibility in returning the car to the Company in the same condition as when received and acquiesces in the additional payment of $100 as a consequences of abuse to the car's interior during the time of use and rental, and accepts the responsibility for the condition of said car on receipt by and return to the Company.

SIGNATURE : _____

EEOC0000364

1851
—

THE MAIL STATION
8600 N MACARTHUR BLD 114
IRVING        TX 75063

DATE: 03/23/01        TIME: 17:16
MERH#: 220385786000    TERM#: 0001
REF: 0007    BCH: 048
S-A-L-E-S D-R-A-F-T

CD TYPE: AX
TR TYPE: FR
AMOUNT :        $15.52

ACCT: 379400134701007    EXP: 07/02
AP: 544279

CARDMEMBER ACKNOWLEDGES RECEIPT OF
GOODS AND/OR SERVICES IN THE AMOUNT OF
THE TOTAL SHOWN HEREON AND AGREED TO
PERFORM THE OBLIGATIONS SET FORTH BY THE
CARDMEMBER'S AGREEMENT WITH THE ISSUER
X
TOP COPY-MERCHANT BOTTOM COPY



THE MAIL STATION, INC.
8600 N. MacArthur Blvd. #114
Irving, Texas 75063

Phone: 402-8878
Fax: 402-9181

| | | |
|---|---|---|
| Postage | $5.85 | 9@ 0.65 |
| TOTAL | | $5.85 |
| CASH | | $10.00 |
| CHANGE | | $4.15 |

John 05/24/01 15:39 #43271

*THANK YOU FOR YOUR BUSINESS*

ISSUED BY AND VALID ONLY ON
SOUTHWEST AIRLINES

...LESS ITINERARY
NOT VALID FOR TRANSPORTATION

AGENT 2357FI
DATE 25MAY01

CUSTOMER NAME
HILLBANNISTER/DENISE

REFERENCE NUMBER
526/27587582662

CONFIRMATION NUMBER
7TILHP

ITINERARY

| FROM | TO | FLIGHT | DATE | FARE BASIS | TIME | STATUS | PRICE | XF |
|---|---|---|---|---|---|---|---|---|
| DALLAS LOVE FIELD | AUSTIN TX | WN0111 | 25MAY | YL | 1055A | HK | 0093.75 | 00.00 |
| AUSTIN TX | DALLAS LOVE FIELD | WN0266 | 28MAY | YL | 1235P | HK | 0093.75 | 03.00 |

PRINTED IN U.S.A. BY MAGNETIC TICKET & LABEL CORP., Ac-1677H (REV. 3/00)

# Centocor

## SALES FORCE EXPENSE REPORT

Original Document of Gelco/Information/Network

**NAME:** Denise Hill-Bannister

**DEPARTMENT:** 470

**DISTRICT:**

**EXPENSE REPORT NO.** 2587011

**PERIOD ENDING MM/DD/YY** 05/19/01

| DATE MM/DD/YY | ORIGIN / DESTINATION/PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Explain on Detail) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REIMB'T MAINT & MISC (Explain on Detail) | PROMOTIONAL PROGRAMS | PROMOTIONAL ACCESS <$100 | PROMOTIONAL ACCESS >$100 | MISC (Explain on Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/13/01 | dallas | | | | | | | | | | 15.25 | | | | | 48.03 | 63.28 |
| 05/14/01 | dallas | | | | | 2.00 | | | | 17.49 | | | | | | 150.47 | 167.96 |
| 05/16/01 | dallas | | | | | | | | | 20.61 | 19.80 | | | | | | 47.82 |
| 05/16/01 | austin | | | | | 77.00 | | | | | | | | | 28.12 | 114.97 | 382.47 |
| 05/17/01 | austin | | 190.50 | | | 12.50 | | | | 12.89 | 30.01 | | | | | 32.05 | 87.45 |
| 05/18/01 | dallas | | | | | 1.00 | | | | | | | | | | 14.08 | 15.08 |
| 05/19/01 | dallas | | | | | | | | | | | | | | | | |

**PLUS OR MINUS ADJUSTMENTS**

| | FIELD # | 10 | 11 | 12 | 83 | 13 | 16 | 18 | 17 | 18 | 19 | 80 | 81 | 82 | 84 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | AMOUNT | 180.50 | | | 92.50 | | | | 51.19 | 85.06 | | | 122.26 | 265.44 | | 786.95 |

**QUANTITY** FIELD # 40 — 65.06

No. of Gallons

**COMPANY CAR ONLY**

| VEHICLE NO. | 999999 |
|---|---|
| BEGINNING ODOMETER | 12890.0 |
| ENDING ODOMETER | 13650.0 |
| TOTAL MILES | 760.0 |
| TOTAL BUSINESS MILES | 760.0 |
| TOTAL PERSONAL MILES | 760.0 |

1/24/01 05 mm

SIGNATURE _(signature)_

APPROVED BY _(signature)_

*Calculate Personal Mileage Charge Back in Box #997 at Right

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11.)

Payment requests exceeding authorized dollar limits will delay reimbursements.

### FIELD PROMOTION (Explain on Detail)

| | | FIELD # | TOTAL |
|---|---|---|---|
| Minus Personal Mileage Charge | | 997 | |
| 780.0 | | | |
| Due Company | | 87 | |
| Due Employee | | 820 | 786 |

**CALL DATE** 05/18/01

**CONFIRMATION #** 89037211

### NOTICE TO USER

Travel/and Authorization issued to the Driver by Gelco Information Network, Inc. P. O. Box 44100, Eden Prairie, Minnesota 55344-2800

39657000 02

EXPENSE REPORT AUDITED
JUL - 3 2001

COPY SENT
JUN 27 2001
TO GELCO

ACCOUNTING COPY

# BUSINESS MEALS

| DATE MMDDYY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 05/11/01 | dr. mcollum, dr. dittman | presbyterian, dallas | inservice relavase | 14.06 |
| 05/13/01 | dr. lin, rudy martinez, baylor | omni, dallas, tx | inservice relavase | 48.03 |
| 05/14/01 | dr. falcone, dr schultz, dr. addas | providence hospital, waco | inservice relavase | 150.47 |
| 05/16/01 | dr. gensberg, dr. lee | st paul, dallas | inservice relavase | 28.12 |
| 05/17/01 | dr. karnaze, dr. mamming, dr. fletcher | seton,austin, tx | inservice relavase | 114.87 |
| 05/18/01 | dr reese, dr. jones, dr. diamond | baylor, dallas | inservice relavase | 32.05 |

# FIELD PROMOTION & MISCELLANEOUS

| DATE MMDDYY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |

# MISCELLANEOUS AUTO

| DATE MMDDYY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |

112499 05 dmm

Original Document of GelcoInformationNetwork

ACCOUNTING COPY

39657000 02

EEOC000383



EEOC000384



OMNI DALLAS HOTEL
DOVER'S GRILLE
CHECK:     1019
TABLE:     81/4
SERVER:    104 AZEB
DATE:      MAY13'01 1:44PM
CARD TYPE: AMERICAN EXPRESS
ACCT #:    379001347010007
EXP. DATE: 81/08?
AUTH CODE: 28...
D HILLENBRAND...

SUBTOTAL:  42.03

THANK YOU FOR DINING WITH US
WE LOOK FORWARD TO YOUR RETURN!

TIP AMOUNT:  7.00
TOTAL:       48.03

GUEST SIGNATURE:
*****************************
PLEASE LEAVE SIGNED COPY
WITH SERVER OR CASHIER

**EXXON EXPRESS PAY**

VALLEY RANCH EXXON
9975 N. MACARTHUR
IRVING, TX 75063

DLR# 4712410
VALLEY RANCH E
IRVING          TX
05/13/01      15:18   ACCT#
XXXXXXXXXXXX1007
INV# HZIII198
AUTH# 543062
PUMP# 9
REG
8.9786
SELF
PRICE/GAL      $1.699
FUEL TOTAL     $15.25
MDSE TOTAL     $0.00
TOTAL          $15.25
HAVE A SAFE AND
HAPPY NEW YEAR

-THANK YOU-

THE MAIL STATION
8600 N MACARTHUR BLD 114
IRVING TX 75063

DATE: 05/14/01 TIME: 15:22
MER#: 220385786000 TER#: 0001
S-A-L-E-S D-R-A-F-T

REF: 0013 BCH: 034
CD TYPE: AX
TR TYPE: PR
AMOUNT: $17.49

ACCT: 379400134701007 EXP: 0702
AP: 513898

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS AND/OR SERVICES IN THE AMOUNT OF THE TOTAL SHOWN HEREON AND AGREES TO PERFORM THE OBLIGATIONS SET FORTH BY THE CARDMEMBER'S AGREEMENT WITH THE ISSUER

X______________________________

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

EEOC000386

**MICHNA'S BAR B QUE**
2803 FRANKLIN AVENI
WACO, TEXAS 76710
254-752-3650

DUE & PAYABLE
WHEN RECEIVED

# INVOICE

006207

DATE: 5-14-01

SOLD TO: Centocor. Denise

SHIP TO: Providence Dr Schultz Dr Falconer

| CUST. ORDER NO. | DATE SHIPPED | SHIPPED VIA | TERMS | SALESMAN | F.O.B. | OUR ORDER NO. |
|---|---|---|---|---|---|---|
| | | | | | | |

| QTY. ORDERED | B/O | QTY. SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | 20 | Plates | 6.95 | 139.00 |
| | | | | Tax | 11.47 |
| | | | | | 150.47 |
| | | | We Appreciate Your Business | | |
| | | | 5% Late Charge After 30 Days | | |
| | | | Tax | | |
| | | | Bob & Sandra Michna Total | | 150.47 |

Thank You

-750-2
ED IN U.S.A.
RECOVER™

THE MAIL STATION, INC.
8600 N. MacArthur Blvd. #114
Irvins, Texas 75063

Phone: 402-8878
Fax: 402-9181

| | | |
|---|---|---|
| | $5.37 TX 3@ 1.79 | |
| Packins Materials | $5.00 | |
| Postase | $10.00 | 2@ 5.00 |
| Postase | | $0.44 |
| Sales Tax | | $20.81 |
| TOTAL | | $20.81 |
| AMEX | | |

John 05/15/01 10:48 #43045

*THANK YOU FOR YOUR BUSINESS*

**PARKING COMPANY OF AMERICA**
INCORPORATED

TIME ______ DATE 05/15/01

LOCATION ST. PAUL HOSPITAL

AMOUNT 2.00

BY ______

EEOC0000389



CB MacARTHUR PARK 173
MERCHANT ID
05/16/01  07:30:57  1001
CHRISTINA        CHK# 007
CHARGE 1
AMEX
3794001347701007
HILLBANNISTER/D
07/02
AUTH #    557345
CHARGE AMOUNT    28.12
TIP AMOUNT
TOTAL
CUSTOMER COPY



C H E V R O N
05/16/01        07:35
CHEVRON USA
570 I-635
IRVING, TX
STN            0020050013
AMEX
XXXXXXXXXXX1007
Invoice    13904470
Auth       584934
Pump # 11
11.653 G @ $  1.699
Regu/Self    $  19.80
Total        $  19.80
Thank You
Please Come Again

Mangia Pizza
3500 Guadalupe
Austin,TX (512) 302-5200

Order #: 3
Date/Time: 05/17/2001 10:17 am
Name:
Card: Amex
Card#: 379400134701007
Exp Date: 07/02
Auth Code: 140645
Trans ID: 15369
Server:

AMOUNT: $102.97

TIP: $ 12.00

TOTAL: $ 114.97

austin Dr Karnan Dr Manning

(Signature)

I agree to t
as per car

Deliv. Charge: 1.00
Tax: 7.47
Total: 102.97

3794 001 34701 007
0702

Due: $102.97

********* Delivery Instructions **********
RADIOLOGY-SPECIALS
JOHN MANNING
DENISE
HILL IS DRUG REP
*******************************************

****** Order Comments *****************
SET UPS 14 DEL 11:30-45
*****************************************

Subs, Salads, Pastas, De
.s! Thank You for choos

AMPCO SYSTEM PARKING
DALLAS LOVE FIELD
AIRPORT PARKING
7801 CEDAR SPRINGS ROAD
DALLAS TEXAS 75235
214 350 4881
05/17/01 16:00 L# 4 A# 14 Txn#352698
05/17/01 08:15 In 05/17/01 16:00 Out

| | | |
|---|---|---|
| SHORT TERM | $ | 7.00 |
| Total Fee | $ | 7.00 |
| CASH PAID | $ | 7.00- |
| Cash Tender | $ | 7.00 |
| Change Due | $ | 0.00 |

THANK YOU FOR YOUR BUSINESS
PLEASE DRIVE CAREFULLY
HAVE A PLEASANT DAY
THANK YOU AGAIN
FAX 214 350 5153

EEOC000391

# Corner Bakery

MacArthur Park
Dine In
#001 MICHAEL
05/18/01 08:16:06   #00173

## CHECK #0048

| | |
|---|---|
| COOKIES DOZ | 12.99 |
| DOZEN BARS | 17.99 |
| Subtotal | 30.98 |
| Sales Tax | 1.07 |
| TOTAL | 32.05 |

You knead it Daily!!
QUESTIONS OR COMMENTS
1-800-963-4637

| | |
|---|---|
| SALES | 32.05 |
| (-)CHARGE-TIPS | 32.05 |
| CHANGE DUE | 0.00 |
| (-)CHARGE TIPS | 0.00 |

AMEX 3794001347010007

EXIT CHECK

PLEASE PRESENT
TO VALET DRIVER

EEOC000392

# Central Parking System

# RECEIPT

CPS-13 8/98

By: _____
Date: 05/18/01
Amount: $ 1.00
Location: 181

PAID RECEIPT

Zale Lipshy Hospital
Valet Parking
$ 5.50

Date: _____
Attendant: _____

---

THE MAIL STATION
3600 N MACARTHUR BLD 114
IRVING        TX 75063
TIME: 13:28
DATE: 05/18/01        TERM: 0001
MERCH: 520385786000
S-A-L-E-S  D-R-A-F-T-1

REF: 0004   BCH: 038
CD TYPE: AX
TR TYPE: PR
AMOUNT: $12.89

ACCT: 377400134708007   EXP: 07/02
AP: 140055

CARDMEMBER ACKNOWLEDGES RECEIPT OF
GOODS AND/OR SERVICES IN THE AMOUNT OF
THE TOTAL SHOWN HEREON AND AGREES TO
PERFORM THE OBLIGATIONS SET FORTH BY THE
CARDMEMBER'S AGREEMENT WITH THE ISSUER.
TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

---

PRESTON MOBIL
11800 PRESTON
DALLAS TX 75230

DLR# 999331Z
MOBIL 755
DALLAS        TX
12:08   05/18/01
ACCT#
XXXXXXXXXXX1007
AUTH# BX78775
INV# 597539
PUMP# 3
UNLEADED
SELF
13.344G
PRICE/GAL   $2.249
FUEL TOTAL   $30.01
TOTAL        $30.01

PLEASE COME AGAIN
THANK YOU
-THANK YOU-

ROY'S TAXI, INC.
SINCE 1931
(512) 482-0000
FAX: (512) 482-0173

CASH RECEIPT                DATE 5-17-01

CAB # _____                TIME _____

FARE $ 35⁰⁰

DRIVER'S NAME ____ Mile ____

TRIP FROM ____ Airport ____

TO ____ Seton Hospital ____

90 East Ave., Austin, TX 78701
www.citysearch.com/aus/roy'staxi
"WE APPRECIATE YOUR BUSINESS"

ROY'S TAXI, INC.
SINCE 1931
(512) 482-0000
FAX: (512) 482-0173

CASH RECEIPT                DATE 5-17-01

CAB # _____                TIME _____

FARE $ 35⁰⁰

DRIVER'S NAME ____ Mile ____

TRIP FROM ____ Seton Hospital ____

TO ____ Airport ____

90 East Ave., Austin, TX 78701
www.citysearch.com/aus/roy'staxi
"WE APPRECIATE YOUR BUSINESS"

SOUTHWEST AIRLINES
ISSUED BY AND VALID ONLY ON

NOT VALID FOR TRANSPORTATION DATE 17MAY01
AGENT 3417TD

CUSTOMER NAME        HILLBANNISTER/DENISE
REFERENCE NUMBER CONFIRMATION NUMBER        526/2757141944l        7VRVU6D

ITINERARY

| FROM | TO | FLIGHT | DATE | FARE BASIS | TIME | S'TRS | PRICE |
|------|-----|--------|------|-----------|------|-------|-------|
| DALLAS LOVE FIELD AUSTIN TX | AUSTIN TX | WN474 | 17MAY | YL | 0845A | | HK 0093.75 00.00 |
| AUSTIN TX | DALLAS LOVE FIELD | WN192 | 17MAY | YL | 0250P | | HK 0093.75 03.00 |
| | | | | | | XF | |