# Centocor

## SALES FORCE EXPENSE REPORT

| | |
|---|---|
| NAME | Denise Hill-Bannister |
| DEPARTMENT | 470 |
| DISTRICT | |
| EXPENSE REPORT NO. | 2587010 |
| PERIOD ENDING MM/DD/YY | 05/12/01 |

| DATE MM/DD/YY | ORIGIN / DESTINATION / PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Explain on Detail) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPORT / MGMT & MISC (Explain on Detail) | PROMOTIONAL PROMOTIONAL ACCESS <100 | PROMOTIONAL PROMOTIONAL ACCESS >100 | MISC (Explain on Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/06/01 | dallas | | | | | 6.00 | | | | | | | | | 188.51 | 194.51 |
| 05/07/01 | dallas | | | | | | | | | | | | | | | |
| 05/08/01 | dallas | | | | | 5.50 | | | | | | | 8.52 | | 115.16 | 129 |
| 05/09/01 | dallas | | | | | 1.00 | | | | 9.89 | | | | | 27.82 | 150.14 |
| 05/10/01 | dallas | | | | | 6.00 | | | | | | | | | 111.43 | |
| 05/11/01 | dallas | | | | | 8.00 | | | 23.85 | | | | | 47.33 | 6.00 | |
| 05/12/01 | dallas | | | | | 10.00 | | | | | | | | 292.19 | 372.37 | |
| | | | | | | | | | | | | | | 76.28 | 440.00 | 526.28 |
| TOTAL | | | | | | 37.50 | | | 8.89 | 23.85 | | | 8.52 | 151.43 | 1,147.29 | 1,378.46 |

PLUS OR MINUS ADJUSTMENTS

| FIELD # | 10 | 11 | 12 | 53 | 13 | 16 | 16 | 17 | 18 | 19 | 50 | 51 | 52 | 54 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMOUNT | | | | | | | | | | | | | | |

COMPANY CAR ONLY

| VEHICLE NO. | 999999 |
|---|---|
| BEGINNING ODOMETER | 12100.0 |
| ENDING ODOMETER | 12890.0 |
| TOTAL MILES | 790.0 |
| TOTAL BUSINESS MILES | |
| TOTAL PERSONAL MILES | 790.0 |

12490.05 mm

**FIELD PROMOTION (Explain on Detail)**

**QUANTITY**

| FIELD # | 40 |
|---|---|
| No. of Gallons | |

*Calculate Personal Mileage Charge Back in Box #997 at Right

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11.)

Payment requests exceeding authorized dollar limits will delay reimbursements.

| | |
|---|---|
| Minus Personal Mileage Charge 790.0 | 997 |
| Due Company | 87 |
| Due Employee | 820 |

| CALL DATE | 05/13/01 |
|---|---|
| CONFIRMATION # | 88988187 |

39657000.02

NOTICE TO USER
Traveller Authorization issued to the Driver by
Gelco Information Network, Inc. P.O. Box
44800, Eden Prairie, Minnesota 55344-0800

| SIGNATURE | [signature] | DATE MM/DD/YY | 6/27/01 |
|---|---|---|---|
| APPROVED BY | Larry Stokes | DATE MM/DD/YY | 6-7-01 |

EXPENSE REPORT AUDITED
JUL - 3 2001

COPY SENT
JUN 27 2001
TO GELCO

Original Document of GelcoInformationNetwork

ACCOUNTING COPY

## BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 05/21/01 | dr weiss, dr peska, dr delange | osteo ft worth | inservice retavase | 88.51 |
| 05/09/01 | mirza, flo, pharmacy staff | osteo ft worth | inservice retavase | 111.43 |
| 05/10/01 | dr. reese, dr. jones, dr. diamond, dr. heiss, dr. meiler | | baylor dallas, inservice retavase | 292.19 |
| 05/11/01 | dr. kim, dr. benson, dr. hauck, dr. gordon, dr. peska, dr.yuvarti,dr. gensberg, dr. lee, tony siciliano, denise hill, bob nelson | | | 440.00 |
| 05/11/01 | baylor techs, mike schwartz phrmd | methodist dallas | inservice retavase | 76.28 |
| 05/08/01 | dr. dittman, dr. coker, dr. mcollum | presby dallas | inservice retavase | 115.08 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Original Document of GelcoInformationNetwork

112499 05 dmm

ACCOUNTING COPY

39857000 02

# TIA'S TEX MEX

## RUBEN
4720 SW LOOP 820       FT WORTH TX 76109
817-429-6141     FA  817-731-6798

| INVOICE |
|---|
| 3443-38506 |

| ITEM | QTY | UNIT | EXTENSION |
|---|---|---|---|
| EA | LUNCH FAJITAS SUPER | 15 | $ 7.99 | $ 119.85 |
| ICED TEA | 15 | $ 1.59 | $ 23.85 |
| GUACAMOLE | 15 | $ 0.49 | $ 7.35 |
| | 0 | $ - | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |

SOLD TO: Denise Hill  972-569-7757

| SUBTOTAL | $ 151.05 |
|---|---|
| TAX | $ 12.46 |
| 0 | |
| DELIVERY | $ 25.00 |
| INVOICE TTL | $ 188.51 |

DATE OF FUNCTION: 5/7/01
TIME OF FUNCTION: 11:30 AM
CONTACT: Wendy
CONTACT PHONE: 817-735-3282
PAYMENT METHOD: amex3794001347010007 exp07/02

ADDRESS: Osteopathic Hosp
Radiology Specials Dept
4th Floor, Room 492
DIRECTION: 1000 Montgomery

CALL FOR EXACT DIRECTIONS

SPECIAL:

DELIVERY PERSON: Ryan

THANK YOU MUCHO!
WE APPRECIATE THE OPPORTUNITY TO SERVE YOU!
PLEASE TELL YOUR FRIENDS!

# 3-012 LONE STAR VALET

**LONE STAR VALET**

**This contract limits our responsibility. Please read it.**

Customer and company agree as follows. This is a license to park only, no bailment is created. Customer agrees to use company's parking facility at customer's sole risk. Company expressly disclaims any responsibility, expressed or implied, to protect against the loss of or damage to customer's vehicle or contents. No employee or agent may change company's liability in any manner. Customer agrees to inspect car before leaving lot. Customer's claim of damage or loss must be reported and item-ized on company form before car is removed from premises or customer shall waive such claim. Should company agree to make repairs at its expense, company has option within 48 hours after notice of claim to choose the repair facility. Company is not responsible for damage by fire or defective brakes or parts. Company is not responsible for mechanical or electrical failure or flat tires. Company is not responsible for any articles left in car nor will company accept possession or bailment of such articles. Company reserves the right to refuse release of vehicle should guest appear intoxicated to Company employee. Company assumes no lia-bility for guest-accommodation or transportation should company deem guest intoxicated. Parking in this facility is an acceptance of the terms of this contract. Note posted rates and hours of operation.          114425

**EXIT CHECK 3-012**

**LONE STAR VALET**

**PRESENT TO ATTENDANT**

CUSTOMER COPY

SAL'S PIZZA REST
1421052366
60110170102037Q

IMPORTANT! RETAIN THIS COPY FOR YOUR RECORDS.

CUSTOMER COPY

377682

C PRODUCT 609

To Reorder
800-225-6380 or nebs.com

Thank You

All claims and returned goods MUST be accompanied by this bill

| SOLD BY | RECEIVED BY | | TOTAL |
|---|---|---|---|

SAL'S PIZZA RESTAURANT, INC.

2525 Wycliff Ave.
DALLAS, TEXAS 75219
(214) 522-1828

PAID RECEIPT

Zale Lipshy Hospital
Valet Parking

$ 3.50

Date: 1089

Attendant: _____

---

PARKING COMPANY OF AMERICA
INCORPORATED

DATE 5/01

TIME _____

LOCATION St. Paul Hospital

AMOUNT $ 2.00

BY _____

---

The Donut Shop
1820 W. Mockingbird
Dallas, Texas 75235
Tel. (214) 634-1875

Date 5/08/01

| | | |
|---|---|---|
| 1 | Account Forward | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | Drinks | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | 1.85 | |
| 12 | | |
| 13 | | |
| 14 | 7384 | 4 |
| 15 | | |

Reg. No. _____ Clerk _____

1200  Your Account Stated to Date - If Error is Found, Return at Once

SEGC000400

# PAID RECEIPT

Zale Lipshy Hospital
Valet Parking

$ 2.00

Date: 5-9-01

Attendant:

delivery 25.00

111.43

THE MAIL STATION
6600 N MACARTHUR BLD 114
IRVING TX 75063

DATE: 05/09/01 TIME: 13:35
MER#: 220385786000 TER#: 0001
S-A-L-E-S D-R-A-F-T

REF: 0009 BCH: 031
CD TYPE: AX
TR TYPE: PR
AMOUNT: $9.89

ACCT: 379400134701007 EXP: 0702
AP: 584367

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS AND/OR SERVICES IN THE AMOUNT OF THE TOTAL SHOWN HEREON AND AGREES TO PERFORM THE OBLIGATIONS SET FORTH BY THE CARDMEMBER'S AGREEMENT WITH THE ISSUER

X

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

PANERA BREAD
COLLINGSWORTH & UNIVERSITY
PHONE (817)870-1959

78 DAVID SU 02

ORDR 891 MAY09'01 09:32AM

BAKERY

| | | |
|---|---|---|
| 1 | CROISS FRENCH | 1.25 |
| 1 | CROISS APPLE | 1.65 |
| 1 | CROISS CHEESE | 1.65 |
| 1 | CROISS CHOC | 1.65 |
| 6 | DANISH CHEESE | 9.00 |
| 2 | PUMPKIN MUFFIN | 3.40 |
| 1 | PECAN ROLL | 1.95 |
| 1 | STRDL CHERRY | 1.65 |
| 2 | SCONE LEMON-POPY | 3.50 |
| | CREDIT CARD | 27.82 |
| | SUBTOTAL | 25.70 |
| | TAX | 2.12 |
| | PAID | 27.82 |

VISIT OUR WEBSITES:

WWW.PANERABREAD.COM

YOUR ORDER NUMBER IS 891

Harris

STANDARD PARKING
HARRIS METHODIST

05/09/01 10:38 L# 1 A# 5 Txn#448416
05/09/01 09:41 In 05/09/01 10:38 Out
Fee ......1 $ 1.00
Total Fee $ 1.00
CASH PAID $ 1.00-
Cash Tender $ 1.00
Change Due $ 0.00
THANK YOU
HAVE A NICE DAY

Corner Bakery

MacArthur Park
#101 CHRISTINA          #00173
05/10/01 08:01:18     Dine In

CHECK  #0031

BKFST PASTRY DO      16.99
COOKIES DOZ          12.95
6 CINNAMON ROLL      13.74
Subtotal             43.72
Sales Tax             3.61
TOTAL                47.33

You knead it Daily!!
QUESTIONS OR COMMENTS
    1-800-963-4637

SALES                47.33
(-)CHARGE-TIPS       47.33

CHANGE DUE            0.00

(-)CHARGE TIPS        0.00

AMEX 379400134701007

---

PARKING

# 6-368

IN _____ 5/10

OUT _____ 6,00

---

**PARKING**
**CLAIM CHECK**
THIS CONTRACT LIMITS OUR
LIABILITY, READ IT

We assume no liability for theft or
damage although we will use rea-
sonable caution to protect the
property of our customers.

AMERICAN HOTEL REGISTER
VERNON HILLS, IL 60061

---

VALLEY RANCH TEXAC

05/10/01      07:53
STN # 91002448630

HILLEBRANISTER/D
Amex
XXXX XXXXXX 01007
AUSTIN
INV #         0052607
CREDIT       0486340
PUMP#04
GALLONS
FUEL    13.260
@ $1.799/GAL
FUEL          $23.85
TAX PD        $0.00
TL/NOTAX      $23.85
TOTAL         $23.85

THANK YOU FOR
SHOPPING TEXACO
HAVE A NICE DAY.

# MasterCard Colonial
## May 16th – 20th

## Discount Tickets

Fill my order with:

| No. | Description | Amount |
|---|---|---|
| | Sponsor Medallion (admission to clubhouse) ................. @ $300 | |
| | Sponsor Money Clip (above Medallion made into a money clip) ...... @ $325 | |
| | Grounds Badge (good every day) ........................... @ $90 | |
| | Wednesday/Thursday Daily Ticket (good any 1 day) ......... @ $25 | |
| 11 | Friday/Saturday/Sunday Daily Ticket (good any 1 day) ...... @ $40 | 440.00 |

Make checks payable to David Dodson   TOTAL:

Name _____

Firm _____

Address _____

City _____ State _____ Zip _____

Phone _____ Fax _____

E-Mail _____  5/10/01   *Paid in full #1057*   *Alexia R. Hall - Dawester*

Send Orders to :

**David Dodson**
4146 Williman Ave.
Ft Worth, TX 76180
817-595-2543 or fax 817-595-2538
E-mail to nrbcpadavid@netscape.net



## SAL'S PIZZA RESTAURANT INC.

2525 Wycliff Ave.
DALLAS, TEXAS 75219
(214) 522-1828

| CUSTOMER'S ORDER NO. | PHONE | DATE |
|---|---|---|

NAME Den Hill

ADDRESS

| CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |

Robert Bll

Dr Reese

850 - 3206

Pizza (Chee Cake)

TA.

| SOLD BY | RECEIVED BY | TOTAL | 272.19 |

C PRODUCT 609 — All claims and returned goods MUST be accompanied by this bill.

**381939**   NEBS To Reorder 800-225-6380 or nebs.com   *Thank You*



SAL'S PIZZA REST
6018X01701020370

CHECK NO./FOLIO NO. 564 0543

CUSTOMER COPY

---

EXIT
CHECK 80
LONE STAR VALET
PRESENT TO ATTENDANT

7-222

400
OUT
IN

# 6-451
## PARKING
### CLAIM CHECK
**THIS CONTRACT LIMITS OUR LIABILITY; READ IT**

We assume no liability for theft or damage although we will use reasonable caution to protect the property of our customers.

AMERICAN HOTEL REGISTER
VERNON HILLS, IL 60061

Humperdink's #26
Seafood & Chophouse
[illegible] N. O'Connor Blvd
Irving, TX 75062
(972) 717-5515

EMP: PAMELA H
AMEX
Date 05/12/01
Time 1[illegible]:49
Table 44

---

Card Holder HILLBANNISTER/D
Card Number 379400134701007 07/[illegible]2
Auth-Code.. 506819 Ctrl: 132[illegible]6

Amount.. 63.28
Tip.... 13.00
Total.. 76.28

X________________________________
Cardmember agrees to pay total in accordance with agreement governing use of such card.

*** Customer Copy ***

10.00 Parking
Humperdinks
5-12-01

EEOC000405

*PLEASE DETACH AND RETURN ABOVE WITH REMITTANCE IN ENCLOSED ENVELOPE*

USAGE CHARGES FROM 03/26/2001 TO 04/25/2001

| DATE | DESCRIPTION | QTY | PIN | SERVICE CODE | MONTHLY CHARGES | OTHER CHARGES | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|
| | BEGINNING BALANCE | | | | | | 90.3 |
| 04/16/2001 | PAYMENT **THANK YOU** | | | | | | 90.3 |
| | CURRENT CHARGES: | | | | | | |
| | PURCHASE ORDER - N/A | | | | | | |
| 05/01/2001 | SKYTEL TWO-WAY | | 8776653547 | | 35.43 | | 35.4 |
| | DENISE HILL BANNISTER | | | | | | |
| | 2-WAY PERSONAL 800 SERVICE | | | | 2.95 | | 2.9 |
| | USAGE CHARGES - 2WAY ALPHA | 664 | | | .00 | 66.40 | 66.4 |
| | LOCAL TAX | | | | | | 2.2 |
| | STATE TAX | | | | | | 6.9 |
| | UNIVERSAL SERVICE FUND FEE | | | | | | 1.8 |

SKYTEL
PO BOX 740577
ATLANTA, GA 30374-0577

FEDERAL TAX ID: 64-0848625

**24 HOUR CUSTOMER SERVICE: 1-800-759-8737**

SKY 10/00

| CURRENT | OVER 30 | OVER 60 | OVER 90 | |
|---|---|---|---|---|
| 115.82 | .00 | .00 | .00 | 115. |

| INVOICE DATE | INVOICE NO. | ACCOUNT NO. | TOTAL DUE |
|---|---|---|---|
| 04/28/2001 | 01E2675377 | 2675377 | |

EEOC000406