# Centocor

## SALES FORCE EXPENSE REPORT

NAME: Denise Hill-Bannister

DEPARTMENT: 470

DISTRICT:

EXPENSE REPORT NO. **2587009**

PERIOD ENDING MM/DD/YY: **05/05/01**

| DATE MM/DD/YY | ORIGIN / DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS 10 | LODGING 11 | TAXI, LIMO, AUTO RENTAL 12 | PARKING / TOLLS 83 | BUSINESS MEALS (Paid in Cash) 13 | PHONE / FAX 16 | OFFICE SUPPLIES & COPIES 16 | POSTAGE 17 | AUTO FUEL 18 | REPAIR MAINT & MISC 19 | PROMOTIONAL PROGRAMS ACCESS -5100 80 | PROMOTIONAL ACCESS >5100 81 | MISC 82 | DAILY TOTAL 84 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/29/01 | waco | | 190.50 | | 88.00 | 7.00 | 4.00 | | | | 19.89 | | 20.14 | | | 40.03 |
| 04/30/01 | austin | | | | | | | | | | | | 9.00 | | | 271.50 |
| 05/01/01 | dallas | | | | | | | | | | | | | | 6.48 | |
| 05/01/01 | dallas | | | | | | | | | | | | | 145.19 | | 209.88 |
| 05/02/01 | wichita falls | | | | | | | | 274.47 | 28.48 | 28.16 | | 32.05 | 522.61 | | 597.08 |
| 05/03/01 | dallas | | | | | 7.00 | | | | | | | | | 115.82 | 151.30 |
| 05/04/01 | dallas | | | | | | | | | | 21.39 | | | | 32.46 | 53.85 |
| 05/05/01 | dallas | | | | | | | | | | 67.44 | | 61.19 | 467.80 | 154.76 | 1,323.84 |

PLUS OR MINUS ADJUSTMENTS

COMPANY CAR ONLY

| | FIELD # 10 | 11 | 12 | 83 | 13 | 16 | 16 | 17 | 18 | 19 | 80 | 81 | 82 | 84 | FIELD # TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMOUNT | 190.50 | | 88.00 | 7.00 | 4.00 | | 274.47 | 28.48 | 87.44 | | 61.19 | | 467.80 | 154.76 | 1,323.84 |

2400.05 orm

*Calculate Personal Mileage Charge Back in Box #997 at Right

FIELD # 40 No. of Gallons QUANTITY

**IMPORTANT**

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursement.

| | | FIELD # | TOTAL |
|---|---|---|---|
| Minus Personal Mileage Charge | | 997 | 700.0 |
| | Due Company | | |
| | Due Employee | | |

SIGNATURE / APPROVED BY

DATE MM/DD/YY: 6-7-01

DATE MM/DD/YY

| | CALL DATE | CONFIRMATION # |
|---|---|---|
| | 05/05/01 | 88892104 |

30857000 02

NOTICE TO USER
Traveler: Authorization issued to the Drawer by
Gelco Information Network, Inc. P.O. Box
44900, Eden Prairie, Minnesota 55344-2900

COMPANY CAR ONLY

| | BUSINESS MILES |
|---|---|
| DATE MM/DD/YY | |
| BEGINNING ODOMETER | 11400.0 |
| ENDING ODOMETER | 12100.0 |
| TOTAL MILES | 700.0 |
| TOTAL BUSINESS MILES | |
| TOTAL PERSONAL MILES | 700.0 |

VEHICLE NO. 999999

EXPENSE REPORT AUDITED

JUL - 3 2001

COPY SENT
JUN 27 2001
TO GELCO

Original Document of Gelco Information Network

ACCOUNTING COPY

## B U S I N E S S   M E A L S

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 04/29/01 | dr. falcone | waco, providence hospital | inservice retavase | 20.14 |
| 05/01/01 | dr. manning, dr. dutton, dr. fletcher | austin, seton hospital | inservice retavase | 9.00 |
| 05/02/0` | dr. vanmeter, dr. slonim | dallas, methodist hospital | inservice retavase | 145.19 |
| 05/03/01 | dr. thota, dr. sudashram, dr. kong | wichita falls, united regional | inservice retavase | 322.61 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## F I E L D   P R O M O T I O N   &   M I S C E L L A N E O U S

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 05/02/01 | batteries for pager, and birthday card for staff member | 6.48 |
| 05/05/01 | printer cable for new printer from Centocor, not included | 32.46 |
| 05/04/01 | pager for the month | 115.82 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## M I S C E L L A N E O U S   A U T O

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Original Document of GelcoInformationNetwork

ACCOUNTING COPY

39857000 02

EEC9000408



VALLEY RANCH TEXAC

04/29/01 15:18
STIN # 91002448630
BANNISTER/DENISE R
Visa
XXXX XXXX XXXX 654
8
AUTH# 00170533
INV # 0462168
CREDIT
PUMP#02 UNLEAD
GALLONS 11.915
@ $1.669/GAL
FUEL $19.89

TL/NOTAX $19.89
TAX PD $0.00
TOTAL $19.89

THANK YOU FOR
SHOPPING TEXACO
HAVE A NICE DAY.

Mrs Johnson's
booth
4909 Airport
(512) 452-4730

BZ SEC 1    4.00
BZ SEC 2    5.00
ITEM/CT  2
TOTAL    7.00

CASH TD    20.00
CHANGE    13.00

Your order number is: 6299

************************
PROVIDING CARE AND COMFORT
TO PEOPLE AWAY FROM HOME
************************

Change Owed......    .15
CASH (PRT)
Total Paid...    2.00
Total Tax    .15
Subtotal    1.85

1 Lg Bottle    1.85

6299 MAY01/01  11:17a

CA ONE SERVICES INC.
AUSTIN-BERGSTROM INTL. AIRPORT
SCHLOTZSKY COFFEE EXPRESS

Your order number is: 6360

*********************************
PROVIDING CARE AND COMFORT
TO PEOPLE AWAY FROM HOME
*********************************

Change Owed....    18.00
CASH (PRT)    20.00
Total Paid....    2.00
Total Tax    0.15
Subtotal    1.85

1 Lg Bottle    1.85

6360 MAY01/01  3:08PM

1010 JOHNNY

SCHLOTZSKY COFFEE EXPRESS
AUSTIN-BERGSTROM INTL. AIRPORT
CA ONE SERVICES INC.

# TRAVEL SERVICES
MAILING AND OVERNIGHT ADDRESS:
5031 INDIAN SCHOOL RD. NE
BLDG. C, STE. 200
ALBUQUERQUE, NM 87110
1-800-235-6670

| CUSTOMER NBR: 1726000001 | | | |
|---|---|---|---|
| SALES PERSON: 61    ITINERARY/INVOICE NO. 005454635 | DATE: 30 APR.01 | PAGE: 01 | RJSK80 |

TO: DENISE BANNISTER          ETKT
8003 NORTH MC ARTHUR APT2004
IRVING TX 75063

FORWARD COPY 1 W/ EXPENSE REPORT
Approval _____
Signed _____
Account # _____
Date _____
Purpose of Business _____

FOR: HILL BANNISTER/DENISE      REF: CEN01

01 MAY 01  -  TUESDAY
AIR    SOUTHWEST AIRLINES    FLT:716    ECONOMY    MULTI MEALS
LV DALLAS LOVE FLD    735A    EQP: BOEING 737-200
DEPART: MAIN
                                                    50MIN NON-STOP
AR AUSTIN    825A
                       SOUTHWEST AIRLINES    FLT:2013    ECONOMY
LV AUSTIN
DEPART: MAIN
                                                    55MIN NON-STOP
AR DALLAS LOVE FLD    155P    EQP: BOEING 737 300
                       250P    NON-STOP

29 AUG 01  -  WEDNESDAY
OTHER NEWARK

THANK YOU FOR USING THE CORPORATE TRAVEL DEPARTMENT

AIR TICKET    #N5755369167    HILL BANNISTER D

BILLED TO V141280039896965548                198.50*

SUB TOTAL                        198.50
NET CC BILLING                   198.50*

TOTAL AMOUNT DUE                   0.00

--- DURING BUSINESS HOURS ---
PLEASE CALL 888-JNJ-TRAV    OR    888-565-8728
FOR TRAVEL WITH A GROUP ID CALL 877-554-4787
-- FOR EMERGENCIES ONLY- AFTER HOURS PLEASE CALL --
--1-800-354-2400 - ACCESS CODE - S-LZ82 --
--OR 24HOUR COLLECT TO AFTER HOURS 713-260-8713 --

PLEASE RETAIN COPY OF INVOICE AND PASSENGER
RECEIPT FOR EXPENSE PURPOSES
--- CANCELLATION/REFUND INFORMATION ---
TO CANCEL A RESERVATION PLEASE CALL J AND J TRAVEL
SERVICES AND RETURN ANY UNUSED TICKETS TO THE
ABOVE ADDRESS. CREDIT FOR REFUNDABLE TICKETS WILL

CONTINUED ON PAGE 2

ISSUED BY AND VALID ONLY ON
**SOUTHWEST AIRLINES**

TICKETLESS ITINERARY
NOT VALID FOR TRANSPORTATION

AGENT 2673CI
DATE 01MAY0

CUSTOMER NAME: HILLBANNISTER/DENISE
REFERENCE NUMBER: 526/27553691672
CONFIRMATION NUMBER: 7HZER4

ITINERARY

| FROM | TO | FLIGHT | DATE | FARE BASIS | TIME | STATUS | PRICE | XF |
|---|---|---|---|---|---|---|---|---|
| DALLAS LOVE FIELD | AUSTIN TX | WN0710 | 01MAY | YL | 0735A | HK | 0093.75 | 00.00 |
| AUSTIN TX | DALLAS LOVE FIELD | WN2013 | 01MAY | YL | 0155P | HK | 0093.75 | 03.00 |

PRINTED IN U.S.A. BY MAGNETIC TICKET & LABEL CORP. Ac-167TH (REV. 3/00)

---

ROY'S TAXI, INC.
(512) 482-0000
FAX: (512) 482-0173
SINCE 1931
CASH RECEIPT

DATE 5/1
TIME
CAB #
FARE $ 30.00
DRIVER'S NAME
TRIP FROM Sefton
TO Airport

90 East Ave., Austin, TX 78701
www.citysearch.com/aus/roy'staxi
"WE APPRECIATE YOUR BUSINESS"

---

ROY'S TAXI, INC.
(512) 482-0000
FAX: (512) 482-0173
SINCE 1931
CASH RECEIPT

DATE 5-1-01
TIME 8:00
CAB #
FARE $ 33.00
DRIVER'S NAME Mike
TRIP FROM Airport
TO Sefton Hogg

90 East Ave., Austin, TX 78701
www.citysearch.com/aus/roy'staxi
"WE APPRECIATE YOUR BUSINESS"

Corner Bakery
MacArthur Park
#10[illegible] [illegible] Dine In
05/02/01 10:24:37 #00173
CHECK #0061

| | |
|---|---|
| COOKIES DOZ | 12.99 |
| DOZEN BARS | 17.99 |
| Subtotal | 30.98 |
| Sales Tax | 1.07 |
| TOTAL | 32.05 |

You knead it Daily!!
QUESTIONS OR COMMENTS
1-800-983-4637

| | |
|---|---|
| SALES | 32.05 |
| (-)CHARGE TIPS | 32.05 |
| CHANGE DUE | 0.00 |
| (-)CHARGE TIPS | 0.00 |

VISA 4128003989956548

EXXON EXPRESS PAY

VALLEY RANCH EXXON
9975 N. MACARTHUR
IRVING, TX. 75063

DLR# 4712410
VALLEY RANCH E
IRVING TX
05/02/01 17:39
ACCT#
XXXXXXXXXXXX6548
INV# HZZ9016
AUTH# 571345
PUMP# 9
REG 7.968G
SELF

| | |
|---|---|
| PRICE/GAL | $1.679 |
| FUEL TOTAL | $13.38 |
| MDSE TOTAL | $0.00 |
| TOTAL | $13.38 |

HAVE A SAFE AND
HAPPY NEW YEAR

-THANK YOU-

C H E V R O N
05/02/01 09:35
CHEVRON USA
770 I-635
IRVING TX
STH
VISA 00205012
XXXXXXXXXXXX6548
Invoice 1374271
Auth 122301
Pump # 7 G-7
7.027 G @ $ 1.819
UnlP/Self $ 12.78
Total $ 12.78
Thank You
Please Come Again

SAL'S PIZZA REST
1421052366
050501  601010170102020370

5941735

SALES SLIP

CUSTOMER COPY

PURCHASER SIGN HERE X

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS.

CUSTOMER COPY

| | | TOTAL |
|---|---|---|

CHECK NO./FOLIO NO.
AUTHORIZATION NO.
REFERENCE NO.
SERVER/CASHIER
DATE

---

SAL'S PIZZA RESTAURANT INC.
2525 Wycliff Ave.
DALLAS, TEXAS 75219
(214) 522-1828

*Thank You*

380533

C PRODUCT 609
All claims and returned goods MUST be accompanied by this bill.

NEBS To Reorder
800-225-6380 or nebs.com

| CUSTOMER'S ORDER NO. | | DATE |
|---|---|---|
| NAME | | |
| ADDRESS | | |
| | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| SOLD BY | RECEIVED BY | |
| | | TAX |
| | | TOTAL |

ECKERD DRUG
STORE #3622

** ECKERD 3622 7835 N MACARTHUR **
** IRVING TEXAS 214-496-9644 **

ASSOC #8388 REG #001 DRAWER #1
TRANS #0852 TYPE 10 STORE # 3622

| | | | |
|---|---|---|---|
| 924898 | EVERYDAY CA 1T | 1.99 | |
| 798512 | ECK AA4-4PK 1T | 2.00 | SALE |
| 720656 | ECK.AA4 BAT 1T | 2.00 | SALE |

| | |
|---|---|
| TX 8.25% TAX | .49 |
| TOTAL | 6.48 |
| CASH | 10.00 |
| CHANGE | 3.52 |

THANK YOU FOR SHOPPING AT ECKERD
1-800-ECKERDS www.eckerd.com
MAY 2, 2001 1:53 PM

Kinko's (972) 263-0042
841 McArthur Pk.
Irving, TX 75063

| QTY/LIST | DISC | PRICE | AMOUNT |
|---|---|---|---|
| 50 FS COLOR S/S CARDSTCK 8.5X11 | | | |
| 1.74 | 0.00 | 1.74 | 87.00 |
| 1 CUTTING SET UP | | | |
| 5.00 | 0.00 | 5.00 | 5.00 |
| 840 FS B&W S/S WHITE STD | | | |
| 0.07 | 0.00 | 0.07 | 58.80 |
| 5 DOC CREATION TABS PER TAB | | | |
| 1.95 | 0.00 | 1.95 | 9.75 |
| 75 FS B&W TABS PER TAB | | | |
| 0.35 | 0.00 | 0.35 | 26.25 |
| 15 BIND COIL CLEAR STANDARD | | | |
| 4.45 | 0.00 | 4.45 | 66.75 |

SUB 253.55 TX 20.92 TOT 274.47
Visa 274.47
CHG 0.00

CUSTOMER ID HILL BANNISTER
XXXXXXXXXXXX6548 09/02 AP913716
I agree to pay the above amount
according to the card issuer agreement.
Sign Here: X____________________

CW 27 TR 90665 RG 3 05/03/01 08:39
Visit us @ http://www.kinkos.com

[illegible]
2801-A Southwest[illegible]
Wichita Falls, TX [illegible]
[illegible]
Amount: [illegible]

# 7-510

**PARKING CHECK**

OUT Front Door

IN

License

Make Dodge

Charge White

4.00

AMERICAN HOTEL REGISTER
VERNON HILLS, IL 60061

THE MAIL STATION
8600 N MACARTHUR BLD 114
IRVING TX 75063

DATE: 05/04/01 TIME: 13:43
MER#: 220385786000 TERM#: 0001
S-A-L-E-S D-R-A-F-T

REF: 0002 BCH: 028
CD TYPE: AX
TR TYPE: PR
AMOUNT: $28.48

ACCT: 379400134701007 EXP: 0702
AP: 503266

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS AND/OR SERVICES IN THE AMOUNT OF THE TOTAL SHOWN HEREON AND AGREES TO PERFORM THE OBLIGATIONS SET FORTH BY THE CARDMEMBER'S AGREEMENT WITH THE ISSUER

X______________________

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

Central Parking System

# RECEIPT

Location: 181

Amount: $ 3.00

Date: 05/4/01

By:

CPS-13 8/98

VALLEY RANCH TEXAC

05/05/01 11:33
STN # 91002448630

HILLBANNISTER/D
Amex
XXXX XXXXXX 01007
AUTH# 00520603
INV # 0475574
CREDIT
PUMP#02 UNLEAD
GALLONS 12.590
@ $1.699/GAL
FUEL $21.39

TL/NOTAX $21.39
TAX PD $0.00
TOTAL $21.39

THANK YOU FOR
SHOPPING TEXACO
HAVE A NICE DAY.

---

Office Depot

OFFICE DEPOT
2777 N. MACARTHUR BLVD.
IRVING, TX 75063
214-574 4000

For Office printer

Employee 224304 05/05/01 11:17
Store #0514 Reg #001 Tran #8368
SALE POS Version 4.06

072286812460 6FT,IEEE 128 29.99
MFG. LIST $ 49.99
SUBTOTAL 29.99
TX 8.25% SALES TAX 2.47
TOTAL 32.46

ACCOUNT NUMBER XXXXXXXXXXX1007
AMEX 32.46
APPROVAL CODE 27

Office Depot

CHANGE .00

Try our COPY CENTER for
Printing, Copying & UPS Shipping

Geld Information Network

# TRAVELETTER DIRECT AUTO ADJUSTMENT FORM

**Company:** Centocor, Inc.

**Employee Name:** Denise Hill Bannister 410

| Expense Report Information | |
|---|---|
| Account Number | 39657 |
| Employee Authorization Number | 107870 |
| Expense Report Number | 311 |
| Period End Date | 4/28/01 |
| Expense Report # being adjusted — Field 790 | 2587006 |

* Number for this Adjustment Form

| Expense Description | Negative Adjustment Field # | Negative Adjustment Amount | Positive Adjustment Field # | Positive Adjustment Amount |
|---|---|---|---|---|
| Phone | 915 | 89.68 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Totals | | | | |
| Total Adjustment Amount | 90 | 89.68 | 990 | |

Corresponding Quantity Fields

| Quantity Description | Negative Adjustment Field # | Negative Adjustment Quantity | Positive Adjustment Field # | Positive Adjustment Quantity |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

COMMENTS:

Amount entered on expense report doesn't match receipt. receipt was for 10.33 not 100.

Confirmation # > 89677967

Call Date > 72401

Adjuster's Name Georgann Flinn

Date Form Sent to Employee

OFFICE COPY