EEOC000331

# Centocor

## SALES FORCE EXPENSE REPORT

| NAME | DEPARTMENT | DISTRICT | EXPENSE REPORT NO. 2587017 |
|---|---|---|---|
| Denise Hill-Bannister | 470 | | PERIOD ENDING MM/DD/YY 06/30/01 |

| DATE MM/DD/YY | ORIGIN / DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL No. of Gallons | PROMOTIONAL ACCESS <$100 | PROMOTIONAL ACCESS >$100 | MISC | DAILY TOTAL MM/DD/YY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | FIELD # 10 | 11 | 12 | 93 | 13 | 15 | 16 | 17 | 18 | 19 | 80 | 81 | 82 | |
| 06/24/01 | dallas | 20.0 | | | | | | | | | | | | | |
| 06/25/01 | dallas | 110.0 | | | 43.00 | | | | | | | | 68.63 | *161.73 | 230.38 |
| 06/26/01 | orlando | | | | 21.00 | | *1.99 | | | | | | | *241.75 | 269.74 |
| 06/27/01 | orlando | | | | | | *39.96 | | | | | | | | 22.69 |
| 06/28/01 | orlando | 45.0 | | | 22.00 | | *82.16 | | | | | | | | 82.16 |
| 06/29/01 | orlando | | | | | | 2.11 | | | | | | *17.99 | *113.43 | 39.96 |
| 06/30/01 | dallas | | | | | | | | | | | | | | 137.54 |
| | | | | | | | | | | | | | 86.62 | 516.91 | 17.94 |

### PLUS OR MINUS ADJUSTMENTS

| | AMOUNT |
|---|---|
| 112496.66 mm | |

### COMPANY CAR ONLY

| VEHICLE NO. | 212193 |
|---|---|
| BEGINNING ODOMETER | 1900.0 |
| ENDING ODOMETER | 2075.0 |
| TOTAL MILES | 175.0 |
| TOTAL BUSINESS MILES | 175.0 |
| TOTAL PERSONAL MILES | |

**IMPORTANT**

*Calculate Personal Mileage Charge Back in Box #997 at Right

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number. 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11.)

Payment requests exceeding authorized dollar limit will delay reimbursement.

| SIGNATURE | DATE MM/DD/YY |
|---|---|
| _(signature)_ | 7-2-01 |
| APPROVED BY | 7-30-01 |

| | FIELD # | TOTAL |
|---|---|---|
| Minus Personal Mileage Charge | 997 | |
| Due Company | 87 | |
| Due Employee | 820 | 790.89 |

| | CALL DATE | CONFIRMATION # |
|---|---|---|
| | 07/02/01 | 89483795 |
| | 07/20/01 | 89483706 |

39567000 02

NOTICE TO USER
Traveller Authorization issued to the Owner by
Gelco Information Network, Inc. P.O. Box
44600, Eden Prairie, Minnesota 55344-2800

EXHIBIT
4
Hill Bannister
tabbies®

8/14/01 ML
COPY SENT
AUG 14 2001
TO GELCO
9-5-01

ACCOUNTING COPY

EEOC0008332

## B U S I N E S S   M E A L S

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 06/26/01 | denise hill bannister | orlando meeting | personal meal | * 1.99 |
| 06/26/01 | denise hill bannister | orlando meeting | personal meal | * 39.96 |
| 06/27/01 | denise hill bannister | orlando meeting | personal meal | * 82.16 |
| 06/28/01 | denise hill bannister | orlando meeting | personal meal | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## F I E L D   P R O M O T I O N   &   M I S C E L L A N E O U S

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 06/26/01 | methodist hospital pharmacy.  Mike Schwartz Pharmd, shelly, stacy courtney, burleigh johnson, and 13 techs. | * 161.73 |
| 06/24/01 | baylor radiology, inservice retavase dr. reese, dr diamond, dr. jones, dr. meller, dr. lin and 30 staff | * 201.75 |
| 06/25/01 | methodist radiogy. dr. slonim, dr. donovan, dr. vanmeter, and 10 staff, inservice retavase | * 68.43 |
| 06/25/01 | st. paul radiology.inservice retavase, dr. gensberg, dr. lee | * 17.99 |
| 06/29/01 | lunch, medical city, dallas, dr. gordon, dr. postma, dr. kassenoff, inservice retavase receipt held over from 06/13/01 xpense report | * 193.43 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## M I S C E L L A N E O U S   A U T O

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

1/2499 05 dmm

396570000 02

********************************
R A Z Z O O' S
I R V I N G
********************************

Date: Jun24'01 12:59PM
Card Type: AMEX
Acct #: 379400134701007
Exp Date: 07/02
Auth Code: 530592
Check: 5191
Server: 900 AM Bar
D HILLBANNISTER

Methodist brunch

Subtotal: 161.73

Tip:

Total: 161.73

Signature

********************************

Top Copy for Razzoo's
Bottom Copy for YOU

********************************

EEOC000333

EEOC000334



412 8003 9849 5658

7/62

SAL'S PIZZA REST
14710527bb
b0110178107070370  0b7501

548252b

CUSTOMER COPY
QTY | DESCRIPTION | AMOUNT
| | 2.21 | 73
TAX | |
TIP MISC | 20 | 00
SALES SLIP | TOTAL | 24.73

X PURCHASER SIGN HERE
Cardholder acknowledges receipt of goods and/or services in the amount
of the Total shown hereon and agrees to perform the obligations set forth
in the Cardholder's agreement with the Issuer.

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS

SAL'S PIZZA RESTAURANT INC.
2525 Wycliff Ave.
DALLAS, TEXAS 75219
(214) 522-1828

378543

C PRODUCT 609

Thank You
To Reorder. 800-225-6380 or nebs.com
All claims and returned goods MUST be accompanied by this bill.

06/25

SAL'S PIZZA RESTAURANT INC.
2525 Wycliff Ave.
DALLAS, TEXAS 75219
(214) 522-1828

11.0

| CUSTOMER'S ORDER NO. | PHONE | DATE |
|---|---|---|
| | | |

NAME

ADDRESS

| CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|
| | | | | | |

TAX

| SOLD BY | RECEIVED BY | TOTAL 63 43 |
|---|---|---|

C PRODUCT 609 All claims and returned goods MUST be accompanied by this bill.

378734

Thank You

4128 0634 4799 5654 0

Dennis Hill 7/02

| DATE | SERVER/CASHIER |
|---|---|
| AUTHORIZATION NO. | REFERENCE NO. |

SAL'S PIZZA REST
1421052366
60110170 1020370 062101 5482751

| QTY. | DESCRIPTION | AMOUNT |
|---|---|---|
| | | 63 43 |
| | TAX | |
| SALES SLIP | TIP MISC. | 5 [illegible] |
| | TOTAL | 68 [illegible] |

CUSTOMER COPY

PURCHASER SIGN HERE
X

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the Issuer.

IMPORTANT: RETAIN THIS COPY FOR YOU

6-30

EXXON EXPRESS PAY

VALLEY RANCH EXXON
9975 N. MACARTHUR
IRVING, TX. 75063

DLR# 4712410
VALLEY RANCH E
IRVING TX
06/30/01 12:30
XXXXXXXXXXX1007 ACCT#
INV# HZZ5170
AUTH# 592894
PUMP# 5
REG
SELF 11.287G
PRICE/GAL $1.589
FUEL TOTAL $17.94

MDSE TOTAL $0.00
TOTAL $17.94

HAVE A SAFE AND
HAPPY NEW YEAR

-THANK YOU-

EEOC000336

EEOC000337

CB - MACARTHUR PARK  173
MERCHANT ID
06/25/01   07:49:19 1001
MIKE          CHK #017
CHARGE 1

AMEX
37940013470100?
HILLBANNISTER/D
07/02
AUTH #   519527

CHARGE AMOUNT   17.99

TIP AMOUNT  |_____|

TOTAL  |_____|

CUSTOMER COPY



**YELLOW CAB**
**Fare Receipt**

Amt. 21^00 Date 6/26/01
Trip from Valley R
To Airport
Cab # ______ ID # ______
Driver ______

For Prearranged Airport Service
Dial: 1-800-749-9422

Thank you for riding with us.

**214-252-0055**

Date 6/29 Time ______
Fare 22^00 Extra ______
Driver Airport Valley R
Cab Number ______

HMSHost
Burger King A51
Orlando International Airport

1036 Carolina

CHK 6462 JUN29'01 12:53PM

| | |
|---|---|
| 1 24 SPORT WATER | 1.99 |
| Tax | 0.12 |
| Amt Paid | 2.11 |
| Cash | 5.00 |
| Change Due | 2.89 |

THANK YOU

Any concerns please contact the
Store Manager:
Marvin Wood :(407)851-1334 x159

EEOC000338

PORTOFINO
BAY HOTEL
AT UNIVERSAL ORLANDO™
A LOEWS HOTEL

HILL-BANNISTER, DENISE
NATIONAL TRAINING MEETING

| Arrival | 9/26/01 |
| Departure | 9/29/01 |
| No. in Party | 1 |
| Rate | |

Account No. 237782          Room No. 2559

| No. | Date | Description | | Amount |
|---|---|---|---|---|
| | | A-PRIMARY FOLIO | | |
| 1 | 9/27/01 | ROOM SERVICE-PBH 07:49 | 1205   2559 | $20.45 |
| 2 | 9/27/01 | REF PANTRY PBH | 86   2559 | $19.51 |
| 3 | 9/28/01 | ROOM SERVICE-PBH 08:10 | 5802   2559 | $12.25 |
| 4 | 9/28/01 | ROOM SERVICE-PBH 12:51 | 7105   2559 | $69.91 |
| | | * BALANCE DUE * | | $122.12 |

HILL-BANNISTER D
Room Number 2559

Company                          City

Street                            State          Zip Code

Regardless of charge instructions, I acknowledge the
above as personal indebtedness.

Guest Signature

*We appreciate your business. Grazie!*

5601 Universal Boulevard ♦ Orlando, Florida 32819 ♦ (407) 503-1000

SAL'S PIZZA RESTAURANT INC.
2525 Wycliff Ave.
DALLAS, TEXAS 75219
(214) 522-1828

11.02

| CUSTOMER'S ORDER NO. | PHONE | DATE |
|---|---|---|
| NAME Dean Hill | | |
| ADDRESS | | |

| CASH | C.O.D. | CHARGE | ON ACCT. | MISE. RECD. | PAID OUT |
|---|---|---|---|---|---|
| | | | | | |

| | | | |
|---|---|---|---|
| | Pizza | | |
| | Sam | | |
| | Dns | | |
| | | TAX | 103 43 |
| SOLD BY | RECEIVED BY | TOTAL | 113 |

C PRODUCT 609 All claims and returned goods MUST be accompanied by this bill.

378733 Thank You

approved 6-29

063107736548

Dean Hill 9/02

SAL'S PIZZA REST
1471052366
60110170102037O 062101 5482752

| DATE | SERVER/CASHIER |
|---|---|
| AUTHORIZATION NO. | REFERENCE NO. |

| QTY. | DESCRIPTION | AMOUNT |
|---|---|---|
| | | 103 43 |
| SALES SLIP | TAX | |
| | TIP MISC. | 10 00 |
| | TOTAL | 113 43 |

CUSTOMER COPY

PURCHASER SIGN HERE
X

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the Issuer.

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS

EEOC000340

# Centocor

## SALES FORCE EXPENSE REPORT

**NAME:** Denise Hill-Bannister
**DEPARTMENT:** 470
**DISTRICT:**

**EXPENSE REPORT NO. 2587016**
**PERIOD ENDING MM/DD/YY: 06/23/01**

| DATE MM/DD/YY | ORIGIN/DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR/RAIL/BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING/TOLLS | BUSINESS MEALS | PHONE/FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | QUANTITY No. of Gallons | REPAYMENT & MISC | PROMOTIONAL PROGRAMS | FIELD PROMOTION ACCESS >$100 | PROMOTIONAL ACCESS >$100 | MISC | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/17/01 | dallas | 45.0 | | | | 6.00 | | | | | | | | | | | | 154.74 |
| 06/18/01 | dallas | 90.0 | | | | 10.00 | | 90.30 | | | | | | 24.69 | 58.18 | | | 141.56 |
| 06/19/01 | dallas | 24.0 | | | | 17.00 | | | 58.46 | 33.75 | 14.94 | | | 1,270.03 | | | | 1,287.03 |
| 06/20/01 | dallas | 50.0 | | | | 2.00 | | | | | 19.64 | | | 434.73 | 25.43 | 121.82 | | 47.07 |
| 06/21/01 | dallas | 89.0 | | | | 5.00 | | | 6.30 | | | | | | | 492.68 | | 561.55 |
| 06/22/01 | dallas | 100.0 | | | | 5.50 | | | | | 7.90 | | | | | | | 204.48 |
| 06/23/01 | dallas | 9.0 | | | | 45.50 | | 100.00 | 64.76 | | | | | 1,728.45 | 83.61 | 314.50 | | 7.90 |
| **PLUS OR MINUS ADJUSTMENTS** | | | | | | | | | | | | | | | | | | 100.00 |
| **FIELD #** | | 10 | 11 | 12 | | 13 | 53 | 15 | 16 | 17 | 18 | 40 | 19 | 50 | 51 | 52 | 54 | 2,504.35 |
| **AMOUNT** | | | | | | | | | | | | | | | | | | |

### COMPANY CAR ONLY

| | |
|---|---|
| VEHICLE NO. | 212193 |
| BEGINNING ODOMETER | 1455.0 |
| ENDING ODOMETER | 1862.0 |
| TOTAL MILES | 407.0 |
| TOTAL BUSINESS MILES | 407.0 |
| TOTAL PERSONAL MILES | |

**IMPORTANT**

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows. Precede the field # with a nine (9) making it a three digit number, 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursements.

*Calculate Personal Mileage Charge Back in Box #997 at Right

| FIELD # | TOTAL |
|---|---|
| Minus Personal Mileage Charge | 997 |
| Due Company | 87 |
| Due Employee | 820 | 2,504.35 |
| | **TOTAL** | **2,504.35** |

SIGNATURE _____
APPROVED BY _____

DATE MM/DD/YY: 7.30

**CALL DATE:** 06/24/01
**CONFIRMATION #:** 89391927

NOTICE TO USER
This Expense Report Should Be Drawn by
Gelco Information Network, Inc. P.O. Box
44000, Eden Prairie, Minnesota 55344-2500.
Travelletter Authorization Number
39657000 02

8/14/01
COPY SENT
AUG 14 2001
TO GELCO
9-5-01

ACCOUNTING COPY

## BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 06/21/01 | methodist hospital pharmacy | teleconference lunch | inservice retavase, Dr. schwartz and staff | • 192.66 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE/ BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 06/06/01 | three forks before dinner, dr meller, dr. lin, drs pong, kim, and benson. Retavase inservice | • 24.69 |
| 06/08/01 | inservice retavase, harris methodist, dr. gralino, dr. pickering, and dr. reeb. | • 58.18 |
| 06/18/01 | del friscos, surgery journal club and inservice retavase. Osteopathic f.w., dr. snow, dr. yuvarti, dr. peska, dr. delange | • 1,270.03 |
| 06/19/01 | inservice retavase, methodist hospital, dr. vanmeter and staff. | • 25.43 |
| 06/20/01 | inservice retqavase, baylor staff, Dr. meller, dr lin, dr. pharn, dr. song. | • 434.73 |
| 06/21/01 | inservice retqavase, plano medical center pharmacy, Teleconference lunch | • 111.82 |
| | | |
| | | |

## MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

112499 05 drnm

39857000 02

ACCOUNTING COPY

5H55
2/12/63

unexplained
6/17/01

17776 Dallas Parkway
Dallas, TX 75287
972 267-1776

Server: Main BAR 2
07:18 PM                    06/06/2001
HILLBANNISTERD /1          7/70009

AMEX                        7340045
Card #37940013470100T      Exp:0702
Magnetic card present: HILLBANNISTERD
Approval: 502906

Amount:        20.59
                           2/69
+ Tip:                     1.00

= Total:

X _____
Approval: 502906

Thank you for choosing
III Forks for your dining
pleasure. Please Come
Back Soon........

Keep a copy

PLEASE DETACH AND RETURN ABOVE WITH REMITTANCE IN ENCLOSED ENVELOPE

USAGE CHARGES FROM 02/22/2001 TO 03/25/2001

Expensed 6/17/01

| DATE | DESCRIPTION | QTY | PIN | SERVICE CODE | MONTHLY CHARGES | OTHER CHARGES | TOTAL CHARGE |
|---|---|---|---|---|---|---|---|
| | CURRENT CHARGES: | | | | | | |
| | PURCHASE ORDER - N/A | | | | | | |
| 3/07/2001 | SKYTEL TWO-WAY FOR 025 DAYS.<br>STARTED ON 03/07/01 | | 8776653547 | | 31.98 | | 31.' |
| 4/ '2001 | SKYTEL TWO-WAY<br>DENISE HILL BANNISTER | | 8776653547 | | 35.43 | | 35.. |
| | 2-WAY PERSONAL 800 SERVICE | | | | 2.95 | | 2.' |
| 3/05/2001 | SHIPPING CHARGE | | | | | 13.00 | 13.' |
| | LOCAL TAX | | | | | | 1.. |
| | STATE TAX | | | | | | 4.. |
| | UNIVERSAL SERVICE FUND FEE | | | | | | . |

SKYTEL
PO BOX 740577
ATLANTA, GA 30374-0577

FEDERAL TAX ID: 64-0848625

24 HOUR CUSTOMER SERVICE: 1-800-759-8737

SKY 10/00

| CURRENT | OVER 30 | OVER 60 | OVER 90 | |
|---|---|---|---|---|
| 90.30 | .00 | .00 | .00 | 90. |

| INVOICE DATE | INVOICE NO. | ACCOUNT NO. | TOTAL DUE |
|---|---|---|---|
| 03/31/2001 | 01D2675377 | 2675377 | |

THE MAIL STATION
8400 N MACARTHUR BLD 114
IRVING          TX 75063

TIME: 14:38
DATE: 06/08/01
MERR: 228985786000      TERM: 0001
                        TRM#: 0001
S-A-L-E-S  D-R-A-F-T
REF: 0003   BCH: 051
CD TYPE: AX
TR TYPE: PR
                        $33.75
AMOUNT:
EXP: 0702
ACCT: 379400134701007
AP: 148625

CARDMEMBER ACKNOWLEDGES RECEIPT OF
GOODS AND/OR SERVICES IN THE AMOUNT OF
THE TOTAL SHOWN HEREON AND AGREES TO
PERFORM THE OBLIGATIONS SET FORTH BY THE
CARDMEMBER'S AGREEMENT WITH THE ISSUER

X  Sign on file

TOP COPY-MERCHANT BOTTOM...

expensed
6/13



RECEIPT

No. 340791

DATE 6/12/01

$0 00

FROM Medical City
Pharmacy

DOLLARS

FOR RENT
FOR

ACCT.
PAID
DUE

CASH
CHECK
MONEY ORDER
BY
FROM
TO

6501

Kinko's (972) 263-0042
841 McArthur Pk.
Irving, TX 75063

| QTY/LIST | DISC | PRICE | AMOUNT |
|---|---|---|---|
| 750 FS B&W S/S WHITE STD | | | |
| 0.07 | 0.00 | 0.07 | 52.50 |
| 30 FS ADD FEATURES MACHINE STAPLING | | | |
| 0.05 | 0.00 | 0.05 | 1.50 |

DUPLICATE RECEIPT

SUB 54.00 TX 4.46 TOT 58.46
American Express 58.46
CHG 0.00

XXXXXXXXXXX1007 07/02 APPROVE 586220
I agree to pay the above amount
according to the card issuer agreement.
Sign Here: X________________________

CW 44 TR 96313 RG 2 06/18/01 16:04
Visit us @ https://www.kinkos.com

**PARKING COMPANY OF AMERICA**
INCORPORATED

TIME ______________ DATE 06/18/01

LOCATION ST. PAUL HOSPITAL

AMOUNT 2.00

BY M. A

6.00 Plano 0-269

LONE STAR VALET

This contract limits our responsibility. **Please read it.** Customer and company agree as follows: This is a license to park only, no bailment is created. Customer agrees to use company's parking facility at customers sole risk. Company expressly disclaims any responsibility, expressed or implied, to protect against the loss of or damage to customer's vehicle or contents. No employee or agent may enlarge company's liability in any manner. **Customer agrees to inspect car before leaving lot. Customer's claim of damage or loss must be reported and itemized on company form before car is removed from premises or customer shall waive such claim.** Should company agree to make repairs at its expense, company has option within 48 hours after notice of claim to choose the repair facility. Company is not responsible for damage by fire or defective brakes or parts. Company is not responsible for mechanical or electrical failure or flat tires. **Company is not responsible for any articles left in car nor will company accept possession or bailment of such articles.** Company reserves the right to refuse release of vehicle should guest appear intoxicated to Company employee. Company assumes no liability for guest accommodation or transportation should company deem guest intoxicated. **Parking in this facility is an acceptance of the terms of this contract.** Note posted rates and hours of operation. 114828

EXIT CHECK 0-269

LONE STAR VALET

PRESENT TO ATTENDANT

PARKING COMPANY OF AMERICA
INCORPORATED

TIME
DATE 06/18/01
LOCATION St. Paul Hospital
AMOUNT 6 00
BY

---

VALLEY RANCH TEXAC

06/18/01          16:12
STN #  91002448630

HILLBANNISTER/D

Amex
XXXX XXXXXX 01007
AUTH#      00503408
INV #        0578781
CREDIT
PUMP#02
GALLONS       9.005
UNLEAD  @ $1.659/GAL
FUEL            $14.94
TL/NOTAX        $14.94
TAX PD           $0.00
TOTAL           $14.94

THANK YOU FOR
SHOPPING TEXACO
HAVE A NICE DAY.

---

CUSTOMER COPY

CB - PRESTON/FOREST 155
MERCHANT ID
06/18/01  09:50:08 1001
ANDRE
CHK #066
CHARGE 1
AMEX
379400134701007
HILLBANNISTER/D
07/02
AUTH #       597698
CHARGE AMOUNT   55.18
TIP AMOUNT
TOTAL       55.18

# RECEIPT

**Central Parking System**

Location: 181

Amount: $ 2.00

Date: 06/19/2001

By:

CPS-13 8/98

---

Del Frisco's
Double Eagle
812 Main Street
Fort Worth, TX
(817) 877-3999
Server: Bar Two
11:17 PM
06/19/2001                    6/60008
HILLBRANISTERD/1
Card #37940013470101007
Magnetic card present: HILLBRANISTERD

Amount:        76.40
+ Tip:         13.00
= Total:       89.40

Visit our other locations.
NY, NY (212) 575-5129
Dallas, TX (972) 490-9000
Denver, CO (303) 796-0100
Las Vegas, NV (702) 784-0063
Orlando, FL (407) 645-4043

Leave signed top copy.

08720

Del Frisco's
Double Eagle
812 Main Street
Fort Worth, TX
(817) 877-3999
Server: JENN P.
09:35 PM
Table 120/1 06/19/2001
Card #3794001347010[illegible] 5/50005
Magnetic card present: HILLBANNISTERD

Amount: 792.09
388.54
+ Tip: ____________
= Total: 1180.63

X ______________________________

Visit our other locations.
NY, NY (212)575-5129
Dallas, TX (972)490-9000
Denver, CO (303)796-0100
Las Vegas, NV (702)796-0063
Orlando, FL (407)[illegible]-4443

Leave signed top copy.

Del Frisco's
Double Eagle
812 Main Street
Fort Worth, TX
(817) 877-3999

Server: JENN P.
Table 120/1 06/19/2001
Guests: 15 9:27 PM
Reprint #: 1 50005

| | |
|---|---|
| Shrimp Sampler (12 @12.95) | 155.40 |
| Crab Cake (6 @13.95) | 83.70 |
| Dinner #1 (12 @55.00) | 660.00 |
| Lemon Cake | 7.95 |
| Strawby Chezcake (3 @7.95) | 23.85 |
| Choc Mousse (3 @7.95) | 23.85 |
| 20 oz Lobster (3 @90.95) | 272.85 |
| Peppercorn Sauce | 1.50 |
| Perrier (4 @2.75) | 11.00 |
| BIN#3286 (5 @61.00) | 305.00 |
| GREY GOOSE (2 @7.00) | 14.00 |
| Up (2 @2.00) | 4.00 |
| BIN#1390 (3 @55.00) | 165.00 |
| Shiner Bock (5 @4.50) | 22.50 |
| Crown Special Reserve (4 @10.50) | 42.00 |
| Diet Coke (4 @1.95) | 7.80 |
| 7 Up | 1.95 |
| Daquiri (2 @7.00) | 14.00 |
| Valet | 30.00 |
| Del's Delight (3 @7.75) | 23.25 |
| Sub Total | 1869.60 |
| Tax | 103.11 |
| Total | 1972.71 |

Balance Du 1972.71
grat 388.54

Visit our other locations.
NY, NY (212)575-5129
Dallas, TX (972)490-9000
Denver, CO (303)796-0100
Las Vegas, NV (702)796-0063
Orlando, FL [illegible]

Centocor

Denise Hill-Bannister
Vascular Specialist

Centocor, Inc.
200 Great valley Parkway
Malvern, Pennsylvania 19355-1307

Telephone: 972-569-7757
Facsimile: 972-402-8878
Voicemail: 800-972-9063, x7295
Pager: 877-665-3547
Email: bannisterd@centocor.com

Delfriscos
15 00
Panang
Dr Snow
Me Dr Gonzalez

## Corner Bakery

MacArthur Park

#003 MIKE          Dine In
06/20/01 07:46:41   #00173

# CHECK #0022

| | |
|---|---|
| DOZEN BARS | 17.99 |
| 3 CINNAMON ROLL | 6.87 |
| Subtotal | 24.86 |
| Sales Tax | 0.57 |
| TOTAL | 25.43 |

1-800-983-4637
QUESTIONS OR COMMENTS
You knead it Daily!!

| | |
|---|---|
| SALES | 25.43 |
| (-)CHARGE-TIPS | 25.43 |

CHANGE DUE        0.00

(-)CHARGE TIPS    0.00

AMEX 379400134701007

---

- Payment Receipt -

Sale
#XXXXXXXXXX1007
Auth.# 582683
Inv.# DP5 7535
999556 Date 06/20/01
MOBIL 1236
IRVING TX
PUMP #11 UNLEAD
Gallons .... 9.428
Price/Gal... 1.659
Fuel Sale .. $ 15.64
CarWash Sale $ 4.00
CarWash Disc $ 0.00
Total Sale .. $ 19.64

PREMI CODE: 68730
VALID FOR 14 DAYS

---

HARRIS METHODIST
STANDARD PARKING

06/20/01 10:22  LH 1 A# 5  Txn#486673
06/20/01 08:35 In  06/20/01 10:22 Out
| | | |
|---|---|---|
| Fee ........ | $ | 2.00 |
| Total Fee | $ | 2.00 |
| CASH PAID | $ | 2.00- |
| Cash Tender | $ | 2.00 |
| Change Due | $ | 0.00 |

THANK YOU
HAVE A NICE DAY

CUBA LIBRE
2822 North Henderson
Dallas, TX 75206
214-827-2820

Server: DOWN PM BAR
07:34 PM 06/21/2001
HILLBANNISTERD/1 2/20019

AMEX 2097172
Card #379400134701007 Exp:0702
Magnetic card present: HILLBANNISTERD
Approval: 579751

Amount: 15.00
\+ Tip: 2.00
= Total: 17.00

X ______________________
Approval: 579751

Thank you for
joining us.
We appreciate your
business.

CUBA LIBRE
2822 North Henderson
Dallas, TX 75206
214-827-2820

Server: UP PM BAR 2
10:43 PM 06/21/2001
HILLBANNISTERD /1 6/60111

AMEX 6291661
Card #379400134701007 Exp:0702
Magnetic card present: HILLBANNISTERD
Approval: 529045

Amount: 83.75
\+ Tip: 7.00
= Total: 90.75

X ______________________
Approval: 529045

Thank you for
joining us.
We appreciate your
business.

K

5.00

**NO CAR RELEASED WITHOUT THIS CLAIM CHECK**
The management assumes no responsibilty for auto accessories or articles left in car. No liabilty is assumed by management for loss or damage by fire, theft or any other cause to, or by the vehicle while in custody of the management.

**THANK YOU PARK AGAIN 04-352**

CUBA LIBRE
2822 North Henderson
Dallas, TX 75206
214-827-2820

Server: RACHEL
09:25 PM
Table 131/1 06/21/2001
1/10040

AMEX 1048596
Card #379400134701007 Exp:0702
Magnetic card present: HILLBANNISTERD
Approval: 528607

| | |
|---|---|
| Amount: | 274.98 |
| + Tip: | 52 |
| = Total: | 326.98 |

X
Approval: 528607

Thank you for
joining us.
We appreciate your
business.

CUBA LIBRE
2822 North Henderson
Dallas, TX 75206
214-827-2820

| | |
|---|---|
| Server: RACHEL | 06/21/2001 |
| Table 131/1 | 9:23 PM |
| Guests: 7 | 10040 |
| Chorizo Queso | 6.99 |
| Chk Quesad (2 @6.99) | 13.98 |
| Soft Drinks | 1.49 |
| Frozen Rita (3 @5.50) | 16.50 |
| Margarita (3 @5.50) | 16.50 |
| NO Salt | |
| Rocks | |
| Grey Goose (7 @5.25) | 36.75 |
| Skyy (2 @5.00) | 10.00 |
| Tall | |
| Jack Daniels (2 @5.00) | 10.00 |
| Tamale | 14.99 |
| Ketel One (2 @5.00) | 10.00 |
| Bud Lt | 3.25 |
| Margarita (2 @5.50) | 11.00 |
| Rocks | |
| Skyy (2 @5.00) | 10.00 |
| Seagrams 7 (2 @4.75) | 9.50 |
| Chandon Split | 6.75 |
| L I Tea | 5.50 |
| Mahi Mahi | 13.99 |
| Filet Mignon (2 @17.99) | 35.98 |
| Pork Asado Taco | 8.99 |
| Tortilla Salad | 6.99 |
| Mojo Shrimp | 2.00 |
| Mojo Shrimp Taco | 8.99 |
| Key Lime Pie | 4.99 |
| Sub Total | 265.13 |
| Tax | 9.85 |
| Total | 274.98 |
| **Balance Due** | **274.98** |

Thank you for
joining us.
We appreciate your

CUSTOMER COPY

SAL'S PIZZA REST
1421052366
60110170 1020370   061901   548277b

| DATE | AUTHORIZATION NO. | REFERENCE NO. | | |
|---|---|---|---|---|
| | | | | |
| QTY. | DESCRIPTION | AMOUNT | | |
| | TAX | | | |
| | TIP/MISC | | | |
| SALES SLIP | TOTAL | 21.57 | | |

41266039899 56 548

PURCHASER SIGN HERE

X

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the Issuer.

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS

---

C   PRODUCT 609

378711

NCR To Reorder:
800-225-6380 or ncbs.com

Thank You

SAL'S PIZZA RESTAURANT INC.
2525 Wycliff Ave.
DALLAS, TEXAS 75219
(214) 522-1828

All claims and returned goods MUST be accompanied by this bill.



SAL'S PIZZA REST
1421052366
601161701620370   061401  5082664

CUSTOMER COPY

| QTY. | DESCRIPTION | AMOUNT |
|------|-------------|--------|
|      |             |        |
| TAX  |             |        |
| SALES SLIP | TIP | |
| | TOTAL | |

PURCHASER SIGN HERE
X

Cardholder acknowledges receipt of goods and/or services in the amount
of the Total shown hereon and agrees to perform the obligations set forth
in the Cardholder's agreement with the issuer.

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS

C PRODUCT 609
NEBS To Reorder:
800-225-6380 or nebs.com
All claims and returned goods MUST be accompanied by this bill.

378508

Thank You

SAL'S PIZZA RESTAURANT INC.
2525 Wycliff Ave.
DALLAS, TEXAS 75219
(214) 522-1828

| CUSTOMER'S ORDER NO. | PHONE | DATE |
|---|---|---|
| NAME | | |
| ADDRESS | | |
| CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
| TAX | | |
| TOTAL | | |

SOLD BY | RECEIVED BY

THE MAIL STATION, INC.
8600 N. MacArthur Blvd. #114
Irving, Texas 75063
Phone: 402-8878
Fax: 402-9181

| | | |
|---|---|---|
| Copies | $0.54 | TX 9@ 0.06 |
| Postage | $1.95 | 3@ 0.65 |
| Sales Tax | | $0.04 |
| TOTAL | | $2.53 |
| CASH | | $20.00 |
| CHANGE | | $17.47 |

John 06/22/01 10:24 #43915

*THANK YOU FOR YOUR BUSINESS*

THE MAIL STATION, INC.
8600 N. MacArthur Blvd. #114
Irving, Texas 75063
Phone: 402-8878
Fax: 402-9181

| | | |
|---|---|---|
| Office Supplies | $3.40 | TX 12@ 0.29 |
| Sales Tax | | $0.29 |
| TOTAL | | $3.77 |
| CASH | | $3.77 |

John 06/22/01 10:25 #43916

*THANK YOU FOR YOUR BUSINESS*

OUT 550

IN

5-491

**PARKING**

**CLAIM CHECK**

**THIS CONTRACT LIMITS OUR LIABILITY, READ IT**

We assume no liability for theft or damage although we will use reasonable caution to protect the property of our customers.

AMERICAN HOTEL REGISTER
VERNON HILLS, IL 60061

VALLEY RANCH TEXAC

06/23/01 10:55
STN # 91002448630

Debit
XXXXXXXXXXXX8842
AUTH# 00011902
INV # 0589721
DEBIT
PIN USED
PUMP#02 UNLEAD
GALLONS 4.761
@ $1.659/GAL
FUEL $7.90

TL/NOTAX $7.90
TAX PD $0.00
TOTAL $7.90

THANK YOU FOR
SHOPPING TEXACO
HAVE A NICE DAY.

# AT&T Wireless Services

AT&T

#BWNGFYV
#0003300964119540# w
AV 02 015488 37522E 95 A**5DGT

DENISE HILL-BANNISTER
APT. # 2004
8003 N MACARTHUR BLVD
IRVING TX 75063-6128

Questions?
- www.att.com/wireless
- 1-800-888-7600
- 611 from your wireless phone

**Date of Invoice:** 06/14/01

**SUMMARY OF MONTHLY CHARGES FOR ACCOUNT** 96411954
**Wireless Number** 972-569-7757

| Previous Balance | Payments Received | Late Payment Charge | Adjustments | Balance Forward | Current Monthly Charges |
|---|---|---|---|---|---|
| 232.61 | 232.61CR | .00 | .00 | .00 | 333.16 |

| Total Amount Due |
|---|
| 333.16 |

Your billing cycle began on 05/13 and ended on 06/12.

1000

| | | |
|---|---|---|
| **Current Monthly Charges** | 119.99 | |
| Monthly Service Charges | 157.25 | |
| Home Airtime Charges | .00 | |
| Home Long Distance Charges | .00 | |
| Text Messaging Charges | .00 | |
| Roaming Charges | 7.67 | |
| Other Charges and Credits | 48.25 | |
| Taxes, Surcharges & Regulatory Fees | 333.16 | |
| **Total Current Monthly Charges** **DUE UPON RECEIPT** | | 333.16 |
| **TOTAL AMOUNT DUE** | | |

Note: We Print on Front and Back.

You can now pay your invoice online @ **www.att.com/wireless**

AT&T WIRELESS SERVICES APPRECIATES YOUR BUSINESS