# Centocor

## SALES FORCE EXPENSE REPORT

**DEPARTMENT** 470

**DISTRICT**

**EXPENSE REPORT NO.** 2587015

**NAME** Denise Hill-Bannister

| DATE MO/DAY | ORIGIN/DESTINATION/PURPOSE | COMPANY CAR BUS MILES | ART/TAXI/BUS 11 | LODGING 12 | TAXI, LIMO, AUTO RENTAL 13 | PARKING/TOLLS 13 | BUSINESS MEALS (Explain Each) 15 | PHONE/FAX 16 | OFFICE SUPPLIES & COPIES 17 | POSTAGE | QUANTITY FIELD 9 | AUTO FUEL 19 | REPORT/AMT MISC (Explain In Detail) 90 | PROMOTIONAL PROGRAM 81 | FIELD PROMOTION (Explain in Detail) | MISC (Identify in Detail) FIELD 9 | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/10/01 | dallas | | | | | | | | | | | 16.59 | | | | | 16.59 |
| 08/11/01 | wichita falls | | | | | | 84.98 | | | | | 17.26 | | | | | 286.32 |
| 08/12/01 | dallas | | | | | 6.50 | | | | | | | | | -84.81 | | 424.41 |
| 08/13/01 | dallas | | | | | 9.00 | | | | | | | | | 342.39 | | 351.39 |
| 08/14/01 | dallas | | | | | | | | | | | 13.01 | | | 254.99 | | 267.99 |
| 08/15/01 | dallas | | | | | | | | | | | | | | | | |
| 08/16/01 | dallas | | | | | | | | | | | | | | 492.16 | | 492.16 |
| PLUS OR MINUS ADJUSTMENTS | | | | | | | | | | | | | | | 297.46 | | |
| TOTAL | | 194.60 | | | | 14.50 | 84.98 | | | | 46.86 | | | | 51.51 | 1,448.38 | 1,848.83 |

**COMPANY CAR ONLY**

| | |
|---|---|
| VEHICLE NO. | 212193 |
| BEGINNING ODOMETER | 1021.0 |
| ENDING ODOMETER | 1455.0 |
| TOTAL MILES | 434.0 |
| TOTAL BUSINESS MILES | |
| TOTAL PERSONAL MILES | 434.0 |

*Calculate Personal Mileage Charge Back In Box #897 at Right

**IMPORTANT**

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 9XX. (Example: If the total in the Lodging amount field is negative, enter in the code 811 instead of 11).

Payment requests exceeding authorized dollar initial will delay reimbursements.

SIGNATURE [signature]

APPROVED BY [signature]

DATE MO/DAY
DATE MO/DAY    12-4-01

**NOTICE TO USER:**
Travel and Reimbursement System Gelco Information Network, Inc. P.O. Box 11405, Eau Claire, Wisconsin 54414-1102

**FIELD PROMOTION (Explain in Detail)**

| | Mktd Personal Mileage Charge | 4540 | CALL DATE 08/17/01 |
| --- | --- | --- | --- |
| | Due Company | | |
| | Due Employee | | |

| | | | | CONFIRMATION # 89325022 |
| --- | --- | --- | --- | --- |
| 3985/7000 02 | 897 | | 820 | 1,848.83 |
| | 87 | | | |
| | | | | |

RECEIVED EEOC
SEP 12 2002
CHICAGO DISTRICT OFFICE

COPY SENT
AUG 14 2001
TO GELCO

12-14-01

ACCOUNTING COPY

EEOC000341

Document of Gelco Information Network

# BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 06/11/01 | dr. thota, drs. Sudarshan, cath lab | united hospital, wichita falls | inservice relavase | / 194.08 |
| 06/12/01 | dr. pickering, and lab | harris, fort worth | inservice relavase | / 22.01 |
| 06/12/01 | dr. delange, dr yuvarti, dr. snow | osteopathic, ft worth | inservice relavase | / 357.30 |
| 06/12/01 | mirza baig, pharmd and staff | osteopathic, ft worth | inservice relavase | / 39.80 |
| 06/13/01 | dr. gensberg, dr. lee and staff pharma| st. paul, dallas | inservice relavase | / 342.39 |
| 06/14/01 | dr. reese, dr. lin, dr. meller, dr. jones | baylor, dallas | inservice relavase | / 254.95 |
| 06/16/01 | dr. slonim dr. vanmeter, dr. donovan | methodist, dallas | inservice relavase | / 297.66 |
|  |  |  | / |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | | AMOUNT |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## MISCELLANEOUS & MISCELLANEOUS

## MISCELLANEOUS AUTO

| DATE MM/DD/YY | | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | | AMOUNT |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

112499 05 dmm

Original Document of GelcoInformationNetwork

39857000 02

ACCOUNTING COPY

- Payment Receipt -

Sale XXXXXXXXXX1007
#XXXXXXXXX 582545
Auth. # C15 8367
Inv. 9993767 Date 06/10/01
MOBIL 730
CARROLLT TX
Pump # 1 UNLEAD
Gallons ..... 11.070
Price/Gal ...$ 1.499
Fuel Sale ...$ 16.59

- THANK YOU -

EXXON EXPRESS PAY

VALLEY RANCH EXXON
9975 N. MACARTHUR
IRVING, TX. 75063

DLR# 4712410
VALLEY RANCH E
IRVING TX
06/11/01 16:29
DEBIT
8842 ACCT#
INV# HZ12728
AUTH# 352010
PUMP# 9
REG
SELF 10.469G
PRICE/GAL $1.649
FUEL TOTAL $17.26

MDSE TOTAL $0.00
TOTAL $17.26

HAVE A SAFE AND
HAPPY NEW YEAR

-THANK YOU-

Kinko's (972) 263-0042
841 McArthur Pk.
Irving, TX 75063

| QTY/LIST | DISC | PRICE | AMOUNT |
|---|---|---|---|
| 1000 FS B&W S/S WHITE STD | | | |
| 0.07 | 0.00 | 0.07 | 70.00 |
| 50 FS ADD FEATURES MACHINE STAPLING | | | |
| 0.05 | 0.00 | 0.05 | 2.50 |
| 1 Supplies/ Stat MISC | | | |
| 4.25 | 0.00 | 4.25 | 4.25 |
| 25 FS B&W S/S WHITE STD | | | |
| 0.07 | 0.00 | 0.07 | 1.75 |

SUB 78.50 TX 6.48 TOT 84.98
MasterCard 84.98
CHG 0.00

XXXXXXXXXXXX8842 04/04 AP011867
I agree to pay the above amount
according to the card issuer agreement.
Sign Here: X________________________

CW 6 TR 95424 RG 2 06/11/01 16:36
Visit us @ http://www.kinkos.com

EEOC000345

EEOC000346

194.08
38.00

Conrad
Wichita falls



EEOC000347

STANDARD PARKING
HARRIS METHODIST

06/12/01 11:03 L# 1 A# 8 Tx#947825A2
06/12/01 10:30 In 06/12/01 11:03 Out
Fee ...... 1      $  1.00
Total Fee        $  1.00
CASH PAID        $ -1.00
Cash Tender      $  1.00
Change Due       $  0.00
THANK YOU
HAVE A NICE DAY

CB - MACARTHUR PARK  173
MERCHANT ID
06/12/01   07:49:05 T001
CHRISTINA          CHK #020
CHARGE 1
AMEX
379400134701007
HILLBANNISTER/D
07/02
AUTH #
526063
CHARGE AMOUNT   35.60
TIP AMOUNT
TOTAL

CUSTOMER COPY

**Centocor**

Denise Hill-Bannister
Vascular Specialist

Centocor, Inc.
200 Great Valley Parkway
Malvern, Pennsylvania 19355-1307

Telephone: 972-569-7757
Facsimile: 972-402-8878
Voicemail: 800-972-9063, x7295
Pager: 877-665-3547
Email: bannisterd@centocor.com



Central Parking System

# RECEIPT

Location: 181

Amount: $ 3.00

Date: 06/13/001

By: ____________

CPS-13 8/98

4118 6639 8995 6548

9/02

Dennis Hill

SAL'S PIZZA REST

1421052366

60110170 1020370

060601 5682643

| DATE | SERVER/CASHIER |
|---|---|
| | |

| AUTHORIZATION NO. | REFERENCE NO. |
|---|---|
| | |

| QTY. | DESCRIPTION | AMOUNT |
|---|---|---|
| | | 342 |
| | | |
| | TAX | |
| SALES SLIP | TIP / MISC. | 25 |
| | TOTAL | 367 |

PURCHASER SIGN HERE

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the Issuer.

**IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS**

## SAL'S PIZZA RESTAURANT INC.

2525 Wycliff Ave.
DALLAS, TEXAS 75219
(214) 522-1828

30 pp — 11:00

| CUSTOMER'S ORDER NO. | PHONE | DATE |
|---|---|---|
| | | |

NAME: Dennis Hill.

ADDRESS: St Paul (in the Museum)

| CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|
| | | | | Special Rate | |

Pizza
Club Mansell
Club Prema
Lasagna
2 Salad
Drinks

TAX

SOLD BY | RECEIVED BY | TOTAL 342.39

C PRODUCT 609 All claims and returned goods MUST be accompanied by this bill.

376105

NEBS To Reorder 800-225-6380 or nebs.com

*Thank You*

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS

CUSTOMER COPY

SALES SLIP

TAX

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the issuer.

PURCHASER SIGN HERE X

SAL'S PIZZA REST
4210529366
6011017010020370
548225333 053001

QTY | DESCRIPTION | AMOUNT

SOLD BY/CASHIER | DATE | AUTHORIZATION NO. | REFERENCE NO.

---

## SAL'S PIZZA RESTAURANT INC.

2525 Wycliff Ave.
DALLAS, TEXAS 75219
(214) 522-1828

CUSTOMERS ORDER NO.

NAME
ADDRESS
PHONE          DATE

CASH

TAX
TOTAL

SOLD BY          RECEIVED BY

All claims and returned goods MUST be accompanied by this bill.

*Thank You*

376226

C PRODUCT 609

To Reorder 800-225-6380 or nebs.com

EEOC000351

NOTES: L. G

7-18-01

EEOC000352

```
EXXON EXPRESS PAY
```

DLR# 4719431
ADDISON EXXON
DALLAS          TX
06/14/01     19:17
DEBIT
8842
ACCT#
INV# HLC7735
AUTH# 191823
PUMP# 9
REG
SELF
8.295G
PRICE/GAL       $1.569
FUEL TOTAL      $13.01
MDSE TOTAL       $0.00
TOTAL           $13.01

-THANK YOU-

# SOUTHWEST AIRLINES

ISSUED BY AND VALID ONLY ON

**TICKETLESS ITINERARY**
**NOT VALID FOR TRANSPORTATION**

**CUSTOMER NAME**
HILLBANNISTER/DENISE

**REFERENCE NUMBER** 526/2759829B166

**CONFIRMATION DATE** 05JUN03

**AGENT** 7124DT

7BZPUB

## ITINERARY

| FROM | TO | FLIGHT | DATE | FARE BASIS | TIME | STATUS | PRICE | XF |
|------|----|--------|------|-----------|------|--------|-------|-----|
| DALLAS LOVE FIELD | AUSTIN TX | WN0474 | 05 JUN | YL | 0845A | HK | 0095.75 | 00.00 |
| AUSTIN TX | DALLAS LOVE FIELD | WN0090 | 05 JUN | YL | 0355P | HK | 0095.75 | 03.00 |

PRINTED IN U.S.A. BY MAGNETIC TICKET & LABEL CORP., AC-187TH (REV. 3/00)

expensed 4-16

**SAL'S PIZZA RESTAURANT INC.**
2525 Wycliff Ave.
DALLAS, TEXAS 75219
**(214) 522-1828**

| CUSTOMER'S ORDER NO. | PHONE | DATE |
| --- | --- | --- |

NAME _Market (Phone)_

ADDRESS _Dew Hill_

| CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
| --- | --- | --- | --- | --- | --- |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| | | | | | |
| | | | | | |
| | | | | TAX | |
| SOLD BY | RECEIVED BY | | | TOTAL | |

C PRODUCT 609     All claims and returned goods MUST be accompanied by this bill.

**378463**   *NEBS* To Reorder   *Thank You*
800-225-6380 or nebs.com

PURCHASER SIGN HERE
X
Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the Issuer.

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS

SAL'S PIZZA REST

**CUSTOMER COPY**

expensed
6-16