EEOC000435

E-FILED
Friday, 01 April 2005 04:05:36 PM
Clerk, U.S. District Court, ILCD

3:02-cv-03354-RM-CHE ● #4-11 Page 1 of 23

Original Document of GelcoInformationNetwork

ACCOUNTING COPY

# Centocor

## SALES FORCE EXPENSE REPORT

| EXPENSE | REPORT NO. **2587014** |
|---|---|
| PERIOD ENDING MM/DD/YY | **06/09/01** |

NAME: **Denise Hill-Bannister**

DEPARTMENT: **470**

| DATE MM/DD/YY | ORIGIN/DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Explain on Detail) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | ENT / MAINT & MISC (Explain on Detail) | PROMOTIONAL PROGRAMS | PROMOTIONAL ACCESS 4100 | PROMOTIONAL ACCESS 4100 | MISC. (Explain on Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/03/01 | dallas | | | | | 5.00 | | | | | | | | *20.99 | | | 25.99 |
| 06/04/01 | dallas | | | | 2.00 | 2.00 | | | | | | | | *53.86 | | | 55.86 |
| 06/05/01 | dallas | | | | | 7.00 | | | 31.82 | | 12.62 | | | *169.28 | 435.59 | 2.35 | 190.64 |
| 06/06/01 | dallas | | | | 22.00 | | | | | | | | | | 342.44 | | 485. |
| 06/07/01 | dallas | | | | | 5.00 | | | 4.30 | | | | | *17.99 | 364.73 | | |
| 06/08/01 | dallas | | | | | | | | | | | | | *71.84 | 71.84 | | 71.84 |
| 06/09/01 | dallas | | | | | | | | | | | | | | 291.45 | | 291.45 |

PLUS OR MINUS ADJUSTMENTS

1/2 440.05 mm

| | FIELD # | 10 | 11 | 12 | 83 | 13 | 18 | 16 | 17 | 40 | 18 | 18 | 80 | 81 | 82 | 84 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMOUNT | | | | 22.00 | 19.00 | | | 4.30 | 31.82 | | 12.62 | | 164.68 | 1,228.77 | 2.35 | 1,465.54 |

### COMPANY CAR ONLY

| VEHICLE NO. | 212193 |
|---|---|
| BEGINNING ODOMETER | 865.0 |
| ENDING ODOMETER | 1021.0 |
| TOTAL MILES | 156.0 |
| TOTAL BUSINESS MILES | 156.0 |
| TOTAL PERSONAL MILES | 156.0 |

| | FIELD# | TOTAL |
|---|---|---|
| Minus Personal Mileage Charge | 997 | |
| 156.0 | | |
| Due Company | 87 | |
| Due Employee | 820 | 1,485.54 |

| DISTRICT | | CALL DATE | CONFIRMATION |
|---|---|---|---|
| | | 06/09/01 | **89249608** |

QUANTITY
No. of Gallons

**IMPORTANT**

If an expense category accrues a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11.)

Payment requests exceeding authorized dollar limits will delay reimbursements.

*Calculate Personal Mileage Charge Back in Box #997 at Right

SIGNATURE: [signature]
DATE MM/DD/YY: 7-20-01

APPROVED BY: [signature]
DATE MM/DD/YY: 7-20-01

NOTICE TO USER
Traveller Authorization issued to the Traveler by
Gelco Information Network, Inc. P.O. Box
44900, Eden Prairie, Minnesota 55344-2900

390557000 02

8/14/01 ML
COPY SENT
AUG 14 2001
TO GELCO
OLSOT CH

Original Document of GelcoInformationNetwork

# BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 05/31/01 | dr. gensberg and staff | st paul, dallas | inservice retavase | 20.99 |
| 06/01/41 | dr. rivera and staff | parkland, harris | inservice retavase | 32.86 |
| 06/04/01 | dr. gordan, dr. postma | medical city dallas | inservice retavase | 20.99 |
| 06/05/01 | dr. manning, dr. fletcher | seton, austin | inservice retavase | 159.29 |
| 06/05/01 | dr lin, dr. kim, dr benson, dr. meller | baylor dallas | inservice retavase | 435.59 |
| 06/06/01 | mike schwartz pharm d, staff | methodist, dallas | inservice retavase | 212.71 |
| 06/07/01 | dr. slonim dr donovan | methodist, dallas | inservice retavase | 129.73 |
| 06/07/01 | dr. vanmeter | methodist, dallas | inservice retavase | 17.99 |
| 06/08/01 | dr reese, dr diamond, dr lin | baylor dallas | inservice retavase | 71.8. |
| 06/08/01 | dr fila, dr. mccollum , dr . coker | presby dallas | inservice retavase | 291.45 |

# FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 06/05/01 | batteries for pager | 2.35 |

# MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |

112499 06 dnm

39857000 02

6-3 expensed

CB - PRESTON/FOREST 155
MERCHANT ID
05/31/01 13:55:49 T001
BUDDY CHK #441
CHARGE 1

AMEX
379400134701007
HILLBANNISTER/D
07/02
AUTH # 588460

CHARGE AMOUNT 17.99
TIP AMOUNT 3.00
TOTAL 20.99

CUSTOMER COPY

6-3 expensed

**PAID RECEIPT**

Zale Lipshy Hospital
Valet Parking

$ 5.00
Date: 5/31/
Attendant: [signature]

EEOC0004438

**RECEIPT**

Central Parking System

Location: 181
Amount: $ 2.00
Date: 06/04/01
By: _(signature)_

CPS-13 8/98

---

CB - PRESTON/FOREST 155
MERCHANT ID
06/04/01 13:44:07 1001
RYAN
CHK #419      CHARGE 1
AMEX
3794001347001007
HILLBANNISTER/D
07/02
AUTH # 544231
CHARGE AMOUNT      17.99
TIP AMOUNT          3.00
TOTAL              20.99
CUSTOM:

---

**Corner Bakery**
MacArthur Park
#116 JORGE
Dine In
06/04/01 08:51:41 #00173
**CHECK #0041**
6 CINNAMON ROLL     17.99
DOZEN BARS          13.74
Subtotal            31.73
Sales Tax            1.13
TOTAL               32.86
You knead it Daily!!
QUESTIONS OR COMMENTS
1-800-983-4637
SALES               32.86
(-)CHARGE-TIPS      32.86

CHANGE DUE           0.00

(-)CHARGE TIPS       0.00

AMEX 3794001347001007

EEOC0000439

DALLAS
LOVE FIELD
▶▶▶▶▶▶▶▶▶▶
◀◀◀◀◀◀◀◀◀

1#
◀PAID▶
01...32No.
01-06-▶2DT
@05-15:35EX
01-06-▶2DT
@05-07:31EN
A....7.00$
$05....7.00$
$....7.00$

---

BRACKENRIDGE
HOSPITAL
GIFT SHOP

06/05/01        9:56AM
001#4950              A

FOOD/CANDY         $0.92 T1
GIFTWARE           $1.25 T1
MDSE ST            $2.17
TAXI               $0.18
**TOTAL           $2.35**
CASH               $3.00
CHANGE             $0.65

---

**IMPORTANT: RETAIN THIS COPY FOR YOUR RECORD**

A TO Z VAN & CAR CO
AUSTIN, TX
14764X4375

147S1988

| AUTHORIZATION NO. | REFERENCE NO. | | DATE |
|---|---|---|---|
| | 16151 | | 1/1 |
| QTY | DESCRIPTION | | AMOUNT |
| | | | |
| | TAX | | |
| SALES | TIP | MISC. | |
| SLIP | TOTAL | | |

X
PURCHASER SIGN HERE

Cardholder acknowledges receipt of goods and/or services in the amount
of the Total shown hereon and agrees to perform the obligations set forth
in the Cardholder's agreement with the issuer.

---

Mangia Pizza
3500 Guadalupe
Austin,TX (512) 302-5200

Order # 5
Date/Time:  06/05/2001 10:55 am
Server:
Name:
Card:   Amex
Card#   379400134701007
Exp.Date:  07/02
Th.Code:  144081
Trans ID:  15960

AMOUNT :  $133.29

TIP :         $  26.00

TOTAL :       $  159.29

as agree to the a...
...al amount
as
(signature)

THE MAIL STATION, INC.
8600 N. MacArthur Blvd. #114
Irving, Texas 75063
Phone: 402-8878
Fax: 402-9181

| | | |
|---|---|---|
| Postage | $9.20 | 2@ 4.60 |
| Shipping | $4.84 | |
| Shipping | $6.16 | |
| Postage | $1.24 | |
| Postage | $7.65 | |
| Copies | $2.52 | TX 42@ 0.06 |
| Sales Tax | | $0.21 |
| TOTAL | | $31.82 |
| AMEX | | $31.82 |

John 06/06/01 9:23 #43547

*THANK YOU FOR YOUR BUSINESS*

VALLEY RANCH TEXh

06/06/01 09:58
STN # 91002448630
HILLBANNISTER/D
Amex
XXXX XXXXXX 01007
AUTH# 00563334
INV # 0549667
CREDIT
PUMP#07 UNLEAD
GALLONS 7.430
@ $1.699/GAL
FUEL $12.62

TL/NOTAX $12.62
TAX PD $0.00
TOTAL $12.62

THANK YOU FOR
SHOPPING TEXACO
HAVE A NICE DAY.

Valet @ III Forks
(972) 414-4242

68-847

KEEP THIS TICKET.
...nd visit http://valet.parkplacetexas.com
...re you can register to win one of our luxury
...for a weekend! Be sure to enter your
...number in the space provided. Good Luck!
Park Place
DEALERSHIPS

PARKING LIABILITY
- Cars parked at owner's risk.
- Articles left in car at owner's risk.
- We are not responsible for third party caused damages
- No attendant after regular hours
- Claims of damages must be made before vehicle leaves premises.

To advertise, call upswing new media - 214.752.0066

EXIT CHECK
PLEASE PRESENT
TO VALET DRIVER

68-847

EEOC000440

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS

Cardholder acknowledges receipt of goods and/or services in the amount
of the Total shown hereon and agrees to perform the obligations set forth
in the Cardholder's agreement with the Issuer.

PURCHASER SIGN HERE    X

CUSTOMER COPY

| DESCRIPTION | QTY. | AMOUNT |
|---|---|---|
| | 2.12 | 4 |

SALES SLIP

| TAX | TIP | MISC | TOTAL |
|---|---|---|---|
| | 1.52 | .00 | 4.11 |

T892895   0b0101  5B8268L
14410S2366.
6C110170102037Q
SAL'S PIZZA REST

| SERVER/CASHIER | DATE | AUTHORIZATION NO. | REFERENCE NO. |
|---|---|---|---|

Dennis Hill    7/62

4178 6639 899 56242.

---

SAL'S PIZZA RESTAURANT INC.

2525 Wycliff Ave.
DALLAS, TEXAS 75219
(214) 522-1828

| CUSTOMER'S ORDER NO. | PHONE | DATE |
|---|---|---|

NAME   Dennis Hill
ADDRESS

| CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|

378355

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | SOLD BY | RECEIVED BY | |
| | | TAX | |
| | | TOTAL | 4.11 |

All claims and returned goods MUST be accompanied by this bill.

C PRODUCT 609   NEBS To Reorder 800-225-6380 or nebs.com   Thank You

---

Mario's
841 MacArthur Pk.
Irving,   TX 75063
(972) 253-0042

| QTY/LIST | DISC | PRICE | AMOUNT |
|---|---|---|---|
| 3 | Supplies/ Stat MISC | | |
| | 0.79 | 0.00 | 0.79 |
| 17 | PAPER SHEET SPECIALTY PAPER | | |
| | 0.20 | 0.00 | 3.40 |

SUB   3.97   TX   0.33   TOT   4.30
American Express   4.30
CHG   0.00

I agree to pay the above amount
according to the card issuer agreement.
Sign Here: X
------------------------
XXXXXXXXXXXXXX1007   07/02   APPROVE 562030
CH 27 TR
94B96 RG 3 06/30/01 08:50
Visit us @ http://www.kinkos.com

CUBA LIBRE
2822 North Henderson
Dallas, TX 75206
214-827-2820

Server: Big Papa
10:05 PM 06/07/2001
Table 143/2 1/10038

VISA 3145782
Card #4128003989956548 Exp:0902
Magnetic card present: BANNISTERDENISE R
Approval: 59819

Amount: 109.73
+ Tip: 20.00
= Total: 129.73

X
Approval: 59819

Thank you for
joining us.
We appreciate your
business.

Corner Bakery
MacArthur Park
#101 CHRISTINA Dine In
06/07/01 09:15:06 #00173

CHECK #0065

| | |
|---|---|
| DOZEN BARS | 17.99 |
| Subtotal | 17.99 |
| TOTAL | 17.99 |

You knead it Daily!!
QUESTIONS OR COMMENTS
1-800-983-4637

| | |
|---|---|
| SALES | 17.99 |
| (-)CHARGE-TIPS | 17.99 |
| CHANGE DUE | 0.00 |
| (-)CHARGE TIPS | 0.00 |

AMEX 379400134701007

EEOC000442

III FORKS

17776 Dallas Parkway
Dallas, TX 75287
972 267 1776

Server: Team 3
06/06/2001
3157/1
10:20 PM
Guests: 8
20012
Reprint #: 1

Calamari St. Frances (4 @1.95)
Shrimp Cocktail (6 @11.95)
III Forks Salad (3 @6.50)
Lob. Bisque (2 @6.50)
She Crab Soup (2 @6.50)
Beef Bone in Ribeye (3 @29.95)
32 oz Lob
24 oz Lob
addition Lob (2 @3.00)
Lauster, 12 oz
Porterhouse
12oz. Filet
San Pellegrino (2 @2.95)
Virg Fiz Drink
Sprite (2 @1.50)
Coke (2 @1.50)
Liquor $7.50
SLW Syrah
Mondavi Mer
Cake (5 @6.50)
Creme Brulee

39.00
71.70
19.50
13.00
13.00
89.85
96.00
72.00
6.00
36.00
34.95
29.95
5.90
3.50
3.00
3.00
7.50
70.00
19.50
32.50
6.95

Sub Total 673.60
Tax 47.57
721.17

Total 360.58

AMEX #3706460061771006
Auth:528823 Exp 0701 360.58
AMEX #3794001347010007
Auth:567270 Exp 0702

Balance D...

Plano / buyer dues

---

17776 Dallas Parkway
Dallas, TX 75287
972 267 1776

Server: Team 3
06/06/2001
11:19 PM
2/20012
3157/1
2097/176

AMEX
Exp:0702
Card # 794001347010007
Magnetic card present: HILLBANNISTERD
Approval: 567270

Amount: 360.59

Tip: 75.00

Total: 435.59

X
Approval: 567270

Thank you for choosing
III Forks for your dining
pleasure. Please Come
Back Soon.....

Keep a copy

EEOC000444

THE OLD MONK
2847 N HENDERSON
DALLAS TX 75206

DATE: 06/08/01
MER#: 348400190305 TER#: 0001

S-A-L-E-S D-R-A-F-T

SERVER: 0006

REF: 0009 BCH: 049
CD TYPE: AX
TR TYPE: PR
AMOUNT: $241.45

TIP: 50-00

TOTAL: 291.45

ACCT: 379400134701007 EXP: 0702
AP: 000058
NAME: D HILLBANNISTER

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

X______________________________
TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

EEOC000445

# Centocor

## SALES FORCE EXPENSE REPORT

EEOC000368
Original Document of Gelco Information Network
ACCOUNTING COPY

NAME: Denise Hill-Bannister  
DEPARTMENT: 470  
DISTRICT:  
EXPENSE REPORT NO. 2587013  
PERIOD ENDING: 06/02/01

| DATE MM/DD/YY | ORIGIN / DESTINATION/ PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPAIR / MAINT & MISC | PROMOTIONAL PROGRAMS | PROMOTIONAL ACCESS 4100 | PROMOTIONAL ACCESS 9100 | MISC | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | FIELD # 10 | 11 | 12 | 53 | 13 | 16 | 16 | 17 | 18 | 19 | 50 | 51 | 52 | 54 | |
| | | AMOUNT | | | | | | | | | | | | | | |
| 05/27/01 | dallas | | | | | 25.50 | | 100.00 | 8.47 | | | | | 191.19 | | | 316.69 |
| 05/28/01 | dallas | | | | | 11.00 | | | | | | | | | | 7 | |
| 05/29/01 | dallas | | | | | 12.00 | | | | | 16.58 | | 50.04 | | | | 98.83 |
| 05/30/01 | dallas | | | | | 2.00 | | | 6.47 | | | | 62.47 | | 86.83 | 70.94 | |
| 05/31/01 | dallas | | | | | | | | | | | | 57.91 | | 57.91 | 57.91 | |
| 06/01/01 | dallas | | | | | | | | | | | | | | 42.17 | 42.17 | 42.17 |
| 06/02/01 | dallas | | | | | | | | | | | | | | | | |
| | PLUS OR MINUS ADJUSTMENTS | | | | | 50.50 | | 100.00 | | | 16.58 | | 170.42 | 278.02 | 42.17 | 664.16 |

*Calculate Personal Mileage Charge Back in Box #997 at Right

### COMPANY CAR ONLY

| VEHICLE NO. | 212193 |
|---|---|
| ENDING ODOMETER | 488.0 |
| BEGINNING ODOMETER | 865.0 |
| TOTAL MILES | 377.0 |
| TOTAL BUSINESS MILES | 377.0 |
| TOTAL PERSONAL MILES | 377.0 |

SIGNATURE: _(signed)_  
APPROVED BY: _(signed)_  
DATE MM/DD/YY: 6-18-01

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three-digit number, 9XX. (Example, if the total in the Lodging airport field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursements.

| FIELD # | 40 | FIELD # | 997 | 820 | 684 |
|---|---|---|---|---|---|
| QUANTITY | | TOTAL | | 87 | |
| No. of Gallons | | Minus Personal Mileage Charge 377.0 | | | |
| | 16.58 | Due Company | | | |
| | | Due Employee | | | |

NOTICE TO USER
Travel/Entertainment expenses for
Gelco Information Network, Inc. P.O. Box
44800, Eden Prairie, Minnesota 55344-2500

CALL DATE: 06/07/01  
CONFIRMATION #: 89214178  
398570000.02

COPY SENT
JUN 27 2001
TO GELCO
2/28/01

# BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 05/02/01 | jenan salman pharmd, and staff | seton hospital pharmacy | inservice relavase, receipt not given from Pizza Hutt | 191.19 |
| 05/29/01 | dr. durso,dr. gordan, dr. postma | medical city dallas | inservice relavase, | 50.04 |
| 05/30/01 | dr. coker, dr. mccollum, dr. dittman | presby dallas | inservice relavase, | 35.98 |
| 05/30/01 | dr. reese, dr. diamond, dr. lin | baylor dallas | inservice relavase, | 50.95 |
| 05/31/01 | dr. slonim, dr. vanmeter, dr. donovan | methodist, dallas | inservice relavase | 82.47 |
| 06/01/01 | dr. coker, dr. mccollum, dr. dittman | presby dallas | inservice relavas | 57.91 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

# MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

112400 05 dmm

Original Document of GelcoInformationNetwork

ACCOUNTING COPY

39657000 02

AUSTIN TX | WN | H
To: DALLAS TX | WN | H
To:
To:

Amexco Use Only
005995772
000178
18 129000

PASSENGER TICKET

ITEM 9
OMNI HOTELS F/B DALLAS TX $48.03

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
| --- | --- | --- | --- |
| 3794-001347-01007 | 05/13/01 | 013592381 | 06 |

Service Establishment and Location
OMNI HOTELS F/B DALLAS TX

Record of Charge

LODGING CHARGES

S/E # 1420169989

TOTAL CHARGE AMOUNT $48.03

CHARGE PURPOSE

AUSTIN TX | WN | Y
To: DALLAS TX | WN | Y
To:
To:

Amexco Use Only
006554203
000178
14 134000

PASSENGER TICKET

ITEM 10
PIZZA HUT #12026 5124677336 TX $191.19

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
| --- | --- | --- | --- |
| 3794-001347-01007 | 05/02/01 | 76860033 | 10 |

Service Establishment and Location
PIZZA HUT #12026 5124677336 TX

Record of Charge

receipt not given

S/E # 1422450775

Ensemble Seton Hospital Pharmacy

TOTAL CHARGE AMOUNT $191.19

CHARGE PURPOSE

STANDARD PARKING
HARRIS METHODIST

05/23/01 13:57 L# 1 A# 5 Txn#461239
05/23/01 10:48 In 05/23/01 13:57 Out

| | | |
|---|---|---|
| Fee ......1 | $ | 4.00 |
| Total Fee | $ | 4.00 |
| CASH PAID | $ | 4.00- |
| Cash Tender | $ | 4.00 |
| Change Due | $ | 0.00 |

THANK YOU
HAVE A NICE DAY

AMPCO SYSTEM PARKING
DALLAS LOVE FIELD
AIRPORT PARKING
7801 CEDAR SPRINGS ROAD
DALLAS TEXAS 75235
214 350 4881
05/28/01 11:54 L# 2 A# 8 Txn#396565
05/25/01 11:44 In 05/28/01 11:54 Out

| | | |
|---|---|---|
| SHORT TERM | $ | 21.50 |
| Total Fee | $ | 21.50 |
| CASH PAID | $ | 21.50- |
| Cash Tender | $ | 21.50 |
| Change Due | $ | 0.00 |

THANK YOU FOR YOUR BUSINESS
PLEASE DRIVE CAREFULLY
HAVE A PLEASANT DAY
THANK YOU AGAIN
FAX 214 350 5153

EEOC000371

# AT&T Wireless Services



FERC000323

#BWN6FYV
#000330096411954O# w
AV 02 014557 0116BB 91 A**5D6T
||....||...||...||..||.|.||..|.|.||.|.|||

DENISE HILL-BANNISTER
APT. # 2004
8003 N MACARTHUR BLVD
IRVING TX 75063-6128

Questions?
• www.att.com/wireless
• 1-800-888-7600
• 611 from your wireless phone

**Date of Invoice: 05/14/01**

**SUMMARY OF MONTHLY CHARGES FOR ACCOUNT 96411954**
Wireless Number   972-569-7757

| Previous Balance | Payments Received | Late Payment Charge | Adjustments | Balance Forward | Current Monthly Charges. | Total Amount Due |
|---|---|---|---|---|---|---|
| 145.00 | 145.00CR | .00 | .00 | .00 | 232.61 | 232.61 |

Your billing cycle began on 04/13 and ended on 05/12.

Current Monthly Charges
Monthly Service Charges                          119.99
Home Airtime Charges                              68.00
Home Long Distance Charges                          .00
Text Messaging Charges                              .00
Roaming Charges                                     .00
Other Charges and Credits                         10.38
Taxes, Surcharges & Regulatory Fees    DUE UPON RECEIPT    34.24
Total Current Monthly Charges                               232.61
TOTAL AMOUNT DUE                                            232.61

You can now pay your invoice online @ www.att.com/wireless

**AT&T WIRELESS SERVICES APPRECIATES YOUR BUSINESS**

Note:
We Print on
Front and Back. →

# RECEIPT

No. 340770

DATE 5/29/01

$ 6.00

FROM _La[illegible]on_ 00/100 DOLLARS

FOR _Child Parking_

ACCT.  
CASH  
CHECK  
MONEY ORDER

FROM  
TO  
BY

FOR RENT  
DUE  
PAID  

2501

EEOC0003?4

PARKING COMPANY OF AMERICA
INCORPORATED

TIME _____

DATE 5/29/01

LOCATION _St Pauc Hospital_

AMOUNT _$2.00_

BY _____

---

CUSTOMER COPY

TOTAL _____

TIP AMOUNT _____

CHARGE AMOUNT    50.04

AUTH #    560502
07/02
HILLBANNISTER/D
37940013470100?

AMEX

CHARGE 1
ANDRE          CHK #52
05/29/01   13:23:19 T001
MERCHANT ID
CB - PRESTON/FOREST   155

---

THANK YOU FOR
SHOPPING TEXACO
HAVE A NICE DAY.

TOTAL            $16.58
TAX PD           $0.00
TL/NOTAX         $16.58

FUEL             $16.58
GALLONS   g $1.699/GAL
PUMP#04        ug: 756
CREDIT
INV #    0531475
AUTH#    08592658
XXXX XXXXXX 01007
Amex
HILLBANNISTER/D

SIN #    91002448630
05/29/01    19:48

VALLEY RANCH TEXAC

---

CPS-13 8/96

RECEIPT

Central
Parking
System

Location: _181_

Amount: $ _2.00_

Date: _05/29/01_

By: _____



CB - MACARTHUR PARK 173
MERCHANT ID
05/30/01 07:19:05 T001
CHRISTINA CHK #004
CHARGE 1

AMEX
379400134701007
HILLBANNISTER/D
07/02
AUTH # 571997

CHARGE AMOUNT 50.85

TIP AMOUNT__________|__

TOTAL__________|__

CUSTOMER COPY

CB - PRESTON/FOREST 155
MERCHANT ID
05/30/01 10:44:31 T001
RYAN CHK #131
CHARGE 1

AMEX
379400134701007
HILLBANNISTER/D
07/02
AUTH # 586788

CHARGE AMOUNT 35.98

TIP AMOUNT__________|__

TOTAL__________|__

CUSTOMER COPY

CB - MACARTHUR PARK 173
MERCHANT ID
05/31/01 07:31:44 T001
CHRISTINA CHK #009
CHARGE 1

AMEX
379400134701007
HILLBANNISTER/D
07/02
AUTH # 561036

CHARGE AMOUNT 62.47

TIP AMOUNT__________|___

TOTAL__________|___

CUSTOMER COPY

EEOC000377

PARKING COMPANY OF AMERICA
INCORPORATED

DATE 2-31-01

TIME _____

LOCATION St. Paul Hospital

AMOUNT 5.00

BY _____

---

OFFICE DEPOT
7777 N. MACARTHUR BLVD.
IRVING, TX 75063
214-574-4000

SALE
Employee 224304    Store #0554    Reg #001    Tran    19
05/31/01  16:58         POS Version

0780366886709   PAPER,GW MDL        7.98
MFG LIST $ 5.95
BULK DISC 2 @2.9964
SUBTOTAL                            5.98
TX 8.25% SALES TAX                   .49
TOTAL                              6.47
CASH                              20.00
CHANGE                            13.53

Try our COPY CENTER for
Printing, Copying & UPS Shipping

FEOC000378
3-DJ-cv-03354-RM-OKE  #84-11  Page 21 of 23

# SAL'S PIZZA RESTAURANT INC.
2525 Wycliff Ave.
DALLAS, TEXAS 75219
(214) 522-1828

378591

C PRODUCT 609

*Thank You*

NEBS To Reorder: 800-225-6380 or nebs.com

All claims and returned goods MUST be accompanied by this bill.

| CUSTOMER'S ORDER NO. | | | PHONE | | DATE | |
| NAME | | | | | | |
| ADDRESS | | | | | | |
| | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE.RET'D. | PAID OUT |
| QTY | DESCRIPTION | | | | AMOUNT | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | TAX | | |
| | | | | TOTAL | | |
| SOLD BY | | RECEIVED BY | | | | |

---

CUSTOMER COPY

SAL'S PIZZA REST
1421052366
60191781020370
052901      5284663

| DATE | |
| AUTHORIZATION NO | REFERENCE NO. |
| SERIER/CASHIER | |

| QTY | DESCRIPTION | AMOUNT | |
| | | 4 | 91 |
| | TAX | | |
| SALES SLIP | TIP | 5 | 42 |
| | TOTAL | 52 | 91 |

PURCHASER SIGN HERE

X _Dean Hill_

Cardholder acknowledges receipt of goods and/or services in the amount
of the Total shown hereon and agrees to perform the obligations set forth
in the Cardholder's agreement with the issuer.

**IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS**

413 860 39 899 56 545
Dean Hill   9/2

EEOC000379

EXIT
CHECK 7-623

LONE STAR VALET

PRESENT TO ATTENDANT

This contract limits our responsibility. Please read it.

Customer and company agrees as follows: This is a license to park only, no bailment is created. Customer agrees to use company's parking facility at customers sole risk. Company expressly disclaims any responsibility, expressed or implied, to protect against the loss of or damage to customer's vehicle or contents. No employee or agent may enlarge company's liability in any manner. Customer agrees to inspect car before leaving lot. Customer's claim of damage or loss must be reported and itemized on company form before car is removed from premises or customer shall waive such claim. Should company agree to make repairs at its expense, company has option within 48 hours after notice of claim to choose the repair facility. Company is not responsible for damage by fire or electrical failure or flat tires. Company is not responsible for any articles left in car nor will company accept possession or bailment of such articles. Company reserves the right to refuse release of vehicle should guest appear intoxicated to Company employee. Company assumes no liability for guest accommodation or transportation should company deem guest intoxicated. Parking in this facility is an acceptance of the terms of this contract. Note posted rates and hours of operation.    11-4426

LONE STAR VALET

7-623

**PARKING**
**CLAIM CHECK**
**THIS CONTRACT LIMITS OUR**
**LIABILITY, READ IT**
We assume no liability for theft or damage although we will use reasonable caution to protect the property of our customers.

AMERICAN HOTEL REGISTER
VERNON HILLS, IL 60061

6-707

IN
OUT  5/13

| DATE | DESCRIPTION | QTY | PIN | SERVICE CODE | MONTHLY CHARGES | OTHER CHARGES | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|
| 05/14/2001 | BEGINNING BALANCE | | | | | | 115.82 |
| | PAYMENT **THANK YOU** | | | | | | 115.82- |
| | CURRENT CHARGES: | | | | | | |
| 06/01/2001 | PURCHASE ORDER - N/A | | | | | | |
| | SKYTEL TWO-WAY | | | | | | |
| | DENISE HILL BANNISTER | | | | | | |
| | 2-WAY PERSONAL 800 SERVICE | | 8776653547 | | 35.43 | | 35.43 |
| | LOCAL TAX | | | | 2.95 | | 2.95 |
| | STATE TAX | | | | | | .80 |
| | UNIVERSAL SERVICE FUND FEE | | | | | | 2.50 |
| | | | | | | | .49 |

SKYTEL
PO BOX 740577
ATLANTA, GA 30374-0577

FEDERAL TAX ID: 64-0848625
24 HOUR CUSTOMER SERVICE: 1-800-769-8737

SKY1300

| CURRENT | OVER 30 | OVER 60 | OVER 90 | | |
|---|---|---|---|---|---|
| 42.17 | .00 | .00 | .00 | | |

| INVOICE DATE | INVOICE NO. | ACCOUNT NO. | TOTAL DUE |
|---|---|---|---|
| 05/26/2001 | 01F2675377 | 2675377 | 42.17 |