E-FILED
Friday, 01 April, 2005 04:24:15 PM
Clerk, U.S. District Court, ILCD

# Centocor

## SALES FORCE EXPENSE REPORT

**NAME** Denise Hill-Bannister

**DEPARTMENT** 470

**EXPENSE REPORT NO.** 2587005

**PERIOD ENDING MM/DD/YY** 03/31/01

| DATE MM/DD/YY | ORIGIN / DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPAIR / MAINT & MISC | PROMOTIONAL PROGRAMS | PROMOTIONAL ACCESS #3100 | PROMOTIONAL ACCESS #8100 | MISC | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/25/01 | Dallas, TX | | | | 94.00 | 37.63 | | | | | | | | | | | 131.63 |
| 03/26/01 | Chesterbrook, PA | | | | | | 70.02 | | 15.17 | | | | | | | | 85.19 |
| 03/27/01 | Chesterbrook, PA | | | | | | 73.58 | 26.50 | | | | | | | | | 100.?? |
| 03/28/01 | Chesterbrook, PA | | | | | | 24.03 | | | | | | | | | | 24.?? |
| 03/29/01 | Chesterbrook, PA | | | | | | 29.48 | | | | | | | | | | 29.48 |
| 03/30/01 | Chesterbrook, PA | | | | | 29.36 | | | | | | | | | | | 29.36 |
| 03/31/01 | Dallas, TX | | | | 59.50 | | | | | 15.17 | | | | | | | 74.50 |
| PLUS OR MINUS ADJUSTMENTS | | | | | | | | | | | | | | | | 15.00 | 15.00 |

**FIELD #** 10 / 11 / 12 / 13 / 15 / 16 / 17 / 18 / 19 / 50 / 51 / 52 / 54

**AMOUNT** 153.50 / 284.10 / 15.17 / 474.27

### COMPANY CAR ONLY

| VEHICLE NO. | 999999 |
|---|---|
| BEGINNING ODOMETER | 10056.0 |
| ENDING ODOMETER | 10056.0 |
| TOTAL MILES | |
| TOTAL BUSINESS MILES | |
| TOTAL PERSONAL MILES | |

*Calculate Personal Mileage Charge Back in Box #997 at Right

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursements.

**FIELD #** 40 **QUANTITY** No. of Gallons

| | FIELD # | TOTAL |
|---|---|---|
| Minus Personal Mileage Charge | 997 | |
| Due Company | 87 | |
| Due Employee | 820 | 474.27 |

**DISTRICT**

**FIELD PROMOTION (Explain on Detail)**

SIGNATURE _(signed)_   DATE MM/DD/YY

APPROVED BY _(signed)_   DATE MM/DD/YY 6-7-01

NOTICE TO USER
Traveler Authorization Issued By the
Gelco Information Network, Inc P.O. Box
44800, Eden Prairie, Minnesota 55344-3800

| | 399570000 02 | CALL DATE 04/07/01 | CONFIRMATION # 88610284 |
|---|---|---|---|

2-6-06  ML
COPY SENT
JUL 2 - 2001
TO GELCO



EXHIBIT
1
Hill-Bannister

## BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 3/25-3/30 | Training meals while at Home office | | breakfast, dinner | 284.10 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 03/30/01 | tips combined for whole trip, all porters etc. | 15.00 |
| | | |
| | | |
| | | |
| | | |
| | | |

## MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Original Document of GelcoInformationNetwork

ACCOUNTING COPY

39837000 02

COFFEE

MICH

38 MARS

BOTTLED WATER
CASH

SUBTOTAL
PAYMENT
CHANGE DUE

**YELLOW CAB CO.**
P.O. Box 1510 • Fort Worth, Texas 76101 35^00

My name is Joe K.

Beeper or phone is 2144769507 Cab # 276

| Fort Worth | | Dallas |
|---|---|---|
| 817 534-5555 | | 214 426-6262 |
| 800 749-0900 | Out of Town | 800 749-9422 |

**Let us take you to the airport:**
Lady Liberty Airport Shuttle
**Center City - West Philadelphia**
DOOR TO DOOR SERVICE
**Charter Services to**
PA, NJ, NY, DE, MD

DATE
RECEIPT 59^00

AT THE AIRPORT DIAL **27**

***Lady Liberty***
TRANSPORTATION CO., INC.
CALL FOR RESERVATIONS
**(215) 724-8888**

Ms. Denise Hill-Bannister

| | |
|---|---|
| Room | 542 |
| Cashier | MILDRED |
| Page | 1 |

| | |
|---|---|
| Arrival | 03/25/01 |
| Departure | 03/30/01 |

| Date | Text | Room | Charges | Credits |
|---|---|---|---|---|
| 03/25 | Rm Service-Delivery Chg | 542 | 35.64 | |
| | ->#542 : CHECK # 8424 | | | |
| 03/26 | Rm Service-Delivery Chg | | 16.78 | |
| | ->#542 : CHECK # 8467 | | | |
| 03/26 | Rm Service-Delivery Chg | | 34.39 | |
| | ->#542 : CHECK # 8566 | | | |
| 03/26 | In-Room Bar Food | | 18.85 | |
| | ->#542 : CHECK # 8531 | | | |
| 03/27 | Rm Service-Delivery Chg | | 41.47 | |
| | ->#542 : CHECK # 8825 | | | |
| 03/27 | T&C Grille-Bkfast | | 12.57 | |
| | ->#542 : CHECK # 8679 | | | |
| 03/27 | In-Room Bar Food | | 19.54 | |
| | ->#542 : CHECK # 8756 | | | |
| 03/27 | Miscellaneous Income gift shop | | 9.95 | |
| 03/28 | Rm Service-Delivery Chg | | 16.78 | |
| | ->#542 : CHECK # 8890 | | | |
| 03/28 | In-Room Bar Food | | 7.25 | |
| | ->#542 : CHECK # 8966 | | | |
| 03/29 | T&C Grille-Bkfast | | 12.07 | |
| | ->#542 : CHECK # 9098 | | | |
| 03/29 | In-Room Bar Food | | 2.42 | |
| | ->#542 : CHECK # 9185 | | | |
| 03/30 | Rm Service-Delivery Chg | | 22.99 | |
| | ->#542 : CHECK # 9278 | | | |
| 03/30 | Visa 4128003989956548   09/02 | | | 250.70 |

| | Total | | 250.70 | 250.70 |
|---|---|---|---|---|
| | Balance | | | 0.00 |

A[illegible] Annes

Ord[illegible] #239

[illegible] Night 03/[illegible]
Order #2[illegible] 8:22 PM
10239

| | |
|---|---|
| Large Dut[illegible] | 2.00 |
| Cinn & Sugar [illegible]etzel | 1.85 |
| Bottled Water | 0.99 |
| Sub Total | 4.84 |
| Tax | 0.18 |
| EAT IN Total | 5.02 |
| Cash | 5.02 |

BENNIGAN'S 3930
160 North Gulph Rd
King Of Prussia, PA 19406
610-337-0633

82 Kristen

Tbl 18/1 Chk 2978 Gst 0
Mar29'01 09:45PM
*** Memo Check ***

[illegible]:4

| | |
|---|---|
| 1 Water | 0.00 |
| 1 Chick Strips App | [illegible]9 |
| Subtotal | [illegible]9 |
| Tax | [illegible]38 |
| 10:23 Total | 6.67 |

[redacted]
meaning [illegible]ain"
[redacted]
[illegible] you'll
[illegible] first [illegible] igan[illegible]

+3.00 tip

9.97

Newport Food Service at Centoc

Forfield
SSC
Report Detail Binders

Tue Mar 27, 01 12:35PM KAREN

| | | |
|---|---|---|
| 1 | MISC TAX | 18.50 |
| 1 @ | 18.50 | |
| 1 | MISC TAX | 8.50 |
| 1 @ | 8.50 | |
| 30045045924 | TYLENOL COLD NON-DROWSY | 1.35 |
| 1 @ | 1.35 | |
| 30045084348 | SIMPLY SLEEP | 1.55 |
| 1 @ | 1.55 | |
| 38137009428 | ACT FLORIDE MINT | 1.15 |
| 1 @ | 1.15 | |
| 30045038548 | TYLENOL ALL SIN GELCAPS | 3.35 |
| 1 @ | 3.35 | |
| 07050102030 | rainbath body mist | 2.00 |
| 1 @ | 2.00 | |
| 38137007245 | REACH TOOTHBRUSH | 0.55 |
| 1 @ | 0.55 | |
| 38137007245 | REACH TOOTHBRUSH | 0.55 |
| 1 @ | 0.55 | |
| 38137008342 | ROC HAND TREAMENT | 2.10 |
| 1 @ | 2.10 | |
| 38137008342 | ROC HAND TREAMENT | 2.10 |
| 1 @ | 2.10 | |
| 07050105540 | Day moisture | 2.60 |
| 1 @ | 2.60 | |
| 07050104200 | NEUTRO LIP | 0.95 |
| 1 @ | 0.95 | |
| 07050104500 | Rainbath dry oil | 3.55 |
| 1 @ | 3.55 | |
| 05928000020 | ALTOIDS PEPPERMINT | 1.95 |
| 1 @ | 1.95 | |
| 30045048109 | MOTRIN 165 | 4.40 |
| 1 @ | 4.40 | |
| 07050105400 | MOISTURE SENSITIVE | 2.00 |
| 1 @ | 2.00 | |
| 1 | MISC TAX | 0.33 |
| 1 @ | 0.33 | |

| | |
|---|---|
| Subtotal | 57.48 |
| Sales Tax | 2.69 |
| Total | 60.17 |
| Credit Card | 60.17 |

Term 001 Cshr 0001 Tran# 5570

** Thank You For Shopping With Us **
** CENTOCOR COMPANY STORE **
** Please Come Again **

EXPRESS

4 K

CHK

# TROPIANO TRANSPORTATION

DATE 30 March 01

RECEIVED $ 17.00 + 3.00 tip 20.00

FROM

FOR TRANSPORTATION

TO [illegible]

FROM Wyndham Valley Forge

DRIVERS SIGNATURE Wayne

**Upon arrival at the Philadelphia International Airport, please get your luggage and then proceed to the ground transportation desk (which is right in the baggage claim area) and dial "19" on the phone and we will direct you where to go to get your shuttle.**

**(TOLL FREE IN THE CONTINENTAL UNITED STATES)**
**1-800-559-2040**

# TERMINAL TAXI CORPORATION

*SAFE-DEPENDABLE SERVICE • • • • LARGEST RADIO DISPATCHED FLEET IN DALLAS*

**214-350-4445**

DATE March 30th CAB FARE 39.50

DESTINATION Valley Ranch

DRIVER CAB # THANK YOU!

**RETURNING FROM OUT OF TOWN? 800-444-6400**

*Catch The Terminal Pride*

# Centocor

## SALES FORCE EXPENSE REPORT

NAME: Denise Hill-Bannister

DEPARTMENT: 470

DISTRICT:

EXPENSE REPORT NO. **2587004**

PERIOD ENDING 03/24/01 (MM/DD/YY)

| DATE MM/DD/YY | ORIGIN / DESTINATION/PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Explain on Detail) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPAIR / MAINT & MISC. (Explain on Detail) | PROMOTIONAL PROGRAM ACCESS 4700 | PROMOTIONAL PROGRAM ACCESS 4700 | PROMOTIONAL PROGRAM ACCESS 4100 | MISC. (Explain on Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/18/01 | Dallas, TX | 105.0 | | | | | | | | | | | | | | | |
| 03/19/01 | Dallas, TX | 45.0 | | | | | | | | | 15.17 | | | | | | 15.17 |
| 03/20/01 | Dallas, TX | | | | | | | | | | | | | | | | |
| 03/21/01 | Dallas, TX | | | | | | | | | | | | | | | | |
| 03/22/01 | Dallas, TX | 95.0 | | | 3.00 | | | | | | | | | | | | 3.00 |
| 03/23/01 | Dallas, TX | 35.0 | | | | | | | | | | | | | | | |
| 03/24/01 | Dallas, TX | | | | | | | | | | | | | | | | |
| PLUS OR MINUS ADJUSTMENTS | | | | | | | | | | | | | | | | | |
| | | | 11 | 12 | 13 | 13 | 15 | 16 | 17 | 18 | 18 | 50 | 51 | 52 | 54 | |

FIELD # [10] AMOUNT

*Calculate Personal Mileage Charge Back in Box #997 at Right

FIELD # [40] QUANTITY No. of Gallons  15.17

### IMPORTANT

If an expense category acquires a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number; 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11.)

Payment requests exceeding authorized dollar limits will delay reimbursements.

SIGNATURE _____  DATE MM/DD/YY

APPROVED BY _____  DATE MM/DD/YY  6-7-01

### COMPANY CAR ONLY

| | AMOUNT |
|---|---|
| SCHEDULE NO. | 999999 |
| BEGINNING ODOMETER | 9776.0 |
| ENDING ODOMETER | 10056.0 |
| TOTAL MILES | 280.0 |
| TOTAL BUSINESS MILES | 280.0 |
| TOTAL PERSONAL MILES | |

### FIELD PROMOTION (Explain on Detail)

## NOTICE TO USER

Travel/Use Authorization issued to the Driver by Gelco Information Network, Inc. P.O. Box 4480, Eden Prairie, Minnesota 55344-2590.

398570000 02

| | FIELD # | TOTAL |
|---|---|---|
| Minus Personal Mileage Charge | 997 | |
| Due Company | | 87 |
| Due Employee | 820 | 18.17 |

CALL DATE 04/07/01

CONFIRMATION 88610244

COPY SENT
AUG 06 2001
TO GELCO

8-28-01 BM

Original Document of Gelco Information Network

ACCOUNTING COPY

EEOC000301

# BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |

# MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |

112499 05 dmm

Original Document of GelcoInformationNetwork

39857000 02

ACCOUNTING COPY