# Centocor

## SALES FORCE EXPENSE REPORT

**NAME:** Denise Hill-Bannister

**DEPARTMENT:** 470

**DISTRICT:**

**EXPENSE REPORT NO.** 2587003

**PERIOD ENDING** MM/DD/YY 03/17/01

| DATE MM/DD/YY | ORIGIN / DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Receipts on Detail) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPAIR / MAINT & MISC. (Receipts on Detail) | FIELD PROMOTION (Explain on Detail) PROMOTIONAL ACCESS 4010 | PROMOTIONAL ACCESS 4500 | MISC. (Receipts on Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/11/01 | Dallas, TX | 45.0 | | | | | | | | | | | | | | |
| 03/12/01 | Dallas, TX | 50.0 | | | | | | | | | | | | | | |
| 03/13/01 | Dallas, TX | 20.0 | | | | 1.00 | | | 5.99 | | | | | | | 5.99 |
| 03/14/01 | Dallas, TX | 25.0 | | | | | | 39.31 | | | 15.94 | | | | | 16.5 |
| 03/15/01 | Dallas, TX | 45.0 | | | | | | | | | | | | | | |
| 03/16/01 | Dallas, TX | 20.0 | | | | | | | | | | | | | | 39.31 |
| 03/17/01 | Dallas, TX | | | | | | | | | | | | | | | |

**PLUS OR MINUS ADJUSTMENTS**

| | FIELD # 10 | 11 | 12 | 83 | 13 | 16 | 16 | 17 | 18 | 19 | 80 | 81 | 82 | 84 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMOUNT | | | | 1.00 | | 39.31 | 5.99 | | 15.94 | | | | | | |

### COMPANY CAR ONLY

| | |
|---|---|
| VEHICLE NO. | 999999 |
| BEGINNING ODOMETER | 9571.0 |
| ENDING ODOMETER | 9776.0 |
| TOTAL MILES | 205.0 |
| TOTAL BUSINESS MILES | 205.0 |
| TOTAL PERSONAL MILES | |

*Calculate Personal Mileage Charge Back in Box #997 at Right

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 90X. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursements.

| | FIELD# | QUANTITY |
|---|---|---|
| | 40 | No. of Gallons |

| | | FIELD # | TOTAL |
|---|---|---|---|
| Minus Personal Mileage Charge | | 997 | |
| Due Company | | 87 | |
| Due Employee | | 820 | 62.24 |

| | |
|---|---|
| CALL DATE | 04/07/01 |
| **CONFIRMATION #** | 896101125 |

**NOTICE TO USER** 398570000 02

Traveller Authorization Network, Inc. Denver by Gelco Information Network, Inc. P.O. Box 44500, Eden Prairie, Minnesota 55344-2500

**SIGNATURE**

**APPROVED BY**

**DATE** MM/DD/YY 6-7-01

7-6-01 ml

COPY SENT
JUL 2 - 2001
TO GELCO

ACCOUNTING COPY

Original Document of GelcoInformationNetwork

3/02-rn-0035A-RM-CHE   4 65-3   Page 2 of 9

## BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

## MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

112499 05 dmm

39657000 02

ACCOUNTING COPY



**EXXON EXPRESS PAY**

VALLEY RANCH EXXON
9975 N. MACARTHUR
IRVING, TX. 75063

DLR# 4712410
VALLEY RANCH E TX
IRVING 14:46
03/19/01 ACCT#
XXXXXXXXXXXX6548
INV# HZZ4083
AUTH# 660582
PUMP# 9 10.845G
REG
SELF $1.399
PRICE/GAL $15.17
FUEL TOTAL

MDSE TOTAL $0.00
TOTAL $15.17

HAVE A SAFE AND
HAPPY NEW YEAR

Date 3/20 2001

MEDICAL CITY DALLAS PARKING
7777 Forest Lane
Dallas, Texas 75230

$ 3.00

| HOW PAID CASH | HOW PAID CHECK |
|---|---|
| BAL. DUE | |

# AT&T Wireless Services

Questions?
• www.att.com/wireless
• 1-800-888-7600
• 611 from your wireless phone

#BWNGFYV
#0003230096411954D# w
AV 02 013649 181888 92 A**5DGT
lll....lll..l.ll...ll..l.l..l.l..l.l..ll
*DENISE HILL-BANNISTER
APT. # 2004
8003 N MACARTHUR BLVD
IRVING TX 75063-6128

**Date of Invoice: 03/15/01**

SUMMARY OF MONTHLY CHARGES FOR ACCOUNT 96411954
Wireless Number 972-569-7757

| Previous Balance | Payments Received | Adjustments | Late Payment Charge | Balance Forward | Current Monthly Charges | Total Amount Due |
|---|---|---|---|---|---|---|
| .00 | .00 | .00 | .00 | .00 | 39.31 | 39.31 |

Your billing cycle began on 02/13 and ended on 03/12.

Current Monthly Charges

| | |
|---|---|
| Monthly Service Charges | 32.00 |
| Home Airtime Charges | .00 |
| Home Long Distance Charges | .00 |
| Text Messaging Charges | .00 |
| Roaming Charges | .00 |
| Other Charges and Credits | .00 |
| Taxes, Surcharges & Regulatory Fees | 7.31 |
| Total Current Monthly Charges DUE UPON RECEIPT | 39.31 |
| **TOTAL AMOUNT DUE** | **39.31** |

You can now pay your invoice online @ www.att.com/wireless

AT&T ✓

Note: ← We Print on

STANDARD PARKING
HARRIS METHODIST SYSTEM

05/13/01 10:38
05/13/01 09:59 In    LOT 1 AM 5  TxnN597091
                     05/13/01 10:38 Out
Fee .....:        1.00
Total Fee         1.00
Cash Paid         1.00
Cash Tender       1.00-
Change Due        0.00
THANK YOU
HAVE A NICE DAY

---

VALLEY RANCH TEXACO

03/13/01    07:32
STN # 9100248630
Debit
XXXXXXXXXXXXX6241
AUTH#    000169969
INV #    0361987
DEBIT
PUMP#04
P-PLUS
PIN USED
GALLONS     10.290
@ $1.549/GAL
FUEL             $15.94

TL/NOTAX         $15.94
TAX PD           $0.00
TOTAL            $15.94
THANK YOU FOR
SHOPPING TEXACO
HAVE A NICE DAY.

---

Walgreens
www.walgreens.com

290
10 9096 03921 027

PR/AM WTRL.5      F    1.98
   2 @ .99
PUREAM WTRL      F    1.98
   2 @ .99
AQUA FINA 1L     F    2.78
   2 @ 1.39
NW MAXIMN 30     1N  13.99
RETN E/CDZ5      11   5.99    Thank
SONY RDPHONE     11  11.99    you Lords
SUBTOTAL             38.71
8.25% SALES TAX       1.48
TOTAL                40.19
CREDIT CARD      40.19 CHANGE     .00
ACCT#:******6546
EXPIRATION DATE: 09/02
CREDIT CARD                    .00
THANK YOU
FOR FASTER SERVICE, CALL IN YOUR
PRESCRIPTION 24 HOURS IN DVANCE
www.walgreens.com

RETAIN THIS RECEIPT FOR YOUR RECORDS

MARCH 12, 2001        12:52 PM

# Centocor

## SALES FORCE EXPENSE REPORT

NAME: Denise Hill-Bannister
DEPARTMENT: 470
DISTRICT:

| DATE MM/DD/YY | ORIGIN/DESTINATION/PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR/RAIL/BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING/TOLLS | BUSINESS MEALS (Detail on Check) | PHONE/FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPAIR/MAINT & MISC (Explain on Check) | PROMOTIONAL | MISC (Explain on Check) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | FIELD # 10 | 11 | 12 | 53 | 13 | 15 | 16 | 16 | 17 | 18 | 19 | 20 / 51 | 52 / 54 | |
| 03/04/01 | Dallas, TX | 50.0 | | | | | | | 269.51 | | | | | | |
| 03/05/01 | Dallas, TX | 20.0 | | | | | | | | | | | | | |
| 03/06/01 | Dallas, TX | 55.0 | | | | | | | | | | | | | |
| 03/07/01 | Dallas, TX | | | | | | | | | | | | | | |
| 03/08/01 | Dallas, TX | 30.0 | | | | | | | | | | | | | |
| 03/09/01 | Dallas, TX | | | | | | | | 119.51 | | | | | | 119.51 |
| 03/10/01 | Dallas, TX | | | | | | | | 150.00 | | | | | | 150.00 |
| PLUS OR MINUS ADJUSTMENTS | | 45.0 | | | | | | | | | | | | | |
| | | | | | | | | | 289.51 | | | | | | 289.51 |

### COMPANY CAR ONLY

| | AMOUNT |
|---|---|
| VEHICLE NO. | 999999 |
| BEGINNING ODOMETER | 9371.0 |
| ENDING ODOMETER | 9571.0 |
| TOTAL MILES | 200.0 |
| TOTAL BUSINESS MILES | 200.0 |
| TOTAL PERSONAL MILES | 200.0 |

OVER 2480 05 dmm

*Calculate Personal Mileage Charge Back in Box #997 at Right

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number. 9XX. (Example: if the total in the Lodging amount field is negative, enter the code 911 instead of 11.)

Payment requests exceeding authorized dollar limits will delay reimbursements.

FIELD # 40 — QUANTITY — No. of Gallons

SIGNATURE _____ DATE MM/DD/YY 6-7-01
APPROVED BY _____ DATE MM/DD/YY 6-7-01

### FIELD PROMOTION

| | FIELD # | TOTAL |
|---|---|---|
| Minus Personal Mileage Charge | 997 | |
| Due Company | 87 | |
| Due Employee | 820 | 289.51 |
| | | 289.51 |

| CALL DATE | CONFIRMATION # |
|---|---|
| 04/07/01 | 88610101 |

39057000 02

NOTICE TO USER
Traveler/Authorization issued to the Driver by Gelco Information Network, Inc. P.O. Box 44800, Eden Prairie, Minnesota 55344-2900

COPY SENT JUL 2 - 2001 TO GELCO

# BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |

112499 05 dmn

Original Document of GeicoInformationNetwork

ACCOUNTING COPY

39857000 02



OFFICE DEPOT
7777 N. MACARTHUR BLVD.
IRVING, TX 75063
214-574-4000

Associate 244299 03/08/01 15:33
Store #0554 Reg #003 Tran #8877
SALE POS Version 4.05

| | | |
|---|---|---|
| 536870 | ~~SECRETARY CHAIR~~ | ~~29.99~~ |
| MFG. LIST $ 89.00 | | |
| 511900 | ~~CHAIRMAT,VALUE,~~ | ~~14.99~~ |
| MFG. LIST $ 47.00 | | |
| [illegible] 0324 | CABINET,FILE | 69.99 |
| MFG. LIST $ 139.99 | | |
| [illegible]4059 | FOLDER,HANG, | 6.99 |
| MFG. LIST $ 21.40 | | |
| 0762010[illegible] | [illegible] | [illegible] |
| MFG. LIST $ 41.98 | | |
| | SUBTOTAL | 151.95 |
| TX 8.25% SALES TAX | | 12.54 |
| | TOTAL | 164.49 |

ACCOUNT NUMBER XXXXXXXXXXXX6548
VISA 164.49
APPROVAL CODE 325515

Initial office set up ok T.S.

CHANGE .00

Try our COPY CENTER for
Printing, Copying & UPS Shipping

# amazon.com®

http://www.amazon.com
orders@amazon.com

Amazon.com
1600 E Newlands Dr
Fernley, NV 89408
USA

**Denise Hill Bannister**
8003 North Macarthur Blvd. #2004
Irving, TX 75063
United States

Your order of March 8, 2001 (Order ID 107-7659083-4641304)

| Qty | Item | Description | Format | Our Price | Total |
|---|---|---|---|---|---|
| | **In This Shipment** | | | | |
| 1 | Handspring Visor for Dummies  (P-2-K20C13) | Bill Dyszel | Paperback | $15.99 | $15.99 |
| 1 | Handspring Visor Deluxe (Blue)  (P-1-N2E21) | Unknown | Electronics | $248.87 | $248.87 |
| | | | Subtotal | | $264.86 |
| | | | Shipping & Handling | | $4.48 |
| | | | Order Total | | $269.34 |
| | | | Paid via Visa | | $269.34 |
| | | | **Balance Due** | | $0.00 |

This shipment completes your order.

You can track the status of this order, and all your recent orders, online by visiting the "Your Account" page at http://www.amazon.com/your-account.

Thanks for shopping at Amazon.com, and please come again!

---

*Return Label – Please cut along dashed line.*

Denise Hill Bannister
8003 North Macarthur Blvd. #2004
Irving, TX 75063
United States

TO: RETURNS CENTER – AMAZON.COM
1850 Mercer Rd, Suite 100
Lexington, KY 40511-1013
USA

---

# amazon.com®

Amazon.com
1600 E Newlands Dr
Fernley, NV 89408

**Denise Hill Bannister**
8003 North Macarthur Blvd. #2004
Irving, TX 75063
United States

vawd20473-2-/26486/std-us/1367333/972-432-8057

**25MEXDG**

1