# Centocor

## SALES FORCE EXPENSE REPORT

DEPARTMENT: 470  
DISTRICT  
EXPENSE REPORT NO. 2587006  
PERIOD ENDING MM/DD/YY: 04/28/01

NAME: Denise Hill-Bannister

| DATE MM/DD/YY | ORIGIN/DESTINATION PURPOSE | AIR/RAIL/BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING/TOLLS | BUSINESS MEALS | PHONE/FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPAIR/MAINT & MISC | PROMOTIONAL ACCESS 4100 | MISC | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/22/01 | dallas | | | | | | | | | 22.32 | | | | 22.32 |
| 04/23/01 | dallas | | | | 1.00 | | | | | | | 378.93 | | 379.93 |
| 04/25/01 | dallas | | | | 7.25 | | | | 24.96 | 19.11 | | 262.40 | | 292.40 |
| 04/28/01 | dallas | | | | | | 100.00 | | | | | | | 44.07 |
| 04/27/01 | dallas | | | | | | 100.00 | | | | | 177.36 | | 184.61 |
| 04/28/01 | dallas | | | | 1.25 | | | | | | | | | 1.25 |
| | | | | | | | | | | | | 100.00 | | 100.00 |
| **TOTAL** | | | | | 9.50 | | 100.00 | | 24.96 | 41.43 | | 648.69 | | 1,024.58 |

QUANTITY FIELD # 40 — No. of Gallons: 40

FIELD #: 10 | 11 | 12 | 83 | 13 | 14 | 15 | 17 | 18 | 19 | 80 | 81 | 82 | 84

### COMPANY CAR ONLY

| | |
|---|---|
| VEHICLE NO. | 909999 |
| BEGINNING ODOMETER | 11053.0 |
| ENDING ODOMETER | 11400.0 |
| TOTAL BUSINESS MILES | 347.0 |
| TOTAL PERSONAL MILES | 347.0 |

COMPANY CAR ONLY BUSINESS MILES  
PLUS OR MINUS ADJUSTMENTS — FIELD # 10 — AMOUNT

*Calculate Personal Mileage Charge Back in Box #997 at Right

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field for that category must be entered as follows: Precede the field with a nine (9) making it a three digit number. 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11.)

Payment requests exceeding authorized dollar limits will delay reimbursement.

SIGNATURE: _[signature]_  
APPROVED BY: _[signature]_  DATE MM/DD/YY: 6-7-01

NOTICE TO USER
Travel and Entertainment Authorization issued to the Drawer by Gelco Information Network, Inc. P.O. Box 44400, Eden Prairie, Minnesota 55344-2900

386570000 02

| FIELD # | | TOTAL |
|---|---|---|
| Minus Personal Mileage Charge | 997 | |
| Due Company | 87 | |
| Due Employee | 820 | 1,024.58 |

CALL DATE: 05/03/01  
CONFIRMATION #: 88862242

_Handwritten:_ 7/2 e-mailed  
_Handwritten:_ Only $10.32

EXHIBIT 2  Hill-Bannister

tabbies®

COPY SENT
JUL 2 - 2001
TO GELCO

Original Document of GelcoInformationNetwork

ACCOUNTING COPY

# BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 04/23/01 | dr. reese, dr. jones, dr. meller, dr.diam baylor hospital | inservice relavase | | 378.93 |
| 04/24/01 | dr. gorden, dr. durso, dr. postma | medical city | inservice relavase | 292.40 |
| 4/26/ | greg johnson phrmd, susan sham phr | st. paul | inservice relavase | 177.38 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

11/24/98 05 dnm

Original Document of Gelco Information Network

ACCOUNTING COPY

398570000 02



VALLEY RANCH TEXAC

04/22/01 13:28
STN # 91002448630

BANNISTER/DENISE R
Visa
XXXX XXXX XXXX 654
8
AUTH#
INV # 00146777
CREDIT 0446336
PUMP#06
GALLONS UNLEAD
13.373
@ $1.669/GAL
FUEL
$22.32

TL/NOTAX $22.32
TAX PD $0.00
TOTAL $22.32

THANK YOU FOR
SHOPPING TEXACO
HAVE A NICE DAY.

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS

SAL'S PIZZA REST
14710523-66
60110170102 0370 04240L

5B82098



382098

SAL'S PIZZA RESTAURANT INC.
2525 Wycliff Ave.
DALLAS, TEXAS 75219
(214) 522-1828

PANERA BREAD
COLLINGSWORTH & UNIVERSITY
PHONE (817)870 1959

25 CH[illegible] [illegible] 02

ORDR 925 APR23'01 08:42AM

BAKERY

| | | |
|---|---|---|
| 1 | STROL CHERRY | 1.65 |
| 2 | STROL APPLE | 3.30 |
| 3 | COBBLESTONE | 5.67 |
| 1 | BEAR CLAW | 1.60 |
| 1 | CROISS RASP | 1.65 |
| 1 | CROISS CHEESE | 1.65 |
| 1 | PUMPKIN MUFFIE | 0.95 |
| 1 | BANANA MUFFIE | 0.95 |
| 1 | CHOC MUFFIE | 0.95 |
| 2 | COOKIE CHOC DUET | 3.00 |
| 2 | COOKIE CHOC CHPR | 2.50 |
| 2 | COOKIE NT CHOC C | 2.30 |
| 2 | COOKIE NT OAT-RS | 2.20 |
| 2 | COOKIE SHRTBRD | 2.30 |
| 2 | BISCOTTI HONY SE | 2.20 |
| | CREDIT CARD | 35.58 |
| | SUBTOTAL | 32.87 |
| | TAX | 2.71 |
| | P A I D | 35.58 |

VISIT OUR WEBSITES:

WWW.PANERABREAD.COM

YOUR ORDER NUMBER IS # 926

BENNY'S BAGELS
16043 N. MAC ARTHUR #1
IRVING TX 75063

MONDAY, APRIL 23, 2001 @ 06:44AM

MERCHANT ID : M32775100O1001
CARD NUMBER : A412000399995548
EXPIRATION : 0209
INVOICE NUM : 6956540
TOTAL : 27.50
AUTH CODE : 908464

SIGNATURE

THANK YOU
COME AGAIN

RETAIN THIS COPY FOR YOUR RECORDS
TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

STANDARD PARKING
HARRIS METHODIST

04/23/01 08:32 L# 1 A# 5 Txn#433051
04/23/01 07:32 In 04/23/01 08:32 Out

| | | |
|---|---|---|
| Fee ......1 | $ | 1.00 |
| Total Fee | $ | 1.00 |
| CASH PAID | $ | 1.00- |
| Cash Tender | $ | 1.00 |
| Change Due | $ | 0.00 |

THANK YOU
HAVE A NICE DAY

EEOC000427

TOP COPY-MERCHANT, BOTTOM COPY-CUSTOMER

X

THANK YOU FOR USING VISA

CARDMEMBER'S AGREEMENT WITH THE ISSUER
PERFORM THE OBLIGATIONS SET FORTH BY THE
THE TOTAL SHOWN HEREON AND AGREES TO
GOODS AND/OR SERVICES IN THE AMOUNT OF
CARDMEMBER ACKNOWLEDGES RECEIPT OF

AP: 600826

ACCT: 412808398995654B     EXP: 0902

AMOUNT:        $24.96
TR TYPE: PR
CD TYPE: VI
REF#: 0006    BCH#: 021

S-A-L-E-S D-R-A-F-T
MERH#: 226385786000     TERM#: 0001
DATE: 04/25/01          TIME: 17:32

IRVING          TX 75063
8600 N MACARTHUR BLVD #14
THE MAIL STATION

---

Please Come Again
Thank You

Total      $ 19.11
Regu/Self  $ 19.11
11.516 G @ $ 1.659
Pump # 14
Auth       248043
Invoice    1366577
XXXXXXXXXXXX654B
VISA
STN
IRVING, TX
770 I-635
CHEVRON USA
04/25/01          09:21
C H E V R O N
0205013

Corner Bakery
Preston/Forest
Dallas
30% Beverage Replacement
#127 ANDRE Dine In
04/24/01 09:21:40 #00155

CHECK #0105

| | |
|---|---|
| 2 DOZEN BARS/ BRW | 35.98 |
| Subtotal | 35.98 |
| TOTAL | 35.98 |

Thanks a latte!
Questions or Comments?
1-800-983-4637

| | |
|---|---|
| SALES | 35.98 |
| (-)CHARGE TIPS | 35.98 |
| CHANGE DUE | 0.00 |
| (-)CHARGE TIPS | 0.00 |

VISA 4128003989956548

**PARKING COMPANY OF AMERICA**
INCORPORATED

TIME ________ DATE 04 /01
LOCATION St. Paul Hospital
AMOUNT 2.00
BY ________

EEOC000429

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS.

CUSTOMER COPY

| | | | | TOTAL |
|---|---|---|---|---|
| I PURCHASE | TAX | SERVER | OTHER | |
| 236.4? | | | 20.00 | 256.15 |

X

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the Issuer.

PURCHASER SIGN HERE

SALES SLIP

594T406

SAL'S PIZZA REST
14210520 66          04250L
60 J10 170 10 20 3 70

Tony H.H

| CHECK NO/FOLIO NO. | |
|---|---|
| AUTHORIZATION NO. | REFERENCE NO. |
| DATE | |
| SERVER/CASHIER | |

4128 6003 9399 6240

9/02

CUSTOMER COPY

---

**SAL'S PIZZA RESTAURANT, INV.**
2525 Wycliff Ave.
DALLAS, TEXAS 75219
(214) 522-1828

380493

*Thank You*

NEBS  To Reorder  800-225-6380 or nebs.com

All claims and returned goods MUST be accompanied by this bill.

C PRODUCT 605

| CUSTOMER'S ORDER NO. | | PHONE | | DATE | |
|---|---|---|---|---|---|
| NAME | | | | | |
| ADDRESS | | | | | |

| CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |

| | | | TAX | |
|---|---|---|---|---|
| | | | TOTAL | |

SOLD BY
RECEIVED BY



**SAL'S PIZZA RESTAURANT INC.**
2525 Wycliff Ave.
DALLAS, TX
(214)

1090    11:45

| CUSTOMER'S ORDER NO. | PHONE | DATE |
|---|---|---|
| | | |

NAME
ADDRESS

| CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|
| | 3901 | | | 3 15 | |

(3)

| | |
|---|---|
| TAX | 12 |
| SOLD BY / RECEIVED BY / TOTAL | 135 31 |

C PRODUCT 809 All claims and returned goods MUST be accompanied by this t

380505 NEBS To Reorder 800 225-6380 or nebs.com Thank Y

4128003989958548.

9/02

| DATE | SERVER/CASHIER |
|---|---|
| | |

| AUTHORIZATION NO. | REFERENCE NO. |
|---|---|
| | |

CHECK NO./SOLD NO.

SAL'S PIZZA REST
14210523366
60110170102037O    042701    5941437

| | |
|---|---|
| 125 31 | PURCHASES |
| | TAX |
| | TIP SERVER |
| 10 00 | TIP OTHER |
| 145 31 | TOTAL |

PURCHASER SIGN HERE    SALES SLIP
X

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the issuer.

CUSTOMER COPY

CUSTOMER COPY

**IMPORTANT:** RETAIN THIS COPY FOR YOUR RECORDS.

7-510
CAR CHECK 5.00
S3R-4351-PARK

Corner Bakery
MacArthur Park
#107 EDITH Dine In
04/26/01 08:58:19 #00173
CHECK #0068

| | |
|---|---|
| COOKIES 1.5Z | 12.99 |
| ?ZEN BARS | 17.99 |
| Sub tal | 30.98 |
| Sales Tax | 1.07 |
| TOTAL | 32.05 |

You knead it Daily!!
QUESTIONS OR COMMENTS
1-800-983-4537

| | |
|---|---|
| SALES | 32.05 |
| (-)CHARGE-TIPS | 32.05 |
| CHANGE DUE | 0.00 |
| (-)CHARGE TIPS | 0.00 |

VISA 4128003989956548

METHODIST HOSPITAL
PARKING GARAGE
FEE COMPUTER
OU 04/26/01 14:27
IN 04/26/01 12:51

| | |
|---|---|
| FEE 1 | $2.25 |
| TOTAL --> | $2.25 |
| CASH TEND | $2.25 |
| CHANGE | $0.00 |
| CASH PAID | $2.25 |

THANK YOU!
47243 1

3:02-cv-03354-RM-CHE # 65-4 Page 10 of 12
EEOC000432

# AT&T Wireless Services

AT&T

#BWNGFYV
#0002500672456396# w
AB 01 059614 72918 B 275 A

DENISE HILL-BANNISTER
APT 2004
8003 N MACARTHUR BLVD
IRVING TX 75063-6128

Questions?
- www.att.com/wireless
- 1-800-888-7600
- 611 from your wireless phone

Date of Invoice: 04/20/01

SUMMARY OF MONTHLY CHARGES FOR ACCOUNT 67245639

| Previous Balance | Payments Received | Late Payment Charge | Adjustments | Balance Forward | Current Monthly Charges | Total Amount Due |
|---|---|---|---|---|---|---|
| 10.32 | .00 | .00 | .00 | 10.32 | .00 | 10.32 |

Your billing cycle began on 03/19 and ended on 04/18.

| | | |
|---|---|---|
| **Current Monthly Charges** | .00 | |
| Monthly Service Charges | .00 | |
| Home Airtime Charges | .00 | |
| Home Long Distance Charges | .00 | |
| Text Messaging Charges | .00 | |
| Roaming Charges | .00 | |
| Other Charges and Credits | .00 | |
| Taxes, Surcharges & Regulatory Fees | .00 | |
| **Total Current Monthly Charges** | .00 | |
| **‑‑‑AL AMOUNT DUE** | | 10.32 |

‑nice online @ www.att.com/wireless

Note: We Print on ‑‑ Back.

# Introducing... Traveletter Direct® from Gelco Information Network

## Who is Gelco?

For over 100 years, Gelco has offered unique solutions for the expense reimbursement process in addition to other information-based products. Gelco serves over 3,000 corporate clients in the U.S. and Canada, including many of the Fortune 1,000 companies.

## The Benefits of Traveletter Direct

Traveletter Direct:
- Authorizes you to submit your expense report to Gelco via touch-tone phone – from any location, anytime
- Allows for easy entry of receipt information
- Verifies all math
- Quickly reimburses you through the convenience of direct deposit

With Gelco's Traveletter Direct, you are in charge of your reimbursement. And the often tedious process of getting reimbursed for your business expenses is much simpler, easier and quicker!

## The Direct Deposit Advantage

Gelco reimburses your out-of-pocket expenses via direct deposit. You get reimbursed electronically in just days, saving you a trip to the bank.

Direct deposit expense reimbursement works the same way as direct deposit of your paycheck. You will automatically receive reimbursement into your bank account within three banking days after you submit your expense report to Gelco. Direct deposit advantages include:

- **Convenience** – Your reimbursement transfers electronically to your financial institution.
- **Security** – Direct deposit is the safest way to get your money into your account and eliminates the risk of lost, stolen or destroyed checks.
- **Immediacy** – You can access your reimbursement within three banking days of submitting your expense report – simply by using an automated teller machine or writing a personal check.
- **Flexibility** – You can deposit your reimbursement into your checking or savings account. Whether you are on vacation, at home sick or have the day off, you know your reimbursement is in your account – where you need it!
- **Availability** – Nearly all banks, financial institutions and credit unions nationwide have direct deposit transfers.
- **No Charge** – Direct deposit is free!

## How Do I Get Started?

Just fill out the Direct Deposit Consent Form below to give Gelco written permission to deposit money into your bank account. Then promptly return the Consent Form to your company's Traveletter Direct Program Administrator. It's that simple! Your Traveletter Direct User Guide will be distributed at a later date. Until then, continue to submit your expenses through your traditional process.

---

**Direct Deposit Consent Form**

NAME: Denise H.M. Bannister
ADDRESS: 8003 N. McKinney, Irving TX 75063
ACCT. NO. #3004, Irving TX 75063

CHASE ○ The Chase Manhattan Bank
Metroplex Dallas Region
2200 Ross Avenue
Dallas, TX 75201

PAY TO THE ORDER OF _____ DOLLARS $ _____
VOID
FOR _____
DATE _____

PROGRAM ADMINISTRATOR USE ONLY

L BANNISTER
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    SECURITY NUMBER (IF REQUIRED BY YOUR COMPANY)
ARTHUR #3004
TX 75063
CITY    STATE    ZIP CODE    DATE 3-3-01

...per that precedes your BANK ACCOUNT NUMBER on the lower left hand corner (called the MICR line) of your check. Use fill in these important numbers very carefully!