E-FILED
Friday, 01 April, 2005 04:27:41 PM
Clerk, U.S. District Court, ILCD
3:02-cv-03354-RM-CHE 4.65-5 Page 1 of 22

Original Document of GelcoInformationNetwork

ACCOUNTING COPY

COPY SENT
JUL 2 - 2001
TO GELCO

# Centocor

## SALES FORCE EXPENSE REPORT

**NAME** Denise Hill-Bannister

**DEPARTMENT** 470

**DISTRICT**

**EXPENSE REPORT NO.** 258700A

**PERIOD ENDING MM/DD/YY** 04/21/01

| DATE MM/DD/YY | ORIGIN / DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR/RAIL/BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Explain in Detail) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPAIR / MAINT & MISC (Explain in Detail) | PROMOTIONAL PROGRAMS | PROMOTIONAL ACCESS+8100 | PROMOTIONAL ACCESS+8100 | MISC (Explain in Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | FIELD PROMOTION (Explain on Detail) | | | | | | | | | | |
| 04/15/01 | dallas | | | | | | | | | | | | | | | |
| 04/15/01 | dallas | | | | | | | | 76.89 | | 19.52 | | | 129.67 | | 96.41 |
| 04/16/01 | dallas | | | | | 4.25 | | | 19.31 | | | | | | | 133.92 |
| 04/17/01 | wichita falls | | | | | | | | | | | | | | | 19 |
| 04/18/01 | austin | | | | | 7.00 | 1.99 | | | | | | | | | 190.⁰⁰ |
| 04/19/01 | dallas | 190.50 | | | | 14.00 | | | | 28.48 | | | | 191.16 | | 231.62 |
| 04/20/01 | temple | | | | | | | 100.00 | | | 20.03 | | | | | 20.03 |
| 04/21/01 | dallas | | | | | | | 100.00 | | | | | | | | 100.00 |
| PLUS OR MINUS ADJUSTMENTS | | | | | | | | | | | | | | | | |
| 11249 05 6mn | | | | | | | | | | | | | | | | 800.78 |
| FIELD # | 10 | 11 | 12 | 33 | 13 | 15 | 16 | 17 | 18 | 19 | 50 | 51 | 52 | 54 | | |
| AMOUNT | 190.50 | | | 25.25 | 1.99 | 100.00 | 96.20 | 28.48 | 39.55 | 320.83 | | | | | | 800.78 |

*Calculate Personal Mileage Charge Back in Box #997 at Right

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursements.

**QUANTITY**

**FIELD #** 40

No. of Gallons

## COMPANY CAR ONLY

| VEHICLE NO. | 999999 |
|---|---|
| BEGINNING ODOMETER | 10400.0 |
| ENDING ODOMETER | 11053.0 |
| TOTAL MILES | 653.0 |
| TOTAL BUSINESS MILES | 653.0 |
| TOTAL PERSONAL MILES | 653.0 |

SIGNATURE

APPROVED BY

DATE MM/DD/YY 6-7-01

DATE MM/DD/YY 6-7-01

NOTICE TO USER
Traveler Authorization issued to the Owner by
Gelco Information Network, Inc. P.O. Box
4499, Eden Prairie, Minnesota 55344-2600

**CONFIRMATION #** 396570000 02

**CALL DATE** 04/21/01

**CONFIRMATION #** 887469534

| | FIELD # | TOTAL |
|---|---|---|
| Minus Personal Mileage Charge 653.0 | 997 | |
| Due Company | 87 | |
| Due Employee | 820 | 800 78 |

## BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 04/16/01 | dr. gersberg, and dr.lee | st. paul hospital, lr. dallas | inservice retavase | 129.67 |
| 04/18/01 | dr.vanmeter, dr. slonim, dr. gordon | methodist hospital, and medical city, dalla | inservice retavase | 191.16 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

112499 05 dmm

39857000 02

Original Document of GelcoInformationNetwork

ACCOUNTING COPY

BEAR CREEK TEXACO
1701 S.BECKLEY
GLENN HEIGHTS, TX

04/20/01 09:16
STN # 91002592812D

BANNISTER/DENISE R
Visa
XXXX XXXX XXXX 654
8
AUTH# 00205351
INV # 0473181
CREDIT
PUMP#06 UNLEAD
GALLONS 12.527
@ $1.599/GAL
FUEL $20.03

TL/NOTAX $20.03
TAX PD $0.00
TOTAL $20.03

THANK YOU.
PLEASE COME AGAIN.

FECG000449

# AT&T Wireless Services



Questions?
- www.att.com/wireless
- 1-800-888-7600
- 611 from your wireless phone

#BWNGFYV
#0003300964119540# w
AV 02 013412 63B658 86 A**5DGT
||.|.|||.|||....||.||...|||.||..|.|||..|.|.||..||

DENISE HILL-BANNISTER
APT. # 2004
8003 N MACARTHUR BLVD
IRVING TX 75063-6128

**Date of Invoice: 04/14/01**

SUMMARY OF MONTHLY CHARGES FOR ACCOUNT  964119954
Wireless Number  972-569-7757

| Previous Balance | Payments Received | Late Payment Charge | Adjustments | Balance Forward | Current Monthly Charges |
|---|---|---|---|---|---|
| 39.31 | 39.31CR | .00 | .00 | .00 | 145.00 |

|   |
|---|
| Total Amount Due |
| 145.00 |

Your billing cycle began on 03/13 and ended on 04/12.

**Current Monthly Charges**

| | |
|---|---|
| Monthly Service Charges | 119.99 |
| Home Airtime Charges | .00 |
| Home Long Distance Charges | .00 |
| Text Messaging Charges | .00 |
| Roaming Charges | .00 |
| Other Charges and Credits | 2.97 |
| Taxes, Surcharges & Regulatory Fees | 22.04 |
| Total Current Monthly Charges          DUE UPON RECEIPT | 145.00 |
| **TOTAL AMOUNT DUE** | **145.00** |

**You can now pay your invoice online @ www.att.com/wireless**

AT&T WIRELESS SERVICES APPRECIATES YOUR BUSINESS

Note:
We Print on
Front and Back.

**EXXON EXPRESS PAY**

VALLEY RANCH EXXON
9975 N. MACARTHUR
IRVING,TX.75063

DLR# 4712410
VALLEY RANCH E TX
IRVING 15:09
04/15/01 ACCT#
XXXXXXXXXXXX6548
INV# HZZ6653
AUTH# 774260
PUMP# 5 9.770G
REG
SELF
PRICE/GAL $1.589
FUEL TOTAL $15.52

TIGER WASH $5.00
DISCOUNT $-1.00
MDSE TOTAL $4.00
TOTAL $19.52

CARWASH CODE 17217
EXPIRES 05/15/01

HAVE A SAFE AND
HAPPY NEW YEAR

-THANK YOU-

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS.

CUSTOMER COPY

SALES SLIP

PURCHASER SIGN HERE

X

SAL'S PIZZA REST
14210523-66
60110170102037C

594L338

TOTAL 12.67
OTHER 10.00
SERVER
TAX
PURCHASE 11.57

CHECK NO./FOLIO NO.
AUTHORIZATION NO. REFERENCE NO.
SERVER/CASHIER DATE

413800 3P899 5654G

SAL'S PIZZA RESTAURANT INC.
2525 Wycliff Ave.
DALLAS, TEXAS 75219
(214) 522-1828

282013
C PRODUCT 608

Thank You

NEBS To Reorder
800-225-6380 or nebs.com

All claims and returned goods MUST be accompanied by this bill.

SOLD BY / RECEIVED BY

CUSTOMER'S ORDER NO.          DATE

NAME

ADDRESS

CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT

TAX

TOTAL

Special — Pizza 16oz
1st D. Christopeh

**PARKING COMPANY OF AMERICA**
INCORPORATED

TIME ______ DATE 04/14/01

LOCATION ST. PAUL HOSPITAL

AMOUNT 2.00

BY ______

METHODIST HOSPITAL
OFFICE
GARAGE

OU 04/16/01 11:26
IN 04/16/01 09:51
FEE 1 $2.25
TOTAL --> $2.25
CASH TEND $2.25
CHANGE $0.00
CASH PAID $2.25
THANK YOU!
24190 1 A0

# Walgreens

The Pharmacy America Trusts

I'm MIKE here to serve you as one of
our "7 Service Basics".

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 03921 025

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 03921 025

| | | | |
|---|---|---|---|
| WLG BATT 4PK | T | 2.99 | SALE |
| 1 @ 1/ 2.99 - 2/ 2.99 | | | |
| H/M NOTES | 1T | 4.95 | |
| H/M NOTES | 1T | 4.95 | |
| H/MK THK YOU | 1T | 4.95 | |
| SUBTOTAL | | 17.84 | |
| 8.25% SALES TAX | | 1.47 | |
| TOTAL | | 19.31 | |

ACCT#***********1007
EXPIRATION DATE: 07/02
CREDIT CARD 19.31 CHANGE .00

THANK YOU
FOR FASTER SERVICE, CALL IN YOUR
PRESCRIPTION 24 HOURS IN ADVANCE
www.walgreens.com

RETAIN THIS RECEIPT FOR YOUR RECORDS

APRIL 17, 2001 5:50 PM

Shanell / Notes DR's / Batteries / Pager

EEOC000453

ISSUED BY AND VALID ONLY ON
**SOUTHWEST AIRLINES**

TICKETLESS ITINERARY — AGENT 0541HG
NOT VALID FOR TRANSPORTATION — DATE 18APR01

| CUSTOMER NAME | REFERENCE NUMBER | CONFIRMATION NUMBER |
|---|---|---|
| BANNISTER/DENISE | 526/27539081740 | 7QZ1VB |

ITINERARY

| FROM | TO | FLIGHT | DATE | FARE BASIS | TIME | STATUS | PRICE | XF |
|---|---|---|---|---|---|---|---|---|
| DALLAS LOVE FIELD | AUSTIN TX | WN0078 | 18APR | YL | 0925A | HK | 0093.75 | 00.00 |
| AUSTIN TX | DALLAS LOVE FIELD | WN2090 | 18APR | YL | 0355P | HK | 0093.75 | 03.00 |

PRINTED IN U.S.A. BY MAGNETIC TICKET & LABEL CORP. Ac-1877H (REV 3/00)

AMPCO SYSTEM PARKING
DALLAS LOVE FIELD
AIRPORT PARKING
7801 CEDAR SPRINGS ROAD
DALLAS TEXAS 75235
214 350 4881
04/18/01 15:57 L# 2 A# 21 Txn#364808
04/18/01 08:37 In 04/18/01 15:57 Out
SHORT TERM $ 7.00
Total Fee $ 7.00
CASH PAID $ 7.00-
Cash Tender $ 7.00
Change Due $ 0.00
THANK YOU FOR YOUR BUSINESS
PLEASE DRIVE CAREFULLY
HAVE A PLEASANT DAY
THANK YOU AGAIN
FAX 214 350 5153

**EXIT CHECK**
**PLEASE PRESENT TO VALET DRIVER**

13-195
750 Park Medical

Corner Bakery
Preston/Forest
Dallas
50% Beverage Replacement
#127 ANDRE Dine In
04/19/01 09:06 To #60155
CHECK #0093
3 BKFST PASTRY 06 50.97
Subtotal 50.97
Sales Tax 4.21
TOTAL 55.18

Thanks a latte:
Questions or Comments?
1-800-993-4637

SALES 55.18
CHARGE TIPS 55.18

CHANGE DUE

CHARGE TIPS 0.00

A 4128003989956548

********************************
R A Z Z O O ' S
I R V I N G
********************************
Date: Apr19'01.01:44PM
Card Type: Visa/MC
Acct #: 4128003989956548
Exp Date: 09/02
Auth Code: 472941
Check: 7708
Server: 900 AM Bar
DENISE R BANNISTER

Subtotal: 100.00

Tip:__________

Total:__________

______________________
Signature
********************************
Top Copy for Razzoo's
Bottom Copy for YOU
********************************

NOTES: Plano Medical
4-19-01
$5.00
[signature]

# Corner Bakery

Preston/Forest
Dallas
30% Beverage Replacement
#005 RYAN Dine In
04/19/01 10:4 :28 #00155

## CHECK #0132

| | |
|---|---|
| 2 DOZEN BARS/ BRW | 35.98 |
| Subtotal | 35.98 |
| TOTAL | 35.98 |

Thanks a latte!
Questions or Comments?
1-800-983-4637

| | |
|---|---|
| ES | 35.98 |
| /CH | 35.98 |
| CHANGE DUE | 0.00 |
| (-)CHARGE TIPS | 0.00 |

VISA 4128003989956548

THE MAIL STATION, INC.
8600 N. MacArthur Blvd. #114
Irving, Texas 75063
Phone: 402-8878
Fax: 402-9181

| | | |
|---|---|---|
| Postage | $22.95 | 3@ 7.65 |
| Postage | $3.51 | 9@ 0.39 |
| TOTAL | | $26.46 |
| VISA | | $26.46 |

John 04/19/01 12:56 #42417

*THANK YOU FOR YOUR BUSINESS*

4-19 Tollroad
.75
.75
1.50

Original Document of GelcoInformationNetwork

ACCOUNTING COPY

# Centocor

## SALES FORCE EXPENSE REPORT

| | | EXPENSE REPORT NO. 2587003 |
|---|---|---|
| | | PERIOD ENDING MM/DD/YY 04/14/01 |

NAME: Denise Hill-Bannister

DEPARTMENT: 470

DISTRICT:

FIELD PROMOTION (Explain on Detail)

| DATE MM/DD/YY | ORIGIN / DESTINATION / PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Explain on Detail) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REIMB/WARRANT & MISC. (Explain on Detail) | PROMOTIONAL PROMOTIONAL PROGRAMS | ACCESS 4100 | ACCESS 4100 | MISC. (Explain on Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FIELD # | | 10 | 11 | 12 | 83 | 13 | 15 | 16 | 17 | 18 | 19 | 50 | 51 | 52 | 54 | |
| 04/08/01 | dallas | | | | | 2.00 | | | | | | | | | | 29.21 |
| 04/09/01 | dallas | | | | 22.00 | | 29.16 | | 16.87 | | | | | | | |
| 04/10/01 | dallas | | | | | | | | | | | 10.34 | | | | 158.20 |
| 04/11/01 | houston | | 107.09 | | 22.00 | | 14.71 | | | | | | | | | 257.84 |
| 04/12/01 | houston | | | 221.13 | | | 43.87 | | | | | | | | | |
| 04/13/01 | dallas | | | | | | | | | 19.73 | | | | | | 19.73 |
| 04/14/01 | dallas | | | | | | | 48.01 | | | | | | | | 48.01 |
| 11249 95 onn | | | | | | | | | | | | | | | | |
| PLUS OR MINUS ADJUSTMENTS | | | | | | | | | | | | | | | | |
| | AMOUNT | 107.09 | 221.13 | 44.00 | 2.00 | 43.87 | | 48.01 | 19.73 | 16.87 | 10.34 | | | | 513.04 | |

**COMPANY CAR ONLY**

| VEHICLE NO. | 9996999 |
|---|---|
| BEGINNING ODOMETER | 10357.0 |
| ENDING ODOMETER | 10400.0 |
| TOTAL MILES | 43.0 |
| TOTAL BUSINESS MILES | |
| TOTAL PERSONAL MILES | 43.0 |

SIGNATURE: _[signature]_   DATE MM/DD/YY: 5-7-01

APPROVED BY: _[signature]_   DATE MM/DD/YY: 5-7-01

### IMPORTANT

*Calculate Personal Mileage Charge Back in Box #997 at Right.

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursements.

### NOTICE TO USER
Traveller Authorization issued to the Cheviot by
Gelco Information Network, Inc. P.O. Box
44800, Eden Prairie, Minnesota 55344-2800

| | QUANTITY | | | | |
|---|---|---|---|---|---|
| FIELD # | 40 | | | | FIELD # |
| No. of Gallons | | | | | TOTAL |
| 16.87 | | | | | |

| | 396570000 02 | | 04/14/01 | CALL DATE | CONFIRMATION # |
|---|---|---|---|---|---|

| | FIELD # | TOTAL |
|---|---|---|
| Minus Personal Mileage Charge | 997 | 43.0 |
| Due Company | 87 | |
| Due Employee | 820 | 513.04 |

CONFIRMATION # 88678795

7-26-01
COPY SENT
JUL 2 - 2001
TO GELCO

## BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 4/11-4/12 | denise hill ban nister | houston marriott | personal meals | 42.08 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 04/09/01 | snacks dr mcgowan an dr cooke | 10.34 |
| | | |
| | | |
| | | |
| | | |

## MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

112499 05 dinrn

Original Document of GelcoInformationNetwork

ACCOUNTING COPY

39687000 02



# JW MARRIOTT HOTEL™
## ON WESTHEIMER BY THE GALLERIA
5150 Westheimer Road, Houston, Texas 77056
(713) 961-1500 Fax: (713) 961-5045

## GUEST FOLIO



*For your protection we have NOT included a credit card receipt in this express check out. Please accept this statement as a receipt. Any additional charges will be added to the total amount charged to your credit card. If you need an updated receipt or credit card voucher, please stop by the Front Desk. Thank you.*

| | NAME | RATE | DEPART | TIME | ACCT# |
|---|---|---|---|---|---|
| 908 | BANNISTER/DENISE | 189.00 | 04/12/01 06:14 | | 1634 |

| ROOM | NSKG | ARRIVE | TIME |
|---|---|---|---|
| TYPE 28 | | 04/11/01 16:48 | |

PASSPORT:
BKXXXXXXXXXXXXXX6548  /0902
MR#:

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| ROOM | CLERK | ADDRESS | PAYMENT | |
| 04/11 RM SERV | 4975 908 | 27.37 | | |
| 04/11 ROOM | 908 1 | 189.00 | | |
| 04/11 RM TAX | 908 1 | 11.34 | | |
| 04/11 CITY TAX | 908 1 | 20.79 | | |
| 04/11 RM SERV | 5015 908 | 14.71 | | |
| 04/12 CCARD-BK | | | 263.21 | |
| SETTLED TO: | VISA CARD | XXXXXXXXXXXXX6548 | | |
| | | | | .00 |

-------------------- EXP. REPORT SUMMARY --------------------

| 04/11 RM SERV | $27.37 |
|---|---|
| ROOM&TAX | $221.13 |
| 04/12 RM SERV | $14.71 |

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

The Harris County - Houston Sports Authority requires an additional tax of 2% be imposed on each hotel charge for the purpose of financing one or more approved venue projects.

Signature X _____

For Reservations At Any Marriott Hotel Call 1-800-228-9290

THIS ITEM PRINTED ON RECYCLED PAPER

A708

Continental Airlines

PASSENGER RECEIPT 1OF1
04APR01 US
31724173 /NORTH BRUNSWI N
1

BANNISTER/DENISE
**NOT VALID FOR******RETAIN THIS RECEIPT***
**TRANSPORTATION***THROUGHOUT YOUR JOURNEY*
NONREF/CHANGE FEE APPLIES D CO/COEX ONLY
SUOAUY

DFW CO HOU45.86 CO DFW45.85TR71ZN/K226 91.71 END ZPDFWIAH XFDFW3

USD 91.71
US 6.88
ZP 5.50
XF 3.00
USD 107.09

FP VI4128003989956548/0902/807170

0 005 7174066902 1

Continental Airlines

BANNISTER/DENISE

HOUSTON TX
CO 1455 T 12APR TR71ZN/K226
DALLAS/DFW

*********************
NOT VALID FOR TRAVEL
005 7174066902 1

PRINTED IN U.S.A. BY MAGNETIC TICKET & LABEL CORP. DALLAS, TX Rev. 4/99 9725

# YELLOW CAB

Fare Receipt

Amt. 22^00 Date 4-1-01
Trip from Valley R
To airport
Cab # ______
Driver ______ ID # ______

For Prearranged Airport Service
Dial: 1-800-749-9422

Thank you for riding with us.

CHOICE CABS ☆ TERMINAL TAXI ☆ BIG TEX TAXI
972-222-2000
214-350-4445 • 214-350-4590

INTERNATIONAL TAXICAB AND LIVERY ASSOCIATION

Safe Dependable • Largest Radio Dispatched Fleet in Dallas

DATE 4-12 CAB FARE 22^00
DESTINATION Valley R
DRIVER ______ CAB # ______ THANK YOU!

RETURNING FROM OUT OF TOWN? 800-444-6400
Visit our website @www.dallastaxi.com

02-cv-03354-RM-CHE # 65-5 Page 16 of 22

THE MAIL STATION
8400 N MACARTHUR BLD 114
IRVING      TX 75063

DATE: 04/13/01        TIME: 18:35
TERM#: 8001      MER#: 220385786000
S-W-A-E-S  D-H-A-F-I-

REF: 0002        BCH: 012
CD TYPE: VI
TR TYPE: PR
AMOUNT:              $19.73

ACCT: 4128803496965646      EXP: 0902
AP#: 853117

CARDMEMBER ACKNOWLEDGES RECEIPT OF
GOODS AND/OR SERVICES IN THE AMOUNT OF
THE TOTAL SHOWN HEREON AND AGREES TO
PERFORM THE OBLIGATIONS SET FORTH BY THE
CARDMEMBER'S AGREEMENT WITH THE ISSUER
THANK YOU FOR USING VISA

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

---

THE GROVE
HOUSTON INTERCONTINENTAL
C SOUTH

7592                04/11/01
000        9:23
03-CASHR 03

GROVE-WATER         1.65
SUBTOTAL            1.65
TAX 1               0.14
TTL.AMT             1.79
CASH                2.00
*CHANGE*            0.21

# Centocor

## SALES FORCE EXPENSE REPORT

**NAME:** Denise Hill-Bannister
**DEPARTMENT:** 470
**DISTRICT:**

| DATE MM/DD/YY | ORIGIN / DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Explain on Detail) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPAIRS / MAINT & MISC (Explain on Detail) | PROMOTIONAL PROGRAMS | PROMOTIONAL ACCESS <$100 | PROMOTIONAL ACCESS >$100 | MISC (Explain on Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/01/01 | Dallas, TX | | | | | | | | | | | | | | | | |
| 04/02/01 | Dallas, TX | 80.0 | | | | | | | | | | | | | | | |
| 04/03/01 | Dallas, TX | 88.0 | | | | 8.00 | | | | | 15.82 | | | | | | 15.82 |
| 04/04/01 | Dallas, TX | 67.0 | | | | 16.00 | | | | | | | | | | | 8.00 |
| 04/05/01 | Dallas, TX | 15.0 | | | | | | | | | | | | | 59.06 | | 59.06 |
| 04/06/01 | Dallas, TX | 40.0 | | | | | | | | | | | | | | | 75.~ |
| 04/07/01 | Dallas, TX | | | | | 24.00 | | | | | | | | | | | |

**PLUS OR MINUS ADJUSTMENTS**

| FIELD # | 10 | 11 | 12 | 83 | 13 | 16 | 16 | 17 | 18 | 19 | 80 | 81 | 82 | 84 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMOUNT | | | | 24.00 | | | | | 15.82 | | | 59.06 | | 90.30 | 90.30 | 189.18 |

### COMPANY CAR ONLY

| VEHICLE NO. | 999999 |
|---|---|
| BEGINNING ODOMETER | 10056.0 |
| ENDING ODOMETER | 10357.0 |
| TOTAL MILES | 301.0 |
| TOTAL BUSINESS MILES | 301.0 |
| TOTAL PERSONAL MILES | 301.0 |

*Calculate Personal Mileage Charge Back in Box #997 at Right.*

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field is for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number. 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursements.

SIGNATURE _(signature)_  DATE MM/DD/YY

APPROVED BY _(signature)_  DATE MM/DD/YY 6-7-01

NOTICE TO USER
This is the Authorization issued as the Drawer by
Gelco Information Network, Inc. P. O. Box
44900, Eden Prairie, Minnesota 55344-2900

| FIELD # | QUANTITY |
|---|---|
| 40 | No. of Gallons |

| | | CALL DATE | CONFIRMATION # |
|---|---|---|---|
| | 398570000 02 | 04/07/01 | 88610180 |
| Minus Personal Mileage Charge | | | |
| Due Company | | | |
| Due Employee | | | |

| FIELD # | 997 | 87 | 820 | TOTAL |
|---|---|---|---|---|
| | | | | 189.18 |

### FIELD PROMOTION (Explain on Detail)

| | AUTO FUEL | | |
|---|---|---|---|
| | 15.82 | | |
| | | | 8.~ |
| | | | 59.06 |
| | | | 75.~ |

COPY SENT
JUL 2 - 2001
TO GELCO

ACCOUNTING COPY

## BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 04/04/01 | dr. dureo, dr gordon, dr postma | medical city dallas | inservice relavase | 59.06 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 04/03/01 | breakfast for Presbyterian, dr. dittman, dr. coker and staff | 26.61 |
| 04/03/01 | snack for St. Paul doctors, dr. ginsburg, and dr lee and staff | 32.45 |
| | | |
| | | |
| | | |
| | | |
| | | |

## MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Original Document of GeicoInformationNetwork

ACCOUNTING COPY

112409 05 dmm

39857000 02

BENNY'S BAGELS
10645 N MAC ARTHUR #1
IRVING TX 75063

WEDNESDAY, APRIL 04, 2001 @ 07:04A

MERCHANT ID . . . : M327751000100I
CARD NUMBER. . . : A4128003989956548
EXPIRATION. . . . : 0209
INVOICE NUM . . . : 3955548
TOTAL . . . . . . : 20.61
AUTH CODE . . . . : 41556A

SIGNATURE

THANK YOU
COME AGAIN

RETAIN THIS COPY FOR YOUR RECORDS
TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

08 PRESTONFOREST 155
MERCHANT ID
04/04/01 04:59.25 1001
ANDRE CHK #106
CHARGE 1

VISA
4128003989956548
BANNISTER/DENISE R
09/02
AUTH #

CHARGE AMOUNT

TIP AMOUNT

TOTAL

CUSTOMER COPY

Valet Parking
**THIS IS NOT A PARKING TICKET**

**RECEIPT ONLY**

DATE 4-4-01 LOC # Medical City

TICKET # ______ AMOUNT $6.00

JASON
ATTENDANT

THANK YOU

**PARKING COMPANY OF AMERICA**
INCORPORATED

TIME ______ DATE 04/ /01

LOCATION ST. PAUL HOSPITAL

AMOUNT 2.00

BY ______

CPS-13 8/98

By: _____

Date: _____

Amount: $ 3.00    04/04/0[?]

Location: _____
181

Central Parking System

RECEIPT

---

THANK YOU

ATTENDANT

TICKET #    AMOUNT    $ 5.00

DATE    LOC #

RECEIPT ONLY

THIS IS NOT A PARKING TICKET

Valet Parking

VALLEY RANCH TEXAC

04/02/01 19:18
STN # 91002448630

BANNISTER/DENISE R
Visa
XXXX XXXX XXXX 654
8
AUTH# 00976120
INV # 0404251
CREDIT
PUMP#08 UNLEAD
GALLONS 10.556
@ $1.499/GAL
FUEL $15.82

TL/NOTAX $15.82
TAX PD $0.00
TOTAL $15.82

THANK YOU FOR
SHOPPING TEXACO
HAVE A NICE DAY.

DALLAS/FORT WORTH
INT'L AIRPORT
*** Thank you ***
Entr: 07:28 04/03/01 Lane # 13
Exit: 15:24 04/03/01 Lane # 46 C.# 257
License plate TX K10L5W Seq. #3732
Taxes included $0009.00 Cash