# Centocor

## SALES FORCE EXPENSE REPORT

NAME: Denise Hill-Bannister  
DEPARTMENT: 470  
DISTRICT:  

EXPENSE REPORT NO. 2587012  
PERIOD ENDING MM/DD/YY: 05/26/01

E-FILED  
Friday, 01 April 2005 04:35:14 PM  
Clerk, U.S. District Court, ILCD

EEC00000356

Original Document of GelcoInformationNetwork

| DATE MM/DD/YY | ORIGIN / DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Explain on Detail) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPAIRS / MAINT & MISC (Explain on Detail) | PROMOTIONAL PROGRAMS | FIELD PROMOTION PROMOTIONAL ACCESS #190 | FIELD PROMOTION PROMOTIONAL ACCESS #100 | MISC (Explain on Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/20/01 | dallas | | | | | 10.00 | | | | 17.69 | | | | 48.50 | | | 252.46 |
| 05/21/01 | dallas | | | | 54.00 | 11.00 | | | | | 16.75 | | | 192.96 | | | 206.75 |
| 05/22/01 | dallas | | | | | | | | | 15.62 | | | | 189.06 | | | 131. |
| 05/23/01 | dallas | | | | | | | | | 5.85 | | | | 50.04 | | | 204.13 |
| 05/24/01 | dallas | | | | | | | | | | | | | 188.51 | 506.70 | | 512.55 |
| 05/25/01 | austin | | | 180.50 | | | | | | | | | | | | | 190.50 |
| 05/26/01 | austin | | | | | | | | | | | | | | | | 190.50 |
| PLUS OR MINUS ADJUSTMENTS | | | | | | | | | | | | | | | | | |

| FIELD # | 10 | 11 | 12 | 83 | 13 | 15 | 16 | 17 | 40 | 18 | 19 | 80 | 81 | 82 | 84 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMOUNT | 190.50 | | 54.00 | 21.00 | | | | 39.16 | QUANTITY No. of Gallons | 16.75 | | | 99.54 | 1,077.23 | 1,498.18 |

### COMPANY CAR ONLY

| | |
|---|---|
| VEHICLE NO. | 212193 |
| BEGINNING ODOMETER | 252.0 |
| ENDING ODOMETER | 488.0 |
| TOTAL MILES | 236.0 |
| TOTAL BUSINESS MILES | 236.0 |
| TOTAL PERSONAL MILES | 236.0 |

*Calculate Personal Mileage Charge Back in Box #997 at Right

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) marking a three digit number, 9XX, (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursements.

SIGNATURE _____  
APPROVED BY _____

DATE MM/DD/YY: 6-7-01

Minus Personal Mileage Charge: 236.0  
Due Company:  
Due Employee:

| | FIELD # | TOTAL |
|---|---|---|
| | 997 | |
| | 87 | |
| | 820 | 1,498. |

398570000 02

NOTICE TO USER  
Travel/other Authorizations issued to the Drawer by  
Gelco Information Network, Inc. P.O. Box  
44900, Eden Prairie, Minnesota 55344-2900

CALL DATE: 05/28/01  
CONFIRMATION #: 89117297

EXHIBIT 3 Hill-Bannister

EXPENSE REPORT AUDITED  
JUL _ 3 2001

COPY SENT  
JUN 27 2001  
TO GELCO

ACCOUNTING COPY

# BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 05/21/01 | dr snow, dr gensberg, dr yuvarti, dr kim, dr benson, | blue mesa | inservice retavase | 192.96 |
| 05/21/01 | dr snow, dr gensberg, dr yuvarti | colonial, ft. worth | inservice retavase | 49.50 |
| 05/22/01 | dr coker, dr dittman | presby dallas | inservice retavase | 189.08 |
| 05/22/01 | dr delange, dr yuvarti dr peska | osteo ft worth | inservice retavase | 50.04 |
| 05/23/01 | dr. reeb, dr. gunati, dr pickering | harris, ft worth | inservice retavase | 188.51 |
| 05/24/01 | dr. lim, dr. reese, dr. jones, dr. meiler | baylor, dallas | inservice retavase | 506.70 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

# MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Original Document of GelcoInformationNetwork

ACCOUNTING COPY

39657000 02

0039
Server: DANIEL H Rec: 1
05/20/01 11:10, Swiped Terminal: 1

BLUE MESA GRILL
1600 S. UNIVERSITY DR 609
FT WORTH, TX 76107
(817)332-6372
MERCHANT #: 164170473999

| CARD TYPE | ACCOUNT NUMBER | EXP |
|---|---|---|
| 'MERICAN EXPRES | 379400134701007 | 0207 |

Name: D HILLBANNISTER
00 TRANSACTION APPROVED
AUTHORIZATION #: 571193
Reference: 052010039

| | |
|---|---|
| CHECK: | 166.11 |
| TIP: | 26.85 |
| TOTAL: | 192.96 |

X________________________

PHONE: ( )
CARDHOLDER WILL PAY CAR. ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
**PLEASE LEAVE SIGNED COPY WITH SERVER**

BLUE MESA GRILL
HAS GIFT CERTIFICATES

0039a Table 45 #Party 11
DANIEL H SvrCk: 3 11:07 05/20/01

| | |
|---|---|
| ADULT BRUNCH | 13.95 |
| ADULT BRUNCH | 13.95 |
| ADULT BRUNCH | 13.95 |
| ADULT BRUNCH | 13.95 |
| ADULT BRUNCH | 13.95 |
| ADULT BRUNCH | 13.95 |
| ADULT BRUNCH | 13.95 |
| ADULT BRUNCH | 13.95 |
| ADULT BRUNCH | 13.95 |
| ADULT BRUNCH | 13.95 |
| ADULT BRUNCH | 13.95 |
| Sub Total: | 153.45 |
| Tax: | 12.66 |
| GRATUITY | 26.85 |
| 05/20 11:09 TOTAL: | 192.96 |

THE PERFECT
HOLIDAY GIFT
AVAILABLE THROUGH
YOUR SERVER OR BAR

EEOC000358

May 20, 2001

Centocor

Denise Hill-Bannister

Vascular Specialist

Centocor, Inc.
200 Great valley Parkway
Malvern, Pennsylvania 19355-1307

Telephone: 972-569-7757
Facsimile: 972-402-8878
Voicemail: 800-972-9063, x7295
Pager: 877-665-3547
Email: bannisterd@centocor.com

Colonial –
Dr Gensberg Lunch
Dr Snow.
Dr Llorach
49^50

48

$10^00

2001 S7

Courtyard Marriott

**Parking Ticket**

CMN Champions Children's Miracle Network

*NO REFUNDS*

**All Proceeds benefit Children's Miracle Network.**

*Parking is at your own risk. The Courtyard by Marriott will not be responsible for theft or damage to vehicle.*

EEOC000359

THE MAIL STATION, INC.
8600 N. MacArthur Blvd. #114
Irvine, Texas 75063
Phone# 402-8878
Fax# 402-9181

| | | |
|---|---|---|
| Postage | $0.65 | |
| Postage | $1.24 | |
| Postage | $7.65 | |
| Copies | $1.56 TX 26@ 0.06 | |
| Office Supplies | $3.99 TX 21@ 0.19 | |
| Postage | $0.39 | |
| Fax | $1.75 | |
| Sales Tax | | $0.46 |
| TOTAL | | $17.69 |
| AMEX | | $17.69 |

John 05/21/01 9:35 #43164

*THANK YOU FOR YOUR BUSINESS*

EEOC000360

4128003989956548

Dennis Hill 9/02

SAL'S PIZZA REST
1421052366
6011017010020370 051101 5682189

| DATE | SERVER/CASHIER |
| --- | --- |
| AUTHORIZATION NO. | REFERENCE NO. |
| | |

| QTY. | DESCRIPTION | AMOUNT | |
| --- | --- | --- | --- |
| | | 123 | 89 |
| | | | |
| SALES SLIP | TAX | | |
| | TIP MISC. | 10 | 00 |
| | [redacted] | 133 | 89 |

SALES SLIP
BANK COPY

PURCHASER SIGN HERE

X

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the Issuer.

4128003989956548

Dennis Hill 9/02

SAL'S PIZZA REST
1421052366
6011017010020370 051401 5682191

| DATE | SERVER/CASHIER |
| --- | --- |
| AUTHORIZATION NO. | REFERENCE NO. |
| | |

| QTY. | DESCRIPTION | AMOUNT | |
| --- | --- | --- | --- |
| | | 50 | 17 |
| | | | |
| SALES SLIP | TAX | | |
| | TIP MISC. | 5 | 00 |
| | [redacted] | 55 | 17 |

CUSTOMER COPY

PURCHASER SIGN HERE

X

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the Issuer.

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS

Corner Bakery
MacArthur Park
#101 CHRISTINA Dine In
05/22/01 08:40:02 #00173

CHECK #0047

| | |
|---|---|
| COOKIES DOZ | 12.99 |
| 2 DOZEN BARS | 35.98 |
| Subtotal | 48.97 |
| Sales Tax | 1.07 |
| TOTAL | 50.04 |

You knead it Daily!!
QUESTIONS OR COMMENTS
1-800-983-4637

| | |
|---|---|
| SALES | 50.04 |
| (-)CHARGE-TIPS | 50.04 |
| CHANGE DUE | 0.00 |
| (-)CHARGE TIPS | 0.00 |

AMEX 379400134701007

OUT ______ 400
IN ______

6-712 5/22

**PARKING**

**CLAIM CHECK**

**THIS CONTRACT LIMITS OUR LIABILITY, READ IT**

We assume no liability for theft or damage although we will use reasonable caution to protect the property of our customers.

AMERICAN HOTEL REGISTER
VERNON HILLS, IL 60061

VALLEY RANCH TEXAC

05/22/01 23:14
STN # 91002448630

HILLBANNISTER/D
Amex
XXXX XXXXXX 01007

| | |
|---|---|
| AUTH# | 00525509 |
| INV # | 0516518 |
| CREDIT | |
| PUMP#08 | UNLEAD |
| GALLONS | 9.861 |
| @ $1.699/GAL | |
| FUEL | $16.75 |
| TL/NOTAX | $16.75 |
| TAX PD | $0.00 |
| TOTAL | $16.75 |

THANK YOU FOR
SHOPPING TEXACO
HAVE A NICE DAY.

Dallas Valet
(214) 691-8575
10-747 500 5/22

EEOC000362

EEOC000363

ATTN= DENISE

**ALPHA OMEGA LIMOUSINE**
815 LUKE STREET
IRVING, TX 75061
(800) 486-3311  (972) 513-1887
FAX (972) 790-8024

Reservation #       : 35231
Customer            : AH-FLAVIO CASTENEDA
Res Date            : 05/22/2001  TUESDAY
Pick Up Time : 17:15          Drop Off Time : 18:15
# of Hrs : 1.00               # Pasg. : 1

Addr1             : _____
Adr2              : _____
City              : _____
St                : _____          Zip : _____
Home              : _____
Work              : _____
Fax               : _____
Pay Type : CC ON FIL           Order #  : _____
Vehicle Type : SEDAN           Charge Type : FLAT

**  ROUTING INFORMATION  **
* AWAITING CC AUTH FORM FROM MS BANNISTER. FAXED OUT 5/21. SEE
P 17:15 ADOLPHUS 1321 COMMERCE ST DALLAS TX 75202 FIELD 214 742-8200
D 18:15 DEL FRISCO'S  14-M 5251 SPRING VALLEY RD. DALLAS  TOLLWAY  MAPSCO
14-M 972 490-9000

**  ESTIMATED CHARGES  **
Service Charge           45.00
Gratuity 20%              9.00
Other Charges            0.00
Balance                 54.00
Deposit Paid             0.00
                       --------
Estimated Amt Due       54.00

**LIABILITY AGREEMENT**  This agreement is a contractual arrangement of this Company for the hire of limousine service and pertains specifically to the performance by the customer in the limousine during the course of time.

Any damage in excess of usual use and wear of the hired car, will result in a minimum charge of $100 for the repair and/or general cleaning of the car. Decision as to unusual wear and use of the vehicle, rests with the Company, solely, and its experience as to general habitation of hired cars, and its decision is final.

Signature of the party hiring the car at the bottom of this agreement constitutes full and complete agreement and understanding of said party and his or her responsibility in returning the car to the Company in the same condition as when received and acknowledges in the additional payment of $100 as a consequences of abuse to the car's interior during the time it was and rental and accepts the responsibility for the condition of said car on receipt by and return to the Company.

SIGNATURE : _____



THE MAIL STATION
8600 N MACARTHUR BLD 114
IRVING TX 75063

DATE: 05/23/01 TIME: 17:38
MER#: 220385786000 TER#: 0001

S-A-L-E-S D-R-A-F-T

REF: 0007 BCH: 040
CD TYPE: AX
TR TYPE: PR
AMOUNT: $15.62

ACCT: 379400134781007 EXP: 0702
AP: 544279

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS AND/OR SERVICES IN THE AMOUNT OF THE TOTAL SHOWN HEREON AND AGREES TO PERFORM THE OBLIGATIONS SET FORTH BY THE CARDMEMBER'S AGREEMENT WITH THE ISSUER

X______________________________

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

EEOC000364

THE MAIL STATION, INC.
8600 N. MacArthur Blvd. #114
Irving, Texas 75063

Phone: 402-8878
Fax: 402-9181

| | | |
|---|---|---|
| Postage | $5.85 | 9@ 0.65 |
| TOTAL | | $5.85 |
| CASH | | $10.00 |
| CHANGE | | $4.15 |

John 05/24/01 15:39 #43271

*THANK YOU FOR YOUR BUSINESS*

EEOC000366

ISSUED BY AND VALID ONLY ON
SOUTHWEST AIRLINES

AGENT 2357FI

...LESS ITINERARY
NOT VALID FOR TRANSPORTATION DATE 25MAY01

CUSTOMER NAME
HILLBANNISTER/DENISE

REFERENCE NUMBER 526/27587582662

CONFIRMATION NUMBER 7TILMP

ITINERARY

| FROM | TO | FLIGHT | DATE | FARE BASIS | TIME | STATUS | PRICE | XF |
|---|---|---|---|---|---|---|---|---|
| DALLAS LOVE FIELD | AUSTIN TX | WN0111 | 25MAY | YL | 1055A | HK | 0093.75 | 00.00 |
| AUSTIN TX | DALLAS LOVE FIELD | WN0266 | 28MAY | YL | 1235P | HK | 0093.75 | 03.00 |

PRINTED IN U.S.A. BY MAGNETIC TICKET & LABEL CORP., Ac-1677H (REV. 3/00)

# Centocor

## SALES FORCE EXPENSE REPORT

**NAME** Denise Hill-Bannister

**DEPARTMENT** 470

**DISTRICT**

**EXPENSE REPORT NO.** 2587011

**PERIOD ENDING** 05/19/01

EEGC000284

Original Document of GelcoInformationNetwork

Original Document of GelcoInformationNetwork

| DATE MM/DD/YY | ORIGIN / DESTINATION/PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Explain on Detail) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPAIR / MAINT & MISC (Explain on Detail) | PROMOTIONAL PROMOTIONAL PROGRAMS | PROMOTIONAL ACCESS <$100 | MISC (Explain on Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/13/01 | dallas | | | | | 2.00 | | | | | 15.25 | | 46.03 | | | 63.28 |
| 05/14/01 | dallas | | | | | | | | | 17.49 | | | 150.47 | | | 167.96 |
| 05/15/01 | dallas | | | | | | | | | 20.61 | | | | | | |
| 05/16/01 | dallas | | 180.50 | | | | | | | 19.80 | | | | 28.12 | | 47.92 |
| 05/17/01 | austin | 190.50 | | | | 77.00 | | | | | | | 114.97 | | | 382.47 |
| 05/18/01 | dallas | | | | | 12.50 | | | | 12.89 | 30.01 | | | 32.05 | | 87.45 |
| 05/19/01 | dallas | | | | | 1.00 | | | | | | | | 14.08 | 15.08 | |
| 1/24@.05 mm | | | | | | | | | | | | | | | | |
| | PLUS OR MINUS ADJUSTMENTS | | | | | | | | | | | 51.19 | 85.06 | | 122.26 | 786.95 |
| | | | | | | | | | | | | | | | | 285.44 |

*Calculate Personal Mileage Charge Back in Box #997 at Right

| FIELD # | 10 | 11 | 12 | 83 | 13 | 16 | 18 | 17 | 18 | 19 | 80 | 81 | 82 | 84 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMOUNT | | | | 92.50 | | | | | | | | | | |

QUANTITY FIELD # 40 No. of Gallons

### FIELD PROMOTION (Explain on Detail)

| | FIELD # | TOTAL |
|---|---|---|
| Minus Personal Mileage Charge 780.0 | 997 | |
| Due Company | 87 | |
| Due Employee | 820 | 78 |
| | | |

**COMPANY CAR ONLY**

| VEHICLE NO. | 999999 |
|---|---|
| BEGINNING ODOMETER | 12890.0 |
| ENDING ODOMETER | 13650.0 |
| TOTAL MILES | 760.0 |
| TOTAL BUSINESS MILES | 760.0 |
| TOTAL PERSONAL MILES | 760.0 |

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11.)

Payment requests exceeding authorized dollar limits will delay reimbursements.

SIGNATURE

APPROVED BY

DATE MM/DD/YY 6-7-01

### NOTICE TO USER
Travel/Entertainment Advance is issued to the Driver by Gelco Information Network, Inc. P. O. Box 44100, Eden Prairie, Minnesota 55344-2500

**CONFIRMATION #** 398570000 02

**CALL DATE** 05/18/01

**CONFIRMATION #** 89037211

EXPENSE REPORT AUDITED
JUL - 3 2001

COPY SENT
JUN 27 2001
TO GELCO

ACCOUNTING COPY

**B U S I N E S S   M E A L S**

| DATE MMDDYY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 05/11/01 | dr. mcollum, dr. dittman | presbyterian, dallas | inservice relavase | 14.06 |
| 05/13/01 | dr. lin, rudy martinez, baylor | omni, dallas, tx | inservice relavase | 48.03 |
| 05/14/01 | dr. falcone, dr schultz, dr. addas | providence hospital, waco | inservice relavase | 150.47 |
| 05/16/01 | dr. gensberg, dr. lee | st paul, dallas | inservice relavase | 28.12 |
| 05/17/01 | dr. karnaze, dr. mamming, dr. fletcher | seton,austin, tx | inservice relavase | 114.87 |
| 05/18/01 | dr reese, dr. jones, dr. diamond | baylor, dallas | inservice relavase | 32.05 |
| | | | | |

**F I E L D   P R O M O T I O N   &   M I S C E L L A N E O U S**

| DATE MMDDYY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |

**M I S C E L L A N E O U S   A U T O**

| DATE MMDDYY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |

Original Document of GelcoInformationNetwork

ACCOUNTING COPY

39657000 02

CB - PRESTON/FOREST 155
MERCHANT ID
05/11/00 10:02:30 1001
LUIS CHK #146 CHARGE 1

AMEX
3794001347?1007
HILLBANNISTER/C
07/02
AUTH # 502496

CHARGE AMOUNT 14.06
TIP AMOUNT
TOTAL 14.06
CUSTOMER COPY

expensed 5-19

Central Parking System

RECEIPT

Location: 181 Bill
Amount: $ 1.00
Date: 05/11/00
By:

CPS-13 8/98

expensed 5-19

EEOC000383

EEOC000384



OMNI DALLAS HOTEL
DOVER'S GRILLE
CHECK: 1019
TABLE: 81/4
SERVER: 104 AZEB
DATE: MAY13'01 1:44PM
CARD TYPE: AMERICAN EXPRESS
ACCT #: 379400134701007
EXP. DATE: 1/07
AUTH CODE: 28
D HILLENMEYER

SUBTOTAL: 42.03
THANK YOU FOR DINING WITH US
WE LOOK FORWARD TO YOUR RETURN!

TIP AMOUNT: 7.00

TOTAL: 48.03

***********************
PLEASE LEAVE SIGNED COPY
WITH SERVER OR CASHIER

GUEST SIGNATURE

**EXXON EXPRESS PAY**

VALLEY RANCH EXXON
9975 N. MACARTHUR
IRVING, TX. 75063

DLR# 4712410
VALLEY RANCH E
IRVING TX
05/13/01 15:18
ACCT#
XXXXXXXXXXX1007
INV# HZ11198
AUTH# 543062
PUMP# 9
REG 8.978G
SELF
PRICE/GAL $1.699
FUEL TOTAL $15.25

MDSE TOTAL $0.00
TOTAL $15.25

HAVE A SAFE AND
HAPPY NEW YEAR

-THANK YOU-

THE MAIL STATION
8600 N MACARTHUR BLD 114
IRVING TX 75063

DATE: 05/14/01 TIME: 15:22
MER#: 220385786000 TER#: 0001

S-A-L-E-S D-R-A-F-T

REF: 0013 BCH: 034
CD TYPE: AX
TR TYPE: PR
AMOUNT: $17.49

ACCT: 379400134701007 EXP: 0702
AP: 513898

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS AND/OR SERVICES IN THE AMOUNT OF THE TOTAL SHOWN HEREON AND AGREES TO PERFORM THE OBLIGATIONS SET FORTH BY THE CARDMEMBER'S AGREEMENT WITH THE ISSUER

X

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

EEOC000386

MICHNA'S BAR B QUE
2803 FRANKLIN AVENI
WACO, TEXAS 76710
254-752-3650

# INVOICE

006207

DUE & PAYABLE
WHEN RECEIVED

DATE: 5-14-01

SOLD TO: Centocor. Denise

SHIP TO: Providence Dr Schultz Dr Falcon

| CUST. ORDER NO. | DATE SHIPPED | SHIPPED VIA | TERMS | SALESMAN | F.O.B. | OUR ORDER NO. |
|---|---|---|---|---|---|---|
| | | | | | | |

| QTY. ORDERED | B/O | QTY. SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | 20 | Plates | 6 95 | 139 00 |
| | | | | Tax | 11 47 |
| | | | | | 150 47 |
| | | | We Appreciate Your Business | | |
| | | | 5% Late Charge After 30 Days | | |
| | | | Tax | | |
| | | | Bob & Sandra Michna Total | | 150 47 |

Thank You

-750-2
ED IN U.S.A.
RECOVER™

PARKING COMPANY OF AMERICA
INCORPORATED

DATE 05/15/01
TIME
LOCATION ST. PAUL Hospital
AMOUNT 7.00
BY

---

THE MAIL STATION, INC.
8600 N. MacArthur Blvd. #114
Irving, Texas 75063
Phone: 402-8878
Fax: 402-9181

Packing Materials
$6.27 TX 3R 1.79
$2.00
$2.00          28 E.00    $0.00

Postage         $0.44
Sales Tax      $20.31
TOTAL          $20.31
AMEX
John
05/15/01 10:48 #43045

*THANK YOU FOR YOUR BUSINESS*

C H E V R O N
05/16/01 07:35
CHEVRON USA
770 I-635
IRVING, TX
STN 00205013
AMEX
xxxxxxxxxxxx1007

Invoice 1390470
Auth 584294
Pump # 11
11.653 G @ $ 1.699
RegU/Self $ 19.80
Total $ 19.80

Thank You
Please Come Again

CB ...HUR PARK 173
MERCHANT ID
05/16/01 07:30:57 T001
CHRISTINA CHK #007
CHARGE 1

AMEX
379400134701007
HILLBANNISTER/D
07/02
AUTH # 557345

CHARGE AMOUNT 28.12

TIP AMOUNT

TOTAL 28.12

CUSTOMER COPY

EEOC000389

Mangia Pizza
3500 Guadalupe
Austin,TX (512) 302-5200

Order #: 3
Date/Time: 05/17/2001 10:17 am
Name:
Card: Amex
Card#: 379400134701007
Exp Date: 07/02
Auth Code: 140645
Trans ID: 15369
Server:

AMOUNT: $102.97

TIP: $ 12.00

TOTAL: $ 114.97

Austin Dr Kanar Dr Manning

(Signature)

I agree to t...
as per car...

Deliv. Charge: 1.00
Tax: 7.47
3794 001 34701 007
Total: 102.97

0702
Due: $102.97

********* Delivery Instructions *********
RADIOLOGY-SPECIALS
JOHN MANNING
DENISE
HILL IS DRUG REP
*****************************************

****** Order Comments *****************
SET UPS 14 DEL 11:30-45
*****************************************

Subs, Salads, Pastas, De...
...s! Thank You for choos...

AMPCO SYSTEM PARKING
DALLAS LOVE FIELD
AIRPORT PARKING
7801 CEDAR SPRINGS ROAD
DALLAS TEXAS 75235
214 350 4881
05/17/01 16:00 L# 4 A# 14 Txn#352698
05/17/01 08:15 In 05/17/01 16:00 Out
SHORT TERM $ 7.00
Total Fee $ 7.00
CASH PAID $ 7.00-
Cash Tender $ 7.00
Change Due $ 0.00
THANK YOU FOR YOUR BUSINESS
PLEASE DRIVE CAREFULLY
HAVE A PLEASANT DAY
THANK YOU AGAIN
FAX 214 350 5153

EEOC000390

# Corner Bakery

MacArthur Park

| | |
|---|---|
| #001 MICHAEL | Dine In |
| 05/18/01 08:16:06 | #00173 |
| CHECK | #0048 |
| COOKIES DOZ | 12.99 |
| DOZEN BARS | 17.99 |
| Subtotal | 30.98 |
| Sales Tax | 1.07 |
| TOTAL | 32.05 |

You knead it Daily!!
QUESTIONS OR COMMENTS
1-800-983-4637

| | |
|---|---|
| SALES | 32.05 |
| (-)CHARGE-TIPS | 32.05 |
| CHANGE DUE | 0.00 |
| (-)CHARGE TIPS | 0.00 |

AMEX 379400134701007

**EXIT CHECK**

**PLEASE PRESENT TO VALET DRIVER**

320 ■ 464

Medical
600
5/18

EEOC000391

EEOC000392

# RECEIPT

Central Parking System

CPS-13 8/98

By:

Date: 05/18/01

Amount: $ 1.00

Location: 181

---

## PAID RECEIPT

Zale Lipshy Hospital
Valet Parking

$ 5.50

Date:

Attendant:

---

THE MAIL STATION
8600 N MACARTHUR BLD 114
IRVING TX 75063
TIME: 13:28     DATE: 05/18/01
MERCH: 8208578600000     TERM: 0001
S-A-L-E S  D-R-A-F-T

REF: 0004   BCH: 038
CD TYPE: AX
TR TYPE: PK
AMOUNT: $12.89
ACCT: 37940013470100?     EXP: 0/02
AP: 140055

CARDMEMBER ACKNOWLEDGES RECEIPT OF
GOODS AND/OR SERVICES IN THE AMOUNT OF
THE TOTAL SHOWN HEREON AND AGREES TO
PERFORM THE OBLIGATIONS SET FORTH BY THE
CARDMEMBER'S AGREEMENT WITH THE ISSUER

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

---

PRESTON MOBIL
11800 PRESTON
DALLAS TX.75230
DLR# 999312
MOBIL 755
DALLAS         TX
05/18/01    12:08
ACCT#
XXXXXXXXXXX1007
INV# BX78775
AUTH# 597539
PUMP# 3
UNLEADED
SELF
13.3446
PRICE/GAL      $2.249
FUEL TOTAL    $30.01
TOTAL         $30.01

THANK YOU
PLEASE COME AGAIN

-THANK YOU-

ROY'S TAXI, INC.
**(512) 482-0000**
SINCE 1931
FAX: (512) 482-0173

CASH RECEIPT

DATE 5-17-01

TIME _____

DRIVER'S NAME Milo

CAB # _____

FARE $ 35.00

TRIP FROM Sean Hosp.

TO Airport

90 East Ave., Austin, TX 78701
www.citysearch.com/aus/roy'staxi
"WE APPRECIATE YOUR BUSINESS"

---

ROY'S TAXI, INC.
**(512) 482-0000**
SINCE 1931
FAX: (512) 482-0173

CASH RECEIPT

DATE 5-17-01

CAB # _____

FARE $ 35.00

DRIVER'S NAME Milo

TRIP FROM Airport

TO Seton Hospital

TIME _____

90 East Ave., Austin, TX 78701
www.citysearch.com/aus/roy'staxi
"WE APPRECIATE YOUR BUSINESS"

---

**SOUTHWEST AIRLINES**

ISSUED BY AND VALID ONLY ON

TICKET _____ MLLKARY

AGENT 34177D      NOT VALID FOR TRANSPORTATION DATE 17MAY01

REFERENCE NUMBER CONFIRMATION NUMBER
526/2757141944I          7VRVU6D

CUSTOMER NAME
HILLBANNISTER/DENISE

ITINERARY

| FROM | TO | FLIGHT | DATE | FARE BASIS | TIME | S'STA | S | STAS | PRICE | |
|------|----|--------|------|-----------|------|-------|---|------|-------|--|
| AUSTIN TX | DALLAS LOVE FIELD AUSTIN TX | WN474 | 17MAY | YL | 0845A | | | HK | 0093.75 | 00.00 XF |
| DALLAS LOVE FIELD | | WN192 | 17MAY | YL | 0250P | | | HK | 0093.75 | 03.00 |

PRINTED IN U.S.A. BY MAGNETIC TICKET & LABEL CORP., AU-1STH (REV. 8/00)