# Centocor

## SALES FORCE EXPENSE REPORT

| | | |
|---|---|---|
| NAME | DEPARTMENT | EXPENSE |
| Denise Hill-Bannister | 470 | REPORT NO. 2587010 |
| | DISTRICT | PERIOD ENDING MM/DD/YY 05/12/01 |

| DATE MM/DD/YY | ORIGIN / DESTINATION / PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Explain on Detail) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPORT / MGMT & MISC (Explain on Detail) | PROMOTIONAL PROGRAMS ACCESS <100 | PROMOTIONAL PROGRAMS ACCESS >100 | MISC (Explain on Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/06/01 | dallas | | | | | | 6.00 | | | | | | | | 188.51 | 194.51 |
| 05/07/01 | dallas | | | | | | 5.50 | | | 8.89 | | | | | 115.16 | 129 |
| 05/08/01 | dallas | | | | | | 1.00 | | | | 8.52 | | 27.82 | 111.43 | | 150.14 |
| 05/09/01 | dallas | | | | | | 6.00 | | | | | | | | | 6.00 |
| 05/10/01 | dallas | | | | | 10.00 | 8.00 | | | 9.89 | 23.85 | | 47.33 | 292.19 | | 372.37 |
| 05/11/01 | dallas | | | | | | | | | | | | 78.28 | 440.00 | | 528.28 |
| 05/12/01 | dallas | | | | 37.50 | | | | | | | 8.52 | 151.43 | 1,147.29 | | 1,378.46 |

PLUS OR MINUS ADJUSTMENTS

| | FIELD # | 10 | 11 | 12 | 63 | 13 | 15 | 16 | 17 | 18 | 19 | 60 | 61 | 62 | 64 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMOUNT | | | | | | | | | | | | | | | |

### COMPANY CAR ONLY

| | |
|---|---|
| VEHICLE NO. | 999999 |
| BEGINNING ODOMETER | 12100.0 |
| ENDING ODOMETER | 12890.0 |
| TOTAL MILES | 790.0 |
| TOTAL BUSINESS MILES | |
| TOTAL PERSONAL MILES | 790.0 |

FIELD #
40
No. of Gallons
QUANTITY

| | FIELD # | TOTAL |
|---|---|---|
| Minus Personal Mileage Charge | 997 | 1.37 P *9 |
| | 790.0 | |
| Due Company | 87 | |
| Due Employee | 820 | |

*Calculate Personal Mileage Charge Back in Box #997 at Right

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 9XX. (Example: If the total in the Lodging amount field is negative, enter the code 911 instead of 11.)

Payment requests exceeding authorized dollar limits will delay reimbursements.

SIGNATURE _____ DATE MM/DD/YY 6-7-01

APPROVED BY _____ DATE MM/DD/YY 6-7-01

NOTICE TO USER
Traveller Authorization issued to the Driver by
Gelco Information Network, Inc. P.O. Box
4400, Eden Prairie, Minnesota 55344-0500

| | |
|---|---|
| CALL DATE | 05/13/01 |
| CONFIRMATION # | 80988187 |

39657000 02

EXPENSE REPORT AUDITED
JUL - 3 2001

COPY SENT
JUN 27 2001
TO GELCO

Original Document of GelcoInformationNetwork

ACCOUNTING COPY

# BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 05/21/01 | dr weiss, dr peska, dr delange | osteo ft worth | inservice retavase | 88.51 |
| 05/09/01 | mirza, flo, pharmacy staff | osteo ft worth | inservice retavase | 111.43 |
| 05/10/01 | dr. reese, dr. jones, dr. diamond, dr. heiss, dr. meiler | baylor dallas, inservice retavase | | 292.19 |
| 05/11/01 | dr. kim, dr. benson, dr. hauck, dr. gordon, dr. peska, dr.yuvarti,dr gensberg, dr. lee, tony siciliano, denise hill, bob nelson | baylor dallas, inservice retavase | | 440.00 |
| 05/11/01 | baylor techs, mike schwartz phrmd | methodist dallas | inservice retavase | 76.28 |
| 05/08/01 | dr. dittman, dr. coker, dr. mcollum | presby dallas | inservice retavase | 115.06 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

# MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Original Document of GeicoInformationNetwork

ACCOUNTING COPY

39857000 02

# TIA'S TEX MEX

**HULEN**
4720 SW LOOP 820
FT WORTH TX 76109
817-429-6141    FA  817-731-6798

| INVOICE: |
|---|
| 3443-38506 |

| ITEM | QTY | UNIT | EXTENSION |
|---|---|---|---|
| LUNCH FAJITAS SUPER | 15 | $ 7.99 | $ 119.85 | EA |
| ICED TEA | 15 | $ 1.59 | $ 23.85 |
| GUACAMOLE | 15 | $ 0.49 | $ 7.35 |
|  | 0 | $ - | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |

| | |
|---|---|
| SUBTOTAL | $ 151.05 |
| TAX | $ 12.46 |
| 0 | |
| DELIVERY | $ 25.00 |
| INVOICE TTL | $ 188.51 |

SOLD TO: Denise Hill    972-569-7757
_ OF FUNCTION: 5/7/01
_ OF FUNCTION: 11:30 AM
CONTACT: Wendy
CONTACT PHONE: 817-735-3282
PAYMENT METHOD: amex37940013470 1007  exp07/02

ADDRESS    Osteopathic Hosp
           Radiology Specials Dept
DIRECTION:  4th Floor, Room 492
           1000 Montgomery

SPECIAL:

DELIVERY PERSON:  Ryan

CALL FOR EXACT DIRECTIONS

## THANK YOU MUCHO!
## WE APPRECIATE THE OPPORTUNITY TO SERVE YOU!
## PLEASE TELL YOUR FRIENDS!

**3-012**

LONE STAR VALET

This contract limits our responsibility. **Please read it.**

Customer and company agree as follows: This is a license to park only, no bailment is created. Customer agrees to use company's parking facility at customers sole risk. Company expressly disclaims any responsibility, expressed or implied, to protect against the loss of or damage to customer's vehicle or contents. No employee or agent may enlarge company's liability in any manner. **Customer agrees to inspect car before leaving lot. Customer's claim of damage or loss must be reported and itemized on company form before car is removed from premises or customer shall waive such claim.** Should company agree to make repairs at its expense, company has option within 48 hours after notice of claim to choose the repair facility. Company is not responsible for damage by fire or defective brakes or parts. Company is not responsible for mechanical or electrical failure or flat tires. **Company is not responsible for any articles left in car nor will company accept possession or bailment of such articles.** Company reserves the right to refuse release of vehicle should guest appear intoxicated to Company employee. Company assumes no liability for guest accommodation or transportation should company deem guest intoxicated. **Parking in this facility is an acceptance of the terms of this contract.** Note posted rates and hours of operation. 114828

**EXIT CHECK**

**3-012**

LONE STAR VALET

PRESENT TO ATTENDANT

58

**SAL'S PIZZA RESTAU... INC.**
2525 Wycliff Ave.
DALLAS, TEXAS 75219
(214) 522-1828

11:30

| CUSTOMER'S ORDER NO. | PHONE 214 345 6934 | DATE |
|---|---|---|
| NAME Denis Hill | | |
| ADDRESS | | |
| CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |

Dr Dittmann

| SOLD BY | RECEIVED BY | TOTAL |
|---|---|---|

All claims and returned goods MUST be accompanied by this bi

C PRODUCT 609

377682

NEBS To Reorder
800-225-6380 or nebs.com

Thank Yo

---

SAL'S PIZZA REST
14210523366
60110170102037O #050401

| DATE | AUTHORIZATION NO. | CHECK | | |
|---|---|---|---|---|

534111

| | |
|---|---|
| | 15.16 |
| OTHER | 10.00 |
| TOTAL | 11.51 |

SALES SLIP

CUSTOMER COPY

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS.

CUSTOMER COPY

EEOC000398

EEOC000209

3:02-cv-03354-RM-CHE  # 46-3  Page 6 of 13

## PAID RECEIPT

Zale Lipshy Hospital
Valet Parking

$ 2.50

Date: _____

Attendant: _____

1089

---

PARKING COMPANY OF AMERICA

INCORPORATED

DATE 5/01

TIME _____

LOCATION St. Paul Hospital

AMOUNT $ 2.00

BY _____

---

The Donut Shop
1820 W. Mockingbird
Dallas, Texas 75235
Tel. (214) 634-1875

Date 5/08-01

Reg. No. 7384

1200 Your Account Stated to Date - If Error is Found, Return at Once

Clerk

Account Forward

7384

Genius

$1.85

[illegible]

Delivery 25.00

111.43

PAID RECEIPT

Zale Lipshy Hospital
Valet Parking

$ 3.00

Date: 5-9-01

Attendant: ______

PANERA BREAD
COLLINGSWORTH & UNIVERSITY
PHONE (817)870-1959

78 DAVID          SU 02

ORDR 891          MAY09/01 09:32AM

B A K E R Y
1 CROISS FRENCH            1.25
1 CROISS APPLE             1.65
1 CROISS CHEESE            1.65
1 CROISS CHOC              1.65
6 DANISH CHEESE            9.00
2 PUMPKIN MUFFIN           3.40
1 PECAN ROLL               1.95
1 STRDL CHERRY             1.65
2 SCONE LEMON-POPY         3.50
CREDIT CARD               27.82

SUBTOTAL                  25.70
TAX                        2.12
P A I D                   27.82

VISIT OUR WEBSITES:
WWW.PANERABREAD.COM

YOUR ORDER NUMBER: 891

---

THE MAIL STATION
8608 N MACARTHUR BLD 114
IRVING          TX 75063

DATE: 05/09/01          TERM#: 0001
TIME: 13:35
MERH#: 2208857B6000
S-A-L-E-S-D-R-A-F-T
REF#: 0009          BCH#: 031
CD TYPE: AX
TR TYPE: PR
AMOUNT=          $49.89
ACCT: 379400134700887     EXP: 0705
AP: 584367

CARDMEMBER ACKNOWLEDGES RECEIPT OF
GOODS AND/OR SERVICES IN THE AMOUNT OF
THE TOTAL SHOWN HEREON AND AGREES TO
PERFORM THE OBLIGATIONS SET FORTH BY THE
CARDMEMBER'S AGREEMENT WITH THE ISSUER

X
TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

---

STANDARD PARKING
HARRIS METHODIST

05/09/01 10:38 In   L# 1 AH 5   Txn#448416
05/09/01 09:41 In   05/09/01 10:38 Out
Fee ......1      $   1.00
Total Fee       $   1.00
CASH PAID       $   1.00
Cash Tender     $   1.00
Change Due      $   0.00
THANK YOU
HAVE A NICE DAY

EEOC000040l

Corner Bakery
MacArthur Park
#101 CHRISTINA              #00173
05/10/01 08:01:18           Dine In
CHECK  #0031
BKFST PASTRY DO    16.99
COOKIES DOZ        12.99
6 CINNAMON ROLL    13.74
Subtotal           43.72
Sales Tax           3.61
TOTAL              47.33

You knead it Daily!!
QUESTIONS OR COMMENTS
1-800-983-4637

SALES              47.33
(-)CHARGE-TIPS     47.33

CHANGE DUE          0.00

(-)CHARGE TIPS      0.00

AMEX 379400134701007

---

PARKING
# 6-368
CLAIM CHECK
THIS CONTRACT LIMITS OUR
**LIABILITY, READ IT**
We assume no liability for theft or
damage although we will use rea-
sonable caution to protect the
property of our customers.

AMERICAN HOTEL REGISTER
VERNON HILLS, IL 60061

IN   5/10
OUT  6.00

---

VALLEY RANCH TEXACO

05/10/01    07:53
STN # 910024846830
HILLEBRANNISTER/D
Amex
XXXX XXXXXXX 01007
AUTH#
INV # 005296007
CREDIT       0486340
PUMP#04
GALLONS
FUEL         13.268
@ $1.799/GAL
FUEL        $23.85
TL/NOTAX    $23.85
TAX PD       $0.00
TOTAL       $23.85
SHOPPING TEXACO
THANK YOU FOR
HAVE A NICE DAY.

# MasterCard Colonial
## May 16th – 20th

## Discount Tickets

**Fill my order with:**

| No. | Description | Amount |
|---|---|---|
| | Sponsor Medallion (admission to clubhouse).................@ $300 | |
| | Sponsor Money Clip (above Medallion made into a money clip) ......@ $325 | |
| | Grounds Badge (good every day) ..........................@ $90 | |
| | Wednesday/Thursday Daily Ticket (good any 1 day)........@ $25 | |
| 11 | Friday/Saturday/Sunday Daily Ticket (good any 1 day)...........@ $40 | 440.00 |

Make checks payable to David Dodson          **TOTAL:** _____

Name _____

Firm _____

Address _____

City _____ State _____ Zip _____

Phone _____ Fax _____

E-Mail _____ 5/10/01   *David Co. # 1057*

Send Orders to :   *Renew R. Hill - Bernstein*

**David Dodson**
4146 Willman Ave.
Ft Worth, TX 76180
817-595-2543 or fax 817-595-2538
E-mail to nrbcpadavid@netscape.net



SAL'S PIZZA RESTAURANT INC.
2525 Wycliff Ave.
DALLAS, TEXAS 75219
(214) 522-1828

35n          1:32

| CUSTOMER'S ORDER NO. | PHONE | | DATE |
| NAME | Den Hill | | |
| ADDRESS | | | |
| CASH | CHARGE | C.O.D. | MDSE RET'D | PAID OUT |

Dvd

Robert B Id
Dr Reese
820 - 3206

Pizza   OClee Cake
FA.

| SOLD BY | RECEIVED BY | | TOTAL | 27219 |

C  PRODUCT 609    All claims and returned goods MUST be accompanied by this bill

381939    NEBS  To Reorder    Thank You
800-225-6380 or nebs.com



PURCHASER SIGN HERE
X

SAL'S PIZZA REST/
M4240523366
6018X0170 10 02 03 70 /0250 7801

4128 66 348 99 56 548

Dows Hill  862

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS

CUSTOMER COPY

| | DATE | CHECK NO./FOLIO NO. | AUTHORIZATION NO. | REFERENCE NO. | SERVER/CASHIER |

564 0543

CUSTOMER COPY

400

6-451
PARKING
CLAIM CHECK
THIS CONTRACT LIMITS OUR
LIABILITY. READ IT

We assume no liability for theft or
damage although we will use rea-
sonable caution to protect the
property of our customers.

AMERICAN HOTEL REGISTER
VERNON HILLS, IL 60061

OUT
IN

EXIT
CHECK 80

LONE STAR VALET

PRESENT TO ATTENDANT

7-222

Humperdink's #26
Seafood & Chophouse
XXX N. O'Connor Blvd
Irving, TX 75062
(972) 717-5515

EMP# PAMELA H
AMEX
Date 05/12/01                    Time 19:49
Table 44
Card Holder  HILLBRANNISTER/D
Card Number  379400134701007    07/02
Auth-Code..  506818    Chk#: 13226

Amount-    63.28
Tip-       13.00
Total-     16.38

X ------------------------------------
Cardmember agrees to pay total in
accordance with agreement governing
use of such card.

*** Customer Copy ***

*(handwritten)* 1000 Family Humperdinks 5.12.01

PLEASE DETACH AND RETURN ABOVE WITH REMITTANCE IN ENCLOSED ENVELOPE

USAGE CHARGES FROM 03/26/2001 TO 04/25/2001

| DATE | DESCRIPTION | QTY | PIN | SERVICE CODE | MONTHLY CHARGES | OTHER CHARGES | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|
| | BEGINNING BALANCE | | | | | | 90.3 |
| 04/16/2001 | PAYMENT **THANK YOU** | | | | | | 90.3 |
| | CURRENT CHARGES: | | | | | | |
| | PURCHASE ORDER - N/A | | | | | | |
| 05/01/2001 | SKYTEL TWO-WAY | | 8776653547 | | 35.43 | | 35.4 |
| | DENISE HILL BANNISTER | | | | | | |
| | 2-WAY PERSONAL 800 SERVICE | | | | 2.95 | | 2.9 |
| | USAGE CHARGES - 2WAY ALPHA | 664 | | | .00 | 66.40 | 66.4 |
| | LOCAL TAX | | | | | | 2.2 |
| | STATE TAX | | | | | | 6.9 |
| | UNIVERSAL SERVICE FUND FEE | | | | | | 1.8 |

SKYTEL
PO BOX 740577
ATLANTA, GA 30374-0577

| CURRENT | OVER 30 | OVER 60 | OVER 90 | |
|---|---|---|---|---|
| 115.82 | .00 | .00 | .00 | 115. |

FEDERAL TAX ID: 64-0848625

24 HOUR CUSTOMER SERVICE: 1-800-759-8737

SKY 10/00

| INVOICE DATE | INVOICE NO. | ACCOUNT NO. | TOTAL DUE |
|---|---|---|---|
| 04/28/2001 | 01E2675377 | 2675377 | |

EEOC000406