# Centocor

## SALES FORCE EXPENSE REPORT

NAME: Denise Hill-Bannister
DEPARTMENT: 470
DISTRICT:

EXPENSE REPORT NO. **2587009**
REPORT NO. **05/05/01**
PERIOD ENDING MM/DD/YY

Original Document of Gelco Information Network

| DATE MM/DD/YY | ORIGIN / DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES (10) | AIR / RAIL / BUS (11) | LODGING (12) | TAXI, LIMO, AUTO RENTAL (83) | PARKING / TOLLS (13) | BUSINESS MEALS (16) | PHONE / FAX | OFFICE SUPPLIES & COPIES (16) | POSTAGE (17) | No. of Gallons (40) | AUTO FUEL (18) | REPAIR / MAINT & MISC (19) | PROMOTIONAL PROGRAMS ACCESS <100 (80) | PROMOTIONAL ACCESS >100 (81) | MISC (84) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/29/01 | waco | | | | | | | | | | | 19.89 | | 20.14 | | | 40.03 |
| 04/30/01 | austin | 190.50 | | | 88.00 | | 4.00 | | | | | | | 9.00 | | | 271.50 |
| 05/01/01 | dallas | | | | | 7.00 | | | 274.47 | 28.48 | | 28.16 | | 32.05 | 145.19 | 6.48 | 209.88 |
| 05/02/01 | wichita falls | | | | | | | | | | | | | | 322.61 | 115.82 | 597.08 |
| 05/03/01 | dallas | | | | | | | | | | | 21.39 | | | | | 151.30 |
| 05/04/01 | dallas | | | | | | | | | | | | | | | 32.46 | 53.85 |
| 05/05/01 | dallas | | | | | | | | | | | | | | | | |
| PLUS OR MINUS ADJUSTMENTS | | | | | | | | | | | | | | | | | |
| **AMOUNT** | FIELD # | **10** 190.50 | **11** | **12** 88.00 | **83** 7.00 | **13** 4.00 | **16** | | **16** 274.47 | **17** 28.48 | **40** | **18** 67.44 | **19** | **80** 61.19 | **81** 467.80 | **84** 154.76 | **TOTAL** 1,323.84 |

### COMPANY CAR ONLY

| | |
|---|---|
| VEHICLE NO. | 999999 |
| BEGINNING ODOMETER | 11400.0 |
| ENDING ODOMETER | 12100.0 |
| TOTAL MILES | 700.0 |
| TOTAL BUSINESS MILES | 700.0 |
| TOTAL PERSONAL MILES | 700.0 |

2400.05 ann

*Calculate Personal Mileage Charge Back in Box #997 at Right

**IMPORTANT**

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number. 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11.)

Payment requests exceeding authorized dollar limits will delay reimbursement.

SIGNATURE _____
APPROVED BY _____
DATE MM/DD/YY _____
DATE MM/DD/YY 6-7-01

FIELD PROMOTION (Explain on Detail)

| FIELD # | TOTAL |
|---|---|
| 997 Minus Personal Mileage Charge | 700.0 |
| 87 Due Company | |
| 820 Due Employee | 1,323.84 |

NOTICE TO USER
Traveller Authorization Issued to the Owner by
Gelco Information Network, Inc. P.O. Box
4400, Eden Prairie, Minnesota 55344-2500

CALL DATE 05/05/01
CONFIRMATION #
39657000.02
88892104

EXPENSE REPORT AUDITED
JUL - 3 2001

COPY SENT
JUN 27 2001
TO GELCO

ACCOUNTING COPY

# BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 04/29/01 | dr. falcone | waco, providence hospital | inservice retavase | 20.14 |
| 05/01/01 | dr. manning, dr. dutton, dr. fletcher | austin, seton hospital | inservice retavase | 9.00 |
| 05/02/0' | dr. vanmeter, dr. slonim | dallas, methodist hospital | inservice retavase | 145.19 |
| 05/03/01 | dr. thota, dr. sudashram, dr. kong | wichita falls, unted regional | inservice retavase | 322.61 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 05/02/01 | batteries for pager, and birthday card for staff member | 6.48 |
| 05/05/01 | printer cable for new printer from Centocor, not included | 32.46 |
| 05/04/01 | pager for the month | 115.82 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Original Document of GelcoInformationNetwork

ACCOUNTING COPY

39857000 02

EEC0000408



VALLEY RANCH TEXAC

04/29/01 15:18
STN # 91002448630
BANNISTER/DENISE R
Visa
XXXX XXXX XXXX 654
8
AUTH# 00170533
INV # 0462168
CREDIT
PUMP#02 UNLEAD
GALLONS 11.915
@ $1.669/GAL
FUEL $19.89

TL/NOTAX $19.89
TAX PD $0.00
TOTAL $19.89

THANK YOU FOR
SHOPPING TEXACO
HAVE A NICE DAY.

CA ONE SERVICES INC.
AUSTIN-BERGSTROM INTL. AIRPORT
SCHLOTZSKY COFFEE EXPRESS

1010 JOHNNY

6360 MAY01/01 3:08PM

1 Lg Bottle                1.85

Subtotal                   1.85
Total Tax                  0.15
Total Paid.....            2.00
CASH (PRT)                20.00
Change Owed....           18.00

**********************************
PROVIDING CARE AND COMFORT
TO PEOPLE AWAY FROM HOME
**********************************

Your order number is: 6360

---

Your order number is: 6299

**********************************
PROVIDING CARE AND COMFORT
TO PEOPLE AWAY FROM HOME
**********************************

1 Lg Bottle

Subtotal
Total Tax
Total Paid........
CASH (PRT)
Change Owed.....

6299 MAY01/01  1:1??M

---

Mrs Johnson's
bakery
4909 Airport
(512) 452-4730

BZ SEC 1    4.00
BZ SEC 2    5.00
THEFUCT  2
TOTAL    ? .00

CASH TD   20.00
CHANGE    11.00
BY-NANDO OR TR001
BOLG CLENACH

# TRAVEL SERVICES
MAILING AND OVERNIGHT ADDRESS:
5031 INDIAN SCHOOL RD. NE
BLDG. C, STE. 200
ALBUQUERQUE, NM 87110
1-800-235-6670

CUSTOMER NBR: 1726000001

| SALES PERSON: 61 | ITINERARY/INVOICE NO. 00564635 | DATE: 30 APR.01 |
|---|---|---|
| | RJSK60 | PAGE: 01 |

TO: DENISE BANNISTER   ETKT
8003 NORTH MC ARTHUR APT2004
IRVING TX 75063

FORWARD COPY 1 W/ EXPENSE REPORT
Approval
Signed _____ Date
Account #
Purpose of Business

FOR: HILL BANNISTER/DENISE   REF: CEN01

01 MAY 01  -  TUESDAY
AIR   SOUTHWEST AIRLINES   FLT:716   ECONOMY   MULTI MEALS
LV DALLAS LOVE FLD   735A   EQP: BOEING 737-200
DEPART: MAIN   50MIN
AR AUSTIN   825A   NON-STOP
LV AUSTIN   155P   EQP: BOEING 737 300
AIR   SOUTHWEST AIRLINES   FLT:2013   ECONOMY   55MIN
AR DALLAS LOVE FLD   250P   NON-STOP
ARRIVE: MAIN

29 AUG 01  -  WEDNESDAY
OTHER NEWARK

THANK YOU FOR USING THE CORPORATE TRAVEL DEPARTMENT

AIR TICKET   WN2755369167   HILL BANNISTER D
BILLED TO V141280003989959548   198.50*
SUB TOTAL   198.50
NET CC BILLING   198.50*
TOTAL AMOUNT DUE   0.00

--- DURING BUSINESS HOURS ---
PLEASE CALL 888-JWJ-TRAV  OR  888-565-8728
FOR TRAVEL WITH A GROUP ID CALL 877-554-4787
-- FOR EMERGENCIES ONLY- AFTER HOURS PLEASE CALL --
--1-800-354-2400 - ACCESS CODE - S-LZ82 --
--OR 24HOUR COLLECT TO AFTER HOURS 713-260-8713 --
PLEASE RETAIN COPY OF INVOICE AND PASSENGER
RECEIPT FOR EXPENSE PURPOSES
--- CANCELLATION/REFUND INFORMATION ---
TO CANCEL A RESERVATION PLEASE CALL J AND J TRAVEL
SERVICES AND RETURN ANY UNUSED TICKETS TO THE
ABOVE ADDRESS. CREDIT FOR REFUNDABLE TICKETS WILL

CONTINUED ON PAGE 2



**SOUTHWEST AIRLINES**
ISSUED BY AND VALID ONLY ON

TICKETLESS ITINERARY
NOT VALID FOR TRANSPORTATION

AGENT 2673CI
DATE 01MAY0

| CUSTOMER NAME | REFERENCE NUMBER | CONFIRMATION NUMBER |
|---|---|---|
| HILLBANNISTER/DENISE | 526/27553691672 | 7HZER4 |

ITINERARY

| FROM | TO | FLIGHT | DATE | FARE BASIS | TIME | STATUS | PRICE | XF |
|---|---|---|---|---|---|---|---|---|
| DALLAS LOVE FIELD | AUSTIN TX | WN0710 | 01MAY | YL | 0735A | HK | 0093.75 | 00.00 |
| AUSTIN TX | DALLAS LOVE FIELD | WN2013 | 01MAY | YL | 0155P | HK | 0093.75 | 03.00 |

PRINTED IN U.S.A. BY MAGNETIC TICKET & LABEL CORP. Ac-167TH (REV. 3/00)

**ROY'S TAXI, INC.**
**(512) 482-0000**
FAX: (512) 482-0173
SINCE 1931
CASH RECEIPT
CAB #
FARE $ 30.00
DRIVER'S NAME
TRIP FROM Seton
TO Airport
DATE 5-1
TIME
90 East Ave., Austin, TX 78701
www.citysearch.com/aus/roy'staxi
"WE APPRECIATE YOUR BUSINESS"

**ROY'S TAXI, INC.**
**(512) 482-0000**
FAX: (512) 482-0173
SINCE 1931
CASH RECEIPT
CAB #
FARE $ 33.00
DATE 5-1-01
TIME 8:00
DRIVER'S NAME Mike
TRIP FROM Airport
TO Seton Hosp
90 East Ave., Austin, TX 78701
www.citysearch.com/aus/roy'staxi
"WE APPRECIATE YOUR BUSINESS"

Corner Bakery
MacArthur Park
#10? TOITH Dine In
05/02/01 09:24:37 #00173

CHECK #0061

| | |
|---|---|
| COOKIES DOZ | 12.99 |
| DOZEN BARS | 17.99 |
| Subtotal | 30.98 |
| Sales Tax | 1.07 |
| TOTAL | 32.05 |

You knead it Daily!!
QUESTIONS OR COMMENTS
1-800-983-4637

| | |
|---|---|
| SALES | 32.05 |
| (-)CHARGE TIPS | 32.05 |
| CHANGE DUE | 0.00 |
| (-)CHARGE TIPS | 0.00 |

VISA 4128003989956548

**EXXON EXPRESS PAY**

VALLEY RANCH EXXON
9975 N. MACARTHUR
IRVING, TX. 75063

DLR# 4712410
VALLEY RANCH E
IRVING TX
05/02/01 17:39
ACCT#
XXXXXXXXXXXX6548
INV# HZZ9016
AUTH# 571345
PUMP# 9
REG 7.968G
SELF
PRICE/GAL $1.679
FUEL TOTAL $13.38

MDSE TOTAL $0.00
TOTAL $13.38

HAVE A SAFE AND
HAPPY NEW YEAR

-THANK YOU-

C H E V R O N
05/02/01 09:35
CHEVRON USA
770 I-635
IRVING TX
STH
VISA 00205012
XXXXXXXXXXXX6548
Invoice 1374271
Auth 122301
Pump # 7
7.027 G-7 @ $ 1.819
UnlP/Self $ 12.78
Total $ 12.78
Thank You
Please Come Again

Special Radiology 2nd floor
Dr Vanister

**SAL'S PIZZA RESTAURANT INC.**
2525 Wycliff Ave.
DALLAS, TEXAS 75219
(214) 522-1828

13W

2nd

| CUSTOMER'S ORDER NO. | PHONE 5699757 | DATE 11:48 |
|---|---|---|
| NAME Denni Hill | | |
| ADDRESS Special Radiology 2nd | | |

| CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| Dr Vanister | | |
| (214) 947 | | 26.88 |
| Con | | |
| TX | | |
| Chan Cell | | |
| | TAX | |
| SOLD BY / RECEIVED BY | TOTAL | |

C PRODUCT 609 All claims and returned goods MUST be accompanied by this bill.

380533 NEBS To Reorder 800-225-6380 or nebs.com *Thank You*

---

412 80-54 8721 36651.8

Denni Hill. 9/02

| DATE | SERVER/CASHIER |
|---|---|
| AUTHORIZATION NO. | REFERENCE NO. |
| CHECK NO./FOLIO NO. | |

SAL'S PIZZA REST
1421052366
60110170102037O 050501 5341132

| | |
|---|---|
| 134 [illegible] | PURCHASES |
| | TAX |
| | SERVICES |
| 10.00 | OTHER |
| 145.19 | TOTAL |

SALES SLIP

PURCHASER SIGN HERE
X [signature]

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the issuer.

CUSTOMER COPY

**IMPORTANT:** RETAIN THIS COPY FOR YOUR RECORDS.

CUSTOMER COPY

ECKERD DRUG
STORE #3622

** ECKERD 3622 7835 N MACARTHUR **
** IRVING TEXAS 214-496-9644 **

ASSOC #8388 REG #001 DRAWER #1
TRANS #0852 TYPE 10 STORE # 3622

| | | | |
|---|---|---|---|
| 924898 | EVERYDAY CA 1T | 1.99 | |
| 798512 | ECK AA4-4PK 1T | 2.00 | SALE |
| 720656 | ECK.AA4 BAT 1T | 2.00 | SALE |

| | |
|---|---|
| TX 8.25% TAX | .49 |
| TOTAL | 6.48 |
| CASH | 10.00 |
| CHANGE | 3.52 |

THANK YOU FOR SHOPPING AT ECKERD
1-800-ECKERDS www.eckerd.com
MAY 2, 2001 1:53 PM

Kinko's (972) 263-0042
841 McArthur Pk.
Irving, TX 75063

| QTY/LIST | DISC | PRICE | AMOUNT |
|---|---|---|---|
| 50 FS COLOR S/S CARDSTCK 8.5X11 | | | |
| 1.74 | 0.00 | 1.74 | 87.00 |
| 1 CUTTING SET UP | | | |
| 5.00 | 0.00 | 5.00 | 5.00 |
| 840 FS B&W S/S WHITE STD | | | |
| 0.07 | 0.00 | 0.07 | 58.80 |
| 5 DOC CREATION TABS PER TAB | | | |
| 1.95 | 0.00 | 1.95 | 9.75 |
| 75 FS B&W TABS PER TAB | | | |
| 0.35 | 0.00 | 0.35 | 26.25 |
| 15 BIND COIL CLEAR STANDARD | | | |
| 4.45 | 0.00 | 4.45 | 66.75 |

SUB 253.55 TX 20.92 TOT 274.47
Visa 274.47
CHG 0.00

CUSTOMER ID HILL BANNISTER
XXXXXXXXXXXX6548 09/02 AP913716
I agree to pay the above amount
according to the card issuer agreement.
Sign Here: X________________________

CW 27 TR 90665 RG 3 05/03/01 08:39
Visit us @ http://www.kinkos.com

Wichita Falls, TX

Amount

# 7-510

## PARKING CHECK

IN
OUT

License
Make Dodge
Charge White

AMERICAN HOTEL REGISTER
VERNON HILLS, IL 60061

RECEIPT

**Central Parking System**

Location: 181

Amount: $ 3.00

Date: 05/4/01

By:

CPS-13 8/98

---

THE MAIL STATION
8600 N MACARTHUR BLD 114
IRVING          TX 75063
DATE: 05/04/01          TIME: 13:43
MERH# 2280385786000     TERM# 0001
S-A-E-E-S   D-R-A-F-T
REF: 0002     BCH#: 028
CD TYPE: AX
TR TYPE: PR
AMOUNT:        $28.48
ACCT: 379400134701882   EXP: 0702
AP: 503266

CARDMEMBER ACKNOWLEDGES RECEIPT OF
GOODS AND/OR SERVICES IN THE AMOUNT OF
THE TOTAL SHOWN HEREON AND AGREES TO
PERFORM THE OBLIGATIONS SET FORTH BY THE
CARDMEMBER'S AGREEMENT WITH THE ISSUER

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

VALLEY RANCH TEXAC

05/05/01 11:33
STN # 91002448630

HILLBANNISTER/D
Amex
XXXX XXXXXX 01007
AUTH# 00520603
INV # 0475574
CREDIT
PUMP#02 UNLEAD
GALLONS 12.590
@ $1.699/GAL
FUEL $21.39

TL/NOTAX $21.39
TAX PD $0.00
TOTAL $21.39

THANK YOU FOR
SHOPPING TEXACO
HAVE A NICE DAY.

---

Office Depot

OFFICE DEPOT
2777 N. MACARTHUR BLVD.
IRVING, TX 75063
214-574 4000

For Office printer

Employee 224304 05/05/01 11:17
Store #0514 Reg #01 Tran #8368
SALE POS Version 4.06

07228681246B 6FT,IEEE 128 29.99
MFG. LIST $ 49.99
SUBTOTAL 29.99
TX 8.25% SALES TAX 2.47
TOTAL 32.46

ACCOUNT NUMBER XXXXXXXXXXX1007
AMEX 32.46
APPROVAL CODE 27

Office Depot®

CHANGE .00

Try our COPY CENTER for
Printing, Copying & UPS Shipping

Geld Information Network

# TRAVELETTER DIRECT AUTO ADJUSTMENT FORM

**Company:** Centocor, Inc.

**Employee Name:** Denise Hill Barmister 410

| Expense Report Information | |
|---|---|
| Account Number | 39657 ✓ |
| Employee Authorization Number | 107870 ✓ |
| Expense Report Number | 311 ✓ * Number for this Adjustment Form |
| Period End Date | 4/28/01 ✓ |
| Expense Report # being adjusted — Field 790 | 2587006 |

| Expense Description | Negative Adjustment Field # | Negative Adjustment Amount | Positive Adjustment Field # | Positive Adjustment Amount |
|---|---|---|---|---|
| Phone | 915 | 89.68 ✓ | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Totals | | | | |
| Total Adjustment Amount | 90 | 89.68 ✓ | 990 | |

Corresponding Quantity Fields

| Quantity Description | Negative Adjustment Field # | Negative Adjustment Quantity | Positive Adjustment Field # | Positive Adjustment Quantity |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

COMMENTS:

Amount entered on expense report doesn't match receipt. receipt was for 10.32 not 100.

Confirmation # > 89677967

Call Date > 72401

Adjuster's Name Georgann Glenn

Date Form Sent to Employee

OFFICE COPY