E-FILED
Friday, 01 April, 2005 04:41:06 PM
Clerk, U.S. District Court, ILCD

# Centocor

## SALES FORCE EXPENSE REPORT

**NAME** Denise Hill-Bannister

**DEPARTMENT** 470

**DISTRICT**

**EXPENSE REPORT NO.** 2587017

**PERIOD ENDING (MM/DD/YY)** 06/30/01

| DATE (MM/DD/YY) | ORIGIN / DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Explain in Detail) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL No. of Gallons | REPAIR/MAINT & MISC (Explain in Detail) | PROMOTIONAL PROGRAMS | PROMOTIONAL ACCESS <$100 | PROMOTIONAL ACCESS >$100 | MISC. (Explain in Detail) | Minus Personal Mileage Charge | Due Company | Due Employee | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FIELD # | 10 | 11 | 12 | 63 | 13 | 15 | 16 | 17 | 18 | 19 | 60 | 61 | 62 | 64 | 997 | 87 | 820 | TOTAL |
| 06/24/01 | dallas | 20.0 | | | | | | | | | | | | | | | | | 230.36 |
| 06/25/01 | dallas | 110.0 | | | 21.00 | | * 1.99 | | | | | | | | *161.73 | * 68.63 | | | 269.74 |
| 06/26/01 | orlando | | | | | | 39.96 | | | | | | | | *241.75 | *17.99 | | | 22.99 |
| 06/27/01 | orlando | | | | | | 82.16 | | | | | | | | | | | | 82.16 |
| 06/28/01 | orlando | | | | 22.00 | | 2.11 | | | | | | | | *113.43 | | | | 137.54 |
| 06/29/01 | orlando | 45.0 | | | | | | | | | | | | | | | | | |
| 06/30/01 | dallas | | | | 43.00 | | 126.22 | | | | 17.94 | | | | 516.91 | 86.62 | | | 790.69 |

PLUS OR MINUS ADJUSTMENTS 112 kb 05.6mi

| FIELD # | QUANTITY | FIELD # | No. of Gallons | FIELD # | TOTAL |
|---|---|---|---|---|---|
| | | 40 | 17.94 | 997 | 17.94 |

### COMPANY CAR ONLY

| | |
|---|---|
| VEHICLE NO. | 212193 |
| BEGINNING ODOMETER | 1900.0 |
| ENDING ODOMETER | 2075.0 |
| TOTAL MILES | 175.0 |
| TOTAL BUSINESS MILES | 175.0 |
| TOTAL PERSONAL MILES | |

*Calculate Personal Mileage Charge Back in Box #997 at Right

**IMPORTANT**

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number. 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11.)

Payment requests exceeding authorized dollar limit will delay reimbursements.

SIGNATURE _[signature]_
APPROVED BY _[signature]_

DATE (MM/DD/YY) 7-2-01
DATE (MM/DD/YY) 7-30-01

EXHIBIT
4
Hill Bannister

tabbies®

**NOTICE TO USER**
Travel/Entertainment Advances issued to the Driver by Gelco Information Network, Inc P.O. Box 44600, Eden Prairie, Minnesota 55344-2600

39567000 02

| CALL DATE | CONFIRMATION # |
|---|---|
| 07/20/01 | 89483795 |

8/14/01 ML
COPY SENT
AUG 14 2001
TO GELCO
9-5-01

ACCOUNTING COPY

## BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 06/26/01 | denise hill bannister | orlando meeting | personal meal | * 1.99 |
| 06/26/01 | denise hill bannister | orlando meeting | personal meal | *39.96 |
| 06/27/01 | denise hill bannister | orlando meeting | personal meal | * 82.16 |
| 06/28/01 | denise hill bannister | orlando meeting | personal meal | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 06/26/01 | methodist hospital pharmacy. Mike Schwartz Pharmd, shelly, stacy courtney, burleigh johnson, and 13 techs. | * 161.73 |
| 06/24/01 | baylor radiology, inservice retavase dr. reese, dr diamond, dr. jones, dr. meller, dr. lin and 30 staff | * 201.75 |
| 06/25/01 | methodist radilogy. dr. slonim, dr. donovan, dr. vanmeter, and 10 staff, inservice retavase | * 68.43 |
| 06/25/01 | st paul radiology.inservice reatavse dr. gensberg, dr. lee | * 17.99 |
| 06/29/01 | lunch, medical city, dallas, dr. gordon, dr. postma, dr. kassenoff, inservice retavase  receipt held over from 06/13/01 xpense report | * 193.43 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

ACCOUNTING COPY

39857000 02

*********************************
R A Z Z O O' S
I R V I N G
*********************************

Date: Jun24'01 12:59PM
Card Type: AMEX
Acct #: 379400134701007
Exp Date: 07/02
Auth Code: 530592
Check: 5191
Server: 900 AM Bar
D HILLBANNISTER

Methodist brunch

Subtotal: 161.73

Tip:

Total: 161.73

Signature

*********************************
Top Copy for Razzoo's
Bottom Copy for YOU
*********************************

EEOC000334

412 8 60 39 8 99 56 548

7/92

Dave Hill

SAL'S PIZZA REST
147105749
601101781020370 062501 548256

CUSTOMER COPY

| QTY | DESCRIPTION | AMOUNT |
|---|---|---|
| | | 22|17 |
| TAX | | |
| TIP/MISC | | 20 |
| SALES SLIP TOTAL | | 24|77 |

| DATE | | SURCHARGE |
| AUTHORIZATION NO | REFERENCE NO | |

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS

PURCHASER SIGN HERE
X
Customer acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the Issuer.



SAL'S PIZZA RESTAURANT INC.
2525 Wycliff Ave.
DALLAS, TEXAS 75219
(214) 522-1828

*Thank You*
To Reorder: 800-225-6380 or nebs.com
378543
C PRODUCT 609

All claims and returned goods MUST be accompanied by this bill.

06/25

**SAL'S PIZZA RESTAURANT INC.**
2525 Wycliff Ave.
DALLAS, TEXAS 75219
(214) 522-1828

11.0

| CUSTOMER'S ORDER NO. | PHONE | DATE |
|---|---|---|
| | | |

NAME
ADDRESS

| CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|
| | | | | | |

TAX
TOTAL 63 43

SOLD BY | RECEIVED BY

C PRODUCT 609 All claims and returned goods MUST be accompanied by this bill.

378734 Thank You

---

4128 0634 4999 56540

Dennis Hill 7/02

| DATE | SERVER/CASHIER |
|---|---|
| 7 | |

| AUTHORIZATION NO. | REFERENCE NO. |
|---|---|
| | |

SAL'S PIZZA REST
1421052366
60110170102037 062101 5482751

| QTY. | DESCRIPTION | AMOUNT |
|---|---|---|
| | | 63 43 |
| | TAX | |
| SALES SLIP | TIP / MISC. | 5 60 |
| | TOTAL | 68 |

CUSTOMER COPY

PURCHASER SIGN HERE
X

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the Issuer.

**IMPORTANT: RETAIN THIS COPY FOR YOU**

EEOC000335

**EXXON EXPRESS PAY**

VALLEY RANCH EXXON
9975 N. MACARTHUR
IRVING, TX.75063

DLR# 4712410
VALLEY RANCH E
IRVING TX
06/30/01 12:30
XXXXXXXXXXXX1007 ACCT#
INV# HZZ5170
AUTH# 592894
PUMP# 5
REG
SELF 11.287G
PRICE/GAL $1.589
FUEL TOTAL $17.94

MDSE TOTAL $0.00
TOTAL $17.94

HAVE A SAFE AND
HAPPY NEW YEAR

-THANK YOU-

CB - MACARTHUR PARK 173
MERCHANT ID
06/25/01 07:49:19 T001
MIKE CHK #017
CHARGE 1

AMEX
379400134701007
HILLBANNISTER/D
07/02
AUTH # 519527

CHARGE AMOUNT 17.99

TIP AMOUNT___________|___

TOTAL___________|___

CUSTOMER COPY

**YELLOW CAB**
**Fare Receipt**

Amt. 21.00 Date 6/26/01
Trip from Valley R
To Airport
Cab # ____ ID # ____
Driver ____

For Prearranged Airport Service
Dial: 1-800-749-9422

Thank you for riding with us.

214-252-0055

Date 6/29 Time ____
Fare 22.00 Extra ____
Driver Airport Valley R
Cab Number ____

HMSHost
Burger King A51
Orlando International Airport

1036 Carolina

CHK 6462 JUN29'01 12:53PM

| | |
|---|---|
| 1 24 SPORT WATER | 1.99 |
| Tax | 0.12 |
| Amt Paid | 2.11 |
| Cash | 5.00 |
| Change Due | 2.89 |

THANK YOU

Any concerns please contact the
Store Manager:
Marvin Wood :(407)851-1334 x159

EEOC000339

3:02-cv-03354-RM-CHE  # 67-2  Filed  Page 9 of 29



PORTOFINO
BAY HOTEL

AT UNIVERSAL ORLANDO™
A LOEWS HOTEL

HILL-BANNISTER, DENISE
NATIONAL TRAINING MEETING

| | |
|---|---|
| Arrival | 6/26/01 |
| Departure | 6/29/01 |
| No. in Party | 1 |
| Rate | |

Account No.   237782        Room No.   2559

| No. | Date | Description | | Amount |
|---|---|---|---|---|
| | | A-PRIMARY FOLIO | | |
| 1 | 6/27/01 | ROOM SERVICE-PBH 07:49 | 1205 2559 | $20.45 |
| 2 | 6/27/01 | REF PANTRY PBH | 86 2559 | $19.51 |
| 3 | 6/28/01 | ROOM SERVICE-PBH 08:10 | 5802 2559 | $12.25 |
| 4 | 6/28/01 | ROOM SERVICE-PBH 12:51 | 7105 2559 | $69.91 |
| | | * BALANCE DUE * | | $122.12 |

Company _____    Street _____

Room Number 2559
HILL-BANNISTER D

City _____   State _____   Zip Code _____

Regardless of charge instructions, I acknowledge the
above as personal indebtedness.

Guest Signature _____

*We appreciate your business. Grazie!*

5601 Universal Boulevard ♦ Orlando, Florida 32819 ♦ (407) 503-1000

SAL'S PIZZA RESTAURANT INC.
2525 Wycliff Ave.
DALLAS, TEXAS 75219
(214) 522-1828

| CUSTOMER'S ORDER NO. | PHONE | DATE 11-02 |
|---|---|---|
| NAME Dan Hill | | |
| ADDRESS | | |

| CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| | Pizza | | |
| | Sam | | |
| | Dan | | 19.90 |
| | | TAX | 103 43 |
| SOLD BY | RECEIVED BY | TOTAL | 103 43 |

C PRODUCT 609 All claims and returned goods MUST be accompanied by this bill.

378733

*Thank You*

approved 6-29

063107736548

Dan Hill 9/02

SAL'S PIZZA REST
1471052366
60110170102O370 062101 5482752

| DATE | SERVER/CASHIER |
|---|---|
| AUTHORIZATION NO. | REFERENCE NO. |

| QTY. | DESCRIPTION | AMOUNT |
|---|---|---|
| | | 103 43 |
| | | |
| SALES SLIP | TAX | |
| | TIP MISC. | 10 00 |
| | TOTAL | 113 43 |

CUSTOMER COPY

PURCHASER SIGN HERE
X

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the Issuer.

**IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS**

EEOC000340

# Centocor

## SALES FORCE EXPENSE REPORT

| | | EXPENSE |
|---|---|---|
| | DEPARTMENT 470 | DISTRICT |

**REPORT NO. 2587016**
PERIOD ENDING MM/DD/YY **06/23/01**

NAME **Denise Hill-Bannister**

| DATE MM/DD/YY | ORIGIN / DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Explain in Detail) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REIMBURSMENT & MISC. (Explain in Detail) | PROMOTION PROMOTIONAL PROGRAMS | PROMOTIONAL ACCESS >$100 | PROMOTIONAL ACCESS <$100 | MISC (Explain in Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/17/01 | dallas | 45.0 | | | | 6.00 | | 90.30 | | 33.75 | | *24.69 | | | | | 154.74 |
| 06/18/01 | dallas | 90.0 | | | | 10.00 | | | 58.46 | | 14.94 | | 1,270.03 | *58.18 | | | 1,287.03 |
| 06/19/01 | dallas | 24.0 | | | | 17.00 | | | | | 19.64 | | | 25.43 | | | 47.07 |
| 06/20/01 | dallas | 50.0 | | | | 2.00 | | | | | | | 434.73 | | 121.82 | | 561.55 |
| 06/21/01 | dallas | 89.0 | | | | 5.00 | | | 6.30 | | | | | | 192.68 | | 204.48 |
| 06/22/01 | dallas | 100.0 | | | | 5.50 | | | | | 7.90 | | | | 7.90 | | 7.90 |
| 06/23/01 | dallas | 9.0 | | | | | | 100.00 | | | | | | | 100.00 | | 100.00 |
| | PLUS OR MINUS ADJUSTMENTS | | | | | | | | | | | | | | | | |
| FIELD # | | 10 | 11 | 12 | 53 | 13 | | 15 | 16 | 17 | 18 | 19 | 50 | 51 | 52 | 54 | |
| AMOUNT | | | | | 45.50 | | | 190.30 | 64.76 | 33.75 | 42.48 | | 1,729.45 | 83.61 | 314.50 | | 2,504.35 |

**COMPANY CAR ONLY**

| | |
|---|---|
| VEHICLE NO. | 212193 |
| BEGINNING ODOMETER | 1455.0 |
| ENDING ODOMETER | 1862.0 |
| TOTAL MILES | 407.0 |
| TOTAL BUSINESS MILES | 407.0 |
| TOTAL PERSONAL MILES | 407.0 |

11249 85 6mm

SIGNATURE _(signature)_   APPROVED BY _(signature)_

DATE MM/DD/YY _7.30_

**IMPORTANT**

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 9XX. (Example: If the total in the Lodging amount field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursements.

**\*Calculate Personal Mileage Charge Back in Box #997 at Right**

QUANTITY — FIELD# 40 — No. of Gallons

| | FIELD # | TOTAL |
|---|---|---|
| Minus Personal Mileage Charge | 997 | |
| Due Company | 87 | |
| Due Employee | 820 | 2,504.35 |

CALL DATE 06/24/01

CONFIRMATION # 89391927

396570000 02

NOTICE TO USER
Travelletter / Authorization should be Drawn by Gelco Information Network, Inc. P.O. Box 44500, Eden Prairie, Minnesota 55344-2500.

_(stamp)_ 8/14/01
COPY SENT
AUG 14 2001
TO GELCO
0-5-01

ACCOUNTING COPY

# BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 06/21/01 | methodist hospital pharmacy | teleconference lunch | inservice retavase, Dr. schwartz and staff | • 192.66 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE/ BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 06/08/01 | three forks before dinner, dr meiler, dr. lin, drs pong, kim, and benson. Retavase inservice | • 24.69 |
| 06/18/01 | inservice retavase, harris methodist, dr. gralino, dr. pickering, and dr. reeb. | • 58.18 |
| 06/19/01 | del friscos, surgery journal club and inservice retavase. Osteopathic f.w., dr. snow, dr. yuvarti, dr. peska, dr. delange | • 1,270.03 |
| 06/20/01 | inservice retavase, methodist hospital, dr. vanmeter and staff. | • 25.43 |
| 06/21/01 | inservice retqavase, baylor staff, Dr. meiler, dr. lin, dr. pham, dr. song. | • 434.73 |
| 06/21/01 | Inservice retavase, plano medical center pharmacy, Teleconference lunch | • 111.82 |

# MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

112499 05 dmm

39857000 02

ACCOUNTING COPY

5455
E 2/12/12

unplanned
6/17/01

17776 Dallas Parkway
Dallas, TX 75287
972 267-1776

Server: Main BAR 2
07:18 PM                          06/06/2001
HILLBANNISTERD /1                 7/70009

AMEX                              7340045
Card #37940013470100[7           Exp:0702
Magnetic card present: HILLBANNISTERD
Approval: 502906

Amount:          20.59            4.00
                                  24.59
+ Tip: _____

= Total: _____

X _____
Approval: 502906

Thank you for choosing
III Forks for your dining
pleasure. Please Come
Back Soon........

Keep a copy

PLEASE DETACH AND RETURN ABOVE WITH REMITTANCE IN ENCLOSED ENVELOPE

USAGE CHARGES FROM 02/22/2001 TO 03/25/2001

Expensed 6/17/01

| DATE | DESCRIPTION | QTY | PIN | SERVICE CODE | MONTHLY CHARGES | OTHER CHARGES | TOTAL CHARGE |
|---|---|---|---|---|---|---|---|
| | CURRENT CHARGES: | | | | | | |
| | PURCHASE ORDER - N/A | | | | | | |
| 3/07/2001 | SKYTEL TWO-WAY FOR 025 DAYS.<br>STARTED ON 03/07/01 | | 8776653547 | | 31.98 | | 31.' |
| 4/ '2001 | SKYTEL TWO-WAY<br>DENISE HILL BANNISTER | | 8776653547 | | 35.43 | | 35.. |
| | 2-WAY PERSONAL 800 SERVICE | | | | 2.95 | | 2.' |
| 3/05/2001 | SHIPPING CHARGE | | | | | 13.00 | 13.' |
| | LOCAL TAX | | | | | | 1.. |
| | STATE TAX | | | | | | 4.. |
| | UNIVERSAL SERVICE FUND FEE | | | | | | . |

SKYTEL
PO BOX 740577
ATLANTA, GA 30374-0577

FEDERAL TAX ID: 64-0848625

24 HOUR CUSTOMER SERVICE: 1-800-759-8737

SKY 10/00

| CURRENT | OVER 30 | OVER 60 | OVER 90 | |
|---|---|---|---|---|
| 90.30 | .00 | .00 | .00 | 90. |

| INVOICE DATE | INVOICE NO. | ACCOUNT NO. | TOTAL DUE |
|---|---|---|---|
| 03/31/2001 | 01D2675377 | 2675377 | |

THE MAIL STATION
8600 N MACARTHUR BLD 114
IRVING TX 75063

TIME: 14:38
DATE: 06/08/01 TERM: 0001
MERR: 220095786000
S-A-L-E-S D-R-A-F-T

REF: 0003 BCH: 051
CD TYPE: AX
TR TYPE: PR
AMOUNT: $33.75

ACCT: 379400134701007 EXP: 0702
AP: 149625

CARDMEMBER ACKNOWLEDGES RECEIPT OF
GOODS AND/OR SERVICES IN THE AMOUNT OF
THE TOTAL SHOWN HEREON AND AGREES TO
PERFORM THE OBLIGATIONS SET FORTH BY THE
CARDMEMBER'S AGREEMENT WITH THE ISSUER

x Sign on file
TOP COPY-MERCHANT BOTTOM ...

expensed 6/17

# RECEIPT

DATE 6-17-01 **No.** 340791

$0 00

FROM Medical City

Parking DOLLARS

○ FOR RENT

○ FOR

| | | |
|---|---|---|
| ACCT | | |
| PAID | | |
| DUE | | |

○ CASH

○ CHECK

○ MONEY ORDER

FROM ______ TO ______

BY ______

2501

Kinko's (972) 263-0042
841 McArthur Pk.
Irving, TX 75063

| QTY/LIST | DISC | PRICE | AMOUNT |
|---|---|---|---|
| 750 FS B&W S/S WHITE STD | | | |
| 0.07 | 0.00 | 0.07 | 52.50 |
| 30 FS ADD FEATURES MACHINE STAPLING | | | |
| 0.05 | 0.00 | 0.05 | 1.50 |

**DUPLICATE RECEIPT**

SUB 54.00 TX 4.46 TOT 58.46
American Express 58.46
CHG 0.00

XXXXXXXXXXX1007 07/02 APPROVE 586220
I agree to pay the above amount
according to the card issuer agreement.
Sign Here: X________________________

CW 44 TR 96313 RG 2 06/18/01 16:04
Visit us @ https://www.kinkos.com

**PARKING COMPANY OF AMERICA**
INCORPORATED

TIME___________ DATE 06/18/01
LOCATION ST. PAUL HOSPITAL
AMOUNT 2.00
BY M.A

6.00 Plano 0-269

LONE STAR VALET

This contract limits our responsibility. **Please read it.** Customer and company agree as follows: This is a license to park only, no bailment is created. Customer agrees to use company's parking facility at customers sole risk. Company expressly disclaims any responsibility, expressed or implied, to protect against the loss of or damage to customer's vehicle or contents. No employee or agent may enlarge company's liability in any manner. **Customer agrees to inspect car before leaving lot. Customer's claim of damage or loss must be reported and itemized on company form before car is removed from premises or customer shall waive such claim.** Should company agree to make repairs at its expense, company has option within 48 hours after notice of claim to choose the repair facility. Company is not responsible for damage by fire or defective brakes or parts. Company is not responsible for mechanical or electrical failure or flat tires. **Company is not responsible for any articles left in car nor will company accept possession or bailment of such articles.** Company reserves the right to refuse release of vehicle should guest appear intoxicated to Company employee. Company assumes no liability for guest accommodation or transportation should company deem guest intoxicated. **Parking in this facility is an acceptance of the terms of this contract.** Note posted rates and hours of operation. 114828

EXIT CHECK 0-269

LONE STAR VALET

PRESENT TO ATTENDANT

CB - PRESTON/FOREST 155
MERCHANT ID
06/18/01 09:50:08 T001
ANDRE CHK #066
CHARGE 1

AMEX
379400134701007
HILLBANNISTER/D
07/02
AUTH # 597698

CHARGE AMOUNT 55.18

TIP AMOUNT 3.—

TOTAL 58.18

CUSTOMER COPY

VALLEY RANCH TEXAC

06/18/01 16:12
STN # 91002448630

HILLBANNISTER/D
Amex
XXXX XXXXXX 01007
AUTH# 00503408
INV # 0578781
CREDIT
PUMP#02 UNLEAD
GALLONS 9.005
@ $1.659/GAL
FUEL $14.94

TL/NOTAX $14.94
TAX PD $0.00
TOTAL $14.94

THANK YOU FOR
SHOPPING TEXACO
HAVE A NICE DAY.

**PARKING COMPANY OF AMERICA**
INCORPORATED

TIME ______ DATE 06/18/01
LOCATION St. Paul Hospital
AMOUNT 2.00
BY ______

Central Parking System

# RECEIPT

Location: 181

Amount: $ 2.00

Date: 06/19/2001

By:

CPS-13 8/98

Del Frisco's
Double Eagle
812 Main Street
Fort Worth, TX
(817) 877-3999

Server: Bar Two
11:17 PM 06/19/2001
HILLBANNISTERD/1 6/60008
Card #379400134701007
Magnetic card present: HILLBANNISTERD

Amount: 76.40
+ Tip: 13.00
= Total: 89.40

X

Visit our other locations.
NY, NY (212)575-5129
Dallas, TX (972)490-9000
Denver, CO (303)796-0100
Las Vegas, NV (702)796-0063
Orlando, FL (407)645-4443

Leave signed top copy.

Del Frisco's
Double Eagle
812 Main Street
Fort Worth, TX
(817) 877-3999
Server: JENN P.
09:35 PM
Table 120/1 06/19/2001
Card #379400134701005 5/50005
Magnetic card present: HILLBANNISTERD

Amount: 792.09
388.54
+ Tip:
Total: 1180.63

X

Visit our other locations.
NY, NY (212)575-5129
Dallas, TX (972)490-9000
Denver, CO (303)796-0100
Las Vegas, NV (702)796-0063
Orlando, FL (407)645-4443

Leave signed top copy.

08/00

Del Frisco's
Double Eagle
812 Main Street
Fort Worth, TX
(817) 877-3999

| | |
|---|---|
| Server: JENN P. | |
| Table 120/1 | 06/19/2001 |
| Guests: 15 | 9:27 PM |
| Reprint #: 1 | 50005 |
| Shrimp Sampler (12 @12.95) | |
| Crab Cake (6 @13.95) | 155.40 |
| Dinner #1 (12 @55.00) | 83.70 |
| Lemon Cake | 660.00 |
| Strawby Chezcake (3 @7.95) | 7.95 |
| Choc Mousse (3 @7.95) | 23.85 |
| 20 oz Lobster (3 @90.95) | 23.85 |
| Peppercorn Sauce | 272.85 |
| Perrier (4 @2.75) | 1.50 |
| BIN#3286 (5 @61.00) | 11.00 |
| GREY GOOSE (2 @7.00) | 305.00 |
| Up (2 @2.00) | 14.00 |
| BIN#1390 (3 @55.00) | 4.00 |
| Shiner Bock (5 @4.50) | 165.00 |
| Crown Special Reserve (4 @10.50) | 22.50 |
| Diet Coke (4 @1.95) | 42.00 |
| 7 Up | 7.80 |
| Daquiri (2 @7.00) | 1.95 |
| Valet | 14.00 |
| Del's Delight (3 @7.75) | 30.00 |
| | 23.25 |
| Sub Total | |
| Tax | 1869.60 |
| | 103.11 |
| Total | |
| | 1972.71 |
| Balance Du | 1972.71 |
| grat | 388.54 |

Visit our other locations.
NY, NY (212)575-5129
Dallas, TX (972)490-9000
Denver, CO (303)796-0100
Las Vegas, NV (702)796-0063
Orlando, FL ...

Centocor
Denise Hill-Bannister
Vascular Specialist
Centocor, Inc.
200 Great valley Parkway
Malvern, Pennsylvania 19355-1307
Telephone: 972-569-7757
Facsimile: 972-402-8878
Voicemail: 800-972-9063, x7295
Pager: 877-665-3547
Email: bannisterd@centocor.com

Delfriscos
1500
Parking
Dr Snow
Me Dr Gonzalez

- Payment Receipt -

Sale
#XXXXXXXXXXX1007
Auth. # 582683
Inv. # DPS 7535
9995556 Date 06/20/01
MOBIL 1236
IRVING TX
Pump #11 UNLEAD
Gallons .... 9.428
Price/Gal ..$ 1.659
Fuel Sale ...$ 15.64
Carwash Sale $ 4.00
Carwash Disc $ 0.00
Total Sale ..$ 19.64

PREMI CODE: 68730
VALID FOR 14 DAYS

STANDARD PARKING
HARRIS METHODIST

06/20/01 10:22 L# 1 A# 5 Txn#485673
06/20/01 08:35 In 06/20/01 10:22 Out
Fee ......1 $ 2.00
Total Fee $ 2.00
CASH PAID $ 2.00-
Cash Tender $ 2.00
Change Due $ 0.00
THANK YOU
HAVE A NICE DAY

Corner Bakery
MacArthur Park
#003 MIKE Dine In
06/20/01 07:46:41 #00173
CHECK #0022

| | |
|---|---|
| DOZEN BARS | 17.99 |
| 3 CINNAMON ROLL | 6.87 |
| Subtotal | 24.86 |
| Sales Tax | 0.57 |
| TOTAL | 25.43 |

You knead it Daily!!
QUESTIONS OR COMMENTS
1-800-983-4637

| | |
|---|---|
| SALES | 25.43 |
| (-)CHARGE-TIPS | 25.43 |
| CHANGE DUE | 0.00 |
| (-)CHARGE TIPS | 0.00 |

AMEX 379400134701007

CUBA LIBRE
2822 North Henderson
Dallas, TX 75206
214-827-2820

Server: DOWN PM BAR
07:34 PM 06/21/2001
HILLBANNISTERD/1 2/20019

AMEX 2097172
Card #379400134701007 Exp:0702
Magnetic card present: HILLBANNISTERD
Approval: 579751

Amount: 15.00
+ Tip: 2.00
= Total: 17.00

X
Approval: 579751

Thank you for
joining us.
We appreciate your
business.

---

CUBA LIBRE
2822 North Henderson
Dallas, TX 75206
214-827-2820

Server: UP PM BAR 2
10:43 PM 06/21/2001
HILLBANNISTERD /1 6/60111

AMEX 6291661
Card #379400134701007 Exp:0702
Magnetic card present: HILLBANNISTERD
Approval: 529045

Amount: 83.75
+ Tip: 7.00
= Total: 90.75

X
Approval: 529045

Thank you for
joining us.
We appreciate your
business.

K

---

5.00

**NO CAR RELEASED WITHOUT THIS CLAIM CHECK**

The management assumes no responsibilty for auto accessories or articles left in car. No liabilty is assumed by management for loss or damage by fire, theft or any other cause to, or by the vehicle while in custody of the management.

**THANK YOU PARK AGAIN** **04-352**

CUBA LIBRE
2822 North Henderson
Dallas, TX 75206
214-827-2820

06/27/2001
9:23 PM
Server: RACHEL
Table 13/1
Guests: 7
10040

| | |
|---|---|
| Chorizo Queso | 6.99 |
| Chk Quesad (2 @6.99) | 13.98 |
| Soft Drinks | 1.49 |
| Frozen Rita (3 @5.50) | 16.50 |
| Margarita (3 @5.50) | 16.50 |
| NO Salt | |
| Rocks | |
| Grey Goose (7 @5.25) | 36.75 |
| Skyy (2 @5.00) | 10.00 |
| Tall | |
| Jack Daniels (2 @5.00) | 10.00 |
| Tamale | 14.99 |
| Ketel One (2 @5.00) | 10.00 |
| Bud Lt | 3.25 |
| Margarita (2 @5.50) | 11.00 |
| Rocks | |
| Skyy (2 @5.00) | 10.00 |
| Seagrams 7 (2 @4.75) | 9.50 |
| Chandon Split | 6.75 |
| L I Tea | 5.50 |
| Mahi Mahi | 13.99 |
| Filet Mignon (2 @17.99) | 35.98 |
| Pork Asado Taco | 8.99 |
| Tortilla Salad | 6.99 |
| Mojo Shrimp | 2.00 |
| Mojo Shrimp Taco | 8.99 |
| Key Lime Pie | 4.99 |
| Sub Total | 265.13 |
| Tax | 9.85 |
| Total | 274.98 |

Balance Due    274.98

Thank you for
joining us.
We appreciate your

---

CUBA LIBRE
2822 North Henderson
Dallas, TX 75206
214-827-2820

Server: RACHEL
09:25 PM
Table 13/1
06/27/2001
1/10040

AMEX
Card #37940013470100 7
1048596     Exp:0702
Magnetic card present: HILLBANNISTERD
Approval: 528607

Amount:    274.98
+ Tip:     52
= Total:   326.98

X _____
Approval: 528607

Thank you for
joining us.
We appreciate your
business.

# 412660 3989 56 548

Penn 14/17/02

SAL'S PIZZA REST
1421052366
60110170102370  061901 548277b

## CUSTOMER COPY

| DATE | | | |
|---|---|---|---|
| AUTHORIZATION NO. | REFERENCE NO. | | |
| QTY. | DESCRIPTION | AMOUNT | |
| | | | |
| | | | |
| | TAX | | |
| | TIP MISC | | |
| SALES SLIP | TOTAL | 121.3 | |

PURCHASER SIGN HERE

X

Cardholder acknowledges receipt of goods and/or services in the amount
of the Total shown hereon and agrees to perform the obligations set forth
in the Cardholder's agreement with the issuer.

**IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS**

---

## Thank You

C PRODUCT 609

378711

NEBS To Reorder
800-225-6380 or nebs.com

All claims and returned goods MUST be accompanied by this bill.

| SOLD BY | RECEIVED BY | | | | |
|---|---|---|---|---|---|
| | TAX | | | | |
| | TOTAL | 111.8.7 | | | |

| CASH | CHARGE | C.O.D. | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|

NAME

ADDRESS

CUSTOMER'S ORDER NO.  PHONE  DATE

## SAL'S PIZZA RESTAURANT INC.

2525 Wycliff Ave.
DALLAS, TEXAS 75219
(214) 522-1828

11.3

12 h

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS

CUSTOMER COPY

SAL'S PIZZA REST
14210$52366
60110170 020370   061401   5082664

| QTY. | DESCRIPTION | AMOUNT |
|------|-------------|--------|
|      |             | 142 $? |
| TAX  | SALES SLIP  | 15 00  |
| TOTAL|             | 207 06 |

PURCHASER SIGN HERE

X _Denny Hill_

Cardholder acknowledges receipt of goods and/or services in the amount
of the Total shown hereon and agrees to perform the obligations set forth
in the Cardholder's agreement with the issuer.

11 28 0059 899 56 548

DATE _____
AUTHORIZATION NO. / REFERENCE NO.
SERVER/CASHIER

---

**SAL'S PIZZA RESTAURANT INC.**
2525 Wycliff Ave.
DALLAS, TEXAS 75219
**(214) 522-1828**

378508
C PRODUCT 609

All claims and returned goods MUST be accompanied by this bill.

To Reorder: NEBS  800-225-6380 or nebs.com

_Thank You_

| CUSTOMER'S ORDER NO. | | DATE 9/11/84 |
| PHONE (4?3) | | |
| NAME | | |
| ADDRESS | | |
| CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | PAID OUT |

TAX

TOTAL  19.68

| SOLD BY | RECEIVED BY |

5:02-cv-03354-RMCHE     # 67-2     Page 27 of 29

# 5-491

## PARKING

### CLAIM CHECK

THIS CONTRACT LIMITS OUR
LIABILITY. READ IT

We assume no liability for theft or
damage although we will use rea-
sonable caution to protect the
property of our customers.

AMERICAN HOTEL REGISTER
VERNON HILLS, IL 60061

OUT

IN

55

---

*THANK YOU FOR YOUR BUSINESS*

THE MAIL STATION, INC.
8600 N. MacArthur Blvd. #114
Irving, Texas 75063
Phone: 402-8878
Fax: 402-9181

Office Supplies          $3.40
                         $0.29
Sales Tax                $3.40 TX 12% 0.29
TOTAL                    $3.77
CASH                     $3.77
John    06/22/01 10:25  #43916

---

*THANK YOU FOR YOUR BUSINESS*

THE MAIL STATION, INC.
8600 N. MacArthur Blvd. #114
Irving, Texas 75063
Phone: 402-8878
Fax: 402-9181

Copies          $0.54 TX 9% 0.06
Postage         $1.95  38 0.45
Sales Tax
TOTAL                   $2.52
CASH                    $20.00
CHANGE                  $17.47
John    06/22/01 10:24  #43915

VALLEY RANCH TEXAC

06/23/01 10:55
STN # 91002448630

Debit
XXXXXXXXXXXX8842
AUTH# 00011902
INV # 0589721
DEBIT
PIN USED
PUMP#02 UNLEAD
GALLONS 4.761
@ $1.659/GAL
FUEL $7.90

| | |
|---|---|
| TL/NOTAX | $7.90 |
| TAX PD | $0.00 |
| TOTAL | $7.90 |

THANK YOU FOR
SHOPPING TEXACO
HAVE A NICE DAY.

02-cv-03354-RMCHE # 67-2 Filed 29 of 29

# AT&T Wireless Services

Questions?
- www.att.com/wireless
- 1-800-888-7600
- 611 from your wireless phone

#BWNGFYV
#0003300964119540#  W
AV 02 015488 37522E 95 A**5DG1
DENISE HILL-BANNISTER
APT. # 2004
8003 N MACARTHUR BLVD
IRVING TX 75063-6128

Date of Invoice: 06/14/01

SUMMARY OF MONTHLY CHARGES FOR ACCOUNT 9641119540
Wireless Number  972-569-7757

| Previous Balance | Payments Received | Late Payment Charge | Adjustments | Balance Forward | Current Monthly Charges | Total Amount Due |
|---|---|---|---|---|---|---|
| 232.61 | 232.61CR | .00 | .00 | .00 | 333.16 | 333.16 |

Your billing cycle began on 05/13 and ended on 06/12.



Current Monthly Charges
Monthly Service Charges          119.99
Home Airtime Charges             157.25
Home Long Distance Charges          .00
Text Messaging Charges              .00
Roaming Charges                   7.67
Other Charges and Credits        48.25
Taxes, Surcharges & Regulatory Fees   DUE UPON RECEIPT   333.16
Total Current Monthly Charges    333.16
TOTAL AMOUNT DUE

You can now pay your invoice online @ www.att.com/wireless

AT&T WIRELESS SERVICES APPRECIATES YOUR BUSINESS

Note: We Print on front and back.