Dec 03 01 07:51a    Michele Johnson    6365271004    p.2

817-923-5048

P.G  E-FILED
Friday, 01 April, 2005 04:42:07 PM
Clerk, U.S. District Court, ILCD

3:02-cv-03364-RM-CHE  # 67-5  Page 1 of 13

# Centocor

## SALES FORCE EXPENSE REPORT

**DEPARTMENT** 470

**NAME** Denise Hill-Bannister

**EXPENSE REPORT NO.** 2587015

**PERIOD ENDING** 08/16/01

| DATE MM/DD/YY | ORIGIN/DESTINATION/PURPOSE | COMPANY CAR BUSINESS MILES (10) | AIR/RAIL/BUS (11) | LODGING (12) | TAXI, LIMO, AUTO RENTAL (13) | PARKING/TOLLS (14) | BUSINESS MEALS (Customer/Prospect) (15) | PHONE/FAX (16) | OFFICE SUPPLIES & COPIES (17) | POSTAGE (18) | AUTO/FUEL (19) | MISC. (Business Related) (20) | PROMOTIONAL PROGRAM (21) | FIELD PROMOTION ACCESS 4140 (22) | FIELD PROMOTION ACCESS 4150 (23) | MISC. (Non-business) (24) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/10/01 | dallas | | | | | | | | | | 16.59 | | | | | 16.59 |
| 08/11/01 | wichita falls | | | | | | 84.98 | | | | 17.28 | | | 194.08 | | 296.32 |
| 08/12/01 | dallas | | | | | 6.50 | | | | | | | -64.81 | 85.30 | | 424.41 |
| 08/13/01 | dallas | | | | | | | | | | | | 392.39 | 351.39 | | 351.39 |
| 08/14/01 | dallas | | | | | 8.00 | | | | | 13.01 | | 258.99 | | | 267.99 |
| 08/15/01 | dallas | | | | | | | | | | | | | | | |
| 08/16/01 | dallas | 194.60 | | | | | | | | | | | 297.46 | 492.16 | | 492.16 |
| PLUS OR MINUS ADJUSTMENTS | | | | | | | | | | | | | | | | |
| TOTAL | | 194.60 | | | 14.50 | | 84.98 | | | | 46.88 | | 51.61 | 1,448.38 | | 1,848.63 |

**FIELD 8** 10

**AMOUNT** 194.60

*Calculate Personal Mileage Charge Back in Box #987 at Right

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows. Precede the field # with a nine (9) making it a three digit number. 9XX. (Example: If the total in the Lodging amount field is negative, enter in the code 912 instead of 12).

Payment requests exceeding authorized dollar limits will delay reimbursement.

SIGNATURE _____
APPROVED BY _____

DATE MM/DD/YY 8-17-01
DATE MM/DD/YY 12-4-01

**FIELD 9** 680

**QUANTITY**

**No. of Copies**

### NOTICE TO USER

Distribution of General/Service Center or the Owner by mail. Order Information Network, Inc. P.O. Box 11405, East Peoria, Illinois 11405-0102.

| FIELD PROMOTION (Explain in Detail) | | |
|---|---|---|
| Meal Personal Mileage Charge | 4840 | **987** |
| Due Company | | 87 |
| Due Employee | | 820 |

| | **COMPLETION #** |
|---|---|
| CALL DATE 08/17/01 | 893325622 |
| CALL DATE 08/17/01 | 3905/7000.02 |

| VEHICLE NO. | 212193 | COMPANY CAR ONLY |
|---|---|---|
| BEGINNING ODOMETER | 1021.0 | |
| ENDING ODOMETER | 1455.0 | |
| TOTAL MILES | 434.0 | |
| TOTAL BUSINESS MILES | 434.0 | |
| TOTAL PERSONAL MILES | 434.0 | |

1/10 mi 66 mm

RECEIVED EEOC
SEP 1 2 2002
CHICAGO DISTRICT OFFICE

COPY SENT
AUG 1 4 2001
TO GELCO

ACCOUNTING COPY

12-14-07

EEOC000341

## B U S I N E S S   M E A L S

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 06/11/01 | dr. thota, drs. Sudarshan, cath lab | united hospital, wichita falls | inservice relavase | / 194.08 |
| 06/12/01 | dr. pickering, and lab | harris, fort worth | inservice relavase | / 22.01 |
| 06/12/01 | dr. delange, dr yuvarti, dr. snow | osteopathic, ft worth | inservice relavase | / 357.30 |
| 06/12/01 | mirza baig, pharmd and staff | osteopathic, ft worth | inservice relavase | / 39.80 |
| 06/13/01 | dr. gensberg, dr. lee and staff pharma | st. paul, dallas | inservice relavase | / 342.39 |
| 06/14/01 | dr. reese, dr. lin, dr. meller, dr. jones | baylor, dallas | inservice relavase | / 254.95 |
| 06/16/01 | dr. slonim dr. vanmeter, dr. donovan | methodist, dallas | inservice relavase | 297.66 |
|  |  |  |  | / |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## F I E L D   P R O M O T I O N   &   M I S C E L L A N E O U S

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## M I S C E L L A N E O U S   A U T O

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Original Document of GelcotInformationNetwork

ACCOUNTING COPY

39857000 02

LFC000344

- THANK YOU -

Fuel Sale
Price/Gal ....$   1.499
Gallons    ....    11.870
Pump # 1
UNLEAD 1    $   16.59
CARROLLT TX
MOBIL 730
3393767
Inv.# CIS 8367
Auth.# CIS 8367
Date 06/10/01
#XXXXXXXXXX1007
Sale

- Payment Receipt -

**EXXON EXPRESS PAY**

VALLEY RANCH EXXON
9975 N. MACARTHUR
IRVING, TX. 75063

DLR# 4712410
VALLEY RANCH E
IRVING TX
06/11/01 16:29
DEBIT
8842 ACCT#
INV# HZ12728
AUTH# 352010
PUMP# 9
REG
SELF 10.469G
PRICE/GAL $1.649
FUEL TOTAL $17.26
MDSE TOTAL $0.00
TOTAL $17.26

HAVE A SAFE AND
HAPPY NEW YEAR

-THANK YOU-

Kinko's (972) 263-0042
841 McArthur Pk.
Irving, TX 75063

| QTY/LIST | DISC | PRICE | AMOUNT |
|---|---|---|---|
| 1000 FS B&W S/S WHITE STD | | | |
| 0.07 | 0.00 | 0.07 | 70.00 |
| 50 FS ADD FEATURES MACHINE STAPLING | | | |
| 0.05 | 0.00 | 0.05 | 2.50 |
| 1 Supplies/ Stat MISC | | | |
| 4.25 | 0.00 | 4.25 | 4.25 |
| 25 FS B&W S/S WHITE STD | | | |
| 0.07 | 0.00 | 0.07 | 1.75 |

SUB 78.50 TX 6.48 TOT 84.98
MasterCard 84.98
CHG 0.00

XXXXXXXXXXXX8842 04/04 AP011867
I agree to pay the above amount
according to the card issuer agreement.
Sign Here: X________________________

CW 6 TR 95424 RG 2 06/11/01 16:36
Visit us @ http://www.kinkos.com

EEOC000345

EEOC000346

194.08
38.00

Cortland
Wich falls



EEOC000347

CB - MACARTHUR PARK 173
MERCHANT ID
06/12/01 07:49:05 T001
CHRISTINA CHK #020
CHARGE 1

AMEX
379400134701007
HILLBANNISTER/D
07/02
AUTH # 526063

CHARGE AMOUNT 35.60
TIP AMOUNT 4.00
TOTAL 39.60

CUSTOMER COPY

STANDARD PARKING
HARRIS METHODIST

06/12/01 11:03 L# 1 A# 8 Txn#478262
06/12/01 10:30 In 06/12/01 11:03 Out

| | | |
|---|---|---|
| Fee ......1 | $ | 1.00 |
| Total Fee | $ | 1.00 |
| CASH PAID | $ | 1.00- |
| Cash Tender | $ | 1.00 |
| Change Due | $ | 0.00 |

THANK YOU
HAVE A NICE DAY

Centocor

6-12

Denise Hill-Bannister
Vascular Specialist

Centocor, Inc.
200 Great valley Parkway
Malvern, Pennsylvania 19355-1307

Telephone: 972-569-7757
Facsimile: 972-402-8878
Voicemail: 800-972-9063, x7295
Pager: 877-665-3547
Email: bannisterd@centocor.com

Parking 4.50

EEOC000348

Central Parking System

# RECEIPT

Location: 181

Amount: $ 3.00

Date: 06/13/001

By:

CPS-13 8/98

4118 6639 5995 6548

9/02

Dennis Hill

SAL'S PIZZA REST
1421052366
60110170 10 20370 060601 5682643

| DATE | SERVER/CA |
|---|---|
| AUTHORIZATION NO. | REFERENCE NO. |

| QTY. | DESCRIPTION | AMOUNT |
|---|---|---|
| | | 342 3 |
| | | |
| SALES SLIP | TAX | |
| | TIP/MISC. | 25 |
| | TOTAL | 367 |

PURCHASER SIGN HERE

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the Issuer.

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORD

## SAL'S PIZZA RESTAURANT INC.

2525 Wycliff Ave.
DALLAS, TEXAS 75219
(214) 522-1828

30 pp 11'02

| CUSTOMER'S ORDER NO. | PHONE | DATE |
|---|---|---|
| NAME: Dennis Hill | | |
| ADDRESS: St Paul (in the Name...) | | |

CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT — Special Rand...

Pizza
Club Marsal
Club [illegible]
Lasagna
2 Salad
Drinks

TAX

SOLD BY | RECEIVED BY | TOTAL 342.39

C PRODUCT 609 — All claims and returned goods MUST be accompanied by this bill.

376105

NEBS To Reorder 800-225-6380 or nebs.com

*Thank You*

**SAL'S PIZZA RESTAURANT INC.**
2525 Wycliff Ave.
DALLAS, TEXAS 75219
(214) 522-1828

20 p (circled) 11.15 (circled)

| CUSTOMER'S ORDER NO. | PHONE | DATE |
|---|---|---|
| | | |

NAME: Denn Hill.

ADDRESS: Baylor (Spinal Memory)

| CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|
| | | | | 1 | Plu |

| Item | | |
|---|---|---|
| Pizza | | |
| Lasagna | | |
| Chk Marsal | | |
| Fet | | |
| | TAX | |
| SOLD BY / RECEIVED BY | TOTAL | 234 95 |

C PRODUCT 609 All claims and returned goods MUST be accompanied by this bill.

376226 NEBS To Reorder 800-225-6380 or nebs.com *Thank You*

---

4128 0039 8994 56548.

Dennis Hill 9/02

| DATE | SERVER/CASHIER |
|---|---|
| | |

| AUTHORIZATION NO. | REFERENCE NO. |
|---|---|
| | |

SAL'S PIZZA REST
14210522366
60110170102037 0 053001 5482233

| QTY. | DESCRIPTION | AMOUNT |
|---|---|---|
| | | 234 95 |
| | | |
| SALES SLIP | TAX | |
| | TIP MISC | 20 00 |
| | L | 254 95 |

CUSTOMER COPY

PURCHASER SIGN HERE
X

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the issuer.

**IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS**

EEOC000354

NOTES:

7-18-01

**EXXON EXPRESS PAY**

DLR# 4719431
ADDISON EXXON
DALLAS TX
06/14/01 19:17
DEBIT ACCT#
8842
INV# H1C7735
AUTH# 191823
PUMP# 9
REG 8.295G
SELF
PRICE/GAL $1.569
FUEL TOTAL $13.01

MDSE TOTAL $0.00
TOTAL $13.01

-THANK YOU-

**SOUTHWEST AIRLINES**

ISSUED BY AND VALID ONLY ON

PRINTED IN U.S.A. BY MAGNETIC TICKET & LABEL CORP., AC-167TH (REV. 3/00)

**TICKETLESS ITINERARY**
**NOT VALID FOR TRANSPORTATION**

REFERENCE NUMBER CONFIRMATION DATE 05JUN0:
526/2759829B166                    7BZPUB

CUSTOMER NAME
HILLBANNISTER/DENISE

ITINERARY

AGENT 7124DT

| FROM | TO | FLIGHT | DATE | FARE BASIS | TIME | STATUS | PRICE | XF |
|------|----|--------|----|-----------|------|--------|-------|-----|
| DALLAS LOVE FIELD | AUSTIN TX | WN0474 | 05 JUN | YL | 0845A | HK | 0095.75 | 00.00 |
| AUSTIN TX | DALLAS LOVE FIELD | WN0090 | 05 JUN | YL | 0355P | HK | 0095.75 | 03.00 |

*expensed 4-16*

**SAL'S PIZZA RESTAURANT INC.**
2525 Wycliff Ave.
DALLAS, TEXAS 75219
(214) 522-1828

| CUSTOMER'S ORDER NO. | PHONE | | DATE |
|---|---|---|---|
| 30 | | | 11/02 |

NAME _Market (Phone)_

ADDRESS _Dew Hill_

| CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|
| | | | | | |

Lar. Pizza
TA Chick
Sps, MB
Bread

| | | | | | TAX | |
|---|---|---|---|---|---|---|

SOLD BY | RECEIVED BY | | TOTAL 29.61

C PRODUCT 609    All claims and returned goods MUST be accompanied by this bill.

378463   NEBS To Reorder   *Thank You*
800-225-6380 or nebs.com

PURCHASER SIGN HERE X
Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the Issuer.

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS

SAL'S PIZZA REST
1421052244
0011017010203701

060801

568274L

| QTY. | DESCRIPTION | AMOUNT |
|---|---|---|
| | SALES SLIP | |
| | TAX | |
| | TOTAL | |

CUSTOMER COPY

4128 6039 6975G 5L6

Dew Hill

expensed
6-16