E-FILED
Friday, 01 April 2005 04:43:28 PM
Clerk, U.S. District Court, ILCD
3:02-cv-03354-RM-CHE * #7-4   Page 1 of 23

Original Document of GelcoInformationNetwork

# Centocor

## SALES FORCE EXPENSE REPORT

**NAME** Denise Hill-Bannister

**DEPARTMENT** 470

**DISTRICT**

**EXPENSE REPORT NO.** 2587014

**PERIOD ENDING** MM/DD/YY 06/09/01

| DATE MM/DD/YY | ORIGIN / DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | | PROMOTIONAL ACCESS 4100 | PROMOTIONAL ACCESS 4100 | MISC. | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/03/01 | dallas | | | | | 5.00 | | | | | | | *20.99 | | | 25.99 |
| 06/04/01 | dallas | | | | | 2.00 | | | | | | | *53.86 | | | 55.86 |
| 06/05/01 | dallas | | | | 22.00 | 7.00 | | | | 31.82 | 12.62 | | *159.29 | 435.59 | 2.35 | 190.84 |
| 06/06/01 | dallas | | | | | 5.00 | | 4.30 | | | | | | 342.44 | | 485. |
| 06/07/01 | dallas | | | | | | | | | | | | *17.99 | 364.73 | | 71.84 |
| 06/08/01 | dallas | | | | | | | | | | | | *71.84 | 291.45 | | 291.45 |
| 06/09/01 | dallas | | | | | | | | | | | | 164.68 | 1,228.77 | 2.35 | 1,485.54 |

PLUS OR MINUS ADJUSTMENTS

1/2440 06mm

**FIELD #** 10 11 12 13 18 18 17 18 18 30 31 32 34

**AMOUNT** 22.00 19.00 4.30 31.82 12.62 | | | 2.35

**TOTAL** 1,485.54

### COMPANY CAR ONLY

| VEHICLE NO. | 212193 |
|---|---|
| BEGINNING ODOMETER | 865.0 |
| ENDING ODOMETER | 1021.0 |
| TOTAL MILES | 156.0 |
| TOTAL BUSINESS MILES | 156.0 |
| TOTAL PERSONAL MILES | 156.0 |

**IMPORTANT**

If an expense category accruals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursements.

*Calculate Personal Mileage Charge Back in Box #997 at Right

| | QUANTITY | FIELD # 40 | No. of Gallons |
|---|---|---|---|

SIGNATURE _[signature]_

APPROVED BY _[signature]_

DATE MM/DD/YY 7-30-01

**NOTICE TO USER**
Traveller Authorization issued to the Traveler by
Gelco Information Network, Inc.
44900, Eden Prairie, Minnesota 55344-2500

**CALL DATE** 06/09/01

**CONFIRMATION** 89249608

| | FIELD # | TOTAL |
|---|---|---|
| Minus Personal Mileage Charge 156.0 | 997 | |
| Due Company | 87 | |
| Due Employee | 820 | 1,485.54 |

**COPY SENT**
**AUG 14 2001**
**TO GELCO**

8/14/01 ML

390507000 02

Original Document of GelcoInformationNetwork

# BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 05/31/01 | dr. gensberg and staff | st paul, dallas | inservice relvase | 20.99 |
| 06/01/41 | dr. rivera and staff | parkland, harris | inservice relvase | 32.86 |
| 06/04/01 | dr. gordan, dr. postma | medical city dallas | inservice relvase | 20.99 |
| 06/05/01 | dr. manning, dr. fletcher | seton, austin | Inservice relvase | 159.29 |
| 06/06/01 | dr lin, dr. kim, dr benson, dr. meller | baylor dallas | Inservice relvase | 435.59 |
| 06/07/01 | mike schwartz pharm d, staff | methodist, dallas | inservice relvase | 212.71 |
| 06/07/01 | dr. slonim dr donovan | methodist, dallas | inservice relvase | 129.73 |
| 06/07/01 | dr. vanmeter | methodist, dallas | inservice relvase | 17.99 |
| 06/08/01 | dr reese, dr diamond, dr lin | baylor dallas | inservice relvase | 71.8. |
| 06/08/01 | dr frie, dr. mcollum , dr. coker | presby dallas | inservice relvase | 291.45 |

# FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 06/05/01 | batteries for pager | 2.35 |

# MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |

112499 05 dmm

39857000 02

ACCOUNTING COPY

6-3 expensed

CB - PRESTON/FOREST 155
MERCHANT ID
05/31/01  13:55:49 1001
CHK #441
BUDDY
CHARGE 1

AMEX
37940013470100T
HILLBANNISTER/U
07/02
AUTH #      588460

CHARGE AMOUNT    17.99
TIP AMOUNT        3.00
TOTAL            20.99

CUSTOMER COPY

6-3

**PAID RECEIPT**
Zale Lipshy Hospital
Valet Parking

Date: 5/31
Attendant:

EEOC000438

**Central Parking System**

# RECEIPT

Location: 181
Amount: $ 2.00
Date: 06/04/01
By: _____
CPS-13 8/98

---

CB - PRESTON/FOREST 155
MERCHANT ID
06/04/01 13:44:07 1001
RYAN CHK #419
CHARGE 1
AMEX
3794001347 01007
HILLBANNISTER/D
07/02
AUTH # 544231

CHARGE AMOUNT 17.99
TIP AMOUNT 3.00
TOTAL 20.99

CUSTOM:

---

# Corner Bakery
MacArthur Park
#116 JORGE
Dine In
06/04/01 08:51:41 #00173
## CHECK #0041
DOZEN BARS 17.99
6 CINNAMON ROLL 13.74
Subtotal 31.73
Sales Tax 1.13
TOTAL 32.86

You Knead it Daily!!
QUESTIONS OR COMMENTS
1-800-983-4637

SALES 32.86
(-)CHARGE-TIPS 32.86
CHANGE DUE 0.00
(-)CHARGE TIPS 0.00
AMEX 379400134701007

P

Mangia Pizza
3500 Guadalupe
Austin,TX (512) 302-5200

Order #: 5
Date/Time: 06/05/2001 10:53 am
Name:
Card: Amex
Card#: 379400134701007
Exp Date: 07/02
Auth Code: 144081
Trans ID: 15860
Server:

AMOUNT: $133.29

TIP: $ 26.00

TOTAL: $ 159.29

(Signature)

agree to the a... ...al amount
as ...ement

379...

03/... THRU ...7/...2 01
... H ...LLRA...ISTER
... & JOHNSON

... ...CAN CAB CO
AUSTI..., TX
...
1426836375

PURCHASER SIGN HERE
X

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the Issuer.

**IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS**

| DATE 16/5/01 | | SERVER/CASHIER |
|---|---|---|
| AUTHORIZATION NO. | REFERENCE NO. | |

1951988

| QTY. | DESCRIPTION | AMOUNT |
|---|---|---|
| | | 11 ... |
| | | |
| | | |
| SALES SLIP | TAX | |
| | TIP MISC. | 5 |
| | TOTAL | ...2... |

BRACKENRIDGE
HOSPITAL
GIFT SHOP

06/05/01 9:56AM
001#4950 A

| | |
|---|---|
| FOOD/CANDY | T1$0.92 |
| GIFTWARE | T1$1.25 |
| MDSE ST | $2.17 |
| TAX1 | $0.18 |
| XXXTOTAL | $2.35 |
| CASH | $3.00 |
| CHANGE | $0.65 |

DALLAS
LOVE FIELD
◀◀◀◀◀◀◀◀◀◀◀◀

◀PAID▶
1#
01···32No.
01-06·▶2DT
⊕05-15:39EX
01-06·▶2DT
⊕05-07:31EN
A····7.00$
····7.00$

EEOC000439

THE MAIL STATION, INC.
8600 N. MacArthur Blvd. #114
Irving, Texas 75063
Phone: 402-8878
Fax: 402-9181

| | | |
|---|---|---|
| Postage | $9.20 | 20 4.60 |
| Shipping | $4.84 | |
| Shipping | $6.16 | |
| Postage | $1.24 | |
| Postage | $7.65 | |
| Copies | $2.52 | TX 420 0.06 |
| Sales Tax | | $0.21 |
| TOTAL | | $31.82 |
| AMEX | | $31.82 |

John 06/06/01 9:23 #43547

*THANK YOU FOR YOUR BUSINESS*

VALLEY RANCH TEXh

06/06/01 09:58
STN # 91002448630
HILLBANNISTER/D
Amex
XXXX XXXXXX 01007
AUTH# 00563334
INV # 0549667
CREDIT
PUMP#07 UNLEAD
GALLONS 7.430
@ $1.699/GAL
FUEL $12.62

TL/NOTAX $12.62
TAX PD $0.00
TOTAL $12.62

THANK YOU FOR
SHOPPING TEXACO
HAVE A NICE DAY.

Valet @ III Forks
(972) 414-4242
68-847

**KEEP THIS TICKET.**
and visit http://valet.parkplacetexas.com
where you can register to win one of our luxury cars for a weekend! Be sure to enter your ticket number in the space provided. Good Luck!
Park Place
DEALERSHIPS

PARKING LIABILITY
• Cars parked at owner's risk.
• Articles left in car at owner's risk.
• We are not responsible for third party caused damages
• No attendant after regular hours
• Claims of damages must be made before vehicle leaves premises.

5.00

To advertise, call upswing new media - 214.752.0066

EXIT CHECK
PLEASE PRESENT TO VALET DRIVER
68-847

EEOC000440

Kinko's
841 McArthur Pk.
Irving, TX 75063
(972) 263-0042

| QTY/LIST | DISC | PRICE | AMOUNT |
|---|---|---|---|
| 3 Supplies/ Stat MISC | | | |
| 0.19 | 0.00 | 0.19 | 0.57 |
| 17 PAPER SHEET SPECIALTY PAPER | | | |
| 0.20 | 0.00 | 0.20 | 3.40 |

SUB 3.97 TX 0.33 TOT 4.30
American Express 4.30
CHG 0.00
XXXXXXXXXXX1007 07/02 APPROVE 562230
I agree to pay the above amount
according to the card issuer agreement.
Sign Here: X________________________

CW 27 TR 94898 RG 3 06/07/01 08:50
Visit us @ http://www.kinkos.com

## SAL'S PIZZA RESTAURANT INC.

2525 Wycliff Ave.
DALLAS, TEXAS 75219
(214) 522-1828

25 pm 11.20

| CUSTOMER'S ORDER NO. | PHONE | DATE |
|---|---|---|
| | Cuta Auto | |

NAME: Dennis Hill
ADDRESS: Metroplex (Norman),

| CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|
| | | | Grand Canyon | | |

| | | | |
|---|---|---|---|
| | Lan. | | |
| | TA. | | |
| | XX Pizza | | |
| | Dil | | |
| | | TAX | |
| SOLD BY | RECEIVED BY | TOTAL | 212.71 |

C PRODUCT 609 All claims and returned goods MUST be accompanied by this bill.

378355 NEBS To Reorder 800-225-6380 or nebs.com *Thank You*

4128 0039 899 56543.

Dennis Hill 9/02

SAL'S PIZZA REST
14210523665
60110170102 0-370 060701 5682681

| DATE | SERVER/CASHIER |
|---|---|
| AUTHORIZATION NO. | REFERENCE NO. |

| QTY. | DESCRIPTION | AMOUNT | |
|---|---|---|---|
| | | 212 | 71 |
| | | | |
| SALES SLIP | TAX | | |
| | TIP / MISC. | 15 | 00 |
| | TOTAL | 227 | 71 |

CUSTOMER COPY

PURCHASER SIGN HERE
X

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the issuer.

**IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS**

EEOC000441

3:02-cv-03354-RM-CHE # 67-4 Page 7 of 23

# Corner Bakery

MacArthur Park
#101 CHRISTINA          Dine In
06/07/01 09:15:06      #00173

## CHECK #0065

DOZEN BARS                17.99
Subtotal                  17.99
TOTAL                     17.99
------------------------------
QUESTIONS OR COMMENTS
You knead it Daily!!    1-800-983-4637

SALES                     17.99
(-)CHARGE-TIPS            17.99
------------------------------
CHANGE DUE                 0.00
------------------------------
(-)CHARGE TIPS   0.00      0.00

AMEX 379400134701007

---

CUBA LIBRE
2822 North Henderson
Dallas, TX 75206
214-827-2820
Server: Big Papa
10:05 PM                06/07/2001
Table 143/2             1/10038

VISA                    3145782
Card #41280036995540 Exp:0902
Magnetic card present: BRANISTEROUSE R
Approval: 59819

Amount:          109.73

+ Tip:           20.00

= Total:         129.73

X

Approval: 59819

Thank you for
joining us.
We appreciate your
business.

III FORKS

17776 Dallas Parkway
Dallas, TX 75287
972 267 1776

Server: Team 3 06/06/2001
315/1 10:20 PM
Guests: 8 20012
Reprint #: 1

| | |
|---|---|
| Calamari St. Francis (4 @9.95) | 39.00 |
| Shrimp Cocktail (6 @11.95) | 71.70 |
| III Forks Salad (3 @6.50) | 19.50 |
| Lob Bisque (2 @6.50) | 13.00 |
| She Crab Soup (2 @6.50) | 13.00 |
| Beef Bone in Ribeye (3 @29.95) | 89.85 |
| 32 oz Lob | 96.00 |
| 24 oz Lob | 72.00 |
| addtnl Lob (2 @3.00) | 6.00 |
| Lobster, 12 oz | 36.00 |
| Porterhouse | 34.95 |
| 12oz. Filet | 29.95 |
| San Pellegrino (2 @2.95) | 5.90 |
| Virg Fiz Drink | 3.50 |
| Sprite (2 @1.50) | 3.00 |
| Coke (2 @1.50) | 3.00 |
| Liquor $7.50 | 7.50 |
| SLW Syrah | 70.00 |
| Mondavi Mer | 19.50 |
| Cake (5 @6.50) | 32.50 |
| Creme Brulee | 6.95 |
| | |
| Sub Total | 673.60 |
| Tax | 47.57 |
| | 721.17 |
| Total | 360.58 |

AMEX #3705460061771008
Auth:528823 Exp 0701 360.58
AMEX #379400134701007
Auth:567270 Exp 0702

Balance Du...

Plano/ Baylor Docs

---

17776 Dallas Parkway
Dallas, TX 75287
972 267 1776

Server: Team 3 06/06/2001
10:19 PM 2/20012
315/1

209/1/8
AMEX Exp:0702
Card # 379400134701007
Magnetic card present: HILLBANNISTERD
Approval: 567270

Amount: 360.59
+ Tip: 75.00
= Total: 435.59

X
Approval: 567270

Thank you for choosing
III Forks for your dining
pleasure. Please Come
Back Soon.....

Keep a Copy

EEOC000444

THE OLD MONK
2847 N HENDERSON
DALLAS TX 75206

Prosby

DATE: 06/08/01
MER#: 348400190305 TER#: 0001

S-A-L-E-S D-R-A-F-T

SERVER: 0006

REF: 0009 BCH: 049
CD TYPE: AX
TR TYPE: PR
AMOUNT: $241.45

TIP: 50.00

TOTAL: 291.45

ACCT: 379400134701007 EXP: 0702
AP: 000050
NAME: D HILLBANNISTER

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

X

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

EEOC000445

EE0C000368

Original Document of GelcoInformationNetwork

ACCOUNTING COPY

# Centocor

## SALES FORCE EXPENSE REPORT

NAME: Denise Hill-Bannister

DEPARTMENT: 470

DISTRICT:

EXPENSE REPORT NO. 2587013

PERIOD ENDING MM/DD/YY: 06/02/01

| DATE MM/DD/YY | ORIGIN / DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPAIR / MAINT & MISC | PROMOTIONAL PROGRAMS | PROMOTIONAL ACCESS >100 | PROMOTIONAL ACCESS $100 | MISC | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/27/01 | dallas | | | 25.50 | | | 100.00 | | 8.47 | | | | | 191.19 | | | 316.69 |
| 05/28/01 | dallas | | | | | | | | | | | | | | | 7 | 7 |
| 05/29/01 | dallas | | | 11.00 | | | | | | 16.58 | | | 50.04 | | | | 98.83 |
| 05/30/01 | dallas | | | 12.00 | | | | 6.47 | | | | | 86.83 | | | | 70.94 |
| 05/31/01 | dallas | | | 2.00 | | | | | | | | | 62.47 | 57.91 | | | 57.91 |
| 06/01/01 | dallas | | | | | | | | | | | | | 42.17 | | | 42.17 |
| 06/02/01 | dallas | | | | | | | | | | | | | 42.17 | | | 42.17 |

PLUS OR MINUS ADJUSTMENTS

**Calculate Personal Mileage Charge Back in Box #997 at Right**

| FIELD # | 10 | 11 | 12 | 53 | 13 | 16 | 16 | 17 | 18 | 19 | 50 | 51 | 52 | 54 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMOUNT | | | | 50.50 | | 100.00 | 8.47 | | 16.58 | | | 170.42 | 278.02 | 42.17 |

**IMPORTANT**

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three-digit number, 9XX. (Example, if the total in the Lodging airport field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursements.

### COMPANY CAR ONLY

| | |
|---|---|
| VEHICLE NO. | 212193 |
| ENDING ODOMETER | 488.0 |
| BEGINNING ODOMETER | 865.0 |
| TOTAL MILES | 377.0 |
| TOTAL BUSINESS MILES | 377.0 |
| TOTAL PERSONAL MILES | 377.0 |

SIGNATURE: _[signature]_

APPROVED BY: _[signature]_  DATE MM/DD/YY

DATE MM/DD/YY 6-18-01

FIELD # 40  QUANTITY  No. of Gallons 16.58

| | FIELD # | TOTAL |
|---|---|---|
| Minus Personal Mileage Charge 377.0 | 997 | |
| Due Company | 87 | |
| Due Employee | 820 | 664 |

NOTICE TO USER
Transmittal Authorizations issued in the regular course of business by Gelco Information Network, Inc. P.O. Box 4480, Eden Prairie, Minnesota 55344-2500

CALL DATE: 06/07/01  398570000.02

CONFIRMATION # 89214178

2/28/01
COPY SENT
JUN 27 2001
TO GELCO

# BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 05/02/01 | jenan salman pharmd, and staff | seton hospital pharmacy | inservice relavase, receipt not given from Pizza Hutt | 191.19 |
| 05/29/01 | dr. durso,dr. gordan, dr. postma | medical city dallas | inservice relavase, | 50.04 |
| 05/30/01 | dr. coker, dr. mccollum, dr. dittman | presby dallas | inservice relavase, | 35.98 |
| 05/30/01 | dr. reese, dr. diamond, dr. lin | baylor dallas | inservice relavase, | 50.96 |
| 05/31/01 | dr. slonim, dr. vanmeter, dr. donovan | methodist, dallas | inservice relavase | 82.47 |
| 06/01/01 | dr. coker, dr. mccollum, dr. dittman | presby dallas | inservice relavas | 57.91 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | | | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

112400 06 dmm

Original Document of GelcoInformationNetwork

ACCOUNTING COPY

39657000 02

AUSTIN TX WN H
To: DALLAS TX WN H
To:
To:

Amexco Use Only
005995772
000178
18 129000

PASSENGER TICKET

ITEM 9 $48.03
OMNI HOTELS F/B DALLAS TX

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3794-001347-01007 | 05/13/01 | 013592381 | 06 |

Service Establishment and Location
OMNI HOTELS F/B DALLAS TX

Record of Charge

LODGING CHARGES

S/E # 1420169989

TOTAL CHARGE AMOUNT $48.03

CHARGE PURPOSE

AUSTIN TX WN Y
To: DALLAS TX WN Y
To:
To:

Amexco Use Only
006554203
000178
14 134000

PASSENGER TICKET

ITEM 10 $191.19
PIZZA HUT #12026 5124677336 TX

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3794-001347-01007 | 05/02/01 | 76860033 | 10 |

Service Establishment and Location
PIZZA HUT #12026 5124677336 TX

Record of Charge

receipt not given

S/E # 1422450775

Insense
Seton Hospital
Pharmacy

TOTAL CHARGE AMOUNT $191.19

CHARGE PURPOSE

STANDARD PARKING
HARRIS METHODIST

05/23/01 13:57 L# 1 A# 5 Txn#461239
05/23/01 10:48 In 05/23/01 13:57 Out

| | | |
|---|---|---|
| Fee ......1 | $ | 4.00 |
| Total Fee | $ | 4.00 |
| CASH PAID | $ | 4.00- |
| Cash Tender | $ | 4.00 |
| Change Due | $ | 0.00 |

THANK YOU
HAVE A NICE DAY

AMPCO SYSTEM PARKING
DALLAS LOVE FIELD
AIRPORT PARKING
7801 CEDAR SPRINGS ROAD
DALLAS TEXAS 75235
214 350 4881
05/28/01 11:54 L# 2 A# 8 Txn#396565
05/25/01 11:44 In 05/28/01 11:54 Out

| | | |
|---|---|---|
| SHORT TERM | $ | 21.50 |
| Total Fee | $ | 21.50 |
| CASH PAID | $ | 21.50- |
| Cash Tender | $ | 21.50 |
| Change Due | $ | 0.00 |

THANK YOU FOR YOUR BUSINESS
PLEASE DRIVE CAREFULLY
HAVE A PLEASANT DAY
THANK YOU AGAIN
FAX 214 350 5153

EEOC000323

# AT&T Wireless Services

#BWNGFYV
#00033009641195404 w
AV 02 014557 01168B 91 A**SDGI
lll..lll...ll...ll..ll.lll.l.l.l.ll.l.l.l.ll.ll
DENISE HILL-BANNISTER
APT. # 2004
8003 N MACARTHUR BLVD
IRVING TX 75063-6128

Questions?
• www.att.com/wireless
• 1-800-888-7600
• 611 from your wireless phone

Date of Invoice: 05/14/01

**SUMMARY OF MONTHLY CHARGES FOR ACCOUNT 964I1954**
Wireless Number 972-569-7757

| Current Monthly Charges | Balance Forward | Adjustments | Late Payment Charge | Payments Received | Previous Balance | Total Amount Due |
|---|---|---|---|---|---|---|
| 232.61 | .00 | .00 | .00 | 145.00CR | 145.00 | |
| | | | | | | 232.61 |

Your billing cycle began on 04/13 and ended on 05/12.

Current Monthly Charges
Monthly Service Charges                                119.99
Home Airtime Charges                                   68.00
Home Long Distance Charges                              .00
Text Messaging Charges                                  .00
Roaming Charges                                         .00
Other Charges and Credits                              10.38
Taxes, Surcharges & Regulatory Fees                    34.24
Total Current Monthly Charges   DUE UPON RECEIPT       232.61
TOTAL AMOUNT DUE                                       232.61

You can now pay your invoice online @ www.att.com/wireless

**AT&T WIRELESS SERVICES APPRECIATES YOUR BUSINESS**

Note:
We Print on
Front and Back. ←

# RECEIPT

DATE 5/29/01

No. 340770

$6 00/xx

FROM

Six Dollars 00/100 DOLLARS

○ FOR RENT
○ FOR Valet Parking

| ACCT. | | |
|---|---|---|
| PAID | | |
| DUE | | |

☑ CASH
○ CHECK
○ MONEY ORDER

FROM ____ TO ____

BY [signature]

2501

EEOC000374

PARKING COMPANY OF AMERICA
INCORPORATED

DATE 5/29/01

LOCATION St Pauc Hospital

AMOUNT $2.00

TIME _____

BY _____

---

CUSTOMER COPY

TOTAL _____

TIP AMOUNT _____

CHARGE AMOUNT    50.04

AUTH #  560502

07/02
HILLBANNISTER/D
379400134701007
AMEX

CHARGE 1
ANDRE          CHK #352
05/29/01   13:23:19 T001
MERCHANT ID
CB - PRESTON/FOREST  155

---

**Central Parking System**

**RECEIPT**

Location: 181

Amount: $ 2.00

Date: 05/29/01

By: _____

CPS-13 8/96

---

VALLEY RANCH TEXAC

05/29/01        19:48
SIN # 910024488630
HILLBANNISTER/D
Amex
XXXX XXXXXX 01007
AUTH# 005926558
INV # 0531475
CREDIT
PUMP#04
GALLONS      ug 756
@ $1.699/GAL
FUEL           $16.58
TL/NOTAX       $16.58
TAX             $0.00
TAX PD         $16.58
TOTAL          $16.58

THANK YOU FOR
SHOPPING TEXACO
HAVE A NICE DAY.

CB - MACARTHUR PARK 173
MERCHANT ID
05/30/01 07:19:05 T001
CHRISTINA CHK #004
CHARGE 1

AMEX
379400134701007
HILLBANNISTER/D
07/02
AUTH # 571997

CHARGE AMOUNT 50.85

TIP AMOUNT__________|__

TOTAL__________|__

CUSTOMER COPY

CB - PRESTON/FOREST 155
MERCHANT ID
05/30/01 10:44:31 T001
RYAN CHK #131
CHARGE 1

AMEX
379400134701007
HILLBANNISTER/D
07/02
AUTH # 586788

CHARGE AMOUNT 35.98

TIP AMOUNT__________|__

TOTAL__________|__

CUSTOMER COPY

CB - MACARTHUR PARK 173
MERCHANT ID
05/31/01 07:31:44 T001
CHRISTINA CHK #009
CHARGE 1

AMEX
379400134701007
HILLBANNISTER/D
07/02
AUTH # 561036

CHARGE AMOUNT 62.47

TIP AMOUNT__________|___

TOTAL__________|___

CUSTOMER COPY

3:02-cv-03354-RM-CHE # 67-4 Page 19 of 23

EEOC000376

EEOC000377

OFFICE DEPOT
7777 N. MACARTHUR BLVD.
IRVING, TX 75063
214-574-4000

SALE                          POS version
Employee 224304
Store #0554    Reg #001 Tran  19
05/31/01 13:50

0780366686709  PAPER,GW MDL        7.58
                            2 @
                           3.79
MFG: LIST $ 5.45
BULK DISC 2 @ 2.9984        1.60-
SUBTOTAL                    5.98
TX 8.25% SALES TAX          .49
TOTAL                       6.47

CASH                       20.00
CHANGE                     13.53

Try our COPY CENTER for
Printing, Copying & UPS Shipping

---

PARKING COMPANY OF AMERICA
INCORPORATED

TIME _____
DATE 5-31-01
LOCATION St. Paul Hospital
AMOUNT 5.00
BY _____

EEOC000378

# SAL'S PIZZA RESTAURANT INC.

2525 Wycliff Ave.
DALLAS, TEXAS 75219
(214) 522-1828

| CUSTOMER'S ORDER NO. | | | | | | PHONE | | DATE |
|---|---|---|---|---|---|---|---|---|
| NAME | | | | | | | | |
| ADDRESS | | | | | | | | |
| CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RET'D. | PAID OUT | | | |

| QTY. | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | TAX | | |
| | TOTAL | | |

| SOLD BY | | RECEIVED BY | | |
|---|---|---|---|---|
| | | | TAX | |
| | | | TOTAL | |

All claims and returned goods MUST be accompanied by this bill.

C PRODUCT 609

378591

*NEBS* To Reorder:
800-225-6380 or nebs.com

*Thank You*

---

**CUSTOMER COPY**

106050  5284663

SAL'S PIZZA REST
1421057366
601917810203370

AUTHORIZATION NO / REFERENCE NO.

DATE

SERVER/CASHIER

| QTY | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| | | | | 47 91 |
| | TAX | | | |
| | | TIP | | 5 42 |
| | | MISC | | |
| | TOTAL | | | 52 91 |

**IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS**

SALES
SLIP

PURCHASER SIGN HERE

X _____

Cardholder acknowledges receipt of goods and/or services in the amount
of the Total shown hereon and agrees to perform the obligations set forth
in the Cardholder's agreement with the issuer.

Dean Hill
9/6

418 860 34 899 56 545

EEOC000379

PRESENT TO ATTENDANT

LONE STAR VALET

**EXIT CHECK**   **7-623**   l00

This contract limits our responsibility. Please read it.

Customer and company agree as follows: This is a license to park only; no bailment is created. Customer agrees to use company's parking facility at customers sole risk. Company expressly disclaims any responsibility, expressed or implied, to protect against the loss of or damage to customer's vehicle or contents. No employee or agent may enlarge company's liability in any manner. Customer agrees to inspect car before leaving lot. Customer's claim of damage or loss must be reported and itemized on company form before car is removed from premises or customer shall waive such claim. Should company agree to make repairs at its expense, company has option within 48 hours after notice of claim to choose the repair facility. Company is not responsible for damage by fire or electrical failure or flat tires. Company is not responsible for any articles left in car nor will company accept possession or bailment of such articles. Company reserves the right to refuse release of vehicle should guest appear intoxicated to Company employee. Company assumes no liability for guest accommodation or transportation should company deem guest intoxicated. Parking in this facility is an acceptance of the terms of this contract. Note posted rates and hours of operation.   11-4426

**LONE STAR VALET**

**7-623**

---

**PARKING**
**CLAIM CHECK**
**THIS CONTRACT LIMITS OUR**
**LIABILITY, READ IT**
We assume no liability for theft or damage although we will use reasonable caution to protect the property of our customers.

AMERICAN HOTEL REGISTER
VERNON HILLS, IL 60061

**6-707**

OUT   5/13

IN

PLEASE DETACH AND RETURN ABOVE WITH REMITTANCE

USAGE CHARGES FROM 04/26/2001 TO 05/23/2001

| DATE | DESCRIPTION | QTY | PIN | SERVICE CODE | MONTHLY CHARGES | OTHER CHARGES | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|
| 05/14/2001 | BEGINNING BALANCE | | | | | | 115.82 |
| | PAYMENT **THANK YOU** | | | | | | 115.82- |
| | CURRENT CHARGES: | | | | | | |
| 06/01/2001 | PURCHASE ORDER - N/A | | | | | | |
| | SKYTEL TWO-WAY | | | | | | |
| | DENISE HILL BANNISTER | | | | | | |
| | 2-WAY PERSONAL 800 SERVICE | | 8776653547 | | 35.43 | | 35.43 |
| | | | | | 2.95 | | 2.95 |
| | LOCAL TAX | | | | | | .80 |
| | STATE TAX | | | | | | 2.50 |
| | UNIVERSAL SERVICE FUND FEE | | | | | | .49 |

SKYTEL
PO BOX 740577
ATLANTA, GA 30374-0577

FEDERAL TAX ID: 64-0848625
24 HOUR CUSTOMER SERVICE: 1-800-769-8737

SKY 1000

| | CURRENT | OVER 30 | OVER 60 | OVER 90 | |
|---|---|---|---|---|---|
| | 42.17 | .00 | .00 | .00 | |

| INVOICE DATE | INVOICE NO. | ACCOUNT NO. | TOTAL DUE |
|---|---|---|---|
| 05/26/2001 | 01F2675377 | 2675377 | ▲ 42.17 |

EEOC000380