E-FILED
Friday, 01 April, 2005  04:56:41 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| M. JANE MINOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Nos. 02-3354 and 04-3114 |
| | ) | Consolidated |
| CENTOCOR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**APPENDIX TO THE MEMORANDUM OF THE PLAINTIFF, M. JANE MINOR,
IN OPPOSITION TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT[1]**

Plaintiff 's Affidavit

Exhibits attached to Plaintiff's Affidavit

Plaintiff's Exhibit 6

Plaintiff's Exhibit 16

Plaintiff's Exhibit 18

Plaintiff's Exhibit 23

Plaintiff's Exhibit 37

Plaintiff's Exhibit 38

Plaintiff's Exhibit 47

Plaintiff's Exhibit 73

Plaintiff's Exhibit 87

---

[1] Due to the size of the appendix documents, they may be submitted to the Court by Electronic filing separately from the Memorandum in opposition to Summary Judgment and may be submitted in increments.

Defendant's Exhibit G

Defendant's Exhibit S

Defendant's Exhibit HH

Defendant's Exhibit II

Defendant's Exhibit LL

Defendant's Exhibit MM

Defendant's Exhibit NN

Hill Bannister Expense Reports for March 2001 (1a)

Hill Bannister Expense Reports for March 2001 (1b)

Hill Bannister Expense Reports for April 2001 (2a)

Hill Bannister Expense Reports for April 2001 (2b)

Hill Bannister Expense Reports for May 2001 (3a)

Hill Bannister Expense Reports for May 2001 (3b)

Hill Bannister Expense Reports for May 2001 (3c)

Hill Bannister Expense Reports for June 2001 (4a)

Hill Bannister Expense Reports for June 2001 (4b)

Hill Bannister Expense Reports for June 2001 (4c

Hill Bannister Expense Reports for July 2001 (5a)

Hill Bannister Expense Reports for July 2001 (5b)

Hill Bannister Expense Reports for August 2001 (6a)

Hill Bannister Expense Reports for August 2001 (6b)

Hill Bannister Expense Reports for September 2001 (7a)

Hill Bannister Expense Reports for September 2001 (7b)

Kopecky Expense Reports for January 2001

Kopecky Expense Reports for February 2001 (2a)

Kopecky Expense Reports for February 2001 (2b)

Kopecky Expense Reports for March 2001 (3a)

Kopecky Expense Reports for March 2001 (3b)

Kopecky Expense Reports for April 2001 (4a)

Kopecky Expense Reports for April 2001 (4b)

Kopecky Expense Reports for May 2001 (5a)

Kopecky Expense Reports for May 2001 (5b)

Kopecky Expense Reports for May 2001 (5c)

Kopecky Expense Reports for June 2001 (6a)

Kopecky Expense Reports for June 2001 (6b)

Kopecky Expense Reports for June 2001 (6c)

Kopecky Expense Reports for July 2001 (7a)

Kopecky Expense Reports for July 2001 (7b)

Kopecky Expense Reports for July 2001 (7c)

Kopecky Expense Reports for August 2001 (8a)

Kopecky Expense Reports for August 2001 (8b)

Kopecky Expense Reports for September 2001 (9a)

Kopecky Expense Reports for September 2001 (9b)

Kopecky Expense Reports for September 2001 (9c)