

EXHIBIT
5
Hill-Bannister

EEOC000236

ACCOUNTING COPY

tabbies®

# Centocor

## SALES FORCE EXPENSE REPORT

NAME: Denise Hill Bannister

DEPARTMENT: 407

EXPENSE REPORT NO. 2587002

PERIOD ENDING MM/DD/YY: 07/28/01

| DATE MM/DD/YY | ORIGIN / DESTINATION / PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Explain on Detail) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPAYMENT LMC (Explain on Detail) | FIELD PROMOTION PROMOTIONAL PROGRAMS | FIELD PROMOTION PROMOTIONAL ACE89 #100 | FIELD PROMOTION PROMOTIONAL ACE89 #100 | MISC (Explain on Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/22/01 | dallas | 30.0 | | | | 2.00 | | | | 17.17 | | 31.12 | | | | 201.19 |
| 07/23/01 | w800 | 360.0 | | | | 3.00 | 18.70 | | | 15.60 | | | 20.99 | | | 39.67 |
| 07/24/01 | dallas | 91.0 | | | | | | | | | | 255.78 | | | | 255.78 |
| 07/25/01 | dallas | 88.0 | | | | 13.00 | 20.58 | | | | 158.99 | | 198.57 |
| 07/26/01 | wichita falls | 590.0 | | | | | | | | 38.49 | | -156.57 | | | | 201.06 |
| 07/27/01 | dallas | 87.0 | | | | 6.00 | | | | 14.53 | | | | | | 14.53 |
| 07/28/01 | dallas | 45.0 | | | | 24.00 | | | 43.28 | 47.36 | | 90.60 | | 722.71 | | 927.87 |

FIELD # | 10 | 11 | 12 | 83 | 13 | 16 | 17 | 18 | 18 | 19 | 50 | 51 | 82 | 84

PLUS OR MINUS ADJUSTMENTS
11749 95 am

AMOUNT

QUANTITY

No. of Gallons

FIELD #

TOTAL

*Calculate Personal Mileage Charge Back In Box #997 at Right

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 9XX. (Example, if the Lodging amount field is negative, enter the code 911 instead of 11.)

Payment requests exceeding authorized dollar limits will delay reimbursements.

SIGNATURE: _____ DATE: 8/7/01

APPROVED BY: _____ DATE: 12-4-01

### COMPANY CAR ONLY

| | |
|---|---|
| VEHICLE NO. | 212193 |
| BEGINNING ODOMETER | 3279.0 |
| ENDING ODOMETER | 4689.0 |
| TOTAL MILES | 1410.0 |
| TOTAL BUSINESS MILES | 1272.0 |
| TOTAL PERSONAL MILES | 138.0 |

DISTRICT:

Miles Personal Mileage Charge 138.0

Due Company

Due Employee

NOTICE TO USER
Traveller Authorization issued to the Driver by Gelco Information Network, Inc. P.O. Box 14990, Eden Prairie, Minnesota 55344-2990

| | |
|---|---|
| | 39857000 02 |
| CALL DATE | 0731/01 |
| FIELD # | 997 |
| | 87 |
| | 820 |
| | 927.97 |
| CONFIRMATION # | 89737429 |

NOTICE TO USER
COPY SENT
DEC 0 5 2001
TO GELCO

EEOC000237

## BUSINESS MEALS

| DATE MMDDYY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 07/27/01 | inservice relavase | dr. vanmeter, dr. donovan, dr. slonim | methodist hospital | / 156.57 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## FIELD PROMOTION & MISCELLANEOUS

| DATE MMDDYY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 07/23/01 | inservice relavase, methodist hospital, dr. slonim | / 31.12 |
| 07/23/01 | inservice relavase, osteopathic journal club, dr. delange, dr. yurvarti, dr. snow | / 151.37 |
| 07/24/01 | inservice relavase, medical city, dr. gordon, dr. kassenoff, dr. postma | / 20.99 |
| 07/25/01 | inservice harris methodist, dr. gralino, dr. pickering, dr. reeb and staff | 255.78 |
| 07/26/01 | inservice relavase, dr. gensberg, dr. lee, tom riney, denise hill | / 158.99 |
| 07/27/01 | inserivce relavase, presbyterian. Dr. coker, dr. dittman | / 38.49 |

## MISCELLANEOUS AUTO

| DATE MMDDYY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

112499 05 drnm

39657000 02

EEOC000238

**EXXON EXPRESS PAY**

VALLEY RANCH EXXON
9975 N. MACARTHUR
IRVING, TX. 75063

DLR# 4712410
VALLEY RANCH E
IRVING          TX
07/22/01        15:07
ACCT#
XXXXXXXXXXXXX1007
INV# H211576
AUTH #508972
PUMP# 10
PLUS
SELF          6.878G
PRICE/GAL     $1.479
FUEL TOTAL    $10.17
CATS MEOW     $7.00
MDSE TOTAL    $7.00
TOTAL         $17.17

CARWASH CODE 54819
EXPIRES    08/21/01
HAVE A SAFE AND
HAPPY NEW YEAR

-THANK YOU-

THE MAIL STATION
8600 N MACARTHUR BLD 114
IRVING TX 75063

DATE: 07/23/01 TIME: 13:24
MER#: 220385786000 TERM: 0001

S-A-L-E-S D-R-A-F-T

REF: 0007 BCH: 080
CD TYPE: MC
TR TYPE: PR
AMOUNT: $16.70

ACCT: 5114070047608842 EXP: 0404
AP: 023998

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS AND/OR SERVICES IN THE AMOUNT OF THE TOTAL SHOWN HEREON AND AGREES TO PERFORM THE OBLIGATIONS SET FORTH BY THE CARDMEMBER'S AGREEMENT WITH THE ISSUER

X__________________________

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

**PARKING COMPANY OF AMERICA**
INCORPORATED

TIME __________ DATE 07/23/01

LOCATION St. Paul Hospital

AMOUNT $2.00

BY __________

EEOC000239

3:02-cv-03354-RM-CHE # 68-2 Page 4 of 25

EEOC000240

151.32

25.00

CB - MACARTHUR PARK 173
MERCHANT ID
11/23/01  08:43:00 T001
CHK #041         MIKE
CHARGE 1

AMEX
3794001347010007
HILLBANNISTER/D
07/02
AUTH #
599678

CHARGE AMOUNT    28.12

TIP AMOUNT ⎯⎯⎯⎯ 3

TOTAL ⎯⎯⎯⎯ 31.12

CUSTOMER COPY

EEOC000241

Thanks for shopping here

Kroger # 577

8:30AM Jul 24 2001

GRADE        Unleaded
GALS         11.366
PPU          1.379

FUEL TOTAL   15.68

Terminal ID
5500000200303213509

XXXXXXXXXXXXX1007
ISLAND CARD SALE

American Express
Exp.Date:07/02
APPROVAL:S13516

THANK YOU
FOR YOUR BUSINESS

EEOC000242

# RECEIPT

**Central Parking System**

Location: Lot #2

Amount: $ 5.00

Date: 07/24/00

By: _____

CPS-13 8/98

---

CB - MACARTHUR PARK 173
MERCHANT ID
07/24/01  08:23:56 1001
CHRISTINA    CHK #044
CHARGE 1

AMEX
379400134701007
HILLBANNISTER/D
07/02
AUTH #        588923

CHARGE AMOUNT   17.99

TIP AMOUNT      5

TOTAL          20.99

CUSTOMER COPY

EEC0000243

CUSTOMER COPY

**IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS.**

CUSTOMER COPY

SALES SLIP

PURCHASER SIGN HERE
X

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the issuer.

| PURCHASES | TAX | SERVER | OTHER | TOTAL |
|---|---|---|---|---|
| 2<<2 | | | 20 00 | 2<<2 |

SAL'S PIZZA REST
075201
442105266
601101701020370
1013867501

| SERVER/CASHIER | DATE |
|---|---|
| | |
| AUTHORIZATION NO. | REFERENCE NO. |
| CHECK NO./FOLIO NO. | |

---

377080
C PRODUCT 609

*Thank You*

NEBS To Reorder: 800-225-6380 or nebs.com

All claims and returned goods MUST be accompanied by this bill.

| SOLD BY | RECEIVED BY | TOTAL |
|---|---|---|
| | | |
| | TAX | |
| SOLD BY | | |

**SAL'S PIZZA RESTAURANT INC.**
2525 Wycliff Ave.
DALLAS, TEXAS 75219
(214) 522-1828

| CASH | C.O.D. | CHARGE ON ACCT. | MDSE RET'D | PAID OUT |
|---|---|---|---|---|

| NAME | | | |
|---|---|---|---|
| ADDRESS | | | |
| PHONE | CUSTOMER'S ORDER NO. | | DATE |

377101
C PRODUCT 609
SOLD

STANDARD PARKING
HARRIS METHODIST

07/26/01 12:42 L# 1 A# 5 Txn#517296
07/26/01 10:28 In 07/26/01 12:42 Out

| | | |
|---|---|---|
| Fee .....1 | $ | 3.00 |
| Total Fee | $ | 3.00 |
| CASH PAID | $ | 3.00- |
| Cash Tender | $ | 3.00 |
| Change Due | $ | 0.00 |

THANK YOU
HAVE A NICE DAY

[illegible]

[illegible] [illegible] [illegible] [illegible]

Phone [illegible]
Fax [illegible]

[illegible]

[illegible] [illegible]
[illegible] [illegible]
[illegible]
[illegible] 07/26/01 8:09 #44A43

*THANK YOU FOR YOUR BUSINESS*

EEOC000244

3:02-cv-01054-RM-CHE · #66-2 · Page 10 of 25

Centocor, Inc.
200 Great Valley Parkway
Malvern, Pennsylvania 19355-1307

Telephone: 972-569-7757
Facsimile: 972-402-9181
Voicemail: 800-972-9063, x7235
Pager: 877-665-3547
Email: bannisterd@centocor.com
www.leiavase.com

**Denise Hill**
Vascular Specialist

*No receipt*

*Parking 10.00*
*Lubia Libre*
*W. Dr. Cardoza*

---

CUBA LIBRE
2822 North Henderson
Dallas, TX 75206
214-827-2820

Server: g? PM BAR 3
07/26/2001        10:52 PM
40041
Reprint #: 1
Guests: 0
HILLBANNISTERD /1

| | |
|---|---|
| Call 3 | 5.00 |
| Import | 4.25 |
| Chandon Split | 6.75 |

Sub Total        16.00
Total            16.00
AMEX #379400134701007        16.00
Authorizing... Exp 0702

**Balance Due        16.00**

Thank you for
joining us.
We appreciate your

+5.00
---
21

---

CUBA LIBRE
2822 North Henderson
Dallas, TX 75206
214-827-2820

Server: Big Papa
07/26/2001        09:12 PM
3/30039
Table 142/1
AMEX
10486.14        Exp:0702
Card #379400134701007
Magnetic card present: HILLBANNISTERD
Approval: 578393

Amount:        112.99

+ Tip:        25.

= Total:        137.55

X_____
Approval: 578393

Thank you for
joining us.
We appreciate your
business.

Centocor 7-27 6⁰⁰

Denise Hill
Vascular Specialist

Centocor, Inc.
200 Great valley Parkway
Malvern, Pennsylvania 19355-1307

Telephone: 972-569-7757
Facsimile: 972-402-9181
Voicemail: 800-972-9063, x7295
Pager: 877-665-3547
Email: bannisterd@centocor.com
www.retavase.com

Zale Lipshey
Parking

CB - MACARTHUR PARK 173
MERCHANT ID
07/27/01 [illegible]
MIKE CHK #
CHAR

AMEX
379400134701007
HILL BANNISTER/D
07/02
AU # 56[illegible]

CHARGE AMOUNT 35.49
AMOUNT 3
TOTAL 38.49

[illegible]MER COPY

EEOC000246

EEOC000247



CUSTOMER COPY

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS.

CUSTOMER COPY

Cardholder acknowledges receipt of goods and/or services in the
amount of the Total shown hereon and agrees to perform the
obligations set forth in the Cardholder's agreement with the Issuer.

SALES SLIP

PURCHASER SIGN HERE
X

| PURCHASE | 141 53 | TAX | SERVER TIP | OTHER 10 00 | TOTAL 151 53 |

598P196S

SAL'S PIZZA REST.
14210523366
6011010170020370    0T2T0T

Davw  141

4/02

41380034979 56548.

CHECK NO./FOLIO NO.
AUTHORIZATION NO.
REFERENCE NO.
DATE
SERVER/CASHIER

---

ThankYou                                    376721

SAL'S PIZZA RESTAURANT INC.
2525 Wycliff Ave.
DALLAS, TEXAS 75219
(214) 522-1828

CUSTOMER'S ORDER NO.
PHONE                    DATE  56548+
NAME  Davw  141
ADDRESS

All claims and returned goods MUST be accompanied by this bill.
C PRODUCT 608

| CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |

| SOLD BY | RECEIVED BY |
| TAX |
| TOTAL |

---

EXXON EXPRESS PAY

VALLEY RANCH EXXON
9975 N. MACARTHUR
IRVING, TX. 75063

DLR# 4712410
VALLEY RANCH E
IRVING            TX
07/28/01   11:54
ACCT#
XXXXXXXXXXX1007
AUTH# HZZ97089
AUTH# 531706
PUMP# 0
REG
10.533G
SELF
PRICE/GAL   $1.379
FUEL TOTAL  $14.53
MDSE TOTAL  $0.00
TOTAL       $14.53

HAPPY NEW YEAR
HAVE A SAFE AND
—THANK YOU—

# Centocor

Original Document of GelcoInformationNetwork

## SALES FORCE EXPENSE REPORT

NAME: Denise Hill-Bannister

DEPARTMENT: 470

DISTRICT:

EXPENSE REPORT NO. 2587020

PERIOD ENDING MM/DD/YY: 07/21/01

| DATE MM/DD/YY | ORIGIN/DESTINATION/PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR/RAIL/BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING/TOLLS | BUSINESS MEALS (Explain in Detail) | PHONE/FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPAIR/MAINT & MISC. (Explain on Detail) | FIELD PROMOTION (Explain in Detail) PROMOTIONAL PROGRAMS | PROMOTIONAL ACCESS 4100 | PROMOTIONAL ACCESS 4100 | MISC. (Explain in Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/15/01 | dallas | 20.0 | | | | | | | | | | | | | | | |
| 9/01 | dallas | 135.0 | | 194.50 | 23.75 | 2.00 | | | 49.73 | | 15.56 | | 20.99 | | 20.99 | | 72.72 |
| 0/17/01 | austin | 60.0 | | | | | | | | | | | | | | | 253.81 |
| 07/18/01 | dallas | 123.0 | | 167.09 | 58.05 | 5.00 | | | | | | | 20.00 | | 119.01 | | 349.15 |
| 07/19/01 | dallas | 110.0 | | | | 6.00 | | 194.85 | | | 12.46 | | 69.36 | | * 20.99 | | 282.67 |
| 07/20/01 | austin | 70.0 | | 194.50 | 104.16 | 14.00 | | | | | | | | | | | 333.85 |
| 07/21/01 | dallas | 25.0 | | | | 4.00 | | 100.00 | | | | | | | | | 104.00 |
| PLUS OR MINUS ADJUSTMENTS | | | | | | | | | | | | | | | | | |
| 112449.00 Qmn | | | | | | | | | | | | | | | | | |
| | FIELD # | 10 | 11 | | 12 | 83 | 13 | 16 | 16 | 17 | 18 | 19 | 30 | 81 | 82 | 84 | TOTAL |
| | AMOUNT | 399.00 | 167.09 | | 185.96 | 31.00 | | 100.00 | 194.85 | 49.73 | 28.02 | | | 131.34 | 119.01 | | 1,398.00 |

DISTRICT

| FIELD # | | FIELD # | | | FIELD # | | | |
|---|---|---|---|---|---|---|---|---|
| QUANTITY | | 40 | No. of Gallons | | 997 | | 820 | 87 |

### COMPANY CAR ONLY

| VEHICLE NO | 212193 |
|---|---|
| BEGINNING ODOMETER | 2709.0 |
| ENDING ODOMETER | 3279.0 |
| 'AL MILES | 570.0 |
| TOTAL BUSINESS MILES | 543.0 |
| TOTAL PERSONAL MILES | 27.0 |

*Calculate Personal Mileage Charge Back in Box #997 at Right

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number; 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursements.

SIGNATURE: _(signature)_

APPROVED BY: _(signature)_

DATE MM/DD/YY: 7-2-?

DATE MM/DD/YY: 7-30-01

### NOTICE TO USER

Transfer/Authorization issued to the Owner by Gelco Information Network, Inc. P.O. Box 44800, Eden Prairie, Minnesota 55344-2900

| Misc Personal Mileage Charge | 27.0 | | 997 |
|---|---|---|---|
| Due Company | | | |
| Due Employee | | 820 | |
| | | | 1,398.00 |

| CALL DATE | CONFIRMATION # |
|---|---|
| 07/2/2001 | 89057039 |

389670000 02

8/14/01 MC
COPY SENT
AUG 1 4 2001
TO GELCO
9-5-01

ACCOUNTING CO...

EEOC000249

## BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |

## FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 07/16/01 | dr. gaines, dr. gates, inservice relavase, arlington memorial | * 20.99 |
| 07/17/01 | dr. cohen, dr. masyrk, dr. manning, dr. maccarty, inservice relavase after dinner program | * 119.01 |
| 07/21/01 | inservice methodist, dr. slonim, dr donovan, dr. vanmeter, relavawse | * 20.99 |
| 07/17/01 | dr. cohen, denise hill, dr. manning, admission to club, austin tx | * 20.00 |

## MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |

112499 05 dmn

ACCOUNTING Cu....

39657000 02

Original Document of GelcoInformationNetwork

CB - MACARTHUR PARK 173
MERCHANT ID
07/16/01 08:33:30 01
EDITH CHK #026
CHARGE 1

AMEX
379400134701007
HILLBANNISTER/L
07/02
AUTH # 515281

CHARGE AMOUNT 17.99

TIP AMOUNT 3.00

TOTAL 20.99

CUSTOMER COPY

DALLAS/FORT WORTH
INT'L AIRPORT
*** Thank you ***

Entr: 08:48 07/16/01 Lane # 13
Exit: 08:53 07/16/01 Lane # 25 C.# 368
License plate TX M236KN Seq. #8141
Taxes included $0002.00 Cash

THE MAIL STATION
8600 N MACARTHUR BLD 114
IRVING TX 75063

DATE: 07/16/01 TIME: 10:13
MER#: 2203857860000 TERM: 0001
S-A-L-E-S D-R-A-F-T

REF: 0007 BCH: 075
CD TYPE: AX
TR TYPE: PR
AMOUNT: $49.73

ACCT: 379400134701007 EXP: 0702
AP: 513465

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS AND/OR SERVICES IN THE AMOUNT OF THE TOTAL SHOWN HEREON AND AGREES TO PERFORM THE OBLIGATIONS SET FORTH BY THE CARDMEMBER'S AGREEMENT WITH THE ISSUER

X________________________
TOP COPY-MERCHANT COPY

```
[illegible] 001347 [illegible]07        AMEX      07/16/01
[illegible]BANNISTER/D.                           11:38
Texaco Food Mart                     41 190 430091
7014 Stemmons Rd.                     INV# 0099978
Dallas          ,TX 75208     AUTH# 00521004
  ITEM              QTY       PRICE    AMOUNT
 4 Unleaded       10.380G#   1.499      15.56
                              TAX        0.00
                              OTAL      15.56
```

Signature

Buyer Agrees to pay the total
According to the agreement of
the card issue

[illegible] No: 9[illegible]82     EMPLOYEE: DP.[illegible]

AVIS. We try harder®

**TRANSACTION RECORD**

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 399776274 | 6279991 | G |

```
HILLBANNIS,DENISE
              AWD= A368500
CV  CAXXXXXXXXXXXX1007

OUT AUS 17JUL01/1325 MI-        7
IN  AUS 18JUL01/0743 MI-       52
   45 MI@     .00=
   18 HR@  14.34=
      DY@  43.00=
MINIMUM CHARGE   =    43.00
DISCOUNT      .0 =
*$2.70/DY SURCHG=      2.70
ONE WAY FEE/MISC=
**11.11% FEE     =     4.78
LDW              =
TAXABLE SUBTOT   =    50.48
TAX 15.000%      =     7.57
FUEL SERVICE     =
TOTAL CHARGES    =    58.05
*PROP TAX/TITLE/REG/LIC
**CONCESSION RECOVERY FEE
TAX INCL 5% MOTOR VEH TAX
~ $3/DY:TUE  1 DY RNTL
```

* Please check your car for personal effects. *

* Please check your car for personal effects. *

Thank you for renting from Avis.
We value your business. Have a safe trip.

EEOC000253

# OMNI HOTELS'

HILLBANNIS, DENISE

AMEX AMERICAN EXPRESS SELECT

Room Number: 1608
Daily Rate: 134.00
Room Type: KN
No. of Guests: 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|-----------|----------|---------|
| 7/17/01 | 7/18/01 | 1007 XXXX XXXX XXXX | AMEX | CONS | 302565 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 7/17/01 | 1608 | ROOM CHARGE | #1608 HILLBANNIS, DENISE | $134.00 |
| 7/17/01 | 1608 | CITY OCCUPANCY TAX 9% | | $12.06 |
| 7/17/01 | 1608 | STATE OCCUPANCY TAX 6% | | $8.04 |
| 7/18/01 | 1608 | VALET PARKING | VALET PARKING | $12.00 |
| 7/18/01 | 1608 | SALES TAX ON PARKING | SALES TAX ON PARKING | $0.99 |
| 7/18/01 | 1608 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($167.09) |

**TOTAL DUE:** $0.00

TERMS:   DUE AND PAYABLE UPON PRESENTATION.  I AGREE THAT MY LIABILITY FOR THIS BILL
IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE
INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL
AMOUNT OF THESE CHARGES.

Cash Tender $ 5.00
Change Due $ 0.00
THANK YOU FOR YOUR BUSINESS

## Fare Receipt

American Yellow Checker

Date 7-17

Received of 11 25
the Sum of Omni
from Sullivans W/ Dr Cohen
to

American Yellow Checker

No. ____ Driver ____

## Fare Receipt

American Yellow Checker

Date 7-17

Received of 1250
the Sum of 10th St
from Omni Dr Cohen
to

American Yellow Checker

No. ____ Driver ____

Centocor 7-17 20 Cedar St.

Denise Hill
Vascular Specialist

Dr Cohen
Austin
Admin

Centocor, Inc.
200 Great valley Parkway
Malvern, Pennsylvania 19355-1307

Telephone: 972-569-7757
Facsimile: 972-402-9181
Voicemail: 800-972-9063, x7295
Pager: 877-665-3547
Email: bannisterd@centocor.com
www.retavase.com

EEOC000255

EEOC000256

## SOUTHWEST AIRLINES

ISSUED BY AND VALID ONLY ON

TICKETLESS ITINERARY
NOT VALID FOR TRANSPORTATION

AGENT 8196
DATE 17JUL01

REFERENCE NUMBER CONFIRMATION NUMBE
526/2765347T234          MZRI6C

CUSTOMER NAME
HILLBANNISTER/DENISE

ITINERARY
FROM                    TO
DALLAS LOVE FIELD      AUSTIN TX
AUSTIN TX              DALLAS LOVE FIELD

| FLIGHT | DATE | FARE BASIS | TIME | STATUS | PRICE | XF |
|--------|------|-----------|------|--------|-------|-----|
| WN298 | 17 JUL | YL | 0110 P | llK | 0095.75 | 00.00 |
| WN194 | 18 JUL | YL | 0850 A | YK | 0095.75 | 03.00 |

PRINTED IN U.S.A. BY MAGNETIC TICKET & LABEL CORP., Ao-140TN (REV. 3001)

---

Cedar Street
208A West 4th Street
Austin, Texas
(512) 495-9669

Guest Check
Tab 149          07/17/01-A          9:49pm

Guests 1 Bert is Evil  Table HILLBANNIST

| | |
|---|---|
| 1. Gl Canyon Chard | 5.00 |
| 1. MACALLAN 18 | 20.00 |
| 1. Gl Canyon Merlot | 5.00 |
| 1. Mac Port Cafe | 11.09 |
| 1. AF Heming Class | 29.57 |
| 1. Gl Canyon Chard | 5.00 |
| 1. MACALLAN 18 | 20.00 |

Items                    95.66
Tax (on 40.66)            3.35
Subtotal                 99.01

Tip              20-
TOTAL           119.01

hillbannister/d    07/17 23:17 4748
1.AMEX/3794xxxxxxx1007/XXXX  A:528466

_Customer Copy_

COME FOR THE MUSIC AND STAY FOR
THE DRINKS.

MUSIC 7 DAYS A WEEK
Happy Hour Mon-Thursday 6-8

EEOC000257

Ⓒ Centocor

**Denise Hill-Bannister**

Vascular Specialist

200 Great Valley Parkway
Malvern, Pennsylvania 19355-1307

Telephone: 972-569-7757
Facsimile: 972-402-8878
Voicemail: 800-972-9063, x7295
Pager: 877-665-3547
Email: bannisterd@centocor.com

7-9-01

00 $450
0420
Pauline

STANDARD PARKING
HARRIS METHODIST

07/19/01 10:19    LH 1 A# 5   TXN#510557
07/19/01 10:03 In    07/19/01 10:19 Out
Fee ......1.00
Total Fee     $  1.00
CASH PAID     $  1.00
Dash Tender   $ -1.00
Change Due    $  0.00
THANK YOU
HAVE A NICE DAY

EXXON EXPRESS PAY

VALLEY RANCH EXXON
9975 N. MACARTHUR
IRVING, TX. 75063

DLR# 4712410
VALLEY RANCH E
IRVING TX
07/19/01 14:35
ACCT#
XXXXXXXXXXX1007
INV# HZ23567
AUTH# 538596
PUMP# 5
REG 8.903G
SELF
PRICE/GAL $1.399
FUEL TOTAL $12.46

MDSE TOTAL $0.00
TOTAL $12.46

HAVE A SAFE AND
HAPPY NEW YEAR

-THANK YOU-

PARTY CITY # 2[illegible]
[illegible] S STEMMONS FREEWAY
LEWISVILLE, TX [illegible]

TIME 12:14 PM DATE 07/19/01
TERM# [illegible] MER# [illegible]
TRAN TYPE SALE
#5114090004760[illegible]42
CARD TYPE MASTERCARD
EXP DATE 04/04 SEQ # [illegible]
TICKET # [illegible]
AUTH CODE 019448

TOTAL $69.[illegible]

SIGN X
DENISE R HILL-BANNISTER

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT

PARKING COMPANY OF AMERICA
INCORPORATED

TIME ______ ______ DATE 07/ /01
LOCATION T. Paul Hospital
AMOUNT .00
BY ______ ______

EEOC000258

**AVIS**® We try harder®

## TRANSACTION RECORD

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 399786656 | 6262336 | G |

BANNISTER,DENISE
WIZ= T8D43V AWD= A368500
CV CAXXXXXXXXXXXX1007

✱ Please check your car for personal effects. ✱

```
OUT AUS 20JUL01/1013 MI-11633
IN  AUS 21JUL01/1232 MI-11790
  157 MI@      .00=
    2 HR@   12.67=    25.34
    1 DY@   37.99=    37.99
     WK@  265.93=
DISCOUNT     5.0  =    3.17
*$2.70/DY SURCHG=      5.40
ONE WAY FEE/MISC=
**11.11% FEE       =    6.68
LDW                =
TAXABLE SUBTOT     =   72.24
TAX 15.000%        =   10.84
GAS SVC OPTION     =   21.08
TOTAL CHARGES      =  104.16
*PROP TAX/TITLE/REG/LIC
**CONCESSION RECOVERY FEE
TAX INCL 5% MOTOR VEH TAX
```

✱ Please check your car for personal effects. ✱

Thank you for renting from Avis.
We value your business. Have a safe trip.

ISSUED BY AND VALID ONLY ON **SOUTHWEST AIRLINES**®

TICKETLESS ITINERARY AGENT
NOT VALID FOR TRANSPORTATION DATE 20JUL

CUSTOMER NAME
**HILLBANNISTER/DENISE**

REFERENCE NUMBER CONFIRMATION NUMBER
**526/2765087Ø491 MORIZR**

ITINERARY

| FROM | TO | FLIGHT | DATE | FARE BASIS | TIME | STATUS | PRICE | XF |
|---|---|---|---|---|---|---|---|---|
| DALLAS LOVE FIELD | AUSTIN TX | WNØ078 | 20JUL | YL | 0925A | HK | 0095.75 | 00.00 |
| AUSTIN TX | DALLAS LOVE FIELD | WNØ013 | 21JUL | YL | 0155P | HK | 0095.75 | 03.00 |

PRINTED IN U.S.A. BY MAGNETIC TICKET & LABEL CORP., Ac-167TH (REV. 3/00)

[redacted] EEOC000259

CB - MACARTHUR... 173
MERCHANT ID
07/21/01   16:07:46 TU01
MICHAEL
CLRK #
CHAR...

AMEX
3794001347010U...
HILLBANNISTER/O
07/U?
AUTH # 538537
CHARGE AMOUNT   17.99
TIP AMOUNT        3
TOTAL            20.99

CUSTOMER COPY

EEOC0000261

# AT&T Wireless



#BMNGFYV
#0003300964119540# w
AV 02 016933 761948 96 A**SDGT

DENISE HILL-BANNISTER
APT. # 2004
8003 N MACARTHUR BLVD
IRVING TX 75063-6128

Questions?
• www.attwireless.com
• 1-800-888-7600
• 611 from your wireless phone
• TTY users - 1-866-4-AWS-TTY

**Date of Invoice: 07/14/01**

SUMMARY OF MONTHLY CHARGES FOR ACCOUNT 964119954
Wireless Number: 972-569-7757

| Previous Balance | Payments Received | Late-Payment Charge | Adjustments | Balance Forward | Current Monthly Charges |
|---|---|---|---|---|---|
| 333.16 | 333.16CR | .00 | .00 | .00 | 178.95 |

Your billing cycle began on 06/13 and ended on 07/12.

| | Total Amount Due |
|---|---|
| | 178.95 |

Current Monthly Charges
Monthly Service Charges                                  149.99
Home Airtime Charges                                       .00
Home Long Distance Charges                                 .00
Text Messaging Charges                                     .00
Roaming Charges                                            .00
Other Charges and Credits                                 1.98
Taxes, Surcharges & Regulatory Fees                      26.98
Total Current Monthly Charges          DUE UPON RECEIPT  178.95

TOTAL AMOUNT DUE                                         178.95

You can now pay your invoice online @ www.attwireless.com

Note: We Print on
← Front and Back.

AT&T WIRELESS APPRECIATES YOUR BUSINESS