EEOC000264

# Centocor

## SALES FORCE EXPENSE REPORT

**NAME** Denise Hill-Bannister

**DEPARTMENT** 470

**DISTRICT**

**EXPENSE REPORT NO.** 2587019

**PERIOD ENDING MM/DD/YY** 07/14/01

| DATE MM/DD/YY | ORIGIN/ DESTINATION/PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR/RAIL/BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING/ TOLLS | BUSINESS MEALS (Explain in Detail) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | No. of Gallons | | | | | FIELD PROMOTION (Explain in Detail) PROMOTIONAL ACCESS +100 | MISC. (Explain in Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/08/01 | dallas | 20.0 | | | | | | | | | | | | | | | 67.08 | | 71.68 |
| 07/09/01 | dallas | 10.0 | | | | 2.00 | | | | | | | | | | | 78.86 | | 98.11 |
| 07/10/01 | dallas | 90.0 | | | | 6.00 | | | | 17.25 | 9.92 | | | | | | 256.18 | | 262.16 |
| '01 | dallas | 99.0 | | | | 7.00 | | | | 4.60 | | | | | | | 91.90 | 137.84 | 206.74 |
| 07/12/01 | dallas | 78.0 | | | | | | | | | | | | | | | 40.70 | 40.70 | 40.70 |
| 07/13/01 | dallas | 102.0 | | | | 7.00 | | | 85.46 | | 15.24 | | | | | | 35.05 | | 142.75 |
| 07/14/01 | dallas | 10.0 | | | | | | | | | | | | | | | 75.75 | | 75.75 |
| | | | | | | 22.00 | | | 85.46 | 21.85 | 15.24 | | | | | | 359.34 | 394.00 | 897.89 |

**FIELD #** | 10 | 11 | 12 | 53 | 13 | 18 | 16 | 17 | 18 | 19 | 60 | | | 81 | 82 | 84 |

**PLUS OR MINUS ADJUSTMENTS** | **AMOUNT**

**FIELD #** 40 **QUANTITY** No. of Gallons

| | FIELD # | TOTAL |
|---|---|---|
| Minus Personal Mileage Charge | 997 | |
| Due Company | 87 | |
| Due Employee | 820 | |

*Calculate Personal Mileage Charge Back in Box #997 at Right

**IMPORTANT**

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11.)

Payment requests exceeding authorized dollar limits will delay reimbursements.

## COMPANY CAR ONLY

| | |
|---|---|
| VEHICLE NO. | 212193 |
| BEGINNING ODOMETER | 2300.0 |
| ENDING ODOMETER | 2709.0 |
| TOTAL MILES | 409.0 |
| TOTAL BUSINESS MILES | 409.0 |
| 4L PERSONAL MILES | 0.0 |

112499 05 dmm

**SIGNATURE** _(signature)_  **DATE MM/DD/YY** 7-30-01

**APPROVED BY** _(signature)_  **DATE MM/DD/YY** 7-30-01

| | NOTICE TO USER | |
|---|---|---|
| 308567000 02 | Traveller Authorization Issued to be Driven by Gelco Information Network, Inc. P.O. Box 44600, Eden Prairie, Minnesota 55344-2300 | 89595443 |
| | CALL DATE 07/15/01 | CONFIRMATION # |

8/14/01 MIL
COPY SENT
AUG 14 2001
TO GELCO

9-5-01

EEOC000265

# BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 07/14/01 | dr. rivera, rudy baylor, dr. meller | inservice relavase | | * 75.75 |
| 07/13/01 | dr. pong, dr. duong, dr. kim, dr. benson | inservice relavase | | * 110.78 |
| 07/09/01 | dr. gensberg, dr. lee | inservice relavase | | * 42.81 |
| 07/13/01 | dr. bell, dr. slonim charlton hospital | inservice relavase | | *145.38 |
| 07/12/01 | dr. rivera, dr. dolmatch, parkland | inservice relavase | | * 40.70 |

# FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 07/08/01 | inservice relavase, methodist hospital, dr. slonim, dr. van meter | * 87.08 |
| 07/09/01 | inservice relavase, presby dallas, dr. dittman, dr. coker | * 36.05 |
| 07/10/01 | inservice relavase, plano med center, tom munyan pharm d. | *145.38 |
| 07/10/01 | inservice relase, med city, dr. gordan, dr. kassenoff, dr. postma | *137.84 |
| 07/11/01 | inservice relavase, osteopathic hospital, dr. peska dr. yuvarti | * 21.20 |
| 07/11/01 | inservice relavase, harris methodist, dr. gurlimo, dr. pickering, dr. reeb | * 40.70 |

# MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

THE [illegible] [illegible], INC.
[illegible] [illegible] [illegible] Blvd. #[illegible]
[illegible], Texas [illegible]
Phone# 4[illegible]-[illegible]
Fax# 40[illegible]-9181

| | | |
|---|---|---|
| [illegible] | $4.[illegible] | |
| TOTAL | | $4.[illegible] |
| CASH | | $10.00 |
| Change | | $[illegible].[illegible] |

[illegible] [illegible]/[illegible]/[illegible] [illegible] #[illegible]

THANK YOU FOR YOUR BUSINESS

expensed 7-8

EEOC000266

7.9

07-07-01
15-33 0034

Bfast Travis

•29•99 1*
•24•99 1*
•6•99 1*
•61•97 TA
•5•11 TX

•67•08 CA

EEOC000267

CB - MACARTHUR PARK 173
MERCHANT ID
07/09/01 08:57:33 T001
EDITH CHK #043
CHARGE 1

AMEX
379400134701007
HILLBANNISTER/D
07/02
AUTH # 546256

CHARGE AMOUNT 32.05
TIP AMOUNT 4.—
TOTAL 36.05

CUSTOMER COPY

EEOC000268

17776 Dallas Parkway.
Dallas, TX 75287
972 267-1776

Server: Jon 07/10/2001
08:56 PM 1/10014
234/1

VISA 1048591
Card #4126003989956548 Exp:0902
Magnetic card present: BANNISTERDENISE R
Approval: 293009

Amount: 121.38

+ Tip: 24-

= Total: 145.38

X
Approval: ...

Thank you for choosing
Lil Forks for your dining
pleasure. Please Come
Back Soon......

Keep a copy

VALLEY RANCH TEXAC

07/10/01 15:13
STN # 91002448630

Debit
XXXXXXXXXXXX8842
AUTH# 00013323
INV # 0627570
DEBIT
PIN USED
PUMP#07 UNLEAD
GALLONS 6.616
@ $1.499/GAL
FUEL $9.92

TL/NOTAX $9.92
TAX PD $0.00
TOTAL $9.92

THANK YOU FOR
SHOPPING TEXACO
HAVE A NICE DAY.

EEOC000269

**SAL'S PIZZA RESTAURANT INC.**
2525 Wycliff Ave.
DALLAS, TEXAS 75219
(214) 522-1828

1 Mgr (circled) — 11:32 (circled)

| CUSTOMER'S ORDER NO. | PHONE | DATE |
|---|---|---|
| | | |

NAME Dennis Hill
ADDRESS McCarthy #11 B

| CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|
| | | | | | |

2nd Roach
Spiced
Dr. Gordon
Las. Pizza
Ochre Cafe
Jul

TAX
TOTAL 127.84

SOLD BY RECEIVED BY

All claims and returned goods MUST be accompanied by this bill.

C PRODUCT 609
376810
NEBS To Reorder 800-225-6380 or nebs.com
*Thank You*

---

4128003989956548.
Dennis Hill.
9/02

SAL'S PIZZA REST
1421052366
6011017010020370

| DATE | SERVER/CASHIER |
|---|---|
| AUTHORIZATION NO. | REFERENCE NO. |
| | |

0710011 5082575

| QTY. | DESCRIPTION | AMOUNT |
|---|---|---|
| | | 127.84 |
| | | |
| SALES SLIP | TAX | |
| | TIP / MISC. | 10.62 |
| | TOTAL | 137.50 |

CUSTOMER COPY

PURCHASER SIGN HERE
X

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the issuer.

**IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS**

3:02-cv-03354-RM-CHE # 68-3 Page 8 of 24

Central Parking System

# RECEIPT

Location: 181

Amount: $ 1.00

Date: 07/10/2001

By: ____________

CPS-13 2/01

7-11

7-671

LONE STAR VALET

This contract limits our responsibility. **Please read it.**
Customer and company agree as follows: This is a license to park only, no bailment is created. Customer agrees to use company's parking facility at customers sole risk. Company expressly disclaims any responsibility, expressed or implied, to protect against the loss of or damage to customer's vehicle or contents. No employee or agent may enlarge company's liability in any manner. **Customer agrees to inspect car before leaving lot. Customer's claim of damage or loss must be reported and itemized on company form before car is removed from premises or customer shall waive such claim.** Should company agree to make repairs at its expense, company has option within 48 hours after notice of claim to choose the repair facility. Company is not responsible for damage by fire or defective brakes or parts. Company is not responsible for mechanical or electrical failure or flat tires. **Company is not responsible for any articles left in car nor will company accept possession or bailment of such articles.** Company reserves the right to refuse release of vehicle should guest appear intoxicated to Company employee. Company assumes no liability for guest accommodation or transportation should company deem guest intoxicated. **Parking in this facility is an acceptance of the terms of this contract.** Note posted rates and hours of operation. 114828

EXIT CHECK 6

7-671

LONE STAR VALET

PRESENT TO ATTENDANT

EEOC000272

CUSTOMER COPY

TOTAL 40.72

TIP AMOUNT 3

CHARGE AMOUNT 37.70

AUTH # 542219
07/02
HILLBANNISTER/O
373400134701007
AMEX

CHARGE 1
CHK #030    MIKE
07/11/01  07:57:32 T001
MERCHANT ID
CB - MCLAUGHLIN PARK  173

---

**KITCHEN CHECK**

| Date | Table | Guests | Server |
|------|-------|--------|--------|
|      |       |        | 299760 |

APPT – SOUP/SAL – ENTREE – VEG/POT – DESSERT – BEV

Veg Soup  4.25

W DLX C%  csx)  4.50

Txc  7.50

DXS+P (Steam)  9.45

9/10

564-7757

---

HARRIS METHODIST
STANDARD PARKING

07/11/01 09:22  LH I A# B  Txn#503115
07/11/01 08:55 In  07/11/01 09:22 Out
$   1.00
Fee ....... 1  $   1.00
Total Fee       $   1.00
CASH PAID       $  -1.00
Cash Tender     $   1.00
Change Due      $   0.00

THANK YOU
HAVE A NICE DAY

CB - MACARTHUR PARK 173
MERCHANT ID
07/12/01 08:03:39 T001
MIKE CHK #023
CHARGE 1

AMEX
379400134701007
HILLBANNISTER/D
07/02
AUTH # 522788

CHARGE AMOUNT 37.70

TIP AMOUNT 3.—

TOTAL 40.70

CUSTOMER COPY

3:02-cv-03354-RM-CHE # 68-3 Page 10 of 24

# PAID RECEIPT

Zale Lipshy Hospital
Valet Parking
$ 500

Date: 7-13-01

Attendant:

---

CB - MACARTHUR PARK   173

MERCHANT ID
07/13/01   09:07:20 1001
                    MIKE
CHK #056
CHARGE 1

AMEX
379400134701007
HILLBANNISTER/D
07/02
AUTH #   588820

CHARGE AMOUNT   32.05
TIP AMOUNT   3
TOTAL   35.05

CUSTOMER COPY

EEOC000275

Thanks for shopping here
Kroger # 577
9:14AM Jul 13 2001

GRADE      Unleaded
GALS       10.738
PPU        1.418

FUEL TOTAL      15.24

Terminal ID
6500000202003021350 9

XXXXXXXXX1007
ISLAND CARD SALE
American Express
Exp Date:07/02
APPROVAL:5B2304

THANK YOU
FOR YOUR BUSINESS

---

**RECEIPT**

Central Parking System

Location: 181
Amount: $ 2.00
Date: 07/13/01
By: _____

CPS-13 2/01



THE MAIL STATION
8600 N MACARTHUR BLD 114
IRVING TX 75063

DATE: 07/09/01 TIME: 13:26
MER#: 220385786000 TER#: 0001

S-A-L-E-S D-R-A-F-T

REF: 0009 BCH: 070
CD TYPE: AX
TR TYPE: PR
AMOUNT: $17.25

ACCT: 379400134701007 EXP: 0702
AP: 113266

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS AND/OR SERVICES IN THE AMOUNT OF THE TOTAL SHOWN HEREON AND AGREES TO PERFORM THE OBLIGATIONS SET FORTH BY THE CARDMEMBER'S AGREEMENT WITH THE ISSUER

X

TOP COPY-MERCHANT

---

**PARKING COMPANY OF AMERICA**
INCORPORATED

TIME
DATE 07/09/01
LOCATION St. Paul Hospital
AMOUNT $2.00
BY

---

STEMM... ...ESE
2635 St... ...RWY
DALLAS, TX , 207

TERMINAL I.D.: 5312
MERCHANT #: 001101756270853

AMEX
379100134701007
SALE
BATCH: 000310 EXP.: 07/02
DATE: JUL 09, 01 INVOICE: 555986
TIME: 11:46
AUTH NO: 169400

BASE $36.81
TIP 6
TOTAL 42.81

X
I AGREE TO PAY ABOVE TOTAL AMOUNT ACCORDING TO CARD ISSUER AGREEMENT (MERCHANT AGREEMENT IF CREDIT VOUCHER)

Dennis Genbert

EEOC000276

SAL'S PIZZA RESTAURANT INC.
2525 Wycliff Ave.
DALLAS, TEXAS 75219
(214) 522-1828

CUSTOMER'S ORDER NO.   DATE
NAME
ADDRESS
PHONE

CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RET'D. | PAID OUT

SOLD BY        RECEIVED BY        TOTAL
                                  TAX
                                  TOTAL

C. PRODUCT 609

All claims and returned goods MUST be accomp...

To Reorder

376611

11:30

---

PURCHASER SIGN HERE

X
Cardholder acknowledges receipt of goods and/or services in the amount
of the Total shown hereon and agrees to perform the obligations set forth
in the Cardholder's agreement with the Issuer.

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS

4286298785 548

Damon Hill

SAL'S PIZZA REST
1424052366
601181620320

1U311U   5422454

DATE
AUTHORIZATION NO. / REFERENCE NO.
BANKCARD #2

QTY. | DESCRIPTION | AMOUNT

SALES SLIP | ZIP
           | TAX
           | TOTAL

110.44
1
9

CUSTOMER COPY

Mike's Treehouse
3520 Greenville Ave
Dallas, TX 75206
214-370-0400

Server: Krista | 07/14/2001
12:42 AM | 1/10021
Table 30/1

7340057
AMEX
Card #3794[illegible]0134701007 Exp:0702
Magnetic card present: HILLBANNISTERD
Approval: 57401[illegible]

Amount: 60.75
+ Tip: 15-
= Total: 75.75

X
Approval: 574015

Thank you
for hanging out!!!
Don't miss $2.00 Tuesdays

EEOC000279

# Centocor

## SALES FORCE EXPENSE REPORT

**NAME** Denise Hill-Bannister

**DEPARTMENT** 470

**DISTRICT**

**EXPENSE REPORT NO. 2587018**

**PERIOD ENDING MM/DD/YY** 07/07/01

| DATE MM/DD/YY | ORIGIN / DESTINATION/PURPOSE | COMPANY CAR ONLY BUSINESS MILES | FIELD# 10 AIR/RAIL/BUS AMOUNT | 11 LODGING | 12 TAXI, LIMO, AUTO RENTAL | 13 PARKING/TOLLS | 13 BUSINESS MEALS | 13 PHONE/FAX | 16 OFFICE SUPPLIES & COPIES | 17 POSTAGE | FIELD# 40 No. of Gallons QUANTITY | 18 AUTO FUEL | 19 REIMB/UNMET | 80 PROMOTIONAL ACCESS $100 | 81 PROMOTIONAL ACCESS $100 | 82 REIMB | 84 | FIELD# TOTAL DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/01/01 | dallas | 35.0 | | | | 5.00 | | | | 38.00 | | | | | | | | |
| 07/02/01 | dallas | | | | | | | | | | | | | | | | | 44.00 |
| 07/03/01 | dallas | 45.0 | | | | | 47.41 | | | | | | | | | | | |
| 01 | dallas | | | | | | | | | | | | | | | | | |
| 07/05/01 | dallas | 55.0 | | | | | | | | | | 12.36 | | | 57.93 | | | 70.29 |
| 07/06/01 | dallas | 60.0 | 194.50 | | 45.72 | | | | | | | | | | | 132.97 | | 373.19 |
| 07/07/01 | austin | 30.0 | | | | | 47.41 | | | | | | | | | | | 47.41 |

## PLUS OR MINUS ADJUSTMENTS

**1/2/99 05 dem**

**AMOUNT** 194.01 | 11 | 12 45.72 | 13 5.00 | 13 | 13 47.41 | 16 | 17 38.00 | FIELD# 40 | 18 12.38 | 19 | 80 | 81 57.93 | 82 132.97 | 84 | FIELD# TOTAL 534.89

*Calculate Personal Mileage Charge Back in Box #997 at Right

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a minus (9) making it a three digit number. 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursement.

**SIGNATURE** _(signature)_

**APPROVED BY** _(signature)_ 81 (signature)

**DATE MM/DD/YY** 7/1/01

**DATE MM/DD/YY** 7-30-01

### COMPANY CAR ONLY

| VEHICLE NO. | 212193 |
|---|---|
| BEGINNING ODOMETER | 2075.0 |
| ENDING ODOMETER | 2300.0 |
| TOTAL MILES | 225.0 |
| TOTAL BUSINESS MILES | 225.0 |
| PERSONAL MILES | 225.0 |

### FIELD PROMOTION (Explain on Detail)

| | PROMOTIONAL ACCESS $100 | REIMB (Explain on Detail) | FIELD # | TOTAL |
|---|---|---|---|---|
| | | | | DAILY TOTAL |
| | | | 997 | Minus Personal Mileage Charge |
| | | | 87 | Due Company |
| | | | 820 | Due Employee 534.89 |

**NOTICE TO UBER**
Travel/Non Authorization Issued to the Driver by
Gelco Information Network, Inc. P.O. Box
44055, Eden Prairie, Minnesota 55344-9335

39857000 02

**CALL DATE** 07/09/01

**CONFIRMATION #** 89643656

| 80 | 81 57.93 | 82 132.97 | 84 | |
|---|---|---|---|---|
| | | | | 534.89 |
| | | 57.93 | | |
| | 57.93 | 132.97 | | |
| | | | 47.41 | |
| | | | 70.29 | |
| | | | 44.00 | |
| | | | 373.19 | |

COPY SENT
AUG 14 2001
TO GELCO
9-5-01

8/14/01 ML

ACCOUNTING COPY

EEOC000280

## BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 07/05/01 | inservice relavase, st. paul, dr. gensberg, dr. lee and staff | 57.93 |
| 07/06/01 | salon hospital, relavase inservice, dr. fletcher, dr. feldman, dr. rutledge, dr. masyrack, and staff | 132.97 |
| | | |
| | | |
| | | |

## MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

39657000 02

ACCOUNTING COPY

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

X

CARDMEMBER'S AGREEMENT WITH THE ISSUER
PERFORM THE OBLIGATIONS SET FORTH BY THE
THE TOTAL SHOWN HEREON AND AGREES TO
GOODS AND/OR SERVICES IN THE AMOUNT OF
CARDMEMBER ACKNOWLEDGES RECEIPT OF

ACCT: 379400134781007
AP: 551161          EXP: 0702.

AMOUNT:          $39.00

TR TYPE: PR
CD TYPE: AX

REF: 0007    BCH: 067

S-A-L-E-S D-R-A-F-T
MERH: 2203857860000    TERM: 0001
DATE: 07/02/01         TIME: 13:51

THE MAIL STATION
8600 N MACARTHUR BLD 114
IRVING           TX 75063

EXXON EXPRESS PAY

VALLEY RANCH EXXON
9975 N. MACARTHUR
IRVING, TX. 75063

DLR# 4712410
VALLEY RANCH E
IRVING TX
07/05/01 16:28
DEBIT ACCT#
8842
INV# HZ14232
AUTH# 785592
PUMP# 5
REG 7.779G
SELF
PRICE/GAL $1.589
FUEL TOTAL $12.36

MDSE TOTAL $0.00
TOTAL $12.36

HAVE A SAFE AND
HAPPY NEW YEAR

-THANK YOU-

EEOC000282

EEOC000283

507-291

**BAYLOR UNIVERSITY**
**MEDICAL CENTER**
Worth Street
Surface Parking
LOT 2

JUN 6 22

BAYLOR UNIVERSITY MEDICAL CENTER
is not responsible for any loss or damage
by fire, theft, collision or personal liability
while in this lot.
FORM NO. (4062)

SOUTHLAND PRINTING
SHREVEPORT, LA.
7166299

EEOC000284

SAL'S PIZZA REST
1421052366
6011017010020370    070501

DATE
AUTHORIZATION NO.    REFERENCE NO.    SER/CASHIER

CHECK NO./FOLIO NO.    5b8b888

Denn Hill

4128 00 59 8872 56 5 48

PURCHASER SIGN HERE
X
Cardholder acknowledges receipt of goods and/or services in the
amount of the Total shown hereon and agrees to perform the
obligations set forth in the Cardholder's agreement with the Issuer

SALES SLIP

CUSTOMER COPY

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS.

| PURCHASES | TAX | SERVER | OTHER | TOTAL |
|---|---|---|---|---|
| | | TIP | | |

CUSTOMER COPY

1-5-01

---

SAL'S PIZZA RESTAURANT INC.
2525 Wycliff Ave.
DALLAS, TEXAS 75219
(214) 522-1828

| CUSTOMER'S ORDER NO. | | | | PHONE | |

NAME  Denn Hill
ADDRESS  Freddy Shop    St Paul

| CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | PAID OUT |

RECEIVED BY  (877-   8531-   og

TAX
11.45

PRODUCT 808    376784

All claims and returned goods MUST be accompanied

NEBS  To Reorder:
800-225-6380 or nebs.com

Thank

EEOC000286

ISSUED BY SOUTHWEST AIRLINES CO
**THE WEST AIRLINES**

OMER NAME
NNISTER/DENISE

AGENT 6482
NOT VALID FOR TRANSPORTATION
REFERENCE NUMBER CONFIRMATION DATE 06JUL01
526/2763667827I
MUXGHJ

PASSENGER ITINERARY

ERARY        TO                      FLIGHT  DATE   FARE BASIS  TIME   STATUS  PRICE      XF
LOVE FIELD   AUSTIN TX               WN710   06JUL  YL          0740A  IK      0095.75    00.00
TX           DALLAS LOVE FIELD       WN8013  06JUL  YL          0155P  IK      0095.75    03.00

---

CLAIM CHECK

**SETON
MEDICAL
CENTER
VALET**

060-604

IN  0930
OUT 1205

060604

71008TK

**AVIS**

471721832

Avis Rent A Car System, Inc.

[redacted] AUSTIN [illegible] INTL AIRPORT - AUSTIN,TX,78719,US 1141

RA DOCUMENT: 587595492 [illegible] RENTED: [illegible] AT: AUSTIN APO TX PHONE: 512-530-3400 425821

CAR# 6 2 6 4 9 2 6 [illegible] DUE IN: [illegible] AT: AUSTIN APO TX RATE CODE: [illegible]

MI OUT: 8440 — PLATE# TX [illegible] — FUEL OUT: 8/8 — MAL C P U MALI 4DR [illegible]

*******OPTIONAL SERVICES******* — [illegible] ONLY

| | | |
|---|---|---|
| LDW: | 20.99/DAY | DECLINED |
| PAI: | 3.00/DAY | DECLINED |
| [illegible] | [illegible]/DAY | DECLINED |
| [illegible] | 6.[illegible]/DAY | DECLINED |

*RATE 1 DAY

MAX 168 HRS

*RATE NOT VALID AFTER MON 23:59

| | |
|---|---|
| MILEAGE CHG: | UNLIMITED |
| HOURLY: | 7.67 |
| DAILY: | 22.98 |
| WEEKLY: | 160.86 |
| MONTHLY: | .00 |
| DISCOUNT: | 15.0% |
| FUEL SERVICE: | .2060/MI |
| | 4.100/GAL |

11.11% CONCESSION RECOVERY FEE

TAX: 15.000%

$1.[illegible] [illegible] FEE/DY

TAX INCL 5% VEH RNTL TAX

METHOD OF PAYMENT: AMEX [illegible]

AUTH: [illegible]

PHONE: [illegible]

DRIVERS LIC# [illegible]

DATE OF BIRTH: [illegible]

[illegible]

[illegible]

CAR MY INITIALS [illegible] ACCEPT OR DECLINE OPTIONAL COVERAGES AS SHOWN ABOVE. X

2872

[illegible]

JOHNSON AND JOHNSON

[illegible] RD

[illegible], TX, [illegible], US

------NOTICES------NOTICES------NOTICES------NOTICES------NOTICES------NOTICES------NOTICES

***THE [illegible] PERSONAL AUTOMOBILE INSURANCE POLICY PROVIDES COVERAGE FOR THE LEGAL LIABILITIES OF THE POLICYHOLDER IN CONNECTION WITH THE LOSS OF OR DAMAGE TO A RENTED VEHICLE EXCEPT FOR DAMAGES [illegible]. [illegible] IT MAY NOT BE NECESSARY FOR THE RENTER TO PURCHASE THE LOSS DAMAGE WAIVER. THE PURCHASE OF A LOSS DAMAGE WAIVER IS NOT MANDATORY. THE LOSS DAMAGE WAIVER IS NOT INSURANCE.

***IF CAR IS RETURNED WITH LESS FUEL THAN WHEN RENTED A SERVICE CHARGE APPLIES.

***MINIMUM CHARGE IS 1 DAY (24 HRS) PLUS MILEAGE.

FUEL SERVICES ADD'L.

***NO ADDITIONAL OPERATORS ARE AUTHORIZED OR PERMITTED WITHOUT AVIS' PRIOR WRITTEN APPROVAL IN ACCORDANCE WITH THE TERMS AND CONDITIONS OF THE RENTAL AGREEMENT OR APPLICABLE STATE LAW.

***IF I HAVE PRESENTED A CREDIT CARD FOR PAYMENT, ALL CHARGES, INCLUDING PARKING TICKET EXPENSES, MAY BE BILLED TO THE CARD, AND MY SIGNATURE BELOW WILL BE CONSIDERED TO HAVE BEEN MADE ON THE APPLICABLE CARD VOUCHER.

***BY MY SIGNATURE, I ACKNOWLEDGE RECEIPT OF ALL NOTICES WHICH APPEAR ON THIS RENTAL DOCUMENT AND AGREE TO THE TERMS AND CONDITIONS ON THE SEPARATE ~~RENTAL DOCUMENT~~ JACKET PROVIDED TO ME.

X________________________ RES # [illegible]

RENTAL AGENT: 73882

[illegible] RENTAL# 5 8 7 5 9 5 4 9 2

3:02-cv-03354-RM-CHE # 68-3 Page 23 of 24

EEOC000288

USAGE CHARGES FROM 05/24/2001 TO 06/24/2001

SKYTEL
PO BOX 740577
ATLANTA, GA 30374-0577

FEDERAL TAX ID: 64-0848625
24 HOUR CUSTOMER SERVICE: 1-800-759-8737

| DATE | DESCRIPTION | QTY | PIN | SERVICE CODE | MONTHLY CHARGES | OTHER CHARGES | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|
| | BEGINNING BALANCE | | | | | | 42.17 |
| 06/11/2001 | PAYMENT **THANK YOU** | | | | | | 42.80- |
| | CURRENT CHARGES: | | | | | | |
| | PURCHASE ORDER - N/A | | | | | | |
| 07/01/2001 | SKYTEL TWO-WAY | | | | | | |
| | DENISE HILL BANNISTER | | | | | | |
| | 2 WAY PERSONAL 800 SERVICE | | 8776653547 | | 35.43 | | 35.43 |
| | USAGE CHARGES - 2WAY ALPHA | 53 | | | 2.95 | | 2.95 |
| | | | | | .00 | 5.30 | 5.30 |
| | LOCAL TAX | | | | | | .91 |
| | STATE TAX | | | | | | 2.85 |
| | UNIVERSAL SERVICE FUND FEE | | | | | | .60 |

| | CURRENT | OVER 30 | OVER 60 | OVER 90 | TOTAL DUE |
|---|---|---|---|---|---|
| | 47.41 | .00 | .00 | .00 | 47.41 |

| INVOICE DATE | INVOICE NO. | ACCOUNT NO. |
|---|---|---|
| 06/30/2001 | 0162675377 | 2675377 |

SKY 1000