EEOC000197

# Centocor

## SALES FORCE EXPENSE REPORT

**NAME:** Denise Hill Bannister

**DEPARTMENT:** 407    **DISTRICT**

**EXPENSE REPORT NO.** 2587007

**PERIOD ENDING MM/DD/YY** 08/25/01

| DATE MM/DD/YY | ORIGIN / DESTINATION / PURPOSE | COMPANY CAR ONLY BUSINESS MILES | 10 AIR/RAIL/BUS | 11 LODGING | 12 TAXI, LIMO, AUTO RENTAL | 55 PARKING / TOLLS | 13 BUSINESS MEALS | 15 PHONE / FAX | 16 OFFICE SUPPLIES & COPIES | 17 POSTAGE | 18 AUTO FUEL | 40 QUANTITY No. of Gallons | 19 MISC | 50 FIELD PROMOTION | 51 PROMOTIONAL ACCESS +100 | 52 PROMOTIONAL ACCESS +100 | 54 MISC | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/19/01 | dallas | | | | | | | | | | | | | | | | | |
| 08/20/01 | austin | 40.0 | 194.50 | | 56.78 | 19.00 | | | | | 13.23 | | | | | 128.95 | | 412.46 |
| 08/21/01 | dallas | 67.0 | | | | 5.00 | | | | | | | | | 92.50 | | 16.77 | 114.27 |
| 08/22/01 | dallas | 99.0 | | | | | | | | | | | | | 55.04 | | | 55.04 |
| 08/23/01 | waco | 257.0 | | | | | | | | | 12.08 | | | | | 110.62 | | 122.70 |
| 08/24/01 | dallas | 33.0 | | | | | | | | | | | | | 55.04 | | | 55.04 |
| 08/25/01 | dallas | | | | | | | 100.00 | | | | | | | | | | 100.00 |
| PLUS OR MINUS ADJUSTMENTS | | | | | | | | | | | | | | | | | | |
| 112449 05 dem | | | | | | | | | | | | | | | | | | 100.00 |
| **FIELD # / AMOUNT** | | | **10** 194.50 | **11** | **12** 56.78 | **55** 24.00 | **13** | **15** 100.00 | **16** | **17** | **18** 25.31 | **40** | **19** | **50** | **51** 147.54 | **52** 239.57 | **54** 16.77 | 804.47 |

### COMPANY CAR ONLY

| | |
|---|---|
| VEHICLE NO. | 212193 |
| BEGINNING ODOMETER | 5381.0 |
| ENDING ODOMETER | 5877.0 |
| TOTAL MILES | 496.0 |
| TOTAL BUSINESS MILES | 496.0 |
| TOTAL PERSONAL MILES | 496.0 |

| | FIELD # | TOTAL |
|---|---|---|
| Minus Personal Mileage Charge | 997 | |
| Due Company | 87 | |
| Due Employee | 820 | 804.47 |

**CALL DATE** 08/26/01    **CONFIRMATION #** 89958737

**IMPORTANT**

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursements.

*Calculate Personal Mileage Charge Back in Box #997 at Right

SIGNATURE

APPROVED BY

DATE APPROVED MM/DD/YY    10-15-01

NOTICE TO USER
Travellers Authorization travel to be Drawn by
Gelco Information Network, Inc. P.O. Box
44800, Eden Prairie, Minnesota 55344-2300
386570000 02

COPY SENT
NOV 16 2001
TO GELCO

10-17-01 N

EXHIBIT
Hill-Bannister



EEOC0000198

## BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |

## FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 08/23/01 | film developing for methodist hospital party pictures | 16.77 |

## MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 08/20/01 | inservice relavase, seeton hospital, austin, Dr. karnaze, dr. fletcher, dr. manning and staff | 128.95 |
| 08/21/01 | inservice relavase, for harris (dr. pickering, dr gralino), osteopathic dr. peska, dr. yurartl, methodist, dr. vanmeter, dr. slonim | 92.50 |
| 08/22/01 | inservice relavase, arlington memorial, dr. gates, dr. garmer | 55.04 |
| 08/23/01 | inservice relavase, providence waco, dr. brown, dr. leedman, dr. falcone and staff | 19.62 |

112498 05 dmm

39857000 02

OLI ARDEN
88 T ROAD
AUS 87577005
-45 0701

AUG 20, 2001 1044

AE : ***********1007 M
AUTH CODE : 104738 EXP 07/02
SERVER : JESUS GP
CHECK : 3799

AMOUNT $106.95

IP $ 22

TAL $ 128.95

X________________________________

I Agree to above total amount
as per card issuer agreement

AUG 20 11 T1 10:25 AM

P ase leave a signed cop

I VE G RDEN
AUG 10:2

Server JP
Cashier JP
Check

*** Order was Modified ***
*** After ***

TAKE OUT

TG PAN LASAGNA 23.95
TG PAN PSTA ALFREDO 23.95
* tg fettuccine
TG JUMBO GARD SALAD 12.95
TG JUMBO GARD SALAD 12.95
*** MODIFIED ***
OPEN DELI RY FEE 15.00

SALES TAX 8.15
TAKE OUT 106.95

CREDIT 1007 106.95
AMOUNT DUE .00

EEOC000199

## SOUTHWEST AIRLINES

ISSUED BY AND VALID ONLY ON

CUSTOMER NAME
HILLBANNISTER/DENISE

ITINERARY

| FROM | TO | FLIGHT | DATE | FARE BASIS | TIME | STATUS | PRICE | |
|------|-----|--------|------|-----------|------|--------|-------|---|
| DALLAS LOVE FIELD | AUSTIN TX | WN710 | 19AUG | YL | 0740A | IIK | 0095.75 | XF |
| AUSTIN TX | DALLAS LOVE FIELD | WN013 | 19AUG | YL | 0155P | IIK | 0095.75 | 00.00 |
| | | | | | | | 03.00 | |

TICKETLESS ITINERARY
NOT VALID FOR TRANSPORTATION

REFERENCE NUMBER CONFIRMATION
526/2769839710    MH4VDV

AGENT 7293
DATE 20AUG01

PRINTED IN U.S.A. BY MAGNETIC TICKET & LABEL CORP., AC-157TH (REV. 3/00)

---

## AVIS®

We try harder.®

**TRANSACTION RECORD**

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---------------|-----------|-----------|
| 399886734 | 6280470 | D |

HILL, DENISE
WIZ= T8D43V
CV  CAXXXXXXXXXXXI007
AWD= A368500

OUT AUS 20AUG01/0852 MI= 1875
IN  AUS 20AUG01/1257 MI= 1896
21 MI@        4 HRG     14.01=    .00
MINIMUM CHARGE         42.00=
DISCOUNT    0            =     42.00
*$2.70/DY SURCHG=        2.70
*ONE WAY FEE/MISC=
**11.11% FEE
LDW                    4.67=
TAX  15.000%
FUEL SERVICE
TOTAL CHARGES
*PROP TAX/TITLE/REG/LIC  56.78
*CONCESSION RECOVERY FEE
TAX INCL 5% MOTOR VEH TAX

TAXABLE SUBTOT    =    49.37
                       7.41

* Please check your car for personal effects. *

Thank you for renting from Avis.
We value your business. Have a safe trip.

5-705

**PARKING CHECK**

OUT FR[illegible]

IN

License

Make LEXUS

Charge WHITE

AMERICAN HOTEL REGISTER
VERNON HILLS, IL 60061

Walgreens
The Pharmacy America Trusts

I'm KATHRYN. I'm here to serve you
with our "7 Service Basics".

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 03921 [illegible]

ONE HOUR PHOTO 1T [illegible]
SUBTOTAL

8.25% SA[illegible]
TOTAL

DEBIT CARD 16.77 CH[illegible] [illegible]

THANK YOU
FOR FASTER SERVICE, CALL IN YOUR
PRESCRIPTION 24 HOURS IN ADVANCE
www.walgreens.com

WALGREENS 3921
16.77 EFT DEBIT
CARD# ************8842
HOST SEQ # 212613 PAYMENT FROM PRIMARY

RETAIN THIS RECEIPT FOR YOUR RECORDS

AUGUST 21, 2001 3:04 PM

Corner Bakery
MacArthur Park
#101 CHRISTINA Dine In
08/22/01 08:06:58 #00173

CHECK #0032

| | |
|---|---|
| COOKIES DOZ | 12.99 |
| 2 DOZEN BARS | 35.98 |
| Subtotal | 48.97 |
| Sales Tax | 1.07 |
| TOTAL | 50.04 |

You knead it daily!!
QUESTIONS OR COMMENTS
1-800-583-4637

| | |
|---|---|
| SALES | 50.04 |
| (-)CHARGE-TIPS | 50.04 |
| CHANGE DUE | 0.00 |
| (-)CHARGE TIPS | 0.00 |

AMEX 379400134702005

CB - MACARTHUR PARK
MERCHANT ID
08/22/01 08:06:54 T001
CHRISTINA CHK #032
CHARGE 1

AMEX
379400134702005
HILL/D
07/02
AUTH # 567132

CHARGE AMOUNT 50.04
TIP AMOUNT 5
TOTAL 55.04

CUSTOMER COPY

EEOC000202

EEOC000203

*FastPay*

DUKE'S #11
2513 N. 135
LACY LAKEVIEW

08/23/01        13:15
STN #        0020262964

AMEX

AUTH#              503852
INV #            6428121
CREDIT
PUMP#05          UNLEAD
GALLONS           9.302
@ $1.299/GAL
FUEL              $12.08

TL/NOTAX          $12.08
TOTAL             $12.08

THANK YOU
COME AGAIN!

7-ELEVEN
225 E COLORADO
DALLAS TX 75208
2149431535
STORE#: 26906
THANKS FOR SHOPPING
AT 7-ELEVEN

Diva Meter

| | |
|---|---|
| 2 MetRx LC PntBtrCup | 4.98F |
| 2 MetRx LC FdgAlmdBrwn | 4.98F |
| 12 MetRx LC ChcNtyCrml | 29.88F |
| | 39.84 |
| SUBTOTAL | 39.84 |
| TOTAL DUE | 39.84 |

AMEX
HILL/D
ACCT#: ***********2005
EXP DATE: 02/07 AUTH CODE: 0
APPROVAL#: 509267
APPROVAL TIME: 085226
STORE#: 26906
TERM# :00072690631 08
REF# : 95008 77 018 5
APPROVED

CUSTOMER AGREES TO PAY THE ABOVE
TOTAL AMOUNT ACCORDING TO THE CARD
HOLDERS AGREEMENT

X ____________________________
CARD HOLDER'S SIGNATURE

HAVE YOU TRIED THE SUB COMBO MEAL ONLY
FOR $3.99
T#02 OP05 TRN3263 01/08/22 08:52 am

# PARKING COMPANY OF AMERICA
INCORPORATED

TIME ________ DATE 08/22/01
LOCATION St. Paul Hospital
AMOUNT 2.00
BY ________

[illegible]
[illegible]
[illegible]
[illegible]

[illegible] AUGUST [illegible]

AME MERCHANT # : [illegible]
CARD NUMBER : A3754[illegible]
EXPIRATION : 0207
INVOICE NUM : 0702005
TOTAL : 32.49
AUTH CODE : 520031

X ____________________________
SIGNATURE

THANK YOU
COME AGAIN

RETAIN THIS COPY FOR YOUR RECORDS
TOP COPY-MERCHANT BOTTOM COPY CUSTOMER

Thanks for shopping here
Kroger # 577
8:12AM Aug 22 2001

| | |
|---|---|
| GRADE | Unleaded |
| GALS | 9.460 |
| PPU | 1.399 |
| FUEL TOTAL | 13.23 |

Terminal ID
660000020030213509
XXXXXXXXXXX2005
ISLAND CARD SALE
American Express
Exp.Date:07/02
APPROVAL:566077
THANK YOU
FOR YOUR BUSINESS

EEOC000204

# MICHNA'S BAR B QUE

2803 FRANKLIN AVENUE
WACO, TEXAS 76710
254-752-3650

DUE & PAYABLE
WHEN RECEIVED

# INVOICE

007440

DATE: 8-23-01

SOLD TO: Johnson + Johnson
6901 Med Parkway Prodinew

SHIP TO:

| CUST. ORDER NO. | DATE SHIPPED | SHIPPED VIA | TERMS | SALESMAN | F.O.B. | OUR ORDER NO. |
|---|---|---|---|---|---|---|
| | | | | | | |

| QTY. ORDERED | B/O | QTY. SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | 17 | plates | 6 50 | 110 50 |
| | | | card. | | |
| | | | We Appreciate Your Business | | |
| | | | 5% Late Charge After 30 Days | | |
| | | | Tax | | 9 12 |
| | | | Bob & Sandra Michna Total | | 119 62 |

Sale
11:00:37
AMEX
37..3013..020..
App Code: 10...
Amount: $ 119.62
Tip:
Total:

INVCC-750-2
PRINTED IN U.S.A.
RECOVER™

Thank You

EEOC000205

# AT&T Wireless

AT&T

#BWNGFYV
#0003300964119540# w
AV 02 016843 12766B107 A**5DGT

DENISE HILL-BANNISTER
APT. # 2004
8003 N MACARTHUR BLVD
IRVING TX 75063-6128

Questions?

- www.attwireless.com
- 1-800-888-7600
- 611 from your wireless phone
- TTY users - 1-866-4-AWS-TTY

Date of Invoice: 08/14/01

SUMMARY OF MONTHLY CHARGES FOR ACCOUNT 96411954
Wireless Number 972-569-7757

| Previous Balance | Payments Received | Late Payment Charge | Adjustments | Balance Forward | Current Monthly Charges |
|---|---|---|---|---|---|
| 178.95 | 179.00CR | .00 | .00 | .05CR | 274.73 |

Your billing cycle began on 07/13 and ended on 08/12.

| Total Amount Due |
|---|
| 274.68 |

| Current Monthly Charges | | | |
|---|---|---|---|
| Monthly Service Charges | | 149.99 | |
| Home Airtime Charges | | 75.50 | |
| Home Long Distance Charges | | .00 | |
| Text Messaging Charges | | .00 | |
| Roaming Charges | | .00 | |
| Other Charges and Credits | | 8.66 | |
| Taxes, Surcharges & Regulatory Fees | | 40.58 | |
| Total Current Monthly Charges | DUE UPON RECEIPT | 274.73 | |
| TOTAL AMOUNT DUE | | | 274.68 |

10

You can -- -- your invoice online @ www.attwireless.com

-- -UR BUSINESS

Note:
We Print on
Front and Back.

3:02-cv-03354-RM-CHE # 68-4 Page 10 of 23

REPUBLIC
PARKING
SYSTEM

"RECEIPT"

Location: _SMC_

Amount: _18.00_

Date: _8-20-01_

By: _A.C._

---

AMPCO SYSTEM PARKING
DALLAS LOVE FIELD AIRPORT
AIRPORT PARKING

08/20/01 14:54   LH 3 AM 23  TXN#1320040
08/20/01 06:47 In   08/20/01 14:54 Out
            $   7.00
SHORT TERM  $   7.00
TOTAL FEE   $   7.00
CASH PAID   $   7.00
Cash Tender $   7.00
CHANGE DUE  $   0.00
THANK YOU FOR YOUR BUSINESS
THANK YOU

EEOC0000208

# Centocor

## SALES FORCE EXPENSE REPORT

| NAME | DEPARTMENT | DISTRICT | EXPENSE REPORT NO. | PERIOD ENDING (MM/DD/YY) |
|---|---|---|---|---|
| Denise Hill Bannister | 407 | | 2587006 | 08/18/01 |

| DATE MM/DD/YY | ORIGIN / DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS (10) AMOUNT | LODGING (11) | TAXI, LIMO, AUTO RENTAL (12) | PARKING / TOLLS (53) | BUSINESS MEALS (13) | PHONE / FAX (15) | OFFICE SUPPLIES & COPIES (16) | POSTAGE (17) | AUTO FUEL (18) | REPAIR / MAINT & MISC (19) | PROMOTIONAL PROGRAMS (50) | FIELD PROMOTION ACCESS 4100 (51) | PROMOTIONAL ACCESS 4100 (52) | MISC (54) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/12/01 | dallas | 56.0 | | | | | | | | | 41.67 | | | 68.56 | | | 68.56 |
| 08/13/01 | dallas | 50.0 | 194.50 | | | 26.00 | | | | | | | | 6.238 | 253.58 | | 65.60 |
| 08/14/01 | dallas | 90.0 | | | | 1.00 | | | | | 12.31 | | | 51.30 | | | 352.08 |
| 08/15/01 | dallas | 78.0 | | | | | | | | | | | | | | | |
| 08/16/01 | dallas | 62.0 | | | | 25.00 | | | | | 22.20 | | | 253.58 | | | 194.50 |
| 08/17/01 | austin | 26.0 | 194.50 | | | | | | 4.87 | | 7.18 | | | 3?12 | | | 43.15 |
| 08/18/01 | dallas | | | | | | | | 4.87 | | | | | 203.27 | | | 723.89 |

*Calculate Personal Mileage Charge Back in Box #997 at Right

### IMPORTANT

If an expense category requires a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 9XX. (Example, if the total in the Lodging (11) field is negative, enter the code 911 instead of 11.)

Payment requests exceeding authorized dollar limits will delay reimbursement.

| SIGNATURE | APPROVED BY |
|---|---|
| | |

| | FIELD # | QUANTITY No. of Gallons |
|---|---|---|
| | 40 | |

### PLUS OR MINUS ADJUSTMENTS

### COMPANY CAR ONLY

| | |
|---|---|
| VEHICLE NO. | 212193 |
| BEGINNING ODOMETER | 5099.0 |
| ENDING ODOMETER | 5381.0 |
| TOTAL MILES | 312.0 |
| TOTAL BUSINESS MILES | 312.0 |
| TOTAL PERSONAL MILES | |

| FIELD # | TOTAL |
|---|---|
| Minus Personal Mileage Charge | 997 |
| Due Company | 820 |
| Due Employee | 87 |
| | 723.89 |

| CALL DATE | CONFIRMATION # |
|---|---|
| 08/19/01 | 89905610 |

390657000 02

### NOTICE TO USER

Travelletter Authorization issued to the Owner by
Geico Information Network, Inc P.O. Box
44695, Eden Prairie, Minnesota 55344-2695

COPY SENT
NOV 16 2001
TO GEICO

EEOC0000209

## BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 08/14/01 | inservice retavase, harris methodist dr. reeb and dr. gralino, osteo pathic, dr. peska, dr. snow, dr. delange | 68.56 |
| 08/16/01 | inservice retavase, presby-dr. dittman, dr. coker, medical city, dr. postma, dr. kassenoff | 52.29 |
| 08/16/01 | out to dinner, dr. thompson, dr. donovan, mike schwartz pharmd, doug winters, pharmd, and radilogy staff, retavase in pvd discussed | 253.58 |
| 07/25/01 | inservice retavase, dr. lhota, dr. sudarshan, wichita falls | 31.12 |
| 08/13/01 | inservice retavase, birthday lunches, pharmacy mike schwartz and radiology, dr. slonim | 68.56 |
| | | |

51.75

## MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

112499 05 dmm

Original Document of Ophat-Frangatha Natwork

39657000 02

CB - MACARTHUR PARK 173
MERCHANT ID
08/14/01 08:51:44 T001
MIKE CHK #060
CHARGE 1

AMEX
379400134701007

07/02
AUTH # 594997

CHARGE AMOUNT 32.05

TIP AMOUNT 4

TOTAL 36.05

CUSTOMER COPY

[illegible]

[illegible]
[illegible] S UNIVERSITY
FT WORTH TX 76[illegible]

TUESDAY, AUGUST 14, 2001 [illegible]

AMEX MERCHANT # [illegible]
CARD NUMBER [illegible]
EXPIRATION [illegible]
INVOICE NO [illegible]
TOTAL [illegible]
AUTH CODE [illegible]

SIGNATURE

THANK YOU
COME AGAIN

RETAIN THIS COPY FOR [illegible]
TOP COPY MERCHANT BOTTOM [illegible] CUSTOMER

[illegible]

EEOC000210

STANDARD PARKING
HARRIS METHODIST

08/14/01 10:03 L# 1 A# 5 Txn#534218
08/14/01 09:38 In 08/14/01 10:03 Out

| | | |
|---|---|---|
| Fee ......1 | $ | 1.00 |
| Total Fee | $ | 1.00 |
| CASH PAID | $ | 1.00- |
| Cash Tender | $ | 1.00 |
| Change Due | $ | 0.00 |

THANK YOU
HAVE A NICE DAY

Thanks for shopping here

Kroger # 577

8:57AM Aug 14 2001

| | |
|---|---|
| GRADE | Unleaded |
| GALS | 9.057 |
| PPU | 1.359 |

FUEL TOTAL 12.31

Terminal ID
5500000200302135059

XXXXXXXXXXX1007
ISLAND CARD SALE

American Express
Exp.Date:07/02
APPROVAL:574391

THANK YOU
FOR YOUR BUSINESS

Centocor

**Denise Hill**

Vascular Specialist

Centocor, Inc.
200 Great Valley Parkway
Malvern, Pennsylvania 19355-1307
Telephone: 972-569-7757
Facsimile: 972-402-9181
Voicemail: 800-972-9063, x7296
Pager: 877-665-3547
Email: dennisterd@centocor.com
www.retavase.com

DHL

*Medical Bldg City LGC*

Central
Parking
System

**RECEIPT**

Location: Lot #2

Amount: $ 3.00

Date: 03/16/01

By:

CPS-13 2/01

EEOC000214

CB - PRESTON/FOREST 155
MERCHANT ID
08/16/01 10:54:39 T301
CHK #108
CHARGE 1

AMEX
3794001341010107
HILLBANNISTER/0
07/02
AUTH # 504160

CHARGE AMOUNT 18.39
TIP AMOUNT
TOTAL 21.39

CUSTOMER COPY

---

PRESTON MOBIL
11800 PRESTON
DALLAS TX. 75230
DLR# 9993312
MOBIL 755
DALLAS TX
08/16/01 12:42
ACCT#
XXXXXXXXXX1007
PUMP# 2
AUTH# 572152
INV# BX71913
UNLEADED
10.833G
SELF
PRICE/GAL $2.049
FUEL TOTAL $22.20
TOTAL $22.20

THANK YOU
PLEASE COME AGAIN
-THANK YOU-

---

CB - MACARTHUR PARK 175
MERCHANT ID
08/16/01 06:56:50 1001
CHK #072 CHRISTINA
CHARGE 1

AMEX
3794001347010107
HILLBANNISTER/0
07/02
AUTH # 515044

CHARGE AMOUNT 27.51
TIP AMOUNT 3.30
TOTAL 30.91

CUSTOMER COPY

CUSTOMER COPY

PRIMO'S BAR & GRILL
3309 MCKINNEY AVE
DALLAS TX 75204

TERMINAL ID 74002282
MERCHANT 888800012281002

AMEX
379400134701007
EXP DATE 07/02
SALE 417806
000293
AUG 16, 01 22:29
00000000 573458

BASE $56.00
TIP 13.00
TOTAL 69.00

Methodist

D HILLBANNISTER

X

CUSTOMER COPY

PRIMO'S BAR & GRILL
3309 MCKINNEY AVE
DALLAS TX 75204

TERMINAL ID 74002282
MERCHANT 888800012281002

MASTERCARD 29
5466160030242810
EXP DATE 09/02
SALE
010353 104758
AUG 16, 01 20:48
01000000 518251

BASE $156.42
TIP $28.16

TOTAL $184.58

Methodist St

DENISE R HILL

X

8-16-01

Centocor

Denise Hill

Vascular Specialist

Centocor, Inc.
200 Great Valley Parkway
Malvern, Pennsylvania 19355-1307

Telephone: 972-569-7757
Facsimile: 972-402-9181
Voicemail: 800-972-9063, x7295
Pager: 877-665-3547
Email: bannisterd@centocor.com
www.retavase.com

Parking
Me, Dr Thompson
17.00

EEOC000215

Texaco
1105 Highway 287
Decatur, Tx 76234

Invoice # 0360594
Date 07/25/01
Time 07:09PM
Auth # 00557518
Amex Acct #
XXXX XXXXXX 01007
HILLBANNISTER/D

Pump Gallons Price
01 5.515 $1.299

Product Amount
Unleaded $7.16

Total Sale $7.

Thank's For Shopping
Texaco

8-18 exp.

C[illegible] MCARTHUR PARK [illegible]
ME[illegible]HANT ID
07/25/01 12:52:20 T[illegible]
MICHAEL CHK #288
CHARGE 1

AMEX
3794001347: 107
HILLBANNISTER/D
07/02
AUTH # 559531

CHARGE AMOUNT 28.12

TIP AMOUNT 3.—

TOTAL 31.12

CUSTOMER COPY

8-18 exp.

Tom Thumb

Food And Pharmacy

[illegible] MacArthur [illegible] Coppell TX [illegible]

Cards

| | |
|---|---|
| [illegible] | 5 98 F |
| [illegible] | 1 29 F |
| [illegible] | 4 99 F |
| [illegible] | 1 98 |
| [illegible] | 1 29 F |
| [illegible] | 4 49 F |
| [illegible] | 1 49 F |
| [illegible] | 2 29 F |
| [illegible] | 6 99 F |
| [illegible] | 6 82 F |
| [illegible] | 4 29 F |
| **** [illegible] | 44 69 |
| [illegible] | 64 69 |
| [illegible] | 20 00 |

Better cards candy

[illegible]

[illegible] $ 5.29

[illegible] SAVINGS!

CASHIER 110 MARY H.

Little Card. Big Savings.

THANK YOU FOR SHOPPING TOM THUMB

ONLINE AT www.tomthumb.com

TOM THUMB STORES #2588

[illegible] MACARTHUR BLVD

COPPELL TX 75019

(972) 393 0411

[illegible] 08/18/01 09 33

[illegible] PRIMARY

TOTAL TRANSACTION AMOUNT 64 69

[illegible] AMOUNT 20 00

DENISE R HILL-BANNISTER

[illegible]

EEOC000217

EEOC000218

CUSTOMER COPY

SERI/REC/96ER

DATE
AUTHORIZATION NO. REFERENCE NO.

081501 5482382

| QTY | DESCRIPTION | AMOUNT | |
|---|---|---|---|
| | | 63 | 5? |
| | TAX | | |
| | TIP/MISC. | 5 | 00 |
| SALES SLIP | TOTAL | 68 | 5? |

4 1 0 8 6 6 5 9 8 6 9 5 6 3 4 8

Denum Hill.
7/02.

SAL'S PIZZA REST
1471052366
601101751628370

X _____
PURCHASER SIGN HERE

Cardholder acknowledges receipt of goods and/or services in the amount
of the Total shown hereon and agrees to perform the obligations set forth
in the Cardholder's agreement with the issuer.

**IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS**

---

# SAL'S PIZZA RESTAURANT INC.
2525 Wycliff Ave.
DALLAS, TEXAS 75219
(214) 522-1828

| PHONE | | | |
|---|---|---|---|
| NAME | | | |
| ADDRESS | | | |
| CASH | ON ACCT. | MDSE. RET'D. | PAID OUT |
| | TAX | | |
| | TOTAL | | |

SOLD BY _____ RECEIVED BY _____

All claims and returned goods MUST be accompanied by this bill.

C  PRODUCT 609

# 377410

REDIFORM® To Reorder
800-225-6380 or rediforms.com

*Thank You*

ISSUED BY AND VALID ONLY ON
SOUTHWEST AIRLINES

TICKETLESS ITINERARY
NOT VALID FOR TRANSPORTATION

AGENT 7923
DATE 17AUG01

CUSTOMER NAME
HILLBANNISTER/DENISE

REFERENCE NUMBER
526/27694209484

CONFIRMATION NUMBER
MYR7J5

ITINERARY

| FROM | TO | FLIGHT | DATE | FARE BASIS | TIME | STATUS | PRICE | XF |
|---|---|---|---|---|---|---|---|---|
| DALLAS LOVE FIELD | AUSTIN TX | WN0474 | 16AUG | YL | 0840A | HK | 0095.75 | 00.00 |
| AUSTIN TX | DALLAS LOVE FIELD | WN0192 | 16AUG | YL | 0255P | HK | 0095.75 | 03.00 |

PRINTED IN U.S.A. BY MAGNETIC TICKET & LABEL CORP., Ac-167TH (REV. 8/00)