E-FILED
Friday, 01 April, 2005 05:03:52 PM
Clerk, U.S. District Court, ILCD

# Centocor

## SALES FORCE EXPENSE REPORT

EXPENSE REPORT NO. 2587005

NAME: Denise Hill Bannister
DEPARTMENT: 407
DISTRICT:
PERIOD ENDING MM/DD/YY: 08/11/01

| DATE MM/DD/YY | ORIGIN / DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Explain on Detail) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPAIR / MAINT & MISC. (Explain on Detail) | FIELD PROMOTION (Explain on Detail): PROMOTIONAL PROGRAMS | PROMOTIONAL ACCESS <$100 | PROMOTIONAL ACCESS >$100 | MISC. (Explain on Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/05/01 | dallas | | | | | | | | | | | | | | | | |
| 08/06/01 | dallas | | | | | | | | | | | | | | | | |
| 08/07/01 | vacation | | | | | | | | | | | | | | | | |
| 0[illegible]/01 | vacation | | | | | | | | | | | | | | | | |
| 08/09/01 | vacation | | | | | | | | | | | | | | | | |
| 08/10/01 | vacation | | | | | | | | | | | | | | | | |
| 08/11/01 | dallas | | | | | | | | | | | | | | | | |
| PLUS OR MINUS ADJUSTMENTS | | | | | | | | | | | | | | | | | |
| FIELD # | | 10 | 11 | 12 | 83 | 13 | 15 | 16 | 17 | 18 | 19 | 50 | 51 | 52 | 54 | | |
| AMOUNT | | | | | | | | | | | | | | | | | |

112499 08 dmm

| FIELD # | 40 |
|---|---|
| QUANTITY | No. of Gallons |

| COMPANY CAR ONLY | |
|---|---|
| VEHICLE NO. | 212193 |
| BEGINNING ODOMETER | 5069.0 |
| ENDING ODOMETER | 5069.0 |
| TOTAL MILES | |
| TOTAL BUSINESS MILES | |
| PERSONAL MILES | |

*Calculate Personal Mileage Charge Back in Box #997 at Right

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursements.

| | FIELD # | TOTAL |
|---|---|---|
| Minus Personal Mileage Charge | 997 | |
| Due Company | 87 | |
| Due Employee | 820 | |

SIGNATURE [signature] DATE MM/DD/YY 8/[illegible]

APPROVED BY [signature] DATE MM/DD/YY 10-15-01

39657000 02

NOTICE TO USER
Travelletter Authorization issued to the Drawer by Gelco Information Network, Inc. P.O. Box 44800, Eden Prairie, Minnesota 55344-2500

| CALL DATE | CONFIRMATION # |
|---|---|
| 08/12/01 | 89852016 |

COPY SENT
NOV 16 2001
TO GELCO

12-17-01

ACCOUNTING COPY

## BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

112499 05 dmm

396570000 02

Gelco Information Network

## TRAVELETTER DIRECT AUTO ADJUSTMENT FORM

**Company:** Centocor, Inc.

**Employee Name:** Denise Hill-Bannister 407

| Expense Report Information | | |
|---|---|---|
| Account Number | | 39657 ✓ |
| Employee Authorization Number | | 107870 ✓ |
| Expense Report Number | | 540 ✓ * |
| Period End Date | | 8-4-01 ✓ |
| Expense Report # being adjusted | Field 790 | 2587003 ✓ |

* Number for this Adjustment Form

| Expense Description | Negative Adjustment Field # | Negative Adjustment Amount | Positive Adjustment Field # | Positive Adjustment Amount |
|---|---|---|---|---|
| Auto fuel | 918 | 29.99 ✓ | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Totals | | | | |
| Total Adjustment Amount | 90 | 29.99 ✓ | 990 | |

Corresponding Quantity Fields

| Quantity Description | Negative Adjustment Field # | Negative Adjustment Quantity | Positive Adjustment Field # | Positive Adjustment Quantity |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

COMMENTS:

expensed twice

Confirmation # > 90980945

Call Date > 12-27-01

Adjuster's Name Georgeann Klein

Date Form Sent to Employee

OFFICE COPY

3:02-cv-03354-RM-CHE # 68-5 Page 3 of 16

# Centocor

## SALES FORCE EXPENSE REPORT

EXPENSE REPORT NO. 2587003

NAME: Denise Hill Bannister

DEPARTMENT: 407

DISTRICT:

PERIOD ENDING MM/DD/YY: 08/04/01

| DATE MM/DD/YY | ORIGIN / DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Explain on Detail) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPAIR / MAINT & MISC. (Explain on Detail) | FIELD PROMOTION (Explain on Detail): PROMOTIONAL PROGRAMS | FIELD PROMOTION: PROMOTIONAL ACCESS <$100 | FIELD PROMOTION: PROMOTIONAL ACCESS >$100 | MISC. (Explain on Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/29/01 | dallas | | | | | | | | | | | | | | 143.93 | | 143.93 |
| 07/30/01 | dallas | 67.0 | | | | | | | | 46.98 | | | | | 137.85 | | 184.83 |
| 07/31/01 | dallas | 90.0 | | | | 5.00 | | | | | | | | | | | 5.00 |
| 08/01/01 | dallas | 88.0 | | | | 6.00 | | | | | | | | 46.22 | | | 52.22 |
| 08/02/01 | dallas | 65.0 | | | | 2.00 | | | | | | | | | 108.75 | 29.99 | 140.74 |
| 08/03/01 | austin | 35.0 | 95.75 | | | | | | | | | | | | | | 95.75 |
| 08/04/01 | austin | 35.0 | 94.75 | | 116.02 | 14.00 | | 42.17 | | | 29.99 | | | | | | 296.93 |
| PLUS OR MINUS ADJUSTMENTS | | | | | | | | | | | | | | | | | |
| FIELD # | | | 10 | 11 | 12 | 53 | 13 | 15 | 16 | 17 | 18 | 19 | 50 | 51 | 52 | 54 | |
| AMOUNT | | | 190.50 | | 116.02 | 27.00 | | 42.17 | | 46.98 | 29.99 | | | 46.22 | 390.53 | 29.99 | 919.40 |

112499 05 dmm

| FIELD # | 40 |
|---|---|
| QUANTITY | No. of Gallons |

Deduction for no receipt

expensed 2x

| COMPANY CAR ONLY | |
|---|---|
| VEHICLE NO. | 212193 |
| BEGINNING ODOMETER | 4689.0 |
| ENDING ODOMETER | 5069.0 |
| TOTAL MILES | 380.0 |
| TOTAL BUSINESS MILES | 380.0 |
| *TOTAL PERSONAL MILES | |

***Calculate Personal Mileage Charge Back In Box #997 at Right**

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursements.

| | FIELD # | TOTAL |
|---|---|---|
| Minus Personal Mileage Charge | 997 | |
| Due Company | 87 | |
| Due Employee | 820 | 919.40 |

SIGNATURE — DATE MM/DD/YY: 8/28/01

APPROVED BY — DATE MM/DD/YY: 10-15-01

39657000 02

**NOTICE TO USER**
Traveletter Authorization issued to the Drawer by Gelco Information Network, Inc. P.O. Box 44800, Eden Prairie, Minnesota 55344-2500

| CALL DATE | CONFIRMATION # |
|---|---|
| 08/12/01 | 89851662 |

12-17-01

COPY SENT
NOV 16 2001
TO GELCO

Original Document of Gelco Information Network

ACCOUNTING COPY

## BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 07/26/01 | inservice retavase, osteopathic, dr. lloyd brooks and cath lab | 143.93 |
| 07/30/01 | inservice retavase, . Plano pharmacy, tom munyan and lr dr. benson, dr. kim, dr. pong, dr. duong | 137.85 |
| 08/01/01 | inservice retavase, d.r murray gordan, dr. postma, medical city dallas | 46.22 |
| 08/02/01 | inservice retavase, presby dallas, dr. coker, dr. dittman and staff | 108.75 |
| | | |
| | | |

## MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 08/02/01 | car wash | 29.99 |
| | | |
| | | |
| | | |
| | | |
| | | |

112499 05 dmm

39657000 02

Original Document of GelcoInformationNetwork

ACCOUNTING COPY

FEOC000224

TIAS TEX-MEX
4720 SW LOOP 820
FORT WORTH TX 76109

24 AM TO-GO

TBL TG1/1 CHK 398 GST 12
JUL26'01 10:19AM

**** SEAT 1 ****

| | |
|---|---|
| 12 *C CMB FAJ LUN | 101.88 |
| 1 GAL ICE TEA | 7.99 |
| DELIVERY CHG | 25.00 |
| SUBTOTAL | 109.87 |
| TAX | 9.06 |
| GRATUITY | 25.00 |
| AMOUNT DUE | 143.93 |

***** ALL *****

| | |
|---|---|
| SUBTOTAL | 109.87 |
| TAX | 9.06 |
| GRATUITY | 25.00 |
| AMOUNT DUE | 143.93 |

TRY OUR CALIENTE COMBO, TWO HOT NEW TASTES IN ONE. THEN COOL OFF WITH FRIED ICE CREAM FOR DESSERT
I WELCOME YOUR COMMENTS ABOUT YOUR VISIT. PLEASE CALL ME AT
1-800-759-9963 X283-5433 VICKI

EEOC000225

THE MAIL STATION
8600 N MACARTHUR BLD 114
IRVING TX 75063

DATE: 07/30/01 TIME: 09:[illegible]
MER#: 220385786000 TERM: 0001

S-A-L-E-S D-R-A-F-T

REF: 0002 BCH: 085
CD TYPE: AX
TR TYPE: PR
AMOUNT: $46.98

ACCT: 379400134701007 EXP: 0702
AP: 515474

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS AND/OR SERVICES IN THE AMOUNT OF THE TOTAL SHOWN HEREON AND AGREES TO PERFORM THE OBLIGATIONS SET FORTH BY THE CARDMEMBER'S AGREEMENT WITH THE ISSUER

X____________________

TOP COPY-[illegible] BOTTOM COPY-[illegible]

EEOC000226

# SAL'S PIZZA RESTAURANT INC.

7-30-01

2525 Wycliff Ave.
DALLAS, TEXAS 75219
(214) 522-1828

28

Plano

| CUSTOMER'S ORDER NO. | PHONE | DATE |
|---|---|---|
| | | |

NAME: Dan Hill

ADDRESS: Plano [illegible] 15th & Coit

| CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|
| | Dr Tom [illegible] | | | | |

| | | | |
|---|---|---|---|
| | Lrg [illegible] (10) | | |
| | [illegible] | | |
| | [illegible] Pizza | | |
| | Drinks [illegible] | | |
| | | TAX | |
| SOLD BY | RECEIVED BY | TOTAL | |

C PRODUCT 609 All claims and returned goods MUST be accompanied by this bill.

377182 NEBS To Reorder 800-225-6380 or nebs.com *Thank You*

---

4128 [illegible]

[illegible] Dan Hill [illegible]

SAL'S PIZZA REST
1421052366
60110120 1020370 073001

| | |
|---|---|
| DATE | SERVER/CASHIER |
| AUTHORIZATION NO. | REFERENCE NO. |
| CHECK NO./FOLIO NO. | |

5986129

| | |
|---|---|
| PURCHASES | 121 55 |
| TAX | |
| TIP: SERVER | |
| TIP: OTHER | 16 00 |
| TOTAL | 137 55 |

SALES SLIP

PURCHASER SIGN HERE
X

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the issuer.

CUSTOMER COPY

**IMPORTANT:** RETAIN THIS COPY FOR YOUR RECORDS.

CUSTOMER COPY

EEOC000337

CB - PRESTON/FOREST 155
MERCHANT ID
08/01/01 09:54:20 1001
ANDRE CHK #103
CHARGE 1

AMEX
379400134761007
HILLBANNISTER/D
07/02
AUTH # 551309

CHARGE AMOUNT 20.11
TIP AMOUNT 3
TOTAL 23.11

CUSTOMER COPY

# RECEIPT

No. 2191571

DATE 7/31/01

FROM VPS MCD $ 5.00

DOLLARS

○ FOR RENT
○ FOR

| | | |
|---|---|---|
| ACCT. | | |
| PAID | | |
| DUE | | |

✓ CASH
○ CHECK
○ MONEY ORDER

FROM ______ TO ______

BY ______

2501

6-140

Plano

**LONE STAR VALET**

This contract limits our responsibility. **Please read it.**

Customer and company agree as follows: This is a license to park only, no bailment is created. Customer agrees to use company's parking facility at customers sole risk. Company expressly disclaims any responsibility, ...ssed or implied, to protect against the loss of or damage to cus-...'s vehicle or contents. No employee or agent may enlarge company's ...ity in any manner. **Customer agrees to inspect car before leaving lot. Customer's claim of damage or loss must be reported and itemized on company form before car is removed from premises or customer shall waive such claim.** Should company agree to make repairs at its expense, company has option within 48 hours after notice of claim to choose the repair facility. Company is not responsible for damage by fire or defective brakes or parts. Company is not responsible for mechanical or electrical failure or flat tires. **Company is not responsible for any articles left in car nor will company accept possession or bailment of such articles.** Company reserves the right to refuse release of vehicle should guest appear intoxicated to Company employee. Company assumes no liability for guest accommodation or transportation should company deem guest intoxicated. **Parking in this facility is an acceptance of the terms of this contract.** Note posted rates and hours of operation. 114828

**EXIT CHECK** 6-140

**LONE STAR VALET**

**PRESENT TO ATTENDANT**

CB - MACARTHUR PARK 173
MERCHANT ID
08/01/01 07:26:23 T001
MIKE CHK #013
CHARGE 1

AMEX
3794001347( 1007
HILLBANNISTER/D
07/02
AUTH # 559741

CHARGE AMOUNT 20.11
TIP AMOUNT 3
TOTAL 23.11

CUSTOMER COPY

**SAL'S PIZZA RESTAURANT INC.**
2525 Wycliff Ave.
DALLAS, TEXAS 75219
(214) 522-1828

10pm 8-2-01

| CUSTOMER'S ORDER NO. | PHONE | DATE |
|---|---|---|
| | | |

NAME: [illegible] Hill
ADDRESS: Presley Prof 50

| CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|
| | | | | | |

Pr Cooler
lasagna
Salad
Drinks
2 pizza

| | |
|---|---|
| TAX | |
| TOTAL | 98 73 |

SOLD BY / RECEIVED BY

C PRODUCT 609 — All claims and returned goods MUST be accompanied by this bill.

378946 — NEBS To Reorder 800-225-6380 or nebs.com — *Thank You*

---

4128

[illegible] Hill 9/2

SAL'S PIZZA REST
1421052366
60110170102O370 080201

| DATE | SERVER/CASHIER |
|---|---|
| | |
| AUTHORIZATION NO. | REFERENCE NO. |
| | |
| CHECK NO./FOLIO NO. | |
| | |

5986193

| | |
|---|---|
| PURCHASES | 98 73 |
| TAX | |
| TIP SERVER | |
| TIP OTHER | 10 00 |
| TOTAL | 108 73 |

PURCHASER SIGN HERE
X

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the issuer.

SALES SLIP

CUSTOMER COPY

**IMPORTANT:** RETAIN THIS COPY FOR YOUR RECORDS.

CUSTOMER COPY

EEOC000230

GRAND CARWASH COPPELL DLR# 91002184193
720 S. MACARTHUR TID# 265379003
COPPELL TX 75019
8842 MASTERCARD EXP 04/04
DENISE R HILL-DAHNIS 08-02-01 11:47

| PRODUCT | QTY | PRICE | AMOUNT |
| --- | --- | --- | --- |
| MISC | 1 | 29.99 | 29.99 |
| | | TAX | 0.00 |
| INV# 002865 | | TOTAL | 29.99 |

AUTH# 002439

SIGN: X

BUYER AGREES TO PAY THE TOTAL ACCORDING
TO THE [illegible] JER.

# PARKING COMPANY OF AMERICA
INCORPORATED

TIME ______ DATE 08/02/01

LOCATION E. Peoria Hospital

AMOUNT $2.00

BY ______

SOUTHWEST AIRLINES
ISSUED BY AND VALID ONLY ON

TI
NOT VALID FOR TRANSPORTATION DATE 03AUG01
AGENT 6161

| CUSTOMER NAME | REFERENCE NUMBER | CONFIRMATION NUMBER |
| --- | --- | --- |
| HILLBANNISTER/DENISE | 526/27675789080 | MSBGI5 |

ITINERARY

| FROM | TO | FLIGHT | DATE | FARE BASIS | TIME | STATUS | PRICE | XF |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| DALLAS LOVE FIELD | AUSTIN TX | WN0111 | 03AUG | YL | 1105A | HK | 0095.75 | 00.00 |

PRINTED IN U.S.A. BY MAGNETIC TICKET & LABEL CORP., Ao-167TH (REV. 3/00)

SOUTHWEST AIRLINES
ISSUED BY AND VALID ONLY ON

TICK
NOT VALID FOR TRANSPORTATION DATE 05AUG01
AGENT 0580

| CUSTOMER NAME | REFERENCE NUMBER | CONFIRMATION NUMBER |
| --- | --- | --- |
| HILLBANNISTER/DENISE | 526/27675790443 | MB4GWI |

ITINERARY

| FROM | TO | FLIGHT | DATE | FARE BASIS | TIME | STATUS | PRICE | XF |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| SAN ANTONIO TX | DALLAS LOVE FIELD | WN0154 | 05AUG | YL | 0930A | HK | 0094.75 | 00.00 |

PRINTED IN U.S.A. BY MAGNETIC TICKET & LABEL CORP., Ao-167TH (REV. 3/00)

AVIS

AVIS

```
>>Return<< RA Document 399880395        Rate VX/D    1 DY 19 HR
RESERVATION # 31120808-US-58                 0 MI @      .00 =
CAR# 6 2 7 5 1 3 5  Car Group D              0 HR @    22.67 =
GRN MITS DIAM 4DR TX M828LM                  2 DY @    67.99 =    135.98
                                             0 WK @      .00 =
BANNISTER,DENISE                             0 MO @      .00 =
                                        VX/D    125FM
WIZ# = T8043V AWD# = A368500            Adjustments (M)        - =    67.99
                                        TIME & MILEAGE           =    67.99
Out AUSTIN APO    TX   03AUG01/1224     *$2.70/DAY FEE         + =     5.40
In  SAN ANTONIO AP TX  05AUG01/0815     **11.11% FEE           + =     7.55
Miles-Out 5545     Miles-In 5665        Subtotal                 =    80.94
Miles Driven  125  Fuel In 8/8          Tax  15.000%           + =    12.14
Method of pay =   CLUB                  Gas Service Option     + =    22.94
AMEX                                    Total Charges            =   116.02
                                        AMOUNT DUE   CV  USD     =   116.02
                                        *$1.95CUST FAC CG&$.75REIM TX/REG/LIC
                                        TAX INCL 5% MOTOR VEHICLE RENTL TAX
                                        **CONCESSION RECOVERY FEE
```

The amount that appears in "Amount Due" has been billed to your AMEX Card.
All charges are subject to audit and change if any errors are found.
For local inquiries call 512-530-3400. Thank you for renting from Avis.

F1F3/0903/01217/09:15/0

AVIS

AVIS

AVIS

AMPCO SYSTEM PARKING
DALLAS LOVE FIELD AIRPORT
AIRPORT PARKING

08/05/01 10:25 L# 3 A# 23 Txn#178681
08/03/01 10:25 In 08/05/01 10:25 Out
SHORT TERM $ 14.00
Total Fee $ 14.00
CASH PAID $ 14.00-
Cash Tender $ 14.00
Change Due $ 0.00
THANK YOU FOR YOUR BUSINESS
THANK YOU

3:02-cv-03354-RM-CHE # 68-5 Page 15 of 16

EEOC000234

EFFECTIVE [illegible] /2001, SKYTEL WILL CHARGE FOR SHIPPING ON ALL EQUIPMENT EXCHANGES AND UPGRADES. THE CHARGE FOR UNITS SHIPPED VIA FEDEX 2-DAY SERVICE (ECONOMY) IS $5.95.

| DATE | DESCRIPTION | QTY | PIN | SERVICE CODE | MONTHLY CHARGES | OTHER CHARGES | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|
| | BEGINNING BALANCE | | | | | | 47.41 |
| 07/24/2001 | PAYMENT **THANK YOU** | | | | | | 47.41- |
| | CURRENT CHARGES: | | | | | | |
| | PURCHASE ORDER - N/A | | | | | | |
| 08/01/2001 | SKYTEL TWO-WAY<br>DENISE HILL BANNISTER<br>2-WAY PERSONAL 800 SERVICE | | 8776653547 | | 35.43 | | 35.43 |
| | | | | | 2.95 | | 2.95 |
| | LOCAL TAX | | | | | | .80 |
| | STATE TAX | | | | | | 2.50 |
| | UNIVERSAL SERVICE FUND FEE | | | | | | .49 |

SKYTEL
PO BOX 740577
ATLANTA, GA 30374-0577

FEDERAL TAX ID: 64-0848625

**24 HOUR CUSTOMER SERVICE: 1-800-759-8737**

SKY 10/00

| CURRENT | OVER 30 | OVER 60 | OVER 90 | |
|---|---|---|---|---|
| 42.17 | .00 | .00 | .00 | 42.17 |

| INVOICE DATE | INVOICE NO. | ACCOUNT NO. | TOTAL DUE |
|---|---|---|---|
| 07/28/2001 | 01H2675377 | 2675377 | |

FFOC000235