# Centocor

## SALES FORCE EXPENSE REPORT

NAME: **Denise Hill Bannister**

DEPARTMENT: **407**

DISTRICT:

EXPENSE REPORT NO. **2587012**

PERIOD ENDING MM/DD/YY **09/29/01**

| DATE MM/DD/YY | ORIGIN / DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AMOUNT FIELD # [10] | AIR / RAIL / BUS [11] | LODGING [12] | TAXI, LIMO, AUTO RENTAL [53] | PARKING / TOLLS [13] | BUSINESS MEALS (Explain on Detail) [15] | PHONE / FAX [16] | OFFICE SUPPLIES & COPIES [17] | POSTAGE [18] | AUTO FUEL No. of Gallons FIELD # 40 | AUTO MISC. (Explain on Detail) [19] | REPORT NAME PROMOTIONAL PROGRAMS [80] | PROMOTIONAL ACCESS 4100 [81] | MISC (Explain on Detail) [82] | FIELD # [84] | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/23/01 | austin | 35.0 | 194.50 | | | | 7.00 | | | | | | | | 68.27 | | | 262.77 |
| 09/24/01 | austin | 35.0 | | 194.50 | | | 1.00 | | | | | | | | | | | 182.46 |
| 09/25/01 | dallas | 67.0 | | | 112.70 | 62.76 | 2.00 | | | | | | | | 40.70 | | | 114.20 |
| 09/26/01 | fort worth | 210.0 | | | | | | | | | | | 72.50 | 899.20 | | | | 901.2 |
| 09/27/01 | dallas | 180.0 | | | | | 12.00 | | | | | | | 1,750.85 | | | | 1,772.85 |
| 09/28/01 | dallas | 66.0 | | | | | | 100.00 | | | | | | | | | | 100.00 |
| 09/29/01 | dallas | | | | | | | | | | | | | | | | | |
| 113449.05 dem | | | | | | | | | | | | | | | | | | |

PLUS OR MINUS ADJUSTMENTS

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 194.50 | 112.70 | 62.76 | 22.00 | | 100.00 | | | | 72.50 | 2,659.85 | 108.97 | | | 3,333.28 | | |

## COMPANY CAR ONLY

| VEHICLE NO. | 212193 |
|---|---|
| BEGINNING ODOMETER | 7660.0 |
| ENDING ODOMETER | 8253.0 |
| TOTAL MILES | 593.0 |
| TOTAL BUSINESS MILES | 593.0 |
| TOTAL PERSONAL MILES | |

**IMPORTANT**

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number. 90X. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11.)

Payment requests exceeding authorized dollar limits will delay reimbursements.

"Calculate Personal Mileage Charge Back in Box #997 at Right

| SIGNATURE | DATE MM/DD/YY |
|---|---|
| [signature] | 10-15-01 |
| APPROVED BY | |
| [signature] | 10-15-01 |

**NOTICE TO UBER**
This information is issued to the Denver by
Traveler's Communications Network, Inc. P.O. Box
44800, Eden Prairie, Minnesota 55344-2900

| | FIELD PROMOTION (Explain on Detail) | | | |
|---|---|---|---|---|
| | Minus Personal Mileage Charge | 398570000 02 | | |
| | | Due Company | | |
| | | Due Employee | | |

| REPORT NAME | PROMOTIONAL PROGRAMS | PROMOTIONAL ACCESS 4100 | MISC (Explain on Detail) | FIELD # | TOTAL |
|---|---|---|---|---|---|
| | | | | 997 | |
| | | | | 87 | |
| | | | | 820 | 3,333.28 |

| CALL DATE | CONFIRMATION # |
|---|---|
| 09/30/01 | 90250129 |

RECEIVED EEOC
SEP 11 2002
CHICAGO DISTRICT OFFICE

COPY SENT
NOV 20 2001
TO GELCO



EXHIBIT
17
Hill-Bannister

7-302 NC

## BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 09/23/01 | inservice in austin seton, dialysis wing, dr. hines and dr. polinlz and staff blast | 68.27 |
| 09/25/01 | inservice harris fort worth, dr. giralino and dr. reeb and staff | 40.70 |
| 09/26/01 | sponsor of surgery meeting for osteopathic fort worth, dr. yuvarij, dr. snow, dr. smith, dr. delange, dr.wallace, dr. peska, dr. meyer and staff | 899.20 |
| 09/27/01 | roundtable with arlington memorial. Dr. ron gensberg moderator, dr.gates and guest, dr. garmer and guest, bob nelson, tom riney, tech ed young an | 1,760.65 |
| | | |
| | | |

## MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 09/25/01 | towing for car at methodist hospital. Had to move immediately, ge capital had me waiting over 1 hour | 72.50 |
| | | |
| | | |
| | | |
| | | |

112499 05 drmn

39857000 02

EEOC000141

# SOUTHWEST AIRLINES

ISSUED BY AND VALID ONLY ON

MAGNETIC TICKET & LABEL CORP., Ao-187TH (REV. 3/00)

CUSTOMER NAME
HILL/DENISE

TIC  TLESS ITINERARY
NOT VALID FOR TRANSPORTATION

REFERENCE NUMBER CONFIRMATION NUM
526/27740636494    M8C66H

AGENT 422
DATE 23SEP***

## ITINERARY

| FROM | TO | FLIGHT | DATE | FARE BASIS | TIME | STATUS | PRICE | XF |
|------|-----|--------|------|-----------|------|--------|-------|-----|
| DALLAS LOVE FIELD | AUSTIN TX | WN213 | 23SEP | YL | 0735P HK | | 0095.75 | 00.00 |
| AUSTIN TX | DALLAS LOVE FIELD | WN390 | 24SEP | YL | 1230P HK | | 0095.75 03.00 |

---

Purchase    $    60.27

Albertson's #4093
5510 I-35 South
Austin, TX 78745
(512)443-9673

American Exp    # XXXXXXXXXX2005
Auth # 580008    Exp Date 07/02
Lane # 03    Checker # 116
09/23/01 21:02    Ref/Seq # 001001560

.nature:

D HILL
I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

**THANK YOU**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

---

# AVIS. We try harder.

## TRANSACTION RECORD

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---------------|-----------|-----------|
| 39997B865    4270431  E | | |

HILL,DENISE
WIZ= TBO43V    AWD= A368500
CV  CAXXXXXXXXXXXXX2005

OUT AUS 23SEP01/2022 MI-12521
IN  AUS 24SEP01/1052 MI-12550

29 MI    = .00=
14 HR@    14.01=
DY@ 42.00=
MINIMUM CHARGE    = 42.00
DISCOUNT    = .0
\*\*2.70/DY SURCHG=    2.70
\*\*11.11% FEE    = 4.67
ONE WAY FEE/MISC=
LDW    =
TAXABLE SUBTOT    = 49.37
TAX 15.000%    = 7.41
FUEL SERVICE    = 5.98
TOTAL CHARGES    = 62.76

\*PROP TAX/TITLE/REG/LIC
\*\*CONCESSION RECOVERY FEE
TAX INCL 5% MOTOR VEH TAX

※ Please check your car for personal effects. ※

We value your business. Have a safe trip.
Thank you for renting from Avis.

AMPCO SYSTEM PARKING
DALLAS LOVE FIELD
AIRPORT PARKING
7801 CEDAR SPRINGS ROAD
DALLAS TEXAS 75235
214 350 4881
09/24/01 12:55 L# 2 A# 19 Txn#491688
09/23/01 18:01 In 09/24/01 12:55 Out

| | | |
|---|---|---|
| SHORT TERM | $ | 7.00 |
| Total Fee | $ | 7.00 |
| CASH PAID | $ | 7.00- |
| Cash Tender | $ | 7.00 |
| Change Due | $ | 0.00 |

THANK YOU FOR YOUR BUSINESS
PLEASE DRIVE CAREFULLY
HAVE A PLEASANT DAY
THANK YOU AGAIN
FAX 214 350 5153

EEOC000142

# OMNI ❦ HOTELS'

BANNISTER, DENISE
AMEX AMERICAN EXPRESS SELECT

Room Number: 224
Daily Rate: 98.00
Room Type: KN
No. of Guests: 1 / 0

| Account# | | Cashier | Category | AETEPAN | | | |
|---|---|---|---|---|---|---|---|
| 284933 | 28493 | CONS | AMEX | XXXX XXXX XXXX 2005 | 9/24/2001 | | |

**PARTIAL DEPARTURE CREDIT CARD**

| Date | Room | Description | | | | |
|---|---|---|---|---|---|---|
| 9/23/2001 | 224 | ROOM CHARGE | #224 BANNISTER, DENISE | | | $98.00 |
| 9/23/2001 | 224 | CITY OCCUPANCY TAX - 9% | CITY OCCUPANCY - 9% | | | $8.82 |
| 9/23/2001 | 224 | STATE OCCUPANCY - 6% | STATE OCCUPANCY - 6% | | | $5.88 |

**Good Morning**

Voice Mail
Express Check Out
**Dial Ext. 4848**

For your convenience we have delivered a
copy of your room bill for your review. If all
is in order, there is no need to wait in line.
Just dial the number above and let us know
you have departed and keep this receipt for
your records. We'll take care of the rest.
Thank you for staying with us at the Omni
Austin Hotel Southpark.

**TOTAL DUE:** $112.70

TERMS:    DUE AND PAYABLE UPON PRESENTATION.   I AGREE THAT MY LIABILITY FOR THIS
BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE
INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL
AMOUNT OF THESE CHARGES.

EEOC000143

EEOC000144

**APOLLO DELIVERY & WRECKER SERVICE, INC.**
1600 S. GOOD-LATIMER
DALLAS, TEXAS 75226-2208
214-748-9099 · 214-948-1891

INVOICE 55287    #14

## 24 HOUR SERVICE

Date Dispatched: 9-25-01

Time Dispatched: INT

Exact Disablement Location: Beckley/Colorado    Exact Tow Location: Winch Out

Make: Volvo    State: Tx    City: Dallas

Model: 840    Year: 01

Color: Silver

VIN #: JM23*G&N*Tx    License #: JM23*G&N*Tx

For Check Approval: 109488/002    Wrecker Driver: Willie

Height:                Weight:                Eye Color:

Home Phone:

Drivers Lic. #: 0149555D    DOB:    Work Phone:

Name: Parker

Address: 630 Mt 2 Av Apts

Signature: SELA MK MN ABMS

### PICK-UP

The undersigned acknowledge receipt of this vehicle
by the tow provider, free of dents, scratches or other
damage, prior to servicing this vehicle.

_____
Owner / Driver Signature

### DELIVERY

The undersigned acknowledge receipt of this vehicle
free of dents, scratches or other damage, and release
this tow service, owners and employees from any
claims relating to the delivery of this vehicle.

_____
Owner / Driver Signature

_____
Dealer / Service Facility Signature (if applicable)

X _____
Signed

| | |
|---|---|
| Damages | |
| Tow | $70 00 |
| Storage Service Charge | 2.50 |
| | |
| Tax | |
| Total | $72 50 |

Credit Card
pd

*Thank You*

CB - MACARTHUR PARK 173
MERCHANT ID
09/25/01 09:43:39 Tu01
MIKE CHK #097
CHARGE 1

AMEX
xxxxxxxxxxxe005
HILL/D

AUTH # 565561

CHARGE AMOUNT 37.70

TIP AMOUNT 3 —

TOTAL 40 70

CUSTOMER COPY

STANDARD PARKING
HARRIS METHODIST

09/25/01 10:50 L# 1 A# 4 Txn#571193
09/25/01 10:30 In 09/25/01 10:50 Out

| | | |
|---|---|---|
| Fee ......1 | $ | 1.00 |
| Total Fee | $ | 1.00 |
| CASH PAID | $ | 1.00- |
| Cash Tender | $ | 1.00 |
| Change Due | $ | 0.00 |

THANK YOU
HAVE A NICE DAY

EEOC000145

DALLAS/FORT WORTH
INT'L AIRPORT
*** Thank you ***
Entry: 21:22 09/26/01 Lane # 04
Exit: 21:27 09/26/01 Lane # 41 C.# 700
License plate TX M236KN Seq. #0761
Taxes included $0002.00 Cash

PAPPADEAUX SEAFD KTCHN
FT WORTH, TX
142126650300000 01
APPROVAL
522591

SEP 26, 01

3794001347

02/07

3333
TERMINAL #
24002889

ROC #
127012

FOOD AND BEVERAGE

BASE AMOUNT $161.00

TIP AMOUNT 25.00

TOTAL 186.00

X

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)
TOP COPY-MERCHANT

EEOC000147

Total : 713.20

Pappadeaux Seafood Kitchen
Ft. Worth Texas

Waiter: SALLY B. September 26, 2001
Ticket #: 265 Table #: 400

| | |
|---|---|
| PERRIER | 2.10 |
| KENDALL JACKSON | 33.00 |
| FRANCIS FORD COPPOLLA | 33.00 |
| CROWN | 5.50 |
| BEVERAGE | 1.75 |
| BEVERAGE | 1.75 |
| CALAMARI | 8.95 |
| CALAMARI | 8.95 |
| CALAMARI | 8.95 |
| DOZ BOILED SHRIMP | 9.45 |
| DOZ BOILED SHRIMP | 9.45 |
| DOZ BOILED SHRIMP | 9.45 |
| JACK | 5.25 |
| FAT TIRE | 4.25 |
| B-ZIN | 4.95 |
| CROWN | 5.50 |
| SHINER BOCK DRAFT | 3.75 |
| FAT TIRE | 4.25 |
| CHICKEN BREAST | 14.95 |
| CHICKEN BREAST | 14.95 |
| CHICKEN BREAST | 14.95 |
| FEATURE DIABLO | 21.95 |
| FEATURE DIABLO | 21.95 |
| FEATURE DIABLO | 21.95 |
| FEATURE DIABLO | 21.95 |
| BEVERAGE | 1.75 |
| BEVERAGE | 1.75 |
| BEVERAGE | 1.75 |
| COMBINATION SALAD | 12.95 |
| PERRIER | 2.10 |
| SHINER BOCK DRAFT | 3.75 |
| CRAWFISH ETOUFFEE | 15.95 |
| CRAWFISH ETOUFFEE | 15.95 |
| CRAWFISH ETOUFFEE | 15.95 |

Thank you
Sally ☺

PAPPADEAUX SEAFD KTCHN
FT WORTH, TX
142126650300000 01

SEP 26, 01 APPROVAL 307738

O HILL
379400134702005
AMEX 02/07

SALE
ROC # 5705
558739 TERMINAL #
24006264

FOOD AND BEVERAGE

| | |
|---|---|
| BASE AMOUNT | $594.33 |
| TIP AMOUNT | $118.67 |
| TOTAL | $713.20 |

X

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)
TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

EEOC000148

EEOC0001149

*Signature*

CENTRAL PARKING
PRESBYTERIAN HOSPITAL
DALLAS, TX
LOT #6181
REG 09-27-2001 10:13
SHIFT A MC#01    006273
CT 1
1 (1$ FREE
1 $2
TOTAL        $2.00
CASH         $2.00
$2.00

DALLAS/FORT WORTH
INT'L AIRPORT
*** Thank You ***
Entry: 18:13 09/27/01 Lane #11
Exit: 18:17 09/27/01 Lane #24 C.# 511
License plate TX M238KH    Sea. #4215
Taxes included    $0002.00 Cash

Del Frisco's
Double Eagle
912 Main Street
Fort Worth, TX
(817) 877-3999

Server: OTTO — 09/27/2001
Table 998/1 — 10:44 PM
Guests: 11 — 30029
Reprint #: 1

| | |
|---|---|
| Shrimp Sampler (6 @12.95) | 77.70 |
| Crab Cake (4 @13.95) | 55.80 |
| 12 OZ Filet Mignon | 31.95 |
| Lettuce Wedge | 4.95 |
| 12 OZ Filet Mignon (2 @31.95) | 63.90 |
| Dinner Salad (2 @5.95) | 11.90 |
| 9 OZ Filet Mignon | 26.95 |
| Lettuce & Tomato Salad | 7.95 |
| Lamb Porter | 31.95 |
| Dinner Salad | 5.95 |
| Prime Porterhouse | 33.95 |
| Turtle Soup | 5.95 |
| 9 OZ Filet Mignon | 26.95 |
| Turtle Soup | 5.95 |
| 12 OZ Filet Mignon | 31.95 |
| Turtle Soup | 5.95 |
| 19 oz Lobster | 81.95 |
| 12 OZ Filet Mignon | 31.95 |
| 9 OZ Filet Mignon | 26.95 |
| Potato Au Gratin (2 @6.95) | 13.90 |
| Asparagus (2 @7.95) | 15.90 |
| Sauteed Mushrooms (2 @6.95) | 13.90 |
| Baked Potato (2 @4.95) | 9.90 |
| Fresh Veg | [illegible] |
| Chivas Regal | [illegible] |
| [illegible] | [illegible] |

Del Frisco's
Double Eagle
912 Main Street
Fort Worth, TX
(817) 877-3999

Server: OTTO
11:06 PM — 09/27/2001
Table 998/1 — 3/30028
Card #379400134702005
Magnetic card present: HILLB

Amount: 1385.95

= Total: 1663.15

X ____________________

Visit our other locations.
NY, NY (212)575-5129
Dallas, TX (972)490-9000
Denver, CO (303)796-0100
Las Vegas, NV (702)796-0063
Orlando, FL (407)645-4443

Leave signed top copy.

EEOC000150

Del Frisco's
Double Eagle
812 Main Street
Fort Worth, TX
(817) 877-3999

Server: OTTO
11:07 PM
Table 997/1 09/27/2001
3/30030
Card #379400134702005
Magnetic card present: HILLD

Amount: 30.00

+ Tip: ______________

= Total: ______________

X ______________________________

Visit our other locations.
NY, NY (212)575-5129
Dallas, TX (972)490-9000
Denver, CO (303)796-0100
Las Vegas, NV (702)796-0063
Orlando, FL (407)645-4443

Leave signed top copy.

---

Del Frisco's
Double Eagle
812 Main Street
Fort Worth, TX
(817) 877-3999

Server: Bar One 09/27/2001
07:36 PM 1/10024
K/1
Card #379400134702005
Magnetic card present: HILLD

Amount: 57.50

+ Tip: 10.00

= Total: 67.50

X ______________________________

Visit our other locations.
NY, NY (212)575-5129
Dallas, TX (972)490-9000
Denver, CO (303)796-0100
Las Vegas, NV (702)796-0063
Orlando, FL (407)645-4443

Leave signed top copy.

EEOC000151

EEOC000152



## AT&T Wireless

Questions?
• www.attwireless.com
• 1-800-888-7600
• 611 from your wireless phone
• TTY users - 1-866-4-AWS-TTY

#BWNGFYY
#00033009641195404 w
AV 03 001078 447731E 12 B**5DGT
||.||...||..|..||...||.|.|||...||..||||..|..||..||.|..||
DENISE HILL
APT. # 2004
8003 N MACARTHUR BLVD
IRVING TX 75063-4102

**Date of Invoice: 09/14/01**

### SUMMARY OF MONTHLY CHARGES FOR ACCOUNT 9641195404
Wireless Number: 972-569-7757

| Previous Balance | Payments Received | Late Payment Charge | Adjustments | Balance Forward | Current Monthly Charges | Total Amount Due |
|---|---|---|---|---|---|---|
| 274.68 | 275.00CR | .00 | .00 | .32CR | 248.71 | 248.39 |

Your billing cycle began on 08/13 and ended on 09/12.

**Current Monthly Charges**

| | |
|---|---|
| Monthly Service Charges | 149.99 |
| Home Airtime Charges | 56.25 |
| Home Long Distance Charges | .00 |
| Text Messaging Charges | .00 |
| Roaming Charges | .00 |
| Other Charges and Credits | 4.45 |
| Taxes, Surcharges & Regulatory Fees | 38.02 |
| **Total Current Monthly Charges** | 248.71 |
| **TOTAL AMOUNT DUE** DUE UPON RECEIPT | 248.39 |

**You can now pay your invoice online @ www.attwireless.com**

### AT&T WIRELESS APPRECIATES YOUR BUSINESS

Note:
We Print on
Front and Back.
←

# Centocor

## SALES FORCE EXPENSE REPORT

EEOC000153

**NAME:** Denise Hill Bannister  
**DEPARTMENT:** 407  
**DISTRICT:**  

**EXPENSE REPORT NO.** 2587011  
**PERIOD ENDING MM/DD/YY** 09/22/01

| DATE MM/DD/YY | ORIGIN / DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES (10) | AIR / RAIL / BUS (11) | LODGING (12) | TAXI, LIMO, AUTO RENTAL (53) | PARKING / TOLLS (13) | BUSINESS MEALS (15) | PHONE / FAX (16) | OFFICE SUPPLIES & COPIES (17) | POSTAGE (18) | AUTO FUEL (19) | REPORT NAME & MISC. (50) | PROMOTIONAL PROGRAMS (51) | PROMOTIONAL ACCESS 4100 (52) | PROMOTIONAL ACCESS 4100 (53) | MISC. | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/16/01 | dallas | 45.0 | | | | 2.00 | | | | | | | 35.98 | | | | 54.39 |
| 09/17/01 | plano | 80.0 | | | | 8.00 | | | | | 16.41 | | 7.89 | | | | 15.89 |
| 09/18/01 | arlington | 98.0 | | | | 6.00 | | | | | | | | 40.20 | | | 4 |
| 09/19/01 | fort worth | 40.0 | | | | | | | | | | | | | | | 8.00 |
| 09/20/01 | dallas | 25.0 | | | | 27.50 | | | | | | 204.00 | | 320.41 | | | 383.09 |
| 09/21/01 | dallas | | | | | | 15.18 | | | | 15.33 | | | | | | 219.33 |
| 09/22/01 | dallas | | | | | 51.50 | | | | | 48.92 | 204.00 | 84.07 | 320.41 | | | 706.90 |
| PLUS OR MINUS ADJUSTMENTS | | | | | | | | | | | | | | | | | |
| 11269.08 exm | | | | | | | | | | | | | | | | | 706.90 |

**FIELD #** | 10 | 11 | 12 | 53 | 13 | 15 | 16 | 17 | 18 | 19 | 50 | 51 | 52 | 53

**AMOUNT**

### COMPANY CAR ONLY

| | |
|---|---|
| VEHICLE NO. | 212193 |
| BEGINNING ODOMETER | 7371.0 |
| ENDING ODOMETER | 7660.0 |
| TOTAL MILES | 289.0 |
| TOTAL BUSINESS MILES | 289.0 |
| TOTAL PERSONAL MILES | |

**\*Calculate Personal Mileage Charge Back in Box #987 at Right**

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11.)

Payment requests exceeding authorized dollar limits will delay reimbursement.

**NOTICE TO GELCO**  
Travelers Express Company, Inc., a service by Gelco Information Network, Inc • P.O. Box 4100, Eden Prairie, Minnesota 55344-2100

396570000 02

| FIELD # | TOTAL | |
|---|---|---|
| | Minus Personal Mileage Charge | 997 |
| | Due Company | 87 |
| | Due Employee | 820 708.80 |

| | | |
|---|---|---|
| CALL DATE | 09/23/01 | |
| CONFIRMATION # | 8019166. | |

SIGNATURE _(signed)_

APPROVED BY _(signed)_  DATE MM/DD/YY 12-15-01

**COPY SENT NOV 20 2001 TO GELCO**

ACCOUNTING COPY

EEOC0000154

## BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |

## FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 09/17/01 | inservice relavase, osteopathic hospital, dr. peska, dr. delange, and dr. yuvarti | 35.98 |
| 09/18/01 | inservice retavase, arlington memorial. Dr. garner, dr. gates | 7.89 |
| 09/19/01 | inservice relavase, medical city, dr. postma and dr. kassenoff and dr. gordan | 40.10 |
| 09/20/01 | out to dinner for harris and parkland relavase discussion and planning with Dr. Rivera and female guest | 320.41 |
| 09/29/01 | tickets for stars outing, customer relationship building dr. a h. yurvarti, osteopathic and myself | 204.00 |

## MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |

112499 05.6mm

39857000 02

Corner Baker[illegible]

#107 EDI[illegible]

09/17/01

CHEC[illegible] #006[illegible]

| | |
|---|---|
| 2 DOZEN [illegible] | 35.9[illegible] |
| Subtotal | 35.98 |
| TOTAL | 35.98 |

You knead [illegible] Dai[illegible]

QUESTIONS [illegible]

1-800-96[illegible] 4637

| | |
|---|---|
| SALES | .98 |
| (-)CHARGE-TIPS | .98 |
| CHANGE DUE | 0.0[illegible] |
| (-)CHARGE TIPS | 0.00 |

AMEX 378400134702

*************

COUNTRY CLUB BEVERAG

4004 PLANO PARKWAY

PLANO

TX. 000075093

Location# 0000000052

STN# 0000000052

MASTERCARD

Acct # 5114090047608842

Auth# 017021

Reference# 98000 52 029 9

| | |
|---|---|
| Credit | JRL #:826 |
| 09/17/01 | 13:12:51 |
| PUMP 1 | UNLEADED |
| GALLONS | 10.949 |
| PRICE/GAL | $ 1.499 |
| FUEL SALE | $ 16.41 |
| TOTAL SALE | $ 16.41 |

THANK YOU

FOR YOUR BUSINESS!

PLEASE COME AGAIN!

CENTRAL PARKING

PRESBYTERIAN HOSPITAL

DALLAS, TX

LOT #6181

REG 09-17-2001 11:35

SHIFT A MC#01 003886

CT 1

| | |
|---|---|
| 1 $2 | $2.00 |
| TOTAL | $2.00 |
| CASH | $2.00 |

EEOC0000156

**5-154**
**CAR CHECK**
S3R-4361-PARK

DALLAS/FORT WORTH
INT'L AIRPORT
*** Thank you ***
Entr: 09:03 09/18/01 Lane # 11
Exit: 09:06 09/18/01 Lane # 29 C.# 929
License Plate TX M236KN ./ Sea. #1002
Taxes included *#0002.00 Cash

CB - MACARTHUR PARK 173
MERCHANT ID
09/19/01 05:10:43 T001
CHRISTINA CHK #004
CHARGE 1

AMEX
379400134702005
HILL/D
07/02
AUTH # 546635

CHARGE AMOUNT 37.70

TIP AMOUNT 3.00

TOTAL 40.70

CUSTOMER COPY

EEOC000157

**6-604**

LONE STAR VALET

This contract limits our responsibility. **Please read it.**

Customer and company agree as follows: This is a license to park only, no bailment is created. Customer agrees to use company's parking facility at customers sole risk. Company expressly disclaims any responsibility, expressed or implied, to protect against the loss of or damage to customer's vehicle or contents. No employee or agent may enlarge company's liability in any manner. **Customer agrees to inspect car before leaving lot. Customer's claim of damage or loss must be reported and itemized on company form before car is removed from premises or customer shall waive such claim.** Should company agree to make repairs at its expense, company has option within 48 hours after notice of claim to choose the repair facility. Company is not responsible for damage by fire or defective brakes or parts. Company is not responsible for mechanical or electrical failure or flat tires. **Company is not responsible for any articles left in car nor will company accept possession or bailment of such articles.** Company reserves the right to refuse release of vehicle should guest appear intoxicated to Company employee. Company assumes no liability for guest accommodation or transportation should company deem guest intoxicated. **Parking in this facility is an acceptance of the terms of this contract.** Note posted rates and hours of operation.

114828

EXIT CHECK

**6-604**

LONE STAR VALET

PRESENT TO ATTENDANT

EEOC000159



STOCK# VT-5

RCE Printing Inc.

PARKING SERVICES
AT
UT SOUTHWESTERN MEDICAL CENTER
5323 HARRY HINES BLVD.
DALLAS, TX 75390-9026

CASH RECEIPT

AMOUNT $ 3⁰⁰

Date: 09/30

Issued by:

EEOC000160

CHOICE CABS ☆ TERMINAL TAXI ☆ BIG TEX TAXI

214-3██-4590

Safe Dependable • Largest Radio Dispatched Fleet in Dallas

RETURNING FROM OUT OF TOWN? 800-444-6400

Visit our website @www.dallastaxi.com

DRIVER _____
DESTINATION _____
DATE 9-21-01

CAB #
CAB FARE 17.50

THANK YOU!

ITLA — International Taxicab and Livery Association

---

ParkMedia
www.parkmedia.com
For Ad information, call 1-866-PARKMEDIA

(This is your cash receipt)

TIME OUT _____
TIME IN _____ 00.00
AMOUNT OF CHARGE _____

9-21-01

VALET PARKING SERVICE, INC. OF TEXAS
2001 Bryan Street, Suite 1950
Dallas, TX 75201
(214) 954-1144

00830

---

TIME 7:24PM
DATE 9/21/01
MID 3484003253B4
1420224909

STEEL RESTAURANT & LOUNGE

379400134702005 S 7/02
AMEX
AUTH 547648      TBL SALES CHECK 31773
DINNER BAR                        NICO
PURCHASE

AMOUNT
TAX
27.50   0.29

SUBTOTAL $   27.79
TIP      $   6.00
TOTAL    $   33.79

============
CUSTOMER COPY
************

---

TIME 9:40PM
DATE 9/21/01
MID 3484003253B4
1420224909

STEEL RESTAURANT & LOUNGE

379400134702005 S 7/02
AMEX
AUTH 501743      TBL 48 CHECK 31797
DINNER DINE                      BRAD
PURCHASE

AMOUNT
TAX
220.65   15.97

SUBTOTAL $   236.62
TIP      $   36.00
TOTAL    $   286.62

============
CUSTOMER COPY
************

EXXON EXPRESS PAY

VALLEY RANCH EXXON
9975 N. MACARTHUR
IRVING, TX. 75063

DLR# 4712410
VALLEY RANCH E
IRVING TX
09/09/01 15:38
ACCT#
XXXXXXXXXXXX2005
INV# HZ28532
AUTH# 562964
PUMP# 9
PLUS 10.198
SELF
PRICE/GAL $1.489
FUEL TOTAL $15.18

MDSE TOTAL $0.00
TOTAL $15.18

NEW ATM MACHINE
NORTH DALLAS BANK
& TRUST NOW HERE!!

-THANK YOU

9-21 expenses

3:02-cv-03354-RM-CHE # 69-2 Page 23 of 25

EEOC000161

EEOC000162

Dr. A. Hurst

pd Steve Chowley
204/60



**T5464378**

# DALLAS STARS
### vs.
### Phoenix Coyotes
Sat., Sep. 29, 2001 7:00pm
American Airlines Center
StarsClub Premium

| SECTION | ROW | SEAT |
|---|---|---|
| 116 | K | 5 |

$102.00

SECTION 116 ROW K SEAT 5 $102.00

0827511861651 3

**T5464378**

# DALLAS STARS
### vs.
### Phoenix Coyotes
Sat., Sep. 29, 2001 7:00pm
American Airlines Center
StarsClub Premium

| SECTION | ROW | SEAT |
|---|---|---|
| 116 | K | 4 |

$102.00

SECTION 116 ROW K SEAT 4 $102.00

0827511861651 4

**EXXON EXPRESS PAY**

VALLEY RANCH EXXON
9975 N. MACARTHUR
IRVING, TX. 75063

DLR# 4712410
VALLEY RANCH E
IRVING TX
09/~~21~~/01 22 14:35
ACCT#
XXXXXXXXXXXX2005
INV# HZ24870
AUTH# 585955
PUMP# 10

| | |
|---|---|
| REG | 10.957G |
| SELF | |
| PRICE/GAL | $1.399 |
| FUEL TOTAL | $15.33 |
| MDSE TOTAL | $0.00 |
| TOTAL | $15.33 |

NEW ATM MACHINE
NORTH DALLAS BANK
& TRUST NOW HERE!!

-THANK YOU