# Centocor

## SALES FORCE EXPENSE REPORT

**EXPENSE REPORT NO.** 25870010
**PERIOD ENDING MM/DD/YY** 09/15/01

**NAME** Denise Hill Bannister
**DEPARTMENT** 407
**DISTRICT**

| DATE MM/DD/YY | ORIGIN / DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Explain on back) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REIMBURSEMENT & MISC. (Explain on back) | PROMOTIONAL PROGRAMS | FIELD PROMOTION (Explain on Detail) PROMOTIONAL ACCESS 4100 | PROMOTIONAL ACCESS 4100 | MISC. (Explain on back) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/09/01 | dallas | | | | | | | | | | | | | | | | |
| 09/10/01 | dallas | 67.0 | | | | 8.00 | | | | 44.18 | | | | 21.39 | | | 73.57 |
| 09/11/01 | dallas | 23.0 | | | | 5.00 | | | | | 16.10 | | | | | | |
| 09/12/01 | wichita falls | 300.0 | | | | 3.00 | | | | | | | | 98.08 | | | 117.18 |
| 09/13/01 | fort worth | 120.0 | | | | 8.00 | | | | 75.22 | | 39.76 | | 98.87 | | | 102.87 |
| 09/14/01 | dallas | 66.0 | | | | | 156.50 | | | | | | 204.00 | 217.34 | | | 477.48 |
| 09/15/01 | dallas | | | | | | | | | | | | | | | | 8.00 |

**PLUS OR MINUS ADJUSTMENTS**

| FIELD # | 10 | 11 | 12 | *93 | 13 | 16 | 16 | 17 | 18 | 19 | 50 | 51 | 52 | 54 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMOUNT | | | | 24.00 | | 158.50 | | 119.40 | 16.10 | 39.76 | 204.00 | 217.34 | | |

**11249.00 dm**

### COMPANY CAR ONLY

| | |
|---|---|
| VEHICLE NO. | 212193 |
| BEGINNING ODOMETER | 6795.0 |
| ENDING ODOMETER | 7371.0 |
| TOTAL MILES | 576.0 |
| TOTAL BUSINESS MILES | 576.0 |
| TOTAL PERSONAL MILES | |

### *Calculate Personal Mileage Charge Back in Box #997 at Right

**IMPORTANT**
If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11.)

Payment requests exceeding authorized dollar limits will delay reimbursements.

| FIELD # | | TOTAL |
|---|---|---|
| Minus Personal Mileage Charge | 997 | |
| Due Company | 87 | |
| Due Employee | 820 | 779.10 |

SIGNATURE _[signature]_
APPROVED BY _[signature]_

DATE MM/DD/YY 10/15/01
DATE EXPENSE MM/DD/YY

**CALL DATE** 09/18/01
**CONFIRMATION #** 90133723

398670000 02

NOTICE TO USER
Time/date Authorization Issued to the Drawer by
Gelco Information Network, Inc. P.O. Box
44800, Eden Prairie, Minnesota 55344-0200

| | | |
|---|---|---|
| COPY SENT | NOV 16 2001 | TO GELCO |

1-1-02 AC

# B U S I N E S S   M E A L S

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# F I E L D   P R O M O T I O N   &   M I S C E L L A N E O U S

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 09/10/01 | Inservice methodist hospital, dr. slonim, dr. donovan, dr. thompson on relavase | 21.39 |
| 09/13/01 | Inservice osteopathic, Dr. peska, dr. delange, dr. wallace, dr. yuvarti breakfast, relavase | 56.76 |
| 9-13- | Inservice relavase, harris, dr. pickering, dr. reeb | 17.80 |
| 9-13- | drinks out, dr. meller baylor hospital | 25.25 |
| 09/15/01 | dr. kassenoff, medical city and Denise hill, centcocor, customer relations, stars game | 204.00 |
| 09/12/01 | Inservice relavase, wichita falls, radiology, dr. bernid and dave dunford and staff | 96.08 |

# M I S C E L L A N E O U S   A U T O

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 09/15/01 | oil change, authorized agents would not accept my fleet card | 39.76 |
| | | |
| | | |
| | | |
| | | |

112499 05 dmm

Original Document of Schering-Plough/Biotech

39857000 02

ARCHIVING COPY

www.parkmedia.com
*Park*Media 1-866-PARKMEDIA
For Ad information, call

[This is your cash receipt]

AMOUNT OF CHARGE $_____

TIME IN _will valet_

TIME OUT _2-6-01_

VALET PARKING SERVICE, INC. OF TEXAS
2001 Bryan Street, Suite 1950
Dallas, TX 75201
(214) 954-1144

**019736**

CUSTOMER COPY

TOTAL          21.35

TIP AMOUNT      3.1~

CHARGE AMOUNT  18.39

AUTH #  589646
07/02
HILL/D
3794001347020005
AMEX
ANDRE    CHK #029
09/10/01  07:53:23 1001    CHARGE 1
MERCHANT ID
CB - PRESTON/FOREST  155

EXXON EXPRESS PAY

VALLEY RANCH EXXON
9975 N. MACARTHUR
IRVING, TX. 75063

DLR# 4712410
VALLEY RANCH E
IRVING TX
09/12/01 17:22
ACCT#
XXXXXXXXXXX2005
INV# HZ13959
AUTH# 549934
PUMP# 9
REG 10.742G
SELF
PRICE/GAL $1.499
FUEL TOTAL $16.10

MDSE TOTAL $0.00
TOTAL $16.10

NEW ATM MACHINE
NORTH DALLAS BANK
& TRUST NOW HERE!!

MANA VALET

(972) 681-3392

15

5

- CARS PARKED AT OWNER'S RISK
- ARTICLES LEFT IN CAR AT OWNER'S RISK
- WE ARE NOT RESPONSIBLE FOR THIRD PARTY CAUSED DAMAGES
- NO ATTENDANT AFTER REGULAR HOURS
- CLAIM OF DAMAGE MUST BE MADE BEFORE VEHICLE LEAVES PREMISES

№ 3601

EEOC000167

PANERA BREAD
COLLINGSWORTH & UNIVERSITY
PHONE (817)870-1959

61 VIRGINIA SU 02

ORDR 1056 SEP13'01 11:37AM

PHONE-IN

| | |
|---|---|
| 12 COOKIE CHOC DUET | 15.00 |
| 1 BOTTLE WATER | 1.50 |
| CREDIT CARD | 17.86 |
| SUBTOTAL | 16.50 |
| TAX | 1.36 |
| P A I D | 17.86 |

VISIT OUR WEBSITES:

WWW.PANERABREAD.COM

YOUR ORDER NUMBER IS # 1056

CB - MACARTHUR PARK 173
MERCHANT ID
09/13/01 09:12:36 T001
EDITH CHK #075
CHARGE 1

AMEX
379400134702005
HILL/D
07/02
AUTH # 521546

CHARGE AMOUNT 51.76

TIP AMOUNT 5

TOTAL 56.76

CUSTOMER COPY

PARKING SERVICES
AT
UT SOUTHWESTERN MEDICAL CENTER
5323 HARRY HINES BLVD.
DALLAS, TX 75390-9026

CASH RECEIPT

AMOUNT $ 3.00

Date: 09/13

Issued by: _____

---

CUSTOMER COPY

PRIMO'S BAR & GRILL
3109 MCKINNEY AVE
DALLAS TX 75204
MERCHANT    888890912281892
TERMINAL    74002232

AMEX
T 340013470200(5)
EXP DATE    6

SALE
INVOICE NO.    000381    106842
SEP 13, 01 23:18

BASE    $10.25
TIP
TOTAL

HILL

PURCHASER SIGN HERE

8096
1502

# KwikKar®

171287

ESI
Certified Mechanics
On Duty

KWIK KAR OF VISTA RIDGE
2788 MAC ARTHUR
LEWISVILLE TX 75067
(214) 488-7737

| | |
|---|---|
| DATE | 09/14/2001 10:46 |
| INVOICE NO. | 0000-171287 |
| TRANSACTION NO. | 010091400171287 |
| EMPLOYEES | CS JC AR |

## CUSTOMER INFORMATION

DENISE HILL
4003 N MACARTHER
#2007
IRVING, TX 75063
(972) 569-7757

**FLEETS**

## VEHICLE INFORMATION

| LICENSE PLATE | M236KN |
| ALTERNATE ID | |
| MILEAGE | 7346 |

| YEAR | 2001 |
| MAKE | VOLVO |
| MODEL | S40 |
| ENGINE | 4CYL 1.9L FI |

## SERVICE HISTORY

| DATE | MILEAGE | SERVICES |
|---|---|---|
| 09/14/01 | 7346 | FS |

## DESCRIPTION

| DESCRIPTION | QTY. | PRICE | |
|---|---|---|---|
| FULL SERVICE OIL CHANGE | | | |
| ENVIRONMENTAL DISP CHG | 1.00 | 1.99 | |
| VOLVO FILTER | 1.00 | 4.76 | |
| PENNZOIL 5W30 OIL BLK | | | |
| SPECIAL FILTER CHARGE $10 | | 10.99 | |

| SUBTOTAL | 38.98 |
| TAXABLE PARTS | 9.50 |
| SALES TAX | 0.78 |
| TOTAL | 39.76 |
| CCARD | 39.76 |

## SERVICE CHECKLIST

| | |
|---|---|
| 1. MOTOR OIL | COMPLETED |
| 2. OIL FILTER | COMPLETED |
| 3. CHECK LIGHTS | CHECKED |
| 4. TIRE PRESSURE | COMPLETED |
| | F 32 R 32 |
| 5. WASH EXTERIOR WINDOWS | COMPLETED |
| 6. VACUUM INTERIOR | COMPLETED |
| 7. AIR FILTER | CHECKED |
| 8. BREATHER FILTER | N/A |
| 9. WASHER FLUID | ADDED |
| 10. BRAKE FLUID | SENSOR OK |
| 11. POWER STEERING FLUID | CHECKED |
| 12. MAINT FREE | |
| 13. BATTERY | CHECKED |
| 14. COOLANT | CHECKED |
| 15. TRANS/TRANSAXLE | SEALED |
| 16. CHASSIS LUBE | CHECKED |
| 17. CHECK WIPER BLADES | CHECKED OK |
| 18. REAR DIFFERENTIAL FLUI | N/A |

## SERVICE COMMENTS

PRE SERVICE OIL LEVEL CHECK:
OIL LEVEL FULL.
CK ENGINE LIGHT IS ON PRIOR TO
SERVICE
HAVE A GREAT DAY!
HAVE A GREAT DAY!

Stop. Go. Pennzoil.

PENNZOIL

## MESSAGES

Recommend next service on DECEMBER 13, 2001 or 10346 miles.
OUR WORK IS GUARANTEED
However, work performed elsewhere will not be honored.

| AMEX | |
| AP: | 02005 |
| EXP:07-03 | |

NOTICE PURSUANT TO SECTION 70.001, TEXAS PROPERTY CODE: I am the person or age acting on behalf of the person, who is obligated to pay for the repair of the motor vehicle subject this repair contract. I understand that this vehicle is subject to repossession in accordance wi Section 9.503, Texas Business and Commerce Code, if a written order for payment for repairs the vehicle is stopped, dishonored, because of insufficient funds, no funds, or because the draw or maker of the order has no account or the account on which it is drawn has been closed.

Cardholder acknowledges receipt of Cards and/or services in the amount of the total shown here and agrees to perform the obligations set forth in the Cardholder's agreement with the issuer.

X _____
Authorized &
Received By:

STATE INSPECTION CENTER
PENNZOIL

Thank You

3:02-cv-03354-RM-CHE    # 69-3    Page 9 of 33

2¢4.00
paid at #
steve cowbey





THE MAIL STATION
8600 N MACARTHUR BLD 114
IRVING    TX 75063

DATE: 09/04/01          TIME: 16:4:
MERCH# 2203857066008    TERM# 0001

S-A-L-E-S  D-R-A-F-T

REF: 0010  BCH: 109
CD TYPE: AX
TR TYPE: PR
AMOUNT:              $75.22

ACCT: 37940813470100Y  EXP: 0702
152745

CARDMEMBER ACKNOWLEDGES RECEIPT OF
GOODS AND/OR SERVICES IN THE AMOUNT OF
THE TOTAL SHOWN HEREON AND AGREES TO
PERFORM THE OBLIGATIONS SET FORTH BY THE
CARDMEMBER'S AGREEMENT WITH THE ISSUER

X SIGN ON FILE
TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

Thank you for your business!

| TOTAL | 75.22 |

| | | |
|---|---|---|
| 8/13/01 | Postage,Shipping | $16.38 |
| 8/21/01 | Postage,Packing Materials | $13.58 |
| 8/22/01 | Shipping(FedEx Express Saver) | $10.66 |
| 8/23/01 | Shipping(FedEx Overnight) | $18.75 |
| 8/29/01 | Shipping(FedEx Express Saver) | $15.85 |

September 1,2001

Invoice#1000

Denise Hill Bannister
8003 N. MacArthur #2004
Irving, Tx 75063

# The Mail Station

8600 N. MacArthur, Suite 114 • Irving, TX 75063
Phone: (972)402-8878 • Fax: (972)402-9181

EEOC000173

USAGE CHARGES FROM 07/26/2001 TO 08/26/2001

| DATE | DESCRIPTION | QTY | PIN | SERVICE CODE | MONTHLY CHARGES | OTHER CHARGES | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|
| | BEGINNING BALANCE | | | | | | 42.17 |
| | CURRENT CHARGES: | | | | | | |
| | PURCHASE ORDER - N/A | | | | | | |
| 09/01/2001 | SKYTEL TWO-WAY | | 87766S3547 | | | | |
| | DENISE HILL | | | | | | |
| | 2-WAY PERSONAL 800 SERVICE | | | | 35.43 | | 35.43 |
| | USAGE CHARGES - 2WAY ALPHA | | | | 2.95 | | 2.95 |
| 08/09/2001 | 2-WAY SERVICE ADJUSTMENT | 684 | | | .00 | 68.40 | 68.40 |
| | | | | | | 1.56- | 1.56- |
| | LOCAL TAX CR | | | | | | .03- |
| | STATE TAX CR | | | | | | .10- |
| | UNIVERSAL SERVICE FUND FEE CREDIT | | | | | | .03- |
| | LOCAL TAX | | | | | | 2.26 |
| | STATE TAX | | | | | | 7.08 |
| | UNIVERSAL SERVICE FUND FEE | | | | | | 1.93 |

| CURRENT | OVER 30 | OVER 60 | OVER 90 |
|---|---|---|---|
| 118.05 | 40.45 | .00 | .00 |

| INVOICE DATE | INVOICE NO. | ACCOUNT NO. |
|---|---|---|
| 09/02/2001 | 0112675377 | 2675377 |

**TOTAL DUE** 158.50

SKYTEL
PO BOX 740577
ATLANTA, GA 30374-0577

FEDERAL TAX ID: 64-0848625
24 HOUR CUSTOMER SERVICE: 1-800-769-8737

SKY 1006

EEOC000175

5-090 944

**PARKING CHECK**

OUT  F̲r̲o̲n̲t̲ ̲d̲e̲s̲k̲

IN  8:00

License

Make  Cadillac

Charge  11/14/8̲

AMERICAN HOTEL REGISTER
VERNON HILLS, IL 60061

EEOC000176

# Centocor

## SALES FORCE EXPENSE REPORT

| | | |
|---|---|---|
| NAME | DEPARTMENT | EXPENSE REPORT NO. |
| Denise Hill Bannister | 407 | 2587009 |
| | DISTRICT | PERIOD ENDING MM/DD/YY 09/08/01 |

| DATE MM/DD/YY | ORIGIN/DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES FIELD # 10 | AIR/RAIL/BUS 11 | LODGING | TAXI, LIMO, AUTO RENTAL 12 | PARKING/ TOLLS 83 | BUSINESS MEALS (Retain on Check) 13 | PHONE / FAX 15 | OFFICE SUPPLIES & COPIES 16 | POSTAGE 17 | FIELD # 40 QUANTITY No. of Dials/ons | AUTO FUEL 18 | REPAIR/MAINT & MISC (Retain on Check) 19 | PROMOTIONAL PROMOTIONAL PROGRAMS 80 | FIELD PROMOTION (Explain on Detail) PROMOTIONAL ACCESS 4100 81 | PROMOTIONAL ACCESS x100 82 | MISC (Retain on Check) 84 | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMOUNT | | 194.50 | | | 56.78 | 18.50 | | | | | 18.72 | | | | 111.83 | 271.06 | | 669.49 |
| 09/02/01 | dallas | | | | | | | | | | | | | | | | | |
| 09/03/01 | dallas | 45.0 | 194.50 | | | | | | | | | | | | 135.73 | | | 135.73 |
| 09/04/01 | dallas | 50.0 | | | | 7.00 | | | | | | 18.72 | | | 20.99 | | | 44.71 |
| 09/05/01 | dallas | 89.0 | | | | | 3.00 | | | | | | | | 38.98 | | | 38.98 |
| 09/06/01 | dallas | 66.0 | | | 56.78 | 8.50 | | | | | | | | | 51.96 | | | 54.96 |
| 09/07/01 | austin | 35.0 | 194.50 | | | | | | | | | | | | 135.33 | | | 395.11 |
| 09/08/01 | dallas | | | | | | | | | | | | | | | | | |
| PLUS OR MINUS ADJUSTMENTS | | | | | | | | | | | | | | | | | | |

### COMPANY CAR ONLY

| | |
|---|---|
| VEHICLE NO. | 212193 |
| BEGINNING ODOMETER | 6510.0 |
| ENDING ODOMETER | 6795.0 |
| TOTAL MILES | 285.0 |
| TOTAL BUSINESS MILES | 285.0 |
| *TOTAL PERSONAL MILES | 285.0 |

*Calculate Personal Mileage Charge Back in Box #997 at Right

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursements.

| | | FIELD # | TOTAL |
|---|---|---|---|
| Minus Personal Mileage Charge | | 997 | |
| Due Company | | 87 | |
| Due Employee | | 020 | 669.49 |

| | | |
|---|---|---|
| SIGNATURE | DATE MM/DD/YY | |
| Denise Hill | 9-8-01 | |
| APPROVED BY | DATE MM/DD/YY | |
| Tom Scalise | 10-15-01 | |

NOTICE TO USER
Traveller Authorization issued in the Drawer by Gelco Information Network, Inc. P.O. Box 41890, Eden Prairie, Minnesota 55344-2560

390570000 02

| | CALL DATE | CONFIRMATION # |
|---|---|---|
| | 09/08/01 | 90076992 |

ACCOUNTING COPY

COPY SENT
NOV 16 2001
TO GELCO

# Centocor

## SALES FORCE EXPENSE REPORT

EXPENSE REPORT NO. **2587009**
PERIOD ENDING MM/DD/YY **09/08/01**

NAME: Denise Hill Bannister
DEPARTMENT: 407
DISTRICT:
REPORT NO. 2587009

| DATE MM/DD/YY | ORIGIN / DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES (10) | AIR / RAIL / BUS (11) | LODGING (12) | TAXI / LIMO, AUTO RENTAL (13) | PARKING / TOLLS (13) | BUSINESS MEALS (15) | PHONE / FAX (15) | OFFICE SUPPLIES & COPIES (16) | POSTAGE (17) | AUTO FUEL (18) | REPAIR / MAINT & MISC (19) | PROMOTIONAL ACCESS <$100 (50) | PROMOTIONAL ACCESS >$100 (51) | MISC (52) | (54) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/02/01 | dallas | | | | | | | | | | | | | | | | |
| 09/03/01 | dallas | 45.0 | | | | | | | | | | | | 135.73 | | | 135.73 |
| 09/04/01 | dallas | 50.0 | | | | 7.00 | | | | | 18.72 | | | 20.99 | | | 44.71 |
| 09/05/01 | dallas | 89.0 | | | | | | | | | | | | 38.98 | | | 38.98 |
| 09/06/01 | dallas | 66.0 | | | | 3.00 | | | | | | | | 51.96 | | | 54.96 |
| 09/07/01 | austin | 35.0 | | 194.50 | 56.78 | 8.50 | | | | | | | | 135.33 | | | 395.11 |
| 09/08/01 | dallas | | | | | | | | | | | | | | | | |
| PLUS OR MINUS ADJUSTMENTS | | | | | | | | | | | | | | | | | |
| 112 4/00 00 dnm | | | | | | | | | | | | | | | | | |
| AMOUNT | | 194.50 | | 194.50 | 56.78 | 18.50 | | | | | 18.72 | | | 111.83 | 271.08 | | 669.49 |

### FIELD PROMOTION (Explain on Detail)

### COMPANY CAR ONLY

| | | |
|---|---|---|
| VEHICLE NO. | 212193 | |
| BEGINNING ODOMETER | 6510.0 | |
| ENDING ODOMETER | 6795.0 | |
| TOTAL MILES | 285.0 | |
| TOTAL BUSINESS MILES | 285.0 | |
| TOTAL PERSONAL MILES | | |

*Calculate Personal Mileage Charge back in Box #997 at Right

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number. 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursements.

| FIELD # | TOTAL | |
|---|---|---|
| 40 | 18.72 | No. of Gallons / QUANTITY |
| | Minus Personal Mileage Charge | 997 |
| | Due Company | 87 |
| | Due Employee | 820 |
| | | 669.49 |

SIGNATURE _____  DATE MM/DD/YY
APPROVED BY _____  DATE MM/DD/YY

3865?000 02
NOTICE TO USER:
Traveller Authorization Number Is the Driver By Gelco Information Network, Inc. P.O. Box 44300, Eden Prairie, Minnesota 55344-2300

CALL DATE 09/08/01
CONFIRMATION # 90076992

FEOC000177

# BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 09/03/01 | arlington p harmacy nelson pearce and staff, inservice relavase | 135.73 |
| 09/04/01 | inservice relavase, medical city dallas, dr. gordan dr. postma | 20.99 |
| 09/05/01 | inservice relavase, presbyterian hospital dallas , dr. coker, dr. dliman | 38.98 |
| 09/06/01 | austin candy relavase iar, field promotions | 11.76 |
| 09/06/01 | inservice relavase lunch, st. paul, dr. lee and dr. gensberg | 40.20 |
| 09/07/01 | inservice relavase lunch, austin seton hospital radiology, dr. karnaze, dr. fletcher, dr. feldman dr. politz and staff | 135.33 |

# MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

9/3

**SAL'S PIZZA RESTAURANT INC.**
2525 Wycliff Ave.
DALLAS, TEXAS 75219
(214) 522-1828

Denise Hill
(972) 569-7757
11:15 Tues

| | |
|---|---|
| CUSTOMER'S ORDER NO. / PHONE | Harmony; DATE: D Sept |
| NAME | Arlington Memorial Hosp |
| ADDRESS | 800 W. Randol Mill (817) 548-6100 |

| CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|
| | 30 people | | | | |

Pizza
Salad
Drinks

TAX

| SOLD BY | RECEIVED BY | TOTAL |
|---|---|---|
| | | |

C PRODUCT 609 All claims and returned goods MUST be accompanied by this bill.

392635

NEBS To Reorder 800-225-6380 or nebs.com

*Thank You*

---

4128 ...
9/3
Denise Hill 7/2

SAL'S PIZZA REST
1421052366
60110170 1020370 090401

| | |
|---|---|
| DATE | SERVER/CASHIER |
| AUTHORIZATION NO. | REFERENCE NO. |
| CHECK NO./FOLIO NO. | |

5386288

| | |
|---|---|
| 125.73 | PURCHASES |
| | TAX |
| | TIP SERVER |
| 10.00 | TIP OTHER |
| 135.73 | TOTAL |

PURCHASER SIGN HERE
X

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the issuer.

SALES SLIP

CUSTOMER COPY

**IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS.**

CUSTOMER COPY

3:02-cv-03354-RM-CHE # 69-3 Page 16 of 33

EEOC000180

# LONE STAR VALET



## 7-466

**This contract limits our responsibility. Please read it.**
Customer and company agree as follows: This is a license to park only, no bailment is created. Customer agrees to use company's parking facility at customer's sole risk. Company expressly disclaims any responsibility, expressed or implied, to protect against the loss of or damage to customer's vehicle or contents. No employee or agent may change company's liability in any manner. Customer agrees to inspect car before leaving lot. Customer's claim of damage or loss must be reported and itemized on company form before car is removed from premises or customer shall waive such claim. Should company agree to make repairs at its expense, company has option within 48 hours after notice of claim to choose the repair facility. Company is not responsible for damage by fire or defective brakes or parts. Company is not responsible for mechanical or electrical failure or flat tires. Company is not responsible for any articles left in car, nor will company accept possession or bailment of such articles. Company reserves the right to refuse release of vehicle should guest appear intoxicated to Company employee. Company assumes no liability for guest accommodation or transportation. Should company deem guest intoxicated. Parking in this facility is an acceptance of the terms of this contract. Note posted rates and hours of operation.   11-6824

## EXIT CHECK



## 7-466

**LONE STAR VALET**

### PRESENT TO ATTENDANT

---

CUSTOMER COPY

TOTAL    20 ??

TIP AMOUNT    3 —

CHARGE AMOUNT    17.99

AUTH #    564702

07/02

HILL/0

379400134702005

AMEX

CHARGE 1

CHK #034    EDITH

09/04/01    09:33:26 1001

MERCHANT ID

CB - MACARTHUR PARK  173

EX[illegible]RESS PAY

VALLEY RANCH EXXON
9975 N. MACARTHUR
IRVING, TX.75063

DLR# 4712410
VALLEY RANCH E TX
IRVING 17:34
09/04/01 ACCT#
XXXXXXXXXXXX2005
INVN
AUTH# 526650
PUMP# 10 11.231G
PLUS $1.489
SELF $16.72
PRICE/GAL
FUEL TOTAL $0.00
MDSE TOTAL $16.72
TOTAL

NEW ATM MACHINE
NORTH DALLAS BANK
& TRUST NOW HERE!!

-THANK YOU-

CB - MACARTHUR PARK 173
MERCHANT ID
09/05/01 08:41:52 T001
CHRISTINA CHK #047
CHARGE 1

AMEX
379400134702005
HILL/D
07/02
AUTH # 589016

CHARGE AMOUNT 35.98

TIP AMOUNT 3

TOTAL 38.98

CUSTOMER COPY

**PARKING COMPANY OF AMERICA**
INCORPORATED

TIME ______________ DATE 09/06/01

LOCATION St. Paul Hospital

AMOUNT 3.00

BY M.A.

**WAL★MART**

ALWAYS LOW PRICES. ALWAYS WAL-MART.

Always

Austin Rotavare Jan

SUPERCENTER
WE SELL FOR LESS
MANAGER JEFF COTTRELL
( 214 ) 574 - 4517
IRVING, TX 75063

~~ST# 2649 OP# 00001926 TE# 04 TR# 01392~~

| | | | |
|---|---|---|---|
| M M VARIETY | 004000056787 F | 5.88 J | |
| M M VARIETY | 004000056787 F | 5.88 J | |
| BELT | 076130416348 | 7.96 J | |
| RHINESTONE | 076130416576 | 6.96 J | |
| GV PUDDING | 060538818723 F | | |
| 9 AT 1 FOR | 0.44 | 3.96 H | |
| DANNON 6 PK | 00366[illegible] | [illegible] H | |
| SF RSP [illegible] | 004300036[illegible] F | [illegible] H | |
| ALTOIDS | [illegible] | | |
| LT [illegible] | | | |

3:02-cv-03354-RM-CHE # 69-3 Page 20 of 33

EEOC000183

EEOC0000184

FEOC000185
3:02-cv-03354-RM-CHE  # 69-1  Filed 22 of 33

## SOUTHWEST AIRLINES

ISSUED BY AND VALID ONLY ON

**TICKETLESS ITINERARY**
NOT VALID FOR TRANSPORTATION

AGENT 737!
DATE 07SEP

REFERENCE NUMBER
526/2772005I432

CONFIRMATION NUMBER
MT5FKO

CUSTOMER NAME
HILL/DENISE

ITINERARY
| FROM | TO | FLIGHT | DATE | FARE BASIS | TIME | STATUS | PRICE | XF |
|------|-----|--------|------|------------|------|--------|-------|-----|
| DALLAS LOVE FIELD | AUSTIN TX | WN474 | 07 SEP | YL | 0840A | HK | 0095.75 | 00.00 |
| AUSTIN TX | DALLAS LOVE FIELD | WN013 | 07 SEP | YL | 0155P | HK | 0095.75 | 03.00 |

PRINTED IN U.S.A. BY MAGNETIC TICKET & LABEL CORP., Aü-187TK (REV. 3/07)

---

## AVIS. We try harder®

**TRANSACTION RECORD**

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---------------|------------|-----------|

399947262    6280245  E
HILL,DENISE
WIZ= TBD043Y  AWD= A368500
CV CAXXXXXXXXXXXXX2005

OUT AUS 07SEP01/0929 MI= 3533
IN  AUS 07SEP01/1318 MI- 3554
      21 MI@      .00=     .00
  3 HR@ 14.01=         42.00
DY@ 42.00=
MINIMUM CHARGE  =       42.00
DISCOUNT        =         .0
*$2.70/DY SURCHG=       2.70
ONE WAY FEE/MISC=
**11.11% FEE           4.67
           LDW
TAXABLE SUBTOT  =      49.37
TAX 15.000%            7.41
FUEL SERVICE
TOTAL CHARGES   =      56.78
*PROP TAX/TITLE/REG/LIC
**CONCESSION RECOVERY FEE
TAX INCL 5% MOTOR VEH TAX

* Please check your car for personal effects. *

Thank you for renting from Avis.
We value your business. Have a safe trip.

---

○ Centocor
Vascular Specialist

Centocor, Inc.
200 Great Valley Parkway
Malvern, Pennsylvania 19355-1307

Telephone: 972-569-7757
Facsimile: 972-402-9181
Voicemail: 800-972-9063, x7295
Pager: 877-665-3547
Email: bannisterd@centocor.com
www.retavase.com

Stephanie Hill  Denise Hill

8.50
L-6

AMOUNT DUE          .00
CREDIT 2005      105.33
TAKE OUT         105.33
SALES TAX          8.03

OPEN DELIVERY FEE            15.00
                             2.95
TO GRO TACOBAR CHICO         3.15
...
                            23.55
                            22.95
                             ...

TAKE OUT

Check: 1:305
Cashier:CAMERON R-
Server :CAMERON R-

...

$105.33

CHECK         : 1305
SERVER : CAMERON R-
AUTH CODE :
AE

# Centocor

## SALES FORCE EXPENSE REPORT

**NAME:** Denise Hill Bannister

**DEPARTMENT:** 407

**DISTRICT**

**EXPENSE REPORT NO. 2587008**

**PERIOD ENDING MM/DD/YY 09/01/01**

| DATE MM/DD/YY | ORIGIN / DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPAIR / MAINT & MISC | PROMOTIONAL PROGRAMS | PROMOTIONAL ACCESS #3100 | PROMOTIONAL ACCESS #5100 | MISC | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FIELD # | 10 | 11 | 12 | | 53 | 13 | 15 | 16 | 17 | 18 | 19 | 50 | 51 | 52 | 54 | |
| 08/26/01 | dallas | | | | | | | | | | | | | | | | |
| 08/27/01 | dallas | 57.0 | | | | | | | | | | | | 119.31 | 119.31 | | 119.31 |
| 08/28/01 | fort worth | 99.0 | | | | 9.00 | | | | | 15.92 | | | 35.74 | 60.66 | | 60.66 |
| 08/29/01 | waco | 330.0 | | | | | | | | | | | | 446.54 | | | |
| 08/30/01 | dallas | 67.0 | | | | 2.00 | | | | | 15.59 | | | | | | |
| 08/31/01 | arlington | 80.0 | | | | | | | | | | | | 146.34 | 146.34 | 146.34 | |
| 09/01/01 | dallas | | | | | | | | | | | | | 464.13 | | | |
| | PLUS OR MINUS ADJUSTMENTS | | | | | | | | | | | | | | | | |
| | AMOUNT | | | | | 11.00 | | | | 31.51 | 155.05 | | | 592.88 | | 790.44 | 790.44 |

**FIELD PROMOTION** (Explain on Detail)

**IMPORTANT**

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11).

*Calculate Personal Mileage Charge Back in Box #997 at Right

Payment requests exceeding authorized dollar limits will delay reimbursements.

| COMPANY CAR ONLY | |
|---|---|
| VEHICLE NO. | 212/193 |
| BEGINNING ODOMETER | 5877.0 |
| ENDING ODOMETER | 6510.0 |
| TOTAL MILES | 633.0 |
| TOTAL BUSINESS MILES | 633.0 |
| TOTAL PERSONAL MILES | |

**FIELD #** 40 **No. of Gallons** | **QUANTITY**

| | | FIELD # | TOTAL |
|---|---|---|---|
| Minus Personal Mileage Charge | | 997 | |
| Due Company | | 87 | |
| Due Employee | | 820 | 790.44 |

**CALL DATE** 09/02/2001

**CONFIRMATION #** 9002220C

SIGNATURE _(signature)_    DATE MM/DD/YY 9-2-01

APPROVED BY _(signature)_    DATE MM/DD/YY 10-15-01

NOTICE TO USER
Traveller Authorization Issued to the Drawer by
Gelco Information Network, Inc. P.O. Box
44900, Eden Prairie, Minnesota 55344-2500

398587/000 02

COPY SENT
NOV 16 2001
TO GELCO

ACCOUNTING COPY

## BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 08/31/01 | inservice retavase, arlington memorial, dr. gates and staff | | | 146.36 |

## FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 08/27/01 | inservice med clty, retavase. Dr. gordan, dr. kassenoff and staff | 78.61 |
| 08/28/01 | inservice retavase, harris, dr. graLlNO, and dr. reeb and staff | 10.95 |
| 08/27/01 | inservice presby, dr. cooke, dr. ditman, retavase | 40.70 |
| 08/28/01 | inservice methodist, dr. thompson, dr. donavan, retavase | 24.79 |
| 08/30/01 | all surgery depts, osteopathic hospital. Talked about retavase joe t garcias. 30 people | 386.54 |
| 08/30/01 | after joe t garcias. Retavase discussed. The horsman country club. 6 people at 10.00 a piece, no receipt available | 60.0C |

## MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

11249M 05 dmm

3985700002

Original Document of Galactpharmacia Network

EEOC000189

**SAL'S PIZZA RESTAURANT INC.**
2525 Wycliff Ave.
DALLAS, TEXAS 75219
**(214) 522-1828**

11:32    6p

| CUSTOMER'S ORDER NO. | PHONE | | DATE |
|---|---|---|---|

NAME  Dennis Hill

ADDRESS  McKinny 7x2 A

| CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|

Spz Perfm

Sp.    92??
           569
           ???7

| | | | | | TAX | |
|---|---|---|---|---|---|---|
| SOLD BY | RECEIVED BY | | | | TOTAL | 70 6? |

C PRODUCT 609     All claims and returned goods MUST be accompanied by this bill.

**377483**    NEBS  To Reorder
800-225-6380 or nebs.com    *Thank You*

---

4128003989 56548
                    7/02

Dennis Hill

SAL'S PIZZA REST
1421052366
6011017010020370    082801

PURCHASER SIGN HERE
X
Cardholder acknowledges receipt of goods and/or services in the
amount of the Total shown hereon and agrees to perform the
obligations set forth in the Cardholder's agreement with the issuer.

SALES SLIP

| DATE | | SER |
|---|---|---|
| AUTHORIZATION NO. | | REFER |
| CHECK NO./FOLIO NO. | | |

**5386235**

| | | |
|---|---|---|
| 70 6? | PURCHASE |
| | TAX |
| | SERVER |
| 8 00 | OTHER |
| 78 6? | TOTAL |

CUSTOMER COPY

**IMPORTANT:** RETAIN THIS COPY FOR YOUR RECORDS.

CB - MACARTHUR PARK. 173
MERCHANT ID
08/27/01    08:54:47 TOG1
MIKE                    CHK #037
                        CHARGE 1

AMEX
37940012470200S
HILL/D
                07/02
        AUTH #    521105

CHARGE AMOUNT    37.70

TIP AMOUNT ___ 3 ___

TOTAL ___ 40.70 ___

CUSTOMER COPY

STANDARD PARKING
HARRIS METHODIST

08/28/01 10:42   LN 1 AE 5   CASHBALANCE
08/28/01 09:52 IN   08/28/01 10:42 OUT
FEE ......1  $   1.00
Total Fee    $   1.00
CASH PAID    $   1.00
Cash Tender  $   1.00
Change Due   $   0.00
THANK YOU
HAVE A NICE DAY

Central
Parking
System

CUSTOMER RECEIPT

Date: 8/28/01

Amount: 2.00

Location: 181

CPS #: LOT 2

PANERA BREAD
COLLINGSWORTH & UNIVERSITY
PHONE (817)870-1959

25 DORSEY          SU 01

                   AUG28'01

ORDR 287

B A K E R Y          10.95
1 BAGEL PACK
T3 POPPY BGL
PLAIN CC
RKY WALNT CC          10.95
CREDIT CARD
                      10.95
SUBTOTAL              10.95
P A I D

VISIT OUR WEBSITES:

WWW.PANERABREAD.COM

YOUR ORDER NUMBER IS    287

# 022846



VALET PARKING SERVICE, INC. OF TEXAS
2001 Bryan Street, Suite 1950
Dallas, TX 75201
(214) 954-1144

TIME OUT _____

TIME IN _____

AMOUNT OF CHARGE _____

(This is your cash receipt)

For Ad information, call
Park**M**edia 1-866-PARKMEDIA
www.parkmedia.com

---

**EXXON EXPRESS PAY**

VALLEY RANCH EXXON
9975 N. MACARTHUR
IRVING, TX.75063

DLR# 4712410
VALLEY RANCH E
IRVING                    TX
08/28/01          16:55
                  ACCT#
XXXXXXXXXXXX2005
INV# HZ11300
AUTH# 522208
PUMP# 10
PLUS
SELF              11.062G
PRICE/GAL         $1.439
FUEL TOTAL        $15.92

MDSE TOTAL         $0.00
TOTAL             $15.92

NEW ATM MACHINE
NORTH DALLAS BANK
& TRUST NOW HERE!!

        -THANK YOU-

```
06 - PRESTON/FOREST  150
MERCHANT ID
06/26/01    13:24:11 1601
MOHAMED          CHK #427
                 CHANGE 1

AMEX
0734001347/060F
HILL/D
         07/02
    -AUTH #      54902/

CHANGE AMOUNT   21.79

    TIP AMOUNT____
       TOTAL
```

DALLAS/FORT WORTH
INT'L AIRPORT
*** Thank you ***
Entr: 09:44 08/30/01 Lane # 14
Exit: 09:47 08/30/01 Lane # 28 C.# 979
License Plate TX M23GKH      Sea. #9370
Taxes included    $0002.00 Cash

```
08/30/01.        13:39
STN #  91002448630

HILL/D
Amex
XXXX XXXXXX 02005
AUTH#         00527006
INV #         0022491
CREDIT
PUMP#02        UNLEAD
GALLONS        10.397
    @ $1.499/GAL
FUEL          $15.59


TL/NOTAX      $15.59
TAX PD         $0.00
TOTAL         $15.59
```

EEOC000195

```
      Joe T. Garcia's
      Mexican Restaurant

  118 CRISSY

 Tbl P6/1        Chk 7670        Gst 6
          Aug30'01 05:01PM

  10 NEGRA MODELO           32.50
   1 CORONA                  3.25
   8 BUD LIGHT              22.00
   4 ROCKS                  17.00
   8 JOE'S NACHOS           52.00
   1 TOP ROCKS               6.00
   1 FROZ                    4.25
   5 PT FRZN                82.50
   4 PT ROCKS               66.00
   3 DOS EQUIS               9.75
   2 PT STRAW               37.00
     FOOD                   52.00
     LIQUOR                212.75
     BEER                   67.50
     Tax                     4.29
 07:12 TOTAL              336.54

     TIP 15%               50.00

     TOTAL _____

     SIGNATURE     386.54

     THIS IS MERCHANT COPY
```

◯ Centocor          $10⁰⁰ X      Aug 30th, '01
                        6            Denise Hill

Centocor, Inc.                 Vascular Specialist
200 Great valley Parkway
Malvern, Pennsylvania 19355-1307

Telephone: 972-569-7757
Facsimile: 972-402-9181
Voicemail: 800-972-9063, X7295
Pager: 877-665-3547
Email: bannisterd@centocor.com
www.retavase.com

Herman
Club
Osteo Dr's
entry fee - $60⁰⁰

