E-FILED
Friday, 01 April, 2005  05:29:46 PM
Clerk, U.S. District Court, ILCD

# Centocor

## SALES FORCE EXPENSE REPORT

| | | | | | | EXPENSE REPORT NO. | 7015047 |
|---|---|---|---|---|---|---|---|

**NAME** Caroline Kopecky

**DEPARTMENT** 490

**DISTRICT**

**PERIOD ENDING** MM/DD/YY  01/06/01

| DATE MM/DD/YY | ORIGIN / DESTINATION / PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Explain in Detail) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REP/WHY I WANT & MISC. (Explain in Detail) | PROMOTIONAL / PROMOTIONAL PROGRAMS | FIELD PROMOTION (Explain in Detail) PROMOTIONAL ACCESS +$100 | PROMOTIONAL ACCESS +$100 | MISC. (Explain in Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/00 | | | | | | | | | | | | | | | | |
| 01/01/01 | holiday | | | | | | | | | | | | | | | |
| 01/02/01 | vacation (rollover) | | | | | | | | | | | | | | | |
| 01/03/01 | vacation (rollover) | | | | | | | | | | | | | | | |
| 01/04/01 | vacation (rollover) | | | | | | | | | | | | | | | |
| 01/05/01 | vacation (rollover) | | | | | | | | | | | | | | | |
| 01/06/01 | vacation (rollover) | | | | | | | | | | | | | | | |
| PLUS OR MINUS ADJUSTMENTS | | | | | | | | | | | | | | | | |

1/2 day (.05 cpm)

| | FIELD # | 10 | 11 | 12 | 83 | 13 | 16 | 16 | 17 | 18 | 19 | 80 | 81 | 82 | 84 | FIELD# TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | AMOUNT | | | | | | | | | | | | | | | |

### COMPANY CAR ONLY

| VEHICLE NO. | 409553 |
|---|---|
| BEGINNING ODOMETER | 50530.0 |
| ENDING ODOMETER | 50530.0 |
| TOTAL MILES | |
| TOTAL BUSINESS MILES | |
| ....PERSONAL MILES | |

SIGNATURE _____ DATE MM/DD/YY 1 / 2 / 01

APPROVED BY _____ DATE MM/DD/YY 3-1-01

### IMPORTANT

*Calculate Personal Mileage Charge Back in Box #987 at Right

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number. 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursements.

| | FIELD # 40 | | |
|---|---|---|---|
| No. of Gallons | QUANTITY | | |

| NOTICE TO USER | | |
|---|---|---|
| Travel/Car Authorization issued to the Driver by Gelco Information Network, Inc. P.O. Box 44600, Eden Prairie, Minnesota 55344-0600 | 39657000.02 | |
| Minus Personal Mileage Charge | X 0.0 | FIELD# 987 |
| Due Company | | 87 |
| Due Employee | | 820 |
| | CALL DATE 01/21/01 | CONFIRMATION # 87789092 |



EXPENSE REPORT AUDITED
3/19/02

COPY SENT
MAR - 6 2001
TO GELCO



tabbies®
EXHIBIT
Kopecky 1

ACCOUNTING
OFFICE COPY

Original Document of Gelco Information Network

EEOC0001163

# BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

# MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

112499 05 dmn

39657000 02

Original Document of GeicoInformationNetwork

ACCOUNTING COPY

EEGC0001185

Original Document of Gelco Information Network

# Centocor

## SALES FORCE EXPENSE REPORT

**NAME:** carolina kopecky

**DEPARTMENT:** 490

**DISTRICT:**

| DATE MM/DD/YY | ORIGIN / DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Explain on Detail) | PHONE / FAX | OFFICE SUPPLIES & COPIERS | POSTAGE | AUTO FUEL | REPORT / MAINT & MISC. (Explain on Detail) | FIELD PROMOTION (Explain on Detail) PROMOTIONAL PROGRAMS | PROMOTIONAL PROMOTIONAL ACCESS >\$100 | MISC. (Explain on Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | *Calculate Personal Mileage Charge Back in Box #997 at Right | AMOUNT | 11 | 12 | 83 | 13 | 16 | 16 | 17 | 18 | 19 | 80 | 81 | 82 | 84 | |
| 01/07/01 | | | | | | | | | | | | | | | | |
| 01/08/01 | | | | | | | | | | | | | | | | |
| 01/09/01 | vacation | | | | | | | | | | | | | | | |
| 01/10/01 | vacation | | | | | | | | | | | | | | | |
| 01/11/01 | hou/hou | 50.0 | | | | | | | | | | | 86.28 | 105.27 | | 209.13 |
| 01/12/01 | hou/hou | 50.0 | | | | 9.00 | | 10.07 | | | 7.50 | | 30.98 | 148.00 | | 185.98 |
| 01/13/01 | | | | | | | | | | | | | 3.25 | | | 3.25 |

**FIELD #** 10

**QUANTITY** FIELD # 40

No. of Gallons

---

### COMPANY CAR ONLY

| | |
|---|---|
| VEHICLE NO. | 408653 |
| BEGINNING ODOMETER | 50530.0 |
| ENDING ODOMETER | 50650.0 |
| TOTAL MILES | 120.0 |
| TOTAL BUSINESS MILES | 100.0 |
| TOTAL PERSONAL MILES | 20.0 |

**PLUS OR MINUS ADJUSTMENTS**

12-660 08 4mm

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursement.

SIGNATURE _[signature]_

APPROVED/EXCEPTIONS _[signature]_

**DATE MM/DD/YY** 1/24/01

**DATE MM/DD/YY** 3-1-01

| Minus Personal Mileage Charge | | FIELD # | TOTAL |
|---|---|---|---|
| | | 997 | |
| 20.0 X 0.0 | | | |
| Due Company | | 87 | |
| Due Employee | | 820 | 398.36 |

**NOTICE TO USER**

Traveller Authorization issued to the Drawer by Gelco Information Network, Inc. P.O. Box 4900, Eden Prairie, Minnesota 55344-2000

| CALL DATE | CONFIRMATION |
|---|---|
| 01/21/01 | 87788337 |

3685/000 02

COPY SENT
MAR - 8 2001
TO GELCO

EXPENSE REPORT AUDITED

ACCOUNTING COPY

3/14/01

**TOTAL** 398.36

EEGC0004186

## BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 01/12/01 | lunch with drs katragadde, ayer, alke | Duplicate on the 1/21/01 | CC  11/29/00 | 148.00 |
| 01/13/01 | Inserv with various RNs in CCU | | | 3.25 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 01/11/01 | lunch with dr turley and staff | 81.57 |
| 01/11/01 | breakfast with mem herm dialysis unit | 9.83 |
| 01/11/01 | lunch with dr nishikawa and dr larkin | 105.27 |
| 01/11/01 | breakfast with mda pharmacy | 14.8P |
| 01/12/01 | lunch with dr gartzman | 19.0. |
| 01/12/01 | Inserv for mem hermann dialysis | 11.98 |
| | | |

CC dated 1/30/00
12/15/00
12/14/00
9/19/00
12/15/00
12/12/00

## MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Original Document of GelcoInformationNetwork

ACCOUNTING COPY

39657000 02

**Customer Service:** 👤 **www.mci.com/service**    ☎ 1 800 444–3333

---

## Service Summary

| | |
|---|---|
| Local Toll Service ........................................................... | $.50 |
| Long Distance ............................................................... | $14.66 |
| MCI 5c Everyday Plus℠ Fee (12/10/00 to 01/09/01) ...... | $5.95 |
| | $21.11 |
| **Taxes and Surcharges** ............................................... | **$4.50** ✓ |
| **Current Charges** | **$25.61** |

*(handwritten: ① Phone total – 10.07)*

## Local Toll Service

Calls from 713 864–2156:

| Date | Time | Place | Number | Rate | Min | Amount |
|------|------|-------|--------|------|-----|--------|
| Dec 27 | 9:49a | Conroe , TX | 936 539–7020 | 24Hr | 1 | .10 ✓ |
| Dec 27 | 10:23a | Conroe , TX | 936 539–7020 | 24Hr | 1 | .10 ✓ |
| Dec 27 | 10:28a | Conroe , TX | 936 539–1111 | 24Hr | 3 | .30 ✓ |
| Total Calls from 713 864–2156 | | | | | | $.50 |

**Total Local Toll Service**      **$.50**

## Long Distance

Calls from 713 864–2155:

| Date | Time | Place | Number | Rate | Min | Amount |
|------|------|-------|--------|------|-----|--------|
| Dec 11 | 9:51a | Miami , FL | 305 231–4700 | Peak | 2 | .18 |
| Dec 11 | 10:13a | Sanantonio, TX | 210 822–2153 | 24Hr | 1 | .10 |
| Dec 11 | 10:31a | Sanantonio, TX | 210 822–2153 | 24Hr | 7 | .70 |
| Dec 11 | 10:49a | Nrichidhis, TX | 817 577–0590 | 24Hr | 10 | 1.00 ✓ |
| Dec 11 | 12:10p | Sanantonio, TX | 210 737–1050 | 24Hr | 1 | .10 |
| Dec 12 | 11:09a | McKinney , TX | 972 838–2129 | 24Hr | 4 | .40 ✓ |
| Dec 13 | 4:21p | Miami , FL | 305 231–4700 | Peak | 2 | .18 |
| Dec 14 | 10:57a | Miami , FL | 305 231–4700 | Peak | 2 | .18 |
| Dec 17 | 11:00a | Sanantonio, TX | 210 220–7920 | 24Hr | 1 | .10 |
| Dec 17 | 11:12a | Sanantonio, TX | 210 771–3088 | 24Hr | 1 | .10 |
| Dec 17 | 1:19p | Sanantonio, TX | 210 820–3949 | 24Hr | 2 | .20 |
| Dec 17 | 1:21p | Sanantonio, TX | 210 573–4533 | 24Hr | 2 | .20 |
| Dec 17 | 7:55p | Sanantonio, TX | 210 820–3949 | 24Hr | 1 | .10 |
| Dec 17 | 7:56p | Sanantonio, TX | 210 820–3949 | 24Hr | 1 | .10 |
| Dec 17 | 7:56p | Sanantonio, TX | 210 820–3949 | 24Hr | 5 | .50 |
| Dec 17 | 9:40p | Sanantonio, TX | 210 822–2153 | 24Hr | 2 | .20 |
| Dec 18 | 11:17a | Sanantonio, TX | 210 822–2153 | 24Hr | 2 | .20 |
| Dec 20 | 10:08a | Sanantonio, TX | 210 771–3088 | 24Hr | 3 | .30 |
| Dec 20 | 11:06a | Victoria , TX | 361 788–6680 | 24Hr | 11 | 1.10 ✓ |
| Dec 20 | 12:14p | Victoria , TX | 361 576–5670 | 24Hr | 2 | .20 ✓ |
| Dec 20 | 1:55p | Victoria , TX | 361 788–6052 | 24Hr | 1 | .10 ✓ |
| Dec 24 | 8:28a | Andrews , TX | 915 523–2200 | 24Hr | 1 | .10 ✓ |
| Dec 24 | 2:26p | Clearwater, FL | 727 781–9050 | 5cent | 2 | .10 |
| Dec 24 | 2:41p | Sanantonio, TX | 210 822–2153 | 24Hr | 1 | .10 |

With MCI WorldCom℠ you're also getting great rates on all of your Local Toll calls. By selecting MCI WorldCom℠ to carry these calls, you will continue to experience the exceptional value you've always enjoyed!

**Online Account Manager**

Can't remember who you called? Try Directory Assistance from MCI WorldCom℠ available online through Online Account Manager! Visit www.mci.com/service today to access your account, or to sign up for your FREE Online Account.

**Invoice Continues on Reverse ...**

EEOC0001187

MCI WorldCom Account: 5AU23090
Telephone Number: 713 864–2155
Customer Service: 💻 www.mci.com/service  ☎ 1 800 444–3333

Statement Date: 01/1
Page 4 of 5

MCI WORLDCOM.

## Long Distance (continued)

Calls from 713 864–2155:

| Date | Time | Place | Number | Rate | Min | Amount |
|------|------|-------|--------|------|-----|--------|
| Dec 27 | 3:24p | Queens , NY | 917 561–8749 | Peak | 4 | .36 |
| Dec 27 | 3:35p | Oakland , CA | 510 639–0200 | Peak | 3 | .27 |
| Dec 27 | 5:41p | Sanantonio, TX | 210 822–2153 | 24Hr | 3 | .30 |

Total Calls from 713 864–2155 — $7.47

Calls from 713 864–2156:

| Date | Time | Place | Number | Rate | Min | Amount |
|------|------|-------|--------|------|-----|--------|
| Dec 11 | 11:34a | C Christi , TX | 361 881–3816 | 24Hr | 1 | .10 |
| Dec 11 | 11:55a | Miami , FL | 305 231–4700 | Peak | 3 | .27 |
| Dec 11 | 12:08p | Miami , FL | 305 231–4700 | Peak | 2 | .18 |
| Dec 12 | 4:04p | C Christi , TX | 361 902–4000 | 24Hr | 1 | .10 |
| Dec 12 | 4:06p | C Christi , TX | 361 886–3515 | 24Hr | 2 | .20 |
| Dec 12 | 4:07p | C Christi , TX | 361 902–4000 | 24Hr | 1 | .10 |
| Dec 12 | 4:32p | C Christi , TX | 361 902–4000 | 24Hr | 1 | .10 |
| Dec 13 | 12:47p | C Christi , TX | 361 902–4000 | 24Hr | 2 | .20 |
| Dec 13 | 12:48p | C Christi , TX | 361 902–4000 | 24Hr | 1 | .10 |
| Dec 13 | 12:50p | C Christi , TX | 361 902–4000 | 24Hr | 2 | .20 |
| Dec 13 | 12:56p | Neworleans, LA | 504 842–3451 | Peak | 1 | .09 |
| Dec 13 | 12:57p | Neworleans, LA | 504 842–3451 | Peak | 1 | .09 |
| Dec 13 | 1:27p | C Christi , TX | 361 902–4095 | 24Hr | 2 | .20 |
| Dec 14 | 10:44a | Dallas , TX | 214 712–2444 | 24Hr | 2 | .20 |
| Dec 14 | 11:37a | Miami , FL | 305 231–4410 | Peak | 1 | .09 |
| Dec 14 | 11:38a | Miami , FL | 305 231–4420 | Peak | 2 | .18 |
| Dec 15 | 12:50p | Guernevi , CA | 707 922–8456 | Peak | 2 | .18 |
| Dec 17 | 9:29p | Sanantonio, TX | 210 822–2153 | 24Hr | 1 | .10 |
| Dec 17 | 9:30p | Sanantonio, TX | 210 828–6837 | 24Hr | 6 | .60 |
| Dec 18 | 10:19a | C Christi , TX | 361 881–3810 | 24Hr | 3 | .30 |
| Dec 18 | 12:23p | C Christi , TX | 361 881–3810 | 24Hr | 2 | .20 |
| Dec 26 | 5:54p | Dir Asst , CA | 310 555–1212 | DrAst | 2 | 1.99 |
| Dec 26 | 6:01p | Beverlyhls , CA | 310 278–3344 | Peak | 7 | .63 |
| Dec 26 | 9:13p | Beverlyhls , CA | 310 278–3344 | 5cent | 1 | .05 |
| Dec 26 | 9:15p | Inglewood , CA | 310 649–1776 | 5cent | 4 | .20 |
| Dec 26 | 9:25p | Scottsdale, AZ | 480 614–9662 | 5cent | 3 | .15 |
| Dec 27 | 5:31p | Paoli , PA | 610 651–6203 | Peak | 1 | .09 |
| Dec 28 | 6:14a | Dallas , TX | 214 712–2444 | 24Hr | 3 | .30 |

Total Calls from 713 864–2156 — $7.19

Total Long Distance — $14.66

Invoice Continues
on Next Page ...

EEOC0001188

Black-eyed Pea 2026
Conroe, TX

0008   Table 998  #Party 4
ANGELA M   SrvCk: 3 11:31 11/30/00

                              0.00
                              6.99
NAME,DARB
Gr Caesar Ckn Salad
Chicken Fried Chicken,
  baked squash casserole,     8.08
  add dinner salad            5.94
GRANDMA'S CHOCOLATE CA        5.99
Chicken and Dumplings         1.75
COBBLER W/ICE CREAM           2.99
Dinner Salad                  1.89
Banana Pudding                0.59
Turkey Sandwich Specia        6.89
Gr Chicken Fiesta Sala
Chicken Fried Chicken,        0.88
  add dinner salad            0.00
Bread #M

              Sub Total:     50.58
                   Tax:       4.43
              Tip Total:     61.57

11/50 11:35   TOTAL:  61.57

Thank You

---

MEYERLAND FUEL &
AUTOCARE
4660 N.BRAESWOOD

ROOPIK
4660 N BRAESWOOD
HOUSTON           TX
DLR# 00218300001

DATE: 12/27/00
C KOPECKY
AMEX              ACCT#
3713 840905 61001
RCPI# 4-5543
INV# 144538       08/03
REF# 61 93-072
AUTH# 00 APPR 577572

PUMP# 3
REGULAR           5.770G
SELF
PRICE/GAL         $1.299

FUEL TOTAL        $7.50

TOTAL             $7.50

THANKS & PLEASE

---

CUSTOMER COPY

NIPPON RESTAURANT
HOUSTON
142106335500000        01
              APPROVAL CODE
DEC 14, 00          582420

C. KOPECKY
3713640905561001       03/00
AMEX

         SALE
ROC #        TERMINAL #
015292       50011389

   FOOD AND BEVERAGE

BASE AMOUNT       $90.27

TIP AMOUNT        15.00
                 105.27

X [signature]

Cardholder acknowledges receipt of goods and/or services in the
amount of the Total shown hereon and agrees to perform the obli-
gations set forth in the Cardholder's agreement with the issuer.

---

SHIPLEY
DO-NUTS
HUMBLE TX.
(281) 540-0502
THANK YOU
CALL AGAIN

12-15-2000 FRI  NG

DZ. ICED          4.49
1/2 DZ. ICED      3.00
MHG               0.99T
MHG               0.99T
SUBTL             9.67
TAX               0.15
TOTAL             9.83
CATSHO
CHANGE            0.00

ITEM  4
1CL          9423 12:08PM

Donut Wheel

89 19 00

• 4.49  2
• 3.99  2
• 14.89 M
• 15.00 M

EEOC0001189

CAFE BOTTICELLI
306 GRAY
HOUSTON, TX 77002
PHONE (713)518-1140

DEC. 15 2000          02:04PM

SALE

RECORD # 005
SERVER NO 3
PRODUCT CODE

TYPE     ACCOUNT#
AX       3713040905610001      EXP
                               0802

AMOUNT OF SALE $16.50

AMOUNT OF TIP   2.50

TOTAL          19.00

APPROVAL 546897

THANK YOU

2075 WESTHEIMER 713-284-1200

REWARD CARD CUSTOMER



CUSTOMER COPY

JASON'S DELI
1416 AIRLINE
CORPUS CHRISTI, TX 78412
TERMINAL I.D.        80353540
MERCHANT       000164203472992

AMEX
3713840905610001

SALE                 EXP. DATE
                        03/08
           INVOICE NO 26012
NOV 29, 00 13:14
     006         AUTH 180429
                 CODE

BASE              $138.84

TIP                  7.16

TOTAL              146.00

PURCHASER SIGN HERE
X

Cardholder acknowledges receipt of goods and/or service in the
amount of the Total shown hereon and agrees to perform the
obligations set forth in the Cardholder's agreement with the issuer.

01/12/01

☐ 55+ Club　☐ Preferred Partner　☐ Employee

Name __Alma__

~~Member #~~ __Receipt__

Amount __$ 9.00__

Signature _____

80195  4/99

⑧

| 295 | 10 | 3586 | 01592 | 004 |

VAL BASKET　　　　　T　　3.00
　2 @ 1/ 1.59 - 2/ 3.00
　　SUBTOTAL　　　　3.00

　　8.25% SALES TAX　　.25
　　TOTAL　　　　　　3.25

　　CASH　　20.25 CHANGE　17.00

EEOC0001191

*TRAVELETTER DIRECT AUTO ADJUSTMENT FORM*

**Company:** Centocor, Inc.

**Employee Name:** *Caroline Kopecky* 490

| Expense Report Information | |
|---|---|
| Account Number | 39657 |
| Employee Authorization Number | 100578 |
| Expense Report Number | 326 |
| Period End Date | 6/2/01 |
| Expense Report # being adjusted — Field 790 | 7015078 |

* Number for this Adjustment Form

| Expense Description | Negative Adjustment | | Positive Adjustment | |
|---|---|---|---|---|
| | Field # | Amount | Field # | Amount |
| Gas | 918 | 21.29 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Totals | | | | |
| Total Adjustment Amount | 90 | 21.29 | 990 | |

**Corresponding Quantity Fields**

| Quantity Description | Negative Adjustment | | Positive Adjustment | |
|---|---|---|---|---|
| | Field # | Quantity | Field # | Quantity |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**COMMENTS:** Gas was purchased with a Wex card, should not have been submitted on expense report

Confirmation # > 90046035

Call Date > 9-5-01

Adjuster's Name > Georgeann Flinn

Date Form Sent to Employee

OFFICE COPY

EEOC0001192

# Centocor

## SALES FORCE EXPENSE REPORT

NAME: caroline kopecky

DEPARTMENT: 490

DISTRICT:

EXPENSE REPORT NO. 7015049

PERIOD ENDING (MM/DD/YY): 01/20/01

| DATE MM/DD/YY | ORIGIN / DESTINATION / PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Explain in Detail) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPAIR, MAINT & MISC (Explain in Detail) | FIELD PROMOTION (Explain on Detail) PROMOTIONAL PROGRAMS | PROMOTIONAL ACCESS >$100 | PROMOTIONAL ACCESS <$100 | MISC (Explain on Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | FIELD # 10 | 11 | 12 | 63 | 13 | 16 | 16 | 17 | 18 | 19 | 60 | 61 | 62 | 64 | | |
| | | AMOUNT | | | | | | | | QUANTITY | | | | | | | |
| 01/14/01 | hou/woodlands | 80.0 | | | | 6.00 | | | | | | | | | | | 10.17 |
| 01/15/01 | hou/hou | 80.0 | | | | 4.00 | | | | | | | | | | | 4.00 |
| 01/16/01 | hou/hou | 100.0 | | | | 4.00 | | | | | | | | | | | 4.00 |
| 01/17/01 | hou/hou | 180.0 | | | | 6.00 | | | 2.17 | 27.03 | | | | | | | 31.03 |
| 01/18/01 | hou/conroe | | | | | | | | | | | | | 67.00 | | | 73.00 |
| 01/19/01 | hou/hou | 30.0 | | | | | | | | | | | | 353.19 | | | 353.19 |
| 01/20/01 | | | | | | | | | | | | | | | | | |
| PLUS OR MINUS ADJUSTMENTS | | | | | | 22.00 | | | 2.17 | 27.03 | | | | 67.00 | 353.19 | | 471.39 |

### COMPANY CAR ONLY

| | |
|---|---|
| VEHICLE NO. | 409553 |
| BEGINNING ODOMETER | 50650.0 |
| ENDING ODOMETER | 51120.0 |
| TOTAL MILES | 470.0 |
| TOTAL BUSINESS MILES | 470.0 |
| TOTAL PERSONAL MILES | |

*Calculate Personal Mileage Charge Back in Box #997 at Right

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11.)

Payment requests exceeding authorized dollar limits will delay reimbursements.

SIGNATURE: _____  DATE, MM/DD/YY: 1/21/01

APPROVED BY: _____  DATE MM/DD/YY: 3-1-01

NOTICE TO USER
Travelodon Authorization issued to the Drawer by
Gelco Information Network, Inc. P.O. Box
4650, Eden Prairie, Minnesota 55344-2600

396570000.02

| | FIELD # | TOTAL |
|---|---|---|
| Minus Personal Mileage Charge X.0 | 997 | |
| Due Company | 87 | |
| Due Employee | 820 | 471.39 |

CALL DATE: 01/21/01

CONFIRMATION #: 87799462

EXPENSE REPORT AUDITED
3/4/01

COPY SENT
MAR -6 2001
TO GELCO

# BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 01/18/01 | post dinner drinks with dr Schlansky- Goldberg and Dr. Cohen | 67.00 |
| 01/18/01 | lunch for SLEH Radiology conf | 353.19 |
| | cc when dated 11/3/00 | |
| | | |
| | | |

# MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Original Document of GelcoInformationNetwork

395570000 02

**BRENNANS**
3300 Smith Street,Houston,TX.77006
(713)522-9711
CAPTAIN:JOHN        TABLE#: NGT1
CHECK#A13        DATE:01-18-TIME:09:57PM

Thanks for sharing your FEELINGS about
your SERVICE EXPERIENCE.

MERCHANT #  1421007659

CARDMEMBER: C KOPECKY
AMEX: 371384090561001
    EXP: 08/03
    AUTH # 18

SEQUENCE # 000000B1

PURCHASES . . . . . . . . $_____60.94

TIP . . . . . . . . . . . . . . $_____6.06

TOTAL . . . . . . . . . . . $_____67.00

Due to this SERVICE EXPERIENCE,I plan to
return (please initial):
___Much more often  COMMENTS_____
___As often         _____
___Less often        _____
___Never             _____

SIGNAT--                    ___py.THANKS.
Pleas





**New South Parking**

Bush Intercontinental Airport
P.O. Box 60751
Houston TX 77205

Fee Computer Number:                    1
Cashier:              Elizabeth ID #911
Transaction Number:                    24
Exited:              01/18/0  09:14
Ticket #50293        Dispenser #2
Rate:                    Term. AB
**Total Fee:**              **$3.00**
Cash:                    $10.00
Change:                    $7.00

For questions call
281 233 1730

Th                       minal AB

Valet — ⑦ $3.00
1/18 Brennan's



713 520 6728
JASON'S DELI
HOUSTON, TX
142130304100000        01
                    APPROVAL
NOV 13, 00              501630
C KOPECKY
371384090561001
AMEX                    03/08

        SALE
ROC #              TERMINAL #
582059              240056731

FOOD AND BEVERAGE

BASE AMOUNT              $353.19

TIP AMOUNT              _____

TOTAL              _____

I AGREE TO PAY ABOVE TOTAL AMOUNT



**ST. LUKE'S**
Episcopal Hospital

# PARKING RECEIPT

PAID _____

DATE _____

PS 0831 2/89

---

Kinko's                    (713) 520-9753
2200 SW Freeway
Houston,      TX 77098

QTY/LIST     DISC     PRICE     AMOUNT
1     LAM POUCH 8.5 X 14
      2.00     0.00     2.00     2.00

SUB     2.00  TX     0.17  TOT     2.17
                American Express     2.17
                             CHG     0.00
XXXXXXXXXXXX1001  08/03  APPROVE  511212
I agree to pay the above amount
according to the card issuer agreement.
Sign Here: X_____

CW 597 TR   1298544 RG 2  01/15/01 17:41
       Visit us @ http://www.kinkos.com

---

**≡AMPCO**
**≡ SYSTEM**
**≡ PARKING**



### DAILY PARKING RECEIPT

ATE _____ JAN   16    01 _____

AMOUNT $ _____ 4⁰⁰ _____ Tax included

SIGNED _____

300 Milam, Suite 100, Houston, Texas 77002-1619

---

DATE                         TIME
01/17/01     1424745651     14:35

U S POSTAL SERVICE #4041490064
      3740 GREENBRIAR ST
      HOUSTON, TX 77098     ④

TRAN #          CLERK ID          AUTH
994               4              582884

       AMERICAN EXPRESS SALE

ACCT. NUMBER                     EXP
371384090561001                  0803

                      |TOTAL $27.03

X_____
SIGNATURE

---

AN: $0009.00          .00.00
       THANK YOU
    HAVE A NICE DAY!     ⑤

       WELCOME TO THE
     TEXAS MEDICAL CENTER
        GARAGE #2WA

IN 03:00PM WE01/17/01 06% 000271244
OUT04:19PM WE01/17/01 AS 00 167682
     FEE SUBTOTAL: $0004.00
  >>>>>> TOTAL FEE: $0004.00
CASH-IN: $0004.00  CHANGE: $0000.00
       THANK YOU
    HAVE A NICE DAY!

EEOC0001170

# Centocor

## SALES FORCE EXPENSE REPORT

| | |
|---|---|
| EXPENSE REPORT NO. | 7015050 |
| PERIOD ENDING MM/DD/YY | 01/27/01 |

NAME: caroline kopecky

DEPARTMENT: 490

DISTRICT:

| DATE MM/DD/YY | ORIGIN / DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Explain on Detail) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPAIR / MAINT & MISC. (Explain on Detail) | PROMOTIONAL PROGRAMS | FIELD PROMOTION (Explain on Detail) PROMOTIONAL ACCESS #100 | PROMOTIONAL ACCESS #100 | MISC. (Explain on Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/21/01 | houhou | 85.0 | | | | | | | | | | | | | | | |
| 01/22/01 | sales mtg | | | | | 18.50 | | 17.92 | 48.60 | | | | 69.89 | 252.00 | | | 406.91 |
| 01/23/01 | sales mtg | | | | | | | | | | | | | 146.00 | | | 146.00 |
| 01/24/01 | sales mtg | | | | | | | | | 34.65 | | | | | | | 34.65 |
| 01/25/01 | sales mtg | | | | | | 3.49 | | | | | | | | | | 3.49 |
| 01/26/01 | sales mtg | | | | | 60.00 | | | | | | | | 12.43 | | | 72.43 |
| 01/27/01 | houhou | 85.0 | | | | | | | | | | | | | | | |

| PLUS OR MINUS ADJUSTMENTS | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 117460.05 mm | AMOUNT | FIELD # 10 | 11 | 12 | 83 | 13 | 18 | 16 | 17 | 18 | 19 | 80 | 81 | 82 | 84 | | |
| | | | | | 78.50 | 3.49 | 17.92 | 48.60 | 34.65 | | | 82.32 | 398.00 | | | | 663.48 |

### COMPANY CAR ONLY

| | |
|---|---|
| VEHICLE NO. | 409553 |
| BEGINNING ODOMETER | 511120.0 |
| ENDING ODOMETER | 511310.0 |
| TOTAL MILES | 190.0 |
| TOTAL BUSINESS MILES | 170.0 |
| TOTAL PERSONAL MILES | 20.0 |

| FIELD # | QUANTITY | No. of Gallons | FIELD # | TOTAL |
|---|---|---|---|---|
| | | | 40 | |
| | | | 997 | Minus Personal Mileage Charge 20.0 X 10.0 |
| | | | 87 | Due Company |
| | | | 820 | Due Employee |

**\*Calculates Personal Mileage Charge Back in Box #997 at Right**

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11.)

Payment requests exceeding authorized dollar limits will delay reimbursements.

| | |
|---|---|
| SIGNATURE | DATE MM/DD/YY |
| APPROVED BY | DATE MM/DD/YY 3-1-01 |

| CALL DATE | CONFIRMATION # |
|---|---|
| 02/14/01 | 88050315 |

NOTICE TO USER
Traveller Authorization issued to the Driver by
Gelco Information Network, Inc. 10 Box
44800, Eden Prairie, Minnesota 55344-0800
39667000 02



COPY SENT
MAR 1 2001
TO GL CO

COPY SENT
MAR 1 2001
TO GL CO

Original /      ent of Gelco Information Network

ACCOUNTIN   COPY

EEOC00001171

## BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 01/28/01 | self | grille- airpt | sales meeting | 3.49 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 01/21/01 | gift baskets for inservices at SLEH and Hermann RAD | 252.00 |
| 01/21/01 | lunch at spohn rad | 146.00 |
| 01/21/01 | dinner with dr larkin | 35.31 |
| 01/21/01 | lunch with dr morris | 34.58 |
| 01/27/01 | inservice goodies | 12.43 |
| | | |
| | | |

## MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

11/2499 05 dmm

Origin:    :ument of Getco:InformationNetwork            ACCOUNT    COPY

3985'7000 02

| Account Number | (Ⓐ) **Southwestern Bell** | Page **3** of 8 |
|---|---|---|

**Account Number**
713-864-2155-550-9
January 09, 2001

| Whom to Call | | |
|---|---|---|
| **SWBell Telephone** | For Billing Questions .................... | 1-800-585-7928 |
| | For Payment Arrangements or Late Payments ......................... | 1-800-616-1171 |
| | To Place an Order or Change Service ..................................... | 1-800-464-7928 |
| | For Repair Services ..................................... | 1-800-246-8464 |
| | For an Itemization of Service Charges .................................. | 1-800-585-7928 |
| | Para Preguntas Acerca de su Cuenta Llame al ....................... | 1-800-585-7928 |
| | Para Arreglos de Pago o Para Pagos Atrasados ..................... | 1-800-616-1171 |
| | Para Ordenar Servicios o Cambiar su Servicio | |
| | Telefónico en español Llame al .............................................. | 1-800-559-0050 |
| | Para Servicio de Reparación Llame al .................................... | 1-800-246-8464 |

**For questions about the charges of other companies, refer to each company's page.**

**On your main line your Long Distance provider is MCI WorldCom.**
**Your Local Toll provider is MCI WorldCom.**

**Billing For:**
**SWBell Telephone**

▶ **Monthly Charges - Jan 09 thru Feb 08**

| | | | |
|---|---|---|---|
| SWBell Discounted Solutions ............................................... | | | |
| - SWBell Phone Solution ..................................................... | | | 39.95 |
| Basic Local Service (not included in Solutions) ................... | | | 11.05 |
| Fees and Charges ............................................................... | | | 17.85 |
| Municipal Charge .............................................................. | 3.00 | | |
| FCC Approved Customer Line Charge ................................... | 10.42 | | |
| 911 Service Fee ................................................................ | .66 | | |
| Texas Universal Service ...................................................... | 2.11 | | |
| Expanded Local Calling Service Surcharge (Toll) ................. | .26 | | |
| Number Portability Service Charge ..................................... | .66 | | |
| Federal Universal Service Fee | .74 | | |
| Optional Features .............................................................. | | | .18 |
| Amount Subject to Sales Tax: 66.87 | | | |
| Other Charges (See Items 1 and 2) ..................................... | | | .00 |

▶ **SWBell Telephone Current Charges (before taxes)** .............. **69.03**

SWBell Telephone
Billing Questions
1-800-585-7928

| | | |
|---|---|---|
| Taxes ............................................................................... | | 6.69 |
| Federal Tax ...................................................................... | 1.83 | |
| State and Local Taxes ....................................................... | 4.86 | |

**SWBell**
**Simple Solutions**

**SWBELL PHONE SOLUTION (713-864-2155)**
* Primary line with Touch-Tone
* The WORKS®
* CallNotes® Plus Voice Mail provided by Southwestern Bell Messaging Services
* Call Waiting ID
* InLine® Repair Plan or ADD ON InLine® Plus Repair Plan
By choosing this Solution, you are saving up to 29% over the cost of the same services purchased separately.

*phone total $79.92* ①→

# ⊕ Southwestern Bell

| | Qty | Description | | | Amount |
|---|---|---|---|---|---|
| **Monthly Service Itemization** | | For 713-864-2155 | | | |
| | 1 | SWBell Phone Solution | | | 39.95 |
| | | For 713-864-2156 | | | |
| | 1 | Touchtone | | | .18 |
| | 1 | Basic Local Service - Residence Line | | | 11.05 |
| | | SWBell Telephone Basic Local Svc + Optional Features........ | | | 51.18 |

| | Item | Explanation | From | To | Amount |
|---|---|---|---|---|---|
| **Other Charges** | 1 | Rate changed on Jan 01 | | | |
| | | - 1 Expanded Local Calling Service Surcharge | .15 | .13 | |
| | | - 1 Expanded Local Calling Service Surcharge | .15 | .13 | |
| | | Monthly Rate | .30 | .26 | |
| | | Rate Change Due to Decrease in Expanded Local Calling Service Surcharge ................................................................. | | | .02cr |
| | 2 | Rate changed on Jan 02 | From | To | |
| | | - 1 Federal Universal Service Fee | .32 | .37 | |
| | | - 1 Federal Universal Service Fee | .32 | .37 | |
| | | Monthly Rate | .64 | .74 | |
| | | Charge for change in rates from Jan 02 thru Jan 08 ................. | | | .02 |
| | ► | **SWBell Telephone Total Other Charges (before taxes)** ......... | | | **.00** |

**For Your Information**

Questions about your bill? **www.swbell.com/billing**

The Texas Universal Service Fund assessment rate has been decreased from 3.955 percent to 3.600 percent effective January, 2001.

EL TIPO DE TASACION PARA EL FONDO DEL SERVICIO UNIVERSAL DE TEXAS BAJO DE UN 3.955 POR CIENTO A UN 3.600 POR CIENTO A PARTIR DE ENERO DE 2001.

Southwestern Bell is now offering direct TTY access to our consumer customers at 1-866-335-3033. To speak directly to a Customer Service Representative about your telephone bill, Southwestern Bell products and services, moving your telephone service, etc., please call 1-866-335-3033 toll free. To reach the Southwestern Bell repair service, please call TTY 1-800-397-3172 toll free.

Effective 12/31/00 in Austin and 2/28/01 throughout Texas, the toll free new *711* number to reach all relay services provided by the Texas Relay Center will be available. The Texas Relay Center provides communications assistance with calls to and from hearing and speech disabled persons. The FCC mandated that telephone companies, cellular companies, PBX and payphone providers must implement 711 access by 10/01/01. Emergency calls should continue to be directed to existing TTY emergency numbers.

EL NUEVO NUMERO GRATIS *711* PARA COMUNICARSE CON TODOS LOS SERVICIOS DE RELE QUE OFRECE EL CENTRO DE RELE DE TEXAS ESTARA DISPONIBLE EN AUSTIN A PARTIR DEL 31 DE DICIEMBRE DE 2000 Y DEL 28 DE FEBRERO DE 2001 EN EL RESTO DE TEXAS. EL CENTRO DE RELE DE TEXAS PRESTA ASISTENCIA DE COMUNICACIONES CON LLAMADAS A Y DE PERSONAS CON IMPEDIMENTOS AUDITIVOS Y DEL HABLA. LA FCC ORDENO QUE LAS COMPANIAS TELEFONICAS,

SWBell Telephone
Billing Questions:
1-800-585-7928



**Invoice # 060406**  Date: 07/13/00

Application Number:
Security Deposit:

| | |
|---|---|
| Transaction Type: | R220022515 |
| Account Number: | 7138197630 |
| Cellular Number: | |
| Add-on Number: | |

X1

X1022/00N32
X1022-WESTHEIMER SALES & SVC    Drawer: 106

ESN:

Dealer Code/Sub Code:
Dealer Name:

## BILLING RESPONSIBLE PARTY - SECTION A

Name:     KOPECK, CAROLINE
Street Address:  6632 WANITA
City:    HOUSTON    State: TX  Zip: 77007
Home Phone:         DOB/Date Est.:
Bus. Phone:
SS/Fed #:
Employer:

## USER'S NAME AND ADDRESS

Name:    KOPECK, CAROLINE
Address:  6632 WANITA
City:    HOUSTON    State: TX  Zip: 77007

### ADDITIONAL INFORMATION

## EQUIPMENT / PRICE

| Qnty. | Item No. | Item Description | Unit Price | Amount |
|---|---|---|---|---|
| 1 | HF900589 | HFAFT,SPEAKEASY HF HDSET 18687 SUP | 29.95 | 29.95 |
| 1 | AD790211 | ADAFT,SAM 211 HEADSET ADP 13250 SCP | 14.95 | 14.95 |

## SUBSCRIPTION

| | |
|---|---|
| Rate Plan: | |
| Activity Fee: | |
| Monthly Charge: | |
| Minutes Inc: | |
| Peak: | |
| Off Peak: | |
| Interconnect: | |
| Feature Package: | |
| No Answer Transfer: | |
| 3 Party Conference: | |
| Call Forwarding: | |
| Call Waiting: | |
| Detail Billing: | |
| Mr. Rescue: | |
| Wireless Insurance: | |
| I elect to decline Wireless Insurance. | |

(2)

### METHOD OF PAYMENT

AMEX   48.60        Change Due:

                    .00

Card/Check #: 3728998544240040101
Approval Code:         Exp. Date: 97946

Signature:
I agree to comply with the card holder agreement.      Initials:

| Service Plan Commitment | | | |
|---|---|---|---|
| ☐ 1 Year | Sub-Total | 44.90 |
| ☐ 2 Year | Tax | 3.70 |
| ☐ Month to month | Total | 48.60 |
| ☐ Other | Misc. Charges | .00 |
| | TOTAL | 48.60 |

| | | |
|---|---|---|
| Voice Mail | | |
| Plan: | Type: | |
| Features: | | |
| Password: | | |
| Pager #: | | |
| Company: | | |

## FINANCIAL RESPONSIBILITY

Initials _____  I will be personally responsible for payment of all charges associated with this account.

Initials _____  My company will be responsible for payment of all charges associated with this account and I am duly authorized to financially commit my company or have had a corporate officer sign this Agreement.

Promotion Name (Please Print): _____

Initials _____  i acknowledge participation in the promotion above. I have been informed of the promotion terms.

Initials _____  I (   ) select at no charge (   ) decline "Caller ID Complete Blocking". I understand that if I decline Caller ID Blocking, my cellular telephone number will be transmitted to any person or business who subscribes to Caller ID. ("Caller ID Complete Blocking" not available in all markets.)

## CUSTOMER ACCEPTANCE

x _____  I hereby acknowledge that I have read and agree to the terms and conditions provided on the reverse of this Agreement, including Rates and Charges (Section 6), and Term of Agreement (Section 5), which specifies that, depending upon the rate plan selected, the agreement shall continue in effect for a minimum period of 1 year, 2 years, or some other specified time period, whichever is applicable, and provides for a fee in the event of early termination. I acknowledge that this paragraph is only a summary of and does not modify or amend my obligations as more fully set forth on the reverse of this Agreement, and that by initialing this paragraph, I have read and fully understand such obligations.

x _____  Customer authorizes GTE to use information about Customer and its product and service usage and preferences within the family of GTE businesses and agents.

I understand that in order to qualify for the multi-user and association rate plans, certain requirements must be met by me and the association. If these requirements are no longer met, I agree that I will change my rate plan to a GTE retail rate plan for which I qualify with the next billing cycle to fulfill the term commitment above, if any.

I understand I may not change to a rate plan with a monthly access charge lower than _____ for _____ days from the date of activation.

TE. All calls received or placed by Customer's cellular numbers will be billed in one (1) minute increments and partial minutes are rounded up to the next full minute.

Affidavit - The information provided on this agreement matches the name, address, Social Security number, date of birth, and signature of applicant's identification.

As witness:                          Customer's Signature: _____

Salesperson's Signature: _____      If Corporate, Title: _____

Date: _____               Date: _____

Phone #: _____      (If corporate, signature must be that of official listed in Section A)

EEOC0001174

117PCSA  0200

Monthly EZ TAG Statement
HCTRA EZ TAG Store
330 Meadowfern, Ste. 114
Houston, TX 77067
(281)875-3279

*** This is NOT an invoice. ***

CAROLINE R. KOPECKY
6632 WANITA PL
HOUSTON TX 77007-2035

193-1-108

Acct: 112799

## TRANSACTION DETAIL

| Date | Time | Tag # | Location | Description | Amount |
|------|------|-------|----------|-------------|--------|
| | | | | Account balance | 21.50 |
| | | | | Tag deposit bala | 15.00 |
| 12/01 | 6:33am | | | Statement/Invoic | -1.50 |
| 12/01 | 6:33am | | | Tag Rental Fee | -1.00 |
| 12/31 | 11:59pm | | | Tag deposit bala | 15.00 |
| | | | | | |
| 12/01 | 11:55am | 169417 | Sam Houston South | Toll | -0.75 |
| 12/01 | 1:23pm | 169417 | Sam Houston South | Toll | -0.75 |
| 12/08 | 7:16am | 169417 | Hardy South | Toll | -0.75 |
| 12/08 | 1:00pm | 169417 | Airport Connector | Toll | -0.50 |
| 12/08 | 1:03pm | 169417 | Hardy South | Toll | -0.75 |
| 12/13 | 11:53am | 169417 | Sam Houston South | Toll | -0.75 |
| 12/13 | 12:08pm | 169417 | Sam Houston South | Toll | -0.75 |
| 12/27 | 12:00pm | 169417 | Hardy South | Toll | -0.75 |
| 12/27 | 12:08pm | 169417 | Hardy North | Toll | -0.75 |
| 12/27 | 1:56pm | 169417 | Hardy North | Toll | -0.75 |
| 12/27 | 2:04pm | 169417 | Hardy South | Toll | -0.75 |
| | | | | Tag total | -8.00 |
| | | | | | |
| 12/31 | | | | Account balance | 11.00 |

③

### ACCOUNT SUMMARY

| Description | Qty | Amount | Total |
|-------------|-----|--------|-------|
| BEGINNING BALANCE | | | 21.50 |
| Toll | 11 | -8.00 | |
| Tag Rental Fee | 1 | -1.00 | |
| Statement/Invoice fee | 1 | -1.50 | |
| Charges | | | -10.50 |
| Payments plus credits | | | 0.00 |
| ENDING BALANCE | | | 11.00 |

REMINDER TO CUSTOMERS: 2.A OF THE EZ TAG AGREEMENT STATES:
[USER AGREES] ONLY TO USE EACH EZ TAG IN CONNECTION WITH THE
OPERATION OF THE PARTICULAR VEHICLE SPECIFICALLY ASSIGNED TO THAT
EZ TAG, AS LISTED ON THE APPLICATION.  IN THE EVENT USER DISPOSES
OF THE VEHICLE ASSIGNED TO A SPECIFIC EZ TAG, USER MUST NOTIFY
THE HARRIS COUNTY TOLL ROAD AUTHORITY IMMEDIATELY.

EEOC0001175

# Let's Be Seasonal

2704 Steel St
Houston, TX 77098
713-527-0214

**Invoice No. CK2000**

# *INVOICE*

| Customer | | | |
|---|---|---|---|
| Name | Caroline Kopecky | | |
| Address | 6632 Wanita | | |
| City | Houston | State TX | ZIP 77007 |
| Phone | 713-864-2155 | | |

| | |
|---|---|
| Date | 12/28/00. |
| Order No. | 200016 |
| Rep | JP |
| FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 6 | Gift Baskets | $37.00 | $222.00 |

(4)

| | |
|---|---|
| SubTotal | $222.00 |
| Shipping & Handling | $30.00 |
| Taxes          State | |
| **TOTAL** | $252.00 |

**Payment Details**

○ Cash
● Check
○ Credit Card

Name Make payable to Jennifer Paul
CC #
          Expires

Office Use Only

*Thank you for shopping with Let's Be Seasonal!  Please call us for any of
your custom gift needs.*

EEOC0001176



AGSHIP
IN DALLAS

HEIMER 713-284-1200

uR                    .79 F
LE CARD CUSTOMER
                RC 11.99 I
SAVINGS OF   2.96 <<
    Orri i      5.99 I   = 1.98
    Us          5.99 I
    99  BHL  25 75
                30.00
                 4.25
RM 0048 12 00 4 576
R MILES EARNER (C)    12

        *********
           2.96 <<

---

DATE          23-901260448-02
12/18/00                    TIME
                            12:17

U S POSTAL SERVICE #4841490884
3740 GREENBRIAR ST
HOUSTON, TX 77098

(6)

            TOTAL $34.65

        DEBIT SALE

ACCT. NUMBER
0094                    EXP
                        1001
TRAN #   CLERK ID   SYS TRACE #   AUTH
152       11        062587       062587

---

RICKSHAW
USTON, TX
4030150000 01
       APPROVAL
5. 01    537142

ECKY
*090561001
            03/00

    SALE      0354
      TERMINAL #
11   24005475

IND BEVERAGE

MOUNT $30.31

CUNT        5.00

           35.31

---

OMER COPY

(6)

'S DELI
 AIRLINE
ISTI,TX 78412
        80353540
0164 803472992

610 1

        EXP. DATE
        03/00
VOICE N 026012
  13:14

    AUTH  180429
    CODE

    $158.84

        7 1/2

      146.00

---

GOLDEN WOK RESTAURANT
5301 MAIN ST
HOUSTON, TX 77002

TERMINAL I.D.        00390907
MERCHANT #    000027521663996

AMEX                      10
37130409056 1001

SALE              EXP. DATE
                   00/00
DCC 01, 99  21:06
TICKET  000067
SEQ.              AUTH.  502877
                  NO.

BASE              $34.65

TIP

TOTAL             34.54
    18%=6.58  20%=7.01

X

**AGSHIP** (5)
AND ALLS

iTHEIMER 713-284-1200

LOUR                    .79 F
ABLE CARD CUSTOMER
E               RC 11.99 I
E SAVINGS OF    2.96 <<
Y DEPT
99              5.99
        99  BNL  25.75
SE              30.00
                4.25
I1 AM 0048 17 00.4 576
/ER MILES EARNED (C)   12

        *********
        2.96 <<

= 11.98

Original ____art of Gelcoinformation Network

JASON'S DELI
1416 AIRLINE
CORPUS CHRISTI, TX 78412
00353540
000164203472992

AMEX
37138409056100

SALE            03/00
        026012
NOV 29, 00 13:14
006         180429
BASE           $138.84   (5)

TIP             7 /2

TOTAL           146 00

DATE
12/1

ACCT.
8894

TRAN #
132

(6)

RICKSHAW
HOUSTON, TX
142140301500
APPRO
JAN 15, 01   5:37

C KOPECKY
37138409056100
AMEX         05

        SALE
ROC #    TERMINA
254621   24005

FOOD AND BEVERA

BASE AMOUNT $50

TIP AMOUNT    5

---

**TOMER COPY**
(6)

ON'S DELI
6 AIRLINE
RISTI, TX 78412
00353540
00164203472992

0561004
        EXP DATE
        03/00
INVOICE NO 026012
30 13:14
AUTH
CODE  180429

$138.84

7 /2
146 00

ACCOUNTIN_ _OPY

SOUTHLAND PRINTING • SHREVEPORT, LA.      I12460

**VALET PARKING**
BY
**Karr Services** $8
**(713) 777-0571**     (3)

Limo - Town Car - Vans
available for all occasions

**808-573**

35

EEOC0001178



JASON'S DELI
1416 AIRLINE
CORPUS CHRISTI, TX 78412
00353540
000164303472992

AMEX
371304098561001

SALE          03/00
              026012
NOV 29, 00 13:14
     906      130429

BASE          $138.84

TIP           _14_

TOTAL         14600

DATE  23-901260440-02      TIME
12/18/00                   12:17

U S POSTAL SERVICE #4041490064
3740 GREENBRIAR ST
HOUSTON, TX 77098

(6)
              TOTAL $34.65

              DEBIT SALE

ACCT. NUMBER              EXP
8894                      1001

TRAN #   CLERK ID   SYS TRACE #   AUTH
         11

(7)
RIC
HOUSTON,
142149031500000 01
APPROVAL
JAN 15, 01  537142

G KOPECKY
371304098561001
AMEX          03/00

         SALE     0054
RRC #    TERMINAL #
254621   24005475

FOOD AND BEVERAGE

BASE AMOUNT $30.31

TIP AMOUNT    5.0

              35 31

              (7)
SOLD          NT
HOU           77002
TERMINAL I.D.
MERCHANT #

AMEX
371304098561001

SALE          EXP. DATE

              TICKET
SEQ.          AUTH.
              NO.

BASE

TIP

TOTAL

X
CUSTOMER SIGNATURE

SOUTHLAND PRINTING - SHREVEPORT, LA.     112460

**VALET PARKING**
BY
**Karr Services** $8
**(713) 777-0571**

(3)

**Limo - Town Car - Vans**
**available for all occasions**

## 808-573



**New South Parking**

Bush Intercontinental Airport
P.O. Box 60751
Houston TX 77205

⑨

| | |
|---|---|
| Fee Computer Number: | 1 |
| Cashier: | Tracy ID #632 |
| Transaction Number: | 201 |
| Exited: | 01/27/01 14:16 |
| Ticket #48240 | Dispenser #30 |
| Rate: | C East Daily |
| Total Fee: | **$60.00** |
| Cost | $60.00 |

The Desei ...ttle Classic
Anton ... Food Inc.

402 ALMA
**1 7 7 2**   JAN26 '01  8:11   GST 2

1 E..., & bage:          0.25
1 ** TO GO **      ⑧    0.00

Food Sales                   5.
TAX                           .24
TOTAL PAID       **3.49**
CASH
CHANGE DUE              1.51



⑯  2075 WESTHEI

DURACELL B PK AA      Rc   7.99 T
van NINE CANDY        Rc   2.99 B
REMARKABLE CARD CUSTOMER
SC 3760 REMARKABLE SAVINGS        49-B
SC 9138 REMARKABLE SAVINGS       1.99-T
van NINE CANDY        Rc   .    B
>> REMARKABLE SAVINGS OF   1.00 <<
van NINE CANDY        Rc   .    B
>> REMARKABLE SAVINGS OF   1.00 <<
... TAX      1.65  bal    14.51
MC   MANUFACTURER COUPON        1.00-
... TAX       .95  bal       15.48
CASH                        15.48
CHANGE                       0.00
At   4:14 PM cord 39 0353 576

.:********
.  48  <<

EEOC0001180