E-FILED
Friday, 01 April, 2005 05:34:00 PM
Clerk, U.S. District Court, ILCD

**Page 10 of 10**
Bill Date.................. January 11, 2001
Account Number...... 06196547-916105
Subscriber Number.. (713)819-7630

| Date | Time | City | ST | Number | Type | Min. | Air | LD | Total |
|------|------|------|-----|--------|------|------|-----|-----|-------|
| 12/28 | 6:18 AM | 877 SERV | CL | (877)311-0044 | P | 4.00 | 0.00 | 0.00 | 0.00 |
| 12/28 | 10:19 AM | BEVERLYHLS | CA | (310)880-2496 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 12/28 | 10:21 AM | BURBANK | CA | (818)846-8277 | *R | 4.00 | 0.00 | 0.00 | 0.00 |
| 12/28 | 11:04 AM | SANANTONIO | TX | (210)771-3088 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 12/28 | 12:11 PM | TOLL FREE | CL | (888)261-5746 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 12/28 | 12:20 PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 12/28 | 5:02 PM | TOLL FREE | CL | (800)258-9878 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 12/28 | 5:30 PM | BURBANK | CA | (818)846-8277 | *R | 4.00 | 0.00 | 0.00 | 0.00 |
| 12/28 | 7:52 PM | LOSANGELES | CA | (713)819-7630 | *R | 1.00 | 0.00 | 0.00 | 0.00* |
| 12/28 | 8:01 PM | LOSANGELES | CA | (713)819-7630 | *R | 1.00 | 0.00 | 0.00 | 0.00* |
| 12/28 | 8:13 PM | LOSANGELES | CA | (713)819-7630 | *R | 0.00 | 0.00 | 0.00 | 0.00* |
| 12/28 | 9:51 PM | LOSANGELES | CA | (713)819-7630 | OP | 2.00 | 0.00 | 0.00 | 0.00X |
| 12/28 | 10:01 PM | LOSANGELES | CA | (713)819-7630 | OP | 2.00 | 0.00 | 0.00 | 0.00X |
| 12/28 | 10:13 PM | LOSANGELES | CA | (713)819-7630 | OP | 1.00 | 0.00 | 0.00 | 0.00X |
| 12/29 | 11:44 AM | TOLL FREE | CL | (888)625-4988 | *R | 4.00 | 0.00 | 0.00 | 0.00 |
| 12/29 | 11:48 AM | TOLL FREE | CL | (800)362-2779 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 12/29 | 11:51 AM | TOLL FREE | CL | (800)528-0444 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 12/29 | 11:51 AM | TOLL FREE | CL | (800)468-3571 | *R | 3.00 | 0.00 | 0.00 | 0.00 |
| 12/29 | 11:55 AM | HOUSTON | TX | (713)757-0700 | *R | 3.00 | 0.00 | 0.00 | 0.00 |
| 1/02 | 2:19 PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| | Total | | | | | 1663.00 | 0.00 | 0.00 | 0.00 |

X = Call Duration not included in Total Airtime Usage
See Page 2 for explanation of call types

## DETAIL OF ROAMER SURCHARGES

| Date | Surcharge Type | Chg.Amt. | Tax | Total |
|------|----------------|----------|-----|-------|
| 1/11 | DA Chg - CELLULAR SYSTEM 00000 | 0.75 | 0.00 | 0.75 |
| Total surcharge | | 0.75 | 0.00 | 0.75 |

EEOC0001380

$6    2/12

# VALET PARKING 

### CLAIM CHECK
THIS CONTRACT LIMITS
OUR LIABILITY–READ IT.
Cars parked at owner's risk. Articles left
in car at owner's risk.
We reserve privilege of moving car to
other section of lot.
No attendant after regular closing hours.

827

STANDARD PARKING SYS 
METHODIST HOSPITAL VALET
6565 FANNIN
HOUSTON TX,77030

```
02/12/01 16:06   L# 1 A# 5   Txn# 96133
02/12/01 15:18 In   02/12/01 16:06 Out
Fee .....1   $    9.00
Total Fee    $    9.00
CASH PAID    $    9.00-
Cash Tender  $   10.00
Change Due   $    1.00
```

③

COUNTRY ROSE GARDEN

4905 FANNIN
HOUSTON TX 77004

TERMINAL I.D.:           0000
MERCHANT #:    5482980000000208

AMEX            ITEM #: 003
371394090561001
                EXP. DATE
SALE            03/08

DATE: FEB 12, 01  TIME: 10:11
       AUTH NO: 580474

TOTAL         $14.02

---

**Guest Receipt**   Bubba's

| Date | Guests | | Amount |
|------|--------|--------|--------|
| 2/12 | ③ | 711240 | 34.61 |

③



2/3/01

NIT NOI THAI RESTAURANT
HOUSTON, TX #3
142132694300000        .01

FEB 05, 01              APPROVAL
                        582474

C KOPECKY
371394090561001
AMEX                    03/08

SALE
ROC #                   TERMINAL #
124798                  240000059

FOOD AND BEVERAGE

BASE AMOUNT             $10.72

TIP AMOUNT

TOTAL



Memorial Hermann
Healthcare System

RECEIPT FOR PARKING

Total Amount of Payment  $9⁰⁰

2/12/01                  Belvoir
Date                     Attendant
431890 12/99

```
           LA MADELEINE #11
              HOUSTON, TX
           -142122145800000          01
FEB 12, 01                   APPROVAL
                               530724

C KOPECKY
371384090561001
AMEX                          03/08

      SALE                    0001
ROC #              TERMINAL #
  429949             24004193

   GENERAL MERCHANDISE


TOTAL                     $23.44
```

③



# Standard Parking.
## CASH RECEIPT

②

DATE 2/12/01
RECEIVED $ 9.00
BY G. Charles

FORM 57 SOUTHLAND PRINTING - SHREVEPORT, LA. 68-750
PRINTED IN U S A

---

```
STANDARD PARKING SYS
METHODIST HOSPITAL VALET
6565 FANNIN
HOUSTON TX,77030


02/13/01 10:17  L# 1 A# 3  Txn# 96244
02/13/01 09:26 In  02/13/01 10:17 Out
Fee ......1   $   9.00
Total Fee    $   9.00
CASH PAID    $   9.00-
Cash Tender  $  10.00
Change Due   $   1.00
THANK YOU
PLEASE COME AGAIN
```

④

---

```
       POSTAL STATION #1
        4212 SAN FELIPE
   HOUSTON      TX 77027

DATE: 02/13/01
MER#: 000000263247      TER#: 0001
     S-A-L-E-S  D-R-A-F-T


REF: 0006   BCH: 187
CD TYPE: AX
TR TYPE: PR
AMOUNT:        $12.17

ACCT: 371384090561001   EXP: 0003
AP:
TRN
```

⑤

---

⑥ 

```
   161 SAN FELIPE 713-964-3150

   BERRIES STRAW            4.99
   RECORDED COOKIE  R       4.29
   PRIME CRACKERS           2.99
   TAX    .00 BAL          11.77
   Cash                    12.02
   CHANGE                     25
```



**ST. LUKES**
Episcopal Hospital

# PARKING RECEIPT

PAID _____

DATE _____

⑧

---

⑨

GROTTO
HOUSTON, TX
14210977260000 01
APPROVAL
FEB 14, 01  513515

C KOPECKY
371384090561001
AMEX            03/08

SALE        0001
ROC #    TERMINAL #
 357185   24002972

FOOD AND BEVERAGE

BASE AMOUNT $52.34

TIP AMOUNT     8.00

TOTAL         60.34

---

⑩

281-448-0158
Sale

10.00
110.97

*(signature)*

---

⑦

# Guest Check

| SERVER | TABLE | GUESTS | CHECK NUMBER |
|--------|-------|--------|--------------|
| 2/13/01 |       |        | 50068 |

| | | |
|---|---|---|
| 10 L 6 | | 39 50 |
| 10 L 35 | | 49 50 |
| 10 2 8 | | 42 50 |
| 5 L 18 | | 19 75 |
| 5 L 28 | | 24 75 |
| 30 ER | | 26 50 |
| DRINK | | 9 00 |

JIMMY WOK RESTAURANT
2248 W. Holcombe
Houston, TX 77030
(713) 668-1016     TAX  2.48

Thank You    TOTAL  224.00

Adams A 10L

Total $262.00

---

EEOC0001386

THANK
QUALITY ...

*** Duplicate ***

POSTPAY FUEL SALE:   17.31
Pumped: # 4 UNLEADED - SELF
13.327 Gallons @ $1.299/Gal

          SUBTOTAL:   17.31
             TAX:    0.00
           TOTAL:   17.31
AMER EXPR           17.31
          CHANGE:    0.00

0673794    02/18/01   11:49:10
By: JS    Drawer: A

CC# AX371384090561031
EXP. DATE: 08/03
TERMINAL : IL48077050001
APPROVAL : 503080
REFERENCE: 933231

(4)

Ripley's

02-16-2001

(2)

*047
2 - - - - - 0-89
*036
1 - - - - - 0-76T1
*024
2 - - - - 10-20
* - - - - - 11-91ST
* - - - - - 0-76T1
* - - - - - 0-06T1
* - - - - 11-91T1
* - - - - 12-01CA
* - - - - - 0-10C
042327
08-02      02

(5)

DATE  95000413101  TIME
02/05/01 1425577434  13:57

VERIZON WIRELESS
9755 KATY FREEWAY
HOUSTON, TEXAS 77024
713-827-0787
TRAN #            AUTH
771             598614
           SALE

ACCT. NUMBER      EXP
371384090561001   0003

TOTAL $         29.22

X
          Signature
C

# Centocor

## SALES FORCE EXPENSE REPORT

**EXPENSE REPORT NO. 7015054**

| NAME | Caroline Kopecky | DEPARTMENT 490 | DISTRICT | PERIOD ENDING MM/DD/YY 02/24/01 |
|---|---|---|---|---|

**REPORT NO. 7015054**

| DATE MM/DD/YY | ORIGIN / DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Explain in Detail) | PHONE, FAX | OFFICE SUPPLIES & COPIES | POSTAGE | FIELD # QUANTITY | AUTO FUEL No. of Gallons | REPAIR / MAINT & MISC (Explain in Detail) | PROMOTIONAL PROGRAMS | PROMOTIONAL ACCESS X100 | PROMOTIONAL ACCESS X100 | MISC (Explain in Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/18/01 | hou/hou | 50.0 | | | | | | | | | | | | | | | 69.31 |
| 02/19/01 | hou/hou | 80.0 | 195.95 | | 55.52 | | 100.95 | 23.22 | | | | | | 63.91 | | | | 194.08 |
| 02/20/01 | hou/hou | 80.0 | | | 14.00 | | | 16.73 | | 17.31 | | | | 69.03 | | | | 351.63 |
| 02 | hou/conroe | 200.0 | | | | 18.00 | | | | | | | | 98.09 | | | | 98.09 |
| 02/22/01 | hou/hou | 80.0 | 185.19 | | 49.74 | | | | | | | | | 98.09 | | | | 388.02 |
| 02/23/01 | hou/hou | 275.0 | | | | 1.00 | | | | | | | | | 134.09 | | | 31.84 |
| 02/24/01 | hou/galveston | | | | | | | | | | | | | | 30.84 | | | |

## PLUS OR MINUS ADJUSTMENTS

**COMPANY CAR ONLY**

| | FIELD # | 10 | 11 | 12 | 63 | 13 | 16 | 18 | 17 | 18 | 18 | 50 | 51 | 52 | 54 | FIELD # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VEHICLE NO. | 409553 | AMOUNT | 381.54 | | 105.26 | 34.00 | | 117.68 | 29.22 | | 17.31 | | | 447.96 | | | TOTAL |
| BEGINNING ODOMETER | 53425.0 | | | | | | | | | | | | | | | | |
| ENDING ODOMETER | 54185.0 | | | | | | | | | | | | | | | | 1,132.97 |
| TOTAL MILES | 760.0 | | | | | | | | | | | | | | | | |

| TOTAL MILES | 760.0 |
| BUSINESS MILES | 735.0 |
| TOTAL PERSONAL MILES | 25.0 |

*Calculate Personal Mileage Charge Back in Box #987 at Right

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number. 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11.)

Payment requiring exceeding authorized dollar limits will delay reimbursements.

| SIGNATURE | DATE MM/DD/YY |
|---|---|
| | 3-25-01 |
| APPROVED BY | DATE MM/DD/YY |
| | 3-25-01 |

COPY SENT
APR 04 2001
TO GELCO

NOTICE TO USER
This expense reimbursement is provided On Demand by
Gelco Information Network, Inc. P.O. Box
44600, Eden Prairie, Minnesota 55344-0600

| 39657000 02 | CALL DATE 02/25/01 | CONFIRMATION # 88168749 |
|---|---|---|

| | FIELD # | | |
|---|---|---|---|
| Minus Personal Mileage Charge | | 987 | |
| 25.0 X 0.0 | Due Company | | |
| | Due Employee | 87 | 820 |
| | | | 1,132.97 |

# BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 02/21/01 | golf outing with dr morris | | | 32.50 |
| 02/21/01 | lunch with drs larkin and luna | | | 85.59 |
| 02/22/01 | breakfast meeting at meth vasc conf | | | 84.75 |
| 02/22/01 | lunch with dr alvarado and staff | | | 49.94 |
| 02/23/01 | inservices at sieh radiology | | | 30.84 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 02/18/01 | rodeo with dr howard young | 52.00 |
| 02/19/01 | rodeo with dr bohnn | 52.00 |
| 02/19/01 | breakfast discussion w/ dr pfeiffer | 11.81 |
| 02/20/01 | donuts and discussion w/th dr vartanian | 4.76 |
| 02/20/01 | dinner with dr arai | 41.49 |
| 02/20/01 | inservices at oschner clinic | 22.78 |

# MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

11249 05 dnm

Origin:      cument of GelcoInformationNetwork

ACCOUNT      COPY

39857000 02



**HOUSTON LIVESTOCK SHOW & RODEO**

UPPER LEVEL
Sec 761
Row 6
Seat 109

**2001**
**RELIANT ASTRODOME**
MONDAY   FEB 19 2001 07:00 PM
**RODEO HOUSTON**
Andrea Elizabeth Cozad-Brooks

UPPER LEVEL
Sec 761
Row 6
Seat 109

Admit one to the expo. buildings and carnival. Valid date of ticket only. Not valid if detached.

$15.00
19FEB2001 MON
103872

---

**HOUSTON LIVESTOCK SHOW & RODEO**

UPPER LEVEL
Sec 761
Row 6
Seat 110

**2001**
**RELIANT ASTRODOME**
MONDAY   FEB 19 2001 07:00 PM
**RODEO HOUSTON**
Andrea Elizabeth Cozad-Brooks

UPPER LEVEL
Sec 761
Row 6
Seat 110

Admit one to the expo. buildings and carnival. Valid date of ticket only. Not valid if detached.

$15.00
19FEB2001 MON
103872

---

**HOUSTON LIVESTOCK SHOW & RODEO**

UPPER LEVEL
Sec 761
Row 6
Seat 111

**2001**
**RELIANT ASTRODOME**
MONDAY   FEB 19 2001 07:00 PM
**RODEO HOUSTON**
Andrea Elizabeth Cozad-Brooks

UPPER LEVEL
Sec 761
Row 6
Seat 111

Admit one to the expo. buildings and carnival. Valid date of ticket only. Not valid if detached.

$15.00
19FEB2001 MON
103872

---

**HOUSTON LIVESTOCK SHOW & RODEO**

UPPER LEVEL
Sec 761
Row 6
Seat 112

**2001**
**RELIANT ASTRODOME**
MONDAY   FEB 19 2001 07:00 PM

UPPER LEVEL
Sec 761
Row 6
Seat 112

Admit one to the expo. buildings and carnival. Valid date of ticket only. Not valid if detached.

$15.00



UPPER LEVEL

Sec    758A

Row    C

Seat   5

HOUSTON LIVESTOCK SHOW & RODEO

RELIANT ASTRODOME

SUNDAY    FEB 18 2001 03:37 PM

RODEOHouston

Andrea Elizabeth Cozad- Brooks

UPPER LEVEL

Sec    758A

Row    C

Seat   5

$13.00
18FEB2001 SUN

103872

Admit one to expo building and carnival. Valid date of ticket only. Not valid if detached.

---

UPPER LEVEL

Sec    758A

Row    C

Seat   6

HOUSTON LIVESTOCK SHOW & RODEO

RELIANT ASTRODOME

SUNDAY    FEB 18 2001 03:37 PM

RODEOHouston

Andrea Elizabeth Cozad- Brooks

UPPER LEVEL

Sec    758A

Row    C

Seat   6

$13.00
18FEB2001 SUN

103872

Admit one to expo building and carnival. Valid date of ticket only. Not valid if detached.



---

UPPER LEVEL

Sec    758A

Row    C

Seat   8

HOUSTON LIVESTOCK SHOW & RODEO

RELIANT ASTRODOME

SUNDAY    FEB 18 2001 03:37 PM

RODEOHouston

Andrea Elizabeth Cozad- Brooks

UPPER LEVEL

Sec    758A

Row    C

Seat   8

$13.00
18FEB2001 SUN

103872

Admit one to the expo buildings and carnival. Valid date of ticket only. Not valid if detached.

---

UPPER LEVEL

Sec    758A

Row    C

Seat   7

HOUSTON LIVESTOCK SHOW & RODEO

RELIANT ASTRODOME

SUNDAY    FEB 18 2001 03:37 PM

RODEOHouston

Andrea Elizabeth Cozad- Brooks

UPPER LEVEL

Sec    758A

Row    C

Seat   7

$13.00
18FEB2001 SUN

103872

Admit one to the expo buildings and carnival. Valid date of ticket only. Not valid if detached.



# AVIS.

Avis System Licensee

08/03　　　P.O. BOX 4875　　　CORPUS CHRISTI, TX, 78469, US　　　1147

CAR# 837726061　　　RENTED: 22FEB01/1121F AT: CRPS CHRTI APO TX　PHONE: 361-289-0073　　420451
CAR# 1 5 0 6 2 8 2　　BRP C　　RETURN: 22FEB01/1335 AT: CRPS CHRTI APO TX　RATE: HD/C　TIME:　0 DY　2 HR
　　　　　　　　　　　DUE IN: 22FEB01/1515 AT: CRPS CHRTI APO TX　MIN　1 DAY

MI OUT:24374　　MI IN: 24397　　　　　　　　　　　　　　　　　　　0 MI @　　.30
TOTAL MILES DRIVEN:　23　　　　　　　　　　　　　　　　　　　　　0 HR @　13.35
PLATE# TX F49ZAP　　FUEL OUT: 8/8　　****OPTIONAL SERVICES****　　0 DY @　40.00
MGR PGNT BRGM 4DR　FUEL IN: 8/8　　*-RATE INCLUDES LDW　　　　　　0 WK @　240.00
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　0 MO @　960.00
METHOD OF PAYMENT: AMEX　　1001　　LDW:　12.95/DAY DECLINED　MIN　1DY/HD/C　23FM　+　40.00
DRIVERS LIC# USTXXXXXXXXX0600　　PAI:　3.00/DAY DECLINED　TIME & MILEAGE　=　40.00
DATE OF BIRTH: 16JUN70　　　　　　PEP:　1.95/DAY DECLINED
WIZARD# R3T09M　　　　　　　　　　ALI:　8.55/DAY DECLINED　FUEL SERVICE:　.1523/MI
FRED TRVL# PWG97838　　　　　　　　　　　　　　　　　　　　　　　　3.200/GAL
AWD# 0453300
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**REG/LIC FEE $1.15/DY　+　1.15
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**10.00% FEE　　　+　4.01
　　　　　　　　　　　　　　　　　　　　　　　　　　　　7.5% TAX ON FF MILES　+ =　.06
　　　　　　　　　　　　　　　　　　　　　　　　　　　　SUBTOTAL　　　　　　45.22
　　　　　　　　　　　　　　　　　　　　　　　　　　　　TAX 10.000%　　　+　4.52
　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL CHARGES　　　49.74
　　　　　　　　　　　　　　　　　　　　　　　　　　　　AMOUNT DUE　CV　USD　49.74
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*REIMB PROP TAX/TITLE/REG/LIC $1.15DY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**CONCESSION RECOVERY FEE

KOPECKY,CAROLINE

---

DATE 67-0696100120T TIME
02/22/01 1426059476  17:02

AB GARAGE-AREA 2 BOOTH
HOUSTON, TX
713-641-7770
281-233-1730

TRAN #　　　　　　AUTH
819　　　　　　　596919

SALE

ACCT. NUMBER　　EXP
371304090561001　0803

TOTAL　　　$18.00

---

University of Texas Medical Branch
Galveston, TX.

GARAGE  2  SITE ID 1  CASHIER 6-1

TICKET　　000205　　2/23/01 13:53
ARRIVE　　　　　　　　　　　13:00

PARKING FEE　　　　　　$　1.00

AMOUNT PAID　　　　　　$　1.00
CHANGE　　　　　　　　$　0.00

Thanks for choosing University of Texas
Medical Branch, Galveston, TX.

00 3428 8456
PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT
NOT TRANSFERABLE

CLN01498        PASSENGER RECEIPT        1/26888881   838394   A43

E  R T

**ARC** FLX X
COUPON X                    TOUR CODE              AGENT CODE   A31724173  KOPECKY/CAROLINE

CONTINENTAL AIRLINES  X%XXX                    PLACE OF ISSUE  DATE OF ISSUE

AMERICAN EXPRESS              NORTH BRUNSWI NJ US19FEB01   IAH
NAME OF PASSENGER      PRINTERS ID CODE    FARE BASIS/TICKET DESIGNATOR    SERIAL NUMBER   FROM
KOPECKY/CAROLINE   RZBUOU/AA QL/K226          7 8011/     OCRP C04137 Q 22FEBQL/K226
X/O   FROM   TO   CARRIER  FLIGHT  CLASS  DATE     TIME     STATUS  NOT VALID BEFORE  NOT VALID AFTER   IAH C02914 Q 22FEBQL/K226
**NOT VALID FOR** THIS IS YOUR RECEIPT.               TO
*TRANSPORTATION*                              LZ82*43   ************************
ENDORSEMENTS/RESTRICTIONS                                CARRIER  ************************
/VLD CO/COEX ONLY                                       ************************
FP AX3713840985610018803/     186802 /FCHOU CO CRP82    CARRIER  FLIGHT  CLASS  DATE        TIME
.18 CO HOU82.18QL/K226 164.36 END ZPIAHCRP XFCRP3      ************************
                  (16)                                 GATE            SEAT    SMOKE
                                                        ************************
    XF  3.00                                            ************************
FARE                EQUIV. FARE PD.          ALLOW  PCS  WT  UNCKD
USD  164.36                                  * * * * * * * * *
TAX/FEE/CHARGE                 STOCK CONTROL NO. TX 886   CK   CPN                       PCS  WT  UNCKD   BAGGAGE ID NUMBER
US   12.33                                                NOT VALID FOR TRAVEL
TAX/FEE/CHARGE                                                0  005  7161799152 3
ZP   5.50   66327150444      0 005 7161799152 3          AA31724173
TOTAL
USD  185.19

00 3428 8456
PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT
NOT TRANSFERABLE

CLN01498        PASSENGER RECEIPT        1/26888881   838394   A43

E  R T

**ARC** FLX X
COUPON X                    TOUR CODE              AGENT CODE   A31724173  KOPECKY/CAROLINE

CONTINENTAL AIRLINES  X%XXX                    PLACE OF ISSUE  DATE OF ISSUE

AMERICAN EXPRESS              NORTH BRUNSWI NJ US19FEB01   IAH
KOPECKY/CAROLINE   RZBUOU/AA QL/K226          7 8011/     OCRP C04137 Q 22FEBQL/K226
**NOT VALID FOR** THIS IS YOUR RECEIPT.                  IAH C02914 Q 22FEBQL/K226
*TRANSPORTATION*                              LZ82*43   ************************
/VLD CO/COEX ONLY                                       ************************
FP AX3713840985610018803/     186802 /FCHOU CO CRP82    ************************
.18 CO HOU82.18QL/K226 164.36 END ZPIAHCRP XFCRP3      ************************
                  (16)                                 ************************
    XF  3.00                                            ************************
FARE                EQUIV. FARE PD.          ALLOW  PCS  WT  UNCKD
USD  164.36                                  * * * * * * * * *
US   12.33                    STOCK CONTROL NO. TX 886   CK   CPN   DOCUMENT NUMBER   CK
                                                         NOT VALID FOR TRAVEL
ZP   5.50   66327150444      0 005 7161799152 3              0  005  7161799152 3
TOTAL                                                    AA31724173
USD  185.19

---

DONUT WHEEL
601 RICHMOND AVE.
HOUSTON, TX. 77098
(713) 522-5331

(17)

02 23 01

    •4.90  2
    •4.90  2
    •9.90  2
    •9.90  2
    •0.60 *1
    •0.55 *1
    •1.15  TA
    •0.09 TX
    •30.84 CA
  NO 293
  08:00



Shipley's

02-20-01
14:07  ⑧
1 61.46

01  *4.25  T
01  *0.15  T
  *4.40 TH T
  *0.36 TX T
  *4.76  ST
  *10.00 TD
  *5.24  CG

---

RENTAL AGMT:      521742340
CAROLINE KOPECKY
COMPLETED BY:           5240
RENTED: NEW ORLEANS INT'L A/P
RENTAL:  02/20/01   09:39
RETURN:  02/20/01   10:53   ⑨
MILES IN: 29898  OUT: 29878
MILES DRIVEN:        20
PLAN IN/OUT: 2051  /2051
CLS: B

1 DAYS      41.50   41.50
SUBTOTAL            41.50
CONCESSION FEE RECOVERY  4.15
FUEL & SVC MI @  158   3.16
TX 13.750% ON   48.81   6.71
NET DUE            55.52
PAID BY: AMX
CREDIT CARD #: XX1384090561XXX

Thank you for renting from

---

CANDY & GIFT
LANER, LA
501058000000 01
           APPROVAL
FEB 21 01    546237

C KOPECKY
3713840090561001
AMEX         03/08

     SALE
ROC #        TERMINAL #
113926      22014504

GENERAL MERCHANDISE

⑧

TOTAL
KM

---



[illegible signature]

0058
Server: JUVENTINO S         Rec: 34
02/20/01 21:01, Swiped   Terminal: 3

Boulevard Bistrot
4319 Montrose
Houston, TX 77006
(713)524-6922   ⑦
MERCHANT #:

CARD TYPE     ACCOUNT NUMBER    EXP
AMERICAN EXPRES 371384090561001
Name: C KOPECKY
00 TRANSACTION APPROVED
AUTHORIZATION #: 551773
Reference: 022010058

CHECK :           35.49

TIP :

TOTAL :           41.49

---

⑩

OCHSNER
FOUNDATION
HOSPITAL

02/20/01 10:29  L# 1 A# 6   Txn#521447
VALET          $    4.00
Total Fee      $    4.00
CASH PAID      $    4.00
Cash Tender    $    4.00
Change Due     $    0.00
THANK YOU
HAVE A NICE DAY

---

DATE         ⑬
02/20/01
I.A.H. PARKING 71
6655 WILL CLAYTON PKWY
HUMBLE TX 77338
281-233-7454

TRAN #         AUTH
416            553537

        SALE

ACCT. NUMBER      EXP
371384090561001   0003

TOTAL       $16.00

---

MEMORIAL PARK   COURSE
Trans# 30-31 Receipt # 15
Register# 1
Time:07:53:09 AM Date: 2/21/2001
    Description   Qty  Amount

Weekday            1   22.50
1/2 Cart-18 Hole   1    9.24   ⑪

        Sub Total  31.74
        Tax         0.76
        Total      32.50

Credit Card
AMERICAN Express
Sold by: WILI

| SWBell Simple Solutions | rate on Southwestern Bell Long Distance at 6 cents per minute. |
|---|---|

**Monthly Service Itemization**

| | Qty | Description | Amount |
|---|---|---|---|
| | | For 713-864-2155 | |
| | 1 | SWBell Phone Solution | 39.95 |
| | | For 713-864-2156 | |
| | 1 | Touchtone | .18 |
| | 1 | Basic Local Service - Residence Line | 11.05 |
| | | SWBell Telephone Basic Local Svc + Optional Features........ | 51.18 |

**Other Charges**

| Item | Explanation | Amount |
|---|---|---|
| 1 | As of Jan 17, your long distance provider has paid for a change of your long distance carrier for 713-864-2155-550 - Long Distance Calling 713-864-2155 ................................................. | .00 |
| 2 | As of Jan 17, your long distance provider has paid for a change of your long distance carrier for 713-864-2155-550 - Local Toll Calling 713-864-2155 ................................................. | .00 |
| ► | SWBell Telephone Total Other Charges (before taxes) .......... | .00 |

Phone
4
16.7
(6)

**Itemized Calls**

| Item | Date | Time | Place Called | Area | Number | Rate* | Min | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | Calls from 713-864-2155 | | | | | |
| 3 | 02/01 | 09:17PM | NATL411SVC | 713 | 411-0000 | | 1 | 1.10 # |
| 4 | 02/01 | 09:18PM | NATL411SVC | 713 | 411-0000 | | 1 | 1.10 # |
| 5 | 02/01 | 09:18PM | NATL411SVC | 713 | 411-0000 | | 1 | 1.10 # |
| | | | Subtotal for 713-864-2155 ................................................. | | | | 3 | 3.30 |
| | | | Calls from 713-864-2156 | | | | | |
| 6 | 02/01 | 08:43PM | NATL411SVC | 713 | 411-0000 | | 1 | 1.10 # |
| 7 | 02/07 | 09:28AM | NATL411SVC | 713 | 411-0000 | | 1 | 1.10 # |
| | | | Subtotal for 713-864-2156 ................................................. | | | | 2 | 2.20 |
| | | | ► Total Itemized Calls for SWBell Telephone (before taxes) | | | | 5 | 5.50 |

**For Your Information**

Your regular monthly bill is dated the 9th of each month and is considered past due if payment is not received by the "Due By Date" printed on your bill.

---

OO. 3426 8459
PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT
NOT TRANSFERABLE

CLNB149B

E·TKT                    PASSENGER RECEIPT        1/20000001   0360395    A43

ARC FLT/MX X XXXXX      TOUR CODE               AGENT CODE A31724173 NAME OF PASSENGER KOPECKY/CAROLINE
CONTINENTAL AIRLINES  X XXXX
AMERICAN EXPRESS        NORTH BRUNSWI NJ US19FEB01        IAH
KOPECKY/CAROLINE       XCHIYG/AA QL/K226      7  0011/  OMSY CO1622 Q 20FEBQL/K226
**NOT VALID FOR** CARRIER FLIGHT CLASS DATE TIME STATUS  IAH CO1640 Q 20FEBQL/K226
**TRANSPORTATION*                                  LZ82*43
/VLD CO/COEX ONLY
FP AX37138409056100I*0803/   168076 /FCHOU CO MSY87
.37 CO HOU87.37QL/K226 174.74 END ZPIAHMSY XFMSY3

XF    3.00
USD 174.74           EQUIV FARE PD
US   13.11
ZP   5.50  66327150455    0 005 7161799153 4    NOT VALID FOR TRAVEL
USD 196.35

**(11)**

```
GROTTO
HOUSTON, TX
14210977260000 01
APPROVAL
FEB 21, 01  541498

C KOPECKY
371384090561001
AMEX              03/08

        SALE     0002
ROC #    TERMINAL #
 416792   24001017

FOOD AND BEVERAGE


BASE AMOUNT  $55.59

TIP AMOUNT      10.00

TOTAL        65.59
```

**(17)**

```
           000
    JASON'S DELI-RCE
        HOUSTON
14219403800000        01.
                 APPROVAL CODE
FEB 22, 01         173890

371384090561001
AMEX              03/08

      SALE
ROC #              TERMINAL #
 525003             50044295

FOOD AND BEVERAGE

BASE AMOUNT      $79.15

TIP AMOUNT          5.00

TOTAL             84.15
```

**(13)**

```
STANDARD PARKING SYS
METHODIST HOSPITAL VALET
6565 FANNIN
HOUSTON TX.77030


02/22/01 07:59  LI# 1 A# 3  Txn# 98287
02/22/01 06:50 In  02/22/01 07:59 Out
Fee .....1  $   9.00
Total Fee  $   9.00
Alt Paymt 1 $  9.00-
1004 17210430
```

71-058

**(12)**

```
VERNONS BAR B QUE
1030 3RD STREET
CORPUS CHRISTI, TX. 784
361-884 0552

        C O P Y
     02/22/2001  15:40


Transaction #
Card Type
Acc:   4417163011210100
Exp. Date:
Entry:
Sale:              75.94
Reference #        002
Auth.Code:       022772
Response        APPROVAL
Response Code:    AA510
```

**Account Number**
713-864-2155-550-9
February 09, 2001

# ☏ Southwestern Bell

SWBell
Simple Solutions — rate on Southwestern Bell Long Distance at 6 cents per minute.

| Monthly Service Itemization | | | Amount |
|---|---|---|---|
| | Qty | Description | |
| | | For 713-864-2155 | |
| | 1 | SWBell Phone Solution | 39.95 |
| | | For 713-864-2156 | |
| | 1 | Touchtone | .18 |
| | 1 | Basic Local Service - Residence Line | 11.05 |
| | | SWBell Telephone Basic Local Svc + Optional Features........ | 51.18 |

| Other Charges | Item | Explanation | Amount |
|---|---|---|---|
| | 1 | As of Jan 17, your long distance provider has paid for a change of your long distance carrier for 713-864-2155-550 - Long Distance Calling 713-864-2155 ............................................. | .00 |
| | 2 | As of Jan 17, your long distance provider has paid for a change of your long distance carrier for 713-864-2155-550 - Local Toll Calling 713-864-2155 ............................................. | .00 |
| | | ► SWBell Telephone Total Other Charges (before taxes) .......... | .00 |

*Phone 4 16.73 ⑥*

| Itemized Calls | Item | Date | Time | Place Called | Area | Number | Rate* | Min | Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | Calls from 713-864-2155 | | | | | | | |
| | 3 | 02/01 | 09:17PM | NATL411SVC | 713 | 411-0000 | | 1 | 1.10 # |
| | 4 | 02/01 | 09:18PM | NATL411SVC | 713 | 411-0000 | | 1 | 1.10 # |
| | 5 | 02/01 | 09:18PM | NATL411SVC | 713 | 411-0000 | | 1 | 1.10 # |
| | | Subtotal for 713-864-2155 ............................................. | | | | | | 3 | 3.30 |
| | | Calls from 713-864-2156 | | | | | | | |
| | 6 | 02/01 | 08:43PM | NATL411SVC | 713 | 411-0000 | | 1 | 1.10 # |
| | 7 | 02/07 | 09:28AM | NATL411SVC | 713 | 411-0000 | | 1 | 1.10 # |
| | | Subtotal for 713-864-2156 ............................................. | | | | | | 2 | 2.20 |
| | | ► Total Itemized Calls for SWBell Telephone (before taxes) ........ | | | | | | 5 | 5.50 |

| For Your Information | Your regular monthly bill is dated the 9th of each month and is considered past due if payment is not received by the "Due By Date" printed on your bill. |
|---|---|

---

①

PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT          CLNB1498          1/26000001  8368395     A43
NOT TRANSFERABLE          PASSENGER RECEIPT          KOPECKY/CAROLINE

**ARC**  FLIGHT COUPON X

CONTINENTAL AIRLINES  XXXXX          A31724173  KOPECKY/CAROLINE
AMERICAN EXPRESS          NORTH BRUNSW NJ  US19FEB01          IAH
KOPECKY/CAROLINE  XCPYG/AA QL/K228          7  0011/    ONSY CO1622 Q 20FEB0L/K226
*NOT VALID FOR* THIS IS YOUR RECEIPT          IAH CO1640 Q 20FEB0L/K226
*TRANSPORTATION*          LZ82*43
7VLD CO7COEX ONLY
FP AX371384090561001*0803/    168076 /FCHOU CO MSY87
.37 CO HOU87.37QL/K225 174.74 END ZPIAHMSY XFMSY3

XF  3.00
FARE  USD  174.74
TAX/FEE/CHARGE  US  13.11          STOCK CONTROL NO. TX 889          NOT VALID FOR TRAVEL
TAX/FEE/CHARGE  ZP  5.50  66327150455   0 005 7161799153 4          0 005 7161799153 4
TOTAL  USD  196.35          AA31724173

Shipley's
02-20-01
14:07
1   613.46   (8)

01    .25  T
01    .15  T
    4.60 TA
    .36 N
    .470 ST
  10.00 CA TD
    5.24  CG

RENTAL . ....  A/P
RENTAL AGMT:        521742340
CAROLINE KOPECKY
COMPLETED BY:        5240
RENTED   NEW ORLEANS INT'L A/P
RENTAL: 02/20/01   09:39
RETURN: 02/20/01   10:53     (9)
MILES IN: 29898  OUT: 29878
MILES DRIVEN:   20
PLAN IN/OUT: 2051   /2051
CLS: B

  1 DAYS     41.50   41.50
SUBTOTAL              41.50
CONCESSION FEE RECOVERY  4.15
FUEL & SVC HI @  .158   3.16
TX 13.750% ON   48.81    6.71
NET DUE                 55.52
PAID BY: AMX
CREDIT CARD #: XX1.384H56IXXX.

    Thank you for renting from

      CANDY & GIFT
      NNER, LA
      30105800000 01
          APPROVAL
FEB    01      546237

C KOPECKY
371384090561001
AMEX            03/08

      SALE
ROC #        TERMINAL #
 113926       22014504

GENERAL MERCHANDISE

      (8)

TOTAL
/1 //

---

0058
Server: JUVENTINO S        Rec: 34
02/20/01 21:01, Swiped     Terminal: 3

Boulevard Bistrot
4319 Montrose
Houston, TX  77006
(713)524-6922
MERCHANT #:

CARD TYPE      ACCOUNT NUMBER    EXP  
AMERICAN EXPRES  371384090561001
Name: C KOPECKY
01 TRANSACTION APPROVED
AUTHORIZATION #: 551773
Reference: 022010058

CHECK :              35.49

TIP:

TOTAL:          41.49

OCHSNER
FOUNDATION
HOSPITAL

(10)



02/20/01 10:29  L# 1 A# 6   Txn#521447
VALET       $    4.00
Total Fee   $    4.00
CASH PAID   $    4.00
Cash Tender $    4.00
Change Due  $    0.00
THANK YOU
HAVE A NICE DAY

---

      DATE
    02/20/01
      (10)
    M.A.H. PARKING 71
    6655 WILL CLAYTON PARK
    HUMBLE TX 77338
       281-030-7454
TRAN #                  AUTH
 #16                    556637

        SALE
  ACCT. NUMBER          EXP
 371384090561001       8885

     TOTAL      $18.00

MEMORIAL PARK G. COURSE
Trans# 30-31 Receipt # 15       (11)
Register# 1
Time:07:53:09 AM Date: 2/21/2001
 Description      Qty   Amount
 ------------------------------
Weekday           1     22.50
1/2 Cart-18 Hole  1      9.24
                  ----------
        Sub Total       31.74
             Tax         0.76
           Total        32.50
Credit Card
AMERICAN EXPRESS
Sold by: WILL

EEOC0001157

Bill Date.................. February 11, 2001
Account Number...... 06196547-916105
Subscriber Number.. (713)819-7630

| Date | Time | City | ST | Number | Type | Min. | Air | LD | Total |
|---|---|---|---|---|---|---|---|---|---|
| '23 | 9:43 AM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| '23 | 2:06 PM | LOSANGELES | CA | (713)819-7630 | *R | 0.00 | 0.00 | 0.00 | 0.00* |
| '23 | 2:22 PM | CORONA | CA | (713)819-7630 | *R | 4.00 | 0.00 | 0.00 | 0.00X |
| '23 | 3:02 PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| '23 | 4:05 PM | CORONA | CA | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00X |
| '23 | 4:23 PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| '23 | 6:27 PM | HOUSTON | TX | (713)284-4000 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| '23 | 6:28 PM | LOSANGELES | CA | (713)819-7630 | *R | 3.00 | 0.00 | 0.00 | 0.00* |
| '23 | 8:28 PM | CORONA | CA | (713)819-7630 | *R | 5.00 | 0.00 | 0.00 | 0.00X |
| '24 | 9:48 AM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| '24 | 11:36 AM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| '24 | 12:15 PM | RECORDING | | (713)819-7630 | P | 3.00 | 0.00 | 0.00 | 0.00 |
| '24 | 3:02 PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| '24 | 5:17 PM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| '25 | 11:15 AM | HOUSTON | TX | (713)757-0700 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| '25 | 1:11 PM | RECORDING | | (713)819-7630 | P | 3.00 | 0.00 | 0.00 | 0.00 |
| '25 | 1:18 PM | HOUSTON | TX | (713)661-4558 | *R | 4.00 | 0.00 | 0.00 | 0.00 |
| '25 | 1:22 PM | HOUSTON | TX | (713)284-4000 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| '25 | 1:23 PM | HOUSTON | TX | (713)791-3010 | *R | 4.00 | 0.00 | 0.00 | 0.00 |
| '25 | 1:58 PM | TOLL FREE | CL | (888)261-5746 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| '26 | 2:41 PM | HOUSTON | TX | (713)704-6762 | *R | 7.00 | 0.00 | 0.00 | 0.00 |
| '26 | :32 PM | LOSANGELES | CA | (713)819-7630 | *R | 6.00 | 0.00 | 0.00 | 0.00* |
| '26 | :04 PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00* |
| '26 | 5:32 PM | CORONA | CA | (713)819-7630 | P | 7.00 | 0.00 | 0.00 | 0.00X |
| '26 | 8:40 AM | HOUSTON | TX | (713)784-1901 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| '26 | 8:41 AM | HOUSTON | TX | (713)784-1901 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| '26 | 8:43 AM | HOUSTON | TX | (713)334-8225 | *R | 3.00 | 0.00 | 0.00 | 0.00 |
| '26 | 8:44 AM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| '26 | 8:46 AM | HOUSTON | TX | (713)784-1901 | *R | 3.00 | 0.00 | 0.00 | 0.00 |
| '26 | 10:00 AM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| '26 | 10:50 AM | HOUSTON | TX | (713)864-2155 | *R | 15.00 | 0.00 | 0.00 | 0.00 |
| '26 | 11:06 AM | HOUSTON | TX | (713)823-1616 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| '26 | 11:11 AM | HOUSTON | TX | (713)334-1047 | *R | 3.00 | 0.00 | 0.00 | 0.00 |
| '26 | 12:49 PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| '26 | 12:51 PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| '26 | 1:05 PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| '26 | 1:44 PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| '26 | 2:11 PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| '26 | 4:14 PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| '26 | 4:47 PM | HOUSTON | TX | (713)334-8225 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| '26 | 4:48 PM | HOUSTON | TX | (713)784-1901 | P | 3.00 | 0.00 | 0.00 | 0.00 |
| '26 | 5:11 PM | HOUSTON | TX | (713)725-5472 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| '26 | 5:15 PM | RETRIEVAL | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| '26 | 5:20 PM | HOUSTON | TX | (713)864-2155 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| '26 | 5:22 PM | HOUSTON | TX | (713)284-4000 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| '26 | 5:35 PM | HOUSTON | TX | (713)864-2155 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| '26 | 5:32 PM | HOUSTON | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| '27 | 2:09 AM | RECORDING | | (713)819-7630 | P | 5.00 | 0.00 | 0.00 | 0.00 |
| '27 | 9:30 AM | HOUSTON | TX | (713)871-1649 | OP | 12.00 | 0.00 | 0.00 | 0.00 |
| '27 | 9:43 AM | HOUSTON | TX | (713)807-0405 | OP | 2.00 | 0.00 | 0.00 | 0.00 |
| 1/27 | 9:45 AM | HOUSTON | TX | (713)807-0405 | OP | 1.00 | 0.00 | 0.00 | 0.00 |
| 1/27 | 12:40 PM | HOUSTON | TX | (713)864-2155 | OP | 3.00 | 0.00 | 0.00 | 0.00 |
| 1/27 | 12:43 PM | RETRIEVAL | | (713)819-7630 | OP | 5.00 | 0.00 | 0.00 | 0.00 |
| 1/27 | 12:43 PM | HOUSTON | TX | (713)819-7630 | OP | 1.00 | 0.00 | 0.00 | 0.00 |
| 1/27 | 12:43 PM | *INCOMING* | | (713)819-7630 | OP | 0.00 | 0.00 | 0.00 | 0.00* |
| 1/27 | 12:47 PM | HOUSTON | TX | (713)942-7473 | OP | 1.00 | 0.00 | 0.00 | 0.00 |
| 1/27 | 12:48 PM | RECORDING | | (713)819-7630 | OP | 1.00 | 0.00 | 0.00 | 0.00 |
| 1/27 | 12:48 PM | HOUSTON | TX | (832)724-7772 | OP | 1.00 | 0.00 | 0.00 | 0.00 |
| 1/27 | 12:49 PM | DALLAS | TX | (214)357-6448 | OP | 4.00 | 0.00 | 0.00 | 0.00 |
| 1/27 | 12:50 PM | HOUSTON | TX | (713)819-7630 | OP | 7.00 | 0.00 | 0.00 | 0.00X |
| 1/27 | 12:50 PM | *INCOMING* | | (713)819-7630 | OP | 6.00 | 0.00 | 0.00 | 0.00 |
| 1/27 | 1:05 PM | *INCOMING* | | (713)819-7630 | OP | 8.00 | 0.00 | 0.00 | 0.00* |
| 1/27 | 1:37 PM | *INCOMING* | | (713)819-7630 | OP | 8.00 | 0.00 | 0.00 | 0.00* |
| 1/27 | 2:30 PM | NEW YORK | NY | (212)932-8731 | OP | 3.00 | 0.00 | 0.00 | 0.00 |
| 1/27 | 2:33 PM | SANANTONIO | TX | (210)822-2153 | OP | 2.00 | 0.00 | 0.00 | 0.00 |
| 1/27 | 2:35 PM | HOUSTON | TX | (713)334-1047 | OP | 1.00 | 0.00 | 0.00 | 0.00 |
| 1/27 | 2:36 PM | RECORDING | | (713)819-7630 | OP | 1.00 | 0.00 | 0.00 | 0.00 |
| 1/27 | 2:39 PM | *INCOMING* | | (713)819-7630 | OP | 0.00 | 0.00 | 0.00 | 0.00* |
| 1/27 | 2:42 PM | HOUSTON | TX | (713)828-0169 | OP | 1.00 | 0.00 | 0.00 | 0.00 |
| 1/27 | | HOUSTON | TX | (713)828-0169 | OP | 1.00 | 0.00 | 0.00 | 0.00 |
| 1/27 | 3:38 PM | HOUSTON | TX | (713)871-1649 | OP | 6.00 | 0.00 | 0.00 | 0.00 |
| 1/28 | 1:01 PM | RETRIEVAL | | (713)819-7630 | OP | 1.00 | 0.00 | 0.00 | 0.00 |
| 1/28 | 1:27 PM | RECORDING | | (713)819-7630 | OP | 1.00 | 0.00 | 0.00 | 0.00 |
| 1/28 | 1:32 PM | RECORDING | | (713)819-7630 | OP | 1.00 | 0.00 | 0.00 | 0.00 |
| 1/28 | 2:34 PM | HOUSTON | TX | (713)626-3930 | OP | 2.00 | 0.00 | 0.00 | 0.00 |
| 1/28 | 2:36 PM | HOUSTON | TX | (713)252-1202 | OP | 1.00 | 0.00 | 0.00 | 0.00 |
| 1/28 | 2:48 PM | RETRIEVAL | | (713)819-7630 | OP | 1.00 | 0.00 | 0.00 | 0.00 |
| 1/28 | 2:49 PM | RECORDING | | (713)819-7630 | OP | 5.00 | 0.00 | 0.00 | 0.00 |
| 1/28 | 2:52 PM | RECORDING | | (713)819-7630 | OP | 1.00 | 0.00 | 0.00 | 0.00 |
| 1/28 | 3:44 PM | RETRIEVAL | | (713)819-7630 | OP | 1.00 | 0.00 | 0.00 | 0.00 |
| 1/28 | 4:51 PM | DALLAS | TX | (214)357-6448 | OP | 58.00 | 0.00 | 0.00 | 0.00 |
| 1/29 | 9:33 AM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 1/29 | 10:05 AM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 1/29 | 12:28 PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 1/29 | 12:43 PM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 1/29 | 1:32 PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 1/29 | 2:28 PM | RETRIEVAL | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 1/29 | 2:29 PM | HOUSTON | TX | (713)776-5000 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 1/29 | 2:31 PM | HOUSTON | TX | (713)776-5555 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 1/29 | 2:40 PM | HOUSTON | | 1411 | P | 4.00 | 0.00 | 0.00 | 0.00 |
| 1/29 | 2:46 PM | NEWORLEANS | LA | (504)842-3451 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 1/29 | 2:47 PM | *INCOMING* | | (713)819-7630 | P | 13.00 | 0.00 | 0.00 | 0.00* |
| 1/29 | 2:58 PM | *INCOMING* | | (713)819-7630 | P | 6.00 | 0.00 | 0.00 | 0.00* |
| 1/29 | 3:03 PM | *INCOMING* | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00* |
| 1/29 | 3:05 PM | HOUSTON | TX | (713)527-5000 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 1/29 | 3:08 PM | HOUSTON | TX | (713)725-5472 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 1/29 | 3:10 PM | HOUSTON | TX | (713)725-5472 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 1/29 | 3:11 PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 1/29 | 3:11 PM | HOUSTON | TX | (713)725-5472 | P | 9.00 | 0.00 | 0.00 | 0.00 |
| 1/29 | 3:35 PM | HOUSTON | TX | (713)864-2155 | P | 3.00 | 0.00 | 0.00 | 0.00 |

 verizon wireless

CAROLINE R KOPECKY



## MESSAGES FROM VERIZON WIRELESS

Use 411 Connect as your personal assistant! Dial 411 from your Verizon Wireless phone for any phone listing in the U.S., movie listing, restaurant guides, sports scores and weather reports. Airtime charges and surcharges apply. Available in select areas.

Join in and Log On! Now you can access your account on the internet at www.VerizonWireless.com/account. This exciting new option gives you the ability to view your monthly bills, make payments, change your address, add or remove calling features, e-mail us with questions, troubleshooting, and more!

Verizon Wireless introduces the "New Every Two" phone program. "New Every Two" can provide you with the latest in digital phone technology every two years. Verizon Wireless is the first to offer it. You are automatically enrolled when you sign up for a digital calling plan with a monthly access of $35.00 or above with a two year service agreement. When you have fulfilled your two year service agreement, you will get up to $100.00 toward the purchase of your next wireless phone when you renew service on a digital calling plan. For more information, talk to your sales representative or call 1-866-484-3935.

## PAYMENT ACTIVITY

| Date | Description | Amount |
|---|---|---|
| 01/13 | PAYMENT APPLIED | 190.69 |
| Total of Payments Received - Thank You | | $190.69 |

## DETAIL OF SUBSCRIBER CHARGES

| | | |
|---|---|---|
| Monthly Recurring Charges 02/12/01 to 03/11/01 | 155.00 | |
| **Total Monthly Recurring Charges** | | 155.00 |

| Billing Credits and Other Charges | | |
|---|---|---|
| 411 Connect | 1 calls @ 0.95 | .95 |
| Voice Mail | | 3.95 |
| **Total Billing Credits and Other Charges** | | 4.90 |

Detail of airtime usage
Rate plan:DAONNAmer-1.5k Min-D    Included Minutes 1500
Rate Plan Included Minutes

| | | |
|---|---|---|
| Peak | = 971.00 min. @ $0.000 | .00 |
| Off-Peak | = 481.00 min. @ $0.000 | .00 |
| Voice Plan Incl. Minutes | 176.00 min. @ $0.000 | .00 |
| Total Minutes | = 1628.00 | |
| Total Minutes Used | = 1628.00 | |

| | |
|---|---|
| **Total Airtime Charges** | .00 |
| **Long Distance Charges** | .00 |
| **Roamer Charges** | .00 |

Taxes, Surcharges and Fees

| | |
|---|---|
| Federal Excise Tax | 4.92 |
| State Sales Tax | 10.51 |
| City Sales Tax | 1.68 |
| State 911 Fee | 0.50 |
| Tx Infrastructure Reimb. Fee | 2.08 |
| State Universal Service Fund | 5.83 |
| Federal Universal Srvc Fee | 0.42 |
| **Total Taxes, Surcharges and Fees** | 25.94 |

| | |
|---|---|
| **Total Current Charges** | $185.84 |

## AIRTIME AND LONG DISTANCE DETAIL SUMMARY

| Date | Time | City | ST | Number | Type | Min. | Air | LD | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1/09 | 9:17 PM | TOLL FREE | | (877)311-0044 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 1/09 | 9:22 PM | HOUSTON | TX | (713)864-2155 | *R | 10.00 | 0.00 | 0.00 | 0.00 |
| 1/09 | 9:51 PM | BEVERLYHLS | CA | (310)880-2496 | *R | 7.00 | 0.00 | 0.00 | 0.00 |
| 1/09 | 9:58 PM | TOLL FREE | CL | (800)525-0280 | *R | 3.00 | 0.00 | 0.00 | 0.00 |
| 1/09 | 11:39 PM | RECORDING | | (713)819-7630 | OP | 1.00 | 0.00 | 0.00 | 0.00 |
| 1/10 | 8:39 AM | AIRLINE | TX | (281)999-7444 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 1/10 | 8:40 AM | HOUSTON | TX | (713)859-9492 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 1/10 | 8:42 AM | HOUSTON | TX | (713)865-4813 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 1/10 | 10:43 AM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 1/10 | 11:28 AM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 1/10 | 2:29 PM | RETRIEVAL | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 1/10 | 8:02 PM | SANANTONIO | TX | (210)822-2153 | P | 6.00 | 0.00 | 0.00 | 0.00 |
| 1/10 | 8:11 PM | SANANTONIO | TX | (210)822-2153 | P | 21.00 | 0.00 | 0.00 | 0.00 |
| 1/11 | 4:38 PM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 1/11 | 7:04 PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 1/11 | 8:14 PM | RETRIEVAL | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 1/11 | 9:57 PM | *INCOMING* | | (713)819-7630 | OP | 1.00 | 0.00 | 0.00 | 0.00* |
| 1/12 | 9:15 AM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 1/12 | 9:19 AM | HOUSTON | TX | (713)523-2886 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 1/12 | 9:23 AM | HOUSTON | TX | (713)784-1901 | P | 11.00 | 0.00 | 0.00 | 0.00 |
| 1/12 | 10:41 AM | NDLD PTNCH | TX | (409)718-6449 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 1/12 | 12:36 PM | 800 SERV | CL | (800)525-0280 | P | 3.00 | 0.00 | 0.00 | 0.00 |
| 1/12 | 12:38 PM | SANANTONIO | TX | (210)822-3311 | P | 4.00 | 0.00 | 0.00 | 0.00 |
| 1/12 | 1:26 PM | *INCOMING* | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00* |
| 1/12 | 2:05 PM | ATLANTA | GA | (404)651-0808 | P | 9.00 | 0.00 | 0.00 | 0.00 |
| 1/12 | 2:20 PM | 888 SERV | CL | (888)261-5746 | P | 7.00 | 0.00 | 0.00 | 0.00 |
| 1/12 | 3:35 PM | *INCOMING* | | (713)819-7630 | P | 0.00 | 0.00 | 0.00 | 0.00* |
| 1/12 | 3:36 PM | ATLANTA | GA | (404)651-0808 | P | 9.00 | 0.00 | 0.00 | 0.00 |
| 1/12 | 4:16 PM | HOUSTON | TX | (713)784-1901 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 1/12 | 5:02 PM | *INCOMING* | | (713)819-7630 | P | 0.00 | 0.00 | 0.00 | 0.00* |
| 1/12 | 5:26 PM | *INCOMING* | | (713)819-7630 | P | 0.00 | 0.00 | 0.00 | 0.00* |
| 1/13 | 11:22 AM | RETRIEVAL | | (713)819-7630 | OP | 1.00 | 0.00 | 0.00 | 0.00 |
| 1/13 | 11:22 AM | HOUSTON | TX | (713)784-1901 | OP | 9.00 | 0.00 | 0.00 | 0.00 |
| 1/13 | 12:59 PM | RECORDING | | (713)819-7630 | OP | 1.00 | 0.00 | 0.00 | 0.00 |
| 1/13 | 1:02 PM | HOUSTON | TX | (713)942-7473 | OP | 1.00 | 0.00 | 0.00 | 0.00 |
| 1/13 | 1:03 PM | RETRIEVAL | | (713)819-7630 | OP | 1.00 | 0.00 | 0.00 | 0.00 |
| 1/13 | 1:03 PM | HOUSTON | TX | (713)757-0700 | OP | 2.00 | 0.00 | 0.00 | 0.00 |
| 1/13 | 1:11 PM | 888 SERV | CL | (888)261-5746 | OP | 1.00 | 0.00 | 0.00 | 0.00 |
| 1/13 | 1:49 PM | RECORDING | | (713)819-7630 | OP | 2.00 | 0.00 | 0.00 | 0.00 |
| 1/13 | 2:07 PM | RETRIEVAL | | (713)819-7630 | OP | 1.00 | 0.00 | 0.00 | 0.00 |
| 1/13 | 2:08 PM | RETRIEVAL | | (713)819-7630 | OP | 2.00 | 0.00 | 0.00 | 0.00 |
| 1/13 | 2:09 PM | HOUSTON | TX | (713)864-2155 | OP | 1.00 | 0.00 | 0.00 | 0.00 |
| 1/13 | 2:11 PM | HOUSTON | TX | (713)819-7630 | OP | 1.00 | 0.00 | 0.00 | 0.00 |
| 1/13 | 2:11 PM | HOUSTON | TX | (713)859-9492 | OP | 1.00 | 0.00 | 0.00 | 0.00 |
| 1/13 | 2:11 PM | RECORDING | | (713)819-7630 | OP | 1.00 | 0.00 | 0.00 | 0.00 |
| 1/13 | 2:11 PM | *INCOMING* | | (713)819-7630 | OP | 2.00 | 0.00 | 0.00 | 0.00X |
| 1/13 | 2:11 PM | *INCOMING* | | (713)819-7630 | OP | 1.00 | 0.00 | 0.00 | 0.00* |
| 1/13 | 2:40 PM | HOUSTON | TX | (713)859-9492 | OP | 1.00 | 0.00 | 0.00 | 0.00 |
| 1/13 | 2:54 PM | *INCOMING* | | (713)819-7630 | OP | 10.00 | 0.00 | 0.00 | 0.00* |
| 1/13 | 3:06 PM | HOUSTON | TX | (713)334-1047 | OP | 2.00 | 0.00 | 0.00 | 0.00 |

*handwritten: $100 + .95 = 100.95*