E-FILED
Friday, 01 April, 2005  05:45:12 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| M. JANE MINOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Nos. 02-3354 and 04-3114 |
| | ) | Consolidated |
| CENTOCOR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR FILE PORTIONS OF THE PLAINTIFF'S APPENDIX INSTANTER**

COMES NOW the Plaintiff, M. JANE MINOR, by and through her attorney, James P. Baker, and respectfully requests leave to file portions of her appendix and attachments instanter. In support of this motion the Plaintiff, M. JANE MINOR, states as follows:

1. That the Plaintiff filed her memorandum in opposition to summary judgment and a portion of the appendix attachments at 3:37 p.m. and various times thereafter on April 1, 2005. The appendix consists of 55 exhibits. Many of the exhibits take 15 to 20 minutes to enter into the ECF system and file. If too many exhibits are submitted at one time the system will not accept the submission and must be re-entered.

2. That it will take approximately two to three hours to submit the remaining appendix exhibits into the electronic filing system which will make the filing date April 4, 2005.

3. That the Plaintiff is and will continue to break down the appendix and electronically file it in smaller increments.

4. That the Plaintiff will stop at 6:00 p.m. of Friday, April 1, 2005 and will resume ECF submission of the exhibits on Monday, April 4, 2005. The expense reports of Caroline

Kopecky for March to September 2001 are the remaining exhibits to be submitted.

5. That the Plaintiff acknowledges that she incorrectly filed the Memorandum and appendix directly with the Court rather than attaching it to her motion for leave to file in excess of page limitations. The Plaintiff apologizes for this error.

6. That this request is not made to delay this proceeding.

WHEREFORE, the Plaintiff, M. JANE MINOR, respectfully requests that she be allowed to file her remaining appendix attachments instanter.

M. JANE MINOR

By:   s/ James P. Baker
Attorney for Plaintiff
James P. Baker
Bar Number: 0097802
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone: (217) 522-3445
Facsimile: (217) 522-8234
E-mail: carenbakerlaw@sbcglobal.net

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 1, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Linzey D. Jones
John M. Broderick
Pugh, Jones & Johnson, P.C.
180 North LaSalle Street, Suite 2910
Chicago,  Illinois   60601

David L. Drake
Drake, Narup & Mead, P.C.
107 East Allen Street
Springfield,  Illinois   62704

                                            By:   s/ James P. Baker
                                                James P. Baker
                                                Bar Number: 0097802
                                                Baker, Baker & Krajewski, LLC
                                                415 South Seventh Street
                                                Springfield, Illinois 62701
                                                Telephone: (217) 522-3445
                                                Facsimile: (217) 522-8234
                                                E-mail: carenbakerlaw@sbcglobal.net