E-FILED
Monday, 04 April, 2005 09:59:31 AM
Clerk, U.S. District Court, ILCD

3:02-cv-03354-RM-CHE   # 72-2   Page 1 of 23

# Centocor

**SALES FORCE EXPENSE REPORT**

EXPENSE
REPORT NO. **7015055**

PERIOD ENDING MM/DD/YY **03/03/01**

NAME: caroline kopecky

DEPARTMENT: 490

DISTRICT:

| DATE MM/DD/YY | ORIGIN/ DESTINATION/ PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | Lodging | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Explain on Detail) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPAIR / MAINT. & MISC. (Explain on Detail) | FIELD PROMOTION PROMOTIONAL PROGRAMS | MISC. (Explain on Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/25/01 | hou/hou | 60.0 | | | | | | | | | | | | | |
| 02/26/01 | hou/hou | 80.0 | 243.91 | | | 20.00 | 8.00 | | 88.49 | | | | | | 243.91 |
| 02/27/01 | hou/hou | 60.0 | | | | | 9.00 | 7.84 | 8.66 | | 27.20 | | | | 212.07 |
| 02/28/01 | hou/hou | 80.0 | | | | | 5.00 | | 8.23 | | | | 31.12 | | 56.19 |
| 03/01/01 | hou/hou | 100.0 | 174.75 | | | 24.00 | | | | | | | | 168.21 | 5.00 |
| 03/02/01 | hou/hou | | | | | | | | | | | | | 655.76 | 654.51 |
| 03/03/01 | hou/humble | | | | | | | | | | | | | | |

PLUS OR MINUS ADJUSTMENTS

FIELD # 10  AMOUNT 418.66

| FIELD # | 10 | 11 | 12 | 63 | 13 | 16 | 18 | 18 | 19 | 60 | 61 | 62 | 64 | FIELD # 897 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMOUNT | 418.66 | | | 66.00 | | 7.84 | 105.38 | | 27.20 | | 31.12 | 1,043.97 | | | 1,700.17 |

**\*Calculate Personal Mileage Charge Back In Box #997 at Right**

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a third (0) making it a three digit number, 0XX. (Example, If this total in the Lodging amount field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursements.

SIGNATURE: _(signature)_

APPROVED BY: _(signature)_

DATE MM/DD/YY: 3-6-01

DATE MM/DD/YY: 3/11/01

CALL DATE 03/11/01

CONFIRMATION # **88314764**

| | FIELD # | TOTAL |
|---|---|---|
| Minus Personal Mileage Charge | 997 | 10.0 X 0.0 |
| Due Company | 87 | |
| Due Employee | 820 | 1,700.17 |

396570000 02

NOTICE TO USER
Transmitted electronically to the Drawee by
Gelco Information Network, Inc. P.O. Box
4980, Eden Prairie, Minnesota 55344-2830

**COMPANY CAR ONLY**

| VEHICLE NO. | 409553 |
|---|---|
| ENDING ODOMETER | 54185.0 |
| BEGINNING ODOMETER | 54575.0 |
| TOTAL MILES | 390.0 |
| TOTAL BUSINESS MILES | 380.0 |
| TOTAL PERSONAL MILES | 10.0 |

112/493-05-am

EXHIBIT
_Kopecky 3_

COPY SENT
APR 0 4 2001
TO GELCO

ACCOU    G COPY

tabbies

# BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |

# FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 02/27/01 | ben taub peripherial vascular conference | 220.00 |
| 02/28/01 | HNW pharmacy lunch for cath clear teleconf | 168.21 |
| 03/01/01 | lunch with dr morris | 31.12 |
| 03/03/01 | dinner with Drs Barth, Soltes, Whigham | 655.78 |

# MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |

Document of GelcoInformationNetwork

ACCOL    G COPY

396570000 02




OO  3428  8455

PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT
NOT TRANSFERABLE

CLN0149D

PASSENGER RECEIPT

1/26000001    034522/    A38

**BOARDING PASS**

E TKT

**ARC**  FLIGHT X

COUPON X   X*XXXC150330A65X1CE  A31724173

NAME OF PASSENGER

ISSUED BY
AMERICAN AIRLINES
NAME OF ISSUING AGENT
AMERICAN EXPRESS
NAME OF PASSENGER
KOPECKY/CAROLINE

NORTH BRUNSW NJ US05FEB01
PLACE OF ISSUE

TOUR CODE          AGENT CODE

KOPECKY/CAROLINE
IAH

FROM
ONIA AA2143 N 26FEBN7E1NR/JONSON
IAH AA1978 N 27FEBN7E1NR/JONSON

UGDITI/AA N7E1NR/JONSON  6  001/

X/O  F**NOT VALID FOR** THIS IS YOUR RECEIPT
X/O  *T*TRANSPORTATION*
ENDORSEMENTS/RESTRICTIONS
NO REFUND/CHG FEE USD 100 PLUS FARE DIFF//VLD AA/OA
FP AX37138409056I001*0803/  162290 /FCHOU AA MIA Q
18.60 89.97 AA HOU Q1.86 Q18.60 89.96N7E1NR/JONSON
218.99 END ZPIAHMIA XFMIA3

CARRIER

LZ82*62

ISSUING AGENT'S ID

NOT VALID FOR TRAVEL

XF  3.00

FARE
USD  218.99
TAX/FEE/CHARGE
US  16.42
TAX/FEE/CHARGE
ZP  5.50
TOTAL
USD  243.91

EQUIV. FARE PD.

STOCK CONTROL NO. TX 889   CK
66326820770

CPN

DOCUMENT NUMBER   CK
0 001 7157354734 2

ALLOW PCS WT UNCKD

NOT VALID FOR TRAVEL
0 001 7157354734 2
AA31724173

---

DATE 67-0695I002201 TIME
02/27/01 1426859476  21:00

I.A.H. PARKING  18
6655 WILL CLAYTON PKWY
HUMBLE, TX 77338
201-233-7454

TRAN #                AUTH
215                   562370

SALE

ACCT. NUMBER      EXP
37138409056I001    0803

TOTAL          $20.00

X
SIGNATURE
C              KOPECKY

---

Kinko's              (713) 520-9753
2200 SW Freeway
Houston,           TX 77006

QTY/LIST   DISC   PRICE     AMOUNT
375   FO B&W E/S WHITE STD
       0.00    0.05    0.03    30.00
15    BIND COMB MIXED STANDARD
       3.45    0.00    3.45    51.75

SUB  81.75  TX  6.70  TOT  88.45
        American Express      88.45
                    CHG    0.00
        CUSTOMER ID: KOPECKY, CAROLINE
XXXXXXXXXXX1001 0813 APPROVE 532368

SOUTHLAND PRINTING – SHREVEPORT, LA.    112460

## VALET PARKING
### BY
### Karr Services
### (713) 777-0571

Limo - Town Car - Vans
available for all occasions

808-546

# The French Corner

Deli & Catering Service

*"Confidence in Catering is Our Strength"*

1020 Holcombe Blvd. • Suite 101 • Houston, TX 77030
Tel:713-796-8463 /713-796-8496 • Fax: 713-796-2637

Deliver to Company: _____

Contact Name: Ben Taub

Bill to Company: Carolina Lopecky

Mailing Address: Centocor

713-819-7630

Date of Delivery: Tues 2/27/01

Time of Delivery: 3:45

☐ Pick-up

Address: 4th Fl. Conf. Rm.

Ph.: (Vashtia cont.)   Suite #

Name: Contact; andria Brooks

Ph.: (713) 886-830-4281  (713 864-2156

c.c #: 3713-8409-0501   Name: 001

Fax: _____

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|------|-------------|-------|--------|
| | Utternell | | |
| | Shrell | | |
| 20 | Stuffed jalepenos | | |
| 2 | Sw egg rolls | | |
| 10 pp | | | |
| 10 pp | fruit chees & veggie | | |
| 10 pp | finger sandwiches | | |
| | Asserted soda | | |
| 20 | cookies | | |

Special Instructions: CC # recept mailed: 6632
Wanita Place, Houston, TX 77007

☐ CASH  ☐ CHECK  ☐ CREDIT CARD  Type AMX  Exp. Date 08/03

| | |
|---|---|
| Delivery | |
| Subtotal | |
| Tax | |
| **Total** | 200 |

145312

Order Taken By _____   Order Date _____

Received by _____

tip  20
hand - $. O.
D.

## Receipt 6

STOMER COPY

(6)

WE CATER AND DELIVER
JASON'S DELI-CHP
HOUSTON /
142194035400000          01
                APPROVAL CODE
FEB 28, 01          134924

371384090561001
AMEX          03/08

SALE
ROC #          TERMINAL #
207177          50021733

FOOD AND BEVERAGE

BASE AMOUNT     $153.21
TIP AMOUNT      $15.00
TOTAL           $168.21

X

Cardholder acknowledges receipt of goods and/or services in the
amount of the Total shown hereon and agrees to perform the obli-
gations set forth in the Cardholder's agreement with the Issuer.

## Receipt 7

(7)

HAIM A NEMRY
HOUSTON   TX
DEALER # 4713558
02/28/01 02:45PM

ACCT/CARD #: 046000162812246691   gas
AUTH #     723353
INVOICE #  B030618
CASHIER;   TAG #:          STATE

ITEM          QTY    PRICE    AMT
REG         14.3216  $1.899   27.20
                     TAX      0.00
CREDIT               TOTAL  $27.20

I will pay the total according to the
terms of agreement with the card issuer.

SIGN X

## Receipt 8

Kinko's          (713) 439-1113
2901 West Loop South
Houston,    TX 77027

(8)

QTY/LIST   DISC   PRICE   AMOUNT
100    ES B&W S/S WHITE STD
   0.08   0.00    0.08     8.00

SUB    8.00  TX   0.66  TOT    8.66
             American Express    8.66
                        CHG     0.00
XXXXXXXXXX1001  08/03  APPROVE  548807
I agree to pay the above amount
according to the card issuer agreement.
Sign Here: X

CW  26 TR    6659 RG 3  02/28/01 14:34
Visit us @ http://www.kinkos.com

**$5 parking garage** 3/2 ⑬

www.discovercard.com
BATCH 00010474 STORE# 0001
4011017000219585

ICONOGRAPHY INC
HOUSTON, TX 77005

03/01/01                    10:14 AM
ACCT # 371304070561001   EXP 0803
AX  M0 ITM# 001
APPROVAL 506286

PURCHASE
AMOUNT              $8.23

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

SIGN X _____

RETAIN THIS COPY FOR YOUR RECORDS
TOP COPY-MERCHANT   BOTTOM COPY-CUSTOMER
www.discovercard.com

## KEN'S PRINT'N COPY PLUS
### 12369 KINGSRIDE LANE
### HOUSTON, TX 77024

 ⑩

03-01-01
1   13-06
8985

11    •1•99I
3      X
•1•75   @
11    •5•25I
•7•24I  ⅢA
•0•60I  Ⅲ

_Tax_   •7•84 ⅷ
•8•00ⅢA  Ⅲ
•0•16 ⅢG

CAFE EXPRESS
780 W. SAM HOUSTON #100
HOUSTON, TX  77024

TERMINAL I.D.:        10102252
MERCHANT #:         1422476176

AMEX
#xxxxxxxxxxxx1001
SALE
BATCH: 000567        INVOICE: 067877
DATE: MAR 01, 01        TIME: 12:52
SQ: 029            AUTH NO: 506362

TOTAL            $31.12
FOOD & BEVERAGE            10

CUS

⑪

STANDARD PARKING SYS
METHODIST HOSPITAL VALET
6565 FANNIN
HOUSTON TX,77030          $81

03/01/01 09:37  L# 1 A# 3  Txn# 99959
03/01/01 08:06 In  03/01/01 09:37 Out
Fee ......1      $    9.00
Total Fee        $    9.00
CASH PAID        $    9.00-
Cash Tender      $   20.00
Change Due       $   11.00
THANK YOU
PLEASE COME AGAIN

⑫

OO 3428 5812
PASSENGER TICKET AND BAGGAGE CHECK    CENB149B
SUBJECT TO CONDITIONS OF CONTRACT
NOT TRANSFERABLE

PASSENGER RECEIPT

1/26000001   B369B39   A/1
XXXXXXXXX
BOARDING PASS

E-TKT

ARC FLXX
ISSUED      COUPON XXXXX    TOUR CODE          A31724173
CONTINENTAL AIRLINES XXXXX              NORTH BRUNSWI NJ US27FEB01
NAME AMERICAN EXPRESS          DATE OF ISSUE  7 BB11/
NAME KOPECKY/CAROLINE    QMKXXEQ/AA  CLTX22  ORIGINATOR
X/O  **NOT VALID FOR** THIS IS YOUR RECEIPT
X/O  *O*TRANSPORTATION*                                 LZB2*71
ENDORSEMENTS/RESTRICTIONS  CO/COEX ONLY/NON-END
FP AX371384090561001*0803/   195813 /FCHOU CO SAT78
.72 CO HOU78.72QL/K226 157.44 END ZPIAHSAT

KOPECKY/CAROLINE
IAH
OSAT C0637 Q O3NARQL/K226
IAH CO1664 Q O7NARQL/K226
********************************
********************************
********************************
********************************
********************************
********************************

FARE USD   157.44    EQUIV. FARE PD.
TAX/FEE/CHARGE US   11.81      STOCK CONTROL NO. TX 889    CK
TAX/FEE/CHARGE Z    5.50  69766945275
TOTAL USD   174.75       (14)

DOCUMENT NUMBER      CK
0 005 7164174217 3

NOT VALID FOR TRAVEL
0 005 7164174217 3
AA31724173

---



**Mile Hi Valet Service**
**Marriott**

SAT 3/03/01    $ 12.00

(15)

**Mile Hi Valet Service**
**Marriott**

RECEIPT FOR
PAID PARKING



23655

THIS AGREEMENT LIMITS OUR
LIABILITY — PLEASE READ IT
CAREFULLY BEFORE SERVICE

CLAIM CHECK

23-655



(15)

```
**PAESANOS RISTORANTE**
    111 W CROCKETT
  SAN ANTONIO, TX 78205
     (210)227-2782
Date:      Mar03'01 07:36PM
Card Type: Amex
Acct #:    3713040905610...
Exp Date:  08/03
Auth Code: 545434
Check:     2443
Server:    203 Rick
           C KOPECKY

Subtotal:        10.28
Tip:              1.00

Total:           11.28

Signature:
```

16

```
**PAESANOS RISTORANTE**
    111 W CROCKETT
  SAN ANTONIO, TX 78205
     (210)227-2782
Date:      Mar03'01 10:28PM
Card Type: Amex
Acct #:    3713040905610001
Exp Date:  08/03
Auth Code: 567148
Check:     2474
Table:     66/1
Server:    130 Brady
           C KOPECKY

Subtotal:       536.48
Tip:            108.00

Total:          644.48

Signature:
```

16

EEOC0001371

Original Document of Gelco Information Network

# Centocor

## SALES FORCE EXPENSE REPORT

**NAME** caroline kopecky
**DEPARTMENT** 490
**DISTRICT**
**EXPENSE REPORT NO.** 7015056
**PERIOD ENDING MM/DD/YY** 03/10/01

| DATE MM/DD/YY | ORIGIN / DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES (10) | AIR / RAIL / BUS (11) | LODGING (12) | TAXI, LIMO, AUTO RENTAL (83) | PARKING / TOLLS (13) | BUSINESS MEALS (16) | PHONE / FAX (16) | OFFICE SUPPLIES & COPIES (17) | POSTAGE (18) | AUTO FUEL (19) | REPAIR/MAINT & MISC (80) | FIELD PROMOTION PROMOTIONAL ACCESS #100 (81) | PROMOTIONAL ACCESS #100 (82) | MISC (84) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/04/01 | | | | | | 18.00 | | | | | | | 7.50 | | | 25.50 |
| 03/05/01 | | | | | | 5.00 | 9.24 | | | | | 18.95 | | 808.53 | | 841.72 |
| 03/06/01 | | | | | | 5.00 | | | | | | | | | | 5.0 |
| 03/07/01 | houhou | 80.0 | | | | 10.00 | 4.75 | | | | | | | | | 14.75 |
| 03/08/01 | houhou | 80.0 | | | | 8.00 | | | | | | | | | | 9.00 |
| 03/09/01 | houhou | 80.0 | | | | 13.00 | | | | | | | | | | 13.00 |
| 03/10/01 | houhou | | | | | | | | | | | | | | | |
| PLUS OR MINUS ADJUSTMENTS | | | | | | | | | | | | | | | | |
| TOTAL | | | | | | 60.00 | 13.99 | | | | | 18.95 | 7.60 | 808.53 | | 908.87 |

**FIELD #** 10  11  12  83  13  16  16  17  18  19  80  81  82  84

**AMOUNT**

### COMPANY CAR ONLY

| | |
|---|---|
| VEHICLE NO. | 409553 |
| BEGINNING ODOMETER | 54575.0 |
| ENDING ODOMETER | 54815.0 |
| TOTAL MILES | 240.0 |
| TOTAL BUSINESS MILES | 240.0 |
| TOTAL PERSONAL MILES | 240.0 |

*Calculate Personal Mileage Charge Back in Box #987 at Right

**IMPORTANT**

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 9XX. (Example: If the total in the Lodging amount field is negative, enter the code 911 instead of 11.)

Payment requests exceeding authorized dollar limits will delay reimbursements.

SIGNATURE _____ DATE MM/DD/YY 3-21-01
APPROVED BY _____ DATE MM/DD/YY 3-21-01

**FIELD #** 40  QUANTITY  No. of Gallons

| FIELD PROMOTION (Explain on Detail) | | | | | |
|---|---|---|---|---|---|
| AUTO FUEL (19) | REPAIR/MAINT & MISC (80) | PROMOTIONAL ACCESS #100 (81) | PROMOTIONAL ACCESS #100 (82) | MISC (84) | DAILY TOTAL |
| | | 7.50 | | | 25.50 |
| | 18.95 | | 808.53 | | 841.72 |
| | | | | | 5.0 |
| | | | | | 14.75 |
| | | | | | 9.00 |
| | | | | | 13.00 |
| | 18.95 | 7.60 | 808.53 | | 908.87 |

| | FIELD # | TOTAL |
|---|---|---|
| Minus Personal Mileage Charge X 0.0 | 987 | |
| Due Company | 87 | |
| Due Employee | 820 | 908.97 |
| TOTAL | | 908.97 |

396570000 02

**CALL DATE** 03/11/01
**CONFIRMATION #** 88315603

NOTICE TO USER
Traveller Authorization issued to the Driver by
Gelco Information Network, Inc. P.O. Box
49020, Eden Prairie, Minnesota 55344-0500

COPY SENT
APR 04 2001
TO GELCO


Accounting Copy

EEOC0001372

# BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 03/05/01 | Caroline Kopecky | Twin Sisters Café | SCVIR | 9.24 |
| 03/08/01 | Caroline Kopecky | convention center | SCVIR | 4.75 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 03/05/01 | dinner with drs weiser, murray, ahren, kozlowski, and support staffs | 808.53 |
| 03/04/01 | dinner with dr katragradda | 7.50 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 03/05/01 | car wash and wiper fluid | 18.95 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

112499 05 dmm

Original Document of GelcoInformationNetwork

ACCOUNTING COPY

# Centocor

**SALES FORCE EXPENSE REPORT**

NAME: caroline kopecky
DEPARTMENT: 490
DISTRICT:

**EXPENSE REPORT NO. 7015057**
PERIOD ENDING (MM/DD/YY): 03/17/01

| DATE MM/DD/YY | ORIGIN / DESTINATION / PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Explain on Detail) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL (Explain on Detail) | REPAIR / MAINT & MISC. (Explain on Detail) | PROMOTIONAL PROGRAMS | FIELD PROMOTION (Explain on Detail) PROMOTIONAL ACCESS #3100 | PROMOTIONAL ACCESS #3100 | MISC. (Explain on Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/11/01 | hou/hou | | | | | 15.00 | | | | | 24.33 | | | | | | 15.00 |
| 03/12/01 | hou/hou | 198.22 | | | | 22.00 | | | | | | | | | | | 244.55 |
| 03/13/01 | hou/galveston | 150.0 | | | | 15.00 | | | | | 24.52 | | | | | | 15.00 |
| 03/14/01 | hou/hou | 80.0 | | | | 4.00 | | | | | | 161.56 | | 267.08 | | | 28.52 |
| 03/15/01 | hou/hou | 80.0 | | | | 9.00 | | | | | | | | | | | 437.64 |
| 03/16/01 | hou/san antonio | 300.0 | | | | | | | | | | | | | | | 2.00 |
| 03/17/01 | san antonio/hou | 300.0 | | | | 2.00 | | | | | | | | | | | 2.00 |
| | PLUS OR MINUS ADJUSTMENTS | | | | | | | | | | | | | | | | |
| 11:26AM 05:4nm | AMOUNT | | 198.22 | | | 67.00 | | | | | 24.33 | | | 210.41 | 267.08 | | 742.71 |
| | FIELD # | 10 | 11 | 12 | | 63 | 13 | 15 | 16 | 17 | 18 | 19 | 60 | 61 | 62 | 64 | TOTAL |

**\*Calculate Personal Mileage Charge Back in Box #997 at Right**

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursements.

| | FIELD # | QUANTITY |
|---|---|---|
| AUTO FUEL No. of Gallons | 40 | |

| | FIELD # | TOTAL |
|---|---|---|
| Minus Personal Mileage Charge 30.0 X 0.0 | 997 | 30.00 |
| Due Company | 87 | |
| Due Employee | 820 | 742.71 |

**NOTICE TO USER**
Traveler/Authorization issued to the Drawer by Gelco Information Network, Inc. P.O. Box 44600, Eden Prairie, Minnesota 55344-2500

389657000 02

| CALL DATE | CONFIRMATION # |
|---|---|
| 03/22/01 | 88437130 |

---

### COMPANY CAR ONLY

| | |
|---|---|
| VEHICLE NO. | 409563 |
| ENDING ODOMETER | 54815.0 |
| BEGINNING ODOMETER | 53755.0 |
| TOTAL MILES | 940.0 |
| TOTAL BUSINESS MILES | 910.0 |
| TOTAL PERSONAL MILES | 30.0 |

SIGNATURE: _(signature)_  DATE MM/DD/YY: 3/12/01
APPROVED BY: _(signature)_  DATE MM/DD/YY: 3-26-01

COPY SENT
APR 04 2001
TO GELCO

ACCOUN COPY

4/4/01
MC

## BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |

## FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 03/12/01 | breakfast inservices at Ochsner Clinic | 24.33 |
| 03/15/01 | dinner inservices at NE Med Ctr | 70.76 |
| 03/15/01 | dinner inservices at HNW Med Ctr | 90.80 |
| 03/15/01 | Cardiology lunch at SLEH | 267.08 |
| 03/14/01 | misc inservices for physicians | 24.52 |

## MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |

Ori.          Document of GelcoInformationNetwork

112499 05 dmm

ACCOU.          3 COPY

39657000 02

03/01/01

# Monthly EZ TAG Statement
## HCTRA EZ TAG Store
330 Meadowfern, Ste. 114
Houston, TX  77067
(281)875-3279

### *** This is NOT an invoice. ***

‖₁₁‖₁₁‖₁₁‖₁₁‖₁₁₁₁‖₁₁₁₁‖₁₁₁₁₁‖₁₁

CAROLINE R. KOPECKY          200-1-121                    Acct:
6632 WANITA PL
HOUSTON TX 77007-2035

## TRANSACTION DETAIL

| Date | Time | Tag # | Location | Description | Amount | | Date | Time | Tag # | Location | Descripti |
|------|------|-------|----------|-------------|--------|---|------|------|-------|----------|-----------|
| | | | | Account balance | 30.50 | | | | | | |
| | | | | Tag deposit bala | 15.00 | | | | | | |
| | | | | Statement/Invoic | -1.50 | | | | | | |
| 2/01 | 6:47am | | | Tag Rental Fee | -1.00 | | | | | | |
| 2/01 | 6:47am | | | Tag deposit bala | 15.00 | | | | | | |
| 2/28 | 11:59pm | | | | | | | | | | |
| 2/01 | 7:04am | 169417 | Hardy South | Toll | -0.75 | | | | | | |
| 2/01 | 7:07am | 169417 | Airport Connector | Toll | -0.50 | | | | | | |
| 2/01 | 6:18pm | 169417 | Airport Connector | Toll | -0.50 | | | | | | |
| 2/01 | 6:21pm | 169417 | Hardy South | Toll | -0.75 | | | | | | |
| 2/05 | 7:04am | 169417 | Sam Houston South | Toll | -0.75 | | | | | | |
| 2/08 | 12:20pm | 169417 | Hardy South | Toll | -0.75 | | | | | | |
| 2/08 | 12:28pm | 169417 | Hardy North | Toll | -0.75 | | | | | | |
| 2/15 | 2:31pm | 169417 | Hardy South | Toll | -0.75 | | | | | | |
| 2/15 | 2:39pm | 169417 | Hardy North | Toll | -0.75 | | | | | | |
| 2/20 | 7:27am | 169417 | Hardy South | Toll | -0.50 | | | | | | |
| 2/20 | 7:29am | 169417 | Airport Connector | Toll | -0.50 | | | | | | |
| 2/20 | 12:40pm | 169417 | Airport Connector | Toll | -0.50 | | | | | | |
| 2/20 | 12:43pm | 169417 | Hardy South | Toll | -0.75 | | | | | | |
| 2/22 | 8:54am | 169417 | Hardy South | Toll | -0.75 | | | | | | |
| 2/22 | 8:56am | 169417 | Airport Connector | Toll | -0.50 | | | | | | |
| 2/22 | 5:11pm | 169417 | Airport Connector | Toll | -0.50 | | | | | | |
| 2/22 | 5:13pm | 169417 | Hardy South | Toll | -0.75 | | | | | | |
| 2/26 | 5:47am | 169417 | Hardy South | Toll | -0.75 | | | | | | |
| 2/26 | 5:50am | 169417 | Airport Connector | Toll | -0.50 | | | | | | |
| | | | | Tag total | -12.50 | | | | | | |
| 2/28 | | | | Account balance | 15.50 | | | | | | |

### ACCOUNT SUMMARY

| Description | Qty | Amount | Total |
|-------------|-----|--------|-------|
| BEGINNING BALANCE | | | 30.50 |
| Toll | 19 | -12.50 | |
| Tag Rental Fee | 1 | -1.00 | |
| Statement/invoice fee | 1 | -1.50 | -15.00 |
| Charges | | | 0.00 |
| Payments plus credits | | | |
| ENDING BALANCE | | | 15.50 |

REMINDER TO CUSTOMERS: 2.A OF THE EZ TAG AGREEMENT STATES:

DOCUMENT IS HEAT SENSITIVE — Do not expose to prolonged periods of excessive heat or light

NO. COPYRIGHT © AIRLINES REPORTING CORP. 1997.   STOCK 3426  D10202

PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT
NOT TRANSFERABLE

**PASSENGER RECEIPT**

ARC

**CONTINENTAL AIRLINES**
**AMERICAN EXPRESS**
**KOPECKY/CAROLINE**
****NOT VALID FOR****THIS IS**TOUR RECEIPT**
****TRANSPORTATION**
VALID CO/COEX ONLY/NON-END
FP AX371384090561001*0803/   119744 /FCHOU CO MSY88
.24 CO HOU88.24QL/K226 176.48 END ZPIAHMSY XFMSY3

NORTH BRUNSWICK NJ US 27FEB01
QMUNBB/AA QL/K226

A31724173  KOPECKY/CAROLINE
IAH
ONSY CO1622 Q 12MARQL/K226
IAH CO1645 Q 12MARQL/K226

XF   3.00
FARE USD  176.48
TAXFEE US  13.24
TAXFEE/CHARGE  5.50  69766945242
TOTAL USD  198.22

DOCUMENT NUMBER
0 005 7164174214 0

NOT VALID FOR TRAVEL
0 005 7164174214 0
AA31724173

---



**CASH RECEIPT**

# PARK ONE

601 POYDRAS ST., SUITE 2009
NEW ORLEANS, LA. 70130
525-7275

Date: 3/12          Time:

$  6.00

Attendant:
Form - 19

Parking

Bush Intercontinental Airport
P.O. Box 60751
Houston TX 77205

Computer Number:                    1
Cashier:                  3RD Shift ID #989
Transaction Number:              140
exited:              03/12/01  16:35
Ticket #56284          Dispenser #29
Rate:                   C East Daily
Total Fee:                  $10.00
Cash:                       $10.00

---



LE MADELINE, LOUISIANA
HARAHAN, LA
11713104360000          01
MAR 12, 01              APPROVAL
                          590479
C KOPECKY
371384090561001        03/08
AMEX
        SALE            0020
ROC #            TERMINAL #
  308386          24001348
FOOD AND BEVERAGE

TOTAL              $24.33

---

**CASH RECEIPT**

# PARK ONE

601 POYDRAS ST., SUITE 2009
NEW ORLEANS, LA. 70130
525-7275

Date: 3/12          Time:

$  6.00

Attendant:
Form - 19

⑤

```
        RECEIPT
      SMITH TOWER
------0002 11:56:38 03-13-2001 03------

181  1    576 11:17 03/13 11:55 03/13

   PARKING            3.00

   CHECK              3.00

       STANDARD PARKING
----THANK YOU FOR PARKING WITH US----
------------------------------------
```

University of Texas Medical Branch
Galveston, TX.

⑤

GARAGE  2  SITE ID 1  CASHIER 1-2

```
TICKET   000088   3/13/01 14:09
ARRIVE                      13:09

PARKING FEE          $     1.00

AMOUNT PAID          $     1.00
CHANGE               $     0.00
```

Thanks for choosing University of Texas
Medical Branch, Galveston, TX.

⑤ **Memorial Hermann**
Healthcare System

RECEIPT FOR PARKING

Total Amount of Payment $3⁰⁰

_3/13/01_
Date

_Bo Caughran_
Attendant

431890 12/99

⑤ **ALLRIGHT CASH RECEIPT**

DATE ___3-13-01___

RECEIVED $ ___8 00___

BY _____

FORM 57
PRINTED IN U S A



⑥

```
        RECEIPT
     SCURLOCK TOWER
------0041 14:58:10 03-15-2001 02------

189  1 123619 11:10 03/15 14:57 03/15

   PARKING            9.00

   CASH               9.00

       STANDARD PARKING
----THANK YOU FOR PARKING WITH US----
------------------------------------
```



***** REPRINT *****

**PIZZA HUT DELIVERY**

Ticket # 00011

ENTERED BY
BOBBI
312080          02/08/01          11:40

**NORTHEAST MEDICAL CENTER ER**
18951 MEMORIAL DR N
EMERGENCY ROOM
HUMBLE TX 77338

**(281)540-7000**
Business                       xy: F-07

CAS/ PAID IN STORE/ 2/8/01

| | | | |
|---|---|---|---|
| 01 | 1 | Large<br>Hand toss<br>Meat Lvr | 14.29 |
| 02 | 1 | Large<br>Hand toss<br>Veg Lovr | 14.29 |
| 03 | 1 | Large<br>Hand toss<br>Cheese<br>Pepperoni<br>Beef | 12.79 |
| 04 | 1 | Large<br>Hand toss<br>Cheese<br>Can Bacn<br>Bl Olive | 8.00 |
| 05 | 1 | Large<br>Hand toss<br>Cheese<br>Pepperoni<br>Mushrm | 8.00 |
| 06 | 1 | Large<br>Hand toss<br>Veg Lovr | 8.00 |

Subtotal        65.37
Tax              5.39
Balance Due     70.76

**For Carryout or Delivery
Use your Visa card!**

---

**PIZZA HUT 1960 @ 45
DELIVERY**

Ticket # 00040

ENTERED BY
KK
312040          02/27/01          15:16

**NORTHWEST HOSPITAL**

710 FM 1960 RD W
EMERGENCY ROOM
HOUSTON TX 77090

**(281) 440-2146**
hospital/clinic               xy: E-06

GOES TO BECCA IN ER

| | | | |
|---|---|---|---|
| 01 | 1 | Large<br>Hand toss<br>Meat Lvr | 14.29 |
| 02 | 1 | Large<br>Hand toss<br>Veg Lovr | 14.29 |
| 03 | 1 | Large<br>Hand toss<br>Cheese<br>Can Bacn<br>Mushrm | 12.79 |
| 04 | 1 | Large<br>Hand toss<br>Cheese<br>Beef | 11.29 |
| 05 | 1 | Large<br>Hand toss<br>Cheese<br>Beef | 8.00 |
| 06 | 1 | Large<br>Hand toss<br>Cheese<br>Can Bacn<br>Mushrm | 8.00 |
| 07 | 1 | Large<br>Hand toss<br>Cheese<br>Pepperoni | 8.00 |
| 08 | 1 | Large<br>Hand toss<br>Veg Lovr | 8.00 |

Subtotal        84.66
Tax
Balance Due     90.80

# Guest Check

⑨

| SERVER | TABLE | GUESTS | CHECK NUMBER |
|--------|-------|--------|--------------|
| | | 11 30 | 49255 |

| | | |
|---|---|---|
| 10 L 6 | | 39 5 |
| 10 L 35 | | 49 50 |
| 10 L 8 | | 42 5 |
| 5 L 18 | | 19.75 |
| 5 L 28 | | 24.75 |
| | | 28 50 |
| 30 ER | | 24.00 |
| (2) RINK 3 | | |

**AMPCO
SYSTEM
PARKING**

### DAILY PARKING RECEIPT

E _____ 3-14-01

OUNT $ _____ 4 ___ Tax included

NED _____

0 Milam, Suite 100, Houston, Texas 77002-1619

**JIMMY WOK RESTAURANT**
2248 W. Holcombe
Houston, TX 77030
(713) 668-1016

TAX 1247.00

TOTAL

+ 20 TIP

total
$267.08

Adams A 10L

```
285        10    9989   01582  004
SNICKER 13OZ        B      2.50 SALE
  1 @ 2/ 5.00
TWIX MINI13Z        B      2.50 SALE
  1 @ 2/ 5.00
TWIX MINI13Z        B      2.50 SALE
  1 @ 2/ 5.00
SNICKER 13OZ        B      2.50 SALE
  1 @ 2/ 5.00
REESE 11.4OZ        B      2.50 SALE
  1 @ 2/ 5.00
T/ROLL 22.5Z       1B      2.99
R/S EGG 1.25       1B       .59
H/MK VAL BAG       1T      2.49
H/MK VAL BAG       1T      2.49
EASTER GRASS        T      1.59
  1 @ 1/ 1.59 - 2/ 3.00
     SUBTOTAL             22.65

  8.25% SALES TAX          1.87
  TOTAL                   24.52

  ACCT#***********1001
  EXPIRATION DATE: 08/03
CREDIT CARD    24.52 CHANGE        .00
```



Methodist Hospital
4499 Medical Dr. SUITE SL 18 PARKING
San Antonio, Tx 78229

```
Fee Computer Number:                        I
Cashier:                    CASHIER ID #328
Transaction Number:                      278
Entered:                    03/16/01  11:53
Exited:                     03/16/01  12:11
Ticket #48019               Dispenser #
Rate:                             Area 1
Total Fee:                        $2.00
Cash:                             $2.00
```

Thank you
210 575 3178

```
        THANK YOU
FOR FASTER SERVICE, CALL IN YOUR
PRESCRIPTION 24 HOURS IN ADVANCE
       www.walgreens.com
```

RETAIN THIS RECEIPT FOR YOUR RECORDS

MARCH 14, 2001        12:04 PM

# ventocor

## SALES FORCE EXPENSE REPORT

**EXPENSE REPORT NO. 7015058**

| DEPARTMENT | DISTRICT | PERIOD BEGINS MM/DD/YY 03/24/01 |

rolina kopecky

490

| DATE MM/DD/YY | ORIGIN / DESTINATION/PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAX, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Explain Detail) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPAIR / MAINT & MISC. (Explain Detail) | PROMOTIONAL PROGRAMS | PROMOTIONAL ACCESS #100 | PROMOTIONAL ACCESS #100 | MISC. (Explain Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/18/01 | houl/galveston | 140.0 | | | | 3.00 | | | | | | 12.49 | | 25.60 | | | 260.75 |
| 3/19/01 | houl/houl | | 212.50 | | 52.00 | 14.66 | | 101.98 | 130.17 | | | | | 40.25 217.46 | | | 538.87 |
| 3/20/01 | houl/houl | 70.0 | | | | | | | | | | | | 81.19 232.03 | | | 331.22 |
| 3/21/01 | houl/houl | 80.0 | | | | 18.00 | | | | | | | | | | | |
| 3/22/01 | houl/houl | 50.0 | | | | | | | | | | | | | | | |
| 3/23/01 | houl/conroe | 120.0 | | | | | | | | | | | | 76.23 | | | 76.23 |
| 3/24/01 | | | | | | | | | | | | | | | | | |

**PLUS OR MINUS ADJUSTMENTS**

| | FIELD # | 10 | 11 | 12 | 63 | 13 | 16 | 18 | 17 | 18 | 19 | 60 | 61 | 62 | 64 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMOUNT | | | | 52.00 | 35.66 | | 101.98 | 130.17 | | | 12.49 | | 223.27 449.49 | | | 1,217.56 |

| FIELD # | QUANTITY | No. of Gelcos |
|---|---|---|
| 40 | | |

### COMPANY CAR ONLY

| VEHICLE NO. | 409553 |
| BEGINNING ODOMETER | 55755.0 |
| ENDING ODOMETER | 56225.0 |
| TOTAL BUSINESS MILES | 470.0 |
| TOTAL BUSINESS MILES | 460.0 |
| TOTAL PERSONAL MILES | 10.0 |

*Calculate Personal Mileage Charge Back in Box #997 at Right

### IMPORTANT
If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number. 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 611 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursements.

| FIELD PROMOTION (Explain on Detail) |
|---|
| Minus Personal Mileage Charge | 997 |
| 10.0 X 0.0 | |
| Due Employee | 820 |
| Due Company | 87 |

| CALL DATE | 04/02/01 |
| CONFIRMATION # | 88543954 |

NOTICE TO USER
Traveller Authorization issued to the Drawer by Gelco Information Network, Inc. P.O. Box 44800, Eden Prairie, Minnesota 55344-0800

306570000 02

SIGNATURE _____ APPROVED BY _____

DATE MM/DD/YY _____ DATE MM/DD/YY 5-21-01

COPY SENT
JUN 0 1 2001
TO GELCO
6-4-01

## BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 03/23/01 | lunch inservice at Conroe Rad | DR Turley | for retavase | 25.17 |
| 03/23/01 | lunch inservice at Conroe Rad | DR Turley | for retavase | 25.88 |
| | | | | |

## FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 03/19/01 | breakfast inservices at UTMB Rad _for retavase_ | 25.60 |
| 03/20/01 | dinner - discussion of retavase with drs luna and larkin | 40.25 |
| 03/20/01 | DAG teleconference at lunch at Ochsner Clinic Rad _Attendees - Drs Levy, DeVun Gosleritz & residents - discuss radiology_ | 217.46 |
| 03/21/01 | lunch with Park Plaza Rad group _to discuss retavase_ | 81.19 |
| 03/21/01 | lunch at SLEH Cardiology Conference _to discuss retavase_ | 232.03 |
| 03/23/01 | Breakfast inservices at HNW Rad _for retavase_ | 25.08 |

## MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 03/18/01 | car wash | 12.49 |

112499 05 dmm

399570000 02



## PASSENGER'S RECEIPT, TAXICAB FARE

Cab Company _____
Date _____
Amount of Fare .............. $ 21.00
Other Charges .............. $ 5.00
Total ..................... $ 26.00
Driver's Name _____
Cab Number _____

University of Texas Medical Branch
Galveston, TX.

GARAGE 2 SITE ID 1 CASHIER 1-1

TICKET   008037   3/19/01 10:13
ARRIVE                    9:43

PARKING FEE        $      3.00

AMOUNT PAID        $      5.00
CHANGE             $      2.00

Thanks for choosing University of Texas
Medical Branch. Galveston, TX.



# Ace Park & Ride

7783 Airport Blvd. • Houston, TX 77061

DATE: *March 20, 2001*

AMOUNT: $ 5.66

*"Thank You"*



### BRENNANS
3300 Smith Street, Houston, TX, 77006
(713)522-9711
CAPTAIN: JORGE      TABLE#: NGT1
CHECK#A8      DATE:03-20-TIME:09:07PM

Thanks for sharing your FEELINGS about
your SERVICE EXPERIENCE.

MERCHANT #  1421007659

CARDMEMBER: C KOPECKY
AMEX: 371384090561001
EXP: 08/03
AUTH # 54

SEQUENCE # 00000087

PURCHASES ......... $ ........ 35.25

TIP ............... $ ........ 5.00

TOTAL ............. $ ........ 40.25

DATE  22301748701  TIME
03/19/01 1421330922  06:43

EINSTEIN BROS BAGELS #1740
5300 KIRBY DRIVE
HOUSTON TX 77005
713-528-1992

TRAN #                  AUTH
040                     571974
             SALE

ACCT. NUMBER      EXP
371384090561001   0003

DESC_____

TOTAL $          | 25.68

Due tc                   :I plan to

⑦

```
      CREDIT    SALE
MISTER CAR WASH #10      STN#:00202159
3150 KIRBY
HOUSTON, TX


WASH         1 @ $12.49  $12.49
SALE TOTAL:     $12.49
XXXXXXXXXXX1001      E/ AMEX
                   EXPIRES:08/03
03/18/01  12:12        CASHIER 000
INVOICE#:5900608  AUTHORIZATION:519648
        CUSTOMER COPY


        HEVRON ****
```

④

# 59-351 7650

## PARKING RECEIPT

Date 3/20   Paid 9.00

To _____

*Ampco System Parking*

---

**834-1400**          **888-TAXI**



⑧

```
SPITALE'S DELI & CATERING
     2408 NORTH ARNAULT
     METAIRIE, LA. 70001
      (504) 837 - 9912

MERCHANT :542929000001794
TERMINAL :LYK04647
DATE     :03/19/01   TIME  :16:34
BATCH    :031901     REF # :023
TYPE     :AMER EXPRESS  EXP :01/02
ACCOUNT  :371384090561001
AUTH     :162790

SALE         $  199.46

X_____ 18.00
        SIGNATURE  217.46
```

② A **SERVICE CAB**

CUSTOMER'S NAME _____  TIME 1:06 AM/PM

FARE $ 26.00   DATE 3/20/01

DRIVER Arubi True Allah   CAB. NO. 116

AUDLER PTG. 486-6216  FORM 2

SE IMPRINT CARD
TO PAY ABOVE TOTAL AMOUNT
NG TO CARD ISSUER AGREEMENT

INK YOU FOR SHOPPING HERE
HAVE A GREAT DAY

⑨

St. LUKE'S
Episcopal Hospital



# PARKING RECEIPT

PAID $9.00 _____

DATE 3/21/01 _____

PS 0831 2/89

 

**ST. LUKE'S**
Episcopal Hospital

# PAID

# PARKING RECEIPT

PAID _____

DATE 3/21/01

⑨

PS 0831 2/89

---

⑫

Kinko's                    (713) 439-1113
2901 West Loop South
Houston,        TX 77027

| QTY/LIST | DISC | PRICE | AMOUNT |
|---|---|---|---|
| 25 | BIND COMB CARDSTOCK STANDARD | | |
| 2.45 | 0.00 | 2.45 | 61.25 |
| 675 | FS B&W S/S WHITE STD | | |
| 0.08 | 0.00 | 0.08 | 54.00 |
| 25 | FS B&W S/S 8.5 X 11 CARDSTOCK | | |
| 0.20 | 0.00 | 0.20 | 5.00 |

SUB   120.25  TX    9.92  TOT ▓▓▓▓
       American Express   130.17
                    CHG    0.00
      CUSTOMER ID    KOPECKY,CAROLINE
XXXXXXXXXXX1001  08/03  APPROVE 564248
I agree to pay the above amount
according to the card issuer agreement.
Sign Here: X _____

RG 3  03/19/01 12:25
//www.kinkos.com

---

⑩

JASONS DELI
HOUSTON, TX
14219403880000 01
MAR 21,  APPROVAL
            543290

C KOPECKY
***********1001
AMEX        03/08

      SALE
ROC #    TERMINAL #
 235491   24006618

FOOD AND BEVERAGE

BASE AMOUNT $81.19

TIP AMOUNT _____

TOTAL _____

X _____
  I AGREE TO PAY ABOVE TOTAL AMOUNT
  ACCORDING TO CARD ISSUER AGREEMENT
  (MERCHANT AGREEMENT OF CREDIT VOUCHER)
TOP COPY-MERCHANT      NOT FOR COPY-CUSTOMER

---

**CUSTOMER COPY**

⑪

COLLINA'S ITALIAN CAFE
HOUSTON
14219129320000  01
      APPROVAL CODE
MAR 21, 01     167248

37138409056100 1
AMEX        03/08

      SALE
ROC #        TERMINAL #
 455924      50028777

  FOOD AND BEVERAGE

BASE AMOUNT    $207.03
TIP AMOUNT      $25.00
TOTAL          $232.03

X _____
Cardholder acknowledges receipt of goods and/or services in the
amount of the Total shown hereon and agrees to perform the obli-
gations set forth in the Cardholder's agreement with the Issuer.