3:02-cv-03354-RM-CHE   # 72-4   Page 1 of 14
E-FILED
Monday, 04 April, 2005  09:41:42 AM
Clerk, U.S. District Court, ILCD

# TRAVEL SERVICES

**MAILING ADDRESS:**
P.O. BOX 16598
NEW BRUNSWICK, NJ 08906-6598
1-888-565-8728

**OVERNIGHT ADDRESS:**
ROUTE 1 NORTH AND AARON RD
SHARED SERVICES LOBBY
NORTH BRUNSWICK, NJ 08902

```
SALES PERSON: 71        ITINERARY/INVOICE NO. 0003007        DATE: 15 MAR 01
CUSTOMER NBR: 1726000001              TUNGTJ                 PAGE: 01
```

```
TO: CENTOCOR. INC
    CAROLINE KOPECKY
    6632 WANITA PL
    HOUSTON, TX. 77007
```

FORWARD COPY 1 W/ EXPENSE REPORT
Signed _____ Approval _____
Date _____ Account # _____
Purpose of Business _____

```
FOR: KOPECKY/CAROLINE          REF: CEN01490
```

(13)

```
20 MAR 01 - TUESDAY
   AIR   SOUTHWEST AIRLINES   FLT:326     ECONOMY
         LV HOUSTON   HOBBY              840A          EQP: BOEING 737-700
                                                       01HR 00MIN
         AR NEW ORLEANS                  940A          NON-STOP
   CAR   NEW ORLEANS          AVIS RENT A CAR          INTER CAR AUTO A/C
         PICK UP-0940                                  CD-A368500
         RETURN-20MAR/1640                             ID-R3T09M
         DAILY RATE-USD46.00                           UNLIMITED MILEAGE
         EXTRA DAY-46.00                               UNLIMITED MILEAGE
         EXTRA HOUR-15.35                              UNLIMITED MILEAGE
         CONFIRMATION NUMBER    15396700US4PEXP        RATE-GUARANTEED
   AIR   SOUTHWEST AIRLINES   FLT:1364    ECONOMY
         LV NEW ORLEANS                  240P          EQP: BOEING 737 300
                                                       01HR 10MIN
         AR HOUSTON   HOBBY             350P           NON-STOP

16 SEP 01 - SUNDAY
   OTHER AMERICAN AIRLINES
         ///THANK YOU FOR USING THE CORPORATE TRAVEL DEPARTMENT -

ELECTRONIC TICKET CONFIRMATION -  WN - 2U026A

AIR TICKET   0N2749990149          BILLED TO AX371384090561001      212.50*
ELEC TKT
                                   SUB TOTAL                        212.50
                                   NET CC BILLING                   212.50*

**THIS IS YOUR RECEIPT!**        TOTAL AMOUNT DUE                     0.00
```



VERNONS KUNTRY BBQ
CONROE, TX
142242377200000  01
MAR 23, 01       APPROVAL
                 586700

C KOPECKY
371384090561001      03/08
AMEX

        SALE
ROC #           TERMINAL #
  504390          24003037

   FOOD AND BEVERAGE

BASE AMOUNT        $25.17

TIP AMOUNT      _ _ _ _ _ _ _ _

TOTAL

X _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
    I AGREE TO PAY ABOVE TOTAL AMOUNT
   ACCORDING TO CARD ISSUER AGREEMENT
  MERCHANT AGREEMENT IF CREDIT VOUCHER)
                            ...OMER



TACO CABANA #14
   CONROE, TX
142195401700000 01
AR 23, 01 APPROVAL
         529469

C KOPECKY
371384090561001
AMEX        03/08

     SALE
ROC #      TERMINAL #
 328278     22015390

 FOOD AND BEVERAGE

TOTAL        $25.08

X _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
  I AGREE TO PAY ABOVE TOTAL AMOUNT
 ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT ...
TOP COPY-MERCHANT  BOTTOM COPY...



VERNONS KUNTRY KATFISH
        CONROE
142116817000000      01
         APPROVAL CODE
MAR 23, 01           517553

C KOPECKY
371384090561001
AMEX                 03/08

     SALE
ROC #           TERMINAL #
 137775           50032785

  FOOD AND BEVERAGE

BASE AMOUNT         $25.98

TIP AMOUNT

TOTAL               25.98

X _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
   I AGREE TO PAY ABOVE TOTAL AMOUNT
  ACCORDING TO CARD ISSUER AGREEMENT
 (MERCHANT AGREEMENT IF CREDIT VOUCHER)
TOP COPY-MERCHANT    BOTTOM COPY-CUSTOMER

# Centocor

## SALES FORCE EXPENSE REPORT

**NAME:** caroline kopecky  
**DEPARTMENT:** 460 *(470)*  
**DISTRICT:**  
**EXPENSE REPORT NO.** 7015060  
**PERIOD ENDING MM/DD/YY:** 03/31/01

| DATE MM/DD/YY | ORIGIN/DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR/RAIL/BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING/TOLLS | BUSINESS MEALS (Explain in Detail) | PHONE/FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPRMT/MAINT & MISC (Explain in Detail) | PROMOTIONAL PROGRAMS ACCESS <$100 | PROMOTIONAL PROGRAMS ACCESS >$100 | MISC (Explain in Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/25/01 | hou/galveston | 200.0 | | | | 3.00 | | 9.40 | | | | 30.68 | | | | 43.08 |
| 03/26/01 | | | | | | | | | | | | | | | | |
| 03/27/01 | hou/hou | 60.0 | | | | 15.00 | | | | | | | 329.76 | | | 370.74 |
| 03/28/01 | hou/hou | 50.0 | | | | | | 8.14 | | | | | | | | 8.14 |
| 03/29/01 | hou/hou | 50.0 | | | | 18.00 | | | 13.93 | | | | 317.74 | | | 349.67 |
| 03/30/01 | hou/beaumont | 200.0 | | | | 1.00 | 4.00 | 30.94 | | | | 12.70 | | | | 48.64 |
| 03/31/01 | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| PLUS OR MINUS ADJUSTMENTS | | | | | | | | | | | | | | | | |
| 12 d99126 dinn | | | | | | | | | | | | | | | | |

| FIELD # | 10 | 11 | 12 | 63 | 13 | 16 | 16 | 17 | 18 | 19 | 60 | 61 | 62 | 64 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMOUNT | | | | 37.00 | 4.00 | 48.48 | 13.93 | | | | 69.36 | 647.50 | | |

**QUANTITY** — No. of Gallons — FIELD # 40

### COMPANY CAR ONLY

| | |
|---|---|
| VEHICLE NO. | 409553 |
| BEGINNING ODOMETER | 56225.0 |
| ENDING ODOMETER | 56800.0 |
| TOTAL MILES | 575.0 |
| TOTAL BUSINESS MILES | 560.0 |
| TOTAL PERSONAL MILES | 15.0 |

Payment requests exceeding authorized dollar limits will delay reimbursements.

*Calculate Personal Mileage Charge Back in Box #997 at Right

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number. 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11.)

| | | FIELD # | TOTAL |
|---|---|---|---|
| Minus Personal Mileage Charge | 15.0 X 0.0 | 997 | |
| Due Company | | 87 | |
| Due Employee | | 820 | 820.27 |

| SIGNATURE | APPROVED BY | DATE MM/DD/YY | DATE MM/DD/YY |
|---|---|---|---|
| | | 4/12/01 | 5/21/01 |

**NOTICE TO USER**  
Traveler/or Authorization issued to the Drawer by Galco Information Network, Inc. P.O. Box 44903, Eden Prairie, Minnesota 55344-0900.

396570000 02

| | CALL DATE | CONFIRMATION # |
|---|---|---|
| | 04/12/01 | 88658862 |

COPY SENT AUG 0 6 2001 TO 1420

8-28-01

ACCOUNTING

## B U S I N E S S   M E A L S

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 03/29/01 | lunch inservice at Hermann dialysis | | | *108.88 |
| 03/30/01 | breakfast disc with dr toombs | | | *12.70 |

## F I E L D   P R O M O T I O N   &   M I S C E L L A N E O U S

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 03/28/01 | breakfast inservices for UTMB radiology | *30.88 |
| 03/27/01 | breakfast retavase discussion with dr cohen | *25.98 |
| 03/27/01 | retavase lunch with methodist intv radiology | *142.00 |
| 03/27/01 | retavase lunch with hermann specials lab | *116.63 |
| 03/27/01 | retavase dinner with dr arai | *71.13 |
| 03/29/01 | breakfast periph conference at Methodist | *208.88 |

## M I S C E L L A N E O U S   A U T O

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

3956/7000 02

OfficeMax #442
1578 West Gray
Houston, TX        (713)523-1399
ORDER BY PHONE 1-800-788-8080

     0442 00004  48209   03/26/01
SALE            667192   11:28 AM

089138003770  TABS-23 A-Z TEL    5.69
   LIST:         $6.60

089138082030  LINED PAD          2.99
   LIST:         $3.10

  2   ITEMS    SUBTOTAL          8.68
   8.68 TX     TAX 8.250%        0.72
               TOTAL             9.40
371384090561001  AMEX            9.40
CARDHOLDER: C KOPECKY

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT.

-------------------------------------

*C Kopecky* (signature)

(4)

  DATE  22381748701  TIME
03/27/01 1421338922  08:28

EINSTEIN BROS BAGELS #1748
    5300 KIRBY DRIVE
    HOUSTON TX 77005
     713-526-1992
  TRAN #            AUTH
  909               599556
        SALE

  ACCT. NUMBER     EXP
  371384090561001  0803

DESC_____



TOTAL $           8

(2)

(3)

DONUT  WHEEL
2601 RICHMOND @ KIRBY
TEL. 713-522-5331
(OPEN 7 DAYS A WEEK)
** BAKED FRESH DAILY **
03-26-01      MC #:0001
DPT 2         *4.90
DPT 2         *4.90
DPT 2         *9.95
DPT 1         *0.89T1
DPT 1         *0.89T1
DPT 2         *4.00
DPT 2         *4.00
DPT 2         *1.00
              *0.15T1
-------------------------
TOTAL         *30.68
CASH          *30.68

   AM 7-09   0055

----------------------------------

**ALLRIGHT CASH RECEIPT**

DATE  3-27-01

RECEIVED $  5.00

BY

FORM 57
PRINTED IN U S A

(5)

EEOC0001266



**CUSTOMER COPY** (6)

```
JIMMY WOK
2248 W HOLCOMBE
HOUSTON TX  77030
TERM 713-668-1016
MERCHANT
                  73192619
   010000658420

AMEX                   EXP. DATE
371384090561001
           INVOICE NO.
PURCHASE         03/08
    992      AUTH
             CODE   0001
   MAR 27 01  11:26:01
              120260

BASE        $127.00
TIP          15 00
TOTAL        142 00
```

X _THANK YOU_
****IMPRINT CARD****

Cardmember acknowledges receipt of goods and/or service in the
amount of the total shown hereon and agrees to perform the
obligations set forth in the Cardholder's agreement with the issuer

---

(b)

```
THE FRENCH CORNER
1020 HOLCOMBE STE 101
HOUSTON, TX 77030

BATCH: 099
S-A-L-E-S D-R-A-F-T
74253932
340400223023

SERVER: 0410        Jones 2"fr
REF:   0033          Angie Cub
CD TYPE: AMEX
TR TYPE: PURCHASE
INV:   147237
DATE:  MAR 27, 01 09:24:18

AMOUNT        $116.63*

TIP   Cardinu  _____
      Koepke
TOTAL Synator  _____

ACCT: 371384090561001      EXP: 08/03
AP: 120764
```

---

(b)

```
              Pesce
              Kirby
Server: Chris
09:31 PM
Table 23/1              03/27/2001
                        1/10007

AMEX
Card #371384090561001      6291469
Magnetic card present: KOPECKYC  Exp:0803
Approval: 544099

      Amount:        59.63
      + Tip:         11 50
      = Total:       71 13
```

X _Chopecky_
Approval: 5440

---



```
Texas Medical Center
     Garage  1
Station #   :        14
Entered     : 03/27/2001
            :        11:05
Exited      : 03/27/2001
            :        13:20
Ticket  #   :      1141
Trans   #   :     10096
Rate        :         A
Parking Fee:    $ 7.00
-------------------------
Total Fee  :    $ 7.00
Fee P.           7.00
Amex
37132
```

EEOC0001267



Kinko's            (713) 963-9899
5616 Westheimer
Houston,      TX 77056

QTY/LIST    DISC    PRICE    AMOUNT
94    ES B&W S/S WHITE STI
      0.08    0.00    0.08    7.52

SUB    7.52  TX    0.62  TOT    8.14
                          CASH    10.14
                          CHG      2.00

C# 340 TR   1139081 RG 2  03/28/01 13:58
Visit us @ http://www.kinkos.com


JASONS DELI    
HOUSTON, TX
1421940388000 01
MAR 29,  APPROVAL
            578530

C KOPECKY
**********1001
AMEX            03/08
       SALE
ROC #    TERMINAL #
 235812   24006618

FOOD AND BEVERAGE

BASE AMOUN $198.86

TIP AMOUNT _____

TOTAL      208.

Memorial Hermann
Healthcare System          

RECEIPT FOR PARKING

Total Amount of Payment _____ $3.00

03.27.01          Perla
     Date              Attendant
431890 12/99


******** CREDIT CARD ***********
      Charge Card, Sale

Transaction#: 20309

Merchant   : PostNet
Reference #: 1047152279b3D1
Date/Time  : 02-16-2001   09:52:00
Acct #     : XXXXXXXXXX1001
Card Type  : American Express
Expiration : 0803
Auth. #    : Approved - 504322

Amount  $ 13.93

X Chopecky

EEOC0001268



```
        PIZ          220
     2100,           LVD
       HOUSTON TX 770
        713-521-2266
      Phone Order

Shift #: 1
ID: 0001            Ref #:    0005
03/29/01                  10:46:04
Batch #: 415    AVS:  NO MATCH R

AMEX
37139409056100A        Exp:  08/03
Appr Code: 121406   Invoice#: 000005
Amount:            $ 101.80
Tip:                      7.00
Total:                  108.00

I agree to pay above total amount
according to card issuer agreement
(Merchant agreement if credit voucher)

Signature:_____
```



```
    DATE 22361748701  TIME
03/30/01 1421338922  09:28

EINSTEIN BROS BAGELS #1748
     5300 KIRBY DRIVE
     HOUSTON TX 77005
       713-528-1992
  TRAN #           AUTH
   275             541864
         SALE
  ACCT. NUMBER     EXP
  37139409056100I  0803

  DESC_____

  TOTAL $        12.70

  SIGNATU
```



Memorial Hermann
Healthcare System

RECEIPT FOR PARKING

Total Amount of Payment _____ $9.00



03.29.01          Per Lee
Date              Attendant
431890 12/99

ST. LUKE'S
Episcopal Hospital



# PARKING RECEIPT

PAID _____ $9

DATE _____

PS 0831 2/89

EEOC0001269



Kinko's                    (713) 521-9465
2455 Rice Boulevard
Houston,        TX 77005

QTY/LIST    DISC    PRICE    AMOUNT
51    ES B&W S/S WHITE STB
      0.08    0.00    0.08    4.08
50    FS B&W D/S COLOR 11 X 17
      0.37    0.00    0.37    18.50
5     FS ADDL SERVICE PASTE-UP
      1.00    0.00    1.00    5.00
50    FOLDING PER SHEET
      0.02    0.00    0.02    1.00

SUB    28.58   TX    2.36   TOT    30.94
              American Express        30.94
                            CHG      0.00
XXXXXXXXXX1001  08/03  APPROVE  511189
I agree to pay the above amount
according to the card issuer agreement.
Sign Here:  X_____

CW 337 TR   1380983 RG 3  03/30/01 09:22
    Visit us @ http://www.kinkos.com

ST. ELIZABETH HOSPITAL     DATE 3-30-01
CASH PARKING RECEIPT

AMOUNT $1.00

RECEIVED BY _____

*Reorder #6201-19*

$4 phone     (14)

EEOC0001270



3:02-cv-03354-RM-CHE  # 72-4  Page 10 of 14



**ALLRIGHT CASH RECEIPT**

DATE 3-27-01

RECEIVED $

BY

FORM 57   PRINTED IN U.S.A

---

DONUT WHEEL
2601 RICHMOND @ KIRBY
TEL. 713-522-5331
(OPEN 7 DAYS A WEEK)
** BAKED FRESH DAILY **

03-26-01   MC #:0001
DPT 2        *4.90
DPT 2        *4.90
DPT 2        *9.95
DPT 1      *0.89T1
DPT 1      *0.89T1
DPT 2        *4.00
DPT 2        *4.00
DPT 2        *1.00
           *0.15T1
TOTAL       *30.68
CASH        *30.68
AM 7-09 0055



---

EINSTEIN BROS BAGELS #L748
5300 KIRBY DRIVE
HOUSTON TX 77005
713-528-1992
TRAN #    909
AUTH    599556
SALE
ACCT. NUMBER         EXP
37138409056100      8883

DESC

DATE 22381748701 TIME
03/27/01 14213389Z2 08:20



I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT.
CARDHOLDER: C KOPECKY
37138409056100   AMEX
TOTAL              9.40
1X TAX 8.250Z     0.72
2 ITEMS SUBTOTAL  8.68
089138882080 LINED PAD   2.99
LIST+        $3.10
089138003770 TABS-33 A-Z TEL   5.69
LIST+        $6.60
SALE 0442 00004 48209   02/26/01
       467192   11:28 AM
ORDER BY PHONE 1-800-788-8080
Houston, TX   (713)523-1399
1576 West Gray
OfficeMax #442

CUSTOMER COPY

(6)

JIMMY WOK
2248 W HOLCOMBE
HOUSTON TX 77030
TERMINAL 568-1016
MERCHANT

010000658420

AMEX
371384090561001
EXP. DATE
INVOICE NO.
PURCHASE 03/08
992
AUTH. CODE 0001
120260

BASE $127.00
TIP 15.00
TOTAL 142 00

PURCHASER SIGNATURE
***IMPRINT CARD***
X
Cardholder acknowledges receipt of goods and/or service in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the issuer.

2 PART RECEIPT · GENERAL CREDIT FORMS · ST. LOUIS 63045

(6)

THE FRENCH CORNER
1020 HOLCOMBE STE 101
HOUSTON, TX 77030

BATCH: 090
S-A-L-E-S D-R-A-F-T
74253932
340400223023

SERVER: 0410
REF: 0033
CD TYPE: AMEX
TR TYPE: PURCHASE
INV: 147237
DATE: MAR 27, 01 09:24:18

AMOUNT $116.63
TIP
TOTAL

ACCT: 371384090561001 EXP: 08/03
AP: 120764

(6)

Pesce
Kirby
Server: Chris
09:31 PM
Table 23/1
03/27/2001
1/10007

AMEX
Card #371384090561001
Magnetic card present: KOPECKYC
Approval: 544099
6291469
Exp:0803

Amount: 59.63
\+ Tip: 11.50
= Total: 71.13

X
Approval: 5440.

(6)

Texas Medical Center
Garage 1

| | | |
|---|---|---|
| Station # | : | 14 |
| Entered | : | 03/27/2001 |
| | : | 11:05 |
| Exited | : | 03/27/2001 |
| | : | 13:20 |
| Ticket # | : | 1141 |
| Trans # | : | 10096 |
| Rate | : | A |
| Parking Fee | : | $ 7.00 |

Total Fee : $ 7.00
Fee P: 7.00
Amex
37130.

(7)

Kinko's (713) 963-9899
5616 Westheimer
Houston, TX 77056

| QTY/LIST | DISC | PRICE | AMOUNT |
|---|---|---|---|
| 94 ES B&W S/S WHITE STD | | | |
| 0.08 | 0.00 | 0.08 | 7.52 |

SUB 7.52 TX 0.62 TOT 8.14
CASH 10.14
CHG 2.00

CW 340 TR 1139081 RG 2 03/28/01 13:58
Visit us @ http://www.kinkos.com

(9)

JASONS DELI
HOUSTON, TX
142194038800000 01
MAR 29. APPROVAL
578530

C KOPECKY
***********1001
AMEX 03/08

SALE
ROC # TERMINAL #
235812 24006618

FOOD AND BEVERAGE

BASE AMOUN $198.86

TIP AMOUNT 10.00

TOTAL 208.86

(8)

Memorial Hermann
Healthcare System

RECEIPT FOR PARKING

Total Amount of Payment $3.00

03.27.01 Perla
Date Attendant

431890 12/99

(8)

*********** CREDIT CARD ***********
Charge Card: Sale

Transaction#: 20309

Merchant : PostNet
Reference #: 10471522796301
Date/Time : 02-16-2001 09:52:00
Acct # : XXXXXXXXXXX1001
Card Type : American Express
Expiration : 0803
Auth. # : Approved - 504322

Amount : 13.93

X Kopecky

(9)

PIZ[illegible]220
2100 [illegible] BLVD
HOUSTON TX 770[illegible]
713-521-2266

Phone Order

Shift #: 1
ID: 0001 Ref #: 0005
03/29/01 10:46:04
Batch #: 415 AVS: NO MATCH R

AMEX
371584090561001 Exp: 08/03
Appr Code: 121406 Invoice#: 000005
Amount: $ 101.88
Tip: 7.00
Total: 108.88

I agree to pay above total amount
according to card issuer agreement
(Merchant agreement if credit voucher)

Signature: ____________

(10)

Memorial Hermann
Healthcare System

RECEIPT FOR PARKING

Total Amount of Payment $9.00

03.29.01 Perla
Date Attendant

431890 12/99

(10)

ST. LUKE'S
Episcopal Hospital

# PARKING RECEIPT

PAID $9 ____________

DATE ____________

PS 0831 2/89

(11)

DATE 22381748701 TIME
03/30/01 1421338922 09:28

EINSTEIN BROS BAGELS #1748
5300 KIRBY DRIVE
HOUSTON TX 77005
713-528-1992

| TRAN # | AUTH |
|---|---|
| 275 | 541864 |

SALE

| ACCT. NUMBER | EXP |
|---|---|
| 371384090561001 | 0803 |

DESC____________

TOTAL $ 12.70

____________
SIGNATURE

(13)

Kinko's (713) 521-9465
2455 Rice Boulevard
Houston, TX 77005

| QTY/LIST | DISC | PRICE | AMOUNT |
|---|---|---|---|
| 51 ES B&W S/S WHITE STD | | | |
| 0.08 | 0.00 | 0.08 | 4.08 |
| 50 FS B&W D/S COLOR 11 X 17 | | | |
| 0.37 | 0.00 | 0.37 | 18.50 |
| 5 FS ADDL SERVICE PASTE-UP | | | |
| 1.00 | 0.00 | 1.00 | 5.00 |
| 50 FOLDING PER SHEET | | | |
| 0.02 | 0.00 | 0.02 | 1.00 |

SUB 28.58 TX 2.36 TOT 30.94
American Express 30.94
CHG 0.00
XXXXXXXXXXX1001 08/03 APPROVE 511189
I agree to pay the above amount
according to the card issuer agreement.
Sign Here: X________________________

CW 337 TR 1380983 RG 3 03/30/01 09:22
Visit us @ http://www.kinkos.com

ST. ELIZABETH HOSPITAL DATE 3-30-01
CASH PARKING RECEIPT

AMOUNT $1.00

RECEIVED BY ________________

Reorder #6201-19

(12)

$4 phone (14)

