# Centocor

## SALES FORCE EXPENSE REPORT

NAME: Caroline Kopecky

DEPARTMENT: 490

DISTRICT:

EXPENSE REPORT NO. 7015062

PERIOD ENDING MM/DD/YY: 04/07/01

| DATE MM/DD/YY | ORIGIN / DESTINATION / PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPAIR/MAINT & MISC | PROMOTIONAL PROGRAMS | MISC | ONLY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/01/01 | hou/hou | 50.0 | | | | | | | | | | | | | |
| 04/02/01 | hou/hou | | | 200.50 | | 6.00 | | | | | | | | 2.05 | 2.05 |
| 04/03/01 | hou/hou | 40.0 | | | | 8.00 | | | | | | | | 6.00 | 6.00 |
| 04/04/01 | hou/clear lake | 100.0 | | | | 30.25 | | | | | | | | 208.50 | 208.50 |
| 04/05/01 | hou/hou | 50.0 | | | | | | | | | | | | 30.25 | 30.25 |
| 04/06/01 | hou/hou | 50.0 | | | | 3.00 | | | 10.74 | | | | | 5.56 | 19.30 |
| 04/07/01 | hou/hou | | | | | | | | | | | | | 7.61 | 266.10 |
| PLUS OR MINUS ADJUSTMENTS | | | | | | | | | | | | | | | |

FIELD #: 10  11  12  63  13  16  18  17  18  19  60  61  62  64

AMOUNT: 200.50  47.25  10.74  266.10

## COMPANY CAR ONLY

| VEHICLE NO. | 409553 |
| BEGINNING ODOMETER | 56800.0 |
| ENDING ODOMETER | 57100.0 |
| TOTAL MILES | 300.0 |
| TOTAL BUSINESS MILES | 290.0 |
| TOTAL PERSONAL MILES | 10.0 |

FIELD PROMOTION (Explain on Detail):
PROMOTIONAL ACCESS 4100

Minus Personal Mileage Charge: 10.0 X 0.0
Due Company
Due Employee: 820
Minus Personal Mileage Charge Back in Box #897 at Right: 897

### IMPORTANT
*Calculate Personal Mileage Charge Back in Box #897 at Right

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 8XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursements.

SIGNATURE _____ DATE MM/DD/YY 3/21-01
APPROVED BY _____ DATE MM/DD/YY 3/21-01

NOTICE TO USER
Traveller Authorization Issued to the Driver by Gelco Information Network, Inc. P.O. Box 4600, Eden Prairie, Minnesota 55344-2900

CALL DATE: 04/18/01    CONFIRMATION #: 88724936    39657/000 02

COPY SENT AUG 0 6 2001


EXHIBIT
tabbies
Kopecky 4

## BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 04/01/01 | candy for inservices | 2.05 |
| 04/06/01 | breakfast inservice for hermann dialysis | 5.58 |
| | | |
| | | |
| | | |
| | | |

## MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Original Document of Galen Information Network

39657000 02

$5.00 $
$5.00 $
Long Term
Dispenser #4
Ticket #5518
04/03/01  16:22
04/03/01  12:00
129
Amn ID #251
12

William P Hobby Airport
P.O. Box 80751
Houston TX 77205

SOUTHWEST AIRLINES
PASSENGER RECEIPT

NOT VALID FOR TRAV      WN4930001820 6      D  WN4930001820 6      B      03607665096

KOPECKY/CAROLINE

HOUCRPVN  13 YO3J      CRPHOUVN  48 YO3J

HOUSTON HOBBY      HOUSTON HOBBY
KOPECKY/CAROLINE

SOUTHWEST AIRLINES
PASSENGER RECEIPT

$2000.50
$3000.00
$3001B.90
$3075.50
$3000.00

Cash:
Total Fee:
Rate:
Ticket #65232
04/03/01  11:28
56
Elizabeth ID #811
$3.00 $
$3.00
Term. AB
Dispenser #1

Bush Intercontinental Airport
P.O. Box 80751
Houston TX 77205

New South Parking



FLAGSHIP
2075 WESTHEIMER 713-284-1208

REMARKABLE CARD CUSTOMER
REMARKABLE CARD CUSTOMER
Cash
*** THX      OB  BHL
EXPRESSLY DEPT



PARK PLAZ GARAGE
REPUBLIC PARKING SYS

04/02/01 15:04    L# 1 A# 2    Txn#191561
04/02/01 14:42 In    04/02/01 15:04 Out
Fee .......1    $    2.00
Total Fee    $    2.00
CASH PAID    $    2.00-
Cash Tender    $    2.00
Change Due    $    0.00
THANK YOU
PLEASE COME AGAIN

4

WELCOME TO THE
TEXAS MEDICAL CENTER
OD LOT

4

IN 03:12PM MO04/02/01 086 000080557
OUT04:24PM MO04/02/01 AS 00 [illegible]
FEE SUBTOTAL: $0004.00
>>>>>> TOTAL FEE> $0004.00
CASH-IN: $0010.00 CHANGE> $0006.00

THANK YOU
HAVE A NICE DAY!

04/02/01

Monthly EZ TAG Statement
HCTRA EZ TAG Store
330 Meadowfern, Ste. 114
Houston, TX 77067
(281)875-3279

Page 1

*** This is NOT an invoice. ***

CAROLINE R. KOPECKY
6632 WANITA PL.
HOUSTON TX 77007-2035

Acct: 112799

170-1-114

## TRANSACTION DETAIL

| Date | Time | Tag # | Location | Description | Amount | Date | Time | Tag # | Location | Description | Amount |
|------|------|-------|----------|-------------|--------|------|------|-------|----------|-------------|--------|
| | | | | Account balance | 15.50 | | | | | | |
| | | | | Tag deposit bala | 15.00 | | | | | | |
| 3/01 | 7:08am | | | Statement/Invoic | -1.50 | | | | | | |
| 3/01 | 7:08am | | | Tag Rental Fee | -1.00 | | | | | | |
| 3/01 | 5:22am | | | AMEX autocharge | 30.25 | | | | | | |
| 3/31 | 11:59pm | | | Tag deposit bala | 15.00 | | | | | | |
| 3/01 | 11:53am | 169417 | Sam Houston South | Toll | -0.75 | | | | | | |
| 3/03 | 9:51am | 169417 | Hardy South | Toll | -0.75 | | | | | | |
| 3/03 | 9:53am | 169417 | Airport Connector | Toll | -0.50 | | | | | | |
| 3/03 | 10:56am | 169417 | Airport Connector | Toll | -0.50 | | | | | | |
| 3/03 | 10:58am | 169417 | Hardy South | Toll | -0.75 | | | | | | |
| 3/10 | 3:03pm | 169417 | Hardy South | Toll | -0.75 | | | | | | |
| 3/10 | 3:06pm | 169417 | Airport Connector | Toll | -0.50 | | | | | | |
| 3/10 | 3:33pm | 169417 | Airport Connector | Toll | -0.50 | | | | | | |
| 3/10 | 3:35pm | 169417 | Hardy South | Toll | -0.75 | | | | | | |
| 3/12 | 7:25am | 169417 | Hardy South | Toll | -0.75 | | | | | | |
| 3/12 | 7:27am | 169417 | Airport Connector | Toll | -0.50 | | | | | | |
| 3/12 | 4:42pm | 169417 | Airport Connector | Toll | -0.50 | | | | | | |
| 3/12 | 4:45pm | 169417 | Hardy South | Toll | -0.75 | | | | | | |
| 3/16 | 9:10am | 169417 | Sam Houston Central | Toll | -0.75 | | | | | | |
| 3/21 | 2:19pm | 169417 | Sam Houston South | Toll | -0.75 | | | | | | |
| 3/21 | 3:07pm | 169417 | Sam Houston South | Toll | -0.75 | | | | | | |
| 3/23 | 8:22am | 169417 | Hardy South | Toll | -0.75 | | | | | | |
| 3/23 | 8:30am | 169417 | Hardy North | Toll | -0.75 | | | | | | |
| | | | | Tag total | -12.00 | | | | | | |
| 3/31 | | | | Account balance | 31.25 | | | | | | |

### ACCOUNT SUMMARY

| Description | Qty | Amount | Total |
|-------------|-----|--------|-------|
| BEGINNING BALANCE | | | 15.50 |
| Toll | 18 | -12.00 | |
| Tag Rental Fee | 1 | -1.00 | |
| Statement/Invoice fee | 1 | -1.50 | |
| Charges | | | -14.50 |
| EX autocharge | 1 | 30.25 | |
| Payments plus credits | | | 30.25 |
| ENDING BALANCE | | | 31.25 |

(5)

REMINDER TO CUSTOMERS: 2.A OF THE EZ TAG AGREEMENT STATES:
USER AGREES! ONLY TO USE EACH EZ TAG IN CONNECTION WITH THE
OPERATION OF THE PARTICULAR VEHICLE SPECIFICALLY ASSIGNED TO THAT
TAG, AS LISTED ON THE APPLICATION. IN THE EVENT USER DISPOSES
THE VEHICLE ASSIGNED TO A SPECIFIC EZ TAG, USER MUST NOTIFY
: HARRIS COUNTY TOLL ROAD AUTHORITY IMMEDIATELY.

04-06-2001

*022
2 • • • • • • 4 • 49
*050
2 • • • • • • 1 • 07
* • • • • • • 5 • 56ST
* • • • • • • • 5 • 56CA
034251
10 • 06

Memorial Hermann
Healthcare System

RECEIPT FOR PARKING

Total Amount of Payment $3.00

04.06.01
Date

431890 12/99

Perla
Attendant

Kinko's (713) 439-1113
2901 West Loop South
Houston, TX 77027

| QTY/LIST | DISC | PRICE | AMOUNT |
|---|---|---|---|
| 124 ES B&W S/S WHITE STD | | | |
| 0.08 | 0.00 | 0.08 | 9.92 |

SUB 9.92 TX 0.82 TOT 10.74
CASH 20.00
CHG 9.26

CW 25 TR 10549 RG 3 04/06/01 13:15
Visit us @ http://www.kinkos.com

# Centocor

## SALES FORCE EXPENSE REPORT

| | | | | EXPENSE |
|---|---|---|---|---|
| DEPARTMENT | DISTRICT | | | REPORT NO. **7015063** |

NAME: caroline kopecky

DEPARTMENT: 490

PERIOD ENDING MM/DD/YY: **04/14/01**

| DATE MM/DD/YY | ORIGIN / DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (name or meal) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPAIR MAINT & MISC (Explain on Detail) | PROMOTIONAL PROGRAMS ACCESS 4100 | PROMOTIONAL PROGRAMS ACCESS 4100 | MISC (Explain on Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FIELD # | 10 | 11 | 12 | 83 | 13 | 16 | 16 | 17 | 18 | 18 | 80 | 81 | 82 | 84 | |
| 04/08/01 | hou/hou | 60.0 | | | | 41.00 | | | | | | | 12.50 | | | 246.60 |
| 04/09/01 | hou/hou | | 200.50 | | | | 22.60 | | | | | | 10.00 | | | 10.00 |
| 04/10/01 | hou/hou | 60.0 | | | | | | | | | | | | 224.11 | | 302.83 |
| 04/11/01 | hou/conroe | 140.0 | | | | 12.00 | | | 66.82 | | | | | | | 80.77 |
| 04/12/01 | hou/hou | 80.0 | | | | 25.00 | 31.59 | | 0.27 | | 21.11 | | 23.91 | | | 21.11 |
| 04/13/01 | hou/san antonio | 200.0 | | | | | | | | | | | | | | |
| 04/14/01 | | | | | | | | | | | | | | | | |

## PLUS OR MINUS ADJUSTMENTS

| | AMOUNT | 200.50 | | | 48.00 | 54.19 | | 67.09 | | 21.11 | | 46.41 | 224.11 | | 661.41 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### FIELD PROMOTION (Explain on Detail)

| FIELD # | TOTAL |
|---|---|
| Minus Personal Mileage Charge 10.0 X 0.0 | 987 |
| Due Employee | 820 |
| Due Company | 87 |

### COMPANY CAR ONLY

| VEHICLE NO. | 409653 |
|---|---|
| BEGINNING ODOMETER | 57100.0 |
| ENDING ODOMETER | 57650.0 |
| TOTAL MILES | 550.0 |
| TOTAL BUSINESS MILES | 540.0 |
| TOTAL PERSONAL MILES | 10.0 |

*Calculate Personal Mileage Charge Back In Box #987 at Right

**IMPORTANT**

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows. Precede the field # with a nine (9) making it a three digit number, 9XX. (Example: If the total in the Lodging amount field is negative, enter the code 911 instead of 11.)

Payment requests exceeding authorized dollar limits will delay reimbursements.

QUANTITY FIELD 9: 40

No. of Gallons: 13.5

SIGNATURE

APPROVED BY

| | DATE MM/DD/YY | CALL DATE | CONFIRMATION # |
|---|---|---|---|
| | | 04/2/01 | 88782782 |

39657000 02

**NOTICE TO USER**
Traveler/Dealer Authorization issued to this Dealer by Gelco Information Network, Inc. P.O. Box 44600, Eden Prairie, Minnesota 55344-2600

COPY SENT
JUN 0 4 2001
TO GELCO

EEOC0001342

Original Document of Gelco Information Network

EEOC0001343

Original Document of GelcoInformationNetwork

## BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 04/08/01 | Bob Nelson-centocor | Jason's Deli | lunch- To discuss Spohn strategy | 22.60 |
| 04/12/01 | Denise Hill-Bannister | Nit Nol | I/S training session | 31.59 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 04/09/01 | breakfast retavase inservices at UTMB ccu | 12.50 |
| 04/10/01 | coffee break to discuss retavase education opportunities in Mem Sys with Cathy Meredith | 10.00 |
| 04/12/01 | Breakfast inservices at SLEH CCU | 23.91 |
| 04/11/01 | Lunch to discuss retavase with Dr Turley and staff | 114.11 |
| 04/11/01 | dinner with Ana Vann, PharmD and Heather Heller, Pharm D | 110.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

112/89 06 dmm

39857000 02

ACCOUNTING COPY



TICKETLESS TRAVEL

NON TRANSFERABLE POSITIVE IDENTIFICATION REQUIRED.

Receipt and Itinerary as of 04/09/01 07:49AM

Confirmation Number: 7XXP89 ARC no: 31724173 Received:
Confirmation Date: 04/09/01

Passenger(s):
KOPECKY/CAROLINE 526-2752822746 6

| | Flt# | Date | Depart | Arrive |
|---|---|---|---|---|
| Itinerary: | | | | |
| HOUSTON HOBBY/CORPUS CHRISTI TX | 9 Y | 09APR01 | 10:15AM | 11:00AM |
| CORPUS CHRISTI TX/HOUSTON HOBBY | 42 Y | 09APR01 | 03:25PM | 04:10PM |

**********

| | | | |
|---|---|---|---|
| Cost: | Total for 1 Passenger(s) | AIR: | 178.60 |
| | | TAX: | 18.90 |
| | | PFC: | 3.00 |
| | | Total Fare: | $200.50 |

**********

Payment Summary:
Current payment(s):
09APR2001 AMER EXPRESS xxxxxxxxxxx1001 Ref 526-2757822746-6 200.50
Total Payments: $200.50

**********

Fare Rule(s):
VALID ONLY ON SOUTHWEST AIRLINES

All travel involving funds from this Confirm no. must be completed by 04/09/02

Fare Calculation:
ADT- 1 HOUWNCRP YL 96.00 CRPWNHOU YL 96.00 $192.00 ZPHOU CRP XFCRP3.00
$200.50

BOARDING PASS DISTRIBUTION AT GATE.

CONDITIONS OF CONTRACT

Southwest Airlines Co. – Notice of Incorporated Terms – This notice is part of the Conditions of Contract. Air Transportation by Southwest Airlines is subject to Southwest Airlines Passenger Contract of Carriage, the terms of which are herein incorporated by reference. Incorporated terms include, but are not restricted to: (1) Limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation coverage. Baggage liability is limited to $2,500 per customer unless you purchase excess valuation liability coverage. Exception: Carrier will not be responsible for money; jewelry; cameras; video and electronic equipment including computers; silverware; negotiable papers; securities; business documents; samples; items intended for sale; paintings; antiques; artifacts; manuscripts; furs; irreplaceable books or publications; and similar valuables contained in checked or unchecked baggage. (2) Claims restrictions, including time periods in which Customers must file a claim or sue Southwest. (3) Our rights to change the terms of the Contract. (4) Rules on reservations, check in times, refusal to carry, and smoking. (5) Our rights and limits of liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft, and rerouting. (6) Airline flights may be overbooked. If we deny you boarding due to an oversale and you have checked in at the gate at least 10 minutes before scheduled departure, with few exceptions, we compensate you. (7) Southwest reserves the right to refuse carriage to any person who is not able to produce positive identification. You may inspect the Contract of Carriage at any Southwest ticket counter or obtain a copy by sending a request to: Southwest Airlines Co., Director of Customer Relations, PO Box 36647, Love Field, Dallas, Texas 75235-1647
TEN-MINUTE RULE – Claim their reservations at the departure gate desk at least ten minutes prior to scheduled departure time will have their reserved space cancelled and will not be eligible for denied boarding compensation.
REFUNDS AND EXCHANGES – Any change to this itinerary may result in a fare increase. Unless otherwise noted, if you do not travel on this itinerary, you may qualify for a refund or exchange. To apply for a refund, please call 1-800-I-FLY-SWA. Written requests should include a copy of this document and be addressed to: Southwest Airlines Refunds Department 6RF, PO Box 36645, Dallas, TX 75235-1649

4/10

TOTAL P.01

**CUSTOMER COPY**

JASON'S DELI
1416 AIRLINE
CORPUS CHRISTI, TX 78355341

TERMINAL I.D. 000164203472992
MERCHANT
AMEX

371384090561001

SALE EXP DATE
071097
APR 09, 01 INVOICE NO
021 566188
AUTH CODE

TOTAL

C KOPECKY

X

Cardholder acknowledges receipt of goods and/or service in the
amount of the Total shown hereon and agrees to perform the
obligations set forth in the Cardholder's agreement with the issuer.

Stupley's
UTMB

(3)



**South Parking**

William P Hobby Airpark
P.O. Box 60751
Houston TX 77205

University of Texas Medical Branch
Galveston, TX.

(4)

GARAGE  2  SITE ID 1  CASHIER 1-1

TICKET    000002   4/ 9/01  8:03
ARRIVE                      7:08

PARKING FEE        $    1.00

AMOUNT PAID        $    1.00
CHANGE             $    0.00

Thanks for choosing University of Texas
Medical Branch. Galveston, TX.

Fee Computer Number:              17
Cashier:            Cashier ID #633
Transaction Number:               42
Enter #3            04/09/01  08:55
Exited              04/09/01  16:16
Ticket A30518       Dispenser #4
Rate:               Long Term
Total Fees:              $10.00
American Express        $10.00
371384090561001

EEOC0001345

ST. LUKE'S
Episcopal Hospital

# PARKING RECEIPT

PAID 9.00

DATE 4/11

(5)

PS 0831 2/89

Texas Medical Center
Garage 1 (5)

| | | |
|---|---|---|
| Station # | : | 15 |
| Entered | : | 04/11/2001 |
| | : | 15:14 |
| Exited | : | 04/11/2001 |
| | : | 16:10 |
| Ticket # | : | 39623 |
| Trans # | : | 17405 |
| Rate | : | A |
| Parking Fee: | | $ 3.00 |
| Total Fee | : | $ 3.00 |
| Fee Paid | : | $ 3.00 |

Amex

82-754

TRANSACTION RECORD

AMAZON

CARD TYPE:AMEX EFT
Nu. 371384090561001 EXPI.: 0803
ENTRY:SWIPED
AUTHORIZATION:528529
STORE #:
TERMINAL:1
REFERENCE:222700

PURCHASE $10.00

THANK YOU
APRIL 10,2001 13:02:25
Serve

(6)

(7)

HARRIS COUNTY
HOSPITAL
DISTRICT

(7)

01APR12 14:08 001 006
01APR12 13:32 001
/ 0:36 #011852

| | |
|---|---|
| STsub | $2.00 |
| TOTAL | $2.00 |
| CASH | $2.00 |

DRIVE
CAREFULLY

Bush Intercontinental Airport
P.O. Box 60751
Houston TX 77205

(7)

| | |
|---|---|
| Fee Computer Number: | 1 |
| Cashier: | 3RD Shift ID #989 |
| Transaction Number: | 161 |
| Exited: | 04/12/01 17:13 |
| | Dispenser #1 |
| Ticket #63943 | Term. AB |
| Rate: | $3.00 |
| Total Fee: | $3.00 |
| Cash: | |

For questions call
281 233 1730
T[illegible] you for parking Terminal AB

EEOC0001346

⑥

Total

16.00
110.00

---

⑩

Kinko's
(713) 521-9465
2455 Rice Boulevard
Houston, TX 77005

| QTY | LIST | DISC | PRICE | AMOUNT |
|---|---|---|---|---|
| 2 | DOC CREATION MINIMUM JOB CHARGE | | | |
| | 10.00 | 0.00 | 10.00 | 20.00 |
| 5 | DOC CREATE SCAN GRAPHICS | | | |
| | 10.00 | 0.00 | 10.00 | 50.00 |
| 35 | FS B&W D/S WHITE 11 X 17 | | | |
| | 0.31 | 0.00 | 0.31 | 10.85 |
| 1 | CUTTING PER CUT | | | |
| | 0.75 | 0.00 | 0.75 | 0.75 |
| 35 | FOLDING PER SHEET | | | |
| | 0.02 | 0.00 | 0.02 | 0.70 |

DISC    25.00    -20.57
SUB    66.82    101    60.09    TX    61.73
American Express    66.82
CR6    0.00
CUSTOMER ID    CENTOCOR, CAROLINE
XXXXXXXXXXX1001  08/03  APPROVE  590497

---

⑨

TERMINAL #
PAPPASITOS CANTINA #2
HOUSTON, TX
142110099000000    01
APPROVAL
999959

APR 11, 01

C KOPECKY
AMEX
37128409056100I

SALE    03/08
TERMINAL #    0013
POS #    274112    2400276J

FOOD AND BEVERAGE

BASE AMOUN #114-11

TIP AMOUNT

TOTAL    114.11

X
I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT

---

⑧

LA MADELEINE #11
HOUSTON, TX
142122145800000    01
APPROVAL
988382

APR 12, 01

AMEX
37128409056100I

SALE    03/08
TERMINAL #    9000
POS #    468554    2400437A

FOOD AND BEVERAGE

TOTAL    $23.91

X
I AGREE TO PAY ABOVE TOTAL AMOUNT

NIT NOI THAI RESTAURANT
HOUSTON, TX
142108496300000 01

APR 12, 01 APPROVAL
162532

C KOPECKY
371384080561001
AMEX 03/08

SALE
ROC # TERMINAL #
143746 24000242

FOOD AND BEVERAGE

BASE AMOUNT $26.09

TIP AMOUNT 5.50

TOTAL 31.59

(11)

EEOC0001348

ST. LUKE'S
Episcopal Hospital

**PARKING RECEIPT**

PAID $9.00

DATE 04-12-01

(7)

PS 0831 2/89

FUEL SALES RECEIPT

Love's Country Store
I-10 at US 183
Luling. TX 78648
EXP
04/13/2001 14:01
306714502645 504

PUMP: 04
PRODUCT: Unleade
GALS: 13.542
PRICE/GAL: $1.559
FUEL SALE: $21.11

(13)

APPROVED 553975

PARK PLAZ GARAGE
REPUBLIC PARKING SYS

(7)

04/12/01 10:12 L# 1 A# 3 Txn#196126
04/12/01 09:40 In 04/12/01 10:12 Out
Fee .......1 $ 3.00
Total Fee $ 3.00
CASH PAID $ 3.00-
Cash Tender $ 3.00
Change Due $ 0.00
THANK YOU
PLEASE COME AGAIN

2.00

Kinko's (713) 521-9465
2455 Rice Boulevard
Houston, TX 77005

Sold To: JOHNSON & JOHNSON CENTOCOR
Acct. #: 0000451631 0211
Ref:

(12)

| QTY/LIST | DISC | PRICE | AMOUNT |
|---|---|---|---|
| 5 ES B&W S/S WHITE STD | | | |
| 0.08 | 0.03 | 0.05 | 0.25 |

%DISC 15.00 0.00
SUB 0.25 TX 0.02 TOT 0.27
CASH 1.00
CHG 0.73

TOTAL DISCOUNT: $0.15

CW 255 TR 1385668 RG 2 04/12/01 09:26
Visit us @ http://www.kinkos.com

EEOC0001349

Original Document of GelcoInformationNetwork

# Centocor

## SALES FORCE EXPENSE REPORT

| | | | | |
|---|---|---|---|---|
| NAME | Caroline Kopecky | DEPARTMENT 490 | DISTRICT | EXPENSE REPORT NO. 7015064 |
| | | | | PERIOD ENDING 04/21/01 MM/DD/YY |

**EXPENSE REPORT NO. 7015064**

| DATE MM/DD/YY | ORIGIN / DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Relate on Detail) | PHONE / FAX | OFFICE SUPPLIES & COPIER | POSTAGE | AUTO FUEL | REPAIR / MAINT & MISC (Relate on Detail) | PROMOTIONAL PROGRAMS PROMOTIONAL ACCESS #100 | MISC (Relate on Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/15/01 | hou/hou | | | 107.09 | | 3.00 | 24.16 | | | | | | 122.25 | | 256.50 |
| 04/17/01 | hou/hou | 40.0 | | | | | | | | | | | | | |
| 04/18/01 | hou/conroe | 150.0 | | | 45.86 | 20.00 | 13.10 | | | 12.75 | | 9.99 | 278.00 | | 83.81 |
| 04/19/01 | hou/hou | 50.0 | 93.75 | | | 9.00 | | | | | 4.85 | | 3.55 | | 321.68 |
| 04/20/01 | hou/hou | 80.0 | | | | 6.66 | | | 8.39 | | | | 15.04 | | 115.45 |
| 04/21/01 | | | | | | | | | | | | | 183.00 | | 183.00 |
| | PLUS OR MINUS ADJUSTMENTS | | | | | | | | | | | | | | |
| 1/2 460.05 d/ms | | | | | | | | | | | | | | | 960.44 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FIELD # | 10 | 11 | 12 | 63 | 13 | 16 | 18 | 17 | 18 | 19 | 60 | 61 | 62 | 64 |
| | AMOUNT | 200.84 | | 45.86 | 38.66 | 37.26 | | 8.39 | 12.75 | 4.85 | 9.99 | 18.59 | 583.25 | | 960.44 |

**\*Calculate Personal Mileage Charge Back in Box #897 at Right**

### COMPANY CAR ONLY

| | |
|---|---|
| VEHICLE NO. | 408553 |
| BEGINNING ODOMETER | 57650.0 |
| ENDING ODOMETER | 58020.0 |
| TOTAL MILES | 370.0 |
| TOTAL BUSINESS MILES | 360.0 |
| TOTAL PERSONAL MILES | 10.0 |

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows. Precede the field # with a nine (9) making it a three digit number. 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursements.

| QUANTITY | FIELD # 40 | No. of Gallons 3.0 |
|---|---|---|

SIGNATURE _____ DATE 5/9/0 MM/DD/YY

APPROVED BY _____ DATE 5-21-01 MM/DD/YY

### FIELD PROMOTION (Explain on Detail)

| | PROMOTIONAL PROGRAMS PROMOTIONAL ACCESS #100 | MISC (Relate on Detail) |
|---|---|---|

### NOTICE TO USER

Traveletter Authorization Issued to be Drawn by
Gelco Information Network, Inc. P.O. Box
4690, Eden Prairie, Minnesota 55344-6800

| | |
|---|---|
| 396570000.02 | CALL DATE 05/02/01 |
| | CONFIRMATION # 88872666 |

| | FIELD # | TOTAL |
|---|---|---|
| Minus Personal Mileage Charge 10.0 X 0.0 | 897 | |
| Due Company | 87 | |
| Due Employee | 820 | 960.44 |

6-4-01 D/L
COPY SENT
JUN 04 2001
TO GELCO

## B U S I N E S S   M E A L S

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 04/17/01 | Bob Nelson-centocor | la madeleine | breakfast to discuss shared accts | 8.58 |
| 04/16/01 | Denise Hill-Bannister | simon david | VS training session | 24.16 |
| 04/17/01 | Denise Hill-Bannister | subway | VS training session | 4.52 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## F I E L D   P R O M O T I O N   &   M I S C E L L A N E O U S

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 04/18/01 | sleh cardiology section lunch/display for Retavase and ReoPro | 3.55 |
| 04/18/01 | sleh cardiology section lunch/display for Retavase and ReoPro | 278.00 |
| 04/19/01 | breakfast inservices at Meth Rad in SA on rpa | 16.04 |
| 04/11/01 | SLEH basic science breakfast display for R&R | 183.00 |
| | | |
| | | |
| | | |
| | | |
| | | |

## M I S C E L L A N E O U S   A U T O

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 04/18/01 | car wash | 9.99 |
| | | |
| | | |
| | | |
| | | |

112499 05 d/mm

39657000 02

PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT
NOT TRANSFERABLE ETKT

CEN01490

PASSENGER RECEIPT

ARC

ISSUED BY CONTINENTAL AIRLINES XXXXX

NAME OF AGENT: AMERICAN EXPRESS
NORTH BRUNSWI NJ US09APR01

NAME OF PASSENGER: KOPECKY/CAROLINE XBCXZB/AA TR71ZN/K226 7 0011/

NOT VALID FOR* THIS IS YOUR RECEIPT

**TRANSPORTATION*

L282*41

NONREF/CHANGE FEE APPLIES//VLD CO/COEX ONLY

FP AX371384090561001*0803/ 131503 /FCHOU CO DFW45.86 CO HOU45.85TR71ZN/K226 91.71 END ZPIAHDFW XFDFW3

XF 3.00

FARE USD 91.71

TAX/FEE/CHARGE US 6.88

TAX/FEE/CHARGE ZP 5.50 69699514990

TOTAL USD 107.09

DOCUMENT NUMBER 0 005 7175152548 3

BOARDING PASS

1/26000001 0032230 A41 XXXXXXXXXX

AA31724173 KOPECKY/CAROLINE

IAH
0DFW C0703 T 16APRTR71ZN/K226
IAH C0718 T 17APRTR71ZN/K226

NOT VALID FOR TRAVEL
0 005 7175152548 3
AA31724173

IT IS UNLAWFUL TO PURCHASE OR RESELL THIS TICKET FROM/TO ANY ENTITY OTHER THAN THE ISSUING CARRIER OR ITS AUTHORIZED AGENTS.

(1)

(2)

JASONS DELI
HOUSTON, TX
1421940354000001
APR 01, APPROVAL
100292

************1001
AMEX 03/08

SALE
RDC # TERMINAL #
355751 24006594

FOOD AND BEVERAGE

BASE AMOUN $107.25

TIP AMOUNT 15.00

TOTAL 122.25

I AGREE TO PAY ABOVE TOTAL AMOUNT ACCORDING TO CARD ISSUER AGREEMENT (MERCHANT AGREEMENT IF CREDIT VOUCHER)

MERCHANT BOTTOM COPY-CUSTOMER

(3)

(4)

la Madeleine #030
900 Highway 114
Grapevine, TX 76051
Comments? Please call
866-EAT-FRENCH
OR 866-328-3736, Merci!

Date: Apr17'01 09:13AM
Card Type: AMEX
Acct #: 371384090561001
Exp Date: 08/03
Auth Code: 539906
Check: 2100
Server: 5 Efigenia
C KOPECKY

Subtotal: [illegible].58

(5)

41 190 226570
FOOD MART
4275 NW HWY & MIDWAY
DALLAS TX

Invoice # 0547836
Date 04/17/01
Time 08:26AM
Auth # 00548831

Amex Acct #
XXXX XXXXXX 61001
KOPECKY/C

| Pump | Gallons | Price |
|---|---|---|
| 02 | 2.998 | $1.619 |

| Product | Amount |
|---|---|
| A | $4.85 |

Total Sale $4.85

(6)

Tom Thumb

7117 Inwood Rd. 352-1781

REMARKABLE CARD CUSTOMER
RVNWD MERLOT [illegible]
CARRS CRCKRS [illegible]
LITE JARLSBURG [illegible]
HAVARTI CHEESE [illegible]
GRDS DU BUIS [illegible] 10.99 T
>> REWARD SAVINGS 01 6.00 <<
*** TAX [illegible]
CL RVNWD MERLOT 14.99-T
*** TAX [illegible]
MD CREDIT CARD 24.16
CHANGE .00
4/16/01 [illegible]

(7)

Kinko's
2200 SW Freeway
Houston, TX 77098
(713) 520-9753

Sold To: JOHNSON & JOHNSON CENTOCOR
Acct. #: 0000451631 0211
Ref:

| QTY/LIST | DISC | PRICE | AMOUNT |
|---|---|---|---|
| 155 | ES B&W S/S WHITE STD | | |
| 0.08 | 0.03 | 0.05 | 7.75 |

%DISC 15.00 0.00
SUB 7.75 TX 0.64 TOT 8.39
American Express 8.39
CHG 0.00
XXXXXXXXXXX1001 08/03 APPROVE 519363
I agree to pay the above amount
according to the card issuer agreement.
Sign Here: X____________

TOTAL DISCOUNT: $4.65

CW 622 TR 1341668 RG 5A 04/18/01 11:10
Visit us @ http://www.kinkos.com

(8)

Bush Intercontinental Airport
P.O. Box 60751
Houston TX 77205

Fee Computer Number: 1
Cashier: 3RD Shift ID #989
Transaction Number: 260
Exited: 04/17/01 18:23
Ticket #80030 Dispenser #29
Rate: C East Daily
Total Fee: $20.00
Check #1531 $20.00

# enterprise

**1-800 rent-a-car**
ENTERPRISE LEASING COMPANY OF DFW
1825 VALLEY VIEW LN STE 140
IRVING TX 75061-3547
972-986-1890

ERAC-09-AA REV 4/00

NO 73304

AGREEMENT NO. D 732664

MON-FRI  7:30A - 6:00P
SAT  8:00A - NOON
SUN CLOSED

## ORIGINAL VEHICLE

RENTER  CAROLINE REDMOND

RENTED BY  ENTERPRISE & JOHNSON

## REPLACEMENT VEHICLE

PERMISSION GRANTED FOR VEHICLE TO LEAVE THE STATE.
TEXAS ONLY

AUTH 4/16  598334

TOTAL CHARGES

DEPOSITS

REFUNDS

AMOUNT DUE

CREDIT SALE

MISTER CAR WASH STN#:30202159
3150 KIRBY
HOUSTON, TX

10

WASH 1 @ $9.99 $9.99
SALE TOTAL : $9.99
XXXXXXXXXXX1001 E/ AMEX
EXPIRES:08/03
04/18/01 15:59 CASHIER 000
INVOICE#:5977236 AUTHORIZATION#:586387
CUSTOMER COPY

**** THANK YOU FOR CHOOSING CHEVRON ****

---

THANKS FOR SHOPPING AT YOUR
DIAMOND SHAMROCK
# 2344

1 FORSTER SPOON F 0.99T
1 HEFTY COMP PLAT 2.29T

SUBTOTAL: 3.28
TAX: 0.27
TOTAL: 3.55
CASH 10.55
CHANGE: 7.00

0005411 04/18/01 10:55:09
By: GFF Drawer: A

11

---

451514278998

POSTAL STATION
4212 SAN FELIPE
HOUSTON, TX 77027

12

TIME 04:12 PM DATE 04/18/01
371384090561001
EXP DATE 0308
CARD TYPE AX
TERMINAL # 860886
TRAN TYPE SALE
AUTH CODE 573337
RECORD # 007

AMOUNT $ 12.75

SIGNAT[illegible]

---

* * * * * RECEIPT IS REPRINTED * * * * *

8

SALE RECEIPT
Store #2419 tko 04/16/01 13:55:43
Subway Sandwiches & Salads
2652 N. Belt Line Rd.
Irving TX 75062

Trans# 127 Clerk 39 Dwr 1 TRDT 041601
Receipt # 0000094568 Reg-ID REG-MAIN
--- ITEM --- QTY PRICE MEMO PLU
* * * * * RECEIPT IS REPRINTED * * * * *

TURKEY 6r 1 $ 3.19T 123
BTL WATER 1 $ 0.99T 49
---------
SUBTOTAL $ 4.18
Sales Tx $ 0.34
---------
TAKE-OUT **TOTAL $ 4.52
Cash AMT TEND $ 5.00
---------
CHANGE DUE$ 0.48
[illegible] +1