Dec 03 01 07:51a    Michele Johnson                    6365271004                    p.2

817-923-5048
P·G  E-FILED
Monday, 04 April, 2005 09:48:25 AM
Clerk, U.S. District Court, ILCD
3:02-cv-03364-RM-CHE  # 73-3  Page 1 of 13

# Centocor

## SALES FORCE EXPENSE REPORT

| NAME | Denise Hill-Bannister | | DEPARTMENT 470 | | | DISTRICT | | | | | | | | | EXPENSE REPORT NO. 2587015 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| DATE MO/DAY/YY | ORIGIN/DESTINATION/PURPOSE | COMPANY CAR BUSINESS MILES | AIR/RAIL/BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING/ TOLLS | BUSINESS MEALS (Explain if over) | PHONE/FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | MISC. (Explain if Over) | PROMOTIONAL PROGRAM | FIELD PROMOTION (Explain in Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/10/01 | dallas | | | | | | | | | | 16.59 | | | | 16.59 |
| 08/11/01 | wichita falls | | | | | 6.50 | | | 84.98 | | 17.26 | | | Mova Personal/Mileage Charge 4340  194.08 | 266.52 |
| 08/12/01 | dallas | | | | | | | | | | | | | Due Company  84.61  35.30  424.41 | 424.41 |
| 08/13/01 | dallas | | | | | 9.00 | | | | | 13.01 | | | Due Employee  342.39  351.39 | 351.39 |
| 08/14/01 | dallas | | | | | | | | | | | | | 257.89  257.89 | 257.89 |
| 08/15/01 | dallas | | | | | | | | | | | | | | |
| 08/16/01 | dallas | | | | | | | | | | | | | 297.46  492.16 | 492.16 |
| PLUS OR MINUS ADJUSTMENTS | | | | | | | | | | | | | | | |
| 1/2 inch 66 mm | | 194.60 | | | | 14.50 | | | 84.98 | | 46.86 | | | 51.61  1,448.38 | 1,848.83 |

| | FIELD 7  10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | FIELD 9  18 | 19 | 60 | 81 | 82 | 84 |
| AMOUNT | | | | | | | | | No. of Delivs  140 | | | CALL DATES  3908/7000 D2  08/17/01 | CONFIRMATION #  88326022 | |

### COMPANY CAR ONLY

| VEHICLE NO. | 212193 |
|---|---|
| BEGINNING ODOMETER | 1021.0 |
| ENDING ODOMETER | 1455.0 |
| TOTAL MILES | 434.0 |
| TOTAL BUSINESS MILES | |
| TOTAL PERSONAL MILES | 434.0 |

**\*Calculate Personal Mileage Charge Back in Box #987 at Right**

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 9XX. (Example, if the total in the Lodging amount field is negative, enter in the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursements.

SIGNATURE _____

APPROVED BY _____

DATE MO/DAY/YY _____

DATE MO/DAY/YY 12-4-01

NOTICE TO USER:
Dollar Information Network, Inc. P.O. Box
11400, Fort Worth, Texas 76110-0102

RECEIVED EEOC
SEP 12 2002
CHICAGO DISTRICT OFFICE

COPY SENT
AUG 14 2001
TO GELCO

ACCOUNTING COPY

EEOC000341

# BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 06/11/01 | dr. thota, drs. Sudarshan, cath lab | united hospital, wichita falls | inservice relavase | 194.08 |
| 06/12/01 | dr. pickering, and lab | harris, fort worth | inservice relavase | 22.01 |
| 06/12/01 | dr. delange, dr yuvarll, dr. snow | osteopathic, ft worth | inservice relavase | 357.30 |
| 06/12/01 | mirza balg, pharmd and staff | osteopathic, ft worth | inservice relavase | 39.80 |
| 06/13/01 | dr. gensberg, dr. lee and staff pharma | st. paul, dallas | inservice relavase | 342.39 |
| 06/14/01 | dr. reese, dr. lin, dr. meller, dr. jones | baylor, dallas | inservice relavase | 254.95 |
| 06/16/01 | dr. slonim dr. vanmeter, dr. donovan | methodist, dallas | inservice relavase | 297.66 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Original Document of GelcoInformationNetwork

112499 05 dmm

3985700002

ACCOUNTING COPY

\- Payment Receipt -

Sale XXXXXXXXXXXX1007
#XXXXXXXX 582545
Auth. # C15 8367
Inv. 9993767 Date 06/10/01
MOBIL 730
CARROLLT TX
Pump # 1 UNLEAD
Gallons ..... 11.070
Price/Gal ...$ 1.499
Fuel Sale ...$ 16.59

\- THANK YOU -

**EXXON EXPRESS PAY**

VALLEY RANCH EXXON
9975 N. MACARTHUR
IRVING, TX. 75063

DLR# 4712410
VALLEY RANCH E
IRVING TX
06/11/01 16:29
DEBIT
8842 ACCT#
INV# HZ12728
AUTH# 352010
PUMP# 9
REG
SELF 10.469G
PRICE/GAL $1.649
FUEL TOTAL $17.26
MDSE TOTAL $0.00
TOTAL $17.26

HAVE A SAFE AND
HAPPY NEW YEAR

-THANK YOU-

Kinko's (972) 263-0042
841 McArthur Pk.
Irving, TX 75063

| QTY/LIST | DISC | PRICE | AMOUNT |
|---|---|---|---|
| 1000 FS B&W S/S WHITE STD | | | |
| 0.07 | 0.00 | 0.07 | 70.00 |
| 50 FS ADD FEATURES MACHINE STAPLING | | | |
| 0.05 | 0.00 | 0.05 | 2.50 |
| 1 Supplies/ Stat MISC | | | |
| 4.25 | 0.00 | 4.25 | 4.25 |
| 25 FS B&W S/S WHITE STD | | | |
| 0.07 | 0.00 | 0.07 | 1.75 |

SUB 78.50 TX 6.48 TOT 84.98
MasterCard 84.98
CHG 0.00

XXXXXXXXXXXX8842 04/04 AP011867
I agree to pay the above amount
according to the card issuer agreement.
Sign Here: X________________________

CW 6 TR 95424 RG 2 06/11/01 16:36
Visit us @ http://www.kinkos.com

EEOC000245

EEOC000346

194.08
38.00

Garland
Wichita falls

EEOC000347



Cardmember: Retain this copy for your records.

Sales Slip Cardmember Copy

CB - MACARTHUR PARK 173
MERCHANT ID
06/12/01 07:49:05 T001
CHRISTINA CHK #020
CHARGE 1

AMEX
379400134701007
HILLBANNISTER/D
07/02
AUTH # 526063

CHARGE AMOUNT 35.60
TIP AMOUNT 4.00
TOTAL 39.60

CUSTOMER COPY

STANDARD PARKING
HARRIS METHODIST

06/12/01 11:03 L# 1 A# 8 Txn#478262
06/12/01 10:30 In 06/12/01 11:03 Out
Fee ......1 $ 1.00
Total Fee $ 1.00
CASH PAID $ 1.00-
Cash Tender $ 1.00
Change Due $ 0.00
THANK YOU
HAVE A NICE DAY

6-12

Centocor

Denise Hill-Bannister
Vascular Specialist

Centocor, Inc.
200 Great valley Parkway
Malvem, Pennsylvania 19355-1307

Telephone: 972-569-7757
Facsimile: 972-402-8878
Voicemail: 800-972-9063, x7295
Pager: 877-665-3547
Email: bannisterd@centocor.com

Parking 4.50

Central Parking System

# RECEIPT

Location: 181

Amount: $ 3.00

Date: 06/13/001

By:

CPS-13 8/98

4128 6639 8995 6548

9/02

Dennis Hill

SAL'S PIZZA REST
44210523366
60110170102037 0

060601 5682643

| DATE | SERVER/CASHIER |
|---|---|
| AUTHORIZATION NO. | REFERENCE NO. |
| | |

| QTY. | DESCRIPTION | AMOUNT |
|---|---|---|
| | | 342 3 |
| | | |
| SALES SLIP | TAX | |
| | TIP / MISC. | 25 |
| | TOTAL | 367 |

PURCHASER SIGN HERE

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the Issuer.

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORD

## SAL'S PIZZA RESTAURANT INC.

2525 Wycliff Ave.
DALLAS, TEXAS 75219
(214) 522-1828

30 pm

1102

| CUSTOMER'S ORDER NO. | PHONE | DATE |
|---|---|---|
| NAME: Dennis Hill. | | |
| ADDRESS: St Paul (in the Name | | |
| CASH / C.O.D. / CHARGE / ON ACCT. / MDSE. RET'D. / PAID OUT: Special Rush) | | |

| | | |
|---|---|---|
| Pizza | | |
| Club Marsala | | |
| Club Grande | | |
| Lasagna | | |
| 2 Salad | | |
| Drinks | | |
| | TAX | |
| SOLD BY / RECEIVED BY | TOTAL | 342.39 |

C PRODUCT 609 All claims and returned goods MUST be accompanied by this bill.

376105

NEBS To Reorder 800-225-6380 or nebs.com

*Thank You*

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS

CUSTOMER COPY

SALES SLIP

TAX

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the Issuer.

PURCHASER SIGN HERE

X

| QTY. | DESCRIPTION | AMOUNT |
|---|---|---|

SAL'S PIZZA REST
1421052366
601101701020370

548225533 100050 053001

| | AUTHORIZATION NO. | REFERENCE NO. |
|---|---|---|
| SERVER/CASHIER | DATE | |

4138 0038 994 56548

Denis Hill   9/02

---

SAL'S PIZZA RESTAURANT INC.
2525 Wycliff Ave.
DALLAS, TEXAS 75219
(214) 522-1828

| CUSTOMER'S ORDER NO. | PHONE | DATE |
|---|---|---|

NAME

ADDRESS

| CASH | | | | | | RECD |
|---|---|---|---|---|---|---|

TAX

TOTAL

| SOLD BY | RECEIVED BY |
|---|---|

All claims and returned goods MUST be accompanied by this bill.

Thank You

To Reorder 800-225-6380 or nebs.com

376226

C PRODUCT 609

EEOC000351

NOTES: L.B

7-18-01

**EXXON EXPRESS PAY**

DLR# 4719431
ADDISON EXXON
DALLAS TX
06/14/01 19:17
DEBIT ACCT#
8842
INV# H1C7735
AUTH# 191823
PUMP# 9
REG
SELF 8.295G
PRICE/GAL $1.569
FUEL TOTAL $13.01

MDSE TOTAL $0.00
TOTAL $13.01

-THANK YOU-

**SOUTHWEST AIRLINES**

ISSUED BY AND VALID ONLY ON

TICKETLESS ITINERARY
NOT VALID FOR TRANSPORTATION

CUSTOMER NAME
HILLBANNISTER/DENISE

REFERENCE NUMBER CONFIRMATION DATE 05JUN
526/27598298166    7BZPUB
AGENT 7124DT

ITINERARY

| FROM | TO | FLIGHT | DATE | FARE BASIS | TIME | STATUS | PRICE | XF |
|------|-----|--------|------|-----------|------|--------|-------|-----|
| DALLAS LOVE FIELD | AUSTIN TX | WN0474 | 05 JUN | YL | 0845A | HK | 0095.75 | 00.00 |
| AUSTIN TX | DALLAS LOVE FIELD | WN2090 | 05 JUN | YL | 0355P | HK | 0095.75 | 03.00 |

expensed
4-16

PRINTED IN U.S.A. BY MAGNETIC TICKET & LABEL CORP., AC-187TH (REV. 3/00)

EEOC0000354

**SAL'S PIZZA RESTAURANT INC.**
2525 Wycliff Ave.
DALLAS, TEXAS 75219
(214) 522-1828

| CUSTOMER'S ORDER NO. | PHONE | | | DATE |
|---|---|---|---|---|
| NAME | Mardot (Pheun) | | | |
| ADDRESS | Deu Hill | | | |

| CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|

| SOLD BY | RECEIVED BY | | TAX |
|---|---|---|---|
| | | TOTAL | |

C PRODUCT 609 — All claims and returned goods MUST be accompanied by this bill.

**378463** — NEBS — To Reorder 800-225-6380 or nebs.com — *Thank You*

PURCHASER SIGN HERE

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the issuer.

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS

SAL'S PIZZA REST

CUSTOMER COPY

| QTY. | DESCRIPTION | AMOUNT |
|---|---|---|
| SALES SLIP | TAX | |
| TOTAL | | |

expensed
6-16