EEOC0001307

Original Document of Gelco International Network

ACCOUNTING COPY

# Centocor

## SALES FORCE EXPENSE REPORT

**NAME:** Caroline Kopecky

**DEPARTMENT:** 490

**DISTRICT:**

**EXPENSE REPORT NO.** 7015067

**PERIOD ENDING (MM/DD/YY):** 05/05/01

| DATE (MM/DD/YY) | ORIGIN / DESTINATION / PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (explain in detail) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPAIR / MAINT & MISC. (explain in detail) | PROMOTIONAL PROGRAMS | FIELD PROMOTION (Explain on Detail) | | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/29/01 | houhou | 70.0 | | | | 18.00 | | | | | | | | 8.95 | | 150.99 |
| 04/30/01 | houhou | 50.0 | | | | | 10.66 | | | | | | | | | 18.64 |
| 05/01/01 | houhou | 50.0 | | | | 8.00 | | 18.64 | | | | | | 110.84 | | 18.64 |
| 05/02/01 | houhou | | | | | 7.00 | | | 2.54 | | | | | | | 9.00 |
| 05/03/01 | hou/galveston | 200.0 | | | | 13.00 | | | | | | | | 35.18 | 184.76 | 226.93 |
| 05/04/01 | hou/katy | 100.0 | | | | 3.00 | | | | | | | | 70.92 | | 71.92 |
| 05/05/01 | | | | | | 12.00 | | | | | | | | | | 12.00 |
| | PLUS OR MINUS ADJUSTMENTS | | | | | | | | | | | | | | | |
| | **AMOUNT** | | | | | 47.00 | 10.66 | 18.64 | 2.54 | | | | | 114.55 | 295.38 | 468.78 |

| FIELD # | 10 | 11 | 12 | 13 | 15 | 16 | 18 | 17 | 18 | 19 | 80 | 81 | 82 | 84 | FIELD # | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**COMPANY CAR ONLY**

| VEHICLE NO. | 405853 |
|---|---|
| ENDING ODOMETER | 58700.0 |
| BEGINNING ODOMETER | 58175.0 |
| TOTAL MILES | 475.0 |
| TOTAL BUSINESS MILES | 470.0 |
| TOTAL PERSONAL MILES | 5.0 |

112460.05 mm

**\*Calculate Personal Mileage Charge Back In Box #997 at Right**

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field # should be entered as follows: Precede the field # with a nine (9) making it a three digit number, 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursements.

**FIELD #** 40

**QUANTITY**

No. of Gallons

SIGNATURE _[signature]_   DATE (MM/DD/YY) _[signature]_

APPROVED BY _[signature]_   DATE (MM/DD/YY) 5/15/01

NOTICE TO USER
Travel/Entertainment Authorization issued in the Denver by
Gelco Information Network, Inc. P.O. Box
44800, Eden Prairie, Minnesota 55344-0800

| | |
|---|---|
| Minus Personal Mileage Charge | 8.0 X 0.0 |
| Due Company | |
| Due Employee | |

| CALL DATE | 05/21/01 |

EXPENSE REPORT AUDITED
JUL 16 2001

EXHIBIT
Kopecky 5

COPY SENT
JUL 2 - 2001
TO GELCO

CONFIRMATION # 89064991

3:02-cv-00354-RM-CHE   4:74-2   Page 1 of 9

## BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 54/30 | Tony Siciliano/CNTO | Starbucks | breakfast meeting | ✓ 10.66 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 04/30/01 | Inservices for retavase at Methodist CCU ✱ | 110.64 |
| 04/30/01 | Inservices for SLEH Radiology for Retavase ✱ | 8.85 |
| 05/04/01 | lunch for ER at HNW to discuss Ret  ✗ | 70.52 |
| 05/03/01 | lunch with John Fischer re:Ret | 35.18 |
| 05/03/01 | lunch at Mdanderson for microcathefers  ✗ | 184.75 |
| | | |
| | | |

## MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

112499 05 dmm

Original Document of GelcoInformationNetwork

ACCOUNTING COPY

39857000 02

EEOC00001318

# BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 54/30 | Tony Siciliano/CNTO | Starbucks | breakfast meeting | ✓ 10.68 |
|  |  |  |  |  |

# FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 04/30/01 | Inservices for retavase at Methodist CCU ★ | 110.84 |
| 04/30/01 | Inservices for SLEH Radiology for Retavase ★ | 8.85 |
| 05/04/01 | lunch for ER at HNW to discuss Ret ★ | 70.52 |
| 05/03/01 | lunch with John Fischer re:Ret | 35.18 |
| 05/03/01 | lunch at M.danderson for microcatheters ★ | 184.75 |

# MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
|  |  |  |

ACCOUNTING COPY

398570000 02

112499 06 dnm

PIZZA HUT #0744220
2100 W HOLCOMBE BLVD
HOUSTON TX 77030
713-521-2266

Sale

Shift #: 1
ID: 0001 Ref #: 0005
04/30/01 11:19:56
Batch #: 447

AMEX
37138409056[illegible]1001 Exp: 08/03
Appr Code: 508676 Invoice#: 000005
Amount: $ 110.64
Tip: 10.64
Total:

I agree to pay above total amount
according to card issuer agreement
(Merchant agreement if credit/voucher)

Signature

DATE 22381748701 TIME
04/24/01 1421338922 09:44

EINSTEIN BROS BAGELS #1740
5300 KIRBY DRIVE
HOUSTON TX 77005
713-528-1992

TRAN # AUTH
780 557138

SALE

ACCT. NUMBER EXP
371384090561001 0803

DESC

TOTAL $ 8.85

X
SIGNATURE

455

STANDARD PARKING SYS
METHODIST HOSPITAL VALET
6565 FANNIN
HOUSTON TX,77030

04/30/01 14:07 L# 1 A# 5 Txn#113692
04/30/01 11:31 In 04/30/01 14:07 Out
Fee ......1 $ 9.00
Total Fee $ 9.00
CASH PAID $ 9.00-
Cash Tender $ 20.00
Change Due $ 11.00
THANK YOU
PLEASE COME AGAIN

ST. LUKE'S
Episcopal Hospital

PARKING RECEIPT

PAID $9.00
DATE 4-30-01

PS 0831 2/89

3:02-cv-03354-RM-CHE # 74-2 Page 4 of 9

**Whom to Call**

| | | |
|---|---|---|
| SWBell Telephone | For Billing Questions | 1-800-585-7928 |
| | For Payment Arrangements or Late Payments | 1-800-616-1171 |
| | To Place an Order or Change Service | 1-800-464-7928 |
| | For Repair Services | 1-800-246-8464 |
| | For an Itemization of Service Charges | 1-800-585-7928 |
| | Para Preguntas Acerca de su Cuenta Llame al | 1-800-616-1171 |
| | Para Ordenar Servicios o Para Pagos Atrasados | 1-800-585-7928 |
| | Para Ordenar Servicios o Cambiar su Servicio Telefónico en español Llame al | 1-800-559-0050 |
| | Para Servicio de Reparación Llame al | 1-800-246-8464 |

For questions about the charges of other companies, refer to each company's page.
Online Help: www.swbell.com

**Billing For:**

**► Monthly Charges - Apr 09 thru May 08**

| | | |
|---|---|---|
| SWBell Telephone | | |
| SWBell Discounted Solutions | | |
| - SWBell Phone Solution | | 39.95 |
| Fees and Charges | | 11.05 |
| Basic Local Service (not included in Solutions) | | 18.06 |
| Municipal Charge | 3.00 | |
| FCC Approved Customer Line Charge | 10.42 | |
| 911 Service Fee | .99 | |
| Texas Universal Service (Local Service & Toll) | 2.30 | |
| Expanded Local Calling Service Surcharge (Toll) | .26 | |
| Number Portability Service Charge | .66 | |
| Federal Universal Service Fee | .66 | |
| ► Optional Local Service Features | | .76 |
| Amount Subject to Sales Tax: 67.08 | | |
| Other Charges (See Items 1 and 2) | | .75 |
| Itemized Calls (See Items 3 thru 6) | | 4.40 |

| | | |
|---|---|---|
| **► SWBell Telephone Current Charges (before taxes)** | | **74.39** |
| Taxes | | 7.22 |
| Federal Tax | 1.98 | |
| State and Local Taxes | 5.24 | |

**SWBELL PHONE SOLUTION (713-864-2155)**

Simple Solutions
* Primary line with Touch-Tone
* CallNotes® Plus Voice Mail provided by Southwestern Bell Messaging Services
* The WORKS®
* Call Waiting ID
* InLine® Repair Plan or ADD ON InLine® Plus Repair Plan

By choosing this Solution, you are saving up to 29% over the cost of the same services purchased separately.

Thank you for choosing Southwestern Bell Long Distance and Southwestern Bell Simple Solutions! Because you are a Simple Solutions customer, you are receiving an excellent rate on Southwestern Bell Long Distance at 6 cents per minute.

| | |
|---|---|
| SWBell | |
| Simple Solutions | |
| | |
| SWBell | |
| Billing Questions: | 1-800-585-7928 |
| SWBell Telephone | |

# ⊗ Southwestern Bell

**Account Number**
713-864-2155-550-9
April 09, 2001

| Monthly Service Itemization | Qty | Description | Amount |
|---|---|---|---|
| | 1 | SWBell Phone Solution For 713-864-2155 | 39.95 |
| | 1 | Touchtone For 713-864-2156 | .18 |
| | 1 | Basic Local Service - Residence Line | 11.05 |
| | | SWBell Telephone Basic Local Svc + Optional Features....... | 51.18 |

| Other Charges | Item | Explanation | From | To | Amount |
|---|---|---|---|---|---|
| | 1 | Rate changed on Mar 31 | | | |
| | | - 1 Federal Universal Service Fee | .37 | .38 | |
| | | - 1 Federal Universal Service Fee | .38 | | |
| | | Monthly Rate | .74 | .76 | |
| | | Charge for change in rates from Mar 31 thru Apr 08 ........... | | | .00 |

| Directory Assistance | | | |
|---|---|---|---|
| 2 | Direct dialed call(s) | 6 @ no charge 1 @ .75 ea | .75 |

► **SWBell Telephone Total Other Charges (before taxes)** ......... .75

| Itemized Calls | | | | | | | |
|---|---|---|---|---|---|---|---|
| Item | Date | Time | Place Called | Area Number | Rate* | Min | Amount |
| **Calls from 713-864-2155** | | | | | | | |
| 3 | 04/03 | 05:18PM | NATL411SVC | 713 411-0000 | | 2 | 1.10 # |
| | | | **Subtotal for 713-864-2155** | | | 2 | 1.10 |
| | | | Directory Assistance Calls from 713-864-2155 | | | | |
| | | | Dialed | 411:4 | 555:0 | | |
| | | | Operator Handled | 411:0 | 555:0 | | |
| **Calls from 713-864-2156** | | | | | | | |
| 4 | 03/14 | 08:59AM | NATL411SVC | 713 411-0000 | | 1 | 1.10 # |
| 5 | 03/19 | 02:49PM | NATL411SVC | 713 411-0000 | | 1 | 1.10 # |
| 6 | 04/03 | 04:49PM | NATL411SVC | 713 411-0000 | | 1 | 1.10 # |
| | | | **Subtotal for 713-864-2156** | | | 3 | 3.30 |
| | | | Directory Assistance Calls from 713-864-2156 | | | | |
| | | | Dialed | 411:3 | 555:0 | | |
| | | | Operator Handled | 411:0 | 555:0 | | |

► **Total Itemized Calls for SWBell Telephone (before taxes)** ... 5 4.40

| For Your Information | |
|---|---|
| Questions about your bill? www.swbell.com/billing | |

Go paperless with on-line billing. See and pay your Southwestern Bell bill on-line each month. No stamps, no waste, no waiting. Enroll in Southwestern Bell's on-line billing program at www.SouthwesternBell.com.

**CHANGES ON YOUR APRIL BILL**
Beginning April 2001, we are making changes to the format of your bill that is required by the State of Texas. Federal Tax, State and Local Tax will be broken down into two categories: 'Local Service' and 'Non-Local Service & Toll'. The total amount of taxes is

♻ Recyclable Paper

SWBell Telephone
Billing Questions:
1-800-585-7928

Account Number
713-864-2155-550-9
April 09, 2001

# Southwestern Bell

10

**Billing For:**
SWBell Long Distance
Invoice Summary

| | |
|---|---|
| Current Charges | .00 |
| Service Charges | .00 |
| Credits and Adjustments | 7.68 |
| Call Charges | .54 |
| Surcharges | |
| Total SWBell Long Distance Charges | 8.22 |
| 1 Federal Tax | .25 |
| 2 State and Local Taxes | .59 |

**For Your Information**

Southwestern Bell Long Distance
Thank you for choosing Southwestern Bell Long Dist as your long distance provider.
TEXAS SLAMMING COMPLAINTS
Customers who believe that their telephone service provider has been changed without their permission may contact the Public Utility Commission of Texas, Office of Customer Protection, P.O. Box 13326, Austin, Texas 78711-3326, (512) 936-7120 or in Texas (toll-free) 1 (888) 782-8477, fax: (512) 936-7003, e-mail address: customer@puc.state.tx.us. Hearing and speech-impaired individuals with text telephones (TTY) may contact the commission at (512) 936-7136.

**Call Charges**

Calls for 713-864-2155
Domestic

| Item | Date | Time | Place Called | | Area | Number | Rate* | Min | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 03/01 | 03:04PM | PT MATILDA | PA | 814 | 692-8698 | DC | 1:00 | .06 |
| 4 | 03/06 | 11:40AM | VICTORIA | TX | 361 | 788-6680 | DC | 1:00 | .06 |
| 5 | 03/06 | 07:13PM | VICTORIA | TX | 361 | 788-6680 | DC | 2:00 | .12 |
| 6 | 03/06 | 07:15PM | VICTORIA | TX | 361 | 788-6680 | DC | 1:00 | .06 |
| 7 | 03/08 | 05:04PM | GRAPEVINE | TX | 817 | 481-9700 | DC | 1:00 | .06 |
| 8 | 03/08 | 05:06PM | ARLINGTON | TX | 817 | 366-7686 | DC | 1:00 | .06 |
| 9 | 03/11 | 08:27PM | SANANTONIO | TX | 210 | 822-2153 | DC | 42:00 | 2.52 |
| 10 | 03/14 | 05:25PM | NDLDPTNCHS | TX | 409 | 718-6449 | DC | 1:00 | .06 |
| 11 | 03/14 | 05:46PM | NDLDPTNCHS | TX | 409 | 718-6449 | DC | 1:00 | .06 |
| 12 | 03/14 | 05:55PM | MONTBELLO | CO | 303 | 371-4333 | DC | 2:00 | .12 |
| 13 | 03/14 | 05:56PM | MONTBELLO | CO | 303 | 371-4333 | DC | 1:00 | .06 |
| 14 | 03/14 | 06:00PM | MONTBELLO | CO | 303 | 371-4333 | DC | 1:00 | .06 |
| 15 | 03/14 | 06:26PM | MONTBELLO | CO | 303 | 371-4333 | DC | 5:00 | .30 |
| 16 | 03/14 | 10:16PM | SANANTONIO | TX | 210 | 822-0585 | DC | 9:00 | .54 |
| 17 | 03/20 | 08:47AM | FARMESBRCH | TX | 214 | 580-9999 | DC | 2:00 | .12 |
| 18 | 03/21 | 04:03PM | GALVESTON | TX | 409 | 772-3429 | DC | 1:00 | .06 |
| 19 | 03/21 | 04:04PM | GALVESTON | TX | 409 | 772-4181 | DC | 2:00 | .12 |
| 20 | 03/21 | 04:06PM | GALVESTON | TX | 409 | 772-3460 | DC | 3:00 | .18 |
| 21 | 03/21 | 05:42PM | ARLINGTON | TX | 817 | 300-0890 | DC | 6:00 | .36 |

SWBell Long Distance
Billing Questions
1-888-671-0514

©$‡# See Back of Page

(8)

1421940000000 01
MAY 04, APPROVAL
538701

C KOPECKY
**************1001
03/08
AMEX

SALE
TERMINAL #
ROC #
147973
24000166

FOOD AND BEVERAGE

BASE AMOUNT $70.52

TIP AMOUNT

TOTAL 70.52

X

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT ... VOUCHER)
TOP COPY-... COPY-CUSTOMER

---

STAR PIZZA II
140 S HEIGHTS
HOUSTON, TX 770070000

TIME 6:25 PM DATE 05/03/01
TERM# 00644353 MERH 000324200062997
TRAN TYPE SALE
#371384090561001
CARD TYPE AMEX
EXP DATE 00/00 SEQ # 008
TICKET # 00000000657 SERVER ID 30
AUTH CODE 559F1#

BASE $35.18

TIP

TOTAL 35.18

SIGN X

C KOPECKY

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT

REMINDER TO CUSTOMERS: 2.A. OF THE EZ TAG AGREEMENT STATES: "USER AGREES (1) ONLY TO USE EACH EZ TAG IN CONNECTION WITH THE OPERATION OF THE PARTICULAR VEHICLE SPECIFICALLY ASSIGNED TO THAT EZ TAG AS LISTED ON THE APPLICATION ... IN THE EVENT USER DISPOSES OF THE VEHICLE ASSIGNED TO A SPECIFIC EZ TAG, THE USER MUST NOTIFY...

COLLIN'S ITALIAN CAFE
HOUSTON
14219125232000000          01
APPROVAL CODE     163182

MAY 03, 01
AMEX  371384098561001

SALE
POS #  182513
TERMINAL #  5003760

FOOD AND BEVERAGE

BASE AMOUNT     $160.75
TIP AMOUNT       $24.00
TOTAL           $184.75

I AGREE TO PAY THE ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT (MERCHANT AGREEMENT IF CREDIT VOUCHER)

---

Monthly EZ TAG Statemen[t]
HCTRA EZ TAG Store
330 Meadowfern, Ste. 11
Houston, TX 77067
(281) 875-3279

05/01/01

*** This is NOT an invoice. ***

CAROLINE R. KOPECKY
6632 WANITA PL
HOUSTON TX 77007-2035

205-1-123

# TRANSACTION DETAIL

| Date | Time | Location | Tag # | Description | Amount | Date | Time | T |
|------|------|----------|-------|-------------|--------|------|------|---|
| | | | | Account balance | 31.25 | | | |
| | | | | Statement/Invoic | -1.50 | 4/7 | 8:49am | |
| | | | | Tag Rental Fee | -1.00 | 4/7 | 8:49am | |
| | | | | Tag deposit bala | 15.00 | 4/01 | | |
| | | | | Tag deposit bala | 15.00 | 4/30 | 11:59pm | |
| 4/03 | 10:57am | Hardy South | 169417 | Toll | -0.75 | | | |
| 4/03 | 11:00am | Airport Connector | 169417 | Toll | -0.50 | | | |
| 4/06 | 2:57pm | Airport Connector | 169417 | Toll | -0.50 | | | |
| 4/11 | 9:26am | Airport Connector | 169417 | Toll | -0.75 | | | |
| 4/11 | 9:29am | Airport Connector | 169417 | Toll | -0.50 | | | |
| 4/12 | 3:18pm | Airport Connector | 169417 | Toll | -0.50 | | | |
| 4/12 | 3:21pm | Hardy South | 169417 | Toll | -0.75 | | | |
| 4/16 | 7:23am | Hardy South | 169417 | Toll | -0.75 | | | |
| 4/16 | 7:25am | Airport Connector | 169417 | Toll | -0.50 | | | |
| 4/17 | 6:29pm | Airport Connector | 169417 | Toll | -0.50 | | | |
| 4/17 | 6:32pm | Hardy South | 169417 | Toll | -0.75 | | | |
| 4/27 | 2:35pm | Sam Houston Central | 169417 | Toll | -0.75 | | | |
| 4/27 | 2:42pm | Sam Houston North | 169417 | Toll | -0.50 | | | |
| 4/27 | 3:05pm | Airport Connector | 169417 | Toll | -0.50 | | | |
| 4/27 | 3:08pm | Hardy South | 169417 | Toll | -0.75 | | | |
| | | | | Tag total | -9.50 | | | |
| 4/30 | | | | Account balance | 19.25 | | | |

## ACCOUNT SUMMARY

| Description | Qty | Amount | Total |
|-------------|-----|--------|-------|
| BEGINNING BALANCE | | | 31.25 |
| Toll | 15 | -9.50 | |
| Tag Rental Fee | 1 | -1.00 | |
| Statement/Invoice fee | 1 | -1.50 | |
| Charges | | | |
| Payments plus credits | | -12.00 | 0.00 |
| ENDING BALANCE | | | 19.25 |