E-FILED
Monday, 04 April, 2005 09:54:40 AM
Clerk, U.S. District Court, ILCD

Kinko's (713) 520-9753
2200 SW Freeway
Houston, TX 77098

Sold To: JOHNSON & JOHNSON CENTOCOR
Acct. #: 0000451631 0211
Ref:

| QTY/LIST | DISC | PRICE | AMOUNT |
|---|---|---|---|
| 47 ES B&W S/S WHITE STD | | | |
| 0.08 | 0.03 | 0.05 | 2.35 |

%DISC 15.00 0.00
SUB 2.35 TX 0.19 TOT 2.54
CASH 3.00
CHG 0.46

TOTAL DISCOUNT: $1.41

CW 578 TR 1347523 RG 5 04/30/01 08:47
Visit us @ http://www.kinkos.com

4

** STARBUCKS COFFEE COMPANY **

SHEPHERD & FARNHA #06274
HOUSTON TX77098

1 GRANDE LATTE / CA 3.05
1 HUEN,LF,GRANE 1.40
1 WATER, CRYSTAL G 1.40
1 GR WHT MOCHA 3.80
SUBTOTAL [illegible]
TAX 8.25 0.81
TOTAL 10.46
AMEX 10.46
CARD#: 371384090 5AXXXX
CHANGE DUE 0.00

06274 0001 699938 000352203E
04/30/01 09:55
THANK YOU FOR VISITING
STARBUCKS

5

AMPCO SYSTEM PARKING

DAILY PARKING RECEIPT

DATE 5-03-01

AMOUNT $ 7.00 Tax included

SIGNED

300 Milam, Suite 100, Houston, Texas 77002-1619

6

51607

7 $9

ST. LUKE'S EPISCOPAL HOSPITAL
VALET PARKING CLAIM TICKET
BATES DESK 794-6496
PLEASE DO NOT REMOVE THIS TAG UNTIL YOU HAVE CHECKED OUT.

EEOC0001272
Original Document of Gelco Information Network
ACCOUNTING COPY

# Centocor

## SALES FORCE EXPENSE REPORT

NAME: caroline kopecky

DEPARTMENT

DISTRICT

EXPENSE REPORT NO. 7015068

| DATE MM/DD/YY | ORIGIN/DESTINATION/PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR/RAIL/BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING/ TOLLS | BUSINESS MEALS (Explain on Detail) | PHONE/FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPAIR/MAINT & MISC (Explain on Detail) | FIELD PROMOTION (Explain on Detail) PROMOTIONAL/ ACCESS #10 | PROMOTIONAL/ ACCESS #10C | MISC (Explain on Detail) DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/07/01 | hou/hou | 50.0 | | | | | | | | | | | | | |
| 05/08/01 | hou/hou | 90.0 | | 112.50 | | 65.66 | | | | | | | | | |
| 05/09/01 | hou/hou | 80.0 | | 200.50 | | 5.66 | 188.72 | | | | | 174.24 | | | 452.4 |
| 05/10/01 | hou/hou | 50.0 | | 174.75 | | 23.00 | 75.84 | | | | | | 100.00 | | 394.88 |
| 05/11/01 | hou/hou | 60.0 | | | | 3.00 | | | | | | | | | 400.45 |
| 05/12/01 | hou/hou | | | | | | | | | | | | 26.86 | 26.86 | 3.00 |

PLUS OR MINUS ADJUSTMENTS

| FIELD # | 10 | 11 | 12 | 83 | 13 | 18 | 18 | 17 | 18 | 18 | 80 | 81 | 82 | 84 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMOUNT | | 587.75 | | 97.32 | | 264.56 | | | | | | 26.86 | 274.24 | | 1,250.73 |

## COMPANY CAR ONLY

| | | |
|---|---|---|
| VEHICLE NO. | 409553 | |
| BEGINNING ODOMETER | 59175.0 | |
| ENDING ODOMETER | 59515.0 | |
| TOTAL MILES | 340.0 | |
| TOTAL BUSINESS MILES | 320.0 | |
| TOTAL PERSONAL MILES | 20.0 | |

1/2448.05 drvn

**Calculate Personal Mileage Charge Back in Box #997 at Right**

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number. 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursements.

| | QUANTITY | | | | | | FIELD # | TOTAL |
|---|---|---|---|---|---|---|---|---|
| FIELD # | 40 | | | | | | Minus Personal Mileage Charge 20.0 X 0.0 | 997 |
| No. of Gelcos | | | | | | | Due Employee | 87 |
| | | | | | | | Due Company | 820 |
| | | | | | | 39657000 02 | | 1,250.73 |

SIGNATURE

APPROVED BY

DATE MM/DD/YY

NOTICE TO USER
Travel and Expense Data is Managed by
Gelco Information Network, Inc. P.O. Box
4490, Eden Prairie, Minnesota 55344-0500

PERIOD ENDING MM/DD/YY 05/12/01

CALL DATE 05/21/01

CONFIRMATION # 89066246

Minus Personal Mileage Charge 20.0 X 0.0 26.86 274.24

COPY SENT
JUL 16 2001
TO GELCO

EXPENSE REPORT AUDITED
JUL 16 2001

EEOC000 273

# BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

# FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | | AMOUNT |
|---|---|---|---|
| 05/08/01 | lunch with Oschner Radiology- for microcatheters and retavase | | 174.24 |
| 05/10/01 | breakfast with Methodist cath lab for R and R | | 28.86 |
| 05/10/01 | Brennan's with dr Kay to discuss formulary | | 100.00 |
| | | | |
| | | | |

# MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |

112499 05 dmm

Original Document of GelcoInformationNetwork

ACCOUNTING COPY

EEOC0001274

SEMOLINA
International Pasta
Restaurant
3226 Magazine Street
New Orleans, LA. 70115
(504) 895 - 4260
Date: May08'01 09:20AM
Card Type: Amex
Acct #: 37138409561001*
Exp Date: 08/03
Auth Code: 162906
Check: 2809
Check ID: 10:45 CAROLINE
Server: 30008 A.M. BAR
VSCA: Auth Driver

Subtotal: 159.24
Gratuity: 15.00
Total: 174.24

Signature



Dear Mr./Ms. Accountant,

Please excuse _____ from this taxi fare of $ _____. He/She was just staring out the window, not trying to think of anything, when he/she got a cool idea (the best ones happen that way) and overshot the destination by roughly 67 miles. Which is why he/she added a generous tip.

Date 5/8
Amount of Fare $ _____
Other Charges _____
Tip _____
Grand Total $ 70.00

JPI-188 thought it was a good idea, too.

Beeper 334-2586 · Cellular 236-0519
C.B. Smothers, Jr., C.E.O.
P.A.P. Smothers, Secretary



## Ace Park & Ride
7783 Airport Blvd. • Houston, TX 77061

DATE: Aug 8, 2001
AMOUNT: $ 5.44
"Thank You"



CUSTOMER'S NAME
TIME _____ DATE 5/8 FARE 50.00
DRIVER _____ CAB NO. _____

AUGLER MFG. 484-4216 FORM 2

A SERVICE CAB

888-TAXI    534-1400

**SOUTHWEST AIRLINES** ISSUED BY AND VALID ONLY ON

TI INERARY
NOT V... : TRANSPORTATION

AGENT 8045DX
DATE 08MAY01

CUSTOMER NAME
KOPECKY/CAROLINE

REFERENCE NUMBER 526/27562333511
CONFIRMATION NUMBER 768TZE

ITINERARY

| FROM | TO | FLIGHT | DATE | FARE BASIS | TIME | STATUS | PRICE | XF |
|---|---|---|---|---|---|---|---|---|
| HOUSTON HOBBY | NEW ORLEANS LA | WN0609 | 08MAY | YL | 0945A | HK | 0104.75 | 00.00 |
| NEW ORLEANS LA | HOUSTON HOBBY | WN1595 | 08MAY | YL | 0355P | HK | 0104.75 | 03.00 |

(3)

22.50

PRINTED IN U.S.A. BY MAGNETIC TICKET & LABEL CORP., AC-197TH (REV. 3/00)

# TRAVEL SERVICES

MAILING ADDRESS:
P.O. BOX 16598
NEW BRUNSWICK, NJ 08906-6598
1-888-565-8728

OVERNIGHT ADDRESS:
ROUTE 1 NORTH AND AARON RD.
SHARED SERVICES LOBBY
NORTH BRUNSWICK, NJ 08902

SALES PERSON: 70 ITINERARY/INVOICE NO. 0061764 DATE: 07 MAY 01
CUSTOMER NBR: 1726000001 PAGE: 01

TO: CENTOCOR, INC ETKT
CAROLINE KOPECKY
4602 WANITA PL
HOUSTON, TX 77007

FORWARD COPY 1 W/ EXPENSE REPORT
Signed ______ Approval ______
Date ______ Account # ______
Purpose of Business ______

FOR: KOPECKY/CAROLINE REF: CEN01490

09 MAY 01 - WEDNESDAY
AIR SOUTHWEST AIRLINES FLT:1370 ECONOMY
LV HOUSTON HOBBY 755A EQP: BOEING 737-200
AR HARLINGEN 850A NON-STOP
AIR SOUTHWEST AIRLINES FLT:170 ECONOMY
LV HARLINGEN 300P EQP: BOEING 737-300
AR HOUSTON HOBBY 355P NON-STOP

(4)

MONDAY
OTHER AMERICAN AIRLINES
THANK YOU FOR ... THE CORPORATE TRAVEL DEPARTMENT

AIR TICKET ... KOPECKY C

EEOC0001275

# Ace Park & Ride

7783 Airport Blvd. • Houston, TX 77061

DATE: May 9, 2001

AMOUNT: $ 5.66 (5)

"Thank You"

**New South Parking** (6)

Bush Intercontinental Airport
P.O. Box 60751
Houston TX 77205

| | |
|---|---|
| Fee Computer Number: | 1 |
| Cashier: | Turkessa ID #237 |
| Transaction Number: | 91 |
| Entered: | 05/10/01 07:30 |
| Exited: | 05/11/01 13:56 |
| Ticket #92993 | Dispenser #30 |
| Rate: | C East Daily |
| Total Fee: | $20.00 |
| Cash: | $20.00 |

For questions call
281 233 1730
Thank yo[illegible] Terminal C

18 NY Bagels Meth cath lab

3713 84090S
61001 (7)
08/00
Caroline Kopecky

26.80

x [signature]

American Express

EEOC0001277

01 3426 6158
CENO149H
PASSENGER RECEIPT
PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT

ET KT

BOARONSPASSX
A35    8864988    1/Z68888881

*ARC XXXXX*
COUPON
CONTINENTAL AIRLINES    XXXXX    KOPECKY/CAROLINE    A317124173

AMERICAN EXPRESS
NORTH BRUNSWICK NJ US08NXKY01    IAH
KOPECKY/CAROLINE    AZ61YY/AA QL7/X226
*NOT VALID FOR    *THIS IS NOT YOUR RECEIPT*
**TRANSPORTATION**
IAH CO715 Q 1BMAY01/X226
QSAT CO1818 Q 1BMAY01/X226    CO/COEX ONLY
E282*85
FP AX3Z138408056100I*0803/ 137913 /FCHOU CO SAT7B
.72 CO HOU78.72QL/X226 157.44 END ZPIAHSAT

USD    157.44
US    11.81    Z
USD    174.75

*NOT VALID FOR TRAVEL*
0 005 718303494959 1    A317124173
0 005 718303494959 1
0 005 7141134174

Methodist Hospital Parking
7700 FLOYD CURL DR.
San Antonio, TX 78229

Fee Computer Number:
Cashier:
Transaction Number: 419
Entered:    05/10/01 12:41
Exited:    05/10/01 14:50
Ticket #84864
Rate:
Total Fee:
Cash:    $3.00
Area: 1
$3.00
Dispenser #1

Thank you
Have a nice day
210 575 3178

---

Methodist Hospital Parking
7700 FLOYD CURL DR.
San Antonio, TX 78229

Fee Computer Number:
Cashier:
CASHIER ID #329
Transaction Number: 85
Entered:    05/11/01 08:53
Exited:    05/11/01 10:52
Ticket #95564
Rate:
Total Fee:
Cash:    $3.00
Area: 1
$3.00
Dispenser #1

Thank you
Have a nice day
210 575 3178

P.01

**CUSTOMER COPY**

#16454

BRENNANS
NEW ORLEANS
117101956400088 01
APPROVAL CODE
MAY 10, 01 198153

3713840905610001
AMEX 08/03

SALE
DOC # TERMINAL #
198153 50041522

FOOD AND BEVERAGE

BASE AMOUNT $100.00

TIP AMOUNT

TOTAL

X

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the Issuer

(10)

# Brennan's
Restaurant

417 Royal Street New Orleans, La 70130
(504) 525-9713 • Reservations (504) 525-9711 • FAX: (504) 525-2302
e • 526 St. Louis Street • Suite 303 • (504) 588-0905
ease reply to

$100

DATE: 5-10-01

22-2604

fine — B.C. 16454 for $100.00

CC# 3713 8409 0561 001
Ex 8-03

auth cup# 198153

FROM: FAX NUMBER: (504)-525-2302

BRENNAN'S RESTAURANT
417 ROYAL STREET
NEW ORLEANS, LOUISIANA 70130
PHONE NUMBER: (504)-525-9713

______ # OF PAGES INCLUDING THIS PAGE

TOTAL P.03

EEOC0001278

EEOC0001279

| Corporate Cardmember Name | | |
|---|---|---|
| CAROLINE R KOPECKY | | |

| Corporate Account Number | Closing Date | |
|---|---|---|
| 3785-459467-71001 | 11-22-00 | Page 2 OF 2 |

9571
BC001072

## AT&T  CARD CALLS/SDN

AT&T THE RIGHT CHOICE LOOK AND LISTEN FOR "AT&T".
IF YOU DON'T HEAR "AT&T", HANG UP AND DIAL
10+ATT+0+AREACODE+NUMBER.

Charges Received Through: Nov 17, 2000
Acct. No. 3785-459467-71001
Ref. No. 22989575Z5

**TOTAL AT&T**   *(handwritten: $10.29)*

| Item No. | Date | Time | Description | Amount |
|---|---|---|---|---|

### FEES, TAXES, AND CREDITS

| Item No. | Date | Time | Description | Amount |
|---|---|---|---|---|
| 1 | NOV 17 | 12:00A | TOTAL DOMESTIC DISCOUNT | 3.09- |
| 2 | NOV 17 | 12:00A | FEDERAL EXCISE TAX | 0.30 |
| 3 | NOV 17 | 12:00A | STATE TAX/SURCHARGE | 0.96 |
| 4 | NOV 17 | 12:00A | LOCAL TAX/SURCHARGE | 0.09 |

**SUBTOTAL FEES, TAXES, AND CREDITS:** $1.74-

### DOMESTIC CALLS:

| Item No. | Date | Time | City | State | Number |
|---|---|---|---|---|---|
| 5 | OCT 21 | 04:44P | SANANTONIO | TX | 210-822-2153 |
| 6 | OCT 22 | 12:50P | SANANTONIO | TX | 210-822-2153 |
| 7 | OCT 22 | 12:52P | SANANTONIO | TX | 210-822-2153 |
| 8 | OCT 22 | 09:32P | SANANTONIO | TX | 210-824-0255 |
| 9 | OCT 22 | 09:33P | SANANTONIO | TX | 210-824-0255 |
| 10 | OCT 22 | 11:51P | SANANTONIO | TX | 210-822-2153 |
| 11 | OCT 22 | 11:52P | SANANTONIO | TX | 210-822-2153 |
| 12 | OCT 24 | 12:54P | HOUSTON | TX | 210-822-2153 |
| 13 | OCT 24 | 12:55P | HOUSTON | TX | 713-795-9037 |
| 14 | OCT 24 | 12:55P | HOUSTON | TX | 713-795-9037 |
| 15 | OCT 24 | 12:56P | HOUSTON | TX | 713-795-9037 |
| 16 | OCT 24 | 12:59P | HOUSTON | TX | 713-795-9037 |
| 17 | OCT 27 | 02:08P | JERSEY VLG | TX | 713-000-0000 |
| 18 | OCT 27 | 02:10P | JERSEY VLG | TX | 713-000-0000 |

| Number | | City | State | | Amount |
|---|---|---|---|---|---|
| 210-555-1212 | U | DIR ASST | TX | 1 | 1.49 |
| 361-555-1212 | U | VICTORIA | TX | 1 | 1.49 |
| 361-575-7441 | N | SANANTONIO | TX | 2 | 0.37 |
| 713-828-0169 | E | HOUSTON | TX | 1 | 0.44 |
| 713-757-0700 | N | HOUSTON | TX | 2 | 0.61 |
| 713-235-8810 | N | NLDLPTNCHS | TX | 10 | 0.26 |
| 409-718-6449 | D | NLDLPTNCHS | TX | 1 | 1.56 |
| 409-718-6449 | D | NLDLPTNCHS | TX | 2 | 0.44 |
| 409-718-6449 | D | NLDLPTNCHS | TX | 1 | 0.44 |
| 215-592-1363 | D | PHILA | PA | 3 | 0.69 |
| 713-555-1212 | U | DIR ASST | TX | 1 | 0.82 |
| 713-555-1212 | U | DIR ASST | TX | 1 | 1.49 |

**SUBTOTAL ITEMIZED CALLS:** $12.03

AT&T **CARD CALLS/SDN**

Charges Received Through: Dec 17, 2000
Acct. No. 3785-459467-71001
Ref. No. 2296957525

AT&T THE RIGHT CHOICE LOOK AND LISTEN FOR "AT&T".
IF YOU DON'T HEAR "AT&T" HANG UP AND DIAL
10+ATT+0+AREACODE+NUMBER.

TOTAL AT&T (11) $17.51

| Item No. | Date | Time | Description | | | | | | | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **FEES, TAXES, AND CREDITS** | | | | | | | | |
| 1 | DEC 17 | 12:00A | TOTAL DOMESTIC DISCOUNT | | | | | | | | 3.41- |
| 2 | DEC 17 | 12:00A | FEDERAL EXCISE TAX | | | | | | | | 0.49 |
| 3 | DEC 17 | 12:00A | STATE TAX/SURCHARGE | | | | | | | | 1.49 |
| 4 | DEC 17 | 12:00A | LOCAL TAX/SURCHARGE | | | | | | | | 0.17 |
| | | | **SUBTOTAL FEES, TAXES, AND CREDITS:** | | | | | | | | **$1.26-** |
| | | | **DOMESTIC CALLS:** | | | | | | | | |
| 5 | NOV 01 | 09:45A | HOUSTON TX | 713-864-2155 | C CHRISTI | TX | 361-881-3344 | D | 1 | | 0.23 |
| 6 | NOV 01 | 03:08P | HOUSTON TX | 713-864-2155 | DIR ASST | TX | 713-555-1212 | U | 1 | | 1.49 |
| 7 | NOV 01 | 03:11P | HOUSTON TX | 713-864-2155 | DIR ASST | TX | 713-555-1212 | U | 1 | | 1.49 |
| 8 | NOV 01 | 03:21P | HOUSTON TX | 713-864-2155 | NEWORLEANS | LA | 504-842-3495 | D | 3 | | 0.55 |
| 9 | NOV 01 | 03:24P | HOUSTON TX | 713-864-2155 | GALVESTON | TX | 409-772-2798 | D | 1 | | 0.23 |
| 10 | NOV 01 | 04:43P | HOUSTON TX | 713-864-2155 | NEWORLEANS | LA | 504-842-3451 | D | 1 | | 0.22 |
| 11 | NOV 01 | 04:43P | HOUSTON TX | 713-864-2155 | NEWORLEANS | LA | 504-842-3495 | D | 3 | | 0.57 |
| 12 | NOV 01 | 04:53P | HOUSTON TX | 713-864-2155 | DIR ASST | TX | 713-555-1212 | U | 1 | | 1.49 |
| 13 | NOV 03 | 02:10P | HOUSTON TX | 713-864-2155 | LK CHARLES | LA | 337-540-5779 | D | 1 | | 0.20 |
| 14 | NOV 07 | 09:26A | HOUSTON TX | 713-864-2155 | PHILA | PA | 215-518-3052 | D | 11 | | 2.11 |
| 15 | NOV 07 | 03:34P | JERSEY VLG TX | 713-000-0000 | DIR ASST | TX | 361-555-1212 | U | 1 | | 1.49 |
| 16 | NOV 09 | 03:51P | SANANTONIO TX | 210-477-1060 | DIR ASST | TX | 210-555-1212 | U | 1 | | 1.49 |
| 17 | NOV 09 | 04:18P | SANANTONIO TX | 210-477-1060 | DIR ASST | TX | 210-555-1212 | U | 1 | | 1.49 |
| 18 | NOV 14 | 10:53P | JERSEY VLG TX | 713-000-0000 | DIR ASST | TX | 713-555-1212 | U | 1 | | 1.49 |
| 19 | NOV 20 | 04:32P | CONROE TX | 936-788-1207 | PHILA | PA | 215-518-3052 | D | 1 | | 0.20 |
| 20 | NOV 20 | 04:33P | CONROE TX | 936-788-1207 | HOUSTON | TX | 713-666-9140 | D | 2 | | 0.35 |
| 21 | NOV 21 | 09:48A | HOUSTON TX | 713-774-9720 | HOUSTON | TX | 713-828-0169 | D | 1 | | 0.54 |
| 22 | NOV 21 | 09:49A | HOUSTON TX | 713-774-9720 | HOUSTON | TX | 713-828-0169 | D | 3 | | 0.78 |
| 23 | NOV 27 | 03:42P | JERSEY VLG TX | 713-000-0000 | DIR ASST | TX | 713-555-1212 | U | 1 | | 1.49 |
| 24 | NOV 29 | 11:49A | C CHRISTI TX | 361-881-8071 | HOUSTON | TX | 713-757-0700 | D | 4 | | 0.67 |
| 25 | NOV 29 | 12:30P | C CHRISTI TX | 361-887-0176 | HOUSTON | TX | 713-819-7630 | D | 1 | | 0.20 |
| | | | **SUBTOTAL ITEMIZED CALLS:** | | | | | | | | **$18.77** |

* W=WKEND D=DAY E=EVE N=NITE U=NO RATE P=PEAK O=OFFPK INTL: D=DISC E=ECON S=STD
LONG DISTANCE TELEPHONE SERVICE PROVIDED BY AT&T
**AT&T'S CUSTOMER SERVICE NUMBER IS 1-800-253-8845**

ITEM 1
SKYTEL 800-759-8737 MS $46.70

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3785-459467-71001 | 11/27/00 | 2566219 | 14 |

Service Establishment and Location
SKYTEL 800-759-8737 MS

Record of Charge

TELEPHONE SERVICE

(12)

S/E # 4236518197

TOTAL CHARGE AMOUNT $46.70

EEOC0001280

EEOC0001281

# AT&T — CARD CALLS/SDN

Charges Received Through: Jan 17, 2001
Acct. No. 3785-459467-71001
Ref. No. 2296395725

**TOTAL AT&T**

AT&T THE RIGHT CHOICE LOOK AND LISTEN FOR "AT&T".
IF YOU DON'T HEAR "AT&T", HANG UP AND DIAL
10+ATT+0+AREACODE+NUMBER.

## FEES, TAXES, AND CREDITS

| Item No. | Date | Time | Description | Amount |
|---|---|---|---|---|
| 1 | JAN 17 | 12:00A | TOTAL DOMESTIC DISCOUNT | 3.52- |
| 2 | JAN 17 | 12:00A | FEDERAL EXCISE TAX | 0.16 |
| 3 | JAN 17 | 12:00A | STATE TAX/SURCHARGE | 0.56 |
| 4 | JAN 17 | 12:00A | LOCAL TAX/SURCHARGE | 0.04 |

SUBTOTAL FEES, TAXES, AND CREDITS: **$2.76-**

## DOMESTIC CALLS:

| Item No. | Date | Time | From | ST | Number | To | ST | Number | Rate | Min | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | DEC 18 | 03:36P | WESTFIELD | TX | 281-443-9190 | C CHRISTI | TX | 361-902-4000 | D | 3 | 0.72 |
| 6 | DEC 18 | 03:39P | WESTFIELD | TX | 281-443-9190 | HOUSTON | TX | 713-819-7630 | D | 1 | 0.54 |
| 7 | DEC 18 | 03:40P | WESTFIELD | TX | 281-443-9190 | C CHRISTI | TX | 361-886-3515 | D | 1 | 0.54 |
| 8 | DEC 18 | 10:31P | C CHRISTI | TX | 361-561-1224 | SANANTONIO | TX | 718-864-2155 | E | 18 | 2.79 |
| 9 | DEC 18 | 10:49P | C CHRISTI | TX | 361-561-1224 | HOUSTON | TX | 210-771-3088 | E | 3 | 0.46 |
| 10 | DEC 19 | 01:02A | SANANTONIO | TX | 210-822-2153 | HOUSTON | TX | 718-819-7630 | D | 2 | 0.20 |
| 11 | DEC 25 | 01:02A | SANANTONIO | TX | | DIR ASST | | 361-555-1212 | U | 1 | 1.49 |
| 12 | DEC 25 | 06:20P | SANANTONIO | TX | 210-826-9188 | HOUSTON | TX | 713-819-7630 | E | 2 | 0.48 |
| 13 | DEC 25 | 06:20P | SANANTONIO | TX | 210-826-9188 | HOUSTON | TX | 713-859-9492 | E | 3 | 0.83 |
| 14 | DEC 25 | 06:23P | SANANTONIO | TX | 210-826-9188 | HOUSTON | TX | 713-284-4000 | E | 1 | 0.44 |

SUBTOTAL ITEMIZED CALLS: **$8.49**

* W=WKEND D=DAY E=EVE N=NITE U=NO RATE P=PEAK O=OFFPK INTL: D=DISC E=ECON S=STD
LONG DISTANCE TELEPHONE SERVICE PROVIDED BY AT&T
AT&T'S CUSTOMER SERVICE NUMBER IS 1-800-253-8845

---

| ITEM | | | | |
|---|---|---|---|---|
| SKYTEL | 800-759-8737 | WS | 1 | $47.34 |

Service Establishment and Location
SKYTEL 800-759-8737 WS

| Caramadown Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3785-459467-71001 | 01/01/01 | 2566219 | 14 |

Record of Charge

**TELEPHONE SERVICE**



TOTAL CHARGE AMOUNT $47.34

S/E # 423651819?

AT&T **CARD CALLS/SDN**

Charges Received Through: Feb 17, 2001
Acct. No. 3785-459467-71001
Ref. No. 2296957525

AT&T THE RIGHT CHOICE LOOK AND LISTEN FOR "AT&T".
IF YOU DON'T HEAR "AT&T" HANG UP AND DIAL
10+ATT+0+AREACODE+NUMBER.

11

TOTAL AT&T $7.73

| Item No. | Date | Time | Description | | | | | | | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **FEES, TAXES, AND CREDITS** | | | | | | | | |
| 1 | FEB 17 | 12:00A | TOTAL DOMESTIC DISCOUNT | | | | | | | | 5.56- |
| 2 | FEB 17 | 12:00A | FEDERAL EXCISE TAX | | | | | | | | 0.21 |
| 3 | FEB 17 | 12:00A | STATE TAX/SURCHARGE | | | | | | | | 0.18 |
| 4 | FEB 17 | 12:00A | LOCAL TAX/SURCHARGE | | | | | | | | 0.02 |
| | | | **SUBTOTAL FEES, TAXES, AND CREDITS:** | | | | | | | | **$5.15-** |
| | | | **DOMESTIC CALLS:** | | | | | | | | |
| 5 | JAN 15 | 10:47A | HOUSTON | TX | 713-791-1000 | FORT WORTH | TX | 817-923-9677 | D | 1 | 0.20 |
| 6 | JAN 22 | 10:51A | PALMDESERT | CA | 760-341-5986 | HOUSTON | TX | 713-864-2155 | D | 3 | 0.64 |
| 7 | JAN 22 | 10:55A | PALMDESERT | CA | 760-341-5986 | HOUSTON | TX | 713-819-7630 | D | 2 | 0.53 |
| 8 | JAN 22 | 11:20P | PALMDESERT | CA | 760-341-2211 | HOUSTON | TX | 713-757-0700 | N | 1 | 0.33 |
| 9 | JAN 23 | 01:02P | PALMDESERT | CA | 760-341-5986 | HOUSTON | TX | 713-819-7630 | D | 1 | 0.22 |
| 10 | JAN 23 | 01:03P | PALMDESERT | CA | 760-341-5986 | HOUSTON | TX | 713-757-0700 | D | 1 | 0.32 |
| 11 | JAN 23 | 01:04P | PALMDESERT | CA | 760-341-5986 | HOUSTON | TX | 713-442-0249 | D | 4 | 0.78 |
| 12 | JAN 23 | 01:08P | PALMDESERT | CA | 760-341-5986 | HOUSTON | TX | 713-334-1047 | D | 3 | 0.57 |
| 13 | JAN 24 | 10:16A | PALMDESERT | CA | 760-341-2211 | HOUSTON | TX | 713-819-7630 | D | 2 | 0.49 |
| 14 | JAN 24 | 01:03P | PALMDESERT | CA | 760-341-2211 | HOUSTON | TX | 713-819-7630 | D | 1 | 0.22 |
| 15 | JAN 24 | 01:04P | PALMDESERT | CA | 760-341-2211 | HOUSTON | TX | 713-864-2155 | D | 1 | 0.32 |
| 16 | JAN 24 | 01:06P | PALMDESERT | CA | 760-341-2211 | HOUSTON | TX | 713-334-1047 | D | 3 | 0.55 |
| 17 | JAN 24 | 01:09P | PALMDESERT | CA | 760-341-2211 | HOUSTON | TX | 713-284-4000 | D | 1 | 0.20 |
| 18 | JAN 25 | 10:36P | PALMDESERT | CA | 760-341-2211 | HOUSTON | TX | 713-864-2155 | E | 21 | 4.11 |
| 19 | JAN 26 | 08:00A | PALM SPG | CA | 760-322-8749 | HOUSTON | TX | 713-819-7630 | D | 2 | 0.62 |
| 20 | JAN 26 | 08:02A | PALM SPG | CA | 760-322-8749 | HOUSTON | TX | 832-541-9475 | D | 2 | 0.69 |
| 21 | JAN 26 | 08:04A | PALM SPG | CA | 760-322-8749 | HOUSTON | TX | 713-864-2155 | D | 1 | 0.60 |
| 22 | JAN 30 | 02:09P | C CHRISTI | TX | 361-855-4601 | DIR ASST | TX | 361-555-1212 | U | 1 | 1.49 |
| | | | **SUBTOTAL ITEMIZED CALLS:** | | | | | | | | **$12.88** |

* W=WKEND D=DAY E=EVE N=NITE U=NO RATE P=PEAK O=OFFPK INTL: D=DISC E=ECON S=STD
LONG DISTANCE TELEPHONE SERVICE PROVIDED BY AT&T
**AT&T'S CUSTOMER SERVICE NUMBER IS 1-800-253-8845**

ITEM 1
SKYTEL 800-759-8737 MS $47.34

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3785-459467-71001 | 01/28/01 | 2566219 | 12 |

Service Establishment and Location
SKYTEL 800-759-8737 MS

Record of Charge

TELEPHONE SERVICE

12

S/E # 4236518197

TOTAL CHARGE AMOUNT $47.34

EEOC0001282

3:02-cv-03354-RM-CHE # 74-3 Page 12 of 14

Corporate Cardmember Name CAROLINE R KOPECKY | Corporate Account Number 3785-459467-71001 | Closing Date 03-24-01 | Page 2 OF 3

9 BCQ01072 8939 W4

**AT&T** CARD CALLS/SDN

Charges Received Through: Mar 18, 2001
Acct. No. 3785-459467-71001
Ref. No. 2296957525

AT&T THE RIGHT CHOICE LOOK AND LISTEN FOR "AT&T".
IF YOU DON'T HEAR "AT&T" HANG UP AND DIAL
10+ATT+0+AREACODE+NUMBER.

TOTAL AT&T $25.08

| Item No. | Date | Time | Description | Amount |
|---|---|---|---|---|
| | | | **FEES, TAXES, AND CREDITS** | |
| 1 | MAR 18 | 12:00A | TOTAL DOMESTIC DISCOUNT | 16.68- |
| 2 | MAR 18 | 12:00A | FEDERAL EXCISE TAX | 0.75 |
| 3 | MAR 18 | 12:00A | STATE TAX/SURCHARGE | 0.45 |
| 4 | MAR 18 | 12:00A | LOCAL TAX/SURCHARGE | 0.07 |
| | | | **SUBTOTAL FEES, TAXES, AND CREDITS:** | **$15.41-** |

**DOMESTIC CALLS:**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | FEB 01 | 03:03P | KENNER | LA | 504-469-8886 | HOUSTON | TX | 713-828-0169 | D | 1 | 0.47 |
| 6 | FEB 01 | 03:25P | KENNER | LA | 504-443-5960 | ARLINGTON | TX | 817-300-0890 | D | 5 | 1.36 |
| 7 | FEB 01 | 03:30P | KENNER | LA | 504-443-5960 | HOUSTON | TX | 713-828-0169 | D | 1 | 0.47 |
| 8 | FEB 01 | 03:32P | KENNER | LA | 504-443-5960 | HOUSTON | TX | 713-284-4000 | D | 1 | 0.47 |
| 9 | FEB 01 | 03:33P | KENNER | LA | 504-443-5960 | HOUSTON | TX | 713-757-0700 | D | 2 | 0.64 |
| 10 | FEB 01 | 03:36P | KENNER | LA | 504-443-5960 | HOUSTON | TX | 713-828-0169 | D | 1 | 0.47 |
| 11 | FEB 01 | 03:36P | KENNER | LA | 504-443-5960 | BAMMEL | TX | 281-440-2146 | D | 4 | 1.14 |
| 12 | FEB 01 | 03:41P | KENNER | LA | 504-443-5960 | HOUSTON | TX | 713-819-7630 | D | 2 | 0.64 |
| 13 | FEB 01 | 03:42P | KENNER | LA | 504-443-5960 | GALVESTON | TX | 409-772-1174 | D | 1 | 0.51 |
| 14 | FEB 01 | 03:44P | KENNER | LA | 504-443-5960 | ARLINGTON | TX | 817-300-0890 | D | 1 | 0.53 |
| 15 | FEB 01 | 03:47P | KENNER | LA | 504-712-9506 | HOUSTON | TX | 713-622-0602 | D | 5 | 1.28 |
| 16 | FEB 01 | 03:53P | KENNER | LA | 504-712-9506 | HOUSTON | TX | 713-529-1074 | D | 1 | 0.60 |
| 17 | FEB 01 | 03:55P | KENNER | LA | 504-712-9506 | HOUSTON | TX | 713-334-1047 | D | 1 | 0.53 |
| 18 | FEB 01 | 03:56P | KENNER | LA | 504-712-9506 | HOUSTON | TX | 713-304-6273 | D | 8 | 1.82 |
| 19 | FEB 01 | 04:04P | KENNER | LA | 504-712-9506 | WESTFIELD | TX | 281-443-5243 | D | 2 | 0.76 |
| 20 | FEB 03 | 10:47A | NEWORLEANS | LA | 504-304-4004 | HOUSTON | TX | 713-828-0169 | N | 1 | 0.22 |
| 21 | FEB 04 | 12:02P | NEWORLEANS | LA | 504-523-8318 | HOUSTON | TX | 713-864-2155 | N | 2 | 0.71 |
| 22 | FEB 12 | 12:58P | HOUSTON | TX | 713-524-8457 | HOUSTON | TX | 713-864-2155 | D | 1 | 0.46 |
| 23 | FEB 12 | 12:59P | HOUSTON | TX | 713-524-8457 | HOUSTON | TX | 713-828-0169 | D | 1 | 0.44 |
| 24 | FEB 12 | 01:01P | HOUSTON | TX | 713-524-8457 | HOUSTON | TX | 713-819-7630 | D | 1 | 0.55 |
| 25 | FEB 12 | 01:02P | HOUSTON | TX | 713-524-8457 | ARLINGTON | TX | 817-300-0890 | D | 1 | 0.44 |
| 26 | FEB 12 | 01:15P | HOUSTON | TX | 713-528-9143 | HOUSTON | TX | 713-818-3978 | D | 2 | 0.63 |
| 27 | FEB 12 | 01:17P | HOUSTON | TX | 713-528-9143 | HOUSTON | TX | 713-704-6762 | D | 1 | 0.54 |
| 28 | FEB 12 | 01:19P | HOUSTON | TX | 713-528-9143 | HOUSTON | TX | 713-864-2155 | D | 2 | 0.67 |
| 29 | FEB 15 | 03:40P | CONROE | TX | 936-760-9038 | CONROE | TX | 936-539-7755 | D | 2 | 0.69 |
| 30 | FEB 22 | 12:03P | C CHRISTI | TX | 361-887-0176 | HOUSTON | TX | 713-819-7630 | D | 2 | 0.37 |
| 31 | FEB 22 | 12:05P | C CHRISTI | TX | 361-887-0176 | HOUSTON | TX | 713-757-0700 | D | 1 | 0.18 |
| 32 | FEB 22 | 01:50P | C CHRISTI | TX | 361-289-9747 | HOUSTON | TX | 713-791-2686 | D | 2 | 0.67 |
| 33 | FEB 22 | 01:52P | C CHRISTI | TX | 361-289-9747 | HOUSTON | TX | 713-725-5472 | D | 1 | 0.49 |
| 34 | FEB 22 | 02:02P | C CHRISTI | TX | 361-289-9747 | HOUSTON | TX | 713-819-7630 | D | 5 | 1.15 |
| 35 | FEB 22 | 02:08P | C CHRISTI | TX | 361-289-9747 | HOUSTON | TX | 713-266-8464 | D | 4 | 0.98 |
| 36 | FEB 22 | 02:13P | C CHRISTI | TX | 361-289-9747 | HOUSTON | TX | 713-798-8629 | D | 5 | 1.07 |
| 37 | FEB 22 | 02:31P | C CHRISTI | TX | 361-289-9744 | HOUSTON | TX | 832-443-8080 | D | 3 | 0.78 |
| 38 | FEB 22 | 02:34P | C CHRISTI | TX | 361-289-9744 | HOUSTON | TX | 713-235-8810 | D | 3 | 0.83 |
| 39 | FEB 22 | 02:58P | C CHRISTI | TX | 361-289-9747 | HOUSTON | TX | 713-819-7630 | D | 1 | 0.49 |
| 40 | FEB 22 | 02:59P | C CHRISTI | TX | 361-289-9747 | HOUSTON | TX | 713-864-2155 | D | 2 | 0.67 |
| 41 | FEB 26 | 11:26A | MIAMI | FL | 305-824-2000 | DIR ASST | TX | 409-555-1212 | U | 1 | 2.15 |
| 42 | FEB 26 | 11:27A | MIAMI | FL | 305-824-2000 | GALVESTON | TX | 409-744-1500 | D | 3 | 0.58 |
| 43 | FEB 26 | 06:13P | MIAMI | FL | 305-821-3081 | HOUSTON | TX | 713-757-0700 | E | 1 | 0.20 |
| 44 | FEB 26 | 06:15P | MIAMI | FL | 305-821-3081 | HOUSTON | TX | 713-819-7630 | E | 2 | 0.44 |
| 45 | FEB 26 | 09:26P | MIAMI | FL | 305-821-3081 | HOUSTON | TX | 713-284-4000 | E | 1 | 0.22 |
| 46 | FEB 26 | 09:42P | MIAMI | FL | 305-821-1150 | HOUSTON | TX | 713-828-0169 | E | 1 | 0.20 |
| 47 | FEB 27 | 12:47P | MIAMI | FL | 305-824-2000 | HOUSTON | TX | 713-757-0700 | D | 3 | 0.60 |
| 48 | FEB 27 | 12:51P | MIAMI | FL | 305-824-2000 | DIR ASST | TX | 281-555-1212 | U | 1 | 2.15 |
| 49 | FEB 27 | 12:52P | MIAMI | FL | 305-824-2000 | BAMMEL | TX | 281-444-7515 | D | 3 | 0.64 |
| 50 | FEB 27 | 02:10P | MIAMI | FL | 305-824-2000 | BAMMEL | TX | 281-444-7515 | D | 5 | 0.97 |
| 51 | FEB 27 | 02:15P | MIAMI | FL | 305-824-2000 | HOUSTON | TX | 713-757-0700 | D | 1 | 0.20 |
| 52 | FEB 27 | 05:08P | MIAMI | FL | 305-871-9869 | DALLAS | TX | 214-403-4125 | E | 21 | 4.40 |
| 53 | FEB 27 | 05:30P | MIAMI | FL | 305-871-9777 | HOUSTON | TX | 713-757-0700 | E | 1 | 0.59 |
| 54 | FEB 27 | 05:32P | MIAMI | FL | 305-871-9777 | DIR ASST | TX | 361-555-1212 | U | 1 | 2.43 |

**SUBTOTAL ITEMIZED CALLS:** **$40.49**

EEOC0001283

| Corporate Cardmember Name | Corporate Account Number | Closing Date | Page 3 OF 3 |
|---|---|---|---|
| CAROLINE R KOPECKY | 3785-459467-71001 | 03-24-01 | BCQ01072 8940 W4 |

10

ITEM 1
SKYTEL 800-759-8737 MS $47.34

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3785-459467-71001 | 02/26/01 | 2566219 | 12 |

Service Establishment and Location
SKYTEL 800-759-8737 MS

Record of Charge

TELEPHONE SERVICE

12

S/E # 4236518197

TOTAL CHARGE AMOUNT $47.34

| Corporate Cardmember Name | Corporate Account Number | Closing Date | Page 2 OF 2 |
|---|---|---|---|
| CAROLINE R KOPECKY | 3785-459467-71001 | 04-23-01 | BCQ01072 9375 W4 |

10

AT&T CARD CALLS/SDN

Charges Received Through: Apr 18, 2001
Acct. No. 3785-459467-71001
Ref. No. 2296957525

AT&T THE RIGHT CHOICE LOOK AND LISTEN FOR "AT&T".
IF YOU DON'T HEAR "AT&T" HANG UP AND DIAL
10+ATT+0+AREACODE+NUMBER.

TOTAL AT&T $9.50

| Item No. | Date | Time | Description | | | | | | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | FEES, TAXES, AND CREDITS | | | | | | | |
| 1 | APR 18 | 12:00A | TOTAL DOMESTIC DISCOUNT | | | | | | | 3.64- |
| 2 | APR 18 | 12:00A | FEDERAL EXCISE TAX | | | | | | | 0.25 |
| 3 | APR 18 | 12:00A | STATE TAX/SURCHARGE | | | | | | | 0.58 |
| 4 | APR 18 | 12:00A | LOCAL TAX/SURCHARGE | | | | | | | 0.04 |
| | | | SUBTOTAL FEES, TAXES, AND CREDITS: | | | | | | | $2.77- |
| | | | DOMESTIC CALLS: | | | | | | | |
| 5 | MAR 04 | 04:43P | SANANTONIO TX | 210-223-1000 | NRICHLDHLS TX | 817-577-0590 | N | 10 | | 1.58 |
| 6 | MAR 04 | 05:59P | SANANTONIO TX | 210-223-1000 | HOUSTON TX | 713-819-7630 | E | 2 | | 0.31 |
| 7 | MAR 04 | 06:03P | SANANTONIO TX | 210-223-1000 | HOUSTON TX | 713-864-2155 | E | 1 | | 0.23 |
| 8 | MAR 05 | 01:20P | SANANTONIO TX | 210-826-9371 | DIR ASST TX | 210-555-1212 | U | 1 | | 1.75 |
| 9 | MAR 05 | 01:21P | SANANTONIO TX | 210-826-9371 | SANANTONIO TX | 210-822-0761 | D | 1 | | 0.48 |
| 10 | MAR 08 | 11:05A | HOUSTON TX | 713-795-9529 | HOUSTON TX | 713-798-1405 | D | 2 | | 0.58 |
| 11 | MAR 08 | 11:10A | HOUSTON TX | 713-795-9529 | BAMMEL TX | 281-440-1000 | D | 2 | | 0.69 |
| 12 | MAR 08 | 12:11P | HOUSTON TX | 713-795-8939 | HOUSTON TX | 713-819-7630 | D | 1 | | 0.49 |
| 13 | MAR 08 | 12:12P | HOUSTON TX | 713-795-8939 | HOUSTON TX | 713-828-0169 | D | 1 | | 0.48 |
| 14 | MAR 16 | 01:01P | MEDICALCTR TX | 210-615-9811 | SANANTONIO TX | 210-860-0078 | D | 12 | | 2.19 |
| 15 | MAR 20 | 01:44P | KENNER LA | 504-466-8638 | HOUSTON TX | 713-819-7630 | D | 1 | | 0.61 |
| 16 | MAR 21 | 12:37P | HOUSTON TX | 713-791-1000 | ARLINGTON TX | 817-300-0590 | D | 1 | | 0.18 |
| 17 | MAR 21 | 12:38P | HOUSTON TX | 713-791-1000 | ARLINGTON TX | 817-300-0890 | D | 7 | | 1.21 |
| 18 | MAR 23 | 12:01P | CONROE TX | 936-788-1207 | DIR ASST TX | 936-555-1212 | U | 1 | | 1.49 |
| | | | SUBTOTAL ITEMIZED CALLS: | | | | | | | $12.27 |