Original Document of Gelco Information Network

E-FILED
Monday, 04 April 2005 10:04:14 AM
Clerk, U.S. District Court, ILCD

# ntocor

## SALES FORCE EXPENSE REPORT

| | EXPENSE |
|---|---|
| | REPORT NO. 7015078 |
| DEPARTMENT 480 | DISTRICT | PERIOD ENDING MM/DD/YY 06/02/01 |

hline kopecky

**COMPANY CAR ONLY**

| LINE NO. | ORIGIN / DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Explain in Detail) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | AUTO MAINT & MISC (Explain in Detail) | PROMOTIONAL ACCESS #300 | PROMOTIONAL ACCESS #400 | PROMOTIONAL ACCESS #500 | MISC (Explain in Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7601 | holiday | | | | | | | | | | | | | | | | 148.25 |
| 301 | hou/hou | 75.0 | | | | 3.00 | | | 130.95 | | | 17.30 | | | | | 118.73 |
| 301 | hou/hou | 100.0 | | | | | | | | | 21.29 | 94.44 | | | | | 156.48 |
| 301 | hou/hou | 50.0 | | | | 3.00 | | | | | | | 108.80 | 148.53 | | | 141.40 |
| 201 | hou/hou | 75.0 | | | | | | | 95 15.63 | | | | | | | | |

**PLUS OR MINUS ADJUSTMENTS**

| FIELD # | 10 | 11 | | | | | | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 24 | |
| AMOUNT | | | | | | | | 148.58 | | 21.29 | | | 219.94 148.53 | | 584.86 |

*Calculate Personal Mile

des. 91.29
WEX

| | FIELD # | TOTAL |
|---|---|---|
| | Minus Personal Mileage Charge X 0.0 | 997 | |
| | Due Company | 87 | |
| | Due Employee | 820 | 584.86 |

If an expense category equals a neg entered as follows: Precede the field the total in the Lodging amount field is ...ave, enter the code 911 instead of 11).

......nity) the field # for that category must be ...making it a three digit number, 9XX (Example, If
...ave, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursements.

SIGNATURE [signature] DATE MM/DD/YY 6/12/01
APPROVED BY [signature] DATE MM/DD/YY 7/30/01

| FIELD # | QUANTITY | No. of Gallons 12.5 |

NOTICE TO USER
Traveller Authorization issued to the Drawer by
Gelco Information Network, Inc. P.O. Box
4600, Eden Prairie, Minnesota 55344-0300

| CALL DATE | CONFIRMATION # |
|---|---|
| 06/12/01 | 89278002 |
| | 39857000 02 |

COPY SENT
8/8/01
AUG 3 - 2001
TO GELCO

EXHIBIT
kopecky 6
tabbies'

Accounting Copy

# BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|

# FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 05/29/01 | lunch with dr larkin to discuss rebavase | 17.30 |
| 08/01/01 | lunch with dr morris to discuss rebavase | 38.00 |
| 05/30/01 | dinner with dr fischer to discuss rebavase and microcatheters | 84.44 |
| 08/01/01 | inservices for methodist pharmacy on rebavase | 70.20 |
| 5/31 | lunch inservice on rebavase & kento @ Methodist Cath lab | 148.53 |

# MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|

39657000 02

Original Document of GelcoInformationNetwork

ACCOUNTING COPY

EEOC0001194

(1)

RECEIPT
SCURLOCK TOWER
------0007 12:28:15 05-30-2001 02-----

118 3 334542 11:42 05/30 12:27 05/30

PARKING 3.00

CASH 3.00

STANDARD PARKING
-----THANK YOU FOR PARKING WITH US----

(2)

(3)

OFFICE DEPOT
3443 KIRBY DRIVE
HOUSTON, TX 77098
(713) 522-7981

Employee 63230 05/29/01 12:47
Store #0086 Reg #011 Tran #3374
SALE POS Version 4.06

| | | |
|---|---|---|
| 2120059149 | TAPE,SCOTCH | 5.99 |
| MFG. LIST $ 11.24 | | |
| 073249440080 | STYLUS,PALMI | 14.99 |
| MFG. LIST $ 19.99 | | |
| 8913894585 | ORG,EPRO,,5X | 99.99 |
| MFG LIST $ 134.00 | | |
| | SUBTOTAL | 120.97 |
| TX 8.25% SALES TAX | | 9.98 |
| | TOTAL | 130.95 |

ACCOUNT NUMBER XXXXXXXXXXX1001
AMEX 130.95
APPROVAL CODE 27

CHANGE .00

(4)

dr larken

eatZi's
Market & Bakery
Meals for the taking

| | | |
|---|---|---|
| Sandwich $6.99 | | 6.99 T |
| Sandwich $6.99 | | 6.99 T |
| Dasani Water | | .99 |
| Sunkist | | 1.09 T |
| **** TAX | 1.24 TOT | 17.30 |
| VF American Express | | 17.30 |
| Authorization # 580572 | | |
| CHANGE | | .00 |

5/29/01 1:59 PM 0000 00 0171 2394

EEOC0001195

EEOC0004496

**(7)**

CRAVATORE ITALIAN RSTR
HOUSTON

APPROVAL CODE    524562
JUN 01, 01    C1
01
1421014242400000

C KOPECKY
37128409056*1001
AMEX
03/08

SALE
ROC #    02117H
TERMINAL #    50037640

FOOD AND BEVERAGE

BASE AMOUNT    $31.72

TIP AMOUNT

TOTAL    3500

X
Cardholder acknowledges receipt of goods and/or services in the
amount of the Total shown hereon and agrees to perform the obli-
gations set forth in the Cardholder's agreement with the issuer.

---

**(6)**

Kinko's
2455 Rice Boulevard
Houston,    TX 77005
(713) 521-9465

Sold To: JOHNSON & JOHNSON CENTOCOR
Acct. #:    00004515431 0211
Ref#:

| QTY/LIST |  | PRICE | DISC |  | AMOUNT |
|---|---|---|---|---|---|
| 14 | ES COLOR S/S LTR, LGL | 0.99 | 0.00 | | 13.86 |
| 9 | ES B&W S/S WHITE STD | 0.45 | 0.00 | 0.03 | 0.99 |
| 1 | MAIL/SHIPPING SUPPLIES | 0.15 | 0.00 | | 0.15 |

XDISC    15.00    -0.05
SUB    14.44    TX 1.19    TOT    15.63

American Express
CHG    0.00    0.00
XXXXXXXXXXXXXXX1001 08/03 APPROVE 595411
I agree to pay the above amount
according to the card issuer agreement.
Sign Here: X

TOTAL DISCOUNT:    $0.29

CW 255 TR 1403791 RG 2 06/01/01 10:45
Visit us @ http://www.kinkos.com

---

**(5)**

Methodist Hospital Parking
7700 FLOYD CURL DR.
San Antonio, TX 78229

Fee Computer Number:
1
Cashier:    154
CASHIER ID #802
Transaction Number:
Entered:    05/31/01 10:41
Exited:    05/31/01 12:09
Ticket #10949
Rate:
Total Fee:    $2.00
Cash:    $2.00
Dispenser #1
Area 1

Thank you
210 575 3178

---

**(5)**

Methodist Hospital Parking
7700 FLOYD CURL DR.
San Antonio, TX 78229

Fee Computer Number:
1
Cashier:    306
CASHIER ID #431
Transaction Number:
Entered:    05/31/01 13:50
Exited:    05/31/01 14:39
Ticket #11166
Rate:
Total Fee:    $1.00
Cash:    $1.00
Dispenser #1
Area 1

Thank you
210 575 3178

BATCH: [illegible]
S-A-L-E-S D-R-A-F-T
****** REPRINT ******
74110810
348400209659

CLERK: 1
REF: 0001
CD TYPE: AMEX
TR TYPE: PURCHASE
DATE: MAY 31, 01 09:07:19

AMOUNT $138.53*
TIP $10.00
TOTAL $148.53*

(8)

AP: [illegible]

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICES IN THE AMOUNT OF THE
TOTAL SHOWN HEREON AND AGREES TO PERFORM
THE OBLIGATIONS SET FORTH BY THE
CARDMEMBER'S AGREEMENT WITH THE ISSUER

X ---------------------

(9)

0000011457
TERLA'S MEXICAN RESTAURANT
2210 W DALLAS
HOUSTON, TX 77019
713-520-9292

MERCHANT 8101 [illegible]0011457 001
MAY 30, 20[illegible] 09:07PM

BATCH # : 071 [illegible] # : 020
TICKET # : [illegible]
TYPE : [illegible] 08/03
AUTH # : 547094
SERVER : 0008

SALE $ 82.44
TIP $ 12.00
TOTAL $ 94.44

I AGREE TO PAY THE ABOVE TOT[illegible]
ACCORDING TO THE CARD ISSUER [illegible]
MERCHANT AGREEMENT CREDIT [illegible]

(7)

COOKIE BOUQUET
2524 RICE BLVD
HOUSTON, TX 77005

TIME 9:23 AM DATE 06/01/01
TERM# 00052533 MER# 000023205119[illegible]
TRAN TYPE SALE
#371384090561001
CARD TYPE AMEX
EXP DATE 08/03 SEQ # 002
TICKET # 0000005468
PROD CODE GENERAL MERCHANDISE
AUTH CODE 567530

TOTAL $70.[illegible]

SIGN X
C KOPECKY

I AGREE TO PAY ABOVE TOTAL AMOUN[T]
ACCORDING TO CARD ISSUER AGREEMEN[T]

(10)

**AMPCO SYSTEM PARKING**

**DAILY PARKING RECEIPT**

DATE ____________________

AMOUNT $ 9.00 Tax included

SIGNED ____________________

300 Milam, Suite 100, Houston, Texas 77002-1619

EEOC0001197

**verizon**wireless

(11)

CAROLINE R KOPECKY

**Page 3 of 12**

Bill Date..................... May 11, 2001
Account Number....... 06196547-916105
Subscriber Number..... (713)819-7630

| | | |
|---|---|---|
| State Universal Service Fund | 9.47 | |
| Federal Universal Srvc Fee | 0.42 | |
| Total Taxes, Surcharges and Fees | | 41.63 |
| **Total Current Charges** | | **$302.27** |

## MESSAGES FROM VERIZON WIRELESS

Use 411 Connect as your personal assistant! Dial 411 from your Verizon Wireless phone for any phone listing in the U.S., movie listing, restaurant guides, sports scores and weather reports. Airtime charges and surcharges apply. Available in select areas.

Join In and Log On! Now you can access your account on the Internet at www.VerizonWireless.com/account. This exciting new option gives you the ability to view your monthly bills, make payments, change your address, add or remove calling features, e-mail us with questions, troubleshooting, and more!

Verizon Wireless introduces the "New Every Two" phone program. "New Every Two" can provide you with the latest in digital phone technology every two years. Verizon Wireless is the first to offer it. You are automatically enrolled when you sign up for a digital calling plan with a monthly access of $35.00 or above with a two year service agreement. When you have fulfilled your two year service agreement, you will get up to $100.00 toward the purchase of your next wireless phone when you renew service on a digital calling plan.

$100 allowance

## PAYMENT ACTIVITY

| Date | Description | Amount | |
|---|---|---|---|
| 04/15 | PAYMENT APPLIED | 303.82 | |
| Total of Payments Received - Thank You | | | $303.82 |

## DETAIL OF SUBSCRIBER CHARGES

| | | | |
|---|---|---|---|
| Monthly Recurring Charges | | 155.00 | |
| 05/12/01 to 06/11/01 | | | |
| Total Monthly Recurring Charges | | | 155.00 |
| Billing Credits and Other Charges | | | |
| 411 Connect | 6 calls @ 0.99 | [illegible] | |
| Mob Msngr Embedded Base | 6 Included Msgs | .00 | |
| Voice Mail | | 3.95 | |
| Total Billing Credits and Other Charges | | | 8.90 |

104.95 total

| | | | | |
|---|---|---|---|---|
| Detail of Airtime Usage | | | | |
| Rate plan : DAONN AMER-1.5K MIN-D Included Minutes : 1500 | | | | |
| Rate Plan Incl. Minutes | | | | |
| Peak = | 1355.00 min. @ $ | 0.000 | .00 | |
| Off-Peak = | 145.00 min. @ $ | 0.000 | .00 | |
| Voice Plan Incl. Minutes* | 335.00 min. @ $ | 0.000 | .00 | |
| Billed Minutes | | | | |
| Peak = | 360.00 min. @ $ | 0.250 | 90.00 | |
| Off-Peak = | 23.00 min. @ $ | 0.250 | 5.75 | |
| Total Minutes = | 2219.00 | | | |
| Total Minutes Used = | 2219.00 | | | |
| Total Airtime Charges | | | | 95.75 |
| Long Distance Charges | | | | .00 |
| Roamer Charges | | | | .99 |
| Taxes, Surcharges and Fees | | | 8.09 | |
| Federal Excise Tax | | | 17.05 | |
| State Sales Tax | | | 2.73 | |
| City Sales Tax | | | 0.50 | |
| State 911 Fee | | | 3.37 | |
| Tx Infrastructure Reimb. Fee | | | | |

## AIRTIME AND LONG DISTANCE DETAIL SUMMARY

| Date | Time | City | ST | Number | Type | Min. | Air | LD | Total |
|---|---|---|---|---|---|---|---|---|---|
| 4/06 | 8:26AM | 888 SERV | CL | (888)397-5372 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 4/06 | 8:27AM | RETRIEVAL | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 4/06 | 8:29AM | FORT WORTH | TX | (817)923-9877 | P | 15.00 | 0.00 | 0.00 | 0.00 |
| 4/06 | 8:56AM | "INCOMING" | | (713)819-7630 | P | 21.00 | 0.00 | 0.00 | 0.00* |
| 4/06 | 9:35AM | WATERTOWN | WI | (920)261-8466 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 4/06 | 9:58AM | "INCOMING" | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00* |
| 4/06 | 10:06AM | "INCOMING" | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00* |
| 4/06 | 10:17AM | DALLAS | TX | (214)821-5140 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 4/06 | 10:18AM | HOUSTON | TX | (713)865-4813 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 4/06 | 10:19AM | HOUSTON | TX | (713)859-9492 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 4/06 | 10:21AM | "INCOMING" | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00* |
| 4/06 | 10:24AM | C CHRISTI | TX | (361)962-4906 | P | 3.00 | 0.00 | 0.00 | 0.00 |
| 4/06 | 10:25AM | HOUSTON | TX | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00X |
| 4/06 | 10:25AM | "INCOMING" | | (713)819-7630 | P | 0.00 | 0.00 | 0.00 | 0.00* |
| 4/06 | 10:27AM | 888 SERV | CL | (888)261-5746 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 4/06 | 10:28AM | HOUSTON | TX | (713)865-4813 | P | 7.00 | 0.00 | 0.00 | 0.00 |
| 4/06 | 10:42AM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 4/06 | 10:57AM | 877 SERV | CL | (877)429-6781 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 4/06 | 11:04AM | RETRIEVAL | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 4/06 | 11:13AM | ORLANDO | FL | (407)851-8575 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 4/06 | 12:07PM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 4/06 | 12:46PM | HOUSTON | TX | (713)864-2155 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 4/06 | 12:47PM | HOUSTON | TX | (713)826-0169 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 4/06 | 12:48PM | HOUSTON | TX | (713)828-0169 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 4/06 | 12:49PM | RETRIEVAL | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 4/06 | 12:50PM | HOUSTON | TX | (713)865-4813 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 4/06 | 12:52PM | SANANTONIO | TX | (210)822-2153 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 4/06 | 12:56PM | 888 SERV | CL | (888)261-5746 | P | 7.00 | 0.00 | 0.00 | 0.00 |
| 4/06 | 1:05PM | "INCOMING" | | (713)819-7630 | P | 5.00 | 0.00 | 0.00 | 0.00* |
| 4/06 | 1:28PM | FRATT | TX | (210)599-0645 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 4/06 | 3:24PM | "INCOMING" | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00* |
| 4/06 | 3:45PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 4/06 | 4:21PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 4/06 | 4:44PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 4/06 | 4:52PM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 4/06 | 5:03PM | DALLAS | TX | (214)403-4125 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 4/06 | 5:04PM | DALLAS | TX | (214)403-4125 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 4/06 | 5:11PM | ARLINGTON | TX | (713)819-7630 | P | 3.00 | 0.00 | 0.00 | 0.00X |
| 4/06 | 5:11PM | INCOMING | CL | (713)819-7630 | *R | 2.00 | 0.00 | 0.00 | 0.00* |
| 4/06 | 7:15PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 4/07 | 12:43PM | RECORDING | | (713)819-7630 | OP | 1.00 | 0.00 | 0.00 | 0.00 |
| 4/07 | 12:43PM | RECORDING | | (713)819-7630 | OP | 1.00 | 0.00 | 0.00 | 0.00 |
| 4/07 | 3:40PM | RECORDING | | (713)819-7630 | OP | 1.00 | 0.00 | 0.00 | 0.00 |
| 4/07 | 3:40PM | HOUSTON | TX | (713)757-0700 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 4/07 | 4:13PM | RECORDING | | (713)819-7630 | OP | 1.00 | 0.00 | 0.00 | 0.00 |
| 4/08 | 10:34AM | RECORDING | | (713)819-7630 | OP | 1.00 | 0.00 | 0.00 | 0.00 |
| 4/08 | 1:41PM | BUFFALO | TX | (281)759-7494 | OP | 2.00 | 0.00 | 0.00 | 0.00 |
| 4/08 | 2:16PM | BUFFALO | TX | (281)759-7494 | OP | 3.00 | 0.00 | 0.00 | 0.00 |
| 4/08 | 2:17PM | BUFFALO | TX | (281)759-7494 | OP | 2.00 | 0.00 | 0.00 | 0.00 |
| 4/08 | 3:28PM | HOUSTON | TX | (713)334-1047 | OP | 1.00 | 0.00 | 0.00 | 0.00 |

forgot to expense $4.95 on last wk's report, so put here

EEOC0001198

3:02-cv-03354-RM-CHE # 75-2 Page 6 of 25

AMERICAN EXPRESS

Corporate Cardmember since
CAROLINE R KOPECKY
3785-459467-71001
9499

EEOC0001199

# AT&T  CARD CALLS/SDN

Charges Received Through: May 17, 2001
Acct. No. 3785-459467-71001
Ref. No. 2296957525



TOTAL AT&T   $8.57

AT&T THE RIGHT CHOICE. LOOK AND LISTEN FOR "AT&T".
IF YOU DON'T HEAR "AT&T" HANG UP AND DIAL
10+ATT+0+AREACODE+NUMBER.

| Item No. | Date | Time | Description | | | Amount |
|---|---|---|---|---|---|---|
| | | | FEES, TAXES, AND CREDITS | | | |
| 1 | MAY 17 | 12:00A | TOTAL DOMESTIC DISCOUNT | | | 4.70- |
| 2 | MAY 17 | 12:00A | FEDERAL EXCISE TAX | | | 0.24 |
| 3 | MAY 17 | 12:00A | STATE TAX/SURCHARGE | | | 0.27 |
| 4 | MAY 17 | 12:00A | LOCAL TAX/SURCHARGE | | | 0.02 |
| | | | | SUBTOTAL FEES, TAXES, AND CREDITS: | | $4.17- |

DOMESTIC CALLS:

| Item No. | Date | Time | From | | To | | | Amount |
|---|---|---|---|---|---|---|---|---|
| 5 | APR 09 | 09:31A | HOUSTON | TX | 713-649-9234 | HOUSTON | TX | 1 | 0.52 |
| 6 | APR 09 | 09:34A | HOUSTON | TX | 713-649-9234 | HOUSTON | TX | 1 | 0.54 |
| 7 | APR 09 | 09:35A | HOUSTON | TX | 713-649-9234 | NEW YORK | NY | 26 | 5.29 |
| 8 | APR 09 | 11:05A | C CHRISTI | TX | 361-289-9660 | HOUSTON | TX | 2 | 0.61 |
| 9 | APR 09 | 11:07A | C CHRISTI | TX | 361-289-9660 | HOUSTON | TX | 2 | 0.58 |
| 10 | APR 11 | 10:44A | BAMMEL | TX | 281-444-9777 | NOLDPTNCHS | TX | 1 | 0.44 |
| 11 | APR 11 | 08:17A | HOUSTON | TX | 713-799-2600 | BEAUMONT | TX | 2 | 0.56 |
| 12 | APR 17 | 11:39A | WICHITAFLS | TX | 940-322-0440 | HOUSTON | TX | 3 | 0.72 |
| 13 | APR 19 | 08:38A | HOUSTON | TX | 713-640-9070 | CONROE | TX | 1 | 0.51 |
| 14 | APR 19 | 10:58A | HOUSTON | TX | 210-615-9811 | MEDICALCTR | TX | 3 | 0.86 |
| 15 | APR 23 | 12:40P | NEWORLEANS | LA | 504-831-9161 | HOUSTON | TX | 2 | 0.68 |
| 16 | APR 24 | 02:58P | HOUSTON | TX | 713-790-1414 | NEWORLEANS | LA | 2 | 0.37 |
| 17 | APR 24 | 03:07P | HOUSTON | TX | 713-790-1417 | NEWORLEANS | LA | 2 | 0.60 |
| 18 | APR 25 | 09:32A | GALVESTON | TX | 409-763-9948 | HOUSTON | TX | | 0.46 |
| | | | | | | SUBTOTAL ITEMIZED CALLS: | | | $12.74 |

713-865-4813 D 1
713-304-6273 D 1
212-213-4800 D 26
713-819-7630 D 2
713-704-6762 D 2
409-718-6449 D 1
409-899-7496 D 2
713-864-2155 D 3
936-539-7755 D 1
210-614-3021 D 3
713-795-4847 D 2
504-842-3451 D 2
504-842-3451 D 2
713-790-6997 D




EEOC0001250

Original Document of GelcoInformationNetwork

ACCOUNTING COPY

# Centocor

## SALES FORCE EXPENSE REPORT

**NAME:** Caroline Kopecky

**DEPARTMENT:** 490

**DISTRICT:**

**EXPENSE REPORT NO.:** 7015079

**PERIOD ENDING MM/DD/YY:** 06/09/01

| DATE MM/DD/YY | ORIGIN/ DESTINATION/ PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | QUANTITY No. of Gallons | AUTO FUEL | REPAIR / MAINT & MISC. | PROMOTIONAL PROGRAMS | MISC. | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/03/01 | hou/hou | 50.0 | | | 3 9.00 | | | | | | | | | | | 9.00 |
| 06/04/01 | hou/hou | | | | | 2.88 | | | | | | | | | | 2.88 |
| 06/05/01 | hou/hou | 75.0 | | | 4.00 | | | 0.91 | | | | | | 114.00 | | 124.4 |
| 06/06/01 | hou/conroe | 140.0 | | | 2 18.00 | | | | 5.51 | 12.5 | | | 42.42 | | | 60.42 |
| 06/07/01 | hou/hou | 50.0 | 174.75 | | 2.00 | | | | | | | | 111.15 | | | 287.90 |
| 06/08/01 | hou/hou | | | | | | 25.69 | | | | | | 42.88 | | | 68.57 |
| 06/09/01 | in san antonio | | | 10 200.04 | 50.00 | | | | | | | | | | | 250.04 |
| 1/2 day 06 a.m. | | | | | | | | | | | | | | | | |
| PLUS OR MINUS ADJUSTMENTS | | | | | | | | | | | | | | 196.45 | 114.00 | 803.23 |
| FIELD # | | 10 | 11 | 12 | 83 | 13 | 15 | 16 | 17 | 18 | 19 | 60 | 81 | 82 | 84 | |
| AMOUNT | | 174.75 | | 200.04 | 83.00 | 2.88 | 25.69 | 0.91 | 5.51 | 40 | | | 196.45 | 114.00 | | 803.23 |

### COMPANY CAR ONLY

| | |
|---|---|
| VEHICLE NO. | 212164 |
| BEGINNING ODOMETER | 1000.0 |
| ENDING ODOMETER | 1330.0 |
| TOTAL MILES | 330.0 |
| TOTAL BUSINESS MILES | 315.0 |
| TOTAL PERSONAL MILES | 15.0 |

**\*Calculate Personal Mileage Charge Back in Box #997 at Right**

**IMPORTANT**

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 8XX. (Example, if the total in the Lodging amount field is negative, enter the code 811 instead of 11.)

Payment requests excluding/authorized dollar limits will delay reimbursements

| | FIELD # | TOTAL |
|---|---|---|
| Minus Personal Mileage Charge 15.0 | 997 | |
| Due Company | 87 | |
| Due Employee | 820 | 803.23 |

**SIGNATURE**

**APPROVED BY**

**DATE MM/DD/YY:** 7-30-01

**CALL DATE:** 06/12/01

**CONFIRMATION #:** 88278746

NOTICE TO USER
Traveletter Authorization Issued to the Drawer by
Gelco Information Network, Inc. P.O. Box
4800, Glen Prairie, Minnesota 55344-2800

39657000 02

COPY SENT
AUG 3 - 2001
TO GELCO

EEOC0001251

# BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |

# FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 6/5 | lunch at sish cardiology grand rounds with faculty and fellows for R&R | 114.00 |
| 06/08/01 | breakfast with dr maddock to discuss retavase | 8.78 |
| 06/06/01 | lunch with dr Kar to discuss retavase trial | 33.84 |
| 06/08/01 | dinner with drs kopecky and zornilla to discuss retavase | 54.86 |
| 06/07/01 | lunch with dr alvis to discuss R and ReoPro | 56.54 |
| 06/08/01 | lunch with Jaime and Tom in Methodist cath lab to discuss Retavase | 50.88 |

# MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |

1/2499 05 dnm

Original Document of GelcoInformationNetwork

ACCOUNTING COPY

39657000 02

EEOC0001252

towne park

# 98-924

## GUEST RECEIPT
THE WESTIN HOTELS, HOUSTON

| DATE | AMOUNT | SIGNED | DATE |

$

PS 0831 2/89

# PARKING RECEIPT

St.LUKE'S
Episcopal Hospital

PAID
DATE 6/4



copy - 914

TOTAL

BASE
TIP $104.00

148826
0152643   JUL 05 01
1001   05L
02/08   PURCHASE

AMEX   37138409651601

0100006550420

7719243

JIMMY WOK
2248 W HOLCOMBE
HOUSTON TX 77030
713-668-1016

*****/IMPRINT CUST*****
**** THANK YOU ****



RECEIPT
SMITH TOWER
----2000 13:01:48 06-05-2001 02----
243  C  19465 11:46 06/05 13:01 05/05

PARKING   # 00
CASH   4.00

STANDARD PARKING
---THANK YOU FOR PARKING WITH US---

$6.42

EEOC0001253

Thank you for dining with us!

P.F. Chang's China Bistro
4094 Westheimer Road
Houston, TX 77027

Server: PM Togo
Caroline/1
1/10041
08:16 PM
06/06/2001

AMEX
1049631
Card #371384090056I001    Exp:0803
Magnetic card present: KOPECKYC
Approval: 504221

Amount:        32.64

+ Tip: _____

= Total: _____

X _____

Approval: 504221

Father's Day is one week. This
year, show us some of share...
P.F....

---

**WESTIN**
HOTELS & RESORTS

CAROLINE KOPECKY

ETLE 040905 b1004
08/00 THRU 08/03    92

---

*5421981*

### SALES DRAFT — CUSTOMER COPY

| QTY | CLASS | DESCRIPTION | AMOUNT |
|-----|-------|-------------|--------|
|  |  | Valet |  |

| SERVER | CLERK | | |
|--------|-------|--|--|
| SUB TOTAL | | | |
| DATE | AUTHORIZATION | | |
| | TAX | | |
| | TIPS/MISC. | | |
| FOLIO / CHECK NO. | | | |
| **TOTAL** | | | |

Cardholder acknowledges receipt of goods and/or services in the amount of the total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the Issuer.

X _____
CUSTOMER SIGNATURE

**RETAIN THIS COPY FOR YOUR RECORDS**
CUSTOMER COPY



Methodist Hospital Parking
7700 FLOYD CURL DR.
San Antonio, TX 78229

Fee Computer Number:
Cashier:
Transaction Number:
Entered:    06/20/01   15:14
Exited:     06/20/01   16:33
Ticket #17012
Rate:
Total Fee:
Cash:

Thank you
210 575 3129
Have a nice day

Dispenser #1
Area 1
$2.00
CASHIER ID #324
127
1

---

STORE # 0001
BATCH 0001
681101751431931

ROMEO'S PIZZA
SAN ANTONIO, TX 78249

DATE 06/07/01        TIME 11:59 A.M.

ACCT # xxxxxxxxxxxx1881
AX XD ITEM 001    APPROVAL 194274

FOOD/BEVERAGE:      $51.60
TIP: _____ 5.00
TOTAL: _____ 56.50

RETAIN THIS COPY FOR YOUR RECORDS
CUSTOMER COPY

---

CUSTOMER

PAESANOS
5555 E BASSE RD
SAN ANTONIO, TX 78209
203609
TERMINAL ID.
MERCHANT # 020451600005001

AMEX
37138409056100I
SALE
EXP DATE 03/08
000128
TRACE 222944   JUN 07, 01 22:49
0163007Z   AUTH 522520

BASE        $45.65
TIP
TOTAL

C KOPECKY

X

EEOCC0001255

EEOCC0001255

AIRMAIL AIRMAIL AIRMAIL AIRMAIL AIRMAIL AIRMAIL AIRMAIL AIRMAIL AIRMAIL AIRMAIL AIRMAIL



## Corporate Services

Route 1 North & Aaron Road – North Brunswick, NJ 08906-6598
**Phone: (888) 565-8728 / Fax: (732) 422-5871**

| | | | | |
|---|---|---|---|---|
| Record Locator : | XVFZLM | | Generated on : 6/06/01 @ 06:43 PM | Page: 1 |
| Agent ID : | 57 | | | |

**Account Name**
CENTOCOR, INC
CAROLINE KOPECKY
6632 WANITA PL
HOUSTON, TX. 77007

**Deliver to :**
ETKT



Travel arrangements
prepared exclusively for :

Billing Code:

Caroline Kopecky
CPN / Ticket# / CKDIG : 0/0057190816292/1    Electronic : Yes
Invoice : 0094576
Ticket Date : 6/6/01

| | | |
|---|---|---|
| Ticket Base Fare: | | 157.44 |
| Ticket Tax Fare: | | 17.31 |
| Total Ticket Amount: | | 174.75 |

**Thursday**                                              **June 7, 2001**

| | | | | |
|---|---|---|---|---|
| CONTINENTAL AIR | | Flight    1515    COACH - Class    MD Super 80 | **CONFIRMED** | |
| From : | HOUSTON/GEO BSH | DEPARTING AT 9:30 AM | No Meal Service | Flight time: 01:00 |
| To : | SAN ANTONIO | ARRIVING AT 10:30 AM | | 191 Miles |

Departure Terminal: TERMINAL C
Arrival Terminal: TERMINAL 2

AVIS CAR RENTAL SAN ANTONIO
41.00 USD UN
UNLIMITED FREE MILEAGE
Confirmation #: 2422089T1US2PEXP-01
13.67 USD Per Extra Hour
41.00 USD Per Extra Day
Reserved: 6/7/01 Through 6/9/01, 2 Days
Pick Up Time : 08:56 AM
Drop Off Time : 03:55 PM
Car Size: INTERMEDIATE Car Category: 2-OR 4-DOOR Transmission: AUTOMATIC Air Conditioning: YES
Membership Number : R3709M
Special Info: 8A-180812

**Saturday**                                              **June 9, 2001**

| | | | | |
|---|---|---|---|---|
| CONTINENTAL AIR | | Flight    624    FIRST - Class    Boeing 737 | **CONFIRMED** | |
| From : | SAN ANTONIO | DEPARTING AT 2:27 PM | No Meal Service | Flight time: 01:03 |
| To : | HOUSTON/GEO BSH | ARRIVING AT 3:30 PM | | 191 Miles |

Departure Terminal: TERMINAL 2
Arrival Terminal: TERMINAL C

**Thursday**                                              **December 6, 2001**

THANK YOU FOR USING THE CORPORATE TRAVEL DEPARTMENT

Airfare charged to American Express

EEOC0001256

erminal C

For questions call

Helen ID #274
239
06/07/01 08:33
06/11/01 15:58
Dispenser #29
C East Daily

XXXXXX XXXXXX
Amer ic an L: cress
Total Fee:
Rate:
Exit: #243ΘΘ
Entry:
Transaction Number:
Cashier:
Transaction Number:

Bush Intercontinental Airport
P.O. Box 60751
Houston TX 77205

$50.00



**New South Parking**

*forgot to
include -
HD -
$50.00
$8.00
$42.88

will put
on next
week*

(11)

---

## AVIS®

### We try harder®

**TRANSACTION RECORD**

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|

39539002G  22077/23  C
KOPECKY,CAROLINE
W12= R3109M  AK0- 845S300
CV  CAXXXXXXXXXXXXX1001

FIN# C07PW697834                           2D
001 SAT 02JUN01/1043 MI-1722Z
IN: SAT 16JUN01/1132 MI-13910

* Please check your car for personal effects. *

198 MIG - .00
HR@ 13.67= .00
3 DY@ 41.00= 123.00
WK@ 246.00= 
DISCOUNT .0 - 0
*$0.75/DY SURCH= 2.25
ONE WAY FEE/MISC= 
**11.11% FEE** 13.69 =
LDW
7.5% TX FF MI = .19
TAXABLE SUBTOT = 139.13
TAX 15.000% = 20.87
FULL SERVICE = 40.04
TOTAL CHARGES $ =200.04
*PROP TAX/FILTER/REG/LIC
**CONCESSION RC OVERY FEE
TAX INCL SE VENDE TAX

Thank you for renting from Avis.
We value your business. Have a safe trip.

* Please check your car for personal effects. *

*PLEASE DETACH AND RETURN ABOVE WITH REMITTANCE IN ENCLOSED ENVELOPE*

*USAGE CHARGES FROM 04/26/2001 TO 05/23/2001*

| DATE | DESCRIPTION | QTY | PIN | SERVICE CODE | MONTHLY CHARGES | OTHER CHARGES | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|
| 05/08/2001 | BEGINNING BALANCE | | | | | | 51.38 |
| | PAYMENT **THANK YOU** | | | | | | 51.38- |
| | CURRENT CHARGES: | | | | | | |
| 06/01/2001 | SKYTEL TWO-WAY | | | | | | |
| | CAROLINE KOPECKY | | 8773839834 | | 20.43 | | 20.43 |
| | 2-WAY PERSONAL 800 SERVICE | | | | 2.95 | | 2.95 |
| | LOCAL TAX | | | | | | .25 |
| | STATE TAX | | | | | | 1.57 |
| | UNIVERSAL SERVICE FUND FEE | | | | | | .49 |

SKYTEL
PO BOX 740577
ATLANTA, GA 30374-0577

FEDERAL TAX ID:  64-0848625

24 HOUR CUSTOMER SERVICE: 1-800-769-8737

SKY 0400

| | CURRENT | OVER 30 | OVER 60 | OVER 90 | TOTAL DUE |
|---|---|---|---|---|---|
| | 25.69 | .00 | .00 | .00 | |

| INVOICE DATE | INVOICE NO. | ACCOUNT NO. |
|---|---|---|
| 05/26/2001 | 01F2566219 | 2566219 |

EEOC0001257

Original Document of Gelco/Information/Network

ACCOUNTING COPY

EEOC0001240

# Centocor

## SALES FORCE EXPENSE REPORT

| | DEPARTMENT | DISTRICT | | EXPENSE REPORT NO. | 7015080 |
|---|---|---|---|---|---|
| NAME Caroline Kopecky | 490 | | | PERIOD ENDING MM/DD/YY | 06/16/01 |

| DATE MM/DD/YY | ORIGIN / DESTINATION / PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Explain on Back) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPORT/PAYMT & MISC (Explain on Back) | FIELD PROMOTION (Explain on Detail) PROMOTIONAL ACCESS #/DD | PROMOTIONAL ACCESS #/DD | MISC (Explain on Back) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/10/01 | hou/hou | 50.0 | | | | 16.50 | | | 6.80 | | | 20.97 | 474.98 | | 518.25 |
| 06/11/01 | houl/hou | 100.0 | | | | 1.00 | | | | | | | | | 33.65 |
| 06/12/01 | houl/hou | 100.0 | 187.08 | | | 10.00 | | | 4.10 | | | 7.00 | 8.00 | | 187.08 |
| 06/13/01 | houl/hou | 500.0 | | | | | 20.55 | | | | | 24.63 | 108.55 | | 133.18 |
| 06/14/01 | houl/san antonio | | | | | | | | | 16.02 | | | | | 16.02 |
| 06/15/01 | houl/conroe | 160.0 | | | | 27.50 | | | 10.90 | 16.02 | 11.0 | 53.80 | 583.53 | | 869.18 |
| 06/16/01 | | | | | | | | | | | | | | | |

| FIELD # | 10 | 11 | 12 | 83 | 13 | 16 | 16 | 17 | 18 | 19 | 80 | 81 | 82 | 84 | FIELD # | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMOUNT | 187.08 | | | | | | | | | 40 No. of Gallons | | | | | | |

### COMPANY CAR ONLY

| VEHICLE NO. | 212/164 |
|---|---|
| BEGINNING ODOMETER | 1330.0 |
| ENDING ODOMETER | 2230.0 |
| TOTAL MILES | 900.0 |
| TOTAL BUSINESS MILES | 900.0 |
| TOTAL PERSONAL MILES | |

PLUS OR MINUS ADJUSTMENTS

*Calculate Personal Mileage Charge Back in Box #987 at Right

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) this field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursements.

SIGNATURE

APPROVED BY

DATE MM/DD/YY 2/12/01

DATE MM/DD/YY 7-20-01

| | | | FIELD # | TOTAL |
|---|---|---|---|---|
| Minus Personal Mileage Charge | | | 987 | |
| Due Company | | | 87 | |
| Due Employee | | | 820 | 869.18 |

CALL DATE 06/26/01

NOTICE TO USER
Travel/Auto Authorization Issued to the Driver by
Gelco Information Network, Inc., P.O. Box
4400, Eden Prairie, Minnesota 55344-0900.

| | CONFIRMATION # | 884161984 |
|---|---|---|

3985/000.02

8/6/01
COPY SENT
AUG 3 - 2001
TO GELCO

EEOC0001241

# BUSINESS MEALS

| DATE MMDDYY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 08/15/01 | dinner with Dr Skolkin to discuss Retavase and ReoPro | | | * 108.55 |

# FIELD PROMOTION & MISCELLANEOUS

| DATE MMDDYY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 08/11/01 | lunch with Soloman group to discuss Retavase and ReoPro | * 20.97 |
| 08/11/01 | lunch with Soloman group to discuss Retavase and ReoPro | * 170.49 |
| 08/11/01 | dinner with Drs Bui, Luna, and Beg and their staff to discuss Retavase and combo | * 187.66 |
| 08/11/01 | dinner with Drs Mansilla, Gupta, and Mitlhoff, partly sponsored by CNTO and discussing Retavase | * 116.83 |
| 08/11/01 | graduation dinner for Radiology fellows | * 8.00 |
| 08/12/01 | lunch with Jaime and Tom in Meth cath lab to discuss Retavase | * 24.63 |
| 08/14/01 | breakfast meeting with Dr Laborde to discuss Retavase at Methodist | |

# MISCELLANEOUS AUTO

| DATE MMDDYY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |

39857000 02

Original Document of GelcoInformationNetwork

112489 05 dmn

Page 1

06/02/01

Monthly EZ TAG Statement
HCTRA EZ TAG Store
330 Meadowfern, Ste. 114
Houston, TX 77067
(281)875-3279

*** This is NOT an invoice. ***

Acct: 112799

CAROLINE R. KOPECKY
6632 WANITA PL
HOUSTON TX 77007-2035

214-1-126

# TRANSACTION DETAIL

| Date | Time | Tag # | Location | Description | Amount | Date | Time | Tag # | Location | Description | Amount |
|------|------|-------|----------|-------------|--------|------|------|-------|----------|-------------|--------|
| | | | | Account balance | 19.25 | | | | | | |
| | | | | Tag deposit bala | 15.00 | | | | | | |
| 5/01 | 8:11am | | | Statement/Invoic | -1.50 | | | | | | |
| 5/01 | 8:11am | | | Tag Rental Fee | -1.00 | | | | | | |
| 5/31 | 11:59pm | | | Tag deposit bala | 15.00 | | | | | | |
| 5/10 | 7:23am | 169417 | Hardy South | Toll | -0.75 | | | | | | |
| 5/10 | 7:26am | 169417 | Airport Connector | Toll | -0.50 | | | | | | |
| 5/11 | 2:03pm | 169417 | Airport Connector | Toll | -0.50 | | | | | | |
| 5/11 | 2:05pm | 169417 | Hardy South | Toll | -0.75 | | | | | | |
| 5/14 | 7:54am | 169417 | Hardy South | Toll | -0.75 | | | | | | |
| 5/14 | 8:02am | 169417 | Hardy North | Toll | -0.75 | | | | | | |
| 5/30 | 1:20pm | 169417 | Hardy South | Toll | -0.75 | | | | | | |
| 5/30 | 1:28pm | 169417 | Hardy North | Toll | -0.75 | | | | | | |
| | | | | Tag total | -5.50 | | | | | | |
| 5/31 | | | | Account balance | 11.25 | | | | | | |

## ACCOUNT SUMMARY

| Description | Qty | Amount | Total |
|-------------|-----|--------|-------|
| BEGINNING BALANCE | | | 19.25 |
| Toll | 8 | -5.50 | |
| Tag Rental Fee | 1 | -1.00 | |
| Statement/Invoice fee | 1 | -1.50 | |
| Charges | | | -8.00 |
| Payments plus credits | | | 0.00 |
| ENDING BALANCE | | | 11.25 |

REMINDER TO CUSTOMERS: 2.A OF THE EZ TAG AGREEMENT STATES:
[USER AGREES] ONLY TO USE EACH EZ TAG IN CONNECTION WITH THE
OPERATION OF THE PARTICULAR VEHICLE SPECIFICALLY ASSIGNED TO THAT
EZ TAG, AS LISTED ON THE APPLICATION. IN THE EVENT USER DISPOSES
OF THE VEHICLE ASSIGNED TO A SPECIFIC EZ TAG, USER MUST NOTIFY
THE HARRIS COUNTY TOLL ROAD AUTHORITY IMMEDIATELY.

AIRMAIL AIRMAIL AIRMAIL AIRMAIL AIRMAIL AIRMAIL AIRMAIL AIRMAIL

| | |
|---|---|
| Generated on : 6/12/01 @ 03:47 PM | Page: 1 |
| | Agent ID : 46 |
| | Record Locator : QGFXVN |

## Corporate Services

**Route 1 North & Aaron Road – North Brunswick, NJ 08906-6598**
**Phone: (888) 565-8728 / Fax: (732) 422-5871**

Deliver to :

ETKT

**Account Name**
CENTOCOR, INC.
CAROLINE KOPECKY
6632 WANITA PL.
HOUSTON, TX. 77007

Travel arrangements
prepared exclusively for :

Billing Code:

Caroline Kopecky
CEN01490

CPN / Ticket# / CKDIG : 0/0057192038336/6    Electronic:    Yes
Invoice : 0099968
Ticket Date: 6/12/01

|  |  |  |
|---|---|---|
| Ticket Base Fare: | 166.10 |
| Ticket Tax Fare: | 20.96 |
| Total Ticket Amount: | 187.06 |

---

### Wednesday                June 13, 2001

**CONTINENTAL AIR**    Flight **3865**    **COACH** - Class    ERJ    Seat : **6B**
OPERATED BY CONTINENTAL EXPRESS
OPERATED BY CONTINENTAL EXPRESS
From:  **HOUSTON/GEO BSH**    **DEPARTING AT 9:25 AM**
To:    **HARLINGEN, TX**    **ARRIVING AT 10:40 AM**
Departure Terminal: TERMINAL B    No Meal Service    Flight time: 01:15    295 Miles

**AVIS CAR RENTAL HARLINGEN, TX**
44.00 USD UN    UNLIMITED FREE MILEAGE
Confirmation #: 25189549USOPEXP-    44.00 USD Per Extra Day
14.67 USD Per Extra Hour
Reserved: 6/13/01 Through 6/13/01, 1 Day
Pick Up Time: 10:40 AM
Car Size: INTERMEDIATE Car Category: 2-OR 4-DOOR Transmission: AUTOMATIC Air Conditioning: YES
Membership Number: R3T  09M

**CONTINENTAL AIR**    Flight **3038**    **COACH** - Class    Embraer 120 Brasilia    Seat : **4A**
OPERATED BY CONTINENTAL EXPRESS
From:  **HARLINGEN, TX**    **DEPARTING AT 1:39 PM**
To:    **HOUSTON/GEO BSH**    **ARRIVING AT 3:09 PM**
Arrival Terminal: TERMINAL B    No Meal Service    Flight time: 01:30    295 Miles

### Monday                December 10, 2001

//////THANK YOU FOR USING THE CORPORATE TRAVEL DEPARTMENT -

Airfare charged to American Express

(3)

2075 WESTHEIMER (13-2... 1200

REMARKABLE CARD CUSTOMER

```
    WAVY LAYS                  RC    2.00 F
>> REMARKABLE SAVINGS OF       .99 <<
    WAVY LAYS                  RC    2.00 F
>> REMARKABLE SAVINGS OF       .99 <<
    WAVY LAYS                  RC    2.00 F
>> REMARKABLE SAVINGS OF       .99 <<
    WAVY LAYS                  RC    2.00 F
>> REMARKABLE SAVINGS OF       .99 <<
    PEPSI 12 PK                RC    3.49 B
>> REMARKABLE SAVINGS OF       .50 <<
    PEPSI 12 PK                RC    3.49 B
>> REMARKABLE SAVINGS OF       .50 <<
    CF DT DR PEPPER            RC    2.50 B
>> REMARKABLE SAVINGS OF      1.29 <<
    CF DI DR PEPPER            RC    2.50 B
>> REMARKABLE SAVINGS OF      1.29 <<
*** TAX          .99  BAL     20.92
    CREDIT CARD               20.97
    CHANGE                      .00
6/11/01 11:21 AM 0048 15 0020 850
FREQUENT ... MILES EARNED (C)

*********                ********
 ...MARK
```

(4)

UNITED STATES POSTAL SERVICE

```
***** WELCOME TO *****
   Greenbriar Station
 HOUSTON, TX  77098-9998
  ~ 06/11/01 11:30AM

Store  USPS        Trans     18
Wkstn  sys504      Cashier   KBKGOV
Cashier's Name     DESHANNON
Stock Unit Id      SIADESHANNON
PO Phone Number    713-528-2283

 1. 6.80 Nd Flower Bk          6.80

Subtotal                       6.80
Total                          6.80

Cash                           7.00
Change Due
  Cash                         0.20
```

3713 ... 05 61001

Cardmember Account ...

08/0... 92

CAR... ORE...

Date of Charge 061101

Service Establishment

GO... AY

BA... US

142...839...

Cardmember Signature

X

Merchandise and/or service purchased on this card shall not be resold or returned for cash refund. Establishment agrees to transmit to American Express Travel Related Services Co., Inc. or authorized representative for payment.

American Express Cards

306703

Invoice Number

APPROVAL CODE

DESCRIPTION

(2)

| | Dollars | Cents |
|---|---|---|
| MERCHANDISE/SERVICES | | |
| TAXES | | |
| TIPS/MISC. | | |
| TOTAL | 176 | 49 |

Cardmember Copy

CD 20249 ©AMEX Ptd. in U.S.A. 8/00

(1)

HARRIS COUNTY TOLL ROAD AUTHORITY

HARDY TOLL ROAD SOUTH

Lane: 16

06/11/01 FARE PAID $ 0.50

(1)

Standard Parking

An APCOA/Standard Parking Company

CASH RECEIPT

DATE: 6-10-01 AMOUNT $ 7.00

FOR: Parking

BY: lee

(1)

HARRIS COUNTY TOLL ROAD AUTHORITY

HARDY TOLL ROAD SOUTH

Lane: 1

06/11/01 FARE PAID $ 1.00

EEOC0001244

EEOC0001245

CASH TRANSACTION
------------------------------
CONGRATULATIONS!
YOU SAVE AN EXTRA   5% BY PAYING WITH CASH
------------------------------

RAYMOND x CABERNET
SAUVIGNON AMBERBELL /750ML
8/44724892                        9.43I

NEWTON CABERNET
SAUVIGNON UNFILTERED
212951                           44.95I

NEWTON CABERNET
SAUVIGNON UNFILTERED
212951                           44.95I

F-ARROLON CABERNEI
SAUVIGNON 750ML
88232004S4                       10.8I

KEY

TAX          8.90
TOTAL      116.83

ACCT #
EXPIR 1/ 10
AUTH # 40/33
CHECK      116.83
CHANGE     $0.00

4 ITEMS

PRV P1     836
POINTS     10/
TOTAL      943

DIANA # 415
001/ 1000-001/ 2565   6/11/01   1:56PM   MON

---

JOHSON'S DELI
HOUSTON, TX
14213030410000e0              -01

APPROVAL        508008

JUN 11, 01

AMEX
************1001
C KOPECKY

03/08

SALE
ROC #: 399385          TERMINAL #: 240059G8

FOOD AND BEVERAGE

BASE AMOUNT     $172.66

TIP AMOUNT      15.00

TOTAL           187.66

X _____

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)
TOP COPY-MERCHANT     BOTTOM COPY-CUSTOMER

Go paperless with on-line billing. See and pay your Southwestern Bell bill on-line each month. No stamps, no waiting. Enroll in Southwestern Bell's on-line billing program at www.SouthwesternBell.com.

## For Your Information

Questions about your bill? www.swbell.com/billing

### Itemized Calls

| | Item Date | Time | Place Called | Area Number | Rate* | Min | Amount |
|---|---|---|---|---|---|---|---|
| Calls from 713-864-2155 | | | | | | | |
| | 1 05/07 | 09.36AM | NATLL41SVC | 713 411-0000 | | 2 | 1.10 |
| ► Total Itemized Calls for SWBell Telephone (before taxes) ... | | | | | | | 1.10 |

Basic Local Service + Optional Local Service Features.........

| | | |
|---|---|---|
| For 713-864-2156 | | |
| 1 Basic Local Service - Residence Line | | 11.05 |
| 1 Touchtone | | .18 |
| CallNotes® Plus Voice Mail by SWBell Messaging Svcs | | |
| Package Discount Price for Call Waiting ID | | |
| | | 51.18 |

| | |
|---|---|
| Total Call Charges | 16.86 |

| | | |
|---|---|---|
| Total Calls for | 713-864-2155 | 16.86 |

| | | |
|---|---|---|
| Total Domestic Calls for | 713-864-2155 | 16.86 |

### Call Charges (continued)

| Item | Date | Time | Place Called | | Area Number | Rate* | Min | Amount |
|---|---|---|---|---|---|---|---|---|
| 44 | 04/23 | 09.42PM | NDLDPTHONS | TX | 409 729-2309 DC | | 4.00 | .24 |
| 43 | 04/23 | 07.59AM | NDLDPTHOHS | TX | 409 729-2309 DC | | 2.00 | .12 |
| 42 | 04/19 | 07.30AM | SANANTONIO | TX | 210 822-2153 DC | | 1.00 | .06 |
| 41 | 04/18 | 10.12AM | ARLINGTON | TX | 817 366-7686 DC | | 2.00 | .12 |
| 40 | 04/17 | 06.58PM | SANANTONIO | TX | 210 822-2153 DC | | 2.00 | .12 |
| 39 | 04/17 | 08.39PM | PT MATILDA | PA | 814 692-8698 DC | | 28.00 | 1.68 |
| 38 | 04/16 | 07.30PM | GRANDPRARI | TX | 214 906-9398 DC | | 20.00 | 1.20 |
| 37 | 04/12 | 08.36PM | FRISCO | TX | 972 624-1842 DC | | 1.00 | .06 |
| 36 | 04/12 | 02.37PM | DALLAS | TX | 214 520-9860 DC | | 22.00 | 1.32 |
| 35 | 04/12 | 02.37PM | CLEARWATER | FL | 727 781-9050 DC | | 6.00 | .36 |
| 34 | 04/11 | 11.4AM | VICTORIA | TX | 361 788-6689 DC | | 10.00 | .60 |
| 33 | 04/11 | 11.19AM | VICTORIA | TX | 361 788-6100 DC | | 11.00 | .66 |
| 32 | 04/11 | 11.13AM | VICTORIA | TX | 361 788-6689 DC | | 6.00 | .36 |
| 31 | 04/09 | 05.20PM | GRAPEVINE | TX | 817 481-9270 DC | | 1.00 | .06 |
| 30 | 04/09 | 01.16PM | CLEARWATER | FL | 727 781-9050 DC | | 1.00 | .06 |
| 29 | 04/06 | 11.14AM | VICTORIA | TX | 361 788-6100 DC | | 15.00 | .90 |
| 28 | 04/06 | 09.53AM | VICTORIA | TX | 361 573-8555 DC | | 1.00 | .06 |
| 27 | 04/06 | 09.52AM | VICTORIA | TX | 361 573-8555 DC | | 1.00 | .06 |
| 26 | 04/06 | 09.26AM | C CHRISTI | TX | 361 902-4906 DC | | 2.00 | .12 |
| 25 | 04/06 | 09.21AM | CONROE | TX | 936 539-7020 DC | | 2.00 | .12 |
| 24 | 04/06 | 09.04AM | VICTORIA | TX | 361 573-8555 DC | | 1.00 | .06 |
| 23 | 04/05 | 06.32PM | SANANTONIO | TX | 210 822-2153 DC | | 7.00 | .42 |
| 22 | 04/04 | 11.38PM | SANANTONIO | TX | 210 771-3088 DC | | 18.00 | 1.08 |
| 21 | 04/04 | 08.53PM | SOUTH SNFR | CA | 650 225-1000 DC | | 5.00 | .30 |
| 20 | 04/04 | 08.29PM | DALLAS | TX | 214 821-5140 DC | | 1.00 | .06 |
| 19 | 04/04 | 09.03AM | NRICHLDHLS | TX | 817 577-0690 DC | | 12.00 | .72 |
| 18 | 04/03 | 08.27PM | MCKINNEY | TX | 972 569-7757 DC | | 14.00 | .84 |
| 17 | 04/03 | 05.36PM | FORT WORTH | TX | 817 923-9677 DC | | 30.00 | 1.80 |
| 16 | 04/03 | 05.21PM | SOUTH SNFR | CA | 650 225-1000 DC | | 12.00 | .72 |
| 15 | 04/03 | 05.20PM | SOUTH SNFR | CA | 650 225-1000 DC | | 1.00 | .06 |
| 14 | 04/03 | 04.54PM | NEWORLEANS | LA | 504 842-3520 DC | | 4.00 | .24 |
| 13 | 04/03 | 04.51PM | NEWORLEANS | LA | 504 842-3451 DC | | 1.00 | .06 |
| 12 | 03/30 | 10.55AM | NDLDPTHONS | TX | 409 718-6449 DC | | 3.00 | .18 |
| 11 | 03/28 | 11.05AM | BEAUMONT | TX | 409 899-7496 DC | | 2.00 | .12 |
| 10 | 03/28 | 10.56AM | NDLDPTHONS | TX | 409 718-6449 DC | | 9.00 | .54 |
| 9 | 03/28 | 10.38AM | NEW YORK | NY | 212 213-4800 DC | | 1.00 | .06 |
| 8 | 03/28 | 09.28AM | DALLAS | TX | 214 357-6448 DC | | 1.00 | .06 |
| 7 | 03/27 | 12.13PM | SANANTONIO | TX | 210 859-9451 DC | | 5.00 | .30 |
| 6 | 03/26 | 02.44PM | SANANTONIO | TX | 210 859-9451 DC | | 1.00 | .06 |
| Item | Date | Time | Place Called | | Area Number | Rate* | Min | Amount |

(continued)

July ... 2007

EEOC0001247

---

# AVIS

**We try harder.®**

## TRANSACTION RECORD

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
| --- | --- | --- |
| 3953900026 | 2202723 | E |

KOPECKY,CAROLINE
WIZ= R3T09M AWD= 8453300
CV  CAXXXXXXXXXXXX1001
FTN# CO/PW697838    ZD
OUT SAT 07JUN01/1042 MI-137222
IN  SAT 10JUN01/1132 MI-139010
188 MI@
    13.67=    -00.
3 DY@ 41.00=  123.00
WK@ 246.00=
DISCOUNT    .0 =
$0.75/DY SURCHG=   2.25
ONE WAY FEE/MISC=
**11.11% FEE    =  13.69
LDW
7.5% TX FF MI   =    .19
TAXABLE SUBTOT  = 139.13
TAX 15.000%     =  20.87
FUEL SERVICE    =  40.04
OTAL CHARGES *  = 200.04
*PROP TAX/TITLE/REG/LIC
**CONCESSION RECOVERY FEE
TAX INCL 5% VENUE TAX

* Please check your car for personal effects. *

Thank you for renting from Avis.
We value your business. Have a safe trip.

---



New
South
Parking

Bush Intercontinental Airport
P.O. Box 60751
Houston TX 77206

Fee Computer Number:        1
Cashier:
Transaction Number:       239
Entered:    06/07/01  08:33
Exited:     06/11/01  16:58
Ticket #22353
Rate:
**Total Fee:**
Rate:
Fee:             $50.00
                 $50.00
C East Daily
Dispenser #29
Helen ID #274

American Express
XXXXX9090406XXXXX
For questions call
281 233 1730

Thank you for using the facilities!

HARRIS COUNTY
HOSPITAL
DISTRICT

(8)

TOTAL
CASH

DRIVE
CAREFULLY

HOUSTON, TX

(713) 960-8273

5:37 PM TRN #1-4493 6-12-01

| DESCRIPTION | CHARGE |
|---|---|
| POST OFFICE . . . . . . . | 4.10 |
| 1 @ 4.10 = 4.10 | |
| TAX | 0.00 |
| TOTAL | $4.10 |
| AMT TEND | $4.10 |
| (CASH) | |
| CHANGE | $0.00 |

(9)

FINAL
RECEIPT

THIS ... K YOU!

New
South
Parking

(11)

Bush Intercontinental Airport
P.O. Box 60751
Houston TX 77205

| | |
|---|---|
| Fee Computer Number: | 1 |
| Cashier: | 3RD Shift ID #989 |
| Transaction Number: | 149 |
| Entered: | 06/13/01 08:38 |
| Exited. | 06/13/01 15:47 |
| Ticket #33799 | Dispenser #2 |
| Rate: | Term: AB |
| **Total Fee:** | **$10.00** |
| Cash: | $10.00 |

For questions call
281 233 1730
Thank ... minal AB

903520101994

(10)

BIG APPLE BAGELS
8434 FREDERICKSBURG RD
SAN ANTONIO, TX 78229

TIME 07:40 AM DATE 06/14/01
371384096561001
EXP DATE 0803
CARD TYPE AX
TERMINAL # 903911
TRAN TYPE SALE
AUTH CODE 503456
RECORD # 014

AMOUNT $ 24.63

SIGNATURE X

EEOC0001248

3:02-cv-03354-RM-CHE # 75-2 Page 24 of 25

SALES DRAFT

PATRENELLA'
813 JAC
HOUSTON, T 007-
(713) 863-8223
4301330019432799

TID : 
DATE : 06/14/01 09:22:22 PM
ACCT : 37138409056100l AM
NAME : KOPECKY/C
EXP : 08/03 BATCH:

SERVER : 1

TRAN # : 4822

AMOUNT : $92.55

TIP : $ 16.00

TOTAL : $ 108.55

THANK YOU.
PLEASE COME AGAIN.

APPROVAL: 513617

TIP ASSIST: 15% = $13.88
18% = $16.66 20% = $18.51

(12)

# Love's Country Stores
## Store #297

Store #297 Fri 6/15/01
#1-000000067328 1:20:57 PM
Associate: Connie D.

1 Unleaded 16.02 #5
11.057G @ $1.449/G

Balance Due 16.02

American Express 16.02

Account #: 37138409******

Approval: 501518
Reference:

Thanks for Stopping!
Come Again Soon!

(13)

EEOC0001249