# Centocor

## SALES FORCE EXPENSE REPORT

**NAME:** Caroline Kopecky

**DEPARTMENT:** 490

**DISTRICT:**

**EXPENSE REPORT NO.** 7015081

**PERIOD ENDING MM/DD/YY** 06/23/01

| DATE MM/DD/YY | ORIGIN / DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Explain on Detail) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPAIR / MAINT & MISC (Explain on Detail) | PROMOTIONAL PROGRAMS ACCESS-4100 | PROMOTIONAL ACCESS-8100 | MISC (Explain on Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FIELD # | 10 | 11 | 12 | 63 | 13 | 16 | 16 | 17 | 18 | 19 | 60 | 61 | 62 | 64 | |
| | AMOUNT | | | | | | | | | | | | | | | |
| 06/17/01 | vacation | | | | | | | | | | | | | | | |
| 06/18/01 | vacation | | | | | | | | | | | | | | | |
| 06/19/01 | hou/hou | 100.0 | | | | | 102.97 | | | | | | 114.00 | | | 224.97 |
| 06/20/01 | hou/corpus | 400.0 | | | 8.00 | | 21.13 | 7.85 | | | 195.00 | | 75.85 | 50.00 | | 421.93 |
| 06/21/01 | vacation | | | | | | | | | | | | | | | |
| 06/22/01 | vacation | | | | | | | | | | | | | | 50.00 | 50.00 |
| 06/23/01 | | | | | | | | | | | | | | | | |

PLUS OR MINUS ADJUSTMENTS

124.90 dt am

12/499.00 dt am

|  | | 124.10 | | 7.85 | | 195.00 | | 239.85 | 122.10 | | 696.90 |

## COMPANY CAR ONLY

| VEHICLE NO. | 212164 |
|---|---|
| BEGINNING ODOMETER | 2230.0 |
| ENDING ODOMETER | 2740.0 |
| TOTAL MILES | 510.0 |
| TOTAL BUSINESS MILES | 500.0 |
| TOTAL PERSONAL MILES | 10.0 |

**"Calculate Personal Mileage Charge Back in Box #997 at Right**

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number: 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11.)

Payment requests exceeding authorized dollar limits will delay reimbursements.

| | FIELD # | 40 |
|---|---|---|
| | QUANTITY | |
| | No. of Gallons | |

**FIELD PROMOTION (Explain on Detail)**

| | FIELD # | TOTAL |
|---|---|---|
| Minus Personal Mileage Charge | 997 | 10.0 |
| Due Employee | 820 | 696.90 |
| Due Company | 87 | |

**Minus Personal Mileage Charge** 10.0

SIGNATURE _(signature)_
APPROVED BY _(signature)_

DATE MM/DD/YY 7/2/01
DATE MM/DD/YY 7-30-01

**CALL DATE** 07/02/01

**CONFIRMATION #** 89474469

NOTICE TO USER
Travel and/or Authorization Issued to the Drawer by
Gelco Information Network, Inc. P.O. Box
44800, Eden Prairie, Minnesota 65344-0200

39657000 02

COPY SENT
AUG 3 - 2001
TO GELCO

8/8/01
8-24-01

# BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |

# FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | | | AMOUNT |
|---|---|---|---|---|
| 06/19/01 | lunch with drs kralcer, howell, hernandez and staff to discuss retavase ① | | | •114.00 |
| 06/20/01 | walmart card for veronica, tech at Spohn Rad lab for refreshments during her inservice ④ | | | • 50.00 |
| 06/20/01 | lunch with drs kattragadda, ayer and staff to discuss Ret and ReoPro ③ | | | •122.10 |
| 06/20/01 | refreshments for inservice for dr middlebrooks talk on Retavase and ReoPro to UT fellows (Mansilla etal) ② | | | • 75.85 |

# MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | | | AMOUNT |
|---|---|---|---|---|
| 08/19/01 | window tintling ⑥ | | | • 195.00 |

112499 05 dmm

Origi          ocument of GelcoInformationNetwork

39657000 02

ACCOUN      COPY

# BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |

# FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 08/18/01 | lunch with drs krejcer, howell, hernandez and staff to discuss retavase | *114.00 |
| 08/20/01 | Refreshments from walmart for inservice given with Veronica (rep) on retavase ① | * 50.00 |
| 08/20/01 | lunch with drs katragadda, ayer and staff to discuss Ret and ReoPro ② | *122.10 |
| 08/20/01 | refreshments for inservice for dr middlebrooks talk on Retavase and ReoPro to UT fellows (Mansilla etal) ③ | * 75.85 |

# MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 08/19/01 | window tinting | * 195.00 |

12499 05 .fmm

Origi~l Document of GelcoInformationNetwork

EEOC0001233

39657000 02

300 Milam, Suite 100, Houston, Texas 77002-1619

SIGNED _____

AMOUNT $  8.00    *Tax included*

DATE  4/19

## AMPCO SYSTEM PARKING
**DAILY PARKING RECEIPT**

(2)

---

### Guest Check

| SERVER | TABLE | GUESTS | CHECK NUMBER |
|--------|-------|--------|--------------|
|        |       | 11/3/? | 54883 |

1975
975
2195
975
9435
635
1900
1080
2023

18) Perrier  10950
Tip  10.00

TAX  4

TOTAL  8000

*Thank You*

Adams A 10L

(1)  +tax ($114.00)

3:02-cv-03354-RM-CHE # 75-3 Page 5 of 13

**WAL★MART**

ALWAYS LOW PRICES. ALWAYS WAL-MART.

*Always.*

WE SELL FOR LESS
MANAGER SALVADOR AGUILAR
( 361 ) 729 - 9277
ST# 0440 OP# 00000068 TE# 07 TR# 01111

| | | |
|---|---|---|
| GIFT CARD | 600233143655K | 50.00 H |
| | SUBTOTAL | 50.00 |
| | TOTAL | 50.00 |
| | AMEX TEND | 50.00 |

ACCOUNT #1001-08/03
APPROVAL #501330
TRANS ID -
VALIDATION -
PAYMENT SERVICE -
CHANGE DUE 0.00

(3)

GIFT CARD RELOAD 50.00
ACCOUNT 6002331436550922
APPR. CODE = 431614
REF # 011712

| Beg Bal | Tran Amt | End Bal |
|---|---|---|
| 0.00 | 50.00 | 50.00 |

06/21/01 14:45:16

**# ITEMS SOLD 1**

TC# 4231 6494 4466 4616 9661

GET PICTURES ONLINE FOR ONLY $2.74
06/21/01 14:45:37

***

10-32 017

packing equipment (5)

06•19•01

0•25 2
0•25 2
4•00 2
2•75 2
7•25
0•60
7•85
11-08 018

Rockport Mail Center

**Jason's deli®**

(4)

DATE: 6/20/01 12:00
FAX No:
PAYMENT METHOD: (Circle One) CASH CREDIT CARD
ORDER TO BE: (Circle One) PICKED UP DELIVERED

Name: Spohn Shoreline
Address: 600 Elizabeth 2nd Floor
Special procedures – Radiology
Contact: Nicole
Phone No. 881-3819

| | | |
|---|---|---|
| Carolyn | BRC | 295 |
| | 1/2 tuna / white | 350 |
| | mm LT > OTS | |
| Dr. K | tuna / chips | 450 |
| | mm LT > OTS BL | 50 |
| Rey | Cal Club | 595 |
| Bea | Tejas | 550 |
| Nicole | BLT / Fruit | 425 |
| | short | 195 |
| | | 225 |

Time In: Irma
Time Out:

| | |
|---|---|
| DELIVERY | 2.00 |
| SUBTOTAL | |
| TAX | |
| TOTAL | 111.10 |
| CUSTOMER INITIAL TIP APPROVAL | Tip 11.00 |
| | $122.10 |

CUSTOMER SIGNATURE

PRINTED SIGNATURE

**MCI**

Customer Service:  www.mci.com/service  ☎ 1 800 444-3333

## Service Summary

| | |
|---|---|
| Local Toll Service ........................................... | $.40 |
| Long Distance ................................................ | $11.70 |
| MCI 5¢ Everyday Plus℠ Fee (05/10/01 to 06/09/01) ...... | $5.95 |
| | $18.35 |
| Taxes and Surcharges ..................................... | $4.58 |
| Current Charges | $22.33 |

**MCI Local Service**

MCI® now offers unlimited local service to customers in Southwestern Bell territory in Texas! Enjoy the convenience of one company, one bill and one Customer Service department. Call 1-888-MCI-LOCAL today!

## Local Toll Service

Calls from 713 864-2155:

| Date | Time | Place | Number | Rate | Min | Amount |
|---|---|---|---|---|---|---|
| May 30 | 9:08a | Galveston, TX | 409 772-1825 | 24Hr | 2 | .20 |
| May 30 | 4:23p | Conroe, TX | 936 539-4597 | 24Hr | 2 | .20 |
| May 30 | 4:25p | Conroe, TX | 936 825-8955 | 24Hr | 3 | .30 |

Total Calls from 713 864-2155 ... $.70

Total Local Toll Service ... $.70

With MCI® you're also getting great rates on all your local toll calls. By selecting MCI to carry these calls, you will continue to experience the exceptional value you've always enjoyed!

## Long Distance

Calls from 713 864-2155:

| Date | Time | Place | Number | Rate | Min | Amount |
|---|---|---|---|---|---|---|
| May 11 | 12:00p | Ladue, MO | 314 989-5604 | Peak | | |
| May 13 | 10:54a | Sanantonio, TX | 210 822-2153 | 24Hr | 13 | .18 |
| May 13 | 11:27p | Sanantonio, TX | 210 777-3088 | 24Hr | 1 | 1.30 |
| May 14 | 4:09p | Dir Asst, LA | 504 555-1212 | Dir Ast | 1 | 1.01 |
| May 14 | 4:11p | Neworleans, LA | 504 525-9711 | Peak | 1 | 1.99 |
| May 14 | 4:12p | Neworleans, LA | 504 525-9713 | Peak | 6 | .09 |
| May 17 | 6:49p | Phila, PA | 610 651-6800 | Peak | 3 | .54 |
| May 17 | 2:15p | Phila, PA | 215 574-7660 | Peak | 2 | .27 |
| May 21 | 2:17p | Killingwth, CT | 860 663-4060 | Peak | 2 | .27 |
| May 21 | 9:17p | Essex, CT | 860 767-4940 | Peak | 1 | .09 |
| May 22 | 11:51a | Paoli, PA | 610 651-6606 | 5cent | 9 | .18 |
| May 22 | 11:15p | Dallas, TX | 214 969-5902 | 24Hr | 2 | .45 |
| May 24 | 10:35p | Evanston, IL | 847 869-4702 | 5cent | 5 | .20 |
| May 29 | 8:33a | Dallas, TX | 972 355-6448 | 24Hr | 5 | .50 |
| May 29 | 11:04a | Essex, CT | 860 767-4940 | 24Hr | 2 | .20 |
| May 29 | 6:54p | Fort Worth, TX | 215 692-9085 | Peak | 9 | .81 |
| May 29 | 9:19p | Fort Worth, TX | 817 923-5048 | 24Hr | 3 | .30 |
| May 29 | 10:01p | Fort Worth, TX | 817 923-5048 | 24Hr | 1 | .10 |
| Jun 4 | 7:24a | Lewisville, TX | 972 355-6448 | 24Hr | 3 | .10 |
| Jun 4 | 7:24a | Neworleans, LA | 504 842-3617 | Peak | 2 | .20 |
| Jun 5 | 7:26a | Neworleans, LA | 504 842-2407 | Peak | 2 | .45 |
| Jun 5 | 3:49p | Paoli, PA | 610 651-6800 | Peak | 5 | .18 |
| Jun 6 | 10:27a | Medlacielr, TX | 210 575-4327 | Peak | 2 | .20 |
| Jun 6 | 10:32a | Medlacielr, TX | 210 575-4327 | 24Hr | 11 | 1.10 |

Invoice Continues
on Reverse ...

**Online Account Manager**

Can't remember who you called? Try Directory Assistance from MCI WorldCom℠ available online through Online Account Manager! Visit www.mci.com/service today to access your account, or to sign up for your FREE Online Account.



# MCI

Customer Service: 📠 www.mci.com/service    ☎ 1 800 444-3333

## Long Distance (continued)

**Calls from 713 864-2156:**

| Date | Time | Place | Number | Rate | Min | Amount |
|------|------|-------|--------|------|-----|--------|
| JUN 6 | 12:25P | Lewisville, TX | 972 355-6448 | 24HF | 2 | .20 |
| JUN 6 | 4:10P | Dallas, TX | 210 575-4327 | 24HF | 6 | .20 |
| JUN 6 | | | 214 712-2004 | 24HF | 3 | .30 |

Total Calls from 713 864-2156

Total Long Distance    $11.70

## Taxes and Surcharges

**Long Distance Service**

TX 911 ........................................................... $.02
TX Utility Gross Receipts Assessment ........................... $.04
TX Poison Control Surcharge .................................... $.04
TX Tel Infrastructure Fund Reimbursement ....................... $.25
Texas Universal Service ........................................ $.71
Federal, State & Local Taxes ................................... $.60
Federal, State & Local Surcharges .............................. $1.42
Federal Universal Service Fee .................................. $.07

Total Taxes and Surcharges    $1.43

$4.58

## Key to Rate Codes:

Peak = Call priced at Peak rate
24 Hr = Call priced at 24-Hour Rate
DAsst = Directory Assistance Call
5cent = 5 cent Rate

## For Your Information ...

**ENSURE YOU KEEP YOUR MCI WORLDCOM BENEFITS!**
Simply call your local phone company today and request that your local toll and
long distance service not be switched to another company without your verbal or
written authorization.

## Invoice Continues on Next Page ...

# ★★★★ STAR MOTOR CARS

7000 KATY ROAD • HOUSTON, TEXAS 77024 • 713-868-6800

| | | |
|---|---|---|
| CUSTOMER NO. 11464 | | |
| CAROLINE KOPECKY | INVOICE NO. 16260 | |
| 6632 WANITA | | |
| HOUSTON, TX 77007 | | |

| YEAR/MAKE | MODEL | STOCK NO. | MILEAGE |
|---|---|---|---|
| '01 VOLVO V40 SERIES/4DR | | 932 BLACK/7 | 1,399 |

| LICENSE NO. | LABOR RATE | TAG NO. 8047 | INV. NO. 06/07/01 | R.O. NO. |
|---|---|---|---|---|
| BEPSXSTHYMIA TALBE | | | | |

VEHICLE ID NO. YV1VJ 0 V S 2 9 5 2 1 F 7 2 4 5 2 0  SELLING DEALER NO.

| DELIVERY DATE 03/17/01 | DELIVERY MILES | PRODUCTION DATE | R.O. DATE 06/06/01 |
|---|---|---|---|

| P.O. NO. | F.T.E. NO. | COMMENTS | By JLS 864-2155 |
|---|---|---|---|

RESIDENCE PHONE

## LABOR & PARTS

| JOB # 1   ACCESSORIES   WINDOW TINT | UNITS: | TECH(S): 21 |
|---|---|---|

I hereby authorize the below repair work to be done along with the necessary material, and hereby grant you and/or your employees permission to operate the car or truck herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. In consideration of repair and/or service work on the motor vehicle described herein, performed or to be performed by STAR MOTOR CARS (DEALER), and as security of the payment of charges to said work, CUSTOMER, whose signature appears hereon, either as Owner or Agent of Owner, here by grants to DEALER a security interest in said vehicle (hereinafter called "COLLATERAL"). CUSTOMER agrees that DEALER'S acceptance of partial or discounted payments, or failure of DEALER to exercise any right or remedy, shall not be a waiver of any obligation of CUSTOMER nor rights of DEALER to exercise at any other similar default subsequently occurring. COLLATERAL shall be in retail under this combined Security Agreement upon the happening of any of the following events: 1. Failure of CUSTOMER to pay DEALER'S charges in full at the time collection of COLLATERAL is returned or credit by DEALER, failure to pay DEALER'S charges in full within 30 days from date of DEALER'S invoice. 2. Any lien DEALER believes that the prospect for payment of the obligation secured hereby is impaired. DEALER shall have the right, at DEALER'S option, to collect maximum penalty/finance charge of 1½% per month on the first $500.00 of CUSTOM-ER'S unpaid balance and 1% per month on CUSTOMER'S unpaid balance in excess of $500.00 such charge to become part of CUSTOMER'S obligation (1½% PER MONTH IS AN ANNUAL PERCENTAGE RATE OF 18%, 1% PER MONTH IS AN ANNUAL PERCENTAGE RATE OF 12%) repossess and sell, without Court Order, and DEALER may be the Purchaser at such sale for reasonable value, and CUSTOMER SHALL pay all reasonable attorney's fees and costs of repossession, stor-age and sale of COLLATERAL. In the event repossession occurs, CUSTOMER agrees to surrender the COLLATERAL to DEALER, and assign same to DEALER. CUSTOMER authorizes DEALER, in the event it repossesses COL-LATERAL without demand, and for this purpose to enter upon any premises where the COLLATERAL is located. DEALER shall, in addition, have all the rights and remedies provided by the Uniform Commercial Code. CUSTOMER shall pick-up merchandise or any vehicle within twenty (120) days of notice. CUSTOMER agrees in event of such failure to timely pick-up items(s), the DEALER may charge such item(s) in a commercial warehouse to be stored at CUS-TOMER'S expense or such item(s) may be stored at DEAL-ER'S place of business at CUSTOMER'S risk, at a cost to CUSTOMER of eight dollars per day. CUSTOMER hereby

| | | |
|---|---|---|
| JOB # 1 TOTAL LABOR & PARTS | | 0.00 |
| | VEND INV# INV. DATE DESCRIPTION | |
| SLB# P0# 8892 06/07/01 TINTING | | 195.00 |
| #A 4019 | | |

| TOTAL - SUBLET | | 195.00 |

| | |
|---|---|
| TOTAL LABOR | 0.00 |
| TOTAL PARTS | 0.00 |
| TOTAL SUBLET | 195.00 |
| TOTAL G.O.G. | 195.00 |
| TOTAL MISC. CHG. | 0.00 |
| TOTAL MISC. DISC. | 0.00 |
| TOTAL TAX | 0.00 |

## TOTAL INVOICE $   195.00

************************************************

* [ ] CASH   [ ] CHECK   CK. NO. [ ]   *
* [ ] VISA   [ ] MASTERCARD   [ ] DISCOVER   *
* [ ] AMER. XPRESS   [ ] OTHER   [ ] CHARGE   *

************************************************

THANK YOU FOR YOUR BUSINESS!!

CUSTOMER SIGNATURE

CHARGED JUN 0 8 2001

JASONS DELI
HOUSTON, TX
1421940388000 01
JUN 20, APPROVAL
149461

**************1001
AMEX ******

SALE
ROC # TERMINAL #
238654 24006618

FOOD AND BEVERAGE

BASE AMOUNT $70.85

TIP AMOUNT 5—

TOTAL 75.85

X

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)
TOP COPY-MERCHANT CUSTOMER

verizon wireless

CAROLINE R KOPECKY

Bill Date.................... June 11, 2001
Account Number....... 06196547-916105
Subscriber Number..... (713)819-7630

## MESSAGES FROM VERIZON WIRELESS

HOW TO BE A SAFE WIRELESS USER

Verizon wants you to be safe when using your wireless phone. Most phone models have Hands-Free accessories available. With a Hands-Free kit you can use your wireless phone, keep both hands on the steering wheel and concentrate on the road.

WIRELESS SAFETY TIPS WHEN DRIVING

Pull over to a safe place before you make a call.
Store frequently dialed numbers in your phone's speed dial feature.
Write notes only when your car is parked.
Allow calls to go to your voice mail.
Forward your calls to another number.

Remember, you must always observe signs in blasting areas that say, "Turn off two-way radios." Your wireless phone is a two way radio. Turn off your phone, because any call could inadvertently set off a premature explosion.

For more information on Hands-Free accessories, safety tips and emergency services, dial *611 from your wireless phone (a free call). Thank you for choosing Verizon as your wireless provider.

## PREVIOUS ADJUSTMENTS DETAIL

redit for the re-rate 6/29 -58.69

Total of Previous Adjustments $58.69CR

## PAYMENT ACTIVITY

| Date | Description | Amount |
|---|---|---|
| 05/15 | PAYMENT APPLIED | 302.27 |

Total of Payments Received - Thank You $302.27

## DETAIL OF SUBSCRIBER CHARGES

Monthly Recurring Charges
06/12/01 to 07/11/01 200.00
Prorated 05/12/01 to 06/11/01 173.85
Credit 05/12/01 to 06/11/01 155.00
Total Monthly Recurring Charges 218.85

Billing Credits and Other Charges
411 Connect 3 calls @ 0.99 2.97
Mob Msngr Embedded Base 5 Included Messa .00
Voice Mail 3.95
Total Billing Credits and Other Charges 6.92

Detail of Airtime Usage
Rate plan : DAONN AMER-1.6K MIN-D Included Minutes : 1600
Rate Plan Incl. Minutes
Peak = 791.00 min. @ $ 0.000 .00
Off-Peak = 80.00 min. @ $ 0.000 .00
Voice Plan Incl. Minutes= 252.00 min. @ $ 0.000 .00
Billed Minutes
Peak = 478.00 min. @ $ 0.250 19.50
Off-Peak = 62.00 min. @ $ 0.250 15.50
Total Minutes = 1663.00
Rate plan : SF20H SingleRate2000/$0 Weekend Included Minutes : 2000
Rate Plan Incl. Minutes
ak = 554.00 min. @ $ 0.000 .00
ekends = 77.00 min. @ $ 0.000 .00
Voice Plan Incl. Minutes= 107.00 min. @ $ 0.000 .00
Total Minutes = 738.00
Total Minutes Used = 2401.00

Total Airtime Charges 135.00

Long Distance Charges .00
Roamer Charges .99

Taxes, Surcharges and Fees
Federal Excise Tax 11.27
State Sales Tax 23.69
City Sales Tax 3.79
State 911 Fee 0.50
Tx Infrastructure Reimb. Fee 4.68
State Universal Service Fund 13.17
Federal Universal Srvc Fee 0.42
Total Taxes, Surcharges and Fees 57.52

Total Current Charges $419.28

## AIRTIME AND LONG DISTANCE DETAIL SUMMARY

| Date | Time | City | ST | Number | Type | Min. | Air | LD | Total |
|---|---|---|---|---|---|---|---|---|---|
| 5/06 | 12:13AM | *INCOMING* | | (713)819-7630 | OP | 1.00 | 0.00 | 0.00 | 0.00* |
| 5/06 | 9:25AM | *INCOMING* | | (713)819-7630 | OP | 0.00 | 0.00 | 0.00 | 0.00* |
| 5/06 | 12:29PM | HOUSTON | TX | (713)757-0700 | OP | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/06 | 12:42PM | HOUSTON | TX | (713)284-4000 | OP | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/06 | 12:43PM | *INCOMING* | | (713)819-7630 | OP | 0.00 | 0.00 | 0.00 | 0.00* |
| 5/06 | 12:58PM | HOUSTON | TX | (713)668-4990 | OP | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/06 | 1:18PM | RECORDING | | (713)819-7630 | OP | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/06 | 1:49PM | RETRIEVAL | | (713)819-7630 | OP | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/07 | 9:14AM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/07 | 9:39AM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/07 | 11:49AM | *INCOMING* | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00* |
| 5/07 | 12:12PM | HOUSTON | TX | (832)724-7772 | P | 4.00 | 0.00 | 0.00 | 0.00 |
| 5/07 | 12:15PM | HOUSTON | TX | (713)819-7630 | P | 9.00 | 0.00 | 0.00 | 0.00X |
| 5/07 | 12:15PM | *INCOMING* | | (713)819-7630 | P | 8.00 | 0.00 | 0.00 | 0.00* |
| 5/07 | 12:25PM | ARLINGTON | TX | (817)456-3700 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/07 | 12:27PM | HOUSTON | TX | (713)626-9192 | P | 3.00 | 0.00 | 0.00 | 0.00 |
| 5/07 | 12:34PM | *INCOMING* | | (713)819-7630 | P | 0.00 | 0.00 | 0.00 | 0.00* |
| 5/07 | 12:38PM | *INCOMING* | | (713)819-7630 | P | 0.00 | 0.00 | 0.00 | 0.00* |
| 5/07 | 12:39PM | *INCOMING* | | (713)819-7630 | P | 3.00 | 0.00 | 0.00 | 0.00* |
| 5/07 | 12:39PM | GRAND PRAR | TX | (214)403-4125 | P | 4.00 | 0.00 | 0.00 | 0.00 |
| 5/07 | 12:44PM | HOUSTON | TX | (713)871-1649 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/07 | 1:04PM | HOUSTON | TX | (713)785-5444 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/07 | 1:07PM | 888 SERV | CL | (888)261-5746 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/07 | 1:10PM | *INCOMING* | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00* |
| 5/07 | 2:24PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/07 | 2:48PM | RETRIEVAL | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/07 | 2:49PM | DALLAS | TX | (214)357-6448 | P | 18.00 | 0.00 | 0.00 | 0.00 |
| 5/07 | 3:12PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/07 | 3:13PM | RETRIEVAL | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/07 | 3:14PM | HOUSTON | TX | (713)871-1649 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/07 | 3:15PM | DALLAS | TX | (214)357-6448 | P | 8.00 | 0.00 | 0.00 | 0.00 |
| 5/07 | 3:23PM | DALLAS | TX | (214)357-6448 | P | 0.00 | 0.00 | 0.00 | 0.00* |
| 5/07 | 3:24PM | DALLAS | TX | (214)357-6448 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/07 | 4:01PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/07 | 4:25PM | RETRIEVAL | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/07 | 4:25PM | HOUSTON | TX | (713)757-0700 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/07 | 4:27PM | HOUSTON | TX | (713)807-0405 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/07 | 4:29PM | HOUSTON | TX | (713)828-0169 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/07 | 4:29PM | ARLINGTON | TX | (817)300-0890 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/07 | 4:31PM | HOUSTON | TX | (713)798-8629 | P | 2.00 | 0.00 | 0.00 | 0.00 |

Bill Date....................... June 11, 2001
Account Number........ 06196547-916105
Subscriber Number..... (713)819-7630

| Date | Time | City | ST | Number | Type | Min. | Air | LD | Total |
|---|---|---|---|---|---|---|---|---|---|
| 5/07 | 4:34PM | *INCOMING* | | (713)819-7630 | P | 0.00 | 0.00 | 0.00 | 0.00* |
| 5/07 | 5:02PM | 888 SERV | CL | (888)261-5746 | P | 3.00 | 0.00 | 0.00 | 0.00 |
| 5/07 | 5:05PM | 888 SERV | CL | (888)565-8728 | P | 5.00 | 0.00 | 0.00 | 0.00 |
| 5/07 | 5:10PM | HOUSTON | TX | (713)284-4000 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/07 | 5:16PM | *INCOMING* | | (713)819-7630 | P | 3.00 | 0.00 | 0.00 | 0.00* |
| 5/07 | 5:25PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/07 | 5:25PM | HOUSTON | TX | (713)284-4000 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/07 | 5:30PM | HOUSTON | TX | (713)819-7630 | P | 4.00 | 0.00 | 0.00 | 0.00X |
| 5/07 | 5:30PM | RETRIEVAL | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/07 | 5:30PM | *INCOMING* | | (713)819-7630 | P | 3.00 | 0.00 | 0.00 | 0.00* |
| 5/07 | 7:10PM | *INCOMING* | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00* |
| 5/07 | 8:06PM | *INCOMING* | | (713)819-7630 | P | 0.00 | 0.00 | 0.00 | 0.00* |
| 5/08 | 8:30AM | NEW YORK | NY | (212)213-4800 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/08 | 8:49AM | *INCOMING* | | (713)819-7630 | P | 0.00 | 0.00 | 0.00 | 0.00* |
| 5/08 | 9:21AM | *INCOMING* | | (713)819-7630 | P | 3.00 | 0.00 | 0.00 | 0.00* |
| 5/08 | 9:42AM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/08 | 10:55AM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/08 | 10:55AM | HOUSTON | TX | (713)864-2155 | *R | 6.00 | 0.00 | 0.00 | 0.00 |
| 5/08 | 10:56AM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/08 | 11:23AM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/08 | 12:42PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/08 | 1:17PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/08 | 1:21PM | NEWORLEANS | LA | (504)842-2246 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/08 | 1:22PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/08 | 2:27PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/08 | 2:59PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/08 | 3:12PM | TOLL FREE | CL | (800)457-6399 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/08 | 3:14PM | RECORDING | | (713)819-7630 | P | 3.00 | 0.00 | 0.00 | 0.00 |
| 5/08 | 3:19PM | HOUSTON | TX | (713)864-2155 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/08 | 3:21PM | INCOMING | CL | (713)819-7630 | *R | 6.00 | 0.00 | 0.00 | 0.00* |
| 5/08 | 3:21PM | NEWORLEANS | LA | (713)819-7630 | P | 7.00 | 0.00 | 0.00 | 0.00X |
| 5/08 | 3:29PM | HOUSTON | TX | (713)940-2872 | *R | 5.00 | 0.00 | 0.00 | 0.00 |
| 5/08 | 3:35PM | HOUSTON | TX | (713)871-1649 | *R | 3.00 | 0.00 | 0.00 | 0.00 |
| 5/08 | 3:35PM | NEWORLEANS | LA | (713)819-7630 | P | 3.00 | 0.00 | 0.00 | 0.00X |
| 5/08 | 3:35PM | INCOMING | CL | (713)819-7630 | *R | 2.00 | 0.00 | 0.00 | 0.00* |
| 5/08 | 3:38PM | HOUSTON | TX | (713)940-2872 | *R | 3.00 | 0.00 | 0.00 | 0.00 |
| 5/08 | 3:47PM | HOUSTON | TX | (713)864-2155 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/08 | 4:02PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/08 | 5:05PM | 800 SERV | CL | (800)300-5691 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/08 | 5:06PM | HOUSTON | TX | (713)940-2872 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/08 | 5:16PM | HOUSTON | TX | (713)864-2155 | P | 14.00 | 0.00 | 0.00 | 0.00 |
| 5/08 | 5:30PM | RETRIEVAL | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/08 | 5:31PM | BEVERLYHLS | CA | (310)880-2496 | P | 5.00 | 0.00 | 0.00 | 0.00 |
| 5/08 | 5:38PM | *INCOMING* | | (713)819-7630 | P | 3.00 | 0.00 | 0.00 | 0.00* |
| 5/08 | 6:00PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/08 | 6:49PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/08 | 6:49PM | RETRIEVAL | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/08 | 6:50PM | HOUSTON | TX | (713)871-1649 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/08 | 6:51PM | HOUSTON | TX | (713)305-5111 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/08 | 6:53PM | HOUSTON | TX | (713)871-1649 | P | 1.00 | 0.00 | 0.00 | 0.00 |

| Date | Time | City | ST | Number | Type | Min. | Air | LD | Total |
|---|---|---|---|---|---|---|---|---|---|
| 5/08 | 6:55PM | HOUSTON | TX | (713)859-9492 | P | 2.00 | 0.00 | 0.00 | 0. |
| 5/08 | 6:59PM | *INCOMING* | | (713)819-7630 | P | 13.00 | 0.00 | 0.00 | 0. |
| 5/08 | 7:14PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0. |
| 5/08 | 7:50PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0. |
| 5/08 | 7:51PM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0. |
| 5/08 | 7:59PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0. |
| 5/08 | 8:11PM | HOUSTON | TX | (713)828-0169 | P | 3.00 | 0.00 | 0.00 | 0. |
| 5/08 | 9:46PM | HOUSTON | TX | (713)869-6456 | OP | 5.00 | 0.00 | 0.00 | 0. |
| 5/09 | 6:55AM | 888 SERV | CL | (888)261-5746 | P | 6.00 | 0.00 | 0.00 | 0. |
| 5/09 | 7:06AM | *INCOMING* | | (713)819-7630 | P | 10.00 | 0.00 | 0.00 | 0. |
| 5/09 | 7:34AM | HOUSTON | TX | (713)704-6762 | P | 3.00 | 0.00 | 0.00 | 0.00 |
| 5/09 | 7:36AM | HOUSTON | TX | (713)828-0169 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/09 | 7:36AM | HOUSTON | TX | (713)284-4000 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/09 | 7:40AM | *INCOMING* | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/09 | 9:16AM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/09 | 9:20AM | 411CONNECT | CL | 411 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/09 | 9:21AM | NEWORLEANS | LA | (504)842-3451 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/09 | 9:22AM | HOUSTON | TX | (713)865-4813 | *R | 2.60 | 0.00 | 0.00 | 0.00 |
| 5/09 | 9:24AM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/09 | 9:25AM | HOUSTON | TX | (832)541-9475 | *R | 13.00 | 0.00 | 0.00 | 0.00 |
| 5/09 | 10:11AM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/09 | 10:16AM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/09 | 10:18AM | C CHRISTI | TX | (361)881-3819 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/09 | 11:09AM | TOLL FREE | CL | (800)435-9792 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/09 | 11:54AM | RECORDING | | (713)819-7630 | P | 3.00 | 0.00 | 0.00 | 0.00 |
| 5/09 | 12:47PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/09 | 1:09PM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/09 | 1:19PM | RETRIEVAL | | (713)819-7630 | P | 3.00 | 0.00 | 0.00 | 0.00 |
| 5/09 | 1:34PM | HOUSTON | TX | (713)648-9980 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/09 | 1:38PM | HOUSTON | TX | (713)871-1649 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/09 | 1:39PM | HOUSTON | TX | (713)305-5111 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/09 | 1:44PM | HOUSTON | TX | (713)963-1223 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/09 | 1:46PM | FRATT | TX | (210)599-0045 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/09 | 1:49PM | *INCOMING* | | (713)819-7630 | P | 8.00 | 0.00 | 0.00 | 0.00* |
| 5/09 | 2:17PM | *INCOMING* | | (713)819-7630 | P | 0.00 | 0.00 | 0.00 | 0.00* |
| 5/09 | 3:07PM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/09 | 3:13PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/09 | 3:13PM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/09 | 3:21PM | 800 SERV | CL | (800)972-9063 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/09 | 3:23PM | NEWORLEANS | LA | (504)842-3451 | P | 3.00 | 0.00 | 0.00 | 0.00 |
| 5/09 | 3:26PM | FORT WORTH | TX | (817)923-7600 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/09 | 3:28PM | 888 SERV | CL | (888)261-5746 | P | 3.00 | 0.00 | 0.00 | 0.00 |
| 5/09 | 3:31PM | 800 SERV | CL | (800)972-9063 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/09 | 3:33PM | 800 SERV | CL | (800)972-9063 | P | 7.00 | 0.00 | 0.00 | 0.00* |
| 5/09 | 3:43PM | NEWORLEANS | LA | (504)525-9711 | P | 7.00 | 0.00 | 0.00 | 0.00 |
| 5/09 | 3:50PM | NEWORLEANS | LA | (504)842-3451 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/09 | 4:06PM | C CHRISTI | TX | (361)881-3819 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/09 | 4:09PM | C CHRISTI | TX | (361)881-3819 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/09 | 4:13PM | SANANTONIO | TX | (210)822-2153 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/09 | 4:15PM | SANANTONIO | TX | (210)771-3088 | P | 6.00 | 0.00 | 0.00 | 0.00 |

020027325 066157 000002 6017 000000180

verizon wireless

Bill Date.................... June 11, 2001
Account Number....... 06196547-916105
Subscriber Number..... (713)819-7630

| Date | Time | City | ST | Number | Type | Min. | Air | LD | Total |
|---|---|---|---|---|---|---|---|---|---|
| 5/09 | 4:24PM | NEW YORK | NY | (212)941-1595 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/09 | 4:48PM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/09 | 6:14PM | RETRIEVAL | | (713)819-7630 | P | 3.00 | 0.00 | 0.00 | 0.00 |
| 5/09 | 6:18PM | 888 SERV | CL | (888)261-5746 | P | 4.00 | 0.00 | 0.00 | 0.00 |
| 5/09 | 6:22PM | HOUSTON | TX | (713)284-4000 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/09 | 6:23PM | *INCOMING* | | (713)819-7630 | P | 5.00 | 0.00 | 0.00 | 0.00* |
| 5/09 | 7:33PM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/09 | 8:03PM | RETRIEVAL | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/09 | 8:04PM | HOUSTON | TX | (713)334-1047 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/10 | 7:19AM | 800 SERV | CL | (800)525-0280 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/10 | 8:58AM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/10 | 9:16AM | SANANTONIO | TX | (713)819-7630 | P | 5.00 | 0.00 | 0.00 | 0.00X |
| 5/10 | 9:16AM | INCOMING | CL | (713)819-7630 | *R | 4.00 | 0.00 | 0.00 | 0.00* |
| 5/10 | 9:26AM | MEDICALCTR | TX | (210)614-3021 | *R | 3.00 | 0.00 | 0.00 | 0.00 |
| 5/10 | 9:30AM | SANANTONIO | TX | (713)819-7630 | P | 5.00 | 0.00 | 0.00 | 0.00X |
| 5/10 | 9:31AM | INCOMING | CL | (713)819-7630 | *R | 4.00 | 0.00 | 0.00 | 0.00* |
| 5/10 | 10:49AM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/10 | 10:57AM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/10 | 10:58AM | TOLL FREE | CL | (800)835-7633 | *R | 3.00 | 0.00 | 0.00 | 0.00 |
| 5/10 | 11:01AM | HOUSTON | TX | (713)284-4000 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/10 | 11:03AM | SANANTONIO | TX | (713)819-7630 | P | 6.00 | 0.00 | 0.00 | 0.00X |
| 5/10 | 11:03AM | INCOMING | CL | (713)819-7630 | *R | 5.00 | 0.00 | 0.00 | 0.00* |
| 5/10 | 11:09AM | TOLL FREE | CL | (888)261-5746 | *R | 9.00 | 0.00 | 0.00 | 0.00 |
| '10 | 11:19AM | SANANTONIO | TX | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00X |
| 0 | 11:19AM | INCOMING | CL | (713)819-7630 | *R | 0.00 | 0.00 | 0.00 | 0.00* |
| 10 | 12:06PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/10 | 12:13PM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/10 | 12:22PM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/10 | 12:27PM | HOUSTON | TX | (713)334-1047 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/10 | 12:33PM | SANANTONIO | TX | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00X |
| 5/10 | 12:34PM | INCOMING | CL | (713)819-7630 | *R | 0.00 | 0.00 | 0.00 | 0.00* |
| 5/10 | 12:36PM | HOUSTON | TX | (713)880-2223 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/10 | 12:37PM | HOUSTON | TX | (713)880-2223 | *R | 3.00 | 0.00 | 0.00 | 0.00 |
| 5/10 | 1:15PM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/10 | 1:18PM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/10 | 2:56PM | RECORDING | | (713)819-7630 | P | 3.00 | 0.00 | 0.00 | 0.00 |
| 5/10 | 3:09PM | ARLINGTON | TX | (817)456-3700 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/10 | 3:18PM | SANANTONIO | TX | (210)822-2153 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/10 | 3:41PM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/10 | 4:39PM | SANANTONIO | TX | (713)819-7630 | P | 20.00 | 0.00 | 0.00 | 0.00X |
| 5/10 | 4:39PM | INCOMING | CL | (713)819-7630 | *R | 18.00 | 0.00 | 0.00 | 0.00* |
| 5/10 | 5:27PM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/10 | 6:32PM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/10 | 6:34PM | SANANTONIO | TX | (210)771-3088 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/10 | 6:34PM | SANANTONIO | TX | (210)220-7920 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/10 | 6:35PM | SANANTONIO | TX | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00X |
| 5/10 | 6:35PM | INCOMING | CL | (713)819-7630 | *R | 0.00 | 0.00 | 0.00 | 0.00* |
| 5/10 | 8:09PM | SANANTONIO | TX | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00X |
| 5/10 | 8:09PM | INCOMING | CL | (713)819-7630 | *R | 0.00 | 0.00 | 0.00 | 0.00* |
| 5/10 | 8:12PM | SANANTONIO | TX | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00X |

| Date | Time | City | ST | Number | Type | Min. | Air | LD | Total |
|---|---|---|---|---|---|---|---|---|---|
| 5/10 | 8:12PM | INCOMING | CL | (713)819-7630 | *R | 0.00 | 0.00 | 0.00 | 0.00* |
| 5/11 | 8:13AM | MEDICALCTR | TX | (210)692-7228 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/11 | 8:32AM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/11 | 8:34AM | HOUSTON | TX | (713)757-0700 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/11 | 9:23AM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/11 | 10:59AM | TOLL FREE | CL | (888)810-9757 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/11 | 11:01AM | TOLL FREE | CL | (888)800-3590 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/11 | 11:03AM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/11 | 11:20AM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/11 | 11:43AM | HOUSTON | TX | (281)797-5245 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/11 | 11:45AM | TOLL FREE | CL | (800)972-9063 | *R | 6.00 | 0.00 | 0.00 | 0.00 |
| 5/11 | 11:57AM | C CHRISTI | TX | (361)881-3859 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/11 | 11:59AM | TOLL FREE | CL | (800)525-0280 | *R | 3.00 | 0.00 | 0.00 | 0.00 |
| 5/11 | 12:02PM | HOUSTON | TX | (713)864-2155 | *R | 9.00 | 0.00 | 0.00 | 0.00 |
| 5/11 | 12:18PM | HOUSTON | TX | (713)880-2223 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/11 | 12:18PM | HOUSTON | TX | (713)880-2223 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/11 | 12:22PM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/11 | 12:22PM | SANANTONIO | TX | (713)819-7630 | P | 3.00 | 0.00 | 0.00 | 0.00X |
| 5/11 | 12:22PM | INCOMING | CL | (713)819-7630 | *R | 2.00 | 0.00 | 0.00 | 0.00* |
| 5/11 | 12:47PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/11 | 1:23PM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/11 | 1:59PM | RETRIEVAL | | (713)819-7630 | P | 4.00 | 0.00 | 0.00 | 0.00 |
| 5/11 | 2:06PM | CONROE | TX | (936)539-7020 | P | 3.00 | 0.00 | 0.00 | 0.00 |
| 5/11 | 2:10PM | HOUSTON | TX | (713)304-6273 | P | 3.00 | 0.00 | 0.00 | 0.00 |
| 5/11 | 2:18PM | NEWORLEANS | LA | (504)842-3451 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/11 | 2:23PM | 877 SERV | CL | (877)456-7700 | P | 3.00 | 0.00 | 0.00 | 0.00 |
| 5/11 | 2:25PM | HOUSTON | TX | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00X |
| 5/11 | 2:25PM | *INCOMING* | | (713)819-7630 | P | 0.00 | 0.00 | 0.00 | 0.00* |
| 5/11 | 2:26PM | 877 SERV | CL | (877)456-7700 | P | 10.00 | 0.00 | 0.00 | 0.00 |
| 5/11 | 2:37PM | *INCOMING* | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00* |
| 5/11 | 2:39PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/11 | 2:46PM | *INCOMING* | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00* |
| 5/11 | 2:49PM | *INCOMING* | | (713)819-7630 | P | 3.00 | 0.00 | 0.00 | 0.00* |
| 5/11 | 2:53PM | *INCOMING* | | (713)819-7630 | P | 8.00 | 0.00 | 0.00 | 0.00* |
| 5/11 | 3:02PM | HOUSTON | TX | (713)650-8080 | P | 4.00 | 0.00 | 0.00 | 0.00 |
| 5/11 | 3:08PM | *INCOMING* | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00* |
| 5/11 | 4:43PM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/11 | 7:04PM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/11 | 7:05PM | HOUSTON | TX | (713)304-6273 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/11 | 7:06PM | RETRIEVAL | | (713)819-7630 | P | 3.00 | 0.00 | 0.00 | 0.00 |
| 5/11 | 7:10PM | HOUSTON | TX | (713)859-9492 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/11 | 7:24PM | HOUSTON | TX | (713)859-9492 | P | 4.00 | 0.00 | 0.00 | 0.00 |
| 5/11 | 9:40PM | HOUSTON | TX | (713)859-9492 | OP | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/12 | 1:30PM | HOUSTON | TX | (713)527-5129 | OP | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/12 | 1:38PM | HOUSTON | TX | (713)621-7100 | OP | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/12 | 2:20PM | GRAND PRAR | TX | (214)403-4125 | OP | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/12 | 2:23PM | SANANTONIO | TX | (210)771-3088 | OP | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/12 | 4:43PM | RECORDING | | (713)819-7630 | OP | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/12 | 5:45PM | HOUSTON | TX | (713)334-1047 | OP | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/12 | 7:45PM | *INCOMING* | | (713)819-7630 | OP | 4.00 | 0.00 | 0.00 | 0.00* |

Bill Date...................... June 11, 2001
Account Number....... 06196547-916105
Subscriber Number..... (713)819-7630

| Date | Time | City | ST | Number | Type | Min. | Air | LD | Total |
|---|---|---|---|---|---|---|---|---|---|
| 5/12 | 8:48PM | HOUSTON | TX | (713)864-2155 | OP | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/12 | 8:48PM | HOUSTON | TX | (713)828-0169 | OP | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/12 | 8:49PM | HOUSTON | TX | (713)284-4000 | OP | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/12 | 8:52PM | *INCOMING* | | (713)819-7630 | OP | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/13 | 5:05PM | RECORDING | | (713)819-7630 | OP | 1.00 | 0.00 | 0.00 | 0.00* |
| 5/13 | 5:46PM | RETRIEVAL | | (713)819-7630 | OP | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/13 | 5:59PM | *INCOMING* | | (713)819-7630 | OP | 1.00 | 0.00 | 0.00 | 0.00* |
| 5/13 | 6:19PM | DALLAS | TX | (214)357-6448 | OP | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/13 | 6:22PM | HOUSTON | TX | (832)724-7772 | OP | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/13 | 6:23PM | HOUSTON | TX | (713)942-7473 | OP | 7.00 | 0.00 | 0.00 | 0.00 |
| 5/13 | 11:16PM | RECORDING | | (713)819-7630 | OP | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/14 | 7:48AM | 888 SERV | CL | (888)261-5746 | P | 4.00 | 0.00 | 0.00 | 0.00 |
| 5/14 | 8:17AM | *INCOMING* | | (713)819-7630 | P | 0.00 | 0.00 | 0.00 | 0.00* |
| 5/14 | 8:36AM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/14 | 9:07AM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/14 | 9:50AM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/14 | 11:01AM | RETRIEVAL | | (713)819-7630 | P | 4.00 | 0.00 | 0.00 | 0.00 |
| 5/14 | 11:04AM | 800 SERV | CL | (800)972-9063 | P | 3.00 | 0.00 | 0.00 | 0.00 |
| 5/14 | 11:09AM | HOUSTON | TX | (713)864-2155 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/14 | 11:10AM | HOUSTON | TX | (713)828-0169 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/14 | 11:13AM | ARLINGTON | TX | (817)456-3700 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/14 | 11:20AM | *INCOMING* | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00* |
| 5/14 | 11:42AM | CONROE | TX | (936)539-7020 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/14 | 11:50AM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/14 | 12:09PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/14 | 12:29PM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/14 | 12:48PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/14 | 1:25PM | RECORDING | | (713)819-7630 | P | 3.00 | 0.00 | 0.00 | 0.00 |
| 5/14 | 1:36PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/14 | 3:15PM | RETRIEVAL | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/14 | 3:18PM | C CHRISTI | TX | (361)881-3819 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/14 | 3:22PM | HOUSTON | TX | (713)704-4852 | P | 8.00 | 0.00 | 0.00 | 0.00 |
| 5/14 | 3:33PM | MEDICALCEN | TX | (210)614-3022 | P | 4.00 | 0.00 | 0.00 | 0.00 |
| 5/14 | 3:54PM | NEWORLEANS | LA | (504)842-3043 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/14 | 3:55PM | NEWORLEANS | LA | (504)842-3451 | P | 4.00 | 0.00 | 0.00 | 0.00 |
| 5/14 | 5:01PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/14 | 5:10PM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/15 | 9:18AM | C CHRISTI | TX | (361)881-3819 | P | 3.00 | 0.00 | 0.00 | 0.00 |
| 5/15 | 9:28AM | 888 SERV | CL | (888)261-5746 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/15 | 9:30AM | *INCOMING* | | (713)819-7630 | P | 0.00 | 0.00 | 0.00 | 0.00* |
| 5/15 | 9:45AM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/15 | 9:52AM | RETRIEVAL | | (713)819-7630 | P | 3.00 | 0.00 | 0.00 | 0.00 |
| 5/15 | 9:54AM | ORLANDO | FL | (407)851-8575 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/15 | 9:56AM | HOUSTON | TX | (281)728-8981 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/15 | 9:59AM | *INCOMING* | | (713)819-7630 | P | 5.00 | 0.00 | 0.00 | 0.00* |
| 5/15 | 11:06AM | C CHRISTI | TX | (361)992-4649 | *R | 3.00 | 0.00 | 0.00 | 0.00 |
| 5/15 | 11:08AM | ARLINGTON | TX | (817)456-3700 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/15 | 11:10AM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/15 | 11:21AM | C CHRISTI | TX | (361)881-3819 | *R | 3.00 | 0.00 | 0.00 | 0.00 |
| 5/15 | 11:24AM | C CHRISTI | TX | (361)992-4649 | *R | 4.00 | 0.00 | 0.00 | 0.00 |

| Date | Time | City | ST | Number | Type | Min. | Air | LD | Total |
|---|---|---|---|---|---|---|---|---|---|
| 5/15 | 11:30AM | AUSTIN | TX | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.0 |
| 5/15 | 11:31AM | INCOMING | CL | (713)819-7630 | *R | 0.00 | 0.00 | 0.00 | 0.0 |
| 5/15 | 11:46AM | AUSTIN | TX | (713)819-7630 | P | 12.00 | 0.00 | 0.00 | 0.0 |
| 5/15 | 11:46AM | INCOMING | CL | (713)819-7630 | *R | 10.00 | 0.00 | 0.00 | 0.0 |
| 5/15 | 12:22PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.0 |
| 5/15 | 12:41PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.0 |
| 5/15 | 1:38PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.0 |
| 5/15 | 2:40PM | RECORDING | | (713)819-7630 | P | 3.00 | 0.00 | 0.00 | 0.0 |
| 5/15 | 2:47PM | HOUSTON | TX | (713)828-0169 | *R | 1.00 | 0.00 | 0.00 | 0.0 |
| 5/15 | 2:47PM | HOUSTON | TX | (713)284-4000 | *R | 1.00 | 0.00 | 0.00 | 0.0 |
| 5/15 | 2:51PM | HOUSTON | TX | (713)791-2936 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/15 | 2:55PM | ARLINGTON | TX | (817)723-9000 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/15 | 3:28PM | AUSTIN | TX | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/15 | 3:28PM | INCOMING | CL | (713)819-7630 | *R | 0.00 | 0.00 | 0.00 | 0.00 |
| 5/15 | 3:37PM | HOUSTON | TX | (713)791-2936 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/15 | 4:06PM | HOUSTON | TX | (713)828-0169 | *R | 4.00 | 0.00 | 0.00 | 0.00 |
| 5/15 | 4:17PM | HOUSTON | TX | (713)828-0169 | *R | 3.00 | 0.00 | 0.00 | 0.00 |
| 5/15 | 4:29PM | AUSTIN | TX | (713)819-7630 | P | 3.00 | 0.00 | 0.00 | 0.00X |
| 5/15 | 4:29PM | INCOMING | CL | (713)819-7630 | *R | 2.00 | 0.00 | 0.00 | 0.00* |
| 5/15 | 4:44PM | AUSTIN | TX | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00X |
| 5/15 | 4:45PM | INCOMING | CL | (713)819-7630 | *R | 1.00 | 0.00 | 0.00 | 0.00* |
| 5/15 | 7:17PM | 800 SERV | CL | (800)300-5691 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/15 | 7:18PM | RETRIEVAL | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/15 | 7:18PM | HOUSTON | TX | (713)864-2155 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/15 | 7:28PM | HOUSTON | TX | (713)284-4000 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/15 | 7:39PM | DALLAS | TX | (214)357-6448 | P | 14.00 | 0.00 | 0.00 | 0.00 |
| 5/15 | 7:42PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/15 | 7:43PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/15 | 8:23PM | HOUSTON | TX | (713)668-1016 | P | 5.00 | 0.00 | 0.00 | 0.00 |
| 5/16 | 7:06AM | HOUSTON | TX | (713)791-2686 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/16 | 7:14AM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/16 | 7:19AM | ARLINGTON | TX | (817)456-3700 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/16 | 7:22AM | RETRIEVAL | | (713)819-7630 | P | 3.00 | 0.00 | 0.00 | 0.00 |
| 5/16 | 7:24AM | 800 SERV | CL | (800)447-7585 | P | 5.00 | 0.00 | 0.00 | 0.00 |
| 5/16 | 8:24AM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/16 | 10:05AM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/16 | 10:16AM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/16 | 10:25AM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/16 | 10:59AM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/16 | 11:04AM | ARLINGTON | TX | (817)456-3700 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 5/16 | 11:06AM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/16 | 11:08AM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/16 | 11:11AM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/16 | 11:17AM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/16 | 11:37AM | ARLINGTON | TX | (817)456-3700 | P | 5.00 | 0.00 | 0.00 | 0.00 |
| 5/16 | 11:40AM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/16 | 11:42AM | HOUSTON | TX | (832)443-8080 | P | 5.00 | 0.00 | 0.00 | 0.00 |
| 5/16 | 11:47AM | RETRIEVAL | | (713)819-7630 | P | 3.00 | 0.00 | 0.00 | 0.00 |
| 5/16 | 11:50AM | HOUSTON | TX | (713)864-2155 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 5/16 | 11:51AM | HOUSTON | TX | (713)828-0169 | P | 1.00 | 0.00 | 0.00 | 0.00 |

020027325 066166 000003 6017 000000180