E-FILED
Monday, 04 April, 2005  10:13:40 AM
Clerk, U.S. District Court, ILCD

# Centocor

## SALES FORCE EXPENSE REPORT

**NAME** Caroline Kopecky

**DEPARTMENT** 490

**DISTRICT**

**EXPENSE REPORT NO.** 7015083

**PERIOD ENDING MM/DD/YY** 07/07/01

| DATE MM/DD/YY | ORIGIN / DESTINATION / PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Explain in Detail) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL (Explain in Detail) | REPAIR / MAINT & MISC. (Explain in Detail) | FIELD PROMOTION (Explain on Detail) PROMOTIONAL PROGRAMS ACCESS+100 | PROMOTIONAL PROGRAMS ACCESS+100 | MISC. (Explain in Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/02/01 | hou/galveston | 180.0 | | | 2.00 | | | | | | | | 43.53 | | | 45.53 |
| 07/03/01 | hou/hou | 50.0 | | | 6.00 | | | | | | | | 96.88 | | | 102.88 |
| 07/04/01 | holiday | | | | | | | | | | | | | | | |
| 07/05/01 | hou/hou | 70.0 | | 187.50 | 77.27 | 7.00 | | | | | 10.03 | | | | | 307.49 |
| 07/06/01 | hou/hou | 50.0 | | | | | 20.20 | | | | | | | | | 20.20 |
| 07/07/01 | hou/hou | | | | | | | | | | | | | | | |
| 11:24:00 am | | | | | | | | | | | | | | | | |
| PLUS OR MINUS ADJUSTMENTS | | | | | | | | | | | | | | | | |
| | FIELD # | 10 | 11 | 12 | 63 | 13 | 16 | 18 | 17 | 18 | 18 | 60 | 61 | 62 | 64 | |
| | AMOUNT | 187.50 | | 77.27 | 15.00 | | 45.89 | | | 10.03 | | | 140.41 | | | 476.10 |

### "Calculate Personal Mileage Charge Back in Box #997 at Right"

### COMPANY CAR ONLY

| | |
|---|---|
| VEHICLE NO. | 212/164 |
| BEGINNING ODOMETER | 2940.0 |
| ENDING ODOMETER | 3300.0 |
| TOTAL MILES | 360.0 |
| TOTAL BUSINESS MILES | 350.0 |
| TOTAL PERSONAL MILES | 10.0 |

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three-digit number, 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursements.

| FIELD # | TOTAL |
|---|---|
| | Minus Personal Mileage Charge 10.0 |
| | Due Company |
| 820 | Due Employee 476.10 |
| 997 | |

| | QUANTITY | | | |
|---|---|---|---|---|
| | FIELD # | 40 | | |
| | No. of Gallons | 7.7 | | |

SIGNATURE _(signature)_

APPROVED BY _(signature)_

DATE MM/DD/YY 7/5/01

DATE MM/DD/YY 7/5/01

NOTICE TO USER
This report/form is issued to the Owner by
Gelco Information Network, Inc. P.O. Box
44800, Eden Prairie, Minnesota 55344-0800

| | | |
|---|---|---|
| | CALL DATE | CONFIRMATION # |
| 398570000 02 | 07/15/01 | 89897102 |

Original Document of Gelco Information Network

8/8/01 ML
COPY SENT
AUG 3 - 2001
TO GELCO

tabbies®

**EXHIBIT**
Kopecky 1

# BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |

# FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 07/02/01 | Inservice for Dr Walser and Dr Ozkan and their staff on ReoPro | 24.04 |
| 07/02/01 | Inservice for Dr. Soltes and staff on Retavase | 19.49 |
| 07/03/01 | lunch Inservice for Dr Whigham and staff on Microcatheters | 69.02 |
| 07/03/01 | breakfast Inservice for Dr Pfeiffer on Retavase | 12.70 |
| 07/03/01 | retavase discussion with dr Turley at afternoon break | 15.18 |

# MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |

112499 05 dnm

3965/7000 02

University of Texas Medical Branch
Galveston, TX.

(1)

GARAGE 2 SITE ID 1 CASHIER 8-2

TICKET 000058 7/ 2/01 18:38
ARRIVE 16:54

PARKING FEE $ 2.00

AMOUNT PAID $ 2.00
CHANGE $ 0.00

Thanks for choosing University of Texas
Medical Branch. Galveston, TX.

---

PIRATES BEACH COVE
14300 Stewart
Galveston, TX 77554
409-737-5824

Server: BENOIT
08:50 PM
Table 201/1

(2)

DOB: 07/02/01
07/02/101
1/12

5242862
Exp:0603

AMEX
Card #37[illegible]1001
Magnetic card present: KOPECKYC
Approval: 582170

Amount: 24.04
+ Tip: —
= Total: 24.04

X [signature]
Approval: 582170

---

HOUSTON, TX
0421303041000000 01
APPROVAL
JUL 02, 01 515401

(2)

***********1001
AMEX 03/08

SALE
ROC # TERMINAL #
601276 24005673

FOOD AND BEVERAGE 24.04

BASE AMOUNT $19.49

TIP AMOUNT —

TOTAL 19.49

**** REPRINT ****

X [signature]
I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)
TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

---

[illegible]

(3)

[illegible]

TOTAL $4.00
CASH $4.00

DRIVE
CAREFULLY

(3)

---

RECEIPT

[illegible]

CASH 2.00

STANDARD PARKING
THANK YOU FOR PARKING WITH US

4

8 -

69.00

Caroline Kopecky

DATE 2239174870 1 TIME
07/03/01 1421338922 09:15

EINSTEIN BROS BAGELS #1740
5300 KIRBY DRIVE
HOUSTON TX 77005
713-528-1992

TRAN # 056 AUTH 541630

SALE

ACCT. NUMBER 371384090561001 EXP 0803

4

DESC________________________

TOTAL $ 12.70

X________________________
SIGNATURE
C KOPECKY

THANK YOU

TOP COPY-MERCHANT

4

1834 WESTHEIMER
HOUSTON, TX 770980000
(713) 807-7271
0045219
STATION 1

TUE, JUL 03, 2001 09=48A

*** CREDIT CARD ***

CARD NO:
5424180257624640
EXP DATE: 0504
CARD TYPE: MC
TR TYPE: SALE
APP CODE: 936778
SERVER ID: 18
REC NO: C023

SUBTOTAL: $ 15.16

TIP: $________________

TOTAL: $ 15.16

SIGN________________

PLEASE

**SOUTHWEST AIRLINES**
ISSUED BY AND VALID ONLY ON

NOT VALID ... ...ISPORTATION ...RY
AGENT 0683TC
DATE 05JUL01

CUSTOMER NAME
KOPECKY/CAROLINE

REFERENCE NUMBER 526/27637045760
CONFIRMATION NUMB M2561IQ

INERARY

| | TO | FLIGHT | DATE | FARE BASIS | TIME | STATUS | PRICE | XF |
|---|---|---|---|---|---|---|---|---|
| TON HOBBY | SAN ANTONIO TX | WN0397 | 05JUL | YL | 0725A | HK | 0093.75 | 00.00 |
| NTONIO TX | HOUSTON HOBBY | WN0942 | 05JUL | YL | 0545P | HK | 0093.75 | 00.00 |

187.50

(5)

---

RENTAL RECORD: A/P 510653216
CAROLINE KOPECKY
COMPLETED BY 9829
RENTED: SAN ANTONIO INT'L A/P
RENTAL: 07/05/01 08:19
RETURN: 07/05/01 17:35
MILES IN: 07575 OUT: 07462
MILES DRIVEN: 113
PLAN IN/OUT: ...
CLS: C

| | | |
|---|---|---|
| 1 DAYS | 44.50 | 44.50 |
| VLR UPG $15DY / 7.50HR | | 15.00 |
| SUBTOTAL | | 59.50 |
| CONCESSION FEE RECOVERY | | 6.60 |
| TX 15.000% ON | 67.19 | 10.08 |
| * FEE REIMB | | 1.09 |
| NET DUE | | 77.27 |

PAID BY: AMX
CREDIT CARD #: XX1384XXXXXXX

Thank you
Hertz

(8)

---

(6)

# Ace Park & Ride

7783 Airport Blvd. • Houston, TX 77061

DATE: July 5, 2001

AMOUNT: $ 6.00

"Thank You"

---

BULVERD
20475 HWY 46 W
BULVERDE, TX

AX 4090561001
EX 0308
074643001 9386
DATE 07/05/01 17:11
PUMP 6
GRADE UNLD
GALLONS 7.722
PRICE/GAL $ 1.299
FUEL SALE $ 10.03

APPROVED 586778

HEB LOW LOW
GAS N GO

(7)

---

+2 pkg

(6)

Methodist Hospital Parking
7700 FLOYD CURL DR.
San Antonio, TX 78229

| | |
|---|---|
| Fee Computer Number: | 1 |
| Cashier: | CASHIER ID #324 |
| Transaction Number: | 26 |
| Entered: | 07/05/01 09:00 |
| Exited: | 07/05/01 09:58 |
| Ticket #40333 | Dispenser #1 |
| Rate: | Area 1 |
| Total Fee: | $1.00 |
| Cash: | $1.00 |

PLEASE DETACH AND RETURN ABOVE WITH REMITTANCE IN ENCLOSED ENVELOPE

USAGE CHARGES FROM 05/24/2001 TO 06/24/2001

| DATE | DESCRIPTION | QTY | PIN | SERVICE CODE | MONTHLY CHARGES | OTHER CHARGES | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|
| 06/12/2001 | BEGINNING BALANCE | | | | | | 25.69 |
| | PAYMENT **THANK YOU** | | | | | | 25.69- |
| | CURRENT CHARGES: | | | | | | |
| 07/01/2001 | SKYTEL TWO-WAY | | | | | | |
| | CAROLINE KOPECKY | | | | | | |
| | 2-WAY PERSONAL 800 SERVICE | | 877389834 | | 20.43 | | 20.43 |
| | | | | | 2.95 | | 2.95 |
| | LOCAL TAX | | | | | | .25 |
| | STATE TAX | | | | | | 1.57 |
| | UNIVERSAL SERVICE FUND FEE | | | | | | .49 |

| CURRENT | OVER 30 | OVER 60 | OVER 90 |
|---|---|---|---|
| 25.69 | .00 | .00 | .00 |

| INVOICE DATE | INVOICE NO. | ACCOUNT NO. |
|---|---|---|
| 06/30/2001 | 0162566219 | 2566219 |

TOTAL DUE 25.69

SKYTEL
PO BOX 740577
ATLANTA, GA 30374-0577

FEDERAL TAX ID: 64-0848625
24 HOUR CUSTOMER SERVICE: 1-800-759-8737

SKY 1800

# (A) Southwestern Bell

**Account Number**
713-864-2155-550-9
June 09, 2001

| Monthly Service Itemization. | | Amount |
|---|---|---|
| **Description** | **Qty** | |
| **For 713-864-2155** | | |
| SWBell Phone Solution | 1 | 39.95 |
| Basic Local Service - Residence Line | | |
| InLine® Repair Plan or ADD ON InLine® Plus Repair Plan | | |
| Message Waiting Indicator | | |
| Call Forward-Busy Line/Don't Answer | | |
| Touchtone | | |
| The WORKS® Discount Package | | |
| Package Discount Price for Call Waiting ID | | |
| CallNotes® Plus Voice Mail by SWBell Messaging Svcs | | |
| **For 713-864-2156** | | |
| Basic Local Service - Residence Line | 1 | 11.05 |
| Touchtone | 1 | .18 |

Basic Local Service + Optional Local Service Features ........ 51.18

| Itemized Calls | Item | Date | Time | Place Called | Area | Number | Rate* | Min | Amount |
|---|---|---|---|---|---|---|---|---|---|
| **Calls from 713-864-2155** | | | | | | | | | |
| | 1 | 06/11 | 01:38PM | NATL411SVC | 713 | 411-0000 | | 1 | 1.10 |
| Subtotal for 713-864-2155 ........ | | | | | | | | 1 | 1.10 |
| **Calls from 713-864-2156** | | | | | | | | | |
| | 2 | 05/24 | 10:34PM | NATL411SVC | 713 | 411-0000 | | 1 | 1.10 |
| Subtotal for 713-864-2156 ........ | | | | | | | | 1 | 1.10 |
| ► Total Itemized Calls for SWBell Telephone (before taxes) .. | | | | | | | | 2 | 2.20 |

## For Your Information

Notice of Number Delivery Over 800, 888 and Other Toll-Free Prefixes and 900 Services

When a toll-free prefix, such as 800 or 888, or a 900 service number is dialed from your telephone, your telephone number may be transmitted to the company you have called and may be available to that company's service representative before your call is answered.

If you have a problem or a question about our bill or your telephone service, you may find help in the Customer Guide Pages in the front of a Southwestern Bell Telephone White Pages Directory. Here you will find a special section entitled, "Your Rights AS A Customer."

Also, any proposed changes in rates or terms of service are published in the Texas Register (www.sos.state.tx.us) through the office of the Secretary of State. Direct notice from Southwestern Bell Telephone Company may be obtained by calling 1-800-577-7145.

The toll-free number on your Southwestern Bell Telephone Calling Card...1-800-600-BELL (2355)...has changed. The new number is 1-800-522-2020. Effective immediately, please dial 1-800-522-2020 to make calls using your calling card.

An error was made on a notice in your April/May bill regarding the expansion of your local calling to include Hitchcock/Santa Fe of Verizon. The expansion was only to include calling to Optional EMS subscribers in Hitchcock/Santa Fe. Your prefix still requires you to dial 1+ for calling into this area if they are not Optional EMS subscribers.

SWBell Telephone
Billing Questions:
1-800-585-7928

**Account Number**
713-864-2155-550-9
June 09, 2001

**Billing For:**
SWBell Long Distance
**Invoice Summary**

| Current Charges | |
|---|---|
| Service Charges | .00 |
| Credits and Adjustments | .00 |
| Call Charges | 18.72 |
| Surcharges | 1.43 |

| Total SWBell Long Distance Charges | 20.15 |
|---|---|

| 1 Federal Tax | .60 |
| 2 State and Local Taxes | 1.40 |

**For Your Information**

SWBell Long Distance
Billing Questions:
1-888-671-0514

Southwestern Bell Long Distance
Thank you for choosing Southwestern Bell Long
Distance as your long distance provider.

**TEXAS SLAMMING COMPLAINTS**
Customers who believe that their telephone service
provider has been changed without their permission
may contact the Public Utility Commission of
Texas, Office of Customer Protection,
P.O. Box 13326, Austin, Texas 78711-3326,
(512) 936-7120 or in Texas (toll-free)
1 (888) 782-8477, fax: (512) 936-7003,
e-mail address: customer@puc.state.tx.us.
Hearing and speech-impaired individuals with text
telephones (TTY) may contact the commission at
(512) 936-7136.

Rate Increase Notification
Effective June 15, 2001 certain Southwestern Bell
Long Distance per call charges and Operator
Assistance usage charges will increase.
Collect Per Call Charges (Kansas)
Fully Automated, and Operator Assisted $2.45
Operator Dialed $3.45
Person to Person Per Call Charges (Kansas) $4.90
Operator Assistance usage charges $.35 per minute.

Rate Increase Notification
Effective June 15, 2001, SBC Long
Distance Proprietary Calling Card per call
charges will increase, new rates follow:
Proprietary Calling Card Per call Charges
Oklahoma only Operator Dialed $ 2.15

**Call Charges**

Calls for 713-864-2155
Domestic





| Item | Date | Time | Place Called | Area | Number | Rate* | Min | Amount |
|---|---|---|---|---|---|---|---|---|
| 3 | 04/10 | 03:13PM | SANANTONIO | TX | 210 737-1050 | DC | 10:00 | .60 |
| 4 | 04/24 | 04:58PM | CONROE | TX | 936 539-7755 | DC | 2:00 | .12 |
| 5 | 04/24 | 05:59PM | SANANTONIO | TX | 210 822-0585 | DC | 12:00 | .72 |
| 6 | 04/24 | 05:50PM | SANANTONIO | TX | 210 771-3088 | DC | 2:00 | .12 |

Account Number
713-864-2155-550-9
June 09, 2001

## Call Charges (Continued)

| Item | Date | Time | Place Called | | Area Number | Rate | Min | Amount |
|------|------|------|--------------|---|-------------|------|-----|--------|
| 59 | 05/16 | 12:16PM | GRANDPRARI | TX | 214 906-9898 | DC | 52:00 | 3.12 |
| 60 | 05/17 | 12:16PM | MEDICALCTR | TX | 210 614-9022 | DC | 2:00 | .12 |
| 61 | 05/17 | 02:30PM | GRANDPRARI | TX | 214 682-5086 | DC | 4:00 | .24 |
| 62 | 05/17 | 08:56PM | PHILA | PA | 215 592-1363 | DC | 1:00 | .06 |
| 63 | 05/17 | 08:59PM | DALLAS | TX | 214 969-5454 | DC | 1:00 | .06 |
| 64 | 05/17 | 10:26PM | CARROLLTON | TX | 972 306-1719 | DC | 1:00 | .06 |
| 65 | 05/18 | 09:21PM | GALVESTON | TX | 409 741-9390 | DC | 1:00 | .06 |
| 66 | 05/18 | 09:29PM | GALVESTON | TX | 409 741-9390 | DC | 1:00 | .06 |
| 67 | 05/19 | 09:17PM | GRANDPRARI | TX | 214 906-9398 | DC | 1:00 | .06 |
| 68 | 05/19 | 09:18PM | GALVESTON | TX | 409 737-1607 | DC | 5:00 | .30 |
| 69 | 05/20 | 03:02PM | SANANTONIO | TX | 210 771-3088 | DC | 1:00 | .06 |

Total Domestic Calls for 713-864-2155    18.72

Total Calls for    713-864-2155    18.72

Total Call Charges    18.72

## Surcharges

| Description | Amount |
|-------------|--------|
| 70 Universal Service Fund - Federal | .41 |
| 71 TX 911 Surcharge | .04 |
| 72 TX Poison Control Surcharge | .04 |
| 73 TX Telecom Infrastructure Fund Assessment | .25 |
| 74 TX USF Charge (3.6%) | .69 |

$1.04

PHONE BILL — $30.30

11

# Centocor

## SALES FORCE EXPENSE REPORT

**NAME:** Caroline Kopecky

**DEPARTMENT:** 490

**DISTRICT:**

**EXPENSE REPORT NO.** 7015084

**PERIOD ENDING:** 07/14/01 MM/DD/YY

| DATE MM/DD/YY | ORIGIN / DESTINATION / PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPMNT GRANT & MISC | PROMOTIONAL PROGRAMS | FIELD PROMOTION | | | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | FIELD # 10 | 11 | | 12 | 83 | 13 | 16 | 18 | 17 | 18 | 19 | 50 | 81 | 82 | 84 | TOTAL |
| 07/08/01 | | | | | | | | | | | | | | | | | |
| 07/09/01 | hou/galveston | 180.0 | | | | 2.00 | | | | | | | | 24.29 | | | 47.39 |
| 07/10/01 | hou/hou | 80.0 | | | | | | | | | 21.10 | | | 124.55 | | | 124.55 |
| 07/11/01 | hou/hou | 50.0 | 353.70 | | | | | | | | | | | | | | 1,236.43 |
| 07/12/01 | hou/hou | 70.0 | | 114.05 | 54.58 | 13.00 | | | | | | | | 17.49 24.98 | 857.75 | | 199.12 |
| 07/13/01 | hou/hou | 80.0 | 187.50 | | 62.63 | 13.00 | | | | | | | | | | | 263.13 |
| 07/14/01 | | | | | | | | | | | | | | | | | |

12/402:05 4/m

PLUS OR MINUS ADJUSTMENTS

**AMOUNT** | 541.20 | 114.05 | 117.21 | 28.00 | | | | 21.10 | | | 191.31 | 857.75 | 1,870.62

### COMPANY CAR ONLY

| VEHICLE NO. | 212164 |
|---|---|
| BEGINNING ODOMETER | 3300.0 |
| ENDING ODOMETER | 3775.0 |
| TOTAL MILES | 475.0 |
| TOTAL BUSINESS MILES | 460.0 |
| TOTAL PERSONAL MILES | 15.0 |

**FIELD#** 40

**QUANTITY** No. of Gallons 14.0

*Calculate Personal Mileage Charge Back in Box #897 at Right

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity), the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 9XX. (Example: If the total in the Lodging amount field is negative, enter the code 911 instead of 11.)

Payment requests exceeding authorized dollar limits will delay reimbursements.

| | | FIELD # | TOTAL |
|---|---|---|---|
| Minus Personal Mileage Charge | 15.0 | 897 | |
| Due Employee | | 87 | |
| Due Company | | | |

**SIGNATURE** / DATE MM/DD/YY

**APPROVED BY** / DATE MM/DD/YY  7/30/01

**NOTICE TO USER** — Travel/Car Authorization Inspection Drawer by Gelco Information Network, Inc. P.O. Box 44600, Eden Prairie, Minnesota 55344-0300

39657000.02

| CALL DATE | CONFIRMATION # |
|---|---|
| 07/16/01 | 89601002 |

COPY SENT
NOV 1 0 2001
TO GELCO

ACCOUNTING COPY

## BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 07/12/01 | Meeting with Patty Peyman to discuss | | | 17.49 |
| 07/11/01 | dinner with the rad lab of Spohn Memorial and shoreline personel to discuss Ref ( Rep of Tx) | | | 659.37 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 07/09/01 | lunch with dr morris to discuss Gusto V applications for Hermann System (ousiesTable) | 24.29 |
| 07/08/01 | Lunch with Dr. Fischer, Boyd, Norton and staff to discuss Retavase (orig pasta co) | 86.00 |
| 07/10/01 | Refreshments while golfing with Dr Samways and Vu (woodlands) | 16.36 |
| 07/10/01 | Refreshments while golfing with Dr Samways and Vu (Woodlands) | 20.19 |
| 07/11/01 | Lunch with Ochsner Rad Lab to inservice Retavase (Semolina) | 198.38 |
| 07/11/01 | Breakfast inservice with Ochsner Pharmacy Dept to inservice Retavase( la madeleine) | 24.98 |

## MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

112499 05 dmm

39657000.02



lunch c̄ dr morris (1)

DATE 07/09/01 TIME 12:52
MID 888800014394 1421157900

QUISIE'S TABLE
Restaurant & Bar
3939 San Felipe Road
Houston, Texas 77027
713-528-2264 fax 713-961-4660
Yellow Copy is for Customer

AMEX 371384090561001 08/03
AUTH 517506 TABLE 60 CHECK 7927
PURCHASE FLOOR J.D.H.
AMOUNT 20.29

SUBTOTAL $ 20.29
TIP $ 4.00
TOTAL $ 24.29

SIGNATURE X
KOPECKY,JC

I AGREE TO PAY TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT

TOP COPY MERCHANT/BOTTOM COPY CUSTOMER

(2)

University of Texas Medical Branch
Galveston, TX.

GARAGE 2 SITE ID 1 CASHIER 8-2

| | | | |
|---|---|---|---|
| TICKET | 000002 | 7/ 9/01 16:55 | |
| ARRIVE | | | 15.47 |
| PARKING FEE | | $ | 2.00 |
| AMOUNT PAID | | $ | 2.00 |
| CHANGE | | $ | 0.00 |

Thanks for choosing University of Texas Medical Branch, Galveston, TX.

(3)

Total 21.10

Please Come Again

(4)

ORIGINAL PASTA CO
HOUSTON, TX
000903036524993 02
JUL 10, APPROVAL
445343

CAROLINE KOPECKY
5424180257624640
MASTERCARD 04/05

SALE 0050
ROC # TERMINAL #
000966 24005525

GENERAL MERCHANDI

BASE AMOUNT $83.53

TIP AMOUNT 4.47

TOTAL 88.00

X C Kopecky

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)
TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

---

5424 1802 5762 4640

04/01 05/31/04 MC
CAROLINE KOPECKY
99

Woodlands - mobile cart refreshments 129297

(4)

5299665

| DATE | CHECK-OUT DATE |
|---|---|
| 7-10-01 | |
| INIT. AUTH. NO. | AMOUNT |
| CHECK NO./FOLIO NO. | SERVER |
| REFERENCE NO. | |

DESCRIPTION: 7-10-01

PURCHASER SIGN HERE
X C Kopecky

TYPE OF CREDIT CARD
☐MC ☐AX ☐DSCVR
☒VISA ☐DC ☐OTHER

SAFEPERF® U.S. Pat. 4,403,793

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the issuer.

| PURCHASES & SERVICE | TYPE OF DELAYED CHG. |
|---|---|
| 16.36 | |
| TAXES | AMT. OF DELAYED CHG. |
| TIPS - MISC. — | |
| TOTAL 16.36 | REVISED TOTAL |

| AUTH. DATE | AUTH. CODE | AUTH. AMOUNT |
|---|---|---|
| | | |

CUSTOMER COPY
IMPORTANT:
RETAIN THIS COPY FOR YOUR RECORDS.

---

(4)

THE WOODLANDS RESORT & C.C.

07/10/01 09:22 040/ 037/93721/ 0415

KOPECKY CAROLINE
ACCOUNT NUMBER 5424180257624640
AUTH 71
M/C & VISA $20.19

THANK YOU AND HAVE A NICE DAY
**************************************
* ALL CREDIT CARD TRANSACTIONS
* WILL REFERENCE
* "THE WOODLANDS F/B" OR
* "THE WOODLANDS GIFT SHOP"
* ON YOUR STATEMENT
**************************************

# Corporate Services

Route 1 North & Aaron Road - North Brunswick, NJ 08906-6598
Phone: (888) 565-8728 / Fax: (732) 422-5871

**Account Name**
**CENTOCOR, INC.**
CAROLINE KOPECKY
5632 WANITA PL.
HOUSTON, TX. 77007

Travel arrangements
prepared exclusively for:

Billing Code:

**Caroline Kopecky**

| | | | |
|---|---|---|---|
| CPN / Ticket# / CKDIG : 0/0057199239717/4 | Electronic : Yes | Ticket Base Fare: | 313.21 |
| CEN014490 | | | |
| Invoice : 0125728 | | Ticket Tax Fare: | 40.49 |
| Ticket Date: 7/10/01 | | Total Ticket Amount: | 353.70 |

## Wednesday    July 11, 2001

**CONTINENTAL AIR**   Flight: 1622   COACH - Class   MD Super 80   **Seat : 19E**   Flight time: 01:09   305 Miles
From : HOUSTON/GEO BSH   DEPARTING AT 7:50 AM   No Meal Service
To : NEW ORLEANS   ARRIVING AT 8:59 AM
Departure Terminal: TERMINAL C

**CONTINENTAL AIR**   Flight: 1642   COACH - Class   MD Super 80   **Seat : 11F**   Flight time: 01:11   305 Miles
From : NEW ORLEANS   DEPARTING AT 1:29 PM   No Meal Service
To : HOUSTON/GEO BSH   ARRIVING AT 2:40 PM
Arrival Terminal: TERMINAL C

**CONTINENTAL AIR**   Flight: 4213   COACH - Class   ERJ   **Seat : 4A**   Flight time: 01:06   201 Miles
OPERATED BY CONTINENTAL EXPRESS
OPERATED BY CONTINENTAL EXPRESS
From : HOUSTON/GEO BSH   DEPARTING AT 4:00 PM   No Meal Service
To : CORPUS CHRISTI   ARRIVING AT 5:06 PM
Departure Terminal: TERMINAL B

**AVIS CAR RENTAL CORPUS CHRISTI**   41.00 USD UN
UNLIMITED FREE MILEAGE
Confirmation #: 28269612USOPEXP-
13.67 USD Per Extra Hour   41.00 USD Per Extra Day
Reserved: 7/11/01 Through 7/12/01, 1 Day
Pick Up Time: 06:45 PM
Car Size: INTERMEDIATE Car Category: 2-OR 4-DOOR Transmission: AUTOMATIC Air Conditioning: YES
Membership Number: R3T   09M
Airline Membership Number : COPW697838

**OMNI HOTELS**
Room reserved for: Kopecky
Check in: 7/11/01, Check out: 7/12/01, 1 Night
Rate per night : 97.00 USD
Special Info: RQST NSM KING UPPER FLOR
OMNI CORPUS CHRISTI HOTEL,
900-707 SHORELINE
CORPUS CHRISTI TX 78401
Confirmation #: 100923512173-
Late Arrival Guarantee - Credit Card
Phone #: 361-887-1600
Fax #: 361-887-6715

CANCEL 01 DAYS BEFORE ARRIVAL.

## Thursday    July 12, 2001

SEMOLINA
International Pasta
Restaurant
3226 Magazine Street
New Orleans, LA. 70115
(504) 895 - 4260

Date: Jul11'01 09:06AM
Card Type: Amex
Acct #: 371384090561001*
Exp Date: 08/03
Auth Code: 175036
Check: 2081
Check ID: CAROLINE
Server: 30008 A.M. BAR
VSCA: Auth Driver

(6)

Subtotal: 188.38
Gratuity: 10.00
Total: 198.38
Signatu[illegible] C Kopecky

LE MADELINE/ LOUISIANA
HARAHAN, LA
117131043600000 01
JUL 11, 01 APPROVAL
542619

C KOPECKY
371384090561001
AMEX 03/08

SALE 0001
ROC # TERMINAL #
392107 24006604

FOOD AND BEVERAGE

(7)

TOTAL $24.98

X C Kopecky

REPUBLIC OF TEXAS
BAR & GRILL
CHECK: 9605
TABLE: 4/3
SERVER: 213 GREGORY
DATE: JUL11'01 9:36PM
CARD TYPE: AMEX
ACCT #: 371384090561001
EXP DATE: 08/03
AUTH CODE: 28
C KOPECKY

(6)

SUBTOTAL: 579.37
TIP:$ 80.00
TOTAL: 659.37
SIGNATURE: C Kopecky

OMNI BAYFRONT CORPUS CHRISTI

4

**AVIS.**

40616 1696

Avis System Licensee

[redacted] 09/03 P.O. BOX 4075 CORPUS CHRISTI,TX,78469,US 1147

[redacted]37799966 RENTED: 11JUL01/1706 AT: CRPS CHRTI APO TX PHONE: 361-289-0073 420451

CAR# 1 5 1 2 5 9 3 GRP C RETURN: 12JUL01/0646 AT: CRPS CHRTI APO TX RATE: ZD/C TIME: 0 DY 13 HR

DUE IN: 12JUL01/1845 AT: CRPS CHRTI APO TX MIN 1 DAY

| | | |
|---|---|---|
| MI OUT:17549 MI IN: 17572 | | 0 MI @ .00 |
| TOTAL MILES DRIVEN: 23 | *******OPTIONAL SERVICES****** | 0 HR @ 14.67 |
| PLATE# TX K30WJH FUEL OUT: 8/8 | *-RATE INCLUDES LDW | 0 DY @ 44.00 |
| VHI CHEV LUMI 4DR FUEL IN: 8/8 | | 0 WK @ 246.00 |
| | LDW: 12.95/DAY DECLINED | 0 MO @ 984.00 |
| METHOD OF PAYMENT: AMEX 1001 | PAI: 3.00/DAY DECLINED | MIN 1DY/ZD/C 23FM + 44.00 |
| DRIVERS LIC# USTXXXXXXXXXXX0600 | PEP: 1.95/DAY DECLINED | TIME & MILEAGE = 44.00 |
| DATE OF BIRTH: 16JUN70 | ALI: 8.55/DAY DECLINED | FUEL SERVICE: .1600/MI |
| WIZARD# R3T09M | | 3.200/GAL |
| FREQ TRVL# CO/PW697030 | | *REG.LIC FEE $1.15/DY + 1.15 |
| AWD# B453300 | | **10.00% FEE + 4.41 |
| | | 7.5% TAX ON FF MILES + = .06 |
| | | SUBTOTAL 49.62 |
| | | TAX 10.000% + 4.96 |
| | | TOTAL CHARGES 54.58 |
| | | AMOUNT DUE CV USD 54.58 |
| | | *REIMB PROP TAX/TITLE/REG/LIC 1.15DY |
| | | **CONCESSION RECOVERY FEE |

8

KOPECKY,CAROLINE

---

cookies MHMC pharm

SWEET TOMATOES #59
8775 KATY FREEWAY
HOUSTON TX 77024

9

TIME 1:47 PM DATE 07/12/01
TERM# 06537169 MER# 00022703075699[?]2
TRAN TYPE SALE
#4417163011240186
CARD TYPE VISA
EXP DATE 08/02 SEQ # 145
TICKET # 0000047684
AUTH CODE 012159

TOTAL $17.49

SIGN X [signature]
CAROLINE KOPECKY

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT

---

10

# AMANO

Amano Cincinnati, Inc.
140 Harrison Avenue
Roseland, NJ 07068-1239

| | |
|---|---|
| Fee Computer Number: | 1 |
| Cashier: | 2ND Shift ID #246 |
| Transaction Number: | 4 |
| Entered: | 07/11/01 07:11 |
| Exited: | 07/12/01 09:04 |
| Ticket #86010 | Dispenser #30 |
| Rate: | C West Daily |
| Total Fee: | $13.00 |
| Cash: | $20.00 |
| Change: | $7.00 |

Thank y[...] [...]sing
Amano C[...] Inc

OMNI CORPUS CHRISTI HOTEL
900 NORTH SHORELINE BOULEVARD
CORPUS CHRISTI  TX  78401
**Tele**- 361-887-1600    **Fax**- 361-887-6715

KOPECKY, CAROLINE
JOHNSON AND JOHNSON

7/11/01    7/12/01                                JAJ        ESP        100932517

#840 KOPECKY, CAROLINE                                                    840
                                                                           97
                                                                          KSB
                                                                          1/0

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 7/11/01 | 840 | ROOM CHARGE | $97.00 |
| 7/11/01 | 840 | CITY OCC TAX - 9% | $8.73 |
| 7/11/01 | 840 | STATE OCC TAX - 6% | $5.82 |
| 7/11/01 | 840 | ENERGY CHARGE | $2.50 |
| 7/12/01 | 840 | AMERICAN EXPRESS | ($114.05) |

3:02-cv-03354-RM-CHE   # 76-2   Page 18 of 18

# HARRIS COUNTY
# TOLL ROAD
# AUTHORITY

SAM HOUSTON NORTH
Lane: 13
07/13/01   FARE PAID   $ 1.00


(13)

---

Methodist Hospital Parking
7700 FLOYD CURL DR.
San Antonio, TX 78229

Fee Computer Number:

1
Cashier:                        91
Transaction Number:
Entered:          07/13/01  09:28
Exited:           07/13/01  10:40
Ticket #46888
Dispenser #
Area 1
Rate:                      $2.00
Total Fee:                 $2.00
Cash:

CASHIER ID #03

(13)

Thank you
210 575 3178

Have a nice day

---

# New South Parking

Bush Intercontinental Airport
P.O. Box 80761
Houston TX 77205

Fee Computer Number:

1
Cashier:              Tiffany ID #156
Transaction Number:              172
Entered:          07/13/01  07:22
Exited:           07/13/01  20:12
Ticket #52930
Dispenser #29
Rate:             C East Daily
Total Fee:              $10.00
Cash:                   $10.00

(13)

For questions call
281 233 1730

Thank you for   'ng 'r 'C

---

# AVIS.
## We try harder.®

### TRANSACTION RECORD

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
| --- | --- | --- |
| 39549I143 | 4267130 | E |

KOPECKY,CAROLINE
WIZ= R3T09M  AWD= B453300
CV  CAXXXXXXXXXXXXI001

FTN# CO/PW697838
ZX
OUT SAT 13JUL01/0908 MI= 920
IN  SAT 13JUL01/1800 MI= 924

44 MI@
8 HR@ 13.67=
DY@ 41.00=

MINIMUM CHARGE          41.00
*DISCOUNT       .0   =       .0
**$0.75/DY SURCHG=      .75
ONE WAY FEE/MISC=
LDW
**11.11% FEE           4.56
TAXABLE SUBTOT =      46.31
TAX 15.000%    =      6.95
FUEL SERVICE   =      6.37
TOTAL CHARGES         (62.63)
*PROP TAX/TITLE/REG/LIC
**CONCESSION RECOVERY FEE
TAX INCL 5% VENUE TAX

*Please check your car for personal effects.*