E-FILED
Monday, 04 April, 2005 10:15:32 AM
Clerk, U.S. District Court, ILCD

# Centocor

## SALES FORCE EXPENSE REPORT

EXPENSE REPORT NO. 7015085

NAME: Caroline Kopecky
DEPARTMENT: 490
DISTRICT:
PERIOD ENDING MM/DD/YY: 07/21/01

| DATE MM/DD/YY | ORIGIN / DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Explain on Detail) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPAIR / MAINT & MISC. (Explain on Detail) | FIELD PROMOTION (Explain on Detail) PROMOTIONAL PROGRAMS | PROMOTIONAL ACCESS <$100 | PROMOTIONAL ACCESS >$100 | MISC. (Explain on Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/15/01 | | | | | | | | | | | | | | | | | |
| 07/16/01 | rental | | | | | 31.25 | | 100.99 | | | | | | 82.69 | | | 214.93 |
| 07/17/01 | rental | | 216.50 | | | 6.00 | | | | 10.22 | | | | | | | 232.72 |
| 07/18/01 | rental | | | | | 21.00 | | | | | | | | 34.82 | | | 55.82 |
| 07/19/01 | hou/pasadena | 130.0 | | | | 2.00 | | | | | | | | | | | 2.00 |
| 07/20/01 | hou/pasadena | 130.0 | | | | 2.00 | | | | | | | | 10.56 | | | 12.56 |
| 07/21/01 | | | | | | | | | | | | | | | | | |
| PLUS OR MINUS ADJUSTMENTS | | | | | | | | | | | | | | | | | |
| FIELD # | | | 10 | 11 | 12 | 83 | 13 | 15 | 16 | 17 | 18 | 19 | 80 | 81 | 82 | 84 | |
| AMOUNT | | | 216.50 | | | 62.25 | | 100.99 | | 10.22 | | | | 128.07 | | | 518.03 |

112499 08 dmm

| COMPANY CAR ONLY | |
|---|---|
| VEHICLE NO. | 212164 |
| BEGINNING ODOMETER | 3776.0 |
| ENDING ODOMETER | 4040.0 |
| TOTAL MILES | 265.0 |
| TOTAL BUSINESS MILES | 260.0 |
| *TOTAL PERSONAL MILES | 5.0 |

*Calculate Personal Mileage Charge Back in Box #997 at Right

| FIELD # | 40 |
|---|---|
| QUANTITY | No. of Gallons |

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursements.

| | FIELD # | TOTAL |
|---|---|---|
| Minus Personal Mileage Charge 5.0 | 997 | |
| Due Company | 87 | |
| Due Employee | 820 | 518.03 |

SIGNATURE: C Kopecky DATE MM/DD/YY: 7/23/01

APPROVED BY: [signature] DATE MM/DD/YY: 7/30/01

39657000 02

**NOTICE TO USER**
Travelletter Authorization issued to the Drawer by Gelco Information Network, Inc. P.O. Box 44600, Eden Prairie, Minnesota 55344-2600

| CALL DATE | CONFIRMATION # |
|---|---|
| 07/23/01 | 89671076 |

8/8/01 ML

COPY SENT
AUG 3 - 2001
TO GELCO

Original Document of GelcoInformationNetwork

ACCOUNTING COPY

EEOC000640

## BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |

## FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 07/16/01 | retavase inservice for drs boyd and norton &staff at HNW | 47.68 |
| 07/16/01 | breakfast inservice for dr soltes and staff on rpa | 35.01 |
| 07/18/01 | inservice for Dr Wittich and his dept. on retavase | 24.87 |
| 07/18/01 | breakfast inservice for Dr toombs [handwritten: on microcatheters] | 9.95 |
| 07/20/01 | retavase discussion with dr katz | 10.56 |

## MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |

112499 05 dmm

39657000 02

EEOC000641

Original Document of GelcoInformationNetwork

verizonwireless

CAROLINE R KOPECKY

(1)

Bill Date.................... July 11, 2001
Account Number....... 06196547-916105
Subscriber Number..... (713)819-7630

## MESSAGES FROM VERIZON WIRELESS

**HOW TO BE A SAFE WIRELESS USER**

Verizon wants you to be safe when using your wireless phone. Most phone models have Hands-Free accessories available. With a Hands-Free kit you can use your wireless phone, keep both hands on the steering wheel and concentrate on the road.

**WIRELESS SAFETY TIPS WHEN DRIVING**

Pull over to a safe place before you make a call.
Store frequently dialed numbers in your phone's speed dial feature.
Write notes only when your car is parked.
Allow calls to go to your voice mail.
Forward your calls to another number.

Remember, you must always observe signs in blasting areas that say, "Turn off two-way radios." Your wireless phone is a two way radio. Turn off your phone, because any call could inadvertently set off a premature explosion.

For more information on Hands-Free accessories, safety tips and emergency services, dial *611 from your wireless phone (a free call). Thank you for choosing Verizon as your wireless provider.

$100 + .99

## PAYMENT ACTIVITY

| Date | Description | Amount |
|---|---|---|
| 06/13 | PAYMENT APPLIED | 360.59 |

Total of Payments Received - Thank You $360.59

## DETAIL OF SUBSCRIBER CHARGES

Monthly Recurring Charges
07/12/01 to 08/11/01 200.00
Total Monthly Recurring Charges 200.00

Billing Credits and Other Charges
411 Connect 1 calls @ 0.99 .99
Mob Msngr Embedded Base 5 Included Messa .00
Voice Mail 3.96
Total Billing Credits and Other Charges 4.94

Detail of Airtime Usage
Rate plan : SF20H SingleRate2000/$0 Weekend Included Minutes : 2000
Rate Plan Incl. Minutes
Peak = 2000.00 min. @ $ 0.000 .00
Voice Plan Incl. Minutes= 355.00 min. @ $ 0.000 .00
Billed Minutes
Peak = 165.00 min. @ $ 0.200 33.00
Weekends = 514.00 min. @ $ 0.000 .00
Total Minutes = 3034.00
Total Minutes Used = 3034.00

Total Airtime Charges 33.00

Long Distance Charges .00
Roamer Charges .99

Taxes, Surcharges and Fees
Federal Excise Tax 7.40
State Sales Tax 15.61
City Sales Tax 2.50
State 911 Fee 0.50
Tx Infrastructure Reimb. Fee 3.08
State Universal Service Fund 8.89
Federal Universal Srvc Fee 0.42
Total Taxes, Surcharges and Fees 38.20

Total Current Charges $277.13

## AIRTIME AND LONG DISTANCE DETAIL SUMMARY

| Date | Time | City | ST | Number | Type | Min. | Air | LD | Total |
|---|---|---|---|---|---|---|---|---|---|
| 6/06 | 8:17AM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/06 | 8:54AM | RETRIEVAL | CL | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/06 | 8:55AM | NEW YORK | NY | (212)213-4800 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/06 | 8:59AM | SANANTONIO | TX | (210)822-2153 | P | 7.00 | 0.00 | 0.00 | 0.00 |
| 6/06 | 9:05AM | SANANTONIO | TX | (210)822-2153 | P | 6.00 | 0.00 | 0.00 | 0.00 |
| 6/06 | 9:18AM | "INCOMING" | | (713)819-7630 | P | 10.00 | 0.00 | 0.00 | 0.00 |
| 6/06 | 9:26AM | "INCOMING" | | (713)819-7630 | P | 4.00 | 0.00 | 0.00 | 0.00 |
| 6/06 | 10:41AM | 800 SERV | CL | (800)328-6363 | P | 10.00 | 0.00 | 0.00 | 0.00 |
| 6/06 | 10:51AM | "INCOMING" | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/06 | 10:54AM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/06 | 11:09AM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/06 | 12:36PM | "INCOMING" | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/06 | 12:39PM | HOUSTON | TX | (713)725-5472 | P | 5.00 | 0.00 | 0.00 | 0.00 |
| 6/06 | 12:43PM | 888 SERV | CL | (888)261-5746 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/06 | 12:46PM | HOUSTON | TX | (713)725-5472 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/06 | 1:39PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/06 | 2:55PM | RETRIEVAL | CL | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/06 | 2:56PM | FRATT | TX | (210)599-0045 | P | 6.00 | 0.00 | 0.00 | 0.00 |
| 6/06 | 4:25PM | "INCOMING" | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/06 | 4:28PM | HOUSTON | TX | (713)859-9492 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/06 | 4:29PM | "INCOMING" | | (713)819-7630 | P | 5.00 | 0.00 | 0.00 | 0.00 |
| 6/06 | 4:33PM | MEDICALCEN | TX | (210)575-4009 | P | 5.00 | 0.00 | 0.00 | 0.00 |
| 6/06 | 4:40PM | MEDICALCEN | TX | (210)615-1400 | P | 6.00 | 0.00 | 0.00 | 0.00 |
| 6/06 | 4:41PM | HOUSTON | TX | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00X |
| 6/06 | 4:41PM | "INCOMING" | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/06 | 4:48PM | 888 SERV | CL | (888)261-5746 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/06 | 5:33PM | ARLINGTON | TX | (817)300-0890 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/06 | 5:35PM | "INCOMING" | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/06 | 5:53PM | 888 SERV | CL | (888)261-5746 | P | 12.00 | 0.00 | 0.00 | 0.00 |
| 6/06 | 6:10PM | HOUSTON | TX | (713)864-2155 | P | 9.00 | 0.00 | 0.00 | 0.00 |
| 6/06 | 6:20PM | DALLAS | TX | (214)357-6448 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/06 | 6:23PM | 800 SERV | CL | (800)525-0280 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/06 | 6:24PM | 888 SERV | CL | (888)565-8728 | P | 11.00 | 0.00 | 0.00 | 0.00 |
| 6/06 | 6:45PM | HOUSTON | TX | (713)725-5472 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/06 | 6:49PM | "INCOMING" | | (713)819-7630 | P | 7.00 | 0.00 | 0.00 | 0.00 |
| 6/06 | 6:59PM | HOUSTON | | 1411 | P | 4.00 | 0.00 | 0.00 | 0.00 |
| 6/06 | 7:36PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/06 | 8:09PM | RETRIEVAL | CL | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/06 | 8:23PM | HOUSTON | TX | (713)864-2155 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/06 | 8:24PM | SANANTONIO | TX | (210)771-3088 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/07 | 8:14AM | 888 SERV | CL | (888)261-5746 | P | 5.00 | 0.00 | 0.00 | 0.00 |
| 6/07 | 8:18AM | BAMMEL | TX | (281)440-2146 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/07 | 8:27AM | "INCOMING" | | (713)819-7630 | P | 9.00 | 0.00 | 0.00 | 0.00 |
| 6/07 | 9:06AM | "INCOMING" | | (713)819-7630 | P | 3.00 | 0.00 | 0.00 | 0.00 |
| 6/07 | 9:20AM | "INCOMING" | | (713)819-7630 | P | 3.00 | 0.00 | 0.00 | 0.00 |
| 6/07 | 10:50AM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/07 | 11:01AM | MEDICALCTR | TX | (210)615-1400 | *R | 10.00 | 0.00 | 0.00 | 0.00 |
| 6/07 | 11:08AM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/07 | 11:10AM | BABCOCK | TX | (210)691-2070 | *R | 4.00 | 0.00 | 0.00 | 0.00 |
| 6/07 | 11:14AM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |

020026703 064790 000002 7017 000000176

**verizon**wireless

**Page 5 of 14**

Bill Date...................... July 11, 2001
Account Number....... 06196547 916105
Subscriber Number..... (713)819 7630

| Date | Time | City | ST | Number | Type | Min. | Air | LD | Total |
|---|---|---|---|---|---|---|---|---|---|
| 6/08 | 6:32PM | SANANTONIO | TX | (713)819-7630 | P | 3.00 | 0.00 | 0.00 | 0.00X |
| 6/08 | 6:32PM | INCOMING | CL | (713)819-7630 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/08 | 6:37PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/08 | 7:16PM | SANANTONIO | TX | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00X |
| 6/08 | 7:17PM | INCOMING | CL | (713)819-7630 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/08 | 10:45PM | RECORDING | | (713)819-7630 | V | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/08 | 10:53PM | RECORDING | | (713)819-7630 | V | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/08 | 11:00PM | SANANTONIO | TX | (713)819-7630 | V | 6.00 | 0.00 | 0.00 | 0.00X |
| 6/08 | 11:00PM | INCOMING | CL | (713)819-7630 | *R | 6.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 8:22AM | SANANTONIO | TX | (713)819-7630 | V | 7.00 | 0.00 | 0.00 | 0.00X |
| 6/09 | 8:22AM | INCOMING | CL | (713)819-7630 | *R | 7.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 8:42AM | RECORDING | | (713)819-7630 | V | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 9:02AM | SANANTONIO | TX | (713)819-7630 | V | 1.00 | 0.00 | 0.00 | 0.00X |
| 6/09 | 9:02AM | INCOMING | CL | (713)819-7630 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 9:03AM | RECORDING | | (713)819-7630 | V | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 9:07AM | RECORDING | | (713)819-7630 | V | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 9:13AM | RECORDING | | (713)819-7630 | V | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 9:34AM | RECORDING | | (713)819-7630 | V | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 9:38AM | RECORDING | | (713)819-7630 | V | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 9:44AM | RECORDING | | (713)819-7630 | V | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 9:46AM | RECORDING | | (713)819-7630 | V | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 9:46AM | RECORDING | | (713)819-7630 | V | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 10:13AM | RECORDING | | (713)819-7630 | V | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 10:45AM | NDLDPTNCHS | TX | (409)729-2309 | *R | 5.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 10:53AM | SANANTONIO | TX | (713)819-7630 | V | 3.00 | 0.00 | 0.00 | 0.00X |
| 6/09 | 10:53AM | INCOMING | CL | (713)819-7630 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 11:27AM | SANANTONIO | TX | (713)819-7630 | V | 4.00 | 0.00 | 0.00 | 0.00X |
| 6/09 | 11:28AM | INCOMING | CL | (713)819-7630 | *R | 4.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 11:48AM | SANANTONIO | TX | (713)819-7630 | V | 2.00 | 0.00 | 0.00 | 0.00X |
| 6/09 | 11:49AM | INCOMING | CL | (713)819-7630 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 11:50AM | SANANTONIO | TX | (210)771-3088 | *R | 8.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 12:00PM | RECORDING | | (713)819-7630 | V | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 12:02PM | SANANTONIO | TX | (210)824-2797 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 12:05PM | HOUSTON | TX | (713)527-5129 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 12:07PM | SANANTONIO | TX | (713)819-7630 | V | 5.00 | 0.00 | 0.00 | 0.00X |
| 6/09 | 12:08PM | INCOMING | CL | (713)819-7630 | *R | 5.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 12:14PM | RECORDING | | (713)819-7630 | V | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 12:15PM | RECORDING | | (713)819-7630 | V | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 12:56PM | HOUSTON | TX | (713)527-5129 | *R | 9.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 1:11PM | SANANTONIO | TX | (713)819-7630 | V | 1.00 | 0.00 | 0.00 | 0.00X |
| 6/09 | 1:11PM | INCOMING | CL | (713)819-7630 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 1:29PM | TOLL FREE | CL | (800)525-0280 | *R | 3.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 1:32PM | ROCKPORT | TX | (361)729-4611 | *R | 8.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 1:41PM | SANANTONIO | TX | (210)771-3088 | *R | 3.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 2:23PM | RECORDING | | (713)819-7630 | V | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 2:26PM | SANANTONIO | TX | (210)824-2797 | *R | 3.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 2:28PM | SANANTONIO | TX | (713)819-7630 | V | 4.00 | 0.00 | 0.00 | 0.00X |
| 6/09 | 2:28PM | INCOMING | CL | (713)819-7630 | *R | 4.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 2:33PM | SANANTONIO | TX | (210)820-3949 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 2:35PM | SANANTONIO | TX | (210)573-4533 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 2:56PM | HOUSTON | TX | (713)880-2223 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 3:03PM | SANANTONIO | TX | (210)771-3088 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 3:05PM | RECORDING | | (713)819-7630 | V | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 3:06PM | HOUSTON | TX | (713)520-8101 | *R | 9.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 3:14PM | HOUSTON | TX | (713)942-7473 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 3:16PM | DALLAS | TX | (214)357-6448 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 3:17PM | DALLAS | TX | (214)403-4125 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 3:18PM | TOLL FREE | CL | (888)261-5746 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 3:20PM | RECORDING | | (713)819-7630 | V | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 3:23PM | TOLL FREE | CL | (800)525-0280 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 3:25PM | TOLL FREE | CL | (877)877-8652 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 4:08PM | RECORDING | | (713)819-7630 | V | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 4:27PM | RECORDING | | (713)819-7630 | V | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 4:41PM | RECORDING | | (713)819-7630 | V | 4.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 5:16PM | SANANTONIO | TX | (210)771-6463 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 5:17PM | SANANTONIO | TX | (210)534-0818 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 5:18PM | SANANTONIO | TX | (210)820-3949 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 5:19PM | SANANTONIO | TX | (210)573-4533 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 5:19PM | SANANTONIO | TX | (210)532-7899 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 5:21PM | SANANTONIO | TX | (210)824-2797 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 5:22PM | SANANTONIO | TX | (210)863-8989 | *R | 3.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 5:24PM | SANANTONIO | TX | (210)824-2797 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 5:28PM | HOUSTON | TX | (713)851-5441 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 6:15PM | RECORDING | | (713)819-7630 | V | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 6:15PM | HOUSTON | TX | (713)527-5129 | *R | 11.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 6:29PM | SANANTONIO | TX | (210)820-3949 | *R | 4.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 6:33PM | SANANTONIO | TX | (210)824-2797 | *R | 7.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 6:40PM | SANANTONIO | TX | (210)532-7899 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 6:46PM | TOLL FREE | CL | (800)525-0280 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 6:46PM | TOLL FREE | CL | (877)877-8652 | *R | 21.00 | 0.00 | 0.00 | 0.00 |
| 3/09 | 7:08PM | HOUSTON | TX | (713)851-1119 | *R | 4.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 7:12PM | HOUSTON | TX | (713)851-1119 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 7:49PM | RECORDING | | (713)819-7630 | V | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 8:30PM | RECORDING | | (713)819-7630 | V | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/09 | 9:43PM | RECORDING | | (713)819-7630 | V | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/10 | 1:17AM | RECORDING | | (713)819-7630 | V | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/10 | 8:30AM | RECORDING | | (713)819-7630 | V | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/10 | 8:46AM | SANANTONIO | TX | (713)819-7630 | V | 11.00 | 0.00 | 0.00 | 0.00X |
| 6/10 | 8:46AM | INCOMING | CL | (713)819-7630 | *R | 11.00 | 0.00 | 0.00 | 0.00 |
| 6/10 | 10:00AM | RECORDING | | (713)819-7630 | V | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/10 | 10:00AM | TOLL FREE | CL | (888)261-5746 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/10 | 10:02AM | SANANTONIO | TX | (210)820-3949 | *R | 4.00 | 0.00 | 0.00 | 0.00 |
| 6/10 | 10:06AM | SANANTONIO | TX | (210)532-7899 | *R | 4.00 | 0.00 | 0.00 | 0.00 |
| 6/10 | 10:18AM | SANANTONIO | TX | (713)819-7630 | V | 19.00 | 0.00 | 0.00 | 0.00X |
| 6/10 | 10:18AM | INCOMING | CL | (713)819-7630 | *R | 19.00 | 0.00 | 0.00 | 0.00 |
| 6/10 | 10:37AM | DALLAS | TX | (214)357-6448 | *R | 21.00 | 0.00 | 0.00 | 0.00 |
| 6/10 | 11:37AM | SANANTONIO | TX | (713)819-7630 | V | 5.00 | 0.00 | 0.00 | 0.00X |
| 6/10 | 11:37AM | INCOMING | CL | (713)819-7630 | *R | 5.00 | 0.00 | 0.00 | 0.00 |
| 6/10 | 11:58AM | SANANTONIO | TX | (210)220-7920 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/10 | 11:59AM | SANANTONIO | TX | (713)819-7630 | V | 6.00 | 0.00 | 0.00 | 0.00X |

020026703 064789 000003 7017 000000176

EEOC000644

verizonwireless

Bill Date...................... July 11, 2001
Account Number....... 06196547 916105
Subscriber Number..... (713)819 7630

| Date | Time | City | ST | Number | Type | Min. | Air | LD | Total |
|---|---|---|---|---|---|---|---|---|---|
| 6/13 | 9:16AM | HOUSTON | TX | (713)235-8810 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/13 | 9:20AM | 800 SERV | CL | (800)472-9297 | P | 3.00 | 0.00 | 0.00 | 0.00 |
| 6/13 | 9:44AM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/13 | 10:46AM | RECORDING | | (713)819-7630 | P | 3.00 | 0.00 | 0.00 | 0.00 |
| 6/13 | 10:49AM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/13 | 10:53AM | RECORDING | | (713)819-7630 | P | 6.00 | 0.00 | 0.00 | 0.00 |
| 6/13 | 10:58AM | HOUSTON | TX | (713)871-1649 | *R | 3.00 | 0.00 | 0.00 | 0.00 |
| 6/13 | 10:59AM | SANANTONIO | TX | (713)819-7630 | P | 23.00 | 0.00 | 0.00 | 0.00X |
| 6/13 | 10:59AM | INCOMING | CL | (713)819-7630 | *R | 23.00 | 0.00 | 0.00 | 0.00 |
| 6/13 | 11:51AM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/13 | 12:55PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/13 | 12:57PM | SANANTONIO | TX | (713)819-7630 | P | 7.00 | 0.00 | 0.00 | 0.00X |
| 6/13 | 12:57PM | INCOMING | CL | (713)819-7630 | *R | 7.00 | 0.00 | 0.00 | 0.00 |
| 6/13 | 1:22PM | SANANTONIO | TX | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00X |
| 6/13 | 1:22PM | INCOMING | CL | (713)819-7630 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/13 | 1:41PM | SANANTONIO | TX | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00X |
| 6/13 | 1:52PM | SANANTONIO | TX | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00X |
| 6/13 | 1:53PM | SANANTONIO | TX | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00X |
| 6/13 | 2:43PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/13 | 3:33PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/13 | 3:40PM | RETRIEVAL | CL | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/13 | 3:51PM | HOUSTON | TX | (713)864-2155 | P | 3.00 | 0.00 | 0.00 | 0.00 |
| 6/13 | 3:53PM | HMBL SOHML | TX | (281)446-0392 | P | 4.00 | 0.00 | 0.00 | 0.00 |
| 6/13 | 3:57PM | NEW YORK | NY | (212)213-4800 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/13 | 3:59PM | HOUSTON | TX | (713)502-6141 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/13 | 4:01PM | SANANTONIO | TX | (210)771-3088 | P | 5.00 | 0.00 | 0.00 | 0.00 |
| 6/13 | 4:03PM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/13 | 4:07PM | RETRIEVAL | CL | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/13 | 7:19PM | "INCOMING" | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/13 | 7:21PM | HOUSTON | TX | (713)334-1047 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/13 | 7:23PM | 888 SERV | CL | (888)261-5746 | P | 4.00 | 0.00 | 0.00 | 0.00 |
| 6/13 | 7:27PM | HOUSTON | TX | (713)864-2155 | P | 4.00 | 0.00 | 0.00 | 0.00 |
| 6/13 | 7:30PM | 888 SERV | CL | (888)261-5746 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/13 | 7:32PM | DALLAS | TX | (214)357-6448 | P | 28.00 | 0.00 | 0.00 | 0.00 |
| 6/13 | 7:59PM | DALLAS | TX | (214)357-6448 | P | 9.00 | 0.00 | 0.00 | 0.00* |
| 6/13 | 8:34PM | HOUSTON | TX | (713)864-2155 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/13 | 8:40PM | SANANTONIO | TX | (210)820-3949 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/13 | 8:46PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/13 | 8:59PM | SANANTONIO | TX | (210)220-7920 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/13 | 9:14PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/13 | 9:19PM | SANANTONIO | TX | (713)819-7630 | P | 3.00 | 0.00 | 0.00 | 0.00X |
| 6/13 | 9:19PM | INCOMING | CL | (713)819-7630 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/13 | 9:22PM | SANANTONIO | TX | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00X |
| 6/13 | 9:22PM | INCOMING | CL | (713)819-7630 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/13 | 9:23PM | HOUSTON | TX | (713)757-0700 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/13 | 9:24PM | HOUSTON | TX | (713)502-6141 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/13 | 9:26PM | TOLL FREE | CL | (888)261-5746 | *R | 4.00 | 0.00 | 0.00 | 0.00 |
| 6/13 | 9:39PM | SANANTONIO | TX | (210)771-3088 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/13 | 10:18PM | HOUSTON | TX | (713)864-2155 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/13 | 10:19PM | HOUSTON | TX | (713)284-4000 | *R | 1.00 | 0.00 | 0.00 | 0.00 |

| Date | Time | City | ST | Number | Type | Min. | Air | LD | Total |
|---|---|---|---|---|---|---|---|---|---|
| 6/13 | 10:31PM | SANANTONIO | TX | (713)819-7630 | P | 21.00 | 0.00 | 0.00 | 0.00X |
| 6/13 | 10:31PM | INCOMING | CL | (713)819-7630 | *R | 20.00 | 0.00 | 0.00 | 0.00 |
| 6/13 | 10:51PM | SANANTONIO | TX | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00X |
| 6/13 | 10:51PM | INCOMING | CL | (713)819-7630 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/14 | 8:25AM | C CHRISTI | TX | (361)881-3819 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/14 | 8:30AM | SANANTONIO | TX | (713)819-7630 | P | 6.00 | 0.00 | 0.00 | 0.00X |
| 6/14 | 8:30AM | INCOMING | CL | (713)819-7630 | *R | 6.00 | 0.00 | 0.00 | 0.00 |
| 6/14 | 8:46AM | SANANTONIO | TX | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00X |
| 6/14 | 8:46AM | INCOMING | CL | (713)819-7630 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/14 | 10:16AM | HOUSTON | TX | (713)864-2155 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/14 | 10:42AM | SANANTONIO | TX | (210)930-6367 | *R | 3.00 | 0.00 | 0.00 | 0.00 |
| 6/14 | 10:46AM | SEGUIN | TX | (830)560-2016 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/14 | 10:46AM | SANANTONIO | TX | (210)872-6161 | *R | 8.00 | 0.00 | 0.00 | 0.00 |
| 6/14 | 10:55AM | SANANTONIO | TX | (210)704-7242 | *R | 9.00 | 0.00 | 0.00 | 0.00 |
| 6/14 | 11:13AM | TOLL FREE | CL | (888)261-5746 | *R | 4.00 | 0.00 | 0.00 | 0.00 |
| 6/14 | 11:15AM | SANANTONIO | TX | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00X |
| 6/14 | 11:15AM | INCOMING | CL | (713)819-7630 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/14 | 11:16AM | TOLL FREE | CL | (888)261-5746 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/14 | 11:42AM | TOLL FREE | CL | (888)261-5746 | *R | 9.00 | 0.00 | 0.00 | 0.00 |
| 6/14 | 11:51AM | SANANTONIO | TX | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00X |
| 6/14 | 11:51AM | INCOMING | CL | (713)819-7630 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/14 | 11:51AM | HOUSTON | TX | (713)864-2155 | *R | 16.00 | 0.00 | 0.00 | 0.00 |
| 6/14 | 12:07PM | SANANTONIO | TX | (210)872-6161 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/14 | 12:08PM | SANANTONIO | TX | (210)872-6161 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/14 | 12:09PM | HOUSTON | TX | (713)725-5472 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/14 | 12:14PM | SANANTONIO | TX | (713)819-7630 | P | 3.00 | 0.00 | 0.00 | 0.00X |
| 6/14 | 12:15PM | INCOMING | CL | (713)819-7630 | *R | 3.00 | 0.00 | 0.00 | 0.00 |
| 6/14 | 1:00PM | HOUSTON | TX | (713)636-5452 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/14 | 1:04PM | SANANTONIO | TX | (713)819-7630 | P | 12.00 | 0.00 | 0.00 | 0.00X |
| 6/14 | 1:18PM | SANANTONIO | TX | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00X |
| 6/14 | 1:20PM | MEDICALCTR | TX | (210)614-3022 | *R | 4.00 | 0.00 | 0.00 | 0.00 |
| 6/14 | 1:23PM | HOUSTON | TX | (713)871-1649 | *R | 4.00 | 0.00 | 0.00 | 0.00 |
| 6/14 | 1:50PM | SANANTONIO | TX | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00X |
| 6/14 | 1:50PM | INCOMING | CL | (713)819-7630 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/14 | 1:51PM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/14 | 1:51PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/14 | 1:58PM | SANANTONIO | TX | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00X |
| 6/14 | 1:58PM | INCOMING | CL | (713)819-7630 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/14 | 2:05PM | C CHRISTI | TX | (361)881-3819 | *R | 3.00 | 0.00 | 0.00 | 0.00 |
| 6/14 | 2:46PM | SANANTONIO | TX | (210)704-4235 | *R | 6.00 | 0.00 | 0.00 | 0.00 |
| 6/14 | 2:52PM | SANANTONIO | TX | (210)771-3088 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/14 | 3:08PM | RECORDING | | (713)819-7630 | P | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/14 | 3:19PM | RECORDING | | (713)819-7630 | P | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/14 | 3:21PM | TOLL FREE | CL | (888)261-5746 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/14 | 3:24PM | NEW YORK | NY | (212)213-4800 | *R | 34.00 | 0.00 | 0.00 | 0.00 |
| 6/14 | 3:58PM | DALLAS | TX | (214)357-6448 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/14 | 3:59PM | HOUSTON | TX | (713)864-2155 | *R | 2.00 | 0.00 | 0.00 | 0.00 |
| 6/14 | 4:01PM | HOUSTON | TX | (713)284-4000 | *R | 1.00 | 0.00 | 0.00 | 0.00 |
| 6/14 | 4:12PM | SANANTONIO | TX | (713)819-7630 | P | 12.00 | 0.00 | 0.00 | 0.00X |
| 6/14 | 4:12PM | INCOMING | CL | (713)819-7630 | *R | 10.00 | 0.00 | 0.00 | 0.00 |

3:02-cv-03354-RM-CHE # 76-3 Page 5 of 20

07/03/01

# Monthly EZ TAG Statement

HCTRA EZ TAG Store
330 Meadowfern, Ste. 114
Houston, TX 77067
(281)875-3279

*** This is NOT an invoice. ***

CAROLINE R. KOPECKY
6632 WANITA PL
HOUSTON TX 77007-2035

215-1-119

Acct: 112799

## TRANSACTION DETAIL

| Date | Time | Tag # | Location | Description | Amount |
|---|---|---|---|---|---|
| | | | | Account balance | 11.25 |
| | | | | Tag deposit bala | 15.00 |
| 6/01 | 8:08am | | | Statement/Invoic | -1.50 |
| 6/01 | 8:08am | | | Tag Rental Fee | -1.00 |
| 6/04 | 5:55am | | | AMEX autocharge | 31.25 |
| 6/30 | 11:59pm | | | Tag deposit bala | 15.00 |
| 6/04 | 8:31am | 169417 | Hardy South | Toll | -0.75 |
| 6/04 | 8:33am | 169417 | Airport Connector | Toll | -0.50 |
| 6/04 | 6:59pm | 169417 | Airport Connector | Toll | -0.50 |
| 6/04 | 7:02pm | 169417 | Hardy South | Toll | -0.75 |
| 6/13 | 8:35am | 169417 | Hardy South | Toll | -0.75 |
| 6/13 | 8:37am | 169417 | Airport Connector | Toll | -0.50 |
| 6/13 | 3:56pm | 169417 | Airport Connector | Toll | -0.50 |
| 6/13 | 3:58pm | 169417 | Hardy South | Toll | -0.75 |
| [illegible] | 6:01pm | 169417 | Hardy South | Toll | -0.75 |
| [illegible] | 6:04pm | 169417 | Airport Connector | Toll | -0.50 |
| 6/26 | 6:29pm | 169417 | Airport Connector | Toll | -0.50 |
| 6/26 | 6:34pm | 169417 | FM 1960 Exit | Toll | -0.75 |
| 6/28 | 4:49pm | 169417 | Airport Connector | Toll | -0.50 |
| 6/28 | 4:51pm | 169417 | Hardy South | Toll | -0.75 |
| | | | | Tag total | -8.75 |
| 6/30 | | | | Account balance | 31.25 |

### ACCOUNT SUMMARY

| Description | Qty | Amount | Total |
|---|---|---|---|
| BEGINNING BALANCE | | | 11.25 |
| Toll | 14 | -8.75 | |
| Tag Rental Fee | 1 | -1.00 | |
| Statement/Invoice fee | 1 | -1.50 | |
| Charges | | | -11.25 |
| AMEX autocharge | 1 | 31.25 | |
| Payments plus credits | | | 31.25 |
| ENDING BALANCE | | | 31.25 |

REMINDER TO CUSTOMERS: 2.A OF THE EZ TAG AGREEMENT STATES: [USER AGREES] ONLY TO USE EACH EZ TAG IN CONNECTION WITH THE OPERATION OF THE PARTICULAR VEHICLE SPECIFICALLY ASSIGNED TO THAT EZ TAG, AS LISTED ON THE APPLICATION. IN THE EVENT USER DISPOSES OF THE VEHICLE ASSIGNED TO A SPECIFIC EZ TAG, USER MUST NOTIFY THE HARRIS COUNTY TOLL ROAD AUTHORITY IMMEDIATELY.

DATE 07/17/01 | 23-901261899-03 1424745632 | TIME 17:08

U S POSTAL SERVICE 4864149004B
1900 W GRAY STREET
HOUSTON, TX 77019

(3)

TRAN # 1456 | CLERK ID 4 | AUTH 076979

AMERICAN EXPRESS SALE

ACCT. NUMBER 371584090561001 | EXP 0803

TOTAL $10.22

X________________________________
SIGNATURE

REFUNDS ONLY PER DMM P014

WE DELIVER FOR YOU

(5)

TOTAL

ACE PARK & RIDE
7783 AIRPORT BLVD.
HOUSTON TX 77000
(713) 641-5631

(4)

THANK YOU

5481440018810414 HOAX
DATE 07/17/01 TIME 02:21 PM

ITEM: 004 AMX SALE
ACCT: 371584090561001 EXP. 0308 S
RESP AUTH/TKT 535338

TOTAL: $6.40

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

X________________________________
SIGNATURE
TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

(5)

EEOC000649

Randalls (6)

2075 WESTHEIMER
(713) 284-1200

| | | |
|---|---|---|
| VIDEO | 5 99 | T |
| AQUINAFINA 20 OZ | 1 09 | F |
| ' AN PO-BOY | 3 99 | B |
| 9"MARBL CRM CAKE | 6 49 | F |
| 9"MARBL CRM CAKE | 6 49 | F |
| **** TAX .82 BAL | 24 87 | |
| DEBIT CARD | 24 87 | |
| CHANGE | 50 | |

7/18/01 09 52 3048 02 0010 113

CAROLINE KOPECKY 7777

(6)

ST. LUKE'S Episcopal Hospital

PAID

PARKING RECEIPT (7)

PAID $ 9.00

DATE 7-16-01

ST. LUKE'S Episcopal Hospital (7)

PAID

PARKING RECEIPT

PAID $9.00

DATE 7/18/01

PS 0831 2/89

(8)

HARRIS COUNTY
TOLL ROAD
AUTHORITY
SAM HOUSTON EAST
Lane: 2
7/19/01 FARE PAID $ 1.00

(8)

HARRIS COUNTY
TOLL ROAD
AUTHORITY
SAM HOUSTON EAST
Lane: 11
07/19/01 FARE PAID $ 1.00

HARRIS COUNTY
TOLL ROAD
AUTHORITY
SAM HOUSTON EAST
Lane: 11
07/20/01 FARE PAID $ 1.00

HARRIS COUNTY
TOLL ROAD
AUTHORITY
SAM HOUSTON EAST
Lane: 2
07/20/01 FARE PAID $ 1.00

FRIDAY, JULY 20, 2001 02:42 PM
LUBY'S CAFETERIA #87
730 WEST FM 1960
HOUSTON, TX 77090
(281)440-5692
MERCHANT #: 6638000874 TRAN #77

VISA # : 4417163011240186 EXP: 08/02
AUTH CODE: 028676

AMOUNT OF SALE $10.56

X [signature]
CAROLINE KOPECKY
I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
THANK YOU

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

Memorial Hermann
Healthcare System

RECEIPT FOR PARKING

Total Amount of Payment $ 3.00

7-18-01 — Date

E.G. — Attendant

431890 (10/98)

**Kopecky, Caroline [CNTUS]**

From: Southwest Airlines [ticketless-confirmations-help@email2.southwest.com]
Sent: Monday, July 16, 2001 9:45 PM
To: kopeckyc@centocor.com
Subject: Ticketless Confirmation

Thank you for purchasing Southwest Airlines Ticketless Travel. For questions or changes concerning your reservation, call 1-800-I-FLY-SWA (1-800-435-9792).

************** RECEIPT AND ITINERARY **************
Southwest Airlines Ticketless Travel
Non Transferable. Positive Identification Required.
If not checking luggage, simply proceed to your departure gate.

Receipt and Itinerary as of 07/16/01 08:45PM

****************
Confirmation Number: M5WAQU
Confirmation Date: 07/16/01
****************

9

Received: CAROLINE

Passenger(s):
KOPECKY/CAROLINE 526-2765273656-2

Itinerary:
Tuesday, July 17 - HOUSTON HOBBY to NEW ORLEANS LA

Flight 326 Y
Depart HOUSTON HOBBY at 08:40AM and
Arrive NEW ORLEANS LA at 09:40AM

Tuesday, July 17 - NEW ORLEANS LA to HOUSTON HOBBY

Flight 808 Y
Depart NEW ORLEANS LA at 02:10PM and
Arrive HOUSTON HOBBY at 03:10PM

********************** COST **********************
Total for 1 Passenger(s)
AIR: ...........$193.48
TAX: ...........$20.02
PFC: ...........$3.00

Total Fare: $216.50

************** PAYMENT SUMMARY **************

Current payment(s)
16JUL2001 AMER EXPRESS xxxxxxxxxxx1001 Ref 526-2765273656-2 $216.50

EEOC000651

**DRIVER'S INCIDENT REPORT** **JOHNSON & JOHNSON SAFE FLEE**

Your name Caroline Kopecky Date incident occurred: 7/8/01

INSTRUCTIONS

- Answer all questions below, then complete the diagram and ACORD confirmation on the back of this form.
- Once you've completed all information, sign the form (below) and forward it to your manager immediately, along with a copy of the PHH ACORD.
- Your manager will arrange a "post-incident coaching session" with you. During this session, your and your manager will discuss the factors that contributed to this incident and identify defensive-driving skills, driver training, or further counseling that will help you protect yourself from driving incidents and injuries in the future.

1. Had anything occurred on the day of this incident that you would consider distracting? (For example, an upsetting phone conversation, traffic jam, illness, running behind schedule.) If so, please describe briefly:
   no

2. Has anything occurred recently that has been distressful to you or your family? (For example, a serious illness in your family.) If so, please describe the situation briefly:
   no

3. How do you normally plan a driving route for your daily calls?
   according to appts.
   Were you familiar with the area or roadways where this incident occurred? ☑ yes ☐ no
   If not, were you able to plan a driving route as you normally do before getting on the road? ☐ yes ☐ no

4. Where was your last appointment before the incident occurred?
   Med Ctr.
   Where was your next appointment, and what time was it scheduled?
   next day

5. Do you use a car phone as part of your day-to-day work? ☑ yes ☐ no
   If so, how often do you place and/or receive calls on the car phone on an average work day? several
   Was your car phone in use prior to this incident? ☐ yes ☑ no

6. Please describe what you saw around you just before the incident occurred:
   in front of your car N/A
   behind your car car was parked outside on
   to the right of your car street when it was hit
   to the left of your car or vandalised.

Caroline Kopecky 7/21/01
Driver's Signature Date

**DRIVER'S INCIDENT REPORT** **JOHNSON & JOHNSON SAFE FLEET**

I have read the PHH ACORD form for this incident, and

- ☑ the information on the ACORD is correct and complete.
- ☐ I have the following additions to the ACORD:

N/A

Use one of the following schematics to diagram this incident.

Draw boxes ▭ ▯ to represent vehicles on the diagram, and use an "X" to indicate which box is your vehicle. [X]

If necessary, draw arrows → ↑ to indicate direction of travel.

Intersection

Divided Highway

Two-Lane Roadway

Undivided Four-Lane Roadway

# PHH Notice of Automobile Loss

Date Printed: 07/09/2001 FROSTT

**Producer:** PHH Vehicle Management Services, Accident & Risk Management, P.O. Box 22543, Baltimore MD 21203-4543, USA

Sub Code

| Producer Phone (A/C, no., ext.) | Miscellaneous Information (Site & Location Code) | | |
|---|---|---|---|
| (800) 446-7052 | | | |
| **Company** | **Policy Number** | **Cat. #** | |
| Lumbermans Mutual Casualty Co. | F5B00395610 | | |
| **Policy Eff. Date (MM/DD/YYYY)** | **Policy Exp. Date(MM/DD/YYYY)** | **Date (MM/DD/YYYY) & Time of Loss** | **Previously Reported** |
| 01/01/2000 | 01/01/2002 | 07/08/2001 13:00 | No |

## INSURED

| Name & Address | Insured's Residence Phone (A/C, No.) | Insured's Business Phone (A/C, No., ext.) |
|---|---|---|
| J & J<br>Route 1<br>North Brunswick NJ 08902 | Client #/Breakdown: 0703 36-04-490 DAN: 680NJ | Location No |
| | Person to Contact: Driver | Where to Contact / When |
| Incident No: 01021269 N | Contact's Residence Phone (A/C, no.) | Contact's Business Phone (A/C, no., ext.) |

## LOSS

| Location of Accident (including city, state) | Authority Contacted & Report No. | Violations/Citations |
|---|---|---|
| RESIDENCE | | |

Description of Accident (Use reverse side, if necessary)

OUR DRIVER'S VEHICLE WAS DAMAGED WHILE PARKED AND UNATTENDED.NO WITNESSES.

## POLICY INFORMATION

| Bodily Injury | Property Damage | Single Limit | Med. Pay | OTC Ded. | Other Coverage & Deductibles (UM, no-fault towing, etc.) |
|---|---|---|---|---|---|
| | | | | | |

Loss Payee | Collision Ded.

## INSURED VEHICLE

| Veh. No. | Year, Make, Model | Odometer | V.I.N. (Vehicle Identification) | Client Asset Id | Plate No. |
|---|---|---|---|---|---|
| 12164 | 2001 VOLV | 3200 | YV1VS29521F724520 | 212164 | TEMP TX |

Owner's Name | Phone

| Driver's Name & Address (Check if same as owner) | | Residence Phone (A/C, no.) | Bus.Phone (A/C, no., ext.) |
|---|---|---|---|
| CAROLINE R KOPECKY<br>Title: SALES REP SSN: 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 | 6632 WANITA PL<br>HOUSTON TX 77007 | (713) 864-2155 | (800) 972-9063 6458 |

| Relation to Insured (Employee, family, etc.) | Date of Birth | ID: | Driver's License Number | Purpose of Use | Used with Permission? |
|---|---|---|---|---|---|
| Assigned Driver | 06/16/1970 | 462477015 | TX 13710437 | Personal | Yes |

| Describe Damage | Estimate Amount | Where Can Vehicle Be Seen? | When? | Other Insurance on Vehicle |
|---|---|---|---|---|
| DRIVER SIDE MIRROR AND CASING | | | | |

## PROPERTY DAMAGED

| Describe Property (If auto, year, make, model, plate no.) | Other Veh/Prop. Ins? | Company or Agency Name & Policy No. |
|---|---|---|
| | | |

| Owner's Name & Address | Business Phone (A/C, no., ext.) | Residence Phone (A/C, no.) |
|---|---|---|
| | ( ) - | ( ) - |
| **Other Driver's Name & Address** | **Business Phone (A/C, no., ext.)** | **Residence Phone (A/C, no.)** |
| | ( ) - | ( ) - |
| **Describe Damage** | **Estimate Amount** | **Where Can Vehicle Be Seen?** |
| | 0.00 | |

## INJURED

| Name & Address | Phone (A/C, no.) | Ped | Ins. Veh. | Other Veh | Age | Extent of Injury |
|---|---|---|---|---|---|---|
| | ( ) - | | | | | |

## WITNESSES OR PASSENGERS

| Name & Address | Phone (A/C, no.) | Ins. Veh. | Other Veh | Other (Specify) |
|---|---|---|---|---|
| | ( ) - | | | |

Remarks (Include adjuster assigned)

| Reported By | Date Reported | Created By | Updated By | Signature of Producer or Insured |
|---|---|---|---|---|
| [illegible]er | 07/09/01 10:55 | Andrea Satchell | 07/09/2001 11:00 Andrea Satchell | |

# PHH Notice of Automobile Loss

Date Printed 07/09/2001

Driver: CAROLINE R KOPECKY | Incident No: **01021269** | Veh. No.: **12164** | Date of Loss: **07/08/2001**

MANAGER Name: TONY SICILIANO
Street: 200 GREAT VALLEY PKWY
City: MALVERN
State: PA
Zip/ Post Code: 19355-
Telephone (800) 972-9063

---

Incident Type: Other
Description: DMG WHILE PARKED/OTH PARTY CUS

Road Type: HOME STREET PARKED
Weather:
Road Condition:
Road Lighting:

Speed Limit:
Speed Traveling:

Traffic Controls:
Traffic Condition:
Travel Direction: PARKED

Journey Purpose: Personal
Journey Distance:

Occupants:

Driver Dispositon:
Avoidance Maneuver:

Air Bag Deployed: No

Seat Belt Used: No | Shoulder Harness Used: No | Cellular Phone Used: No

---

| Question | Response |
|---|---|
| What was the month and year you were hired with J&J? | MARCH 1998 |
| Do you have a cellular phone in your car? | NO |
| If this were to happen again, what would you do differently? | NOTHING |
| When was the last time you had safety training? | FEB 2001 |
| What J&J company do you work for? | CENTRA CORE |

# Centocor

## SALES FORCE EXPENSE REPORT

EXPENSE REPORT NO. 7015086

NAME: Caroline Kopecky | DEPARTMENT: 490 | DISTRICT: | PERIOD ENDING MM/DD/YY: 07/28/01

| DATE MM/DD/YY | ORIGIN / DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Explain on Detail) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPAIR / MAINT & MISC. (Explain on Detail) | FIELD PROMOTION (Explain on Detail): PROMOTIONAL PROGRAMS | PROMOTIONAL ACCESS <$100 | PROMOTIONAL ACCESS >$100 | MISC. (Explain on Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/22/01 | | | | | | | | | | | | | | | | | |
| 07/23/01 | hou/hou | 70.0 | | | | 9.00 | | | | | | | | 43.80 | | | 52.80 |
| 07/24/01 | hou/hou | 80.0 | | | | 12.00 | | | | | | | | 87.16 | 107.48 | | 206.64 |
| 07/25/01 | hou/conroe | 130.0 | | | | 8.00 | | | | | | | 633.07 | | 215.80 | | 856.87 |
| 07/26/01 | hou/hou | 60.0 | | | | | | | | | | | | | | | |
| 07/27/01 | vacation | | | | | | | | | | | | | | | | |
| 07/28/01 | | | | | | | | | | | | | | | | | |
| PLUS OR MINUS ADJUSTMENTS | | | | | | | | | | | | | | | | | |
| 112499 05 drm | FIELD # | | 10 | 11 | 12 | 63 | 13 | 15 | 16 | 17 | 18 | 19 | 60 | 61 | 62 | 64 | |
| | AMOUNT | | | | | 29.00 | | | | | | | 633.07 | 130.96 | 323.28 | | 1,116.31 |

| COMPANY CAR ONLY | |
|---|---|
| VEHICLE NO. | 212164 |
| BEGINNING ODOMETER | 4040.0 |
| ENDING ODOMETER | 4380.0 |
| TOTAL MILES | 340.0 |
| TOTAL BUSINESS MILES | 340.0 |
| *TOTAL PERSONAL MILES | |

*Calculate Personal Mileage Charge Back in Box #997 at Right

| FIELD # | 40 |
|---|---|
| QUANTITY | No. of Gallons |

**IMPORTANT**

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursements.

| | FIELD # | TOTAL |
|---|---|---|
| Minus Personal Mileage Charge | 997 | |
| Due Company | 87 | |
| Due Employee | 820 | 1,116.31 |

SIGNATURE: C Kopecky DATE MM/DD/YY: 8/6/01

APPROVED BY: Tony Sicilia DATE MM/DD/YY: 10-18-01

39657000 02

| NOTICE TO USER | CALL DATE | CONFIRMATION # |
|---|---|---|
| Traveletter Authorization issued to the Drawer by Gelco Information Network, Inc. P.O. Box 44600, Eden Prairie, Minnesota 55344-2600 | 08/06/01 | 89797680 |

12-17-01

COPY SENT
NOV 20 2001
TO GELCO

Accounting Copy

Original Document of Gelco Information Network

EEOC000634

## BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 07/25/01 | textbook for heather heller, PharmD | | | 149.33 |
| 07/25/01 | textbook for ana vann,pharmD | | | 160.16 |

## FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 07/24/01 | Lunch Inservices for Park Plaza inpatient pharmacy staff | 109.46 |
| 07/23/01 | lunch inservices for Drs Round and Omessi and staff | 43.80 |
| 07/24/01 | dinner with Dr Boyd to discuss Retavase | 87.16 |
| 07/25/01 | Lunch with Methodist Pharmacy Admin - ana vann, heather heller | 215.80 |
| 07/25/01 | textbook for Judy Ikwuagwu, PharmD | 161.29 |
| | textbook for Thuy Nguyen, PharmD | 162.32 |

## MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |

JASONS DELI
HOUSTON, TX
14219403880000 01
JUL 24, APPROVAL
192859

***************1001
AMEX ******

(1)

SALE
ROC # TERMINAL #
239719 24006618

FOOD AND BEVERAGE

BASE AMOUNT $99.48
TIP AMOUNT 10.00
TOTAL $109.48

X

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)
TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

---

ST. LUKE'S
Episcopal Hospital

PAID

PARKING RECEIPT

PAID $19.00

DATE 7/24/01

(3)

PS 0831 2/89

---

License # (4)

13-130 7388

PARKING RECEIPT

Date 7-25-01 Paid 4-

To

Ampco System Parking

---

AMPCO SYSTEM PARKING

(2)

DAILY PARKING RECEIPT

DATE 7/23

AMOUNT $ 9.00 Tax included

SIGNED

300 Milam, Suite 100, Houston, Texas 77002-1619

PIZZA HUT #[illegible]
2150 W HOLCOMBE BLVD
HOUSTON TX 7703[illegible]

Phone Order

[illegible]

$ 42.98

5.00
==========
43.98

I agree to pay above total amount according to card issuer agreement (Merchant agreement if credit voucher)

Signature: Candice Kopecky

Top copy-Customer; Bottom copy-Merchant

THE BEST PIZZA!
[illegible]

HARRIS COUNTY
HOSPITAL
DISTRICT

(3)

01JUL24 16:45 001 011
01JUL24 15:40 001
/ 1:05 #151641
BTaub $3.00
TOTAL $3.00
CASH $3.00

DRIVE
CAREFULLY

JAPON JAPANESE RESTAURANT

(6)

Date: 7/24/01 Time: 19:45

Status: APPROVED

Type: American Express Card Read: Swipe
Card Number: 371384090561001
Expiration Date: 8/31/03

Server ID: 235 Server Name: emilio
s
Check Number: 93725 Tab Number: 6
Profit Center: Bar Sales
Person: 1
Card Owner: KOPECKY/C
AMOUNT 76.16

11.00

TOTAL 87.16

Approval: 5920

EEOC000637

FOGO DE CHAO
8250 Westhaimer Rd.
Houston, TX 77063
713-978 6500

Server: pool 07/25/2001
Table 28/1 12:42 PM
Guests: 6

**#10007**

| Item | Amount |
|---|---|
| #1 Lunch (6 @24.50) | 147.00 |
| #22 Btl Diet Coke (5 @2.55) | 12.75 |
| #10 Iced Tea (3 @2.15) | 6.45 |
| #60 Papaya Crm | 6.75 |
| #70 Tres Leches | 5.75 |
| #69 Creme Br | 4.75 |
| #66 Pudding | 4.75 |
| #64 Key Lemon Pie | 4.75 |
| #318 Mousse Cake | 4.75 |
| #12 Coffee | 1.65 |

21 Items

| | |
|---|---|
| Sub Total | 199.35 |
| Tax | 16.45 |
| Total | 215.80 |

**Balance Due 215.80**

LUNCH SPECIAL
Monday thru Friday

---

MAJORS BOOKS
7205 FANNIN STREET
HOUSTON, TEXAS 77030
713-799-9922 PHONE 713-799-1522 FAX
MON - FRI 8:30-6:00 SAT 8:30-5:00

| QTY | PRODUCT | DEPT | PRICE |
|---|---|---|---|
| 1 # | 0-07-065351-8 EMERG MED COMPREH SG | 102100 | 149.00 |

| | | |
|---|---|---|
| | TOTAL SALE | $149.00 |
| # | SALES TAX | $12.29 |
| 60015 | NET SALE | $161.29 |

1 AMERICAN EXPRESS $161.29
CARD NUMBER 371384090561001 08/03

** CUSTOMER COPY *** CUSTOMER COPY **

00001 02-003 LTM 7/25/01 1:37 PM
THANK YOU FOR SHOPPING AT MAJORS

EXCHANGES/RETURNS IN 10 DAYS W/ RECEIP
REVIEW & PROMOTIONAL ITEMS, SALE BOOK
& NON-BOOK ITEMS ARE NOT RETURNABLE

---

MAJORS BOOKS
7205 FANNIN STREET
HOUSTON, TEXAS 77030
713-799-9922 PHONE 713-799-1522 FAX
MON - FRI 8:30-6:00 SAT 8:30-5:00

| QTY | PRODUCT | DEPT | PRICE |
|---|---|---|---|
| 1 # | 0-7817-2359-0 WASHINGTON MNL MED T | 108100 | 39.95 |
| 1 # | 0-683-30352-x PRINCIPLES OF AMBULA | 103500 | 110.00 |

| | | |
|---|---|---|
| | TOTAL SALE | $149.95 |
| # | SALES TAX | $12.37 |
| 60012 | NET SALE | $162.32 |

2 AMERICAN EXPRESS $162.32
CARD NUMBER 371384090561001 08/03
KOPECKY/C

** CUSTOMER COPY *** CUSTOMER COPY **

00001 02-003 LTM 7/25/01 1:29 PM
THANK YOU FOR SHOPPING AT MAJORS

EEOC000638

(2)

MAJORS BOOKS
7205 FANNIN STREET
HOUSTON, TEXAS 77030
713-799-9922 PHONE 713-799-1522 FAX
MON - FRI 8:30-6:00 SAT 8:30-5:00

| QTY | PRODUCT | DEPT | PRICE |
|---|---|---|---|
| 1 # | 0-683-30387-2 | 107500 | 110.00 |
| | ELLENHORN'S MEDICAL | | |
| 1 # | 0-323-00812-7 | 105600 | 37.95 |
| | HARRIET LANE HB | | |

TOTAL SALE $147.95
\# SALES TAX $12.21
60014 NET SALE $160.16

2 AMERICAN EXPRESS $160.16
CARD NUMBER 371384090561001 08/03
KOPECKY/C

** CUSTOMER COPY *** CUSTOMER COPY **

00001 02-003 LTM 7/25/01 1:33 PM
THANK YOU FOR SHOPPING AT MAJORS

EXCHANGES/RETURNS IN 10 DAYS W/ RECEIP
REVIEW & PROMOTIONAL ITEMS, SALE BOOK
& NON-BOOK ITEMS ARE NOT RETURNABLE

(8)

MAJORS BOOKS
7205 FANNIN STREET
HOUSTON, TEXAS 77030
713-799-9922 PHONE 713-799-1522 FAX
MON - FRI 8:30-6:00 SAT 8:30-5:00

| QTY | PRODUCT | DEPT | PRICE |
|---|---|---|---|
| 1 # | 0-915486-15-6 | 105800 | 70.00 |
| | APPLIED PHARMACOKINE | | |
| 1 # | 0-7216-8677-x | 105300 | 67.95 |
| | TB MEDICAL PHYSIOLOG | | |

TOTAL SALE $137.95
\# SALES TAX $11.38
60013 NET SALE $149.33

2 AMERICAN EXPRESS $149.33
CARD NUMBER 371384090561001 08/03
KOPECKY/C

** CUSTOMER COPY *** CUSTOMER COPY **

00001 02-003 LTM 7/25/01 1:31 PM
THANK YOU F

EXCHANGES/RETUR
REVIEW & PROMO
& NON-BOOK IT

EEOC000639