EEOC000615

Original Document of Gelco/Informational Network

E-FILED
Monday, 04 April, 2005 10:21:25 AM
Clerk, U.S. District Court, ILCD

3:02-cv-03354-RM-CHE   # 76-4   Page 1 of 22

# Centocor

## SALES FORCE EXPENSE REPORT

**NAME:** Caroline Kopecky
**DEPARTMENT:** 490
**DISTRICT:**

**EXPENSE REPORT NO. 7015087**
**PERIOD ENDING MM/DD/YY:** 08/04/01

| DATE MM/DD/YY | ORIGIN / DESTINATION / PURPOSE | COMPANY CAR ONLY BUSINESS MILES | FIELD # 10 AIR / RAIL / BUS | 11 LODGING | 12 TAXI, LIMO, AUTO RENTAL | 83 PARKING / TOLLS | 13 BUSINESS MEALS (Explain on Detail) | 16 PHONE / FAX | 14 OFFICE SUPPLIES & COPIES | 17 POSTAGE | 18 AUTO FUEL | 19 | 80 | FIELD # PROMOTION (Explain on Detail) PROMOTIONAL PROGRAMS | 81 PROMOTIONAL ACCESS <\$100 | MISC. (Explain on Detail) PROMOTIONAL ACCESS >\$100 | 82 | 84 | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/29/01 | hou/hou (SA) | 70.0 | 182.40 | | 142.75 | 13.00 | | | | | | | 10.45 | | | | | 244.73 |
| 07/30/01 | hou/hou (SA) | 70.0 | | | | | | | 3.67 | | | | | 55.83 | 102.72 | | | 304.77 |
| 07/31/01 | hou/hou (corpus) | | | | | | | | 12.39 | | | | | | | | | 12.39 |
| 08/01/01 | hou/hou | 80.0 | 314.94 | | 4.00 | | | | | | | | | | | | | 512.15 |
| 08/02/01 | hou/hou (new orleans) | 70.0 | | 166.80 | | 6.41 | | | | | | | | | | | | 78.94 |
| 08/03/01 | hou/galveston | 140.0 | | | 55.69 | 13.00 | | 38.88 | | | | | | | | | | |
| 08/04/01 | | | | | | | | | | | | | | | | | | |
| PLUS OR MINUS ADJUSTMENTS | | | | | | | | | | | | | | | | | | |
| 1246/05.00m | | | AMOUNT 487.34 | 166.80 | 198.44 | 25.00 | 8.41 | 54.13 | 16.06 | | | | | 66.08 | 102.72 | | | 1,152.96 |

**COMPANY CAR ONLY**

| VEHICLE NO. | 212184 |
|---|---|
| BEGINNING ODOMETER | 4390.0 |
| ENDING ODOMETER | 4820.0 |
| TOTAL MILES | 440.0 |
| TOTAL BUSINESS MILES | 430.0 |
| *TOTAL PERSONAL MILES | 10.0 |

*Calculate Personal Mileage Charge Back in Box #987 at Right

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursements.

**SIGNATURE**
**APPROVED BY**

**DATE MM/DD/YY:** 8/10/01
**DATE MM/DD/YY:** 10/18.01

NOTICE TO USER:
Translation or Authorization must be sent via U.S. Postal Service to
Gelco Information Network, Inc. P.O. Box
44003, Eden Prairie, Minnesota 55344-2400

| | | FIELD # |
|---|---|---|
| Minus Personal Mileage Charge* | 10.0 | 987 |
| Due Company | | 87 |
| Due Employee | | 820 |
| | **TOTAL** | 1,152.96 |

398670000 02

**CALL DATE:** 08/06/01
**CONFIRMATION #:** 89789893

COPY SENT
DEC 17 2001
TO GELCO

tabbies®
EXHIBIT

ACCOUNTING COPY

## BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 08/03/01 | Tony siciliano and myself | McDonalds | lunch meeting | 8.41 |

## FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 07/30/01 | Inservice refreshments for Dr toombs and staff - on microcatheters | 10.45 |
| 07/31/01 | lunch /inservice for thrombosis clinic with dr muntz  on Retavase | 102.72 |
| 07/31/01 | dinner meeting with Johnnie Leonard to discuss Retavase in Meth Prxix | 55.63 |

## MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |

Original Document of GelcoInformationNetwork

1124/99 05 dmm

ACCOUNTING COP*

396570000 02

EEOC000628

EEOC000618



## Corporate Services

**Route 1 North & Aaron Road - North Brunswick, NJ 08906-6598**
**Phone: (888) 565-8728 / Fax: (732) 422-5871**

**Account Name**
CENTOCOR, INC.
CAROLINE KOPECKY
6632 WANITA PL.
HOUSTON, TX. 77007

Travel arrangements
prepared exclusively for:



Billing Code:

**Caroline Kopecky**

| CPN / Ticket# / CKDID : 0/0057040474396/3 | Electronic : | Yes | Ticket Base Fare: | 161.77 |
| Invoice: 0145526 | | | Ticket Tax Fare: | 20.63 |
| Ticket Date: 7/30/01 | | | Total Ticket Amount: | 182.40 |

### Monday · July 30, 2001

| CONTINENTAL AIR | Flight | 1642 | COACH - Class | MD Super 80 | **CONFIRMED** |

From: **HOUSTON/GEO BSH**  DEPARTING AT 3:30 PM
To: **SAN ANTONIO**  ARRIVING AT 4:24 PM
No Meal Service  Flight time: 00:54  191 Miles
Departure Terminal: TERMINAL C
Arrival Terminal: TERMINAL 2

HERTZ CAR RENTAL SAN ANTONIO
68.99 USD UN
UNLIMITED FREE MILEAGE
Car reserved for: Kopecky
Confirmation #: B534 1FEC6890GOLD-
34.49 USD Per Extra Hour
Drop Off: CRP
Reserved: 7/30/01 Through 7/31/01, 1 Day
Pick Up Time : 04:24 PM
Car Size: INTERMEDIATE Car Category: 2-OR 4-DOOR Transmission: AUTOMATIC Air Conditioning: YES
Airline Membership Number : COPW697838
Membership Number : 3165875
Special Info: BA-0486ADURAN

### Tuesday · July 31, 2001

| CONTINENTAL AIR | Flight | 3788 | COACH - Class | ER3 | Seat : 14B |

OPERATED BY EXPRESSJET AIRLINES, INC DBA CO EXPRESS
OPERATED BY EXPRESSJET AIRLINES, INC DBA CO EXPRESS
From: **CORPUS CHRIST**  DEPARTING AT 1:35 PM
To: **HOUSTON/GEO BSH**  ARRIVING AT 2:43 PM
No Meal Service  Flight time: 01:08  201 Miles
Arrival Terminal: TERMINAL B

### Sunday · January 27, 2002

//// THANK YOU FOR USING THE CORPORATE TRAVEL DEPARTMENT -

Total Airfare : 182.40
Airfare charged to American Express

THE FRENCH HOUSE
5901 Y WESTHEIMER
HOUSTON, TX 77057

TERMINAL I.D.: 096400
MERCHANT # : 02950202

MC
5424180257624640
SALE 05/04
BATCH: 000496 INVOICE: 126260
DATE: JUL 30, 01
AUTH NO: 343881

(3)

BASE $10.45

TIP

TOTAL 10.45

CAROLINE KOPECKY
X

I AGREE TO PAY ABOVE TOTAL
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT)

---

CUSTOMER COPY

JIMMY WOK
2248 W HOLCOMBE
HOUSTON, TX 77030
TERMINAL I.D. 00981690
MERCHANT 000227584277999

AMEX
371384090561001
EXP DATE 08/03
SALE
0000000004
JUL 31, 01 19:12
003 AUTH CODE 863340

BASE $85.60
TIP 17.12
TOTAL 102.72
15%=$12.84 20%=$17.12

(4)

PURCHASER SIGN HERE
X

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the issuer.

---

(5)

DIVINO ITALIAN REST
1830 WEST ALABAMA
HOUSTON, TX. 77098
(713)807-1123

C O P Y
07/31/2001 22:09
Sale:

Transaction # 2
Card Type: AMEX
Acc: 371384090561001
Exp. Date: 0803
Entry: Swiped
Srvr # 15
Bse Amt: 47.63

Tip Amount 8.00

Total Amt: 55.63

51

---

(6)

New South Parking

Bush Intercontinental Airport
P.O. Box 60751
Houston TX 77205

Fee Computer Number: 5
Cashier: Tiffiany ID #156
Transaction Number: 48
Entered: 07/30/01 14:56
Exited: 07/31/01 14:57
Ticket #66823 Dispenser #33
Rate: C East Daily
Total Fee: [redacted]
Cash: $20.00
Change: $7.00

EEOC000619

Hertz

RENTAL: 07-30-01 1000 SAN ANTONIO INT'L A/P 0162011
RETURN: 07-31-01 1331 CORPUS CHRISTI 9585110

DAYS 1 $ 68.99

KOPECKY CAROLINE #1: 031653075 CDP: 0000036796

MAR JEAN TEXAS, INC.
Hertz System Licensee FT: CD PW697036 HG:

OWN/VEH: 01694/1868405 01 GR CHEROKEE 4XN LIC: TX M82SJW VEH CLASS: L

LDW INCLUDED IN RATE
PAI,PEC DECLINED AT $4.95 PER DAY
LIS DECLINED AT $6.63 PER DAY
FPO DECLINED FUEL & SVC APPLIED
$4.28 GL TK CAP: 25.5
FUEL OUT: FULL FUEL IN: 2/8

MILEAGE IN: 1210
MILEAGE OUT: 991

TOTAL MILES DRIVEN: 219
MILES ALLOWED:
MILES CHARGED: 219

ADDITIONAL CHARGES:

PLAN IN: ICXA $68.99 / DAY
PLAN OUT: ICXA
RATE CLASS: C $34.49 / EX HOUR

| | | |
|---|---|---|
| SUB TOTAL | $ | 68.99 |
| CON.FEE RECOVERY | $ | 7.65 |
| FUEL & SVC (NT) | $ | 54.61 |
| TAXABLE TOTAL | $ | 76.64 |
| TAX .06250 | $ | 11.50 |
| TOTAL CHARGES | $ | 142.75 |
| NET DUE | $ | 142.75 |
| CHARGED ON: AMX | $ | 142.75 |

RENTAL FORM OF PAYMENT: AMX XX1304098561XXX 0003 CC APP $129.00/142631
RETURN FORM OF PAYMENT: AMX XX1304098561XXX 0003 CC APP $129.00/142631

COMMERCIAL CONTRACT AND/OR GOVERNMENT RENTALS WILL EARN ONE (1) MILE PER DOLLAR SPENT AND ALL OTHER QUALIFYING RENTALS WILL EARN TWO (2) MILES PER DOLLAR SPENT. MILEAGE WILL NOT BE AWARDED ON TAXES, FUEL OR FEES.

1

T H A N K  Y O U  F O R  R E N T I N G  F R O M  H E R T Z

RESERVATION INFORMATION: 0334IFEC6A0 / ICXA
PREPARED BY: 1505 COMPLETED BY: M477
STATEMENT OF CHARGES - NOT VALID FOR RENTAL

RENTAL RECORD 5 1 0 7 4 8 1 8 5

3:02-cv-03354-RM-CHE # 76-4 Page 5 of 22

(8)

Kinko's (713) 521-9465
2455 Rice Boulevard
Houston, TX 77005

Sold To: JOHNSON & JOHNSON CENTOCOR
Acct. #: 0000451631 0211
Ref:

| QTY/LIST | DISC | PRICE | AMOUNT |
|---|---|---|---|
| 129 | ES B&W 8/S WHITE STD | | |
| 0.09 | 0.03 | 0.05 | 11.45 |

| | | | | | |
|---|---|---|---|---|---|
| VDISC | 15.00 | | | | 0.00 |
| SUB | 11.45 | TX | 0.94 | TOT | 12.39 |
| | | | | CASH | 20.40 |
| | | | | CHG | 8.01 |

TOTAL DISCOUNT: $6.87

CW 255 TR 1407088 RG 2 08/01/01 10:09
Visit us @ http://www.kinkos.com

(9)

RADIOSHACK 01-8289
Braeswood Shopping Center
2240 W Holcombe Blvd
Houston, TX 77030-0000
(713) 665-7491

Order: **193891** 08/01/2001 04:58P 002 I R

| | | |
|---|---|---|
| 2300877 PK4 ALK AAA | 1 | 3.39 |
| Subtotal | | 3.39 |
| Tax 8.2500% | | 0.28 |
| Total | | 3.67 |
| Cash | | 4.02 |
| Change Due | | 0.35 |

TATSUYA OHYAMA
7530 BROMPTON
HOUSTON, TX 77025

Sales and ret[illegible] ns and
conditions id[illegible]

(10)

(11)

Mc[illegible]ald's Corporation
Thank yo[illegible] eating at McDonald's

THANK YOU
[illegible]RIA TEL# 2814847113
[illegible]02 S#1 Aug.03'01(Fri)12:13

[illegible]r #209 0 60

[illegible]EESEBURGER
[illegible]ARGE FRY
[illegible]ATER BOTTLE
CHOCO

[illegible]

6.[illegible]

[illegible]ENDERE[illegible] 6.45
0.04

EEOC000621

3:02-cv-03354-RM-CHE # 76-4 Page 6 of 22

EEOC000623



Ace Park & Ride

7783 Airport Blvd. • Houston, TX 77061

DATE: *August 3, 2021*

AMOUNT $ 6.00

"*Thank You*"

(13)

---

# AVIS®
## We try harder®

### TRANSACTION RECORD

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|

595904783  2167686  E
KOPECKY,CAROLINE
WIZ= R3T09M  AWD= B4533OO
CV  CAXXXXXXXXXXXI001
FTN# CO/PW697838          2D
OUT MSY 02AUG01/1505 MI-25557
IN  MSY 03AUG01/0928 MI-2555?
MI@          .00=
18 HR@ 44.00=
DY@ 44.00=
MINIMUM CHARGE  = 44.00
DISCOUNT  .0 =
ONE WAY FEE/MISC-
* 11.11% FEE     = 4.90
LDW       =
7.5% TX FF MI    = .06
TAXABLE SUBTOT = 48.96
TAX 10.750%    = 5.26
3% EXCISE TAX  = 1.47
FUEL SERVICE
TOTAL CHARGES  = 55.69
*CONCESSION/RECOVERY FEE

(14)

* Please check your car for personal effects. *

Thank you for renting from Avis.
We value your business. Have a safe trip.

---

University of Texas Medical Branch
Galveston, TX.

(13)

SAKAGE 2 SITE ID 1 CASHIER C-1

| TICKET | 000013 | 8/ 3/01 14:02 |
|---|---|---|

ARRIVE      12:54
PARKING FEE      $  3.00
AMOUNT PAID      $  3.00
CHANGE      $  0.00

Thanks for choosing University of Texas
Medical Branch, Galveston, TX.

**AMERICAN EXPRESS**

# Corporate Services

Route 1 North & Aaron Road - North Brunswick, NJ 08906-6598
**Phone: (888) 565-8728 / Fax: (732) 422-5871**

| | |
|---|---|
| Generated on : 7/31/01 @ 02:38 PM | Record Locator: IDKSBU |
| | Agent ID: 55 |
| | Page: 1 |

Account Name
**CENTOCOR, INC.**
CAROLINE KOPECKY
6632 WANITA PL.
HOUSTON, TX. 77007

Travel arrangements
prepared exclusively for:

Billing Code:

| Caroline Kopecky | | | |
|---|---|---|---|
| CPN / Ticket# / CKDIG : 0/0057093370558/2 | Electronic : Yes | Ticket Base Fare: | 285.06 |
| Invoice: 0140491 | | Ticket Tax Fare: | 29.88 |
| Ticket Date: 7/24/01 | | Total Ticket Amount: | 314.94 |



---

**Tuesday**     July 31, 2001

TICKET NUMBER 2767267674    FARE 216.50 WAS CHARGED TO AMERICAN EXPRESS

---

**Thursday**     August 2, 2001

**SOUTHWEST AIRLINES**    Flight   23   COACH - Class   Boeing 737   No Meal Service   Flight time: 01:05   **CONFIRMED**
From: HOUSTON/HOBBY   DEPARTING AT 1:15 PM
To: NEW ORLEANS   ARRIVING AT 2:20 PM    303 Miles

**AVIS CAR RENTAL NEW ORLEANS**
44.00 USD UN
UNLIMITED FREE MILEAGE
Confirmation #: 30069476US3PEXP-
14.67 USD Per Extra Hour
44.00 USD Per Extra Day
Reserved: 8/2/01 Through 8/3/01, 1 Day
Pick Up Time: 0220 PM
Car Size: INTERMEDIATE Car Category: 2-OR 4-DOOR Transmission: AUTOMATIC Air Conditioning: YES
Drop Off Time: 10:00 AM

**RITZ CARLTON HOTELS**
Membership Number: R3T 09M
Airline Membership Number: COPW697838
Room reserved for: -Kopecky
RITZ-CARLTON NEW ORLEANS   Check in: 8/2/01, Check out: 8/3/01, 1 Night
921 CANAL STREET   Rate per Night: 165.00 USD
NEW ORLEANS LA 70112   Confirmation #: 816445371-
Special Info: NSRM KING
Phone #: 504-524-1331
Fax #: 504-524-7675
Late Arrival Guarantee - Credit Card

---

**Friday**     August 3, 2001

**SOUTHWEST AIRLINES**    Flight   604   COACH - Class   Boeing 737   No Meal Service   Flight time: 01:00   **CONFIRMED**
From: NEW ORLEANS   DEPARTING AT 10:00 AM
To: HOUSTON/HOBBY   ARRIVING AT 11:00 AM    303 Miles

---

**Wednesday**     January 30, 2002

////THANK YOU FOR USING THE CORPORATE TRAVEL DEPARTMENT

Total Airfare : 314.94
Airfare charged to American Express

**Account Number**
713-864-2155-550-9
July 09, 2001

**Call Charges**
(Continued)

| Item | Date | Time | Place Called | | Area | Number | Rate* | Min | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 9 | 05/29 | 10:56AM | KILLINGWTH | CT | 860 | 668-4060 | DC | 4:00 | .24 |
| 10 | 05/29 | 11:14AM | KILLINGWTH | CT | 860 | 668-4060 | DC | 18:00 | .18 |
| 11 | 05/29 | 11:18AM | SANANTONIO | TX | 210 | 921-5699 | DC | 18:00 | .78 |
| 12 | 05/29 | 11:48AM | C CHRISTI | TX | 361 | 881-3810 | DC | 6:00 | .36 |
| 13 | 05/29 | 06:09PM | SANANTONIO | TX | 210 | 822-2153 | DC | 3:00 | .18 |
| 14 | 05/30 | 08:39AM | GALVESTON | TX | 409 | 772-1825 | DC | 10:01 | .06 |
| 15 | 06/06 | 10:08PM | CLEARWATER | FL | 727 | 781-9050 | DC | 2:00 | .12 |
| 16 | 06/10 | 05:30PM | GRANDPRARI | TX | 214 | 906-9898 | DC | 2:00 | .12 |
| 17 | 06/11 | 08:51AM | NEWORLEANS | LA | 504 | 988-6549 | DC | 12:00 | .72 |
| 18 | 06/11 | 10:04AM | NEWORLEANS | LA | 504 | 586-5822 | DC | 3:00 | .18 |
| 19 | 06/11 | 10:09AM | BATONROUGE | LA | 225 | 907-7329 | DC | 1:00 | .06 |
| 20 | 06/11 | 01:40PM | BABCOCK | TX | 210 | 690-3354 | DC | 4:00 | .24 |
| 21 | 06/11 | 01:44PM | MEDICALCTR | TX | 210 | 575-8117 | DC | 2:00 | .12 |
| 22 | 06/11 | 09:30PM | NEW YORK | NY | 212 | 227-0083 | DC | 54:00 | 3.24 |
| 23 | 06/11 | 08:47AM | MEDICALCTR | TX | 210 | 575-8117 | DC | 4:00 | .24 |
| 24 | 06/12 | 02:21PM | NEWORLEANS | LA | 504 | 842-2246 | DC | 1:00 | .06 |
| 25 | 06/12 | 02:23PM | FORT WORTH | TX | 817 | 923-9677 | DC | 4:00 | .24 |
| 26 | 06/12 | 02:27PM | NEWORLEANS | LA | 504 | 423-6381 | DC | 1:00 | .06 |
| 27 | 06/12 | 02:30PM | FORT WORTH | TX | 817 | 923-9677 | DC | 3:00 | .18 |
| 28 | 06/12 | 04:07PM | GALVESTON | TX | 409 | 765-9544 | DC | 1:00 | .06 |
| 29 | 06/12 | 10:08PM | SANANTONIO | TX | 210 | 220-7920 | DC | 1:00 | .06 |

| | | |
|---|---|---|
| Total Domestic Calls for | 713-864-2155 | 8.04 |
| Total Calls for | 713-864-2155 | 8.04 |
| **Total Call Charges** | | **8.04** |

**Surcharges**

| | Description | |
|---|---|---|
| 30 | Universal Service Fund – Federal | .35 |
| 31 | TX 911 Surcharge | .01 |
| 32 | TX Poison Control Surcharge | .01 |
| 33 | TX Telecom Infrastructure Fund Assessment | .11 |
| 34 | TX USF Charge (3.6%) | .30 |
| | **Total Surcharges** | **.78** |

***Advertisements are paid for by SWBell
Long Distance, an affiliate of Southwestern Bell.

SWBell Long Distance
Billing Questions:
1-888-671-0514

Phone bill $ 13.25 

$ 4.03

PAGE 1 OF 1.

**SKYTEL**
*A WorldCom Company*
3450 HWY 80 West
Jackson, MS 39209

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 07/28/2001 | 01H2566219 |

| ACCOUNT NUMBER | TOTAL DUE |
|---|---|
| 2566219 | 38.88CR |

| DUE DATE | AMOUNT PAID |
|---|---|
| NET 30 | DO NOT PAY |

01 2566219 7 000000000 0 4

P1P 500 PS 103,339 103,339

CENTOCOR
CAROLIN KOPECKY
6632 WANITA PL
HOUSTON, TX 77007-2035

REMIT TO: SKYTEL
PO BOX 740577
ATLANTA, GA 30374-0577

*PLEASE DETACH AND RETURN ABOVE WITH REMITTANCE IN ENCLOSED ENVELOPE*

USAGE CHARGES FROM 06/25/2001 TO 07/25/2001

EFFECTIVE AUGUST 1, 2001, SKYTEL WILL CHARGE FOR SHIPPING ON ALL EQUIPMENT EXCHANGES AND UPGRADES. THE CHARGE FOR UNITS SHIPPED VIA FEDEX 2-DAY SERVICE (ECONOMY) IS $5.95.

| DATE | DESCRIPTION | QTY | PIN | SERVICE CODE | MONTHLY CHARGES | OTHER CHARGES | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|
| | BEGINNING BALANCE | | | | | | 25. |
| 07/24/2001 | CREDIT CARD PAYMENT **THANK YOU** | | | | | | 25. |
| | CURRENT CHARGES: | | | | | | |
| 08/01/2001 | SKYTEL TWO-WAY<br>CAROLINE KOPECKY | | 8773839834 | | 35.43 | | 35. |
| | 2-WAY PERSONAL 800 SERVICE | | | | 2.95 | | 2. |
| 07/25/2001 | COUPON PROMOTION #PF052197 | | | | | 80.00- | 80. |
| | LOCAL TAX CR | | | | | | . |
| | LOCAL TAX | | | | | | . |
| | STATE TAX | | | | | | 2. |
| | UNIVERSAL SERVICE FUND FEE | | | | | | . |

1

SKYTEL
PO BOX 740577
ATLANTA, GA 30374-0577

FEDERAL TAX ID: 64-0848625

**24 HOUR CUSTOMER SERVICE: 1-800-759-8737**

SKY 10/00

| CURRENT | OVER 30 | OVER 60 | OVER 90 | |
|---|---|---|---|---|
| 38.88- | .00 | .00 | .00 | 38. |

| INVOICE DATE | INVOICE NO. | ACCOUNT NO. | TOTAL DUE |
|---|---|---|---|
| 07/28/2001 | 01H2566219 | 2566219 | |

EEOC000617

3:02-cv-03354-RM-CHE # 76-4 Page 10 of 22

EEOC000625

# Southwestern Bell Ⓑ

**Account Number**
713-864-2155-550-9

**Monthly Service**
July 09, 2001

| Monthly Service Itemization | Qty | Description | Amount |
|---|---|---|---|
| | | For **713-864-2155** | |
| | 1 | SWBell Phone Solution | 39.95 |
| | | Basic Local Service - Residence Line | |
| | | InLine® Repair Plan or ADD ON InLine® Plus Repair Plan | |
| | | Message Waiting Indicator | |
| | | Call Forward-Busy Line/Don't Answer | |
| | | Touchtone | |
| | | The WORKS® Discount Package | |
| | | Package Discount Price for Call Waiting ID | |
| | | CallNotes® Plus Voice Mail by SWBell Messaging Svcs | |
| | | For **713-864-2155** | |
| | 1 | Basic Local Service - Residence Line | 11.05 |
| | 1 | Touchtone | .18 |
| | | Basic Local Service + Optional Local Service Features.......... | 51.18 |

**Other Charges**

| | Item Explanation | From | To | Amount |
|---|---|---|---|---|
| 1 | Rate changed on Jul 03 | | | |
| | - 1 Federal Universal Service Fee | .38 | .51 | .51 |
| | - 1 FCC Approved Customer Line Charge | 4.35 | 5.00 | 5.00 |
| | - 1 Federal Universal Service Fee | .38 | .51 | .51 |
| | - 1 FCC Approved Customer Line Charge | 6.07 | 5.01 | 5.01 |
| | Monthly Rate | 11.18 | 11.03 | 11.03 |
| | Credit for change in rates from Jul 03 thru Jul 08 ............. | | | .02cr |

▶ **SWBell Telephone Total Other Charges (before taxes)** .......... .02cr

**For Your Information**

**SAVE WITH LIFELINE**

Customers with an income level at or below 125% of the federal poverty level or on one or more of the following programs are qualified to receive Lifeline service: Food Stamps, Low Income Home Energy Assistance Program (LIHEAP), Medicaid, Supplemental Security Income (SSI), or Federal Public Housing Assistance (FPHA) - Section B. Lifeline provides a discount of up to $7.00 on local telephone service plus a waiver of the monthly customer line charge. Please call 1-800-244-5188 for more information.

**AHORRE CON LIFELINE**

LOS CLIENTES CON INGRESOS EQUIVALENTES AL 125% O MENOR DEL NIVEL DE POBREZA FEDERAL, O QUE RECIBAN ASISTENCIA DE UNO O MAS DE LOS SIGUIENTES PROGRAMAS, CALIFICAN PARA OBTENER EL SERVICIO TELEFONICO LIFELINE: PROGRAMAS DE ESTAMPILLAS DE COMIDA, PROGRAMA DE CLIMATIZACION/PROGRAMA DE ASISTENCIA COMPRENSIVA DE ENERGIA (LIHEAP), MEDICAID, SEGURIDAD DE INGRESO SUPLEMENTARIO (SSI), O VIVIENDA FEDERAL (FPHA) - SECCION OCHO. LIFELINE OFRECE UN DESCUENTO MENSUAL DE HASTA $7.00 EN SU SERVICIO TELEFONICO LOCAL Y NO APLICA EL CARGO MENSUAL POR USO DE LINEA. PARA MAS INFORMACION LLAME AL 1-800-559-0050.

Effective July 3, 2001, the FCC Approved Customer Line Charge for Residential primary and single line Business customers increased. Lifeline customers will continue to receive credit for the interstate Access Charge. Your current bill reflects this change. For more information on rate changes call your Southwestern Bell Telephone representative.

SWBell Telephone
Billing Questions: 1-800-585-7928

EEOC000626

THE RITZ-CARLTON®
NEW ORLEANS

921 CANAL STREET, NEW ORLEANS, LOUISIANA 70112   (504) 524-1331   FAX: (504) 524-7675

CAROLINE KOPECKY

Room No. :  0502
Arrival :  08/02/01
Departure:  08/03/01

Confirmation #:  54295

S T A T E M E N T

The Ritz-Carlton, New Orleans, 08/02/01/01:34/ DJOHNSON/1

| Date | Reference | Charge | Credit |
|------|-----------|--------|--------|
| 08/02 | Room Charge | 165.00 | |
| 08/02 | City Room Tax - 4% | 6.60 | |
| 08/02 | State Room Tax - 8% | 13.20 | |
| 08/02 | Occupancy Tax - $2.00 | 2.00 | |
| | Total | 186.80 | |
| | Balance | 186.80 USD | |

Guest Signature: _____

# Centocor

## SALES FORCE EXPENSE REPORT

| | | |
|---|---|---|
| NAME: Caroline Kopecky | DEPARTMENT 490 | DISTRICT |

**EXPENSE REPORT NO. 7015089**

PERIOD ENDING MM/DD/YY 08/11/01

| DATE MM/DD/YY | ORIGIN / DESTINATION / PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Explain on Detail) | PHONE / FAX | OFFICE SUPPLIES COPIES | POSTAGE | AUTO FUEL | ENTERTAINMENT & MISC. (Explain on Detail) | PROMOTIONAL ACCESS #9100 | PROMOTIONAL ACCESS #4100 | MISC. (Explain on Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FIELD # | 10 | 11 | 12 | 63 | 13 | 16 | 18 | 17 | 18 | 18 | 80 | 81 | 82 | 84 | TOTAL |
| | AMOUNT | 765.00 | | 135.95 | 24.00 | | | | 37.28 | 23.51 | | 75.84 | 129.59 | 865.54 | | 2,068.77 |
| 08/05/01 | hou/hou | 50.0 | | | | | | | | | | | | | | 96.33 |
| 08/06/01 | hou/hou | 50.0 | | | 10.00 | | | | 2.58 | 8.51 | | 75.84 | 30.49 | | | 423.9 |
| 08/07/01 | hou/hou | 50.0 | | | | 4.00 | | | 11.90 | 15.00 | | | | | | 15.90 |
| 08/08/01 | hou/hou | 50.0 | | | 50.95 | 10.00 | | | 22.80 | | | | 98.10 | | | 369.91 |
| 08/09/01 | hou/hou | 90.0 | | 568.00 | | | | | | | | | | 480.03 | | 1,144.33 |
| 08/10/01 | hou/hou | 45.0 | | | 86.00 | | | | | | | | | 396.51 | | 398.51 |
| 08/11/01 | hou/hou | | | | | | | | | | | | | | | |
| PLUS OR MINUS ADJUSTMENTS | | | | | | | | | | | | | | | | |
| 11/249.05 drm | | | | | | | | | | | | | | | | |

**COMPANY CAR ONLY**

| | |
|---|---|
| VEHICLE NO. 212164 | |
| BEGINNING ODOMETER 4380.0 | |
| ENDING ODOMETER 4680.0 | |
| TOTAL MILES 300.0 | |
| TOTAL BUSINESS MILES 285.0 | |
| TOTAL PERSONAL MILES 15.0 | |

**\*Calculate Personal Mileage Charge Back in Box #887 at Right**

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity), the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursements.

| | QUANTITY | | | | FIELD # | |
|---|---|---|---|---|---|---|
| | POSTAGE FIELD # 40 | | AUTO FUEL | No. of Gallons 16.9 | | |

| | FIELD # | TOTAL |
|---|---|---|
| Minus Personal Mileage Charge 15.0 | 887 | |
| Due Company | 87 | |
| Due Employee | 820 | 2,068.77 |

| NOTICE TO USER |
|---|
| Traveletter Authorization Issued to the Driver by Gelco Information Network, Inc. P.O. Box 44620, Eden Prairie, Minnesota 55344-2600 |

| | |
|---|---|
| CALL DATE 08/13/01 | CONFIRMATION # 89861991 |

39657000.02

COPY SENT
DEC 0 4 2001
TO GELCO

...nal Document of GelcoInformationNetwork

ACCOUNTING—JPY

(1) Limits on liability for baggage include $820

## B U S I N E S S   M E A L S

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| MM/DD/YY | | | | |

## F I E L D   P R O M O T I O N   &   M I S C E L L A N E O U S

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| MM/DD/YY | | |
| 08/03/01 | new baby gifts for Drs Turley and Arai and Gloria Andrews $25.28 each | 75.84 |
| 08/03/01 | lunch with Heather Heller, Pharm D to discuss Relenza trial at Methodist | 30.49 |
| 08/07/01 | lunch with Spohn Radiology Lab- including Dr Hein, and Katragadda and staff | 99.10 |
| 08/08/01 | dinner at Broadmoor with PVD consultants meeting attendees | 490.03 |
| 08/10/01 | dinner with Drs Toombs and Fischer at PVD consultants meeting in Colorado to discuss meeting | 283.37 |
| 08/11/01 | lunch with drs Finkelstein, Fischer and toombs at PVD consult meeting in Col to discuss meeting | 113.14 |

## M I S C E L L A N E O U S   A U T O

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |

1/12/60 05 6mm

Original Document of GelcoInformationNetwork

Haute Baby - Houston
4021 Westheimer
Houston, TX 77027



Welcome to Haute Baby
our telephone number is
713-355-1537

Ticket# 28685 Cus#713-819-7630 Aug 04 01
Usr E     Rg# 1 Drt 1 Time 03:00

| Item Number | Qty | Price | Ext |
|---|---|---|---|
| 1521001 | 1 | 51.00N | 51.00 |
| Linen Rmpr 3-6M 10a/9 | | | |
| 18000099 | 1 | 8.95 | 8.95 |
| Asst. Rattle Rings | | | |
| 15020014 | 1 | 8.50 | 8.50 |
| Sweetie Pie Soap | | | |
| PK SOAP/BRT ORGANZA RIBN | | | |
| 15020003 | 1 | 5.50 | 5.50 |
| Angel Baby Soap | | | |
| PALE PK SOAP/PK ORGANZA | | | |

Subtotal            73.95
Tax                  1.89
====================
Total sale          75.84

Am Express          75.84
Card-# 371384090561001
Exp-date  0803  Auth:23

CAROLINE KOPECKY

Please come again soon
No Refunds or Exchanges on
Sale Merchandise

*(handwritten notes):*
Baby Gift
new babies
Dr Tuthy Glenn
Andrews Rt
1/2 Dr Aran
each
35.98

(3)

MEMORIAL PK TEXACO
5601 MEMORIAL DR.
HOUSTON, TX. 77087

08/06/01 11:12
STN # 42049221108

KOPECKY/C
Amex
XXXX XXXXXX 61001
AUTH# 00507998
INV # 0857854
CREDIT
PUMP#04 UNLEAD
GALLONS 6.168
@ $1.379/GAL
FUEL $8.51

TL/NOTAX $8.51
TAX PD $0.00
TOTAL $8.51

THANK YOU!!!!
COME AGAIN!!!
(713-861-7146

686 796

(4)

ST. LUKE'S
Episcopal Hospital

806

# PARKING RECEIPT

PAID 10.00

DATE 8/6

PS 0831 2/89

(5)

5029
21

NIT NOI THAI RESTAURANT
HOUSTON, TX
142049158100000 01
AUG 07, 01 APPROVAL
565076

C KOPECKY
371384090561001
AMEX 03/08

SALE 0003
ROC # TERMINAL #
011192 24006796

FOOD AND BEVERAGE

BASE AMOUNT $25.80
TIP AMOUNT 3.49
TOTAL 29.29

X C Kopecky

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)
TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

(6)

451514278998

POSTAL STATION
4212 SAN FELIPE
HOUSTON, TX 77027

TIME 11:06 AM DATE 08/0
371384090561001
EXP DATE 0308
CARD TYPE AX
TERMINAL # 860886
TRAN TYPE SALE
AUTH CODE 579857
RECORD # 012

AMOUNT $ 11.90

SIGNATURE X

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT

THANK YOU!
PLEASE COME AGAIN!

**EXXON EXPRESS PAY**

7

X

X

DLR# 4718458
RIVER OAK EXXO
HOUSTON TX
08/08/01 22:01
ACCT#
XXXXXXXXXXX1001
INV# BN57298
AUTH# 588032
PUMP# 2
REG 10.800G
SELF
PRICE/GAL $1.389
FUEL TOTAL $15.00

MDSE TOTAL $0.00
TOTAL $15.00

3
3
3

-THANK Y

8

PARK PLAZ GARAGE
REPUBLIC PARKING SVS

08/08/01 14:13 L# 1 A# 3 Txn#248868
08/08/01 12:59 In 08/08/01 14:13 Out

| | | |
|---|---|---|
| Fee .......1 | $ | 4.00 |
| Total Fee | $ | 4.00 |
| CASH PAID | $ | 4.00 |
| Cash Tender | $ | 4.00 |
| Change Due | $ | 0.00 |

THANK YOU
PLEASE COME AGAIN

MAIL BOXES ETC.
3262 WESTHIMER
HOUSTON, TX 77098

TERMINAL I.D.: [illegible]
MERCHANT # : [illegible]

AMEX
371384090561001
SALE EXP. [illegible]
BATCH: 001207 INV# 196105
DATE: AUG [illegible] TIME: 10:41
AUTH# 513374

9

TOTAL $22.[illegible]

C KOPECKY

X

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

[illegible]NK YOU

10

DATE 67-06961003801 TIME
08/09/01 1426859476 16:38

AB GARAGE-AREA 2 BOOTH 3
HOUSTON, TX
713-641-7770
281-233-1730

| | |
|---|---|
| TRAN # | AUTH |
| 755 | 530957 |

SALE

| | |
|---|---|
| ACCT. NUMBER | EXP |
| 371384090561001 | 0803 |

TOTAL $10.00

X
SIGNATURE
C KOPECKY

THANK YOU

TOP COP[illegible] MERCHANT
BOTTOM [illegible]

11

BAMBOO GARDEN ORIENTIAL
1220 AIRLINE #115
CORPUS CHRISTI, TX 784120000
(512)993-7993
1167-5556-64956
STATION #1

THU, AUG 09, 2001 11=01 AM

CREDIT CARD

| | |
|---|---|
| ACCT NO: | 371384090561001 |
| EXP DATE: | 0308 |
| TR TYPE: | PURCHASE |
| AMOUNT: | $ 99.10 |
| APP CODE: | 537996 |
| REC NO: | 002 |
| SERVER NO: | 10 |
| TICKET NUMBER: | 00000 |
| SUB TOTAL = | $ 99.10 |
| TIP = | $ |
| TOTAL = | [illegible]1.10 |

AMERICAN EXPRESS ®

# Corporate Services

**Route 1 North & Aaron Road - North Brunswick, NJ 08906-6598**
**Phone: (888) 565-8728 / Fax: (732) 422-5871**

**Account Name**
**CENTOCOR, INC.**
CAROLINE KOPECKY
6632 WANITA PL.
HOUSTON, TX. 77007

| | | |
|---|---|---|
| Travel arrangements | | |
| Prepared exclusively for: | Billing Code: | |
| **Caroline Kopecky** | | |
| CEN01490 | | |

| | | | | |
|---|---|---|---|---|
| **Caroline Kopecky** | | | Ticket Base Fare: | 166.10 |
| CPN / Ticket# / CKDIG : 0/005704308183/4 | Electronic : Yes | | Ticket Tax Fare: | 20.96 |
| Invoice : 0153986 | | | Total Ticket Amount: | 187.06 |
| Ticket Date: 8/8/01 | | | | |

---

### Thursday    August 9, 2001

**CONTINENTAL AIR**  Flight: 4137   COACH - Class   ERJ   Seat: 4B
OPERATED BY EXPRESSJET AIRLINES, INC DBA CO EXPRESS
OPERATED BY EXPRESSJET AIRLINES, INC DBA CO EXPRESS
From :   HOUSTON/GEO BSH   DEPARTING AT 9:35 AM
To :   CORPUS CHRISTI   ARRIVING AT 10:40 AM
Departure Terminal: TERMINAL B

No Meal Service    Flight time: 01:05    201 Miles

**AVIS CAR RENTAL CORPUS CHRISTI**
41.00 USD UN
UNLIMITED FREE MILEAGE
Confirmation #: 31874222US2REXP-
13.67 USD Per Extra Hour    41.00 USD Per Extra Day
Reserved: 8/9/01 Through 8/9/01, 1 Day
Pick Up Time : 10:40 AM
Car Size: INTERMEDIATE  Car Category: 2-OR 4-DOOR  Transmission: AUTOMATIC  Air Conditioning: YES
Membership Number : R3T  09M
Airline Membership Number : COPW697838

**CONTINENTAL AIR**  Flight: 3788   COACH - Class   ER3   Seat: 2A
OPERATED BY EXPRESSJET AIRLINES, INC DBA CO EXPRESS
OPERATED BY EXPRESSJET AIRLINES, INC DBA CO EXPRESS
From :   CORPUS CHRISTI   DEPARTING AT 1:35 PM
To :   HOUSTON/GEO BSH   ARRIVING AT 2:43 PM
Arrival Terminal: TERMINAL B

No Meal Service    Flight time: 01:08    201 Miles

### Tuesday    February 5, 2002

///THANK YOU FOR USING THE CORPORATE TRAVEL DEPARTMENT -

Total Airfare : 187.06

Airfare charged to American Express

4

**AVIS**

405932855

Avis System Licensee

[redacted] 08/03 P.O. BOX 4875 CORPUS CHRISTI,TX,78469,US 1147

[redacted]837814935 RENTED: 09AUG01/1125F AT: CRPS CHRTI APO TX PHONE: 361-289-0873 420451
CAR# 0 3 9 8 9 5 2 GRP C RETURN: 09AUG01/1352 AT: CRPS CHRTI APO TX RATE: ZD/C TIME: 0 DY 2 HR
DUE IN: 09AUG01/2300 AT: CRPS CHRTI APO TX MIN 1 DAY

0 MI @ .00
0 HR @ 13.67
0 DY @ 41.00
0 WK @ 246.00
0 MO @ 984.00

MI OUT:13707 MI IN: 13739
TOTAL MILES DRIVEN: 32
PLATE# TX K82ZNH FUEL OUT: 8/8
MAR CHEV MALI 4DR FUEL IN: 8/8

*******OPTIONAL SERVICES*******
*-RATE INCLUDES LDW

METHOD OF PAYMENT: AMEX 1001
DRIVERS LIC# USTXXXXXXXXXX0600
DATE OF BIRTH: 16JUN70
WIZARD# A3T09N
FREQ TRVL# CO/PW697039
AWD# B453300

LDW: 12.95/DAY DECLINED
PAI: 3.00/DAY DECLINED
PEP: 1.95/DAY DECLINED
ALI: 6.55/DAY DECLINED

| | | |
|---|---|---|
| MIN 1DY/ZD/C 32FM | + | 41.00 |
| TIME & MILEAGE | = | 41.00 |
| FUEL SERVICE: .1600/MI | | |
| 3.200/GAL | | |
| *REG/LIC FEE $1.15/DY | + | 1.15 |
| **10.00% FEE | + | 4.11 |
| 7.5% TAX ON FF MILES | + | .06 |
| SUBTOTAL | | 46.32 |
| TAX 10.000% | + | 4.63 |
| TOTAL CHARGES | | 50.95 |
| AMOUNT DUE CV USD | | 50.95 |

*REIMB PROP TAX/TITLE/REG/LIC $1.15DY
**CONCESSION RECOVERY FEE

(13)

KOPECKY,CAROLINE
JOHNSON & JOHNSON

taxi to Arpt

3713 840905 61001

(14)

CO THRU 08/03 92

Expiration
☐ Date Checked

CAROLINE KOPECKY

It pays to DISCOVER

1310270493315
17013740 TX

| Date | Clerk |
|---|---|
| Authorization No. | |

5772621

| | |
|---|---|
| Amount | 51.50 |
| Tax | |
| Sub. Total | |
| Captain's Tip | |
| Server's Tip | 7.50 |
| Misc. | |
| Total | 59.00 |

Any delayed charges are listed below
Type of Delayed Chg.
Amount of Delayed Chg.
Revised Total

Discover/Novus Use Only
Equivalent Amount

The issuer of the Card identified on this sales slip is authorized to pay the amount indicated as Total upon proper presentation. I acknowledge receipt of goods and services in the amount above. I affirm my obligations under the Cardmember Agreement.

Cardmember Signature
X

Cardmember Copy

DISCOVER NOVUS Travel & Entertainment Sales Slip

*Earn a Cashback Bonus® Award with your Discover® Card*

08/10/01 22:30

SALES DRAFT

InfoGenesis
1351 Holiday Hill Rd.
Santa Barbara, CA 93117
(805) 681-8600

MERCH ID: 1054898432
CASHIER: Guntis
TERMINAL: 11 Golf Club

merican Exp

dinner @ Broadmoor

NAME: KOPECKY/C
NUMBER: 371384090561001
EXPIRE: 08/03
AUTH: 530904
AMOUNT: 420.03

(15)

CHECK: 115140
TABLE: 12

TOTAL: 420.03

GRATUITY: 70.03

TOTAL: 490.03

X
SIGNATURE

taxi (14)

3713 840905 61001

A555A

CAROLINE KOPECKY

YELLOW CAB

| QTY. | CLASS | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| | | | | 27 00 |
| | | | | |
| | | | | |
| | | | | |
| DATE 08/10/01 | | AUTHORIZATION 563816 | SUB TOTAL | |
| REFERENCE NO. | | SERVER | TAX | |
| ID-FOLIO/CHECK NO./LIC. NO. STATE | | REG./DEPT. CLERK | TIP MISC. | |
| VISA MasterCard | | 8531737 | TOTAL | 27 00 |

SALES SLIP
CUSTOMER COPY

SIGN HERE
X

The issuer of the card identified on this item is authorized to pay the amount shown as TOTAL upon proper presentation. I promise to pay such TOTAL (together with any other charges due thereon) subject to and in accordance with the agreement governing the use of such card.

CUSTOMER: RETAIN THIS COPY FOR YOUR RECORDS

# Continental Airlines

# ///// eTICKET

Issue Date: JULY 23, 2001

## eTicket Itinerary and Receipt

Attention: CAROLINE KOPECKY                    Confirmation: UXZSER

| Day Date | Flight Class | Depart | Time | Arrive | Time | Equip | Meal |
|----------|--------------|--------|------|--------|------|-------|------|
| Fri 10AUG01 | CO 228 B | HOUSTON TX | 7:40AM | MPLS/ST PAUL | 10:25AM | 737-500 | Snack |
| Fri 10AUG01 | CO*6297 B | MPLS/ST PAUL | 11:50AM | COLO SPRINGS COLO | 1:05PM | | Snack |
| | | *Operated by NORTHWEST AIRLINES INC | | | | | |
| Sun 12AUG01 | CO*4134 H | COLO SPRINGS COLO | 5:45PM | HOUSTON TX | 8:58PM | ERJ-135 | Snack |
| | | *Operated by ExpressJet Airlines doing business as CONTINENTAL EXPRESS | | | | | |

| Traveler (1) | Frequent Flyer | eTicket Number | Seat(s) *in flight order and subject to change* |
|--------------|----------------|----------------|-------------------------------------------------|
| KOPECKY/CAROLINE MRS | CO-PW697838 Gold | 0052157253391 | 7C/---/ 5B |

Fare: $513.72 - Combined Tax: $54.28    Per Person Total: $568.00    eTicket Total: $568.00

Combined Tax/Fee Detail: Tax: $38.53, Flight Segment Tax: $8.25, Passenger Facility Charge: $7.50

Method of Payment: AMERICAN EXPRESS 37138409XXXXXXXX

Fare Rules: Additional charges may apply for changes in addition to any fare rules listed.

### eTicket Travel Reminders

→ For up to the minute flight information call 1-800-784-4444 or try our new flight Status Notification
system at www.continental.com/bts/.

WALTER'S BISTRO INC
1606 S 8TH STREET
COLO SPRINGS, CO 809

BATCH: 413
S-A-L-E-S D-R-A-F-T
73746784
000000029199

18

17

SERVER: 1
REF: 0026
CD TYPE: AMEX
TR TYPE: PURCHASE
DATE: AUG 11, 01 22:19:05

AMOUNT $253.37

TIP 30.00

TOTAL 283.37

ACCT: 371384090561001 EXP: 08/03
AP: 598811
NAME: C KOPECKY

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS AND/OR SERVICES IN THE AMOUNT OF THE TOTAL SHOWN HEREON AND AGREES TO PERFORM THE OBLIGATIONS SET FORTH BY THE CARDMEMBER'S AGREEMENT WITH THE ISSUER

X [signature]

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

---

08/11/01 00:02

SALES DRAFT

The Broadmoor
One Lake Avenue
Colorado Springs, CO 80906
(719) 634-7711

MERCH ID: 1054898432
CASHIER: NancyR
TERMINAL: 52 Terrace Lnge

American Exp.

NAME: KOPECKY/C
NUMBER: 371384090561001
EXPIRE: 08/03
AUTH: 584594
AMOUNT: 95.14

17

CHECK: 522457
TABLE: 40

TOTAL: 95.14

GRATUITY: 18.00

TOTAL: 113.14

X
SIGNATURE

