E-FILED
Monday, 04 April, 2005 10:29:34 AM
Clerk, U.S. District Court, ILCD

# Centocor

## SALES FORCE EXPENSE REPORT

**NAME:** Caroline Kopecky
**DEPARTMENT:** 490
**DISTRICT:**
**EXPENSE REPORT NO.** 7015093
**PERIOD ENDING MM/DD/YY:** 09/01/01

| DATE MM/DD/YY | ORIGIN / DESTINATION / PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Persons on Chart) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REIMBURSEMENT & MISC (Persons on Chart) | PROMOTIONAL PROGRAMS | MISC (Persons on Chart) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/27/01 | hou/hou | 100.0 | | | 59.48 | 4.00 | | 14.99 | | | 2.78 | 31.19 | 66.97 | | 278.93 |
| 08/28/01 | hou/hou | 80.0 | | | | 20.00 | | | | | | | 153.00 | | 293.26 |
| 08/29/01 | hou/hou | 60.0 | | | | 4.00 | | 39.71 | | | | 21.02 | | | 41.02 |
| 08/30/01 | hou/hou | 60.0 | | | | | | | 26.55 | | | | 8.82 | | 8.82 |
| 08/31/01 | hou/pasadena | 100.0 | | | | | | | | | | | 70.26 | | 70.26 |
| 09/01/01 | hou/hou | | | | | | | 54.70 | | | 2.78 | 52.21 | 229.80 | | 692.31 |
| PLUS OR MINUS ADJUSTMENTS | | | | | | | | | | | | | | | |
| 11/2/00 05 chrm | AMOUNT | | 59.48 | 28.00 | | 54.70 | 26.55 | | 52.21 | 392.80 | | | | | 692.31 |
| FIELD # | | 10 | 11 | 12 | 63 | 13 | 15 | 16 | 17 | 18 | 18 | 60 | 61 | 62 | 64 |

**FIELD PROMOTION (Explain on Detail):**
PROMOTIONAL ACCESS #910
PROMOTIONAL ACCESS #910

### COMPANY CAR ONLY

| | |
|---|---|
| VEHICLE NO. | 212164 |
| BEGINNING ODOMETER | 5650.0 |
| ENDING ODOMETER | 6050.0 |
| TOTAL MILES | 400.0 |
| TOTAL BUSINESS MILES | 400.0 |
| TOTAL PERSONAL MILES | |

*Calculate Personal Mileage Charge Back In Box #997 at Right

**IMPORTANT**
If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursements.

| | QUANTITY | |
|---|---|---|
| | No. of Gallons | |
| FIELD # | 40 | |

SIGNATURE: _(signature)_
APPROVED BY: _(signature)_
DATE (MM/DD/YY): 10/18/01
DATE (MM/DD/YY): 10/18/01

**NOTICE TO USER**
Travel/Entertainment Information Provided to the Driver by
Gelco Information Network, Inc. P.O. Box
44303, Eden Prairie, Minnesota 55344-0303

| | | CALL DATE | CONFIRMATION # |
|---|---|---|---|
| | 396570000 02 | 09/09/01 | 90077783 |
| Minus Personal Mileage Charge | | Due Company | 87 |
| | 34.0 | Due Employee | 820 |
| FIELD # | TOTAL | | 692.31 |
| | 997 | | |

COPY SENT
NOV 16 2001
TO GELCO



EXHIBIT
Kopecky 9
tabbies

## BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 08/27/01 | lunch to discuss retavase with dr skolkin and his staff | 163.00 |
| 08/24/01 | lunch inservice on retavase for staff of SW TX METH hosp cath lab | 66.97 |
| 08/28/01 | lunch inservice for Oschner Pharmacy on Retavase for new stocking | 229.80 |
| 08/30/01 | refreshments for inservice on retavase for Ana Venn and Heather Heller | 8.82 |
| | | |
| | | |
| | | |

## MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

112499 05 dmm

39657000 02

Watch for a coolure → okay

---

**⑤ CHEVRON**

08/27/01   16:10

00107963
ST'N   AMEX
xxxxxxxxxxxx1001

Invoice   6326656
Auth   542423
Pump #   3
14.021 G @ $ 1.499
Supr/Self   $ 21.02
Total   $ 21.02

NEW TOY CARS
ARE AVAILABLE INSI

---

**① **

DATE 67/0695708301 TIME
08/29/01 14268559476  13:57

I.A.H. PARKING 7C
HOUSTON, TX 77205
281-233-1730

AUTH   354
TRAN #   530567

SALE

ACCT. NUMBER   0963
EXP   C1384096561001

TOTAL   $20.00

SIGNATURE

---

**④**

SALE RECEIPT
QUIZNO'S
8124 FREDERICKSBURG RD
SAN ANTONIO, TX 78229
(210) 493-4316

Thank You

Merch ID: 267236905898C
Terminal ID: RMWW

Item:
AMEX TAKE OUT AUTH/KEYED
Acct: 840986561001  EXP: 00/03
SERVER ID: 0

FOOD/BEV/TAX   $ 60.97

TIP   $ _____

TOTAL   $ _____

Bion

VERBRE

---

**③ Guest Check**

| SERVER | TABLE | GUESTS | CHECK NUMBER |
|--------|-------|--------|--------------|
|        |       |        | 52502 |

| | |
|---|---|
| 9.75 | |
| 24.75 | |
| 8.75 | |
| 24.75 | |
| 8.95 | 79 |
| 14.75 | 15 EggRus |
| 6.00 | 15 Drink total 163 |
| 11.35 | |
| | |

TAX   2.00

TOTAL   11.35

JIMMY WOK RESTAURANT
2248 W. Holcombe
Houston, TX 77030
(713) 668-1016

*Thank You*

total 163 + 120 = total 163

Adams A.10L.

(9)

FoxNet Postal & Business Svcs
2010 S Shepherd / Houston
713-528-7678 FAX 713-528-2309

Store:1X109 Clerk:Gene Register:2
08-27-2001 12:10:07
Transaction#: 25742

2 USPS First Class Ref#:5840
2 Trk#:
2 No Declared Value or Insurance
2 Scale Wgt:.22
2 Zip:74109 Zn:1 Wgt:1
1 @ 1.59 1.59
1 USPS First Class Ref#:5839
1 Trk#:
1 No Declared Value or Insurance
1 Manual Wgt:.14
1 Zip:74109 Zn:1 Wgt:1
1 @ 1.19 1.19

Subtotal: 2.78

Balance Due: 2.78
Cash: 3.03

Change: 0.25

(10)

SEMOLINA
International Pasta
Restaurant
3226 Magazine Street
New Orleans, LA. 70115
(504) 895 - 4260

Date: Aug28'01 08:56AM
Card Type: Amex
Acct #: 371384090561001*
Exp Date: 08/03
Auth Code: 107398
Check: 2854
Check ID: CAROLINE
Server: 30008 A.M. BAR
VSCA: Auth Driver

Subtotal: 204.80

Gratuity: 25.00

Total: 329.80

Signature [signature]

** Customer's Copy **

(11)

OCHSNER
FOUNDATION
HOSPITAL

08/28/01 12:29 L# 1 A# 6 Txn#700722

| | | |
|---|---|---|
| VALET | $ | 4.00 |
| Total Fee | $ | 4.00 |
| CASH PAID | $ | 4.00- |
| Cash Tender | $ | 4.00 |
| Change Due | $ | 0.00 |

THANK YOU
HAVE A NICE DAY

(12)

HERMAN GARAGE INC
6414 FANNIN ST
HOUSTON TX 77030

08/31/01 12:26 L# 2 A# 6 Txn#[illegible]
08/31/01 11:03 In 08/31/01 12:26 Out
Tkt# 883019

| | | |
|---|---|---|
| Fee 1 | $ | 3.70 |
| Total Tax | $ | 0.30 |
| Total Fee | $ | 4.00 |
| CASH PAID | $ | 4.00- |
| Cash Tender | $ | 5.00 |
| Change Due | $ | 1.00 |

THANK YOU
PLEASE COME AGAIN

(13)

CAFE COMPLIQUE
1525 WESTEIMER DRIVE
HOUSTON, TX. 77006
713-529-5449

C O P Y
08/30/2001 14:52
Sale:

Transaction # 5
Card Type: AMEX
Acc: ***********1001
Exp. Date: 0803
Entry: Swiped
Bse Amt: 8.82

Tip Amount —

Tot-l Amt: 8.82

42 097 149286
TEXACO
2347NACOGDOCHES
SAN ANTONIO TX

Invoice # 0163741
Date 08/24/01PM
Time 03:12PM
Auth # 00558123

Amex Acct #
XXXX XXXXXX 61001
KOPECKY/C

| Pump | Gallons | Price |
|---|---|---|
| 07 | 20.808 | $1.499 |

| Product | Amount |
|---|---|
| POWER PREM | $31.19 |

Total Sale $31.19

1

Corporate Cardmember Name: CAROLINE KOPECKY
Corporate Account Number: 3794-630617-01002
Closing Date: 08-22-01
Page 2 OF 2
BCQ01071
631

Charges Received Through: Aug 17, 2001
Acct. No. 3794-630617-01002
Ref. No. 2296957525

AT&T CARD CALLS/SDN

USAGE IS ACCEPTANCE OF THE AT&T SERVICE TERMS: WWW.ATT.COM/BUSINESS/AGREEMENT
LIABILITY IS LIMITED: NO CONSEQUENTIAL OR INDIRECT DAMAGES, ONE MONTH OF CHARGES
ON AFFECTED SERVICE FOR DIRECT DAMAGES. QUESTIONS? CALL 1-800-253-8845

TOTAL AT&T $10.16

2

| Item No. | Date | Time | Description | Amount |
|---|---|---|---|---|
| | | | FEES, TAXES, AND CREDITS | |
| 1 | AUG 17 | 12:00A | TOTAL DOMESTIC DISCOUNT | 5.90 |
| 2 | AUG 17 | 12:00A | FEDERAL EXCISE TAX | 0.25 |
| 3 | AUG 17 | 12:00A | STATE TAX/SURCHARGE | 0.75 |
| 4 | AUG 17 | 12:00A | LOCAL TAX/SURCHARGE | 0.07 |

SUBTOTAL FEES, TAXES, AND CREDITS: $4.8

DOMESTIC CALLS:

| Item | Date | Time | From | | Number Called | To | | Number | | Min. | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | JUL 11 | 11:49A | NEWORLEANS | LA | 504-831-4613 | HOUSTON | TX | 713-864-2155 | D | 1 | 0.3 |
| 6 | JUL 11 | 11:51A | NEWORLEANS | LA | 504-831-4613 | HOUSTON | TX | 713-864-5239 | D | 2 | 0.5 |
| 7 | JUL 11 | 11:56A | NEWORLEANS | LA | 504-833-1091 | MANCHESTER | MO | 636-207-0598 | D | 1 | 0.2 |
| 8 | JUL 11 | 11:58A | NEWORLEANS | LA | 504-833-2055 | BATONROUGE | LA | 225-907-7329 | D | 2 | 0.3 |
| 9 | JUL 11 | 03:31P | GREENSPONT | TX | 281-553-1000 | DIR ASST | TX | 713-555-1212 | U | 1 | 1.4 |
| 10 | JUL 11 | 03:40P | WESTFIELD | TX | 281-443-9144 | SANANTONIO | TX | 210-737-1050 | D | 1 | 0.5 |
| 11 | JUL 11 | 03:42P | WESTFIELD | TX | 281-443-9144 | HOUSTON | TX | 713-725-5472 | D | 1 | 0.4 |
| 12 | JUL 11 | 03:43P | WESTFIELD | TX | 281-443-9144 | BAMMEL | TX | 281-440-1000 | D | 2 | 0.7 |
| 13 | JUL 11 | 06:04P | C CHRISTI | TX | 361-561-1224 | HOUSTON | TX | 713-864-2155 | E | 22 | 3. |
| 14 | JUL 11 | 09:49P | C CHRISTI | TX | 361-883-8099 | HOUSTON | TX | 713-819-7630 | E | 1 | 0. |
| 15 | JUL 11 | 09:53P | C CHRISTI | TX | 361-883-8099 | SANANTONIO | TX | 210-532-7899 | E | 1 | 0. |
| 16 | JUL 11 | 09:54P | C CHRISTI | TX | 361-561-1224 | SANANTONIO | TX | 210-532-7899 | E | 10 | 1. |
| 17 | JUL 11 | 10:04P | C CHRISTI | TX | 361-561-1224 | HOUSTON | TX | 713-864-2155 | E | 1 | 0. |
| 18 | JUL 11 | 10:05P | C CHRISTI | TX | 361-561-1224 | HOUSTON | TX | 713-502-6141 | E | 12 | 1. |
| 19 | JUL 13 | 10:27A | MEDICALCTR | TX | 210-615-9811 | HOUSTON | TX | 713-819-7630 | D | 2 | 0. |
| 20 | JUL 13 | 10:29A | MEDICALCTR | TX | 210-615-9811 | MEDICALCTR | TX | 210-614-6391 | D | 5 | 1. |
| 21 | JUL 13 | 10:34A | MEDICALCTR | TX | 210-615-9811 | MEDICALCTR | TX | 210-575-6942 | D | 2 | 0 |
| 22 | JUL 13 | 10:39A | MEDICALCTR | TX | 210-615-9811 | HOUSTON | TX | 713-502-6141 | D | 1 | 0 |

SUBTOTAL ITEMIZED CALLS:

AVIS

(7)

X:
>>Return<< RA Document 5909?8223
RESERVATION # 3388?270-US-OV
CAR# 6 1 7 1 1 0 2 Car Group C
SIL CHRY TOWN VAN LA V98?680

KOPECKY,CAROLINE

WIZ# - RST05M AWD# - 5483500
Freq Travel# - CO/PW497638

Out N ORLEAN APO LA 26AUG01/0918
In N ORLEAN APO LA 26AUG01/1202
Miles-Out 15260 Miles-In 1528?
Miles Driven 21 Fuel in 8/8
Method of pay - CLUB
AMEX

| | | | |
|---|---|---|---|
| Rate 2D/C | 0 DY 3 HR | | |
| 0 MI @ | .00 | = | |
| 3 HR @ | 15.67 | = | |
| 0 DY @ | 47.00 | = | |
| 0 WK @ | 264.00 | = | |
| 0 MO @ | 1056.00 | = | |
| MIN 1DY/2D/C | 21FM | | |
| TIME & MILEAGE | | | 47.00 |
| *11.11% FEE | | | 47.00 |
| 7.5% TAX ON FF MILES | | | 5.23 |
| Subtotal | | | .06 |
| Tax 10.750% | | | 52.29 |
| # 3% EXCISE TAX | | | 5.62 |
| Total Charges | | | 1.57 |
| AMOUNT DUE CV USD | | | 59.48 |
| | | | 59.48 |

#LOUISIANA EXCISE TAX
*-RATE INCLUDES LDW
* $3/DY:TUE 1 DY RNTL
*CONCESSION RECOVERY FEE

The amount that appears in "Amount Due" has been billed to your AMEX Card.
...rors are found.
...renting from Avis.

AVIS

AVIS

AVIS

(8)

OFFICE DEPOT
3443 KIRBY DRIVE
HOUSTON, TX 77098
(713) 522-9981

Employee 3372 08/31/01 10:48
Store #0086 Reg #002 Tran #1062
SALE POS Version 4.07A

| | | |
|---|---|---|
| 7172000806 | TOOTSIE ROLL | 4.99 |
| MFG. LIST $ 5.99 | | |
| 0980090033 | TIC-TAC SLVR | |
| MFG. LIST $ 3.49 | | |
| 1900008504 | LIFESAVERS W | 1.79 |
| MFG. LIST $ 1.99 | | |
| 1900008503 | LIFESAVERS P | 1.79 |
| MFG. LIST $ 1.99 | | |
| 079073620870 | CANDY,FRUITY | 3.99 |
| MFG. LIST $ 4.99 | | |
| 2800016240 | CNDY,NPS,VAR | 4.99 |
| MFG. LIST $ 5.95 | | |
| 079073620872 | CANDY,TOFFEE | 3.99 |
| MFG. LIST $ 4.99 | | |
| | SUBTOTAL | 24.53 |
| TX 8.25% SALES TAX | | 2.02 |
| | TOTAL | 26.55 |

ACCOUNT NUMBER XXXXXXXXXXX1002
AMEX 26.55
APPROVAL CODE 27

AVIS

Phone bill $39.71 

Account Number
713-864-2155-550-9
August 09, 2001

**For Your Information**
(Continued)

changes will be disclosed at www.sbc.com and in a
message prior to becoming effective. For extra co
Customer Service at 1-866-722-5336, Mon-Fri, 7am-9
Sat., 8am-7pm.

**Call Charges**

Calls for 713-864-2155
Domestic

| Item | Date | Time | Place Called | ST | Area Number | Rate | Min | Amount |
|---|---|---|---|---|---|---|---|---|
| 3 | 06/26 | 02:13PM | ROCKPORT | TX | 361 729-2333 | D | 1:00 | .06 |
| 4 | 06/26 | 09:36PM | HTCHOCKSNF | TX | 409 927-4571 | D | 32:00 | 1.92 |
| 5 | 06/27 | 09:06PM | RICHARDSON | TX | 972 669-0911 | D | 24:00 | 1.44 |
| 6 | 06/28 | 05:52PM | GALVESTON | TX | 409 739-4356 | D | 1:00 | .06 |
| 7 | 06/30 | 06:23PM | PT MATILDA | PA | 814 692-8698 | D | 54:00 | 3.24 |
| 8 | 07/02 | 08:05AM | NEWORLEANS | LA | 504 842-3451 | D | 7:00 | .42 |
| 9 | 07/02 | 12:42PM | NRICHLDHLS | TX | 817 577-0890 | D | 1:00 | .06 |
| 10 | 07/02 | 12:44PM | DALLAS | TX | 214 403-4125 | D | 1:00 | .06 |
| 11 | 07/02 | 12:45PM | NRICHLDHLS | TX | 817 577-0590 | D | 13:00 | .78 |
| 12 | 07/06 | 06:39PM | CLEARWATER | FL | 727 781-9050 | D | 30:00 | 1.80 |
| 13 | 07/06 | 03:25PM | SANANTONIO | TX | 210 771-3088 | D | 2:00 | .12 |
| 14 | 07/06 | 03:29PM | SANANTONIO | TX | 210 771-3088 | D | 2:00 | .12 |
| 15 | 07/06 | 10:14PM | GALVESTON | TX | 409 739-4356 | D | 9:00 | .54 |
| 16 | 07/08 | 10:13PM | DALLAS | TX | 214 520-9850 | D | 40:00 | 2.40 |
| 17 | 07/09 | 10:19AM | GALVESTON | TX | 409 772-1825 | D | 3:00 | .18 |
| 18 | 07/09 | 11:06AM | GALVESTON | TX | 409 772-1825 | D | 1:00 | .06 |
| 19 | 07/10 | 01:31PM | LEWISVILLE | TX | 972 355-6443 | D | 1:00 | .06 |
| 20 | 07/10 | 01:32PM | PHILA | PA | 215 592-1363 | D | 1:00 | .06 |
| 21 | 07/10 | 10:00AM | MANCHESTER | MO | 636 207-0698 | D | 10:00 | .60 |
| 22 | 07/10 | 01:44PM | NEWORLEANS | LA | 504 988-6549 | D | 7:00 | .42 |
| 23 | 07/10 | 02:35PM | C.CHRISTI | TX | 361 881-3819 | D | 1:00 | .06 |
| 24 | 07/10 | 02:50PM | MEDICALCTR | TX | 210 575-4343 | D | 3:00 | .18 |
| 25 | 07/10 | 05:26PM | GRANDPRARI | TX | 214 675-9230 | D | 1:00 | .06 |
| 26 | 07/11 | 05:31PM | GRANDPRARI | TX | 214 675-9230 | D | 14:00 | .84 |
| 27 | 07/11 | 05:50PM | GRANDPRARI | TX | 214 675-9230 | D | 6:00 | .36 |
| 28 | 07/11 | 08:00PM | CLEARWATER | FL | 727 781-9050 | D | 1:00 | .06 |
| 29 | 07/12 | 10:30AM | MANCHESTER | MO | 636 207-0698 | D | 23:00 | 1.38 |
| 30 | 07/12 | 12:47PM | SANANTONIO | TX | 210 822-2153 | D | 1:00 | .06 |
| 31 | 07/12 | 02:50PM | C.CHRISTI | TX | 361 881-3819 | D | 4:00 | .24 |
| 32 | 07/14 | 05:07PM | DALLAS | TX | 214 403-4125 | D | 1:00 | .06 |
| 33 | 07/15 | 10:37AM | SANANTONIO | TX | 210 393-7734 | D | 1:00 | .06 |
| 34 | 07/15 | 01:40PM | DALLAS | TX | 972 342-5559 | D | 2:00 | .12 |
| 35 | 07/15 | 06:45PM | SANANTONIO | TX | 210 826-3949 | D | 1:00 | .06 |
| 36 | 07/16 | 09:11AM | NEW YORK | NY | 212 213-4800 | D | 19:00 | 1.14 |
| 37 | 07/17 | 07:32PM | CLEARWATER | FL | 727 781-9050 | D | 1:00 | .06 |
| 38 | 07/17 | 09:40PM | SANANTONIO | TX | 210 771-3088 | D | 1:00 | .06 |
| 39 | 07/17 | 09:41PM | SANANTONIO | TX | 210 220-7920 | D | 1:00 | .06 |
| 40 | 07/17 | 09:41PM | SANANTONIO | TX | 210 220-7920 | D | 1:00 | .06 |
| 41 | 07/18 | 03:35PM | DALLAS | TX | 214 357-6448 | D | 44:00 | 2.64 |
| 42 | 07/18 | 10:34PM | SANANTONIO | TX | 214 357-6448 | D | 1:00 | .06 |
| 43 | 07/19 | 08:28AM | NLDLPTNCHS | TX | 409 718-6449 | D | 12:00 | .72 |
| 44 | 07/19 | 08:41AM | NLDLPTNCHS | TX | 409 718-6449 | D | 1:00 | .06 |
| 45 | 07/19 | 08:43AM | NLDLPTNCHS | TX | 409 718-6449 | D | 1:00 | .06 |
| 46 | 07/19 | 08:43AM | NLDLPTNCHS | TX | 409 718-6449 | D | 7:00 | .42 |

SWBell Long Distance
Billing Questions:
1-888-671-0514

# ℂℂ Southwestern Bell

**Account Number**
713-864-2155-550-9
August 09, 2001

**Itemized Calls**

| Item | Date | Time | Place Called | Area | Number | Rate* | Min | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | Calls from 713-864-2155 | | | | | |
| 2 | 07/23 | 06:01PM | NATL411SVC | *N | 713 411-0000 | | 1 | 1.10 # |
| 3 | 08/05 | 05:55PM | NATL411SVC | *N | 713 411-0000 | | 1 | 1.10 # |
| 4 | 08/13 | 12:56PM | NATL411SVC | *N | 713 411-0000 | | 1 | 1.10 # |
| | | | | | | | 3 | 3.30 |
| | | | Subtotal for 713-864-2155 ............................ | | | | | |
| | | | Calls from 713-864-2156 | | | | | |
| 5 | 07/23 | 01:50PM | NATL411SVC | *N | 713 411-0000 | | 1 | 1.10 # |
| 6 | 07/23 | 01:58PM | NATL411SVC | *N | 713 411-0000 | | 1 | 1.10 # |
| 7 | 08/01 | 01:37PM | NATL411SVC | *N | 713 411-0000 | | 1 | 1.10 # |
| | | | | | | | 3 | 3.30 |
| | | | Subtotal for 713-864-2156 ............................ | | | | | 6.60 |
| ► | | | Total Itemized Calls for SWBell Telephone (before taxes) .. | | | | 6 | 6.60 |
| | | | Itemized Calls - Non-Regulated ............................ | | | | 6.60 | |

*L=Local Calls, *N=Non-Regulated Calls, All other calls are Toll

**For Your Information**

Questions about your bill? www.swbell.com/billing

Go paperless with on-line billing. See and pay your Southwestern Bell bill on-line each month. No stamps, no waste, no waiting. Enroll in Southwestern Bell's on-line billing program at www.SouthwesternBell.com.

**Billing For:**
SWBell Telephone

| | | |
|---|---|---|
| **MONTHLY CHARGES - Aug 09 thru Sep 08** (for all telephone numbers on this bill) | | 69.22 |
| **Local Charges** | | |
| - SWBell Phone Solution ................................ | | 40.45 |
| Basic Local Service (not included in Solutions) .............. | | 11.05 |
| Fees and Charges ................................ | | 17.54 |
| Number Portability Service Charge ........................ | .66 | |
| Federal Universal Service Fee ........................ | 1.02 | |
| Municipal Charge ........................ | 3.02 | |
| FCC Approved Customer Line Charge ........................ | 10.01 | |
| 911 Service Fee ........................ | .66 | |
| Texas Universal Service ........................ | 2.17 | |
| Optional Local Service Features ........................ | | .18 |
| **Non-Regulated Charges** | | 6.60 |
| Itemized Calls ................................ | | 6.60 |
| **Toll Charges** | | .50 |
| Texas Universal Service ........................ | | .24 |
| Expanded Local Calling Service Surcharge ........................ | | .26 |
| **Partial Monthly Charges** (See Other Charges Section) | | .17 |
| **SWBell Telephone Current Charges Subtotal (before taxes)** | | 76.49 |
| Amount Subject to Sales Tax: 67.73 | | |
| **Taxes** | | 7.85 |
| Federal Tax (Local Charges) ........................ | | 1.91 |
| Federal Tax (Non-Regulated & Toll Charges) ................ | | .21 |
| State and Local Taxes (Local Charges) ........................ | | 4.89 |
| State and Local Taxes (Non-Regulated & Toll Charges) | | .84 |

SWBell Telephone
Billing Questions:
1-800-585-7928

EEOC000589

**Account Number**
713-864-2155-550-9
August 09, 2001

**Itemized Calls**

| Item | Date | Time | Place Called | | Area | Number | Rate* | Min | Amount | |
|------|------|------|--------------|---|------|--------|-------|-----|--------|---|
| | | | Calls from 713-864-2155 | | | | | | | |
| 2 | 07/23 | 06:01PM | NATL411SVC | | *N | 713 | 411-0000 | 1 | 1.10 | # |
| 3 | 08/05 | 05:55PM | NATL411SVC | | *N | 713 | 411-0000 | 1 | 1.10 | # |
| 4 | 08/13 | 12:56PM | NATL411SVC | | *N | 713 | 411-0000 | 1 | 1.10 | # |
| | | | | | | | | 3 | 3.30 | |
| | | | Subtotal for 713-864-2155 ........... | | | | | | | |
| | | | Calls from 713-864-2156 | | | | | | | |
| 5 | 07/23 | 01:50PM | NATL411SVC | | *N | 713 | 411-0000 | 1 | 1.10 | # |
| 6 | 07/23 | 01:58PM | NATL411SVC | | *N | 713 | 411-0000 | 1 | 1.10 | # |
| 7 | 08/01 | 01:37PM | NATL411SVC | | *N | 713 | 411-0000 | 1 | 1.10 | # |
| | | | | | | | | 3 | 3.30 | |
| | | | Subtotal for 713-864-2156 ........... | | | | | | 6 | 6.60 | |

▶ **Total Itemized Calls for SWBell Telephone (before taxes)** .. 6.60
Itemized Calls - Non-Regulated ...........................................

*L=Local Calls, *N=Non-Regulated Calls, All other calls are Toll

**For Your Information**

Questions about your bill? www.swbell.com/billing

Go paperless with on-line billing. See and pay your Southwestern Bell bill on-line each month. No stamps, no waste, no waiting. Enroll in Southwestern Bell's on-line billing program at www.SouthwesternBell.com.

**Billing For:**
**SWBell Telephone**

| MONTHLY CHARGES - Aug 09 thru Sep 08 (for all telephone numbers on this bill) | 69.22 |
|---|---|
| **Local Charges** | 40.45 |
| - SWBell Phone Solution ..................................... | 11.05 |
| Basic Local Service (not included in Solutions) .............. | 17.54 |
| Fees and Charges ............................................... | .66 |
| Number Portability Service Charge ............................ | 1.02 |
| Federal Universal Service Fee ................................ | 3.02 |
| Municipal Charge .............................................. | 10.01 |
| FCC Approved Customer Line Charge ............................ | .66 |
| 911 Service Fee .............................................. | 2.17 |
| Texas Universal Service ...................................... | .18 |
| Optional Local Service Features ............................. | |
| **Non-Regulated Charges** | 6.60 |
| Itemized Calls ............................................... | 6.60 |
| **Toll Charges** | .50 |
| Texas Universal Service ...................................... | .24 |
| Expanded Local Calling Service Surcharge ..................... | .26 |
| **Partial Monthly Charges (See Other Charges Section)** | .17 |
| **SWBell Telephone Current Charges Subtotal (before taxes)** | 76.49 |
| Amount Subject to Sales Tax: 67.73 | |
| **Taxes** | 7.85 |
| Federal Tax (Local Charges) .................................. | 1.91 |
| Federal Tax (Non-Regulated & Toll Charges) .................. | .21 |
| State and Local Taxes (Local Charges) ....................... | 4.89 |
| State and Local Taxes (Non-Regulated & Toll Charges) | .84 |

SWBell Telephone
Billing Questions:
1-800-585-7928

Original Document of Gelco Information Network

ACCOUNTING COPY

# Centocor

## SALES FORCE EXPENSE REPORT

**NAME:** Caroline Kopecky  **DEPARTMENT:** 490  **DISTRICT:**

**EXPENSE REPORT NO. 7015094**  **PERIOD ENDING MM/DD/YY 9/8/0'**

| DATE MM/DD/YY | ORIGIN/DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR/RAIL/BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING/TOLLS | BUSINESS MEALS (Explain in Detail) | PHONE/FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPAIR/MAINT & MISC. (Explain in Detail) | FIELD PROMOTION (Explain in Detail) PROMOTIONAL ACCESS #3100 | PROMOTIONAL ACCESS #3100 | PROMOTIONAL ACCESS #3100 | MISC. (Explain in Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/02/01 | holiday | | | | | | | | | | | | | | | | |
| 09/03/01 | hou/conroe | 120.0 | 201.94 | | | 31.25 | | 74.88 | | | | | 28.74 | 122.33 | | | 457.' |
| 09/04/01 | hou | 120.0 | | | | 6.00 | | | | | | | | 14.53 | | | 20.53 |
| 09/05/01 | houston/galveston | 50.0 | | | | 3.00 | | | | | | | | | | | 3.00 |
| 09/06/01 | hou/hou | 50.0 | | | | 9.00 | | | | | | | | 30.50 | 246.00 | | 285.50 |
| 09/07/01 | hou/hou | | | | | | | | | | | | | | | | |
| 09/08/01 | | | | | | | | | | | | | | | | | |
| **PLUS OR MINUS ADJUSTMENTS** | | | | | | | | | | | | | | | | | |
| **FIELD #** | | 10 | 11 | 12 | 83 | 13 | 16 | 16 | 17 | 18 | 19 | 80 | 81 | 82 | 84 | | |
| **AMOUNT** | | 201.94 | | | | 49.25 | | 74.88 | | | | | 71.77 | 368.33 | | | 766.1" |

*Calculates Personal Mileage Charge Back in Box #987 at Right

**IMPORTANT**

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number. 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursements.

| COMPANY CAR ONLY | |
|---|---|
| VEHICLE NO. | 212164 |
| BEGINNING ODOMETER | 6050.0 |
| ENDING ODOMETER | 8400.0 |
| TOTAL MILES | 350.0 |
| TOTAL BUSINESS MILES | 340.0 |
| TOTAL PERSONAL MILES | 10.0 |

| | | FIELD # | TOTAL |
|---|---|---|---|
| Minus Personal Mileage Charge | 10.0 | 987 | |
| Due Company | | 87 | |
| Due Employee | 820 | | 766.17 |

SIGNATURE _____  DATE MM/DD/YY

APPROVED BY _____  9/7/01  DATE MM/DD/YY

NOTICE TO USER
This report has been submitted to the Drawer by
Gelco Information Network, Inc. P.O. Box
4900, Eden Prairie, Minnesota 55344-2900

REPORT NO. 389570000.02  CALL DATE 09/13/01  CONFIRMATION # 90112011

EEOC000575

## BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |

## FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 09/04/01 | Lunch at Houston NW Anglo Lab to discuss Retavase and ReoPro | 122.33 |
| 09/04/01 | Inservices on Clinical Trial at Methodist | 26.74 |
| 09/05/01 | Discussion with Dr Walser on RELAX | 14.53 |
| 09/07/01 | Discussion with DR Aral on Retavase | 30.50 |
| 09/07/01 | Lunch with Drs Strickman and Hernandez to discuss retavase and reoPro | 246.6 |

## MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |

Original Document of GelcoInformationNetwork

112409 05 dmm

ACCOUNTING COPY

39857000 02

CONTINENTAL AIRLINES XXXXX

AMERICAN EXPRESS NORTH BRUNSWI NJ US27AUG01

KOPECKY/CAROLINE EAGJKG/AA QL/K226 7 0011/

**NOT VALID FOR** AGENT COUPON

**TRANSPORTATION*

/VLD CO ONLY

FP AX371384099561001*0603/ 169246 /FCHOU CO MSY89

.97 CO HOU89.97QL/K226 179.94 END ZPIAHMSY XFMSY3

XF 3.00

USD 179.94

US 13.50 0055 K .00 T 22.00

ZP 5.5023345020646

A3172417 3 KOPECKY/CAROLINE

IAH

OMSY CO1622 Q 28AUGQL/K226

IAH CO1642 Q 28AUGQL/K226

LZ82938

NOT VALID FOR TRAVEL

TOTAL P.01

total $ 201.94

(4)

payed from Corp travel

09/04/01

Monthly EZ TAG Statement
HCTRA EZ TAG Store
330 Meadowfern, Ste. 114
Houston, TX 77067
(281) 875-3279

*** This is NOT an Invoice. ***

Acct: 112799

CAROLINE R. KOPECKY
6632 WANITA PL
HOUSTON TX 77007-2035

214-1-115

# TRANSACTION DETAIL

| Date | Time | Tag # | Location | Description | Amount |
|------|------|-------|----------|-------------|--------|
| | | | | Account balance | 22.25 |
| | | | | Tag deposit bala | 15.00 |
| | | | | Statement/Invoic | -1.50 |
| | | | | Tag Rental Fee | -1.00 |
| | | | | AMEX autocharge | 31.25 |
| 8/01 | 8:05am | | | Tag deposit bala | 15.00 |
| 8/01 | 8:05am | | | | |
| 8/29 | 6:54pm | | | | |
| 8/31 | 11:59pm | | | | |
| 8/09 | 8:34am | 169417 | Hardy South | Toll | -0.75 |
| 8/09 | 8:37am | 169417 | Airport Connector | Toll | -0.50 |
| 8/09 | 4:32am | 169417 | Airport Connector | Toll | -0.50 |
| 8/09 | 4:46pm | 169417 | Hardy South | Toll | -0.75 |
| 8/14 | 3:04pm | 169417 | Hardy North | Toll | -0.75 |
| 8/14 | 3:12pm | 169417 | Hardy North | Toll | -0.75 |
| 8/14 | 4:53am | 169417 | Hardy South | Toll | -0.75 |
| 8/14 | 4:47pm | 169417 | Airport Connector | Toll | -0.50 |
| 8/15 | 9:22pm | 169417 | Hardy South | Toll | -0.75 |
| 8/15 | 9:30pm | 169417 | Hardy South | Toll | -0.75 |
| 8/20 | 2:57pm | 169417 | Hardy North | Toll | -0.75 |
| 8/20 | 3:04pm | 169417 | Hardy North | Toll | -0.75 |
| 8/20 | 4:10pm | 169417 | Hardy South | Toll | -0.75 |
| 8/20 | 4:18pm | 169417 | Hardy South | Toll | -0.75 |
| 8/28 | 7:14am | 169417 | Toll | | -0.50 |
| 8/28 | 7:16am | 169417 | Airport Connector | | -11.00 |
| | | | | Tag total | |
| 8/31 | | | | Account balance | 40.00 |

## ACCOUNT SUMMARY

| Description | Qty | Amount | Total |
|-------------|-----|--------|-------|
| BEGINNING BALANCE | | | 22.25 |
| Toll | 16 | -11.00 | |
| Tag Rental Fee | 1 | -1.00 | |
| Statement/Invoice fee | 1 | -1.50 | |
| Charges | | | -13.50 |
| AMEX autocharge | 1 | 31.25 | |
| Payments plus credits | | | 31.25 |
| ENDING BALANCE | | | 40.00 |

REMINDER TO CUSTOMERS: 2.A OF THE EZ TAG AGREEMENT STATES:
(USER AGREES) ONLY TO USE EACH EZ TAG IN CONNECTION WITH THE
OPERATION OF THE PARTICULAR VEHICLE SPECIFICALLY ASSIGNED TO THAT
EZ TAG, AS LISTED ON THE APPLICATION. IN THE EVENT USER DISPOSES
OF THE VEHICLE ASSIGNED TO A SPECIFIC EZ TAG, USER MUST NOTIFY
THE HARRIS COUNTY TOLL ROAD AUTHORITY IMMEDIATELY.

EEOC000576

# Jason's deli®

1-800-444-DELI

DATE: 8/4/01 FAX No:

PAYMENT METHOD: (Circle One) CASH CREDIT CARD

ORDER TO BE: (Circle One) PICKED UP DELIVERED

Name Houston Northwest Hospital Radiology Reading

Address 710 FM 1960 Department

ask for charly (713) 8 7630

Contact Carrolyn. Loecky Phone No. 21 397-2479

(15) Trad Sandwich Tray 102.33

TK RB chic tuna Pimento

only

LAT ots

15 Assorted Cookies

(1)

377384 0925 61021 08/03

(3)

Time In:

Time Out: 11:00

| | |
|---|---|
| DELIVERY | 5.00 |
| SUBTOTAL | |
| TAX (TIP) | 15.00 |
| TOTAL | 122.33 |

CUSTOMER SIGNATURE

CUSTOMER INITIAL TIP APPROVAL

PRINTED SIGNATURE

Meth cath clear inserW.

EINSTEIN NOAH BGL 1748
5300 KIRBY DR
HOUSTON, TX 770050000

TERMINAL I.D.: 000222570
MERCHANT #: 1421338922

AMEX
379463061701002
SALE EXP.: 07/03
BATCH: 000000 INVOICE: 006500
DATE: SEP 04, 01 TIME: 07:15
SQ: 000 AUTH NO: 590165

TOTAL $26.74

(5)

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

X
C KOPECKY

TOP COPY: MERCHANT, BOTTOM COPY: CUSTOMER

(6)

Texas Medical Center
Garage 4

| | | |
|---|---|---|
| Station # | : | 28 |
| Entered | : | 09/05/2001 |
| | : | 12:20 |
| Exited | : | 09/05/2001 |
| | : | 13:30 |
| Ticket # | : | 95223 |
| Trans # | : | 51417 |
| Rate | : | A |
| Parking Fee | : | $ 4.00 |
| Total Fee | : | $ 4.00 |
| Fee Paid | : | $ 4.00 |

Patient and Visitor
Information
713-791-6161

UTMB Rad

(7)

EINSTEIN NOAH BGL 1748
5300 KIRBY DR
HOUSTON, TX 770050000

TERMINAL I.D.: 000222570
MERCHANT #: 1421338922

AMEX
379463061701002
SALE EXP.: 07/03
BATCH: 000009 INVOICE: 009008
DATE: SEP 05, 01 TIME: 08:22
SQ: 029 AUTH NO: 567425

TOTAL $14.53

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

X
C KOPECKY

TOP COPY: MERCHANT, BOTTOM COPY: CUSTOMER

(6)

University of Texas Medical Branch
Galveston, TX.

GARAGE 2 SITE ID 1 CASHIER 1-2

| | | | |
|---|---|---|---|
| TICKET | 000003 | 9/ 5/01 11:20 | |
| ARRIVE | | 9:36 | |
| PARKING FEE | | $ | 2.00 |
| AMOUNT PAID | | $ | 2.00 |
| CHANGE | | $ | 0.00 |

Thanks for choosing University of Texas
Medical Branch. Galveston, TX.

3:02-cv-03354-PMCHE # 77-2 Sheet 16 of 16



ohh
DISCLAIMER
wed 4/6
wed 4/6

---

**ST. LUKE'S EPISCOPAL HOSPITAL**
**VALET PARKING CLAIM TICKET**
**BATES DESK 794-6496**

PLEASE DO NOT REMOVE THIS TAG UNTIL YOU
HAVE CHECKED OUT.

# 13817

$9   4/7

①

---

Adams 10L

**JIMMY WOK RESTAURANT**
2248 W. Holcombe
Houston, TX 77030
(713) 668-2626

TOTAL   941.00
TAX
$9 00 00

906.00
40 DRINKS
$400

35 ETC   $272
$305
$675   $8.05
$8.18
$14.75
$7.74
$9.75
10-635
$4.80
$7.16
$7.65

**Guest Check**

| SERVER | TABLE | GUESTS | CHECK NUMBER |
|---|---|---|---|
| | 10 | 150 | 177861 |

---

LA SCELTA
HOUSTON, TX
#21922290000001
*APPROVAL*
SEP 07, 01 51913
C KOPECKY
371384090961001
03/08
AMEX
SALE 0012
ROC #  TERMINAL #
096610 ✓ 2460417B

FOOD AND BEVERAGE

BASE AMOUNT $26.50

TIP AMOUNT   4.00

TOTAL   30.50

X _____

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

TOP COPY-MERCHANT
BOTTOM COPY-CUSTOMER

②

---

Allright Parking at TEXAS WOMAN'S.
7600 Fannin Houston Texas 77054.
Phone:713-796-9477 Fax: 713-796-188

GARAGE 2 SITE ID 1 CASHIER 10-2

TICKET 369097   7/6/01 15:29
ARRIVE   14:30

PARKING FEE   $   3.00

AMOUNT PAID   $   3.00

Thanks for choosing Allright Parking at
TEXAS WOMAN'S HOSPITAL.

③