EEOC000543

Original Document of Gelco Information Network

# Centocor

## SALES FORCE EXPENSE REPORT

**EXPENSE REPORT NO.** 7015096

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME | Caroline Kopecky | DEPARTMENT | 490 | DISTRICT | | | | PERIOD FROM MM/DD/YY 09/23/01 | | | | | | | |

### COMPANY CAR ONLY

| VEHICLE NO. | 212164 |
|---|---|
| BEGINNING ODOMETER | 6770.0 |
| ENDING ODOMETER | 7380.0 |
| TOTAL MILES | 610.0 |
| /AL. BUSINESS MILES | 600.0 |
| TOTAL PERSONAL MILES | 10.0 |

| DATE MM/DD/YY | ORIGIN / DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES | A/R / RWL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Explain on back) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPORT / GIFT & SAMPLE (Explain on back) | PROMOTIONAL PROGRAM / PROMOTIONAL ACCESS 4500 | PROMOTIONAL PROMOTIONAL ACCESS 4510 | MISC (Explain on back) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| /17/01 | houhou | 50.0 | | | | | | | | | | | | | | |
| 09/18/01 | houban antonio | 180.0 | | | | 11.00 | | | | | | | 88.16 | 600.00 | | 699.16 |
| 09/18/01 | ssihou | 220.0 | | | | | | | | | | | 87.06 | | | 87.06 |
| 09/20/01 | hou/pasadena | 100.0 | | | | 3.00 | | | | | | | 75.45 | | | 78.45 |
| 09/21/01 | hou/hou | 50.0 | | | | 3.00 | | | | | | | 22.73 | | | 22.73 |
| 09/22/01 | hou/hou | | | | | | | | | | | | 35.56 | | | 38.56 |

### PLUS OR MINUS ADJUSTMENTS

| FIELD # | 10 | 11 | 12 | 83 | 13 | 15 | 16 | 17 | 18 | 19 | 80 | 81 | 82 | 84 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMOUNT | | | | 17.00 | | | | | | | | 318.96 | 600.00 | | | 935.96 |

**"Calculate Personal Mileage Charge**

### IMPORTANT
If an expense category requires a negative amount (Credit or Quantity) the field # for that category must be entered as below. Precede the field # with a minus (0) making it a three digit number. (EX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursements.

SIGNATURE [signature] DATE MM/DD/YY

APPROVED BY [signature] DATE MM/DD/YY 10-1-01

| QUANTITY | | | |
|---|---|---|---|
| FIELD # | 840 | | |
| No. of Gallons | | | |

**Calculate Personal Mileage Charge Back in Box 987 at Right**

| | | |
|---|---|---|
| NOTICE TO USER | | |

39857000.02

Traveller Authorization issued in this Booklet by
Gelco Information Network, Inc. P.O. Box
44603, Eden Prairie, Minnesota 55344-0800

| FIELD # | TOTAL |
|---|---|
| Mileage Personal Mileage Charge 10.0 | |
| Due Company | 87 |
| Due Employee | 820 |

| | | |
|---|---|---|
| CALL DATE | CONFIRMATION # |
| 10/01/01 | 90286874 |

935.96

COPY SENT
NOV 16 2001
TO GELCO

1-4-02 /l.C.

ACCOUNTING COPY

# BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| 09/21/01 | breakfast inservice for Hermann Dilly | | | 15.11 |
| 09/13/01 | lunch inservice for Meth ER on retavase | | | 97.08 |
| 09/21/01 | wine gift for going away party for Dr F | | | 20.45 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 09/06/01 | dinner with drs soltes and brady at lupus foundation | 600.00 |
| 09/17/01 | misc refreshments for inservices of retavase | 28.16 |
| 09/17/01 | lunch with dr cohen to discuss retavase | 59.00 |
| 09/20/01 | baby gift for Dr. Orzak's new baby - Silver shop | 22.73 |
| 09/19/01 | utensils for lunch inservice at SW TX Meth | 8.43 |
| 09/18/01 | lunch inservice for SW Meth radilogy dept on retavase | 69.02 |

# MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Original Document of GeicoInformationNetwork

EEOC00054

396570000 02

ACCOUNTING COPY

# The Stars At Night

*benefiting the*
*LUPUS FOUNDATION OF AMERICA - TEXAS GULF COAST CHAPTER*
*Thursday, September 6, 2001*
*7:00 p.m.*
*The Metropolitan - 1801 Main*

Received from Caroline Kopecky: $600.00 for dinner

## Thank you

EEOC000546

### Receipt 1 (Dispenser)

```
Area 1
Dispenser #1
09/19/01 13:48
09/19/01 11:07 148
CASHIER ID #327
                              1
Fee Computer Number:
Transaction Number:
Entered:
Exited:
Ticket #54071
Rate:
Total Fee:
Cash:
                         $3.00
Thank You
2.0 675 3178
Ha
```

### Receipt 2 (Walgreens)

```
I'm COURTNEY, I'm here to serve you
with our "7 Service Basics".
266       10  8490  01305  004
HLWN BASKETS    11    1.99
HLWN BASKETS    11    1.99
ALTOIDS 1.76    18     .99
FUN SZ39Z/7     18
GRID ECLIP12    18
HRSY RECT3Z     18    4.99
HRSY MINI3?Z    18    2.99
HRSHY KISS13     B
 1 @ 1/ 2.99 - 2/ 5.00    2.01
HRSHY KISS13     B
 1 @ 1/ 2.99 - 2/ 5.00
CHRM POP10.4     B   1.50 SALE
 1 @ 2/ 3.00
TOOT POP10.1     B   1.50 SALE
 1 @ 2/ 3.00
FIREWRK PNCL     1     .59
 1 @ 1/ .59 - 2/ 1.00
FIREWRK PNCL     1     .41
 1 @ 1/ .59 - 2/ 1.00
        SUBTOTAL      26.94
8.25% SALES TAX       2.22
           TOTAL      29.16
ACCT#************1052
CREDIT CARD   29.16  CHANGE   .00
WAG ADVERTISED SAVINGS!    1.98
YOUR TOTAL SAVINGS!        1.98

www.walgreens.com
FOR FASTER SERVICE, CALL IN YOUR
PRESCRIPTION 24 HOURS IN ADVANCE
THANK YOU
RETAIN THIS RECEIPT FOR YOUR RECORDS
SEPTEMBER 17, 2001      10:48 AM
```

### Receipt 3 (Texas Medical Center – Lot DD)

```
Lot DD
Texas Medical Center
Station #        39
Entered :  09/17/2001
                 11:02
Exited  :  09/17/2001
                 11:29
Ticket  #      3385
Trans   #      3114
Rate           :
Parking Fee:   $  2.00
Rate           :  $ 2.00
Total Fee      :  $ 2.00
Fee Paid       :  $ 2.00
Patient Information   '7     '61

METHODIST HOSPITAL
7700 Floyd Curl Dr.
SAN ANTONIO TEXAS 78229
```

EEOC000547

Catering 9/17 ③
$9.00

---

THE SILVER SPUR
2340 BISSONNET ST
HOUSTON, TX 77005

TERMINAL I.D.: 024000
MERCHANT #: 1101426256000000
CHECK:
37128489561001
SALE
EXP: 03/00
BATCH: 000202        TRACE: 147796
DATE: SEP 30, 01     TIME: 15:49
ROM 02270812        AUTH NO: 549670

ORDER BY: 4464

TOTAL                    $22.73

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

C RODRIGUEZ

---

# Guest Check

| SERVER | TABLE | GUESTS | CHECK NUMBER |
|--------|-------|--------|--------------|
|        | 4/6   |        | 54540        |

JIMMY WOK RESTAURANT
2248 W. Holcombe
Houston, TX 77030
(713) 668-1016
Thank you

|      |     |
|------|-----|
| 446  |     |
| 735  |     |
| 858  |     |
| 1031 |     |
| 8.00 |     |
| 410 | CH | 7 | 00 |
| TAX |   |   | 59 |
| TOTAL |   |   |    |

6

ALBERTSONS
BONUS BUY PROGRAM

| | |
|---|---|
| SPATULA | $1.49 T |
| BSTNG SPOON | $1.49 T |
| BSTNG SPOON | $1.49 T |
| SPATULA | $1.49 T |
| BALANCE DUE | $6.43 |
| Cash | $10.00 |
| Items Purchased = 4 | |
| SUB TOTAL | $5.96 |
| TOTAL TAX | ~~$0.47~~ |
| TOTAL | $6.43 |
| CHANGE | $3.57 |

C0117 #4685 11:02:05 19-SEP2001
S04014 R003

THANK YOU
FOR SHOPPING AT
ALBERTSONS

WWW.ALBERTSONS.COM

6

3241917199?

FRATELLI'S CAFE ITALIANO
8085 CALLAGHAN RD
SAN ANTONIO, TX 78230

DATE 09/19/01
TIME 07:54 AM
ACCT# 379463061701002
EXP DATE 0307
CARD TYPE AX
SERVER ID 019
TICKET #
TERMINAL # 462991
TRAN TYPE SALE
AUTH CODE 503369
RECORD # 001

AMOUNT $69.02

TIP AMOUNT ________

TOTAL AMOUNT 69.02

SIGN X ________________
C. KOPECKY
I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
THANK YOU

EEOC000548

Phone Order

(5)

$97.06

Tip

Total

Ygreen

(7)

VILLA

TAX
TOTAL $20.45

ACCT #
AUTH #
CHECK
CHANGE $0.00

PRINT
POINTS
TOTAL

WILLIAMS

dr Pischer

(7)

EINSTEIN NOAH BGL 1748
5300 KIRBY DR
HOUSTON, TX 770050000

TERMINAL I.D.: 000222570
MERCHANT #: 1421338922

AMEX
379463061701002 EXP.: 07/03
SALE
BATCH: 000024 INVOICE: 024197
DATE: SEP 21, 01 TIME: 09:50
SQ: 077 AUTH NO: 568493

TOTAL $15.11

MEMORIAL HERMANN HEALTHCARE SYSTEM
SW GARAGE BOOTH #1
7777 SW FREEWAY
HOUSTON, TEXAS 77074
THANK YOU
PLEASE COME AGAIN

(9)

09/21/01 18:27 L# 1 A# 4 Txn#445
09/21/01 17:29 In 09/21/01 18:27 Out
Tkt# 018283

| | | |
|---|---|---|
| Fee ......1 | $ | 3.00 |
| Total Fee | $ | 3.00 |
| CASH PAID | $ | 3.00- |
| Cash Tender | $ | 3.00 |
| Change Due | $ | 0.00 |

EEOC000549

# Centocor

## SALES FORCE EXPENSE REPORT

**EXPENSE REPORT NO. 7015097**

Caroline Kopecky

| DEPARTMENT | DISTRICT | PERIOD ENDING MM/DD/YY |
|---|---|---|
| 490 | | 09/29/01 |

| DATE MM/DDYY | ORIGIN / DESTINATION / PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Explain in Detail) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPAIR, MAINT. & MISC. (Explain in Detail) | PROMOTIONAL PROGRAMS | PROMOTIONAL ACCESS <$100 | PROMOTIONAL ACCESS >$100 | MISC. (Explain in Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/23/01 | hou/hou | | | | | | | | | | | | | | | | |
| 1/24/01 | hou/hou | 40.0 | | | | | | | | | | | | | | | 11.55 |
| 1/25/01 | hou/hou | 80.0 | 200.50 | | | 2.00 | | | 9.55 | | | | | 53.26 | | | 269.76 |
| 1/26/01 | hou/conroe | 120.0 | | | | 6.00 | | | | | | | | | | | |
| 1/27/01 | hou/hou | 60.0 | | | | | | | | | | | | 163.38 | | | 20.20 |
| 1/28/01 | hou/hou | 40.0 | | | | 9.00 | | | | | | | | 172.38 | | | 172.38 |
| 1/28/01 | hou/hou | 60.0 | | | | | | | | | | | | 149.61 | | | 149.61 |

| FIELD # | 10 | 11 | 12 | 63 | 13 | 18 | 16 | 17 | 18 | 19 | 60 | 61 | 62 | 64 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMOUNT | 200.50 | | | 17.00 | | | | 9.55 | | | 20.20 | 376.25 | | | 623.50 |

## US OR MINUS ADJUSTMENTS

**COMPANY CAR ONLY**

| ICLE NO. | 212164 |
|---|---|
| INNING ODOMETER | 7380.0 |
| DING ODOMETER | 7780.0 |
| AL MILES | 400.0 |
| AL BUSINESS MILES | 400.0 |
| TAL PERSONAL MILES | 0.0 |

FIELD PROMOTION (Explain on Detail)

*Calculate Personal Mileage Charge Back in Box #997 at Right

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) marking it a three digit number, 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursements.

| | FIELD # | TOTAL |
|---|---|---|
| Minus Personal Mileage Charge | 997 | |
| Due Company | 87 | |
| Due Employee | 820 | 623.50 |

| FIELD # | 40 | No. of Gallons | QUANTITY |
|---|---|---|---|

SIGNATURE _____  DATE MM/DD/YY

APPROVED BY _____  DATE MM/DD/YY  10/18/01

NOTICE TO USER
Travel/Cash Authorization request to the Drawee by Gelco Information Network, Inc. P.O. Box 44800, Eden Prairie, Minnesota 65344-2800

395570/000 02

| CALL DATE | CONFIRMATION # |
|---|---|
| 10/01/01 | 90266824 |

COPY SENT
NOV 16 2001
TO GELCO

# BUSINESS MEALS

| DATE MM/DD/YY | ATTENDEES / COMPANY | NAME & LOCATION OF ESTABLISHMENT | BUSINESS PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# FIELD PROMOTION & MISCELLANEOUS

| DATE MM/DD/YY | DESCRIPTION OF EXPENSE / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| 09/25/01 | lunch inservice for dr pallares on retavase | 63.26 |
| 09/27/01 | lunch with dr morris to discuss retavase on formulary | 20.20 |
| 09/28/01 | lunch with drs larkin, cruz, wharman to discuss combo therapy *Retavase + Reo Pro* | 163.38 |
| 09/29/01 | lunch for the HNW legs for life program with dr lachterman , *discussed Retavase* | 149.61 |
| | | |
| | | |

# MISCELLANEOUS AUTO

| DATE MM/DD/YY | DESCRIPTION OF EXPENSES / BUSINESS PURPOSE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Rcpt# 2218
09/24/01 15:40 L# 1 A# 1 Txn# 68185
09/24/01 15:13 In 09/24/01 15:40 Out
Tkt# 140585

| | | |
|---|---|---|
| Fee ......1 | $ | 2.00 |
| Total Fee | $ | 2.00 |
| CASH PAID | $ | 2.00- |
| Cash Tender | $ | 5.00 |
| Change Due | $ | 3.00 |

(1)

(2)

| DATE | 23-901260440-03 | TIME |
|---|---|---|
| 09/24/01 | 1424745651 | 14:26 |

U S POSTAL SERVICE #4841490064
3740 GREENBRIAR ST
HOUSTON, TX 77098

| TRAN # | CLERK ID | AUTH |
|---|---|---|
| 62 | 2 | 545775 |

AMERICAN EXPRESS SALE

| ACCT. NUMBER | EXP |
|---|---|
| 379463061701002 | 0703 |

TOTAL $9.55

(3)

JASON

(4)

A ♦

# Ace Park & Ride

7783 Airport Blvd. • Houston, TX 77061

DATE: Sept 25, 2001

AMOUNT: $6.00

"Thank You"

8.00
63.26

ISSUED BY AND VALID ONLY ON
**SOUTHWEST AIRLINES**

TICKETLESS ITINERARY — AGENT 1450

NOT VALID FOR TRANSPORTATION DATE 25SEP01

| TOMER NAME | REFERENCE NUMBER | CONFIRMATION NUMBER |
|---|---|---|
| CKY/CAROLINE | 526/27743331133 | MY4MPT |

INERARY

| M | TO | FLIGHT | DATE | FARE BASIS | TIME | STATUS | PRICE | XF |
|---|---|---|---|---|---|---|---|---|
| USTON HOBBY | HARLINGEN TX | WN0011 | 25SEP | YL | 1045A | HK | 0098.75 | 00.00 |
| LINGEN TX | HOUSTON HOBBY | WN0070 | 25SEP | YL | 0300P | HK | 0098.75 | 03.00 |

HOU PAID COMPLETE

Total $200.50

(5)

EMPIRE BAKING COMPANY
1616 POST OAK BLVD
HOUSTON TX 770560000

TERMINAL I.D.: 003374923
MERCHANT #: 1424403632

(6)

AMEX
379463061701002
SALE EXP.: 07/03
BATCH: 000209 INVOICE: 000065
DATE: SEP 27, 01 TIME: 12:59
SD: 813 AUTH NO: 583443

TOTAL $20.20

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

X C Kopecky
C KOPECKY

TOP COPY: MERCHANT, BOTTOM COPY: CUSTOMER

PREGO
2520 AMHERST
HOUSTON, TX 77005

BATCH: 006
S-A-L-E-S D-R-A-F-T
74364137
338023376049

SERVER: 7

(7)

REF: 0028
CD TYPE: AMEX
TR TYPE: PURCHASE
DATE: SEP 28, 01 13:56:03

AMOUNT $137.59

TIP $25.79

TOTAL $163.38

ACCT: 379463061701002 EXP: 07/03
AP: 546046
NAME: C KOPECKY

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS AND/OR SERVICES IN THE AMOUNT OF THE TOTAL SHOWN HEREON AND AGREES TO PERFORM THE OBLIGATIONS SET FORTH BY THE CARDMEMBER'S AGREEMENT WITH THE ISSUER

X C Kopecky

(8)

$9 parking 9/28

[illegible] HUT #0012840
[illegible] 1960 RD W
[illegible] TX 77090
[illegible]-440-9190

Sale

[illegible]

Ref #: 0002
11:58:35

[illegible]

Exp: 07/03
Invoice#: 000002
Amount: $ 67.34

8.00 total $149.61

75.34

(9)

[illegible] above total amount
[illegible] issuer agreement
[illegible] if credit voucher)

[illegible] Bottom copy-Merchant

[illegible] PIZZAS
[illegible] (TM)
[illegible] CRISPY (R) *
[illegible] CRUST

---

PIZZA HUT #0012840
[illegible] 1960 RD W
HOUSTON TX 77090
[illegible]-440-9190

Sale

[illegible]
Ref #: 0001
11:12:46
Batch #: 070

AMEX

[illegible]
Exp: 07/03
Auth Code: 566674
Invoice#: 000001
Amount: $ 176.27

176.27

I agree to pay above total amount
according to card issuer agreement
(Merchant agreement if credit voucher)

Signature: [illegible]

[illegible] Bottom copy-Merchant

[illegible] CRUST PIZZAS
[illegible] (TM)
[illegible] CRISPY (R) *
[illegible] STUFFED CRUST