# Centocor

## SALES FORCE EXPENSE REPORT

**NAME:** Diane Minor
**DEPARTMENT:** 490
**DISTRICT:**
**EXPENSE REPORT NO.:** 1292026
**PERIOD ENDING MMDDYY:** 08/04/01

| DATE MMDDYY | ORIGIN / DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Hotels or Rest) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPAIR / MAINT & MISC (Explain in Detail) | FIELD PROMOTION (Explain on Detail) PROMOTIONAL ACCESS #9100 | PROMOTIONAL ACCESS #9102 | MISC (Explain on Code) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/18/01 | St. Louis | | | 151.24 | | 3.25 | 16.39 | | | | 17.40 | | | | | 188.28 |
| 07/30/01 | Springfield, Il | 11.0 | | | | | | | | | | | 212.89 | | 28.95 | 253.54 |
| 07/31/01 | Illness | | | | | | | | | | | | | | | |
| 08/01/01 | Illness | | | | | | | | | | | | | | | |
| 08/02/01 | Illness | | | | | | | | | | | | | | | |
| 08/03/01 | Illness | | | | | | | | | | | | | | | |
| 08/04/01 | | | | | | | 533.02 | | 87.00 | | | | | | | 533.02 87.00 |
| 11.0 cm | PLUS OR MINUS ADJUSTMENTS | | | | | | | | | | | | | | | |
| | | | | 151.24 | | 3.25 | 15.39 | | 533.02 | | 87.00 | 17.40 | | 241.84 | | 1,049.14 |
| | | FIELD # | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| | | AMOUNT | | | | | | | | | | | | | | |

**COMPANY CAR ONLY**

| VEHICLE NO. | 348 |
|---|---|
| BEGINNING ODOMETER | 26372.0 |
| ENDING ODOMETER | 26383.0 |
| TOTAL MILES | 11.0 |
| TOTAL BUSINESS MILES | |
| TOTAL PERSONAL MILES | 11.0 |

**"Calculate Personal Mileage Charge Back in Box #697 at Right**

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity), the field # for that category must be entered as follows: Precede the field # with a minus (9) making it a three digit number. 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11.)

Payment requests exceeding authorized dollar limits will delay reimbursement.

| FIELD # | QUANTITY |
|---|---|
| 40 | No. of Gallons |
| 697 | Minus Personal Mileage Charge X.0 |
| 820 | Due Company |
| 87 | Due Employee |

| FIELD # | TOTAL |
|---|---|
| 697 | |
| 820 | |
| 87 | |

**SIGNATURE** [signed] **DATE MMDDYY** 8-4-01
**APPROVED BY** [signed] **DATE MMDDYY**

**NOTICE TO USER**
Travelers Authorization issued to the Drawer by Galco Information Network, Inc. P.O. Box 44800, Eden Prairie, Minnesota 55344-2500

**CALL DATE:** 08/04/01
**CONFIRMATION #:** 89938978
396570000 02

EEOC000105
EEOC0105

# Centocor

## SALES FORCE EXPENSE REPORT

**NAME:** Jane Minor
**DEPARTMENT:** 480
**DISTRICT:**
**EXPENSE REPORT NO.** 1292025
**PERIOD ENDING MM/DD/YY:** 07/28/01

Wrong detail page

| DATE MM/DD/YY | ORIGIN / DESTINATION / PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Receipts on Detail) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | ENTMNT / MMNT (Receipts on Detail) | FIELD PROMOTION (Receipts on Detail) PROMOTIONAL ACCESS <$100 | PROMOTIONAL ACCESS >$100 | MISC. (Receipts on Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/23/01 | | | | | | | | | | | | | | | | |
| 07/24/01 | Peoria, Il | 76.0 | | | | 1.75 | | | | | | | | | | 1.75 |
| 07/25/01 | St. Louis, Mo | 219.0 | | | | | | | | | | | | | | |
| 07/26/01 | Des Moines, Ia | 939.84 | | | | | 7.94 | | | | 32.01 | | | | | 979.79 |
| 07/27/01 | Springfield, Il | 9.0 | | | | 1.00 | | | | | | | | | | 1.00 |
| 07/28/01 | | | | | | | | | | | | | | | | |
| PLUS OR MINUS ADJUSTMENTS | | | | | | | | | | | | | | | | |
| 11240.05 cm | | | | | | | | | | | | | | | | |
| | | FIELD # 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | |
| | | AMOUNT 939.84 | | | | 5.00 | 7.94 | | | 32.01 | | | | | | 984.79 |

| COMPANY CAR ONLY | |
|---|---|
| VEHICLE NO. | 349 |
| BEGINNING ODOMETER | 25985.0 |
| ENDING ODOMETER | 26372.0 |
| TOTAL MILES | 387.0 |
| TOTAL BUSINESS MILES | 383.0 |
| TOTAL PERSONAL MILES | 4.0 |

*Calculate Personal Mileage Charge Back in Box #997 at Right

**IMPORTANT**
If an expense category equals a negative amount (Debit or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 9XX. (Example: If the total in the Lodging amount field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursement.

| | | | FIELD # | QUANTITY |
|---|---|---|---|---|
| | | | 997 | No. of Gallons |

SIGNATURE: [signature]   DATE MM/DD/YY: 7-28-01
APPROVED BY: [signature]   DATE MM/DD/YY:

39657000 02   NOTICE TO USER
Traveler's Authorization issued to the Driver by Gelco Information Network, Inc. P.O. Box 44000, Eden Prairie, Minnesota 55344-2200

| | Minus Personal Mileage Charge | FIELD # | TOTAL |
|---|---|---|---|
| | 4.0 X 0 | 997 | |
| Due Company | | 87 | |
| Due Employee | | 820 | 984.79 |
| CALL DATE | 07/28/01 | CONFIRMATION # | 89938349 |

On: Document of Gelco Information Network

SUPERVISOR COPY

EEOC000106

# Centocor

## SALES FORCE EXPENSE REPORT

**NAME:** Jane Minor  
**DEPARTMENT:** 490  
**DISTRICT:**  
**EXPENSE REPORT NO.** 1292024  
**PERIOD ENDING MM/DD/YY:** 07/21/01

| DATE MM/DD/YY | ORIGIN / DESTINATION / PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Explain on Detail) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPAIR / MAINT. & MISC. (Explain on Detail) | FIELD PROMOTION PROMOTIONAL PROGRAMS | FIELD PROMOTION (Explain on Detail) PROMOTIONAL ACCESS <$10 | PROMOTIONAL ACCESS >$10 | MISC. (Explain on Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/16/01 | Peoria, Il | 133.0 | | | | | | | | | 24.23 | | | 288.38 | | | 312.61 |
| 07/17/01 | St. Louis, Mo | 121.0 | | 121.23 | | | 79.14 | 1.50 | | | 22.17 | | | | 51.73 | | 368.37 |
| 07/18/01 | Evansville, In | 164.0 | | | | | 20.08 | | | | 18.55 | | | | 10.95 | | 169.81 |
| 07/19/01 | St. Louis, Mo | 161.0 | | | | | 11.27 | | | | | | | | 117.02 | | 128.29 |
| 07/20/01 | St. Louis, Mo | 111.0 | | | | | | | | | | | | | | | |
| 07/21/01 | | | | | | | | | | | | | | | | | |

PLUS OR MINUS ADJUSTMENTS

| 1/2 day 05 d/m | AMOUNT | FIELD # 10 | 11 | 242.46 | 12 | 13 | 110.49 | 15 | 1.50 | 16 | 17 | 92.60 | 18 | 62.85 | 19 | 20 | 62.68 | 21 | 405.40 | 22 | 23 | 24 | 978.08 |

### COMPANY CAR ONLY

| VEHICLE NO. | 349 |
| BEGINNING ODOMETER | 25292.0 |
| ENDING ODOMETER | 25985.0 |
| TOTAL MILES | 693.0 |
| TOTAL BUSINESS MILES | 690.0 |
| TOTAL PERSONAL MILES | 3.0 |

**"Calculate Personal Mileage Charge Back In Box #997 at Right**

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9), making it a three digit number, 9XX. (Example: if the total in the Lodging amount field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursement.

| | QUANTITY | FIELD # 40 | No. of Gallons |
|---|---|---|---|

SIGNATURE _____ DATE 7-21-01

APPROVED BY _____ DATE MM/DD/YY

### NOTICE TO USER
Travel/expense Authorization issued to the Drawer by Gelco Information Network, Inc. P.O. Box 49920, Eden Prairie, Minnesota 55344-3920

39657000 02

| | Minus Personal Mileage Charge | Due Company | Due Employee | CALL DATE | CONFIRMATION # |
|---|---|---|---|---|---|
| | 3.0 X 0 | | | 07/21/01 | 89826087 |
| FIELD # | 997 | 87 | 820 | | |
| TOTAL | | | 978.08 | | |

Document of Gelco Information Network
SUPERVISOR _____
817-923-5048
Tony Siciliano  Apr 10 02 11:15a
EEOC000107
EEOC0107

# Centocor

## SALES FORCE EXPENSE REPORT

| NAME | DEPARTMENT | DISTRICT | EXPENSE REPORT NO. 1292023 |
|---|---|---|---|
| Jane Minor | 490 | | PERIOD ENDING MM/DD/YY 07/14/01 |

| DATE MM/DD/YY | ORIGIN / DESTINATION PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Explain in Detail) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPAIR / MAINT. & MISC. (Explain in Detail) | FIELD PROMOTION (Explain on Detail) PROMOTIONAL ACCESS 4100 | PROMOTIONAL PROGRAMS | MISC. (Explain in Detail) | ONLY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/09/01 | Peoria | 81.0 | | | | | | | 330.95 | | | | | | | 330.95 |
| 07/10/01 | St. Louis | 199.0 | | | | | | 27.90 | | | 13.10 | | | | | 27.90 |
| 07/11/01 | Evansville | | | 492.74 | 65.18 | | 2.11 | | | | | | | | | 560.03 |
| 07/12/01 | St. Louis | 113.0 | | | | | 83.74 | | | | | 56.10 | | | | 139.84 |
| 07/13/01 | St. Louis | 108.0 | | | | | 2.40 | | | | 24.19 | | | | | 26.59 |
| 07/14/01 | | | | | | | | | | | | | | | | |
| PLUS OR MINUS ADJUSTMENTS | | | | | | | | | | | | | | | | |
| 112480.05 d/mm | | AMOUNT | FIELD # 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | |
| | | | 492.74 | | 65.18 | | 88.25 | 330.95 | | | 65.19 | | 56.10 | | | 1,098.41 |

$150.00 limit

| COMPANY CAR ONLY | | | | |
|---|---|---|---|---|
| VEHICLE NO. | 349 | | | |
| BEGINNING ODOMETER | 24787.0 | FIELD # | QUANTITY | TOTAL |
| ENDING ODOMETER | 25292.0 | No. of Gallons | | |
| TOTAL MILES | 505.0 | Minus Personal Mileage Charge | 4.0 x 0 | |
| TOTAL BUSINESS MILES | 501.0 | Due Company | 87 | |
| TOTAL PERSONAL MILES | 4.0 | Due Employee | 820 | 1,098.41 |

*Calculate Personal Mileage Charge Back in Box #987 at Right

**IMPORTANT**
If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number. 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursements.

| SIGNATURE | DATE MM/DD/YY 7/14/01 | CALL DATE 07/14/01 |
|---|---|---|
| APPROVED BY | DATE MM/DD/YY | CONFIRMATION # 89934782 |

398570000 02

NOTICE TO USER
Traveler's Authorization Issued to the Driver by Geico Information Network, Inc. P.O. Box 44800, Eden Prairie, Minnesota 55344-2520

Original document of Geico International Network
SUPERVISOR COPY
Apr 10 02 11:15a  Tony Siciliano  817-923-5048  p.5
EEOC000108
EEOC0108

# Centocor

## SALES FORCE EXPENSE REPORT

| NAME | | | | DEPARTMENT | | | | | | | EXPENSE REPORT NO. 1292022 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jane Minor | | | | 490 | | | DISTRICT | | | | PERIOD ENDING 07/07/01 | |

| DATE MM/DD/YY | ORIGIN / DESTINATION / PURPOSE | COMPANY CAR ONLY BUSINESS MILES | AIR / RAIL / BUS | LODGING | TAXI, LIMO, AUTO RENTAL | PARKING / TOLLS | BUSINESS MEALS (Explain on Detail) | PHONE / FAX | OFFICE SUPPLIES & COPIES | POSTAGE | AUTO FUEL | REPAIR / MAINT. & MISC. (Explain on Detail) | FIELD PROMOTION (Explain on Detail) PROMOTIONAL ACCESS <$100 | PROMOTIONAL PROGRAMS | PROMOTIONAL ACCESS >$100 | MISC. (Explain on Detail) | DAILY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/02/01 | Springfield | 22.0 | | | | 2.25 | 257.68 | | | | 22.00 | | | | | | 279.68 |
| 07/03/01 | Peoria | 158.0 | | | | 1.00 | 83.03 | | | | | | | 151.60 | | | 85.28 |
| 7/04/01 | Holiday | | | | | | | | | | | | | | | | |
| 07/05/01 | Peoria | 164.0 | | | | | | | | | 27.01 | | | 134.60 | | | 161.61 |
| 07/06/01 | Springfield | 21.0 | | | | 1.25 | | | | | | | | | | | 1.25 |
| 07/07/01 | | | | | | | | | | | | | | | | | |

| | FIELD # | 10 | 11 | 12 | 13 | 16 | 17 | 18 | 19 | 20 | 61 | 62 | 64 | |
| PLUS OR MINUS ADJUSTMENTS | AMOUNT | | | | 4.50 | 340.71 | | 49.01 | | | 286.20 | | 680.42 |

| 112492.05 dmn | | | |
|---|---|---|---|

### COMPANY CAR ONLY

| VEHICLE NO. | 349 |
|---|---|
| BEGINNING ODOMETER | 24416.0 |
| ENDING ODOMETER | 24787.0 |
| TOTAL MILES | 371.0 |
| TOTAL BUSINESS MILES | 365.0 |
| TOTAL PERSONAL MILES | 6.0 |

"Calculate Personal Mileage Charge Back in Box #987 at Right

### IMPORTANT

If an expense category equals a negative amount (Dollar or Quantity) the field # for that category must be entered as follows: Precede the field # with a nine (9) making it a three digit number, 9XX. (Example, if the total in the Lodging amount field is negative, enter the code 911 instead of 11).

Payment requests exceeding authorized dollar limits will delay reimbursements.

| | FIELD # | QUANTITY |
|---|---|---|
| | 40 | No. of Gallons |
| Minus Personal Mileage Charge 6.0 X 0 | 987 | |
| Due Company | 87 | |
| Due Employee | 820 | 680.42 |

| SIGNATURE | DATE MM/DD/YY |
|---|---|
| [signature] | 7-07-01 |
| APPROVED BY | DATE MM/DD/YY |

Traveler Authorization Number Owned by Gelco Information Network, Inc. P.O. Box 4900, Eden Prairie, Minnesota 55344-2500

NOTICE TO USER    39857000 02    CALL DATE 07/07/01    CONFIRMATION # 88921811

EEOC000109

Apr 10 02 11:17a  Tony Siciliano  817-923-5048  p.1

Document of GelcoInformationNetwork  SUPERVISOR COPY

EEOC0109