**E-FILED**
Friday, 15 April, 2005  05:06:27 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| M. JANE MINOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 02-3354 |
| | ) | |
| v. | ) | Judge Mills |
| | ) | |
| CENTOCOR, INC., | ) | Magistrate Judge Evans |
| | ) | |
| Defendant. | ) | |
| M. JANE MINOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 04-3114 |
| | ) | |
| v. | ) | Judge Mills |
| | ) | |
| CENTOCOR, INC., | ) | Magistrate Judge Evans |
| | ) | |
| Defendant. | ) | |

**DEFENDANT CENTOCOR, INC.'S MOTION FOR LEAVE**
**TO FILE REPLY BRIEF IN EXCESS OF FIVE PAGES**

NOW COMES the Defendant, CENTOCOR, INC. ("CENTOCOR"), by and through its attorneys, Linzey D. Jones and John M. Broderick of the law firm Pugh, Jones, Johnson & Quandt, P.C., and Christopher Biswell of the law firm Drake, Narup & Mead, P.C., and pursuant to Local Rule 7.1(D)(5), respectfully moves this Court to file a reply brief in excess of five pages. In support of this motion, Defendant states as follows:

1.   On April 1, 2005, Plaintiff filed her response to Defendant's Motion for Summary Judgment.

2.   The word count limitation for the argument section in Plaintiff's brief was 7000 words pursuant to the Local Rules.

1

3. Plaintiff was granted leave to file her brief in excess of the word count limitation. The argument section for her brief was 8431 words long.

4. In order for Defendant to fully and adequately address Plaintiff's arguments, Defendant requires additional pages for the argument section of its reply brief.

5. Pursuant to Local Rule 7.1(D)(5), Defendant is allowed five pages of argument. Defendant's reply brief contains nine full pages of argument and less than a full sentence on a tenth page.

WHEREFORE, the Defendant, CENTOCOR, INC., respectfully requests this Court enter an order granting it leave to file its Reply in Support of Defendant's Motion for Summary Judgment in excess of the page limitation provided by Local Rule 7.1(D)(5).

**Defendant**
**CENTOCOR, INC.**

By: s/ Linzey D. Jones
Linzey D. Jones, Bar No. 6183113
John M. Broderick, Bar No. 6255668
PUGH, JONES, JOHNSON, & QUANDT, P.C.
180 North LaSalle Street, Suite 3400
Chicago, IL 60601
(312) 551-1002
(312) 551-0804 Fax
ljones@pjjq.com

David L. Drake
Drake, Narup & Mead, P.C.
107 East Allen Street
Springfield, Illinois 62707
(217) 528-9776
(217) 528-9401 Fax