**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| M. JANE MINOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 02-3354 |
| | ) | |
| v. | ) | Judge Mills |
| | ) | |
| CENTOCOR, INC., | ) | Magistrate Judge Evans |
| | ) | |
| Defendant. | ) | |
| M. JANE MINOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 04-3114 |
| | ) | |
| v. | ) | Judge Mills |
| | ) | |
| CENTOCOR, INC., | ) | Magistrate Judge Evans |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION TO CONTINUE TRIAL AND FINAL PRE-TRIAL CONFERENCE**

NOW COMES the Defendant, Centocor, Inc., by and through its attorneys, Linzey D. Jones and John M. Broderick of the law firm Pugh, Jones, Johnson & Quandt, P.C. and Christopher Biswell of the law firm Drake, Narup & Mead, P.C., and the Plaintiff, M. Jane Minor, by and through her attorney, James P. Baker of the law firm Baker, Baker & Krajewski, LLC., and respectfully move this Court to continue the Final Pretrial Conference, the filing deadlines for the final pretrial order and motions in limine, and to continue the date for trial.  In support of this motion, the parties state as follows:

1.    On December 3, 2004, the Court entered an Amended Scheduling Order which scheduled the Final PreTrial Conference for June 6, 2005 and  the trial for July 5, 2005.

2. On May 25, 2005, the Court rescheduled to Final PreTrial Conference for June 20, 2005.

3. Pending before the Court is Defendant's fully briefed Motion for Summary Judgment.

4. The substance of the pretrial order and motions in limine will be substantially affected by any decision on the pending motion.

5. The parties respectfully request that the aforementioned dates be continued until after the Court decides the pending motion.

6. This motion is not made for purposes of delay.

WHEREFORE, the parties respectfully request this Court to continue the Final Pretrial Conference, the filing deadlines for the final pretrial order and motions in limine, and to continue the date for trial in this matter.

| Plaintiff | Defendant |
|---|---|
| **M. JANE MINOR** | **CENTOCOR, INC.** |
| By: s/ James P. Baker | By: s/ Linzey D. Jones |
| James P. Baker, Esq. | Linzey D. Jones, Bar No. 6183113 |
| Baker, Baker & Krajewski, LLC. | John M. Broderick, Bar No. 6255668 |
| 415 South Seventh Street | PUGH, JONES, JOHNSON, & |
| Springfield, IL 62701 | QUANDT, P.C. |
| (217) 522-3445 | 180 North LaSalle Street, Suite 3400 |
| (217) 522-8234 Fax | Chicago, IL 60601 |
| carenbakerlaw@sbcglobal.net | (312) 768-7800 |
| | (312) 768-7801 Fax |
| | ljones@pjjq.com |
| | |
| | David L. Drake |
| | Drake, Narup & Mead, P.C. |
| | 107 East Allen Street |
| | Springfield, Illinois 62707 |
| | (217) 528-9776 |
| | (217) 528-9401 Fax |