E-FILED
Thursday, 09 June, 2005 01:36:23 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| M. JANE MINOR, | ) | |
| | ) | |
| Plaintiff, | ) | 02-3354 |
| | ) | |
| v. | ) | |
| | ) | |
| CENTOCOR, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| M. JANE MINOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 04-3114 |
| | ) | |
| CENTOCOR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

RICHARD MILLS, U.S. District Judge:

The Court now considers the parties' Joint Motion to Continue Trial and Final Pre-trial Conference. In support of their motion, the parties state:

1. On December 3, 2004, the Court entered an Amended

Scheduling Order which scheduled the Final Pre-Trial Conference for June 6, 2005 and the trial for July 5, 2005.

    2. On May 25, 2005, the Court rescheduled to Final Pre-Trial Conference for June 20, 2005.

    3. Pending before the Court is Defendant's fully briefed Motion for Summary Judgment.

    4. The substance of the pretrial order and motions in limine will be substantially affected by any decision on the pending motion.

    5. The parties respectfully request that the aforementioned dates be continued until after the Court decides the pending motion.

    6. This motion is not made for purposes of delay.

ERGO, the parties' Joint Motion to Continue Trial and Final Pre-trial Conference (d/e 80) is ALLOWED. The Final Pre-Trial Conference is RESCHEDULED for August 15, 2005, at 1:00 p.m. and the Trial is RESCHEDULED for September 6, 2005, at 10:00 a.m.

    ENTER: June 9, 2005

    FOR THE COURT:                          s/ Richard Mills
                                                     United States District Judge