AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**M. JANE MINOR**

       vs.          Case Number: **02-3354 & 04-3114**

**CENTOCOR, INC., and JOHNSON & JOHNSON, INC**.

[ ] **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[XX] **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants Centocor, Inc. and Johnson & Johnson, Inc.'s Motion for Summary Judgment is Allowed.  Judgment is entered in favor of Defendants and against the Plaintiff.------------------------------------------------------------------------------------------------------------------

ENTER this 20th day of June 2005

JOHN M. WATERS, CLERK

_____s/ G. Utsinger_____
BY: DEPUTY CLERK