**E-FILED**
Thursday, 14 July, 2005 05:09:31 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| M. JANE MINOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 02-3354 and 04-3114 |
| v. | ) | |
| | ) | |
| CENTOCOR, INC. And JOHNSON AND JOHNSON, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that the Plaintiff, M. JANE MINOR, appeals to the United States Court of Appeals for the Seventh Circuit from an order entered on November 12, 2003 granting defendant Centocor's motion for summary judgment on Count II and granting defendant Johnson and Johnson's motion for summary judgment on Counts III and IV of the Plaintiff's complaint and dismissing Johnson and Johnson, Inc. for lack of personal jurisdiction and from an order entered on June 17, 2005 granting the Defendants' Motion for Summary Judgment which resulted in a judgment dated June 20, 2005 in favor of the Defendants and against the Plaintiff.

M. JANE MINOR, Plaintiff

BY: s/ James P. Baker
Her Attorney
James P. Baker
Bar Number: 0097802
Baker, Baker & Krajewski LLC
415 South Seventh Street
Springfield, Illinois 62701
(217) 522-3445

                    (217) 522-8234 fax
                    E-Mail: carenbakerlaw@sbcglobal.net

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2005 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Linzey D. Jones
John M. Broderick
Pugh, Jones & Johnson, P.C.
180 North LaSalle Street, Suite 3400
Chicago, Illinois 60601

David L. Drake
Drake, Narup & Mead, P.C.
107 East Allen Street
Springfield, Illinois 62704

                    s/ James P. Baker
                    James P. Baker
                        Bar Number: 0097802
                        Baker, Baker & Krajewski LLC
                        415 South Seventh Street
                        Springfield, Illinois 62701
                        (217) 522-3445
                        E-Mail:carenbakerlaw@sbcglobal.net