E-FILED
Monday, 18 July, 2005  09:06:12 AM
Clerk, U.S. District Court, ILCD

Seventh Circuit Appeal Information Sheet
Page 2
02-3354, Central District of Illinois

Counsel for Defendants:

Christian D. Biswell
David L. Drake
Drake, Narup & Mead, PC

107 E. Allen Street
Springfield, IL   62704
217-528-9776