EXHIBIT C

9135

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
180 N. LASALLE ST., STE 3400
CHICAGO, IL 60601

BANK ONE, NA
CHICAGO, ILLINOIS 60670
2-1-710

10/21/2004

PAY TO THE ORDER OF   Baldwin Reporting Service            $**847.74

Eight Hundred Forty-Seven and 74/100******************************************************************** DOLLARS

Baldwin Reporting Service
107 East Allen, Suite 101
Springfield, IL 62704

MEMO   J&J/Minor - deposition of Jane Minor

⑆009135⑆ ⑈071000013⑈  533036256  MP

---

PUGH, JONES, JOHNSON & QUANDT, P.C.                                    9135
         OPERATING ACCOUNT                              10/21/2004
    Baldwin Reporting Service

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 09/27/2004 | Bill | 28394 | 847.74 | 847.74 | | 847.74 |
| | | | | Check Amount | | 847.74 |

Operating-ANB   J&J/Minor - deposition of Jane Minor                   847.74

---

PUGH, JONES, JOHNSON & QUANDT, P.C.                                    9135
         OPERATING ACCOUNT                              10/21/2004
    Baldwin Reporting Service

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 09/27/2004 | Bill | 28394 | 847.74 | 847.74 | | 847.74 |
| | | | | Check Amount | | 847.74 |

Operating-ANB   J&J/Minor - deposition of Jane Minor                   847.74

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

Johnson/
minor

```
                BALDWIN REPORTING SERVICES
            Court Reporting, Legal Video and
                    Investigation Services
                   107 East Allen, Suite 101
                    Springfield, IL  62704
                         217-788-2835
```

John Broderick, Esq.
PUGH, JONES, JOHNSON & QUANDT
180 N. LaSalle, Suite 3400
Chicago, IL  60601

Inv Date   09/27/2004
Invoice#      28394
Client#        4226
Job/File# R-14

Re: Minor    Centocor, Inc.
Assignment Date: September 03, 2004

Trans Original of Jane Minor

Original Transcript                                            674.00

Attendance,

Attendance                                                     148.75
UPS Del $25.00                                                  25.00
                                                          ==========
                            Total Amount $                     847.75
        Interest At A Rate Of 1.50% After 30 Days $              0.00
                               Total due $                     847.75

```
*****************************************************************
***                                                           ***
PLEASE REMIT PAYMENT "DIRECTLY" TO BALDWIN REPORTING SERVICES AT
107 EAST ALLEN STREET, SUITE 101, SPRINGFIELD, ILLINOIS 62704.
***                                                           ***
*****************************************************************
```
We specialize in "Focus Group" studies

```
                 BALDWIN REPORTING SERVICES
                Federal Tax Id#: 37-1234576
```

Return Copy

9106

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
180 N. LASALLE ST., STE 3400
CHICAGO, IL 60601

BANK ONE, NA
CHICAGO, ILLINOIS 60670
2-1-710

10/18/2004

PAY TO THE ORDER OF   Baldwin Reporting Service                                $**1,061.25

One Thousand Sixty-One and 25/100************************************************************************   DOLLARS

Baldwin Reporting Service
107 East Allen, Suite 101
Springfield, IL 62704

MEMO  J&J/Minor - deposition of Jane Minor

⑈009106⑈ ⑆071000013⑆ 533036256⑈

⑈009106⑈

PUGH, JONES, JOHNSON & QUANDT, P.C.
OPERATING ACCOUNT
Baldwin Reporting Service

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 09/23/2004 | Bill | 28380 | 1,061.25 | 1,061.25 | | 1,061.25 |
| | | | | | Check Amount | 1,061.25 |

10/18/2004                                                                    9106

Operating-ANB    J&J/Minor - deposition of Jane Minor                              1,061.25

PUGH, JONES, JOHNSON & QUANDT, P.C.
OPERATING ACCOUNT
Baldwin Reporting Service

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 09/23/2004 | Bill | 28380 | 1,061.25 | 1,061.25 | | 1,061.25 |
| | | | | | Check Amount | 1,061.25 |

10/18/2004                                                                    9106

Operating-ANB    J&J/Minor - deposition of Jane Minor                              1,061.25

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL  62704
217-788-2835



John Broderick, Esq.
PUGH, JONES, JOHNSON & QUANDT
180 N. LaSalle, Suite 3400                              Inv Date  09/23/2004
Chicago, IL  60601                                      Invoice#     28380
                                                        Client#       4226
                                                        Job/File# R-35


Re: Minor    Centocor, Inc.
Assignment Date: September 10, 2004


Trans Original of Jane Minor

Original Transcript                                              875.00

Attendance,

Attendance                                                       161.25
UPS Del $25.00                                                    25.00
                                                             ==========
                          Total Amount $                       1,061.25
     Interest At A Rate Of 1.50% After 30 Days $                   0.00
                             Total due $                       1,061.25


```
****************************************************************
***                                                          ***
PLEASE REMIT PAYMENT "DIRECTLY" TO BALDWIN REPORTING SERVICES AT
107 EAST ALLEN STREET, SUITE 101, SPRINGFIELD, ILLINOIS 62704.
***                                                          ***
****************************************************************
```
We specialize in "Focus Group" studies




BALDWIN REPORTING SERVICES
Federal Tax Id#: 37-1234576

Return Copy