# EXHIBIT E

COPY

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL 62704
217-788-2835


John Broderick, Esq.
PUGH, JONES, JOHNSON & QUANDT
180 N. LaSalle, Suite 3400          Inv Date   12/30/2004
Chicago, IL 60601                   Invoice#      28744
                                    Client#        4226
                                    Job/File# R-14


Re: Minor   Centocor, Inc.
Assignment Date: December 16, 2004


Trans Copy of Randy Van Cleave

                          Total Amount $      254.00
     Interest At A Rate Of 1.50% After 30 Days $    0.00
                             Total due $      254.00


********************************************************************
***                                                              ***
PLEASE REMIT PAYMENT "DIRECTLY" TO BALDWIN REPORTING SERVICES AT
107 EAST ALLEN STREET, SUITE 101, SPRINGFIELD, ILLINOIS 62704.
***                                                              ***
********************************************************************
We specialize in "Focus Group" studies

ENTERED


BALDWIN REPORTING SERVICES
Federal Tax Id#: 37-1234576

Return Copy

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
180 N. LASALLE ST., STE 3400
CHICAGO, IL 60601

THE NORTHERN TRUST COMPANY
2-15-710

1/26/2005

$*400.75

TO THE
ER OF  Baldwin Reporting Service

DOLLARS

our Hundred and 75/100**********************************************************************

Baldwin Reporting Service
107 East Allen, Suite 101
Springfield, IL 62704

MO

*Mary Lenn Ryan*  MP

⑈020144⑈ ⑉071000152⑉ 0001331388⑈

---

**GH, JONES, JOHNSON & QUANDT, P.C.**              20144
OPERATING ACCOUNT                  1/26/2005
Baldwin Reporting Service

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 12/30/2004 | Bill | 28744 | 254.00 | 254.00 | | 254.00 |
| 12/30/2004 | Bill | 28746 | 146.75 | 146.75 | | 146.75 |
| | | | | Check Amount | | 400.75 |

Operating-Northern

400.75

---

**JGH, JONES, JOHNSON & QUANDT, P.C.**              20144
OPERATING ACCOUNT                  1/26/2005
Baldwin Reporting Service

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 12/30/2004 | Bill | 28744 | 254.00 | 254.00 | | 254.00 |
| 12/30/2004 | Bill | 28746 | 146.75 | 146.75 | | 146.75 |
| | | | | Check Amount | | 400.75 |

Operating-Northern

400.75

DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com