# EXHIBIT G

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
180 N. LASALLE ST., STE 3400
CHICAGO, IL 60601

THE NORTHERN TRUST COMPANY
2-15-710

20312

2/28/2005

TO THE
ER OF  Baldwin Reporting Service

$ *220.25

vo Hundred Twenty and 25/100************************************************************************** DOLLARS

Baldwin Reporting Service
107 East Allen, Suite 101
Springfield, IL 62704

⑽

J&J/Minor - transcript of Denise Brown

⑾020312⑾ ⑽071000152⑾ 0001331388⑾

---

H, JONES, JOHNSON & QUANDT, P.C.
OPERATING ACCOUNT
Baldwin Reporting Service

2/28/2005

20312

| ate | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 1/31/2005 | Bill | 28855 | 220.25 | 220.25 | | 220.25 |
| | | | | Check Amount | | 220.25 |

Operating-Northern    J&J/Minor - transcript of Denise Brown         220.25

---

H, JONES, JOHNSON & QUANDT, P.C.
OPERATING ACCOUNT
Baldwin Reporting Service

2/28/2005

20312

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 01/31/2005 | Bill | 28855 | 220.25 | 220.25 | | 220.25 |
| | | | | Check Amount | | 220.25 |

Operating-Northern    J&J/Minor - transcript of Denise Brown         220.25

DELUXE BUSINESS FORMS 1-800-328-0304 www.deluxeforms.com

```
              BALDWIN REPORTING SERVICES
          Court Reporting, Legal Video and
                  Investigation Services
              107 East Allen, Suite 101
                  Springfield, IL  62704
                      217-788-2835
```

John Broderick, Esq.
PUGH, JONES, JOHNSON & QUANDT
180 N. LaSalle, Suite 3400                    Inv Date  01/31/2005
Chicago, IL  60601                            Invoice#     28855
                                              Client#       4226
                                              Job/File# R-14



Re: Minor    Centocor
Assignment Date: January 12, 2005

Trans Copy of Denise Brown

                                Total Amount $      220.25
      Interest At A Rate Of 1.50% After 30 Days $     0.00
                                   Total due $      220.25

```
*******************************************************************
***                                                             ***
PLEASE REMIT PAYMENT "DIRECTLY" TO BALDWIN REPORTING SERVICES AT
107 EAST ALLEN STREET, SUITE 101, SPRINGFIELD, ILLINOIS 62704.
***                                                             ***
*******************************************************************
```
We specialize in "Focus Group" studies

```
              BALDWIN REPORTING SERVICES
              Federal Tax Id#: 37-1234576
```
BRS Original