# EXHIBIT H

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
180 N. LASALLE ST., STE 3400
CHICAGO, IL 60601

THE NORTHERN TRUST COMPANY
2-15-710

1/26/2005

$ *400.75

TO THE
ORDER OF   Baldwin Reporting Service

DOLLARS

Four Hundred and 75/100****************************************************************

Baldwin Reporting Service
107 East Allen, Suite 101
Springfield, IL 62704

MEMO

*Mary Lenn Rajan*    MP

⑅020144⑅ ⑆071000152⑆ 0001331388⑅

---

GH, JONES, JOHNSON & QUANDT, P.C.    1/26/2005    **20144**
OPERATING ACCOUNT
Baldwin Reporting Service

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 12/30/2004 | Bill | 28744 | 254.00 | 254.00 | | 254.00 |
| 12/30/2004 | Bill | 28746 | 146.75 | 146.75 | | 146.75 |
| | | | | Check Amount | | 400.75 |

400.75

Operating-Northern

---

UGH, JONES, JOHNSON & QUANDT, P.C.    1/26/2005    **20144**
OPERATING ACCOUNT
Baldwin Reporting Service

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 12/30/2004 | Bill | 28744 | 254.00 | 254.00 | | 254.00 |
| 12/30/2004 | Bill | 28746 | 146.75 | 146.75 | | 146.75 |
| | | | | Check Amount | | 400.75 |

400.75

Operating-Northern

DELUXE BUSINESS FORMS  1-800-328-0304  www.deluxeforms.com

COPY

```
           BALDWIN REPORTING SERVICES
        Court Reporting, Legal Video and
                Investigation Services
              107 East Allen, Suite 101
                 Springfield, IL  62704
                      217-788-2835
```

```
John Broderick, Esq.
PUGH, JONES, JOHNSON & QUANDT
180 N. LaSalle, Suite 3400                    Inv Date   12/30/2004
Chicago, IL  60601                            Invoice#      28746
                                              Client#        4226
                                              Job/File# R-35
```

Re: Minor    Centocor, Inc.
Assignment Date: December 17, 2004

Trans Copy of Robert Ginn

```
                      Total Amount $       146.75
     Interest At A Rate Of 1.50% After 30 Days $     0.00
                         Total due $       146.75
```

```
**********************************************************************
***                                                                ***
PLEASE REMIT PAYMENT "DIRECTLY" TO BALDWIN REPORTING SERVICES AT
107 EAST ALLEN STREET, SUITE 101, SPRINGFIELD, ILLINOIS 62704.
***                                                                ***
**********************************************************************
```
We specialize in "Focus Group" studies

```
              BALDWIN REPORTING SERVICES
              Federal Tax Id#: 37-1234576
```
Return Copy