**E-FILED**
Wednesday, 20 July, 2005 04:15:38 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT J

9547

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
180 N. LASALLE ST., STE 3400
CHICAGO, IL 60601

JPMORGAN CHASE BANK, N.A.
CHICAGO, ILLINOIS 60670
2-1-710

12/27/2004

PAY TO THE ORDER OF   Baldwin Reporting Service   $**473.45

Four Hundred Seventy-Three and 45/100******************************************************************   DOLLARS

Baldwin Reporting Service
107 East Allen, Suite 101
Springfield, IL 62704

MEMO   J&J/Minor - deposition of Dr. Joseph Bohlen

⑅009547⑅ ⑆071000013⑆ 533036 2563⑅

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
Baldwin Reporting Service                                    12/27/2004            9547

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 11/29/2004 | Bill | 28645 | 473.45 | 473.45 | | 473.45 |
| | | | | | Check Amount | 473.45 |

Operating-ANB   J&J/Minor - deposition of Dr. Joseph Bohlen   473.45

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
Baldwin Reporting Service                                    12/27/2004            9547

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 11/29/2004 | Bill | 28645 | 473.45 | 473.45 | | 473.45 |
| | | | | | Check Amount | 473.45 |

Operating-ANB   J&J/Minor - deposition of Dr. Joseph Bohlen   473.45

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL 62704
217-788-2835

ohn Broderick, Esq.
GH, JONES, JOHNSON & QUANDT
0 N. LaSalle, Suite 3400
icago, IL 60601

Inv Date 11/29/2004
Invoice# 28645
Client# 4226
Job/File# R-35

Minor    Centocor, Inc.
ignment Date: November 17, 2004

ns Original of Dr. Joseph Bohlen

J Med/Tech Transcript

ndance,

ndance

ping & Handling

363.20
86.25
24.00

Total Amount $   473.45

*************************************************
 REMIT PAYMENT "DIRECTLY" TO BALDWIN REPORTING SERVICES AT            ***
ST ALLEN STREET, SUITE 101, SPRINGFIELD, ILLINOIS 62704.
*************************************************
cialize in "Focus Group" studies                                      ***
*************************************************

BALDWIN REPORTING SERVICES
inal          Federal Tax Id#: 37-1234576