**E-FILED**
Wednesday, 20 July, 2005  04:15:49 PM
Clerk, U.S. District Court, ILCD

EXHIBIT K

**9593**

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
180 N. LASALLE ST., STE 3400
CHICAGO, IL 60601

JPMORGAN CHASE BANK, N.A.
CHICAGO, ILLINOIS 60670
2-1-710

1/3/2005

PAY TO THE ORDER OF   Baldwin Reporting Service                                $**658.45

Six Hundred Fifty-Eight and 45/100******************************************************************   **DOLLARS**

Baldwin Reporting Service
107 East Allen, Suite 101
Springfield, IL  62704

MEMO   J&J/Minor - deposition of Susan Yarrington

⑈009593⑈ ⑆071000013⑆ 533036256⑈

---

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
Baldwin Reporting Service                                     1/3/2005                       **9593**

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 12/08/2004 | Bill | 28678 | 658.45 | 658.45 | | 658.45 |
| | | | | | Check Amount | 658.45 |

Operating-BOA        J&J/Minor - deposition of Susan Yarrington                                      658.45

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
Baldwin Reporting Service                                     1/3/2005                       **9593**

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 12/08/2004 | Bill | 28678 | 658.45 | 658.45 | | 658.45 |
| | | | | | Check Amount | 658.45 |

Operating-BOA        J&J/Minor - deposition of Susan Yarrington                                      658.45

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL 62704
217-788-2835


to George n/
check
request

John Broderick, Esq.
PUGH, JONES, JOHNSON & QUANDT
180 N. LaSalle, Suite 3400
Chicago, IL 60601

Inv Date  12/08/2004
Invoice#      28678
Client#        4226
Job/File# R-14

Re: Minor    Centocor
Assignment Date: November 29, 2004

Trans Original of Susan Yarrington

Original Transcript                                        518.20

Attendance,

Attendance                                                 118.75
Shipping & Handling                                         21.50
                                            =======
                        Total Amount $      658.45
    Interest At A Rate Of 1.50% After 30 Days $      0.00
                           Total due $      658.45


***************************************************************
***                                                         ***
PLEASE REMIT PAYMENT "DIRECTLY" TO BALDWIN REPORTING SERVICES AT
107 EAST ALLEN STREET, SUITE 101, SPRINGFIELD, ILLINOIS 62704.
***                                                         ***
***************************************************************
We specialize in "Focus Group" studies


BALDWIN REPORTING SERVICES
Federal Tax Id#: 37-1234576

Return Copy