**E-FILED**
Wednesday, 20 July, 2005 04:16:05 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT L

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL 62704
217-788-2835


John Broderick, Esq.
PUGH, JONES, JOHNSON & QUANDT
180 N. LaSalle, Suite 3400             Inv Date   10/29/2004
Chicago, IL  60601                     Invoice#       28550
                                       Client#         4226
                                       Job/File# R-38


Re: Minor   Centocor, Inc.
Assignment Date: October 21, 2004


Trans Original of Dr. Celina Tsang

Orig Med/Tech Transcript                                488.00

Attendance,

Attendance                                              110.63
Shipping & Handling                                      24.00
                                                     ==========
                              Total Amount $            622.63
     Interest At A Rate Of 1.50% After 30 Days $          0.00
                                 Total due $            622.63


*********************************************************************
***                                                               ***
PLEASE REMIT PAYMENT "DIRECTLY" TO BALDWIN REPORTING SERVICES AT
107 EAST ALLEN STREET, SUITE 101, SPRINGFIELD, ILLINOIS 62704.
***                                                               ***
*********************************************************************
We specialize in "Focus Group" studies


BALDWIN REPORTING SERVICES
Federal Tax Id#: 37-1234576

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
180 N. LASALLE ST., STE 3400
CHICAGO, IL 60601

THE NORTHERN TRUST COMPANY
2-15-710

7/20/2005

PAY TO THE ORDER OF   Baldwin Reporting Service                                    $ *622.63

Six Hundred Twenty-Two and 63/100************************************************************************ DOLLARS

Baldwin Reporting Service
107 East Allen, Suite 101
Springfield, IL 62704

MEMO
J&J/Minor - transcript of Dr. Tsang

⑆021185⑆ ⑈071000152⑈ 0001331388⑈

---

**PUGH, JONES, JOHNSON & QUANDT, P.C.**                                              21185
Baldwin Reporting Service   OPERATING ACCOUNT                        7/20/2005

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 10/29/2004 | Bill | 28550 | 622.63 | 622.63 | | 622.63 |
| | | | | Check Amount | | 622.63 |

Operating-Northern     J&J/Minor - transcript of Dr. Tsang                          622.63

---

**PUGH, JONES, JOHNSON & QUANDT, P.C.**                                              21185
Baldwin Reporting Service   OPERATING ACCOUNT                        7/20/2005

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 10/29/2004 | Bill | 28550 | 622.63 | 622.63 | | 622.63 |
| | | | | Check Amount | | 622.63 |

Operating-Northern     J&J/Minor - transcript of Dr. Tsang                          622.63

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com