# EXHIBIT M



BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL 62704
217-788-2835



NOV 2 9 2004

Christian D. Biswell, Esq.
DRAKE, NARUP & MEAD, P.C.
107 East Allen Street
Springfield, IL 62704

Inv Date   11/29/2004
Invoice#       28643
Client#         3523
Job/File# R-35

Re: Minor   Centocor, INC.
Assignment Date: November 15, 2004

Trans Original of Dr. Brian Miller, plus attendance

Total Amount $      194.55

***********************************************************************
***                                                                 ***
PLEASE REMIT PAYMENT "DIRECTLY" TO BALDWIN REPORTING SERVICES AT
107 EAST ALLEN STREET, SUITE 101, SPRINGFIELD, ILLINOIS 62704.
***                                                                 ***
***********************************************************************
We specialize in "Focus Group" studies

1/17/05
0013670

BALDWIN REPORTING SERVICES
Federal Tax Id#: 37-1234576

BRS Original

13670

DATE       : Jan 17/2005

PAID TO: Baldwin Reporting Services
Original transcript of Dr. Brian Miller taken on November 15, 2004
CLIENT: Jones - Pugh, Jones & Johnson, P.C.

ACCOUNT: GENERAL - 1
MATTER: 1698           CHE # : 13670

AMOUNT: $194.55

```
                                                                                        13670
DRAKE, NARUP & MEAD, P.C.                  NATIONAL CITY BANK OF MICHIGAN/ILLINOIS
     107 E. ALLEN STREET                            SPRINGFIELD, ILLINOIS
     SPRINGFIELD, IL 62704                               70-2189-719
        (217) 528-9778
                                                      Jan 17/2005

PAY TO THE
ORDER OF   Baldwin Reporting Services                                      $$194.55

  Hundred Ninety Four ************************************** 55/100        DOLLARS


MEMO  Original transcript of Dr. Brian Miller taken on November 15, 2004

28643     ⑆000l3670⑆ ⑈071921891⑈ 000006497⑈         ⑆00000l9455⑆
```