**E-FILED**
Wednesday, 20 July, 2005 04:17:06 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT P

**PUGH, JONES & JOHNSON P.C.**
OPERATING ACCOUNT
180 N. LASALLE ST., STE 3400
CHICAGO, IL 60601

BANK ONE, NA
CHICAGO, ILLINOIS 60670
2-1-710

3/26/2004

7825

PAY TO THE ORDER OF   Kemper National Direct                         $ **25.00

Twenty-Five and 00/100************************************************************************  DOLLARS

Kemper National Direct

MEMO   Johnson & Johnson/Minor-subpoena fee

⑴″007825⑴″  ⑴:071000013⑴:  5330362563⑴″

---

**PUGH, JONES & JOHNSON PC**                                            7825
OPERATING ACCOUNT
   Kemper National Direct                    3/26/2004
                  Johnson & Johnson/Minor                                25.00


Operating-ANB        Johnson & Johnson/Minor-subpoena fee               25.00


**PUGH, JONES & JOHNSON PC**                                            7825
OPERATING ACCOUNT
   Kemper National Direct                    3/26/2004
                  Johnson & Johnson/Minor                                25.00


Operating-ANB        Johnson & Johnson/Minor-subpoena fee               25.00

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

PUGH, JONES & JOHNSON, P.C.
CHECK REQUEST FORM

Today's Date: 3/26/2004

Client: Johnson & Johnson

Matter: Johnson & Johnson / Minor

Description/Purpose: Subpoena fee

Payee: Kemper National Direct

Amount: 25.00        Date Needed By: today pls

Requested By: Fee        Return to Requestor or Mail? (Requestor circled)

For accounting use only: Approved by _____