**E-FILED**
Wednesday, 20 July, 2005  04:17:47 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT S

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCUMULATE
180 N LASALLE ST. STE 3400
CHICAGO, IL 60601

BANK ONE, NA
CHICAGO, ILLINOIS 60670
24-710

8244

6/1/2004

PAY TO THE ORDER OF  Karen Dzekunskas, D.C.  $ **25.00

Twenty-Five and 00/100************************************************************************ DOLLARS

Karen Dzekunskas, D.C.
1005 Peoria Street
Lincoln, IL 62656

MEMO  JMB/J&J/Minor - medical records

⑆008244⑆ ⑈071000013⑈ 5330362563⑆

---

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
Karen Dzekunskas, D.C.                                                  6/1/2004                8244

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 05/27/2004 | Bill | | 25.00 | 25.00 | | 25.00 |
| | | | | Check Amount | | 25.00 |

Operating-ANB    JMB/J&J/Minor - medical records                                              25.00

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
Karen Dzekunskas, D.C.                                                  6/1/2004                8244

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 05/27/2004 | Bill | | 25.00 | 25.00 | | 25.00 |
| | | | | Check Amount | | 25.00 |

Operating-ANB    JMB/J&J/Minor - medical records                                              25.00

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

KAREN DZEKUNSKAS, D.C.
1005 PEORIA ST.
LINCOLN, IL 62656

TO  John M. Broderick, Atty. at Law

180 N. LaSalle   Suite 3400

Chicago, IL   60602

Services rendered/Amount Due:

RE:  Marjorie Jane Minor

Fee for copying records:  $25.00

This is due and payable upon receipt.

Thank you.

*Minor v. Johnson + Johnson*

*Medical records ok to pay M*

*FYI*