# EXHIBIT U

### Pugh, Jones & Johnson, P.C. Expense Report

| | | | |
|---|---|---|---|
| Client/Matter/Firm: | Minor v. Centocor | | |
| Date Completed: | 12/20/2004 | | |
| Purpose: | Travel Expenses for depositions of A. Siciliano, R.Van Cleave & R. Ginn | | |
| PJJ Employee: | JMB | | |
| Date | Expense Type | No. of Miles | Amount |
| 12/12/04 | Air fare from Chicago to Minneapolis | | $405.10 |
| 12/15/04 | Air fare from Minneapolis to Kansas City | | $388.99 |
| 12/16/04 | Air fare from Kansas City to St. Louis | | $83.60 |
| 12/12/04 | Car rental - Minnesota | | $172.57 |
| 12/16/04 | Car rental - St. Louis | | $59.32 |
| 12/12-12/15 | Hotel & Meals - Minneapolis | | $1,004.60 |
| 12/15/04 | Hotel & Meals - Kansas City | | $288.05 |
| 12/16/04 | Hotel & Meals - St. Louis | | $424.02 |
| | | | |
| | | | |
| | | | |
| | Mileage | | |
| TOTAL | | | $2,826.25 |

FOR ACCOUNTING USE ONLY:
Approval: _____      Date Paid _____
Check No.: _____     Petty Cash _____

### Pugh, Jones & Johnson, P.C. Expense Report

| Client/Matter/Firm: | Minor v. Centocor | | |
|---|---|---|---|
| Date Completed: | 1/10/2005 | | |
| Purpose: | Travel Expenses for deposition of Caroline Kopecky | | |
| PJJ Employee: | JMB | | |
| Date | Expense Type | No. of Miles | Amount |
| 1/5/05 | Air fare from Chicago to/from Houston | | $667.05 |
| 1/5/05 | Hotel and meals | | $300.35 |
| | Mileage | | |
| TOTAL | | | $967.40 |

FOR ACCOUNTING USE ONLY:
Approval: _____    Date Paid _____
Check No.: _____    Petty Cash _____

### Pugh, Jones & Johnson, P.C. Expense Report

| Client/Matter/Firm: | Minor v. Centocor | | |
|---|---|---|---|
| Date Completed: | 1/14/2005 | | |
| Purpose: | Travel Expenses for deposition of Denise Brown | | |
| PJJ Employee: | JMB | | |
| Date | Expense Type | No. of Miles | Amount |
| 1/11/05 | Air fare from Chicago to/from Dallas | | $639.17 |
| 1/11/05 | Hotel and meals | | $287.78 |
| | Mileage | | |
| TOTAL | | | $926.95 |

FOR ACCOUNTING USE ONLY
Approval: _____   Date Paid _____
Check No.: _____   Petty Cash _____