E-FILED
Wednesday, 20 July, 2005  04:18:29 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT V

# PUGH, JONES, JOHNSON & QUANDT, P.C.
## 180 NORTH LASALLE
## SUITE 3400
## CHICAGO, IL 60601-2807
## FEIN 36-3783269

**INVOICE**

Johnson & Johnson
Corporate Headquarters
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

July 20, 2005

In Reference To:  M. Jane Minor v. Centorcor, Inc. and Johnson & Johnson, Inc.
Case #02-3354
#JJ2003000266

Additional Charges :

| Date | | Description | Qty/Price | Amount |
|---|---|---|---|---|
| 5/31/2003 | LDJ | Inside copying during the month of May, 2003. | 235 0.15 | 35.25 |
| 7/31/2003 | LDJ | Inside copying during the month of July, 2003 | 84 0.10 | 8.40 |
| 9/1/2004 | LDJ | Inside copying during the month of September, 2004. | 1047 0.15 | 157.05 |
| 11/3/2004 | LDJ | Inside photocopying during the month of October, 2004 | 774 0.15 | 116.10 |
| 11/30/2004 | LDJ | Inside photocopying during the month of November, 2004 | 593 0.15 | 88.95 |
| 12/31/2004 | LDJ | Inside photocopying during the month of December, 2004 | 256 0.15 | 38.40 |
| 1/31/2005 | LDJ | Inside photocopying during the month of January, 2005 | 428 0.15 | 64.20 |

Total costs                                $508.35