# EXHIBIT W

**PUGH, JONES & JOHNSON P.C.**
OPERATING ACCOUNT
180 N. LASALLE ST., STE 2910
CHICAGO, IL 60601

BANK ONE, NA
CHICAGO, ILLINOIS 60670
2-1-710

5896

5/6/2003

PAY TO THE ORDER OF   US District Court-Central District of IL   $ **100.00

One Hundred and 00/100************************************************************************************ DOLLARS

US District Court-Central District of IL

MEMO  appearance fee/Johnson & Johnson/Minor

⑴"005896⑴" ⑴:071000013⑴:  533036256⑴"

---

PUGH, JONES & JOHNSON PC
OPERATING ACCOUNT
US District Court-Central District of IL         5/6/2003          5896
                                                                  100.00

Operating-ANB    appearance fee/Johnson & Johnson/Minor                100.00

| | | |
|---|---|---|
| **PUGH, JONES & JOHNSON P.C.**<br>OPERATING ACCOUNT<br>180 N. LASALLE ST., STE 2910<br>CHICAGO, IL 60601 | BANK ONE, NA<br>CHICAGO, ILLINOIS 60670<br>2-1-710 | **5897**<br><br>5/6/2003 |

PAY TO THE ORDER OF   US District Court-Central District of IL          $ **100.00

One Hundred and 00/100************************************************************************************************ DOLLARS

US District Court-Central District of IL

MEMO   appearance fee/Johnson & Johnson/Minor

⑊005897⑊ ⑊071000013⑊ 533036256⑊

---

**PUGH, JONES & JOHNSON PC**
OPERATING ACCOUNT
US District Court-Central District of IL          5/6/2003          5897
                                                                    100.00

Operating-ANB     appearance fee/Johnson & Johnson/Minor                                    100.00

*file copy*