# EXHIBIT C

9135

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
180 N. LASALLE ST., STE 3400
CHICAGO, IL 60601

BANK ONE, NA
CHICAGO, ILLINOIS 60670
2-1-710

10/21/2004

PAY TO THE ORDER OF  Baldwin Reporting Service                                                    $**847.74

Eight Hundred Forty-Seven and 74/100************************************************************************ DOLLARS

Baldwin Reporting Service
107 East Allen, Suite 101
Springfield, IL 62704

MEMO  J&J/Minor - deposition of Jane Minor

⑈009135⑈  ⑆071000013⑆  533036256 3⑈

---

PUGH, JONES, JOHNSON & QUANDT, P.C.
OPERATING ACCOUNT
Baldwin Reporting Service                                        10/21/2004                          9135

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 09/27/2004 | Bill | 28394 | 847.74 | 847.74 | | 847.74 |
| | | | | Check Amount | | 847.74 |

Operating-ANB        J&J/Minor - deposition of Jane Minor                                        847.74

---

PUGH, JONES, JOHNSON & QUANDT, P.C.
OPERATING ACCOUNT
Baldwin Reporting Service                                        10/21/2004                          9135

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 09/27/2004 | Bill | 28394 | 847.74 | 847.74 | | 847.74 |
| | | | | Check Amount | | 847.74 |

Operating-ANB        J&J/Minor - deposition of Jane Minor                                        847.74

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

Johnson/
minor

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL 62704
217-788-2835

John Broderick, Esq.
PUGH, JONES, JOHNSON & QUANDT
180 N. LaSalle, Suite 3400
Chicago, IL 60601

Inv Date   09/27/2004
Invoice#      28394
Client#        4226
Job/File# R-14

Re: Minor    Centocor, Inc.
Assignment Date: September 03, 2004

Trans Original of Jane Minor

Original Transcript                                                674.00

Attendance,

Attendance                                                         148.75
UPS Del $25.00                                                      25.00
                                                               ==========
                                    Total Amount $                 847.75
      Interest At A Rate Of 1.50% After 30 Days $                    0.00
                                      Total due $                  847.75

```
*****************************************************************
***                                                           ***
PLEASE REMIT PAYMENT "DIRECTLY" TO BALDWIN REPORTING SERVICES AT
107 EAST ALLEN STREET, SUITE 101, SPRINGFIELD, ILLINOIS 62704.
***                                                           ***
*****************************************************************
```
We specialize in "Focus Group" studies

BALDWIN REPORTING SERVICES
Federal Tax Id#: 37-1234576

Return Copy

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
180 N. LASALLE ST., STE 3400
CHICAGO, IL 60601

BANK ONE, NA
CHICAGO, ILLINOIS 60670
2-1-710

9106

10/18/2004

PAY TO THE ORDER OF   Baldwin Reporting Service                              $**1,061.25

One Thousand Sixty-One and 25/100****************************************************************   DOLLARS

Baldwin Reporting Service
107 East Allen, Suite 101
Springfield, IL 62704

MEMO  J&J/Minor - deposition of Jane Minor

⑈009106⑈ ⑆071000013⑆ 533036256 3⑈

---

PUGH, JONES, JOHNSON & QUANDT, P.C.
OPERATING ACCOUNT
Baldwin Reporting Service

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 09/23/2004 | Bill | 28380 | 1,061.25 | 1,061.25 | | 1,061.25 |
| | | | | | Check Amount | 1,061.25 |

10/18/2004                                       9106

Operating-ANB    J&J/Minor - deposition of Jane Minor                              1,061.25

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
Baldwin Reporting Service

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 09/23/2004 | Bill | 28380 | 1,061.25 | 1,061.25 | | 1,061.25 |
| | | | | | Check Amount | 1,061.25 |

10/18/2004                                       9106

Operating-ANB    J&J/Minor - deposition of Jane Minor                              1,061.25

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL  62704
217-788-2835



John Broderick, Esq.
PUGH, JONES, JOHNSON & QUANDT
180 N. LaSalle, Suite 3400                              Inv Date  09/23/2004
Chicago, IL  60601                                      Invoice#     28380
                                                        Client#       4226
                                                        Job/File# R-35

Re: Minor   Centocor, Inc.
Assignment Date: September 10, 2004

Trans Original of Jane Minor

Original Transcript                                              875.00

Attendance,

Attendance                                                       161.25
UPS Del $25.00                                                    25.00
                                                            ==========
                              Total Amount $                   1,061.25
      Interest At A Rate Of 1.50% After 30 Days $                  0.00
                                Total due $                    1,061.25


*************************************************************************
***                                                                   ***
PLEASE REMIT PAYMENT "DIRECTLY" TO BALDWIN REPORTING SERVICES AT
107 EAST ALLEN STREET, SUITE 101, SPRINGFIELD, ILLINOIS 62704.
***                                                                   ***
*************************************************************************
We specialize in "Focus Group" studies


BALDWIN REPORTING SERVICES
Federal Tax Id#: 37-1234576

Return Copy