# EXHIBIT D

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
180 N. LASALLE ST., STE 3400
CHICAGO, IL 60601

THE NORTHERN TRUST COMPANY
2-15-710

1/31/2005

PAY TO THE ORDER OF   Baldwin Reporting Service                                              $*752.50

Seven Hundred Fifty-Two and 50/100************************************************************************   DOLL

Baldwin Reporting Service
107 East Allen, Suite 101
Springfield, IL  62704

MEMO
J&J/Minor - deposition of Tony Siciliano

⑁020164⑁ ⑈071000152⑈ 0001331388⑈

*(signed) Mary Ann Rojas*

---

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
Baldwin Reporting Service                                          1/31/2005              2016

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 01/03/2005 | Bill | 28751 | 752.50 | 752.50 | | 752.50 |
| | | | | | Check Amount | 752.50 |

Operating-Northern      J&J/Minor - deposition of Tony Siciliano                                752.50

---

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
Baldwin Reporting Service                                          1/31/2005              2016

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 01/03/2005 | Bill | 28751 | 752.50 | 752.50 | | 752.50 |
| | | | | | Check Amount | 752.50 |

Operating-Northern      J&J/Minor - deposition of Tony Siciliano                                752.50

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

```
                    BALDWIN REPORTING SERVICES
                 Court Reporting, Legal Video and
                        Investigation Services
                      107 East Allen, Suite 101
                         Springfield, IL  62704
                             217-788-2835
```

John Broderick, Esq.
PUGH, JONES, JOHNSON & QUANDT
180 N. LaSalle, Suite 3400          Inv Date  01/03/2005
Chicago, IL  60601                  Invoice#      28751
                                    Client#        4226
                                    Job/File# R-38

Re: Minor    Centocor, Inc.
Assignment Date: December 14, 2004


Trans Copy of Antonio Siciliano

Copy of transcript                                706.75
Exhibits                                           37.25
Shipping & Handling                                 8.50
                                              ==========
                           Total Amount  $        752.50
    Interest At A Rate Of 1.50% After 30 Days $     0.00
                             Total due   $        752.50


********************************************************************
***                                                              ***
PLEASE REMIT PAYMENT "DIRECTLY" TO BALDWIN REPORTING SERVICES AT
107 EAST ALLEN STREET, SUITE 101, SPRINGFIELD, ILLINOIS 62704.
***                                                              ***
********************************************************************
We specialize in "Focus Group" studies




                      BALDWIN REPORTING SERVICES
                    Federal Tax Id#: 37-1234576

BRS Original