EXHIBIT E

*copy*

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL  62704
217-788-2835

John Broderick, Esq.
PUGH, JONES, JOHNSON & QUANDT
180 N. LaSalle, Suite 3400
Chicago, IL  60601

Inv Date   12/30/2004
Invoice#      28744
Client#        4226
Job/File# R-14

Re: Minor   Centocor, Inc.
Assignment Date: December 16, 2004

Trans Copy of Randy Van Cleave

```
                    Total Amount $     254.00
Interest At A Rate Of 1.50% After 30 Days $       0.00
                       Total due $     254.00
```

```
***********************************************************************
***                                                                 ***
PLEASE REMIT PAYMENT "DIRECTLY" TO BALDWIN REPORTING SERVICES AT
107 EAST ALLEN STREET, SUITE 101, SPRINGFIELD, ILLINOIS 62704.
***                                                                 ***
***********************************************************************
```
We specialize in "Focus Group" studies

ENTERED

BALDWIN REPORTING SERVICES
Federal Tax Id#: 37-1234576

Return Copy

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
180 N. LASALLE ST., STE 3400
CHICAGO, IL 60601

THE NORTHERN TRUST COMPANY
2-15-710

1/26/2005

$*400.75

TO THE ORDER OF  Baldwin Reporting Service

DOLLARS

Four Hundred and 75/100***********************************************************************

Baldwin Reporting Service
107 East Allen, Suite 101
Springfield, IL 62704

MEMO

*Mary Lenn Rajan* MP

⑈020144⑈ ⑆071000152⑆ 0001331388⑈

---

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT

20144

1/26/2005

Baldwin Reporting Service

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 12/30/2004 | Bill | 28744 | 254.00 | 254.00 | | 254.00 |
| 12/30/2004 | Bill | 28746 | 146.75 | 146.75 | | 146.75 |
| | | | | Check Amount | | 400.75 |

400.75

Operating-Northern

---

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT

20144

1/26/2005

Baldwin Reporting Service

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 12/30/2004 | Bill | 28744 | 254.00 | 254.00 | | 254.00 |
| 12/30/2004 | Bill | 28746 | 146.75 | 146.75 | | 146.75 |
| | | | | Check Amount | | 400.75 |

400.75

Operating-Northern

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com