EXHIBIT F

3:02-cv-03354-RM-CHE    # 87-7    Page 1 of 3

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
180 N. LASALLE ST., STE 3400
CHICAGO, IL 60601

THE NORTHERN TRUST COMPANY
2-15-710

5/9/2005

20742

PAY TO THE ORDER OF   Petersen Court Reporters    $ *287.80

Two Hundred Eighty-Seven and 80/100****************************************************************** DOLLARS

Petersen Court Reporters
317 Sixth Avenue, Suite 606
Des Moines, IA 50309

MEMO   J&J/Minor - dep of C. Kopecky

⑈020742⑈ ⑆071000152⑆ 0001331388⑈

---

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
Petersen Court Reporters                                5/9/2005        20742

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 01/10/2005 | Bill | 1967 | 287.80 | 287.80 | | 287.80 |
| | | | | | Check Amount | 287.80 |

Operating-Northern    J&J/Minor - dep of C. Kopecky                           287.80

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
Petersen Court Reporters                                5/9/2005        20742

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 01/10/2005 | Bill | 1967 | 287.80 | 287.80 | | 287.80 |
| | | | | | Check Amount | 287.80 |

Operating-Northern    J&J/Minor - dep of C. Kopecky                           287.80

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

```
          Avenue, Suite 606
     Des Moines, IA 50309
     Phone  515-243-6596
     Fax    515-243-0316
```

Pugh, Jones & Johnson, P.C.
180 North LaSalle Street, Suite 3400
Chicago, IL 60601

John M. Broderick, Esq.

Minor v. Centocor and Johnson & Johnson
Case No. 02-3354

INVOICE NO.       1967
INVOICE DATE:     1/10/2005
REPORTER:
Christy Nuckolls

ID#:  39-1287270

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 1/07/2005 | Phone Deposition of C. Kopecky | 95.00 | 1.70 | 161.50 |
| 1/07/2005 | Copy - Phone | 1.00 | 20.00 | 20.00 |
| 1/10/2005 | Ascii Disk | 400.00 | 0.25 | 100.00 |
| 1/10/2005 | Exhibit pages | 1.00 | 6.30 | 6.30 |
| 1/10/2005 | Postage | | | |

Sub Total    287.80
Paid           0.00
Balance Due  287.80

To ensure proper credit, please enclose a copy of this invoice with your remittance. Thank you.

