**E-FILED**
Wednesday, 20 July, 2005  04:30:15 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT G

20312

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
180 N. LASALLE ST., STE 3400
CHICAGO, IL 60601

THE NORTHERN TRUST COMPANY
2-15-710

2/28/2005

TO THE
ER OF   Baldwin Reporting Service

$ *220.25

vo Hundred Twenty and 25/100************************************************************************

DOLLARS

Baldwin Reporting Service
107 East Allen, Suite 101
Springfield, IL 62704

MO

J&J/Minor - transcript of Denise Brown

⑈020312⑈ ⑇071000152⑇ 0001331388⑈

H, JONES, JOHNSON & QUANDT, P.C.
OPERATING ACCOUNT
Baldwin Reporting Service

2/28/2005

20312

| ate | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 1/31/2005 | Bill | 28855 | 220.25 | 220.25 | | 220.25 |
| | | | | Check Amount | | 220.25 |

)perating-Northern   J&J/Minor - transcript of Denise Brown   220.25

H, JONES, JOHNSON & QUANDT, P.C.
OPERATING ACCOUNT
Baldwin Reporting Service

2/28/2005

20312

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| )1/31/2005 | Bill | 28855 | 220.25 | 220.25 | | 220.25 |
| | | | | Check Amount | | 220.25 |

Operating-Northern   J&J/Minor - transcript of Denise Brown   220.25

DELUXE BUSINESS FORMS 1-800-328-0304 www.deluxeforms.com

```
            BALDWIN REPORTING SERVICES
        Court Reporting, Legal Video and
              Investigation Services
             107 East Allen, Suite 101
               Springfield, IL  62704
                    217-788-2835
```

John Broderick, Esq.
PUGH, JONES, JOHNSON & QUANDT
180 N. LaSalle, Suite 3400            Inv Date  01/31/2005
Chicago, IL  60601                    Invoice#     28855
                                      Client#       4226
                                      Job/File# R-14

Re: Minor    Centocor
Assignment Date: January 12, 2005

Trans Copy of Denise Brown

                              Total Amount $      220.25
    Interest At A Rate Of 1.50% After 30 Days $     0.00
                              Total due $         220.25

```
********************************************************************
***                                                              ***
PLEASE REMIT PAYMENT "DIRECTLY" TO BALDWIN REPORTING SERVICES AT
107 EAST ALLEN STREET, SUITE 101, SPRINGFIELD, ILLINOIS 62704.
***                                                              ***
********************************************************************
```
We specialize in "Focus Group" studies

                    BALDWIN REPORTING SERVICES
                    Federal Tax Id#: 37-1234576

BRS Original