**E-FILED**
Wednesday, 20 July, 2005  04:30:25 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT H

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
180 N. LASALLE ST., STE 3400
CHICAGO, IL 60601

THE NORTHERN TRUST COMPANY
2-15-710

1/26/2005

$*400.75

TO THE
ORDER OF   Baldwin Reporting Service

DOLLARS

Four Hundred and 75/100************************************************************

Baldwin Reporting Service
107 East Allen, Suite 101
Springfield, IL 62704

MEMO

Mary Lenn Rajan

⑆020144⑆ ⑇071000152⑇ 0001331388⑈

---

GH, JONES, JOHNSON & QUANDT, P.C.
OPERATING ACCOUNT
Baldwin Reporting Service

1/26/2005                                    20144

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 12/30/2004 | Bill | 28744 | 254.00 | 254.00 | | 254.00 |
| 12/30/2004 | Bill | 28746 | 146.75 | 146.75 | | 146.75 |
| | | | | Check Amount | | 400.75 |

Operating-Northern                                              400.75

---

UGH, JONES, JOHNSON & QUANDT, P.C.
OPERATING ACCOUNT
Baldwin Reporting Service

1/26/2005                                    20144

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 12/30/2004 | Bill | 28744 | 254.00 | 254.00 | | 254.00 |
| 12/30/2004 | Bill | 28746 | 146.75 | 146.75 | | 146.75 |
| | | | | Check Amount | | 400.75 |

Operating-Northern                                              400.75

DELUXE BUSINESS FORMS  1-800-328-0304  www.deluxeforms.com

COPY

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL  62704
217-788-2835

John Broderick, Esq.
PUGH, JONES, JOHNSON & QUANDT
180 N. LaSalle, Suite 3400          Inv Date   12/30/2004
Chicago, IL  60601                  Invoice#      28746
                                    Client#        4226
                                    Job/File# R-35

Re: Minor    Centocor, Inc.
Assignment Date: December 17, 2004

Trans Copy of Robert Ginn

                      Total Amount $       146.75
   Interest At A Rate Of 1.50% After 30 Days $    0.00
                        Total due $        146.75

*****************************************************************
***                                                            ***
PLEASE REMIT PAYMENT "DIRECTLY" TO BALDWIN REPORTING SERVICES AT
107 EAST ALLEN STREET, SUITE 101, SPRINGFIELD, ILLINOIS 62704.
***                                                            ***
*****************************************************************
We specialize in "Focus Group" studies

BALDWIN REPORTING SERVICES
Federal Tax Id#: 37-1234576

Return Copy