**E-FILED**
Wednesday, 20 July, 2005 04:30:35 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| M. JANE MINOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 02-3354 |
| | ) | |
| CENTOCOR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PARTIES' PROPOSED AMENDED SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a scheduling conference was held on November 25, 2003 with attorneys James P. Baker for plaintiff and Linzey D. Jones and John M. Broderick for defendant. The parties were unable to agree upon a proposed scheduling order.

TIME LIMITS AND SETTINGS ARE ORDERED AS FOLLOWS:

1.  No motions to join other parties or to amend the pleadings to be filed after January 15, 2004.

2.  The Plaintiff is to identify testifying experts and to provide Rule 26 expert reports by May 31, 2004.

3.  The parties have until September 30, 2004, to complete fact discovery related to liability. Any written discovery served subsequent to the date of this

1

Order is to be served by a date that allows the served party the full 30 days provided by the Federal rules of Civil Procedure in which to comply.

4. The parties have until November 1, 2004 to file dispositive motions. No dispositive motions filed after that date will be considered by the Court.

5. If the dispositive motions are not granted, the parties will have forty-five (45) days after the date of ruling on the dispositive motions to complete fact discovery related to damages.

6. Defendant is to identify testifying experts and to provide Rule 26 expert reports within fourteen (14) days after the completion of fact discovery related to damages.

7. Plaintiff is to depose Defendant's testifying experts within thirty (30) days after Defendant makes its disclosures above.

8. Final Pre-trial Conference is scheduled for _____ at ___.m. before U.S. District Judge Mills. All Motions in Limine to be filed on or prior to the Final Pre-Trial date. (See Local Rule 16.1 - Pre-Trial Procedures.)

9. Trial is scheduled for _____ at _____ a.m. on the trial calendar of U.S. District Judge Mills.

10. If the parties consent to trial before U.S. Magistrate Judge Charles H. Evans, the final pre-trial date and trial date may be changed.

11.  A settlement conference will be hosted by U.S. Magistrate Charles H. Evans in Springfield by joint request of the parties.

12.  Evidence Presentation Equipment: Attached is an information sheet describing the evidence presentation equipment which can be made available to attorneys and *pro se* litigants in the four active District Judges' courtrooms.

NOTE: A CONTINUANCE OF THE TRIAL DATE AND/OR FINAL PRE-TRIAL DATE, DOES <u>NOT</u> ALTER OR EXTEND ANY OF THE OTHER ABOVE DATES.

ENTERED _____

_____
CHARLES H. EVANS
UNITED STATES MAGISTRATE JUDGE