**E-FILED**
Wednesday, 20 July, 2005 04:30:46 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT J

9547

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
180 N. LASALLE ST., STE 3400
CHICAGO, IL 60601

JPMORGAN CHASE BANK, N.A.
CHICAGO, ILLINOIS 60670
2-1-710

12/27/2004

PAY TO THE ORDER OF   Baldwin Reporting Service                    $**473.45

Four Hundred Seventy-Three and 45/100************************************************************************   DOLLARS

Baldwin Reporting Service
107 East Allen, Suite 101
Springfield, IL 62704

MEMO
J&J/Minor - deposition of Dr. Joseph Bohlen

⑈009547⑈ ⑆071000013⑆ 533036 2563⑈

---

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
Baldwin Reporting Service                                      12/27/2004         9547

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 11/29/2004 | Bill | 28645 | 473.45 | 473.45 | | 473.45 |
| | | | | | Check Amount | 473.45 |

Operating-ANB    J&J/Minor - deposition of Dr. Joseph Bohlen                       473.45

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
Baldwin Reporting Service                                      12/27/2004         9547

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 11/29/2004 | Bill | 28645 | 473.45 | 473.45 | | 473.45 |
| | | | | | Check Amount | 473.45 |

Operating-ANB    J&J/Minor - deposition of Dr. Joseph Bohlen                       473.45

DELUXE BUSINESS FORMS   1+800-328-0304   www.deluxeforms.com

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL  62704
217-788-2835

ohn Broderick, Esq.
IGH, JONES, JOHNSON & QUANDT
0 N. LaSalle, Suite 3400
icago, IL  60601

Inv Date    11/29/2004
Invoice#         28645
Client#           4226
Job/File# R-35

Minor     Centocor, Inc.
ignment Date: November 17, 2004

ns Original of Dr. Joseph Bohlen

J Med/Tech Transcript

ndance,

ndance
ping & Handling

                                          363.20
                                           86.25
                                           24.00
                    Total Amount $         ======
                                          473.45

*********************************************************
? REMIT PAYMENT "DIRECTLY" TO BALDWIN REPORTING SERVICES AT       ***
ST ALLEN STREET, SUITE 101, SPRINGFIELD, ILLINOIS 62704.
*********************************************************
cialize in "Focus Group" studies                                  ***
*********************************************************

inal                BALDWIN REPORTING SERVICES
                    Federal Tax Id#: 37-1234576