# EXHIBIT K

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
180 N. LASALLE ST., STE 3400
CHICAGO, IL 60601

JPMORGAN CHASE BANK, N.A.
CHICAGO, ILLINOIS 60670
2-1-710

9593

1/3/2005

PAY TO THE ORDER OF   Baldwin Reporting Service                                    $**658.45

Six Hundred Fifty-Eight and 45/100*********************************************************************   DOLLARS

Baldwin Reporting Service
107 East Allen, Suite 101
Springfield, IL 62704

MEMO  J&J/Minor - deposition of Susan Yarrington

⑊"009593⑊"  ⑊:071000013⑊:  533036256⑊"

---

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
Baldwin Reporting Service                          1/3/2005                    9593

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 12/08/2004 | Bill | 28678 | 658.45 | 658.45 | | 658.45 |
| | | | | | Check Amount | 658.45 |

Operating-BOA      J&J/Minor - deposition of Susan Yarrington                                    658.45

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
Baldwin Reporting Service                          1/3/2005                    9593

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 12/08/2004 | Bill | 28678 | 658.45 | 658.45 | | 658.45 |
| | | | | | Check Amount | 658.45 |

Operating-BOA      J&J/Minor - deposition of Susan Yarrington                                    658.45

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL 62704
217-788-2835


to George n/
check
request

John Broderick, Esq.
PUGH, JONES, JOHNSON & QUANDT
180 N. LaSalle, Suite 3400
Chicago, IL  60601

Inv Date  12/08/2004
Invoice#     28678
Client#       4226
Job/File# R-14

Re: Minor    Centocor
Assignment Date: November 29, 2004

Trans Original of Susan Yarrington

Original Transcript                                          518.20

Attendance,

Attendance                                                   118.75
Shipping & Handling                                           21.50
                                                         ==========
                              Total Amount $                 658.45
    Interest At A Rate Of 1.50% After 30 Days $                0.00
                                 Total due $                 658.45


***************************************************************
***                                                         ***
PLEASE REMIT PAYMENT "DIRECTLY" TO BALDWIN REPORTING SERVICES AT
107 EAST ALLEN STREET, SUITE 101, SPRINGFIELD, ILLINOIS 62704.
***                                                         ***
***************************************************************
We specialize in "Focus Group" studies




BALDWIN REPORTING SERVICES
Federal Tax Id#: 37-1234576

Return Copy