E-FILED
Wednesday, 20 July, 2005  04:31:10 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT L

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL  62704
217-788-2835


John Broderick, Esq.
PUGH, JONES, JOHNSON & QUANDT
180 N. LaSalle, Suite 3400                    Inv Date  10/29/2004
Chicago, IL  60601                            Invoice#     28550
                                              Client#       4226
                                              Job/File# R-38


Re: Minor   Centocor, Inc.
Assignment Date: October 21, 2004


  Trans Original of Dr. Celina Tsang

  Orig Med/Tech Transcript                              488.00

  Attendance,

  Attendance                                            110.63
  Shipping & Handling                                    24.00
                                                    ==========
                          Total Amount $              622.63
        Interest At A Rate Of 1.50% After 30 Days $     0.00
                            Total due $               622.63


*************************************************************
***                                                       ***
PLEASE REMIT PAYMENT "DIRECTLY" TO BALDWIN REPORTING SERVICES AT
107 EAST ALLEN STREET, SUITE 101, SPRINGFIELD, ILLINOIS 62704.
***                                                       ***
*************************************************************
We specialize in "Focus Group" studies




BALDWIN REPORTING SERVICES
Federal Tax Id#: 37-1234576

21185

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
180 N. LASALLE ST., STE 3400
CHICAGO, IL 60601

THE NORTHERN TRUST COMPANY
2-15-710

7/20/2005

PAY TO THE
ORDER OF    Baldwin Reporting Service

$ *622.63

Six Hundred Twenty-Two and 63/100************************************************************************************

DOLLARS

Baldwin Reporting Service
107 East Allen, Suite 101
Springfield, IL 62704

MEMO
J&J/Minor - transcript of Dr. Tsang

⑈0 2 1 1 8 5⑈ ⑆0 7 1 0 0 0 1 5 2⑆ 0 0 0 1 3 3 1 3 8 8⑈

---

**PUGH, JONES, JOHNSON & QUANDT, P.C.**    21185
Baldwin Reporting Service  OPERATING ACCOUNT    7/20/2005

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 10/29/2004 | Bill | 28550 | 622.63 | 622.63 | | 622.63 |
| | | | | Check Amount | | 622.63 |

Operating-Northern    J&J/Minor - transcript of Dr. Tsang    622.63

---

**PUGH, JONES, JOHNSON & QUANDT, P.C.**    21185
Baldwin Reporting Service  OPERATING ACCOUNT    7/20/2005

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 10/29/2004 | Bill | 28550 | 622.63 | 622.63 | | 622.63 |
| | | | | Check Amount | | 622.63 |

Operating-Northern    J&J/Minor - transcript of Dr. Tsang    622.63

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com