# EXHIBIT M



BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL  62704
217-788-2835



Christian D. Biswell, Esq.
DRAKE, NARUP & MEAD, P.C.
107 East Allen Street
Springfield, IL  62704

Inv Date   11/29/2004
Invoice#      28643
Client#        3523
Job/File# R-35

Re: Minor    Centocor, INC.
Assignment Date: November 15, 2004

Trans Original of Dr. Brian Miller, plus attendance

                            Total Amount $      194.55


*****************************************************************
***                                                           ***
PLEASE REMIT PAYMENT "DIRECTLY" TO BALDWIN REPORTING SERVICES AT
107 EAST ALLEN STREET, SUITE 101, SPRINGFIELD, ILLINOIS 62704.
***                                                           ***
*****************************************************************
We specialize in "Focus Group" studies

BALDWIN REPORTING SERVICES
Federal Tax Id#: 37-1234576

BRS Original

13670

DATE : Jan 17/2005

PAID TO: Baldwin Reporting Services
Original transcript of Dr. Brian Miller taken on November 15, 2004
CLIENT: Jones - Pugh, Jones & Johnson, P.C.

ACCOUNT: GENERAL - 1
MATTER: 1698          CHE # : 13670

AMOUNT: $194.55

```
                                                                                    13670
DRAKE, NARUP & MEAD, P.C.                    NATIONAL CITY BANK OF MICHIGAN/ILLINOIS
      107 E. ALLEN STREET                               SPRINGFIELD, ILLINOIS
      SPRINGFIELD, IL 62704                                   70-2189-719
         (217) 528-9778
                                                           Jan 17/2005

PAY TO THE
ORDER OF   Baldwin Reporting Services                                          $$194.55

  Hundred Ninety Four ********************************************* 55/100        DOLLARS


MEMO  Original transcript of Dr. Brian Miller taken on November 15, 2004
                                                          [signature]

28643     "000013670"  :071921891:  000006487"            "000000019455"
```