EXHIBIT N

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| M. JANE MINOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 02-3354 |
| v. | ) |
| | ) |
| CENTOCOR, INC. And JOHNSON AND JOHNSON, INC., | ) |
| | ) |
| Defendant. | ) |

### PLAINTIFF'S ANSWERS TO THE DEFENDANT'S FIRST SET OF INTERROGATORIES

1. State your full name, as well as your current residence address, social security number, date and place of birth, and any other name by which you have ever been known.
Answer: Marjorie Jane Minor, 3200 Blueberry Lane, Springfield, Illinois 62707; 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; August 2, 1946 in Keokuk, Iowa; Marjorie Jane Motluck, Marjorie Jane Truesdell.

2. Did you suffer any personal injury or prolonged, serious and/or chronic illness within ten (10) years prior to the date of the complaint? If so, state when and how you were injured and/or ill, where you were injured and/or ill, describe the injuries and/or illness suffered, and state the name and address of each physician, or other health care professional, hospital and/or clinic rendering you treatment for each injury and/or chronic illness.
ANSWER: The Plaintiff suffered from a back injury while employed by Centocor, Inc. She injured her back carrying heavy materials in and out of hospitals and lifting the materials in and out of her automobile. Her injury was exacerbated by the hours of travel in her car. The Plaintiff was diagnosed by Dean Naritoku, M.D, as suffering from a herniation and diffuse disc bulge at L3-4 and L5-S1.

During her employment with Centocor the Plaintiff was diagnosed by Celina Tsang, M.D. to suffer from Atrial Fibrillation with some ventricular involvement. The Plaintiff was treated by Brian Miller, M.D. The Plaintiff has suffered several episodes of atrial fibrillation and was prescribed medication for that medical problem.

The Plaintiff was diagnosed to suffer from major depression by Joseph Bohlen, MD. The Plaintiff also saw Susan Yarrington for this condition. The Plaintiff continues her treatment for this condition.

Physicians who have treated the Plaintiff are:

Celina C. Tsang, M.D., PhD
Physicians Group Associates
2306 West Monroe
Springfield, Illinois 62704

Nancy Khardori, MD, EACP
SIU School of Medicine
Chief Division of Infectious Diseases
701 North First Street, Room A477
Springfield, Illinois 62794-9636

Dean K. Naritoku, MD
SIU School of Medicine
Division of Neurology
701 North First Street
Springfield, Illinois 62794-9636

Brian Miller, MD
Prairie Cardiovascular Consultants, LTD
Director, Clinical Cardiac Electorphysiology
Interventional Electrophysiology
P.O. Box 19420
Springfield, Illinois 62794-9420

Joseph G. Bohlen, MD, PhD
Bohlen & Associates
3001 Spring Mill Drive
Springfield, Illinois 62704

Susan Yarrington, MA, LCPC
Living Hope Counseling
3135 Old Jacksonville Road
Springfield, Illinois 62704

Karen Dzekunskas, DC
1005 Peoria Street
Lincoln, Illinois 62656

Bruce Feldman, MD
1124 South Sixth Street
Springfield, Illinois 62701

Hospitals:

Memorial Medical Center
800 North Rutledge Street
Springfield, Illinois

St. John's Hospital
800 East Carpenter Street
Springfield, Illinois

Clinical Radiologists
P.O. Box 5037
Springfield, Illinois

3. With respect to the Plaintiff's healthcare, please further state within the last ten years prior to the date of the complaint:
   (a) The name and address of each attending physician and/or health care professional;
   (b) The name and address of each consulting physician and/or other health care professional;
   (c) The name and address of each person and/or laboratory taking any X ray, MRI and/or other radiological tests of you;
   (d) The date or inclusive dates on which each of them rendered you service;
   (e) The amounts to date of their respective bills of service;
   (f) From which of them you have written reports; and,
   (g) A description of the services rendered to you by said attending physician and/or health care professional.
   ANSWER: Objection. This interrogatory is unduly burdensome to the Plaintiff and is not relevant to the above proceeding. Notwithstanding the foregoing objection see answer to Interrogatory No. 2. The Plaintiff does not have written reports from these physicians. See the Plaintiff's Initial Disclosures for notes from Susan Yarrington, therapist.

4. Have you suffered any personal injury or prolonged, serious and/or chronic illness since the date the complaint was filed in this action? If so, state when you were injured and/or ill, where and how you were injured and/or ill, describe the injuries and/or illness suffered, and state the name and address or each physician or other health care professional, hospital and/or clinic rendering you treatment for each injury and/or chronic illness.
   ANSWER: Yes, the Plaintiff was diagnosed to suffer from major depression and has been placed on long term disability for that condition. See answer to Interrogatory No. 2.

5. List all disability benefit providers including insurance companies and governmental agencies that you have applied to for benefits from January 1, 2000 to the present, the amounts and dates of benefits received, and a description of the disabilities.
   ANSWER: Johnson & Johnson disability insurance benefits through Kemper Insurance

Company.

The Plaintiff received short term disability from Kemper Insurance beginning October 1, 2001 through April 18, 2002 In the amount of approximately $1633.00 per month.  Since April 19, 2002 the Plaintiff has received $2373.98 per month for long term disability due to depression. She received $1,671.00 monthly from Social Security through December 2002 and $1694.00 per month in 2003.

6. Are you claiming any psychiatric, psychological and/or emotional injuries as a result of the acts and/or omissions described in the complaint? If so, state:
(a) The name of any psychiatric, psychological and/or emotional injury claimed, and the name and address of each psychiatrist, physician, psychologist, therapist or other health care professional rendering you treatment for each injury,
(b) Whether you had suffered any psychiatric, psychological and/or emotional injury prior to the date of the acts and/or omissions described in the complaint; and
(c) If (b) is in the affirmative, please state when and the nature of any psychiatric, psychological and/or emotional injury, and the name and address of each psychiatrist, physician, psychologist, therapist or other health care professional rendering you treatment for each injury.
ANSWER: Yes.  See answers to Interrogatories 2, 3 and 4.

7. Have you been employed since September 1, 2001? If so, please state the name and address of each employer and the dates of employment.
ANSWER: The Plaintiff was actively employed through October 19, 2001 by Centocor, a division of Johnson & Johnson.  She been off work due to her medical disability since October 19, 2001.

8. Describe the efforts you made to identify prospective employers and apply for jobs since September 1, 2001, and identify all sources of information and documents you used and people you consulted with about seeking employment.
ANSWER: On or before September 10, 2001 the Plaintiff spoke with John Villeneau regarding job opportunities within Johnson & Johnson.  He informed the Plaintiff she needed a release to seek positions.  Around September 11, 2001, the Plaintiff requested a release from Bob Russell, Region Business Director for Centocor, to be allowed to interview for other positions within Johnson & Johnson.  The Plaintiff received this release on September 13, 2001.  The Plaintiff spoke with Melissa Mason at GyneCare, a division of Johnson & Johnson, regarding a position.  The Plaintiff was placed with a sales representative and observed a surgery.  Ms. Mason informed the Plaintiff that moving expenses for the Plaintiff to relocate to the position in Texas had already been approved for her.  The Plaintiff does not recall if a starting salary was discussed. The Plaintiff spoke with Lisa Huston, a corporate recruiter.  Ms. Huston asked if her manager was truly supportive of her.  Ms. Huston indicated Mr. Siciliano was not supportive of the Plaintiff.  On September 19, 2003 Tony Siciliano prepared a negative Field Contact Report for the Plaintiff which prevented the Plaintiff from the possibility of getting another position within Johnson & Johnson.  She heard nothing further regarding any position.

9. For each job you sought, please identify the prospective employer you contacted and the individual(s) at that entity with whom you communicated; state the positions, duties and title you sought or applied for; whether you submitted an application; the starting salary or rate of pay; whether a position was offered to you; your response to that offer; your reasons for making that response; and all reasons you learned why you did not get any particular job.

ANSWER: The Plaintiff has received disability benefits since October 19, 2001. See also the Plaintiff's response to Interrogatory No. 8 above.

10. Describe in detail every effort you made, other than those (if any) already described above, to reduce or mitigate any of the damages, losses or injuries you allegedly sustained.

ANSWER: The Plaintiff has sought treatment for the injuries she sustained during her employment with the Defendants.

M. JANE MINOR

BY: _____
Her Attorney

James P. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
(217) 522-3445

## CERTIFICATE OF SERVICE

Service of the foregoing was made by sending a copy thereof in a sealed envelope, postage fully prepaid, addressed to:

Linzey D. Jones
John M. Broderick
Pugh, Jones & Johnson, P.C.
180 North LaSalle Street, Suite 3400
Chicago, Illinois 60601

David L. Drake
Drake, Narup & Mead, P.C.
107 East Allen Street
Springfield, Illinois 62704

and deposited in the United States Mail from the office of the undersigned this __19__ day of December, 2003.

_____

Page 5 of 5