# EXHIBIT O

**PUGH, JONES & JOHNSON P.C.**
OPERATING ACCOUNT
180 N. LASALLE ST., STE 3400
CHICAGO, IL 60601

7879

BANK ONE, NA
CHICAGO, ILLINOIS 60670
2-1-710

4/5/2004

PAY TO THE ORDER OF  Med Legal Inc.    $**72.36

Seventy-Two and 36/100************************************************************************************************* DOLLARS

Med Legal Inc.
1409 Fairfield Road #2
Minnetonka, MN 55305

MEMO  JB/Minor/Centocor

⑆007879⑆ ⑈071000013⑈ 533036256 3⑆

---

**'UGH, JONES & JOHNSON PC**    7879
OPERATING ACCOUNT
Med Legal Inc.                    4/5/2004

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 03/18/2004 | Bill | 2052311 | 72.36 | 72.36 | | 72.36 |
| | | | | | Check Amount | 72.36 |

Operating-ANB    JB/Minor/Centocor                         72.36

**'UGH, JONES & JOHNSON PC**    7879
OPERATING ACCOUNT
Med Legal Inc.                    4/5/2004

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 03/18/2004 | Bill | 2052311 | 72.36 | 72.36 | | 72.36 |
| | | | | | Check Amount | 72.36 |

Operating-ANB    JB/Minor/Centocor                         72.36

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

# MED LEGAL
1409 Fairfield Road #2
Minnetonka, MN 55305

# INVOICE

| Due Date | Invoice # |
|---|---|
| 4/10/2004 | 2052311 |

**Bill To**

Pugh, Jones and Johnson
180 N LaSalle St #3400
Chicago, IL 60603

EIN/TIN: 41-2010254

For inquiries about these records or this invoice, it is not necessary to contact the medical facility, please contact Med Legal, Inc. directly at:

**952-546-5376 / 877-540-7660**

**medlegal@medlegalinc.com**

| Patient Name | Terms | Date |
|---|---|---|
| Minor, Jane | Due in 30 Days | 3/11/2004 |

| Description | Qty | Rate | Medical Facility | Amount |
|---|---|---|---|---|
| Copy Labor Fee | | 20.86 | St. John's Hospital | 20.86 |
| Photocopies | 25 | 0.78 | St. John's Hospital | 19.50T |
| Photocopies | 25 | 1.00 | St. John's Hospital | 25.00T |
| Shipping and Handling | | 7.00 | St. John's Hospital | 7.00 |

*ENTERED*

To ensure proper credit, please make checks payable to Med Legal, Inc. and include the invoice number on the check, or a copy of this invoice with the check.

Late service fees will be applied to accounts 30 days or more past due.

**\*\*Legal Notice\*\*** These photocopies have been made from the medical facility's original records. These copies are intended exclusively for the requested purpose and cannot be recopied or redistributed for other purposes without the written, informed consent of the person to whom it pertains.

| | |
|---|---|
| Subtotal | $72.36 |
| Sales Tax (0.0%) | $0.00 |
| Total | $72.36 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$72.36** |