**E-FILED**
Wednesday, 20 July, 2005  04:31:57 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT P

7825

**PUGH, JONES & JOHNSON P.C.** 
OPERATING ACCOUNT
180 N. LASALLE ST., STE 3400
CHICAGO, IL 60601

BANK ONE, NA
CHICAGO, ILLINOIS 60670
2-1-710

3/26/2004

PAY TO THE ORDER OF    Kemper National Direct                                    $ **25.00

Twenty-Five and 00/100************************************************************************************

DOLLARS

Kemper National Direct

MEMO    Johnson & Johnson/Minor-subpoena fee

⑈00 7825⑈  ⑆0710000 13⑆  5330 36 2563⑈

---

| PUGH, JONES & JOHNSON PC | | | 7825 |
|---|---|---|---|
| OPERATING ACCOUNT | | | |
| Kemper National Direct | | 3/26/2004 | |
| | Johnson & Johnson/Minor | | 25.00 |

ENTERED

| Operating-ANB | Johnson & Johnson/Minor-subpoena fee | | 25.00 |
|---|---|---|---|

| PUGH, JONES & JOHNSON PC | | | 7825 |
|---|---|---|---|
| OPERATING ACCOUNT | | | |
| Kemper National Direct | | 3/26/2004 | |
| | Johnson & Johnson/Minor | | 25.00 |

| Operating-ANB | Johnson & Johnson/Minor-subpoena fee | | 25.00 |
|---|---|---|---|

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

**PUGH, JONES & JOHNSON, P.C.**
**CHECK REQUEST FORM**

Today's Date: 3/26/2004

Client: Johnson & Johnson

Matter: Johnson & Johnson / Minor

Description/Purpose: Subpoena fee

Payee: Kemper National Direct

Amount: 25.00        Date Needed By: today pls

Requested By: Fee        Return to Requestor or Mail? (Requestor circled)

For accounting use only: Approved by _____