# EXHIBIT Q

**PUGH, JONES & JOHNSON P.C.**
OPERATING ACCOUNT
180 N. LASALLE ST., STE 3400
CHICAGO, IL 60601

7970

BANK ONE, NA
CHICAGO, ILLINOIS 60670
2-1-710

4/19/2004

PAY TO THE ORDER OF   Prairie Cardilvascular Consultants, Ltd.   $**53.75

Fifty-Three and 75/100************************************************************************************   DOLLARS

Prairie Cardilvascular Consultants, Ltd.
P.O. Box 19420
Springfield, IL 62794

MEMO   J&J/Minor

⑈007970⑈ ⑆071000013⑆ 533036 2563⑈

---

**UGH, JONES & JOHNSON PC**   7970
OPERATING ACCOUNT
Prairie Cardilvascular Consultants, Ltd.   4/19/2004

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 03/19/2004 | Bill | | 53.75 | 53.75 | | 53.75 |
| | | | | | Check Amount | 53.75 |

Operating-ANB   J&J/Minor   53.75

**JGH, JONES & JOHNSON PC**   7970
OPERATING ACCOUNT
Prairie Cardilvascular Consultants, Ltd.   4/19/2004

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 03/19/2004 | Bill | | 53.75 | 53.75 | | 53.75 |
| | | | | | Check Amount | 53.75 |

Operating-ANB   J&J/Minor   53.75

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com



# Prairie
## CARDIOVASCULAR CONSULTANTS, LTD.

P O Box 19420, Springfield, IL 62794  (217) 788-0706 Fax: (217) 525-2535

Springfield - (217) 788-0706
Prairie Heart Institute
at St. John's Hospital
Memorial Medical Center

James T. Dove, M.D.
H. Weston Moses, M.D.
Richard E. Katholi, M.D.
Robert C. Woodruff, M.D.
Brian D. Miller, M.D.
Frank L. Mikell, M.D.
Kriegh P. Moulton, M.D.
Gregory J. Mishkel, M.D.
Charles L. Lucore, M.D.
Richard M. Holloway, M.D.
Krishna J. Rocha-Singh, M.D.
Robert V. Trask, M.D.
Raymond L. Kacich, M.D.
Bart L. Troy, M.D.
Wilfred Lam, M.D.
Stephen A. Mayer, M.D.
Mark S. Steen, M.D.
Marc E. Shelton, M.D.
Charles W. Karpen, M.D.
Stephen H. Jennison, M.D.
Vincent P. Zuck, M.D.
John B. Gill, M.D.
Nasar Nallamothu, M.D.
Frank V. Aguirre, M.D.
Mansura Ghani, M.D.
James C. Mullin, M.D.
Richard F. Ammar, M.D.
Holly Novak, M.D.

Decatur - (217) 422-6100
Decatur Memorial Hospital
St. Mary's Hospital

Robert S. Rosenstein, M.D.
Kris Patel, M.D.
Manohar Kola, M.D.
Luis J. Caceres, M.D.
Vijay P. Roy, M.D.

Effingham - (217) 347-1772
St. Anthony's Memorial Hospital

Pontiac - (815) 842-3433
Ephraim W. Batambuze, M.D.

Carbondale - (618) 529-4455
Memorial Hospital of Carbondale

Jeffrey S. Gibbs, M.D.
Cesar E. Coello, M.D.
Maria T. Falcone, M.D.
Son P. Le, M.D.
Raja C. Maddipoti, M.D.
Varadendra B. Panchamukhi, M.D.

March 19, 2004

Pugh, Jones and Johnson, P.C.
180 North LaSalle Street
Suite 3400
Chicago, IL 60603

**RE : M. Jane Minor**

Dear Pugh, Jones and Johnson:

Per your request enclosed please find records on M. Jane Minor.

Our fee for providing this information is fifty-three dollars and seventy-five cents ($53.75)

Please remit payment to Prairie Cardiovascular Consultants, Ltd. P.O Box 19420, Springfield, IL 62794.

Thank you,

The Office of Dr. Brian D. Miller, M.D.

BDM:lw

*[handwritten annotations: Johnson + Johnson / Minor re: Medical Records Subpoena; ok to pay]*

