EXHIBIT R

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
180 N. LASALLE ST., STE 3400
CHICAGO, IL 60601

BANK ONE, NA
CHICAGO, ILLINOIS 60670
2-1-710

5/18/2004

PAY TO THE ORDER OF    ChartONE, Inc.                                $**68.29

Sixty-Eight and 29/100************************************************************************    DOLLARS

ChartONE, Inc.

MEMO                                        Mary Ann Rojas

⑈008145⑈ ⑉071000013⑊ 533036256⑈

---

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
ChartONE, Inc.                                                    5/18/2004        8145

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 03/15/2004 | Bill | 421031211893 | 24.58 | 24.58 | | 24.58 |
| 04/05/2004 | Bill | 421031212364 | 43.71 | 43.71 | | 43.71 |
| | | | | | Check Amount | 68.29 |

Operating-ANB                                                                68.29

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
ChartONE, Inc.                                                    5/18/2004        8145

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 03/15/2004 | Bill | 421031211893 | 24.58 | 24.58 | | 24.58 |
| 04/05/2004 | Bill | 421031212364 | 43.71 | 43.71 | | 43.71 |
| | | | | | Check Amount | 68.29 |

Operating-ANB                                                                68.29

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

# ChartONE, Inc.
P.O. Box 1438, San Jose, CA 95109-1438 (800)299-8694

# INVOICE

Invoice Number:    421031- -211893                         Date:   03/15/2004
Medical Record Number: 125127

Dear John Broderick:

Per your request, enclosed are the medical records forwarded from S.I.U. Clinics, Springfield, IL.

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE. A service charge of 1.5% per month (annual rate 18%), except Michigan state, will be charged if not paid within 30 days from the date of this invoice.
Please detach the bottom portion of this invoice and return with your remittance to ChartONE, Inc. to ensure proper credit.

Comments:

Requested by:
  John Broderick:
  PUGH, JONES & JOHNSON, P.C.
  LEGAL
  180 NORTH LASALLE ST
  SUITE 3400
  CHICAGO, IL 60603
  (312)551-1002-

Please make check payable to:

  ChartONE, Inc.
  P.O. Box 1438
  San Jose, CA 95109-1438
  (800)299-8694
  Federal Tax ID# 94-3360691

Patient: JANE M. MINOR  v Johnson/Johnson
Category: None
SSN: XXX-XX-9999
Birth Date: 08/02/1946
Admission Date:  / /
Requester ID:
Other ID: 02 3354
TDN/VPN:
Paper Pages:        4
Microfiche Pages:   0
Computer Pages:     0

| | |
|---|---|
| Base Fee: | 20.86 |
| Page Fee: | 3.12 |
| Shipping: | 0.60 |
| Handling: | 0.00 |
| Itemized: | 0.00 |
| Tax: | 0.00 |
| Adjustment: | 0.00 |
| Pre-Payment: | 0.00 |
| Total Due: | 24.58 |

[handwritten: ok to pay]

**Please return this portion with your payment payable to:**

ChartONE, Inc.                              Date: 03/15/2004
P.O. Box 1438                               Invoice: 421031-1-211893
San Jose, CA 95109-1438                     Patient: JANE M. MINOR
                                            Hospital: S.I.U. Clinics, Springfield IL

Please check box [ ] if cardholder's billing address is different than requester's address and note on the reverse side of this remittance slip.

PUGH, JONES & JOHNSON, P.C.                 Mastercard [ ]      Visa [ ]
LEGAL                                       Card #
180 NORTH LASALLE ST                        Exp. Date
SUITE 3400                                  Name/Signature (Cardholder):
CHICAGO, IL 60603                           Contact Phone:
                                            Total Payment:

**ChartONE, Inc.**
P.O. Box 1438, San Jose, CA 95109-1438 (800)299-8694

## INVOICE

| | |
|---|---|
| Invoice Number: 421031- -212364 | Date: 04/05/2004 |
| Medical Record Number: 125127 | |

Dear Records Medical:

Per your request, enclosed are the medical records forwarded from S.I.U. Clinics, Springfield, IL.

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE. A service charge of 1.5% per month (annual rate 18%), except Michigan state, will be charged if not paid within 30 days from the date of this invoice. Please detach the bottom portion of this invoice and return with your remittance to ChartONE, Inc. to ensure proper credit.

Comments:

Requested by:
Records Medical:
PUGH, JONES& JOHNSON, P.C.
LEGAL
180 NORTH LASALLE ST
SUITE 3400
CHICAGO, IL 60603
(312)551-1002-

Please make check payable to:

ChartONE, Inc.
P.O. Box 1438
San Jose, CA 95109-1438
(800)299-8694
Federal Tax ID# 94-3360691

| | | | |
|---|---|---|---|
| Patient: JANE M. MINOR ✓ *Sharon Johnson* | | Base Fee: | 20.86 |
| Category: None | | Page Fee: | 21.33 |
| SSN: XXX-XX-9999 | | Shipping: | 1.52 |
| Birth Date: 08/02/1946 | | Handling: | 0.00 |
| Admission Date: / / | *ok to pay* | Itemized: | 0.00 |
| Requester ID: | | Tax: | 0.00 |
| Other ID: NO # GIVEN | *already paid* | Adjustment: | 0.00 |
| TDN/VPN: | | Pre-Payment: | 0.00 |
| Paper Pages: 29 | | | |
| Microfiche Pages: 0 | | Total Due: | 43.71 |
| Computer Pages: 0 | | | |

**Please return this portion with your payment payable to:** _____

Date: 04/05/2004
Invoice: 421031-1-212364
Patient: JANE M. MINOR
Hospital: S.I.U. Clinics, Springfield IL

ChartONE, Inc.
P.O. Box 1438
San Jose, CA 95109-1438

Please check box [ ] if cardholder's billing address is different than requester's address and note on the reverse side of this remittance slip.

PUGH, JONES& JOHNSON, P.C.
LEGAL
180 NORTH LASALLE ST
SUITE 3400
CHICAGO, IL 60603

Mastercard [ ]    Visa [ ]
Card # _____
Exp. Date _____
Name/Signature (Cardholder): _____
Contact Phone: _____
Total Payment: _____