# EXHIBIT S

8244

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
180 N LASALLE ST, STE 3400
CHICAGO, IL 60601

BANK ONE, NA
CHICAGO, ILLINOIS 60670
24-1710

6/1/2004

PAY TO THE
ORDER OF   Karen Dzekunskas, D.C.                                $**25.00

Twenty-Five and 00/100************************************************************************ DOLLARS

Karen Dzekunskas, D.C.
1005 Peoria Street
Lincoln, IL  62656

MEMO
JMB/J&J/Minor - medical records

*Mary Ann Roper*

⑴008244⑴  ⑴071000013⑴:  533036 2563⑴

---

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
Karen Dzekunskas, D.C.                                          6/1/2004                                 8244

| Date       | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------------|------|-----------|---------------|-------------|----------|---------|
| 05/27/2004 | Bill |           | 25.00         | 25.00       |          | 25.00   |
|            |      |           |               | Check Amount|          | 25.00   |

Operating-ANB       JMB/J&J/Minor - medical records                                                       25.00

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
Karen Dzekunskas, D.C.                                          6/1/2004                                 8244

| Date       | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------------|------|-----------|---------------|-------------|----------|---------|
| 05/27/2004 | Bill |           | 25.00         | 25.00       |          | 25.00   |
|            |      |           |               | Check Amount|          | 25.00   |

Operating-ANB       JMB/J&J/Minor - medical records                                                       25.00

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

KAREN DZEKUNSKAS, D.C.
1005 PEORIA ST.
LINCOLN, IL 62656

TO  John M. Broderick, Atty. at Law

180 N. LaSalle   Suite 3400

Chicago, IL   60602

Services rendered/Amount Due:

RE:  Marjorie Jane Minor

Fee for copying records:   $25.00

This is due and payable upon receipt.

Thank you.

*Minor v. Johnson + Johnson*

*Medical records ok to pay N*

*DECLINE*