# EXHIBIT T

9308

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
180 N. LASALLE ST., STE 3400
CHICAGO, IL 60601

BANK ONE, NA
CHICAGO, ILLINOIS 60670
2-1-710

11/16/2004

PAY TO THE ORDER OF   Joseph G. Bohlen, M.D., Ph.D.                                   $**1,500.00

One Thousand Five Hundred and 00/100************************************************************************   DOLLARS

Joseph G. Bohlen, M.D., Ph.D.

MEMO   Expert Fee J&J/Minor

⑈009308⑈ ⑆071000013⑆ 533036256⑈



---

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
Joseph G. Bohlen, M.D., Ph.D.                                11/16/2004                9308
5-2000 · Client Expense:5-2000e · Experts/Treater   expert fee - J&J/Minor                 1,500.00

Operating-ANB        Expert Fee J&J/Minor                                                  1,500.00

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
Joseph G. Bohlen, M.D., Ph.D.                                11/16/2004                9308
5-2000 · Client Expense:5-2000e · Experts/Treater   expert fee - J&J/Minor                 1,500.00

Operating-ANB        Expert Fee J&J/Minor                                                  1,500.00

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

9145

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
180 N. LASALLE ST., STE 3400
CHICAGO, IL 60601

BANK ONE, NA
CHICAGO, ILLINOIS 60670
2-1-710

10/21/2004

PAY TO THE ORDER OF   Dr. Celina Tsang                $**1,575.00

One Thousand Five Hundred Seventy-Five and 00/100************************************************  DOLLARS

Dr. Celina Tsang

MEMO   J&J/Minor - Deposition fee for treating physician

⑈009145⑈ ⑆0710000131⑆ 533036256⑈

---

PUGH, JONES, JOHNSON & QUANDT, P.C.
OPERATING ACCOUNT
Dr. Celina Tsang                                              10/21/2004                9145
5-2000 · Client Expense:5-2000e · Experts/Treater   J&J/Minor - Deposition fee for treating physician         1,575.00

Operating-ANB        J&J/Minor - Deposition fee for treating physician                              1,575.00

PUGH, JONES, JOHNSON & QUANDT, P.C.
OPERATING ACCOUNT
Dr. Celina Tsang                                              10/21/2004                9145
5-2000 · Client Expense:5-2000e · Experts/Treater   J&J/Minor - Deposition fee for treating physician         1,575.00

Operating-ANB        J&J/Minor - Deposition fee for treating physician                              1,575.00

DELUXE BUSINESS FORMS   1+800-328-0304   www.deluxeforms.com

# PUGH, JONES, JOHNSON & QUANDT, P.C.

## CHECK REQUEST

$1575.00

| Please draw a check in the amount of | $900 | Payable to the order of: | Dr. Celina Tsang |
|---|---|---|---|

**Special Instructions:**

deposition fee

**Explanation of Disbursement:**

| Invoice Number | Invoice Date | Client/Matter or Firm | Employee | Expense Code | Amount |
|---|---|---|---|---|---|
| | 10-21-04 | Minor v. Centocor | | | 900.00 |
| | | | | | 1575.00 |
| | | | | | |
| | | | | | |
| | | | | Total | |

| Prepared by | Valerie | Date | 10/21/04 | Mail check | Yes ___ No ✓ |
|---|---|---|---|---|---|
| Approved by | | Date | | Return to: | Valerie |

{00001291.DOC}



**DRAKE, NARUP & MEAD, P.C.**
ATTORNEYS AT LAW
107 EAST ALLEN
SPRINGFIELD, IL 62704

DAVID L. DRAKE
RICHARD H. NARUP
RANDALL A. MEAD
KIRK W. LAUDEMAN
PAULETTE F. DOVE
CHRISTIAN D. BISWELL
STEVEN C. WARD

November 10, 2004

*VIA HAND DELIVERY*

Dr. Brian Miller
Prairie Cardiovascular Consultants
747 North Rutledge, Fourth Floor
Springfield, Illinois 62702

    RE:  M. Jane Minor v. Centocor, Inc.
           Case No.:    02-3354
           Our File No.: 1698

Dear Dr. Miller:

    Enclosed please find payment of $1,000.00 for the deposition we have scheduled with your office on November 15, 2004, at 9:00 a.m.

    Thank you for your assistance.

                            Very Truly Yours,

                            DRAKE, NARUP & MEAD, P.C.

                            By *Christian D. Biswell*
                                Christian D. Biswell

CDB/cas
Enclosure: As indicated
cc:    Mr. James P. Baker

**PUGH, JONES, JOHNSON & QUANDT, P.C.**
OPERATING ACCOUNT
180 N LASALLE ST, STE 300
CHICAGO, IL 60601

BANK ONE, NA
CHICAGO, ILLINOIS 60670
2-710

9824

11/2/2004

PAY TO THE ORDER OF  Dr. Brian Miller                                $ **1,000.00**

One Thousand and 00/100************************************************************ DOLLARS

Dr. Brian Miller
Prairie Cardiovascular Consultants
747 North Rutledge, 4th Fl.
Springfield, IL 62702

MEMO  J&J/Minor - expert fee for deposition                    *Mary Lem Rogers*

⑈009824⑈ ⑆071000013⑆ 533036 2563⑈