# EXHIBIT V

# PUGH, JONES, JOHNSON & QUANDT, P.C.
### 180 NORTH LASALLE
### SUITE 3400
### CHICAGO, IL 60601-2807
### FEIN 36-3783269

**INVOICE**

Johnson & Johnson  
Corporate Headquarters  
One Johnson & Johnson Plaza  
New Brunswick, NJ 08933

July 20, 2005

In Reference To:   M. Jane Minor v. Centorcor, Inc. and Johnson & Johnson, Inc.  
Case #02-3354  
#JJ2003000266

Additional Charges :

| Date | | Description | Qty/Price | Amount |
|---|---|---|---|---|
| 5/31/2003 | LDJ | Inside copying during the month of May, 2003. | 235<br>0.15 | 35.25 |
| 7/31/2003 | LDJ | Inside copying during the month of July, 2003 | 84<br>0.10 | 8.40 |
| 9/1/2004 | LDJ | Inside copying during the month of September, 2004. | 1047<br>0.15 | 157.05 |
| 11/3/2004 | LDJ | Inside photocopying during the month of October, 2004 | 774<br>0.15 | 116.10 |
| 11/30/2004 | LDJ | Inside photocopying during the month of November, 2004 | 593<br>0.15 | 88.95 |
| 12/31/2004 | LDJ | Inside photocopying during the month of December, 2004 | 256<br>0.15 | 38.40 |
| 1/31/2005 | LDJ | Inside photocopying during the month of January, 2005 | 428<br>0.15 | 64.20 |

Total costs                                                                                     $508.35