# EXHIBIT W

**PUGH, JONES & JOHNSON P.C.**
OPERATING ACCOUNT
180 N. LASALLE ST., STE 2910
CHICAGO, IL 60601

BANK ONE, NA
CHICAGO, ILLINOIS 60670
2-1-710

5896

5/6/2003

PAY TO THE ORDER OF   US District Court-Central District of IL                $ **100.00

One Hundred and 00/100****************************************************************************DOLLARS

US District Court-Central District of IL

MEMO   appearance fee/Johnson & Johnson/Minor

⑈005896⑈ ⑆071000013⑆ 53303625⑈

---

PUGH, JONES & JOHNSON PC
OPERATING ACCOUNT
US District Court-Central District of IL                5/6/2003                5896
                                                                                100.00

Operating-ANB    appearance fee/Johnson & Johnson/Minor                         100.00

**PUGH, JONES & JOHNSON P.C.**
OPERATING ACCOUNT
180 N. LASALLE ST., STE 2910
CHICAGO, IL 60601

BANK ONE, NA
CHICAGO, ILLINOIS 60670
2-1-710

5897

5/6/2003

PAY TO THE ORDER OF    US District Court-Central District of IL    $ **100.00

One Hundred and 00/100************************************************************************************DOLLARS

US District Court-Central District of IL

MEMO    appearance fee/Johnson & Johnson/Minor

⑈005897⑈ ⑆071000013⑆ 533036256⑈

*Mary Ann Rojas*

---

PUGH, JONES & JOHNSON PC
OPERATING ACCOUNT
US District Court-Central District of IL    5/6/2003    5897
100.00

Operating-ANB    appearance fee/Johnson & Johnson/Minor    100.00

*file copy*