E-FILED
Tuesday, 26 July, 2005  04:32:42 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| M. JANE MINOR, | ) | |
| | ) | |
|       Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Nos.  02-3354 and 04-3114 |
| | ) |         Consolidated |
| CENTOCOR, INC., | ) | |
| | ) | |
|       Defendant. | ) | |

**MOTION OF THE PLAINTIFF, M. JANE MINOR,
REQUESTING THAT THIS COURT HOLD IN ABEYANCE
THE DEFENDANT'S BILL OF COSTS PENDING APPEAL**

COMES NOW the Plaintiff, M. JANE MINOR, by her attorney, James P. Baker, and respectfully requests that this Court hold in abeyance the Defendant's bill of costs pending the resolution of the appeal recently initiated by the Plaintiff.  In support of this motion, the Plaintiff states as follows:

    1.  That on or about June 20, 2005 this Court granted the Defendant's motion for summary judgment and, thereafter, judgment was entered in favor of the Defendant and against the Plaintiff.

    2.  That on July 14, 2005, the Plaintiff filed a timely notice of appeal.

    3.  That on or about July 20, 2005 the Defendant submitted its bill of costs in this proceeding. Based upon a preliminary review of the bill of costs, the Plaintiff takes issue with some of the costs sought by the Defendant.

    4.  That in the interest of efficiency and judicial economy, the Plaintiff suggests that any consideration of the bill of costs be deferred until such time as the issues raised in the Plaintiff's appeal are resolved.

WHEREFORE, the Plaintiff, M. JANE MINOR, respectfully requests that this Court hold in abeyance the Defendant's bill of costs and defer any consideration of the bill of costs until the Plaintiff's appeal is resolved. The Plaintiff further requests that she be excused from submitting objections to the bill of costs until the resolution of her appeal.

          M. JANE MINOR

          By:   s/ James P. Baker
          Attorney for Plaintiff
          James P. Baker
          Bar Number: 0097802
          Baker, Baker & Krajewski, LLC
          415 South Seventh Street
          Springfield, Illinois 62701
          Telephone: (217) 522-3445
          Facsimile: (217) 522-8234
          E-mail: carenbakerlaw@sbcglobal.net
          (Motion/minorjbillofcosts 072505)

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Linzey D. Jones
John M. Broderick
Pugh, Jones & Johnson, P.C.
180 North LaSalle Street, Suite 2910
Chicago, Illinois 60601

David L. Drake
Drake, Narup & Mead, P.C.
107 East Allen Street
Springfield, Illinois 62704

                          By: s/ James P. Baker
                              James P. Baker
                              Bar Number: 0097802
                              Baker, Baker & Krajewski, LLC
                              415 South Seventh Street
                              Springfield, Illinois 62701
                              Telephone: (217) 522-3445
                              Facsimile: (217) 522-8234
                              E-mail: carenbakerlaw@sbcglobal.net