UNITED STATES COURT OF APPEALS

SEVENTH CIRCUIT

| GINO J. AGNELLO<br>CLERK | 219 SOUTH DEARBORN STREET<br>CHICAGO, ILLINOIS 60604 | TELEPHONE<br>(312) 435-5850 |
|---|---|---|



FILED
JUL 2 0 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO:   District Court Clerk's Office

RE:   Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Court No.:    05-3080              Docketed on: 7/18/05
Short Caption:          Minor, M. Jane v. Centocor Inc
District Court Judge:   Richard Mills
District Court No.:     02 C 3354

If you have any questions regarding this appeal, please call this office.

(1003-012490)