### UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | | |
|---|---|---|
| M. JANE MINOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 02-3354 |
| | ) | |
| v. | ) | Judge Mills |
| | ) | |
| CENTOCOR, INC., | ) | Magistrate Judge Evans |
| | ) | |
| Defendant. | ) | |
| M. JANE MINOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 04-3114 |
| | ) | |
| v. | ) | Judge Mills |
| | ) | |
| CENTOCOR, INC., | ) | Magistrate Judge Evans |
| | ) | |
| Defendant. | ) | |

**DEFENDANT CENTOCOR, INC.'S RESPONSE TO PLAINTIFF'S MOTION TO STAY**

NOW COMES Defendant, Centocor, Inc., by and through its attorneys Pugh, Jones, Johnson & Quandt, P.C., and hereby responds to the Plaintiff's Motion to Stay Defendant's Bill of Costs Pending Appeal. Defendant has no objection to Plaintiff's motion.

                                                            Respectfully submitted,
                                                            **CENTOCOR, INC.**

                                        By: s/John M. Broderick
                                              One of Its Attorneys

Linzey D. Jones, Esq.
John M. Broderick, Esq.
Pugh, Jones, Johnson & Quandt, P.C.
180 North LaSalle Street
Suite 3400
Chicago, Illinois 60601
(312) 768-7800

**CERTIFICATE OF SERVICE**

    I, the undersigned attorney, hereby certify that on August 8, 2005, I electronically filed the foregoing Response to Plaintiff's Motion to Stay Defendant's Bill of Costs Pending Appeal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: James P. Baker, Esq., Baker, Baker & Krajewski, LLC., 415 South Seventh Street, Springfield, IL 62701.

                                                  s/ John Broderick
                                                  Attorney's Name and Bar Number 6255668
                                                  Attorney for Defendant
                                                  Pugh, Jones, Johnson & Quandt, P.C.
                                                  180 N. LaSalle Street, Suite 3400
                                                  Telephone: (312) 768-7800
                                                  jbroderick@pjjq.com