UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| M. JANE MINOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 02-3354 and 04-3114 |
| | ) | |
| CENTOCOR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

RICHARD MILLS, U.S. District Judge

The Court now considers Plaintiff M. Jane Minor's Motion to Stay Defendant's Bill of Costs Pending Appeal. In support of her motion, Plaintiff states:

1. On or about June 20, 2005 this Court granted Defendant's motion for summary judgment and, thereafter, judgment was entered in favor of the Defendant and against Plaintiff.

2. On July 14, 2005, Plaintiff timely appealed.

3. On or about July 20, 2005, Defendant submitted its bill of costs

1

in this proceeding. Based upon a preliminary review of the bill of costs, Plaintiff takes issue with some of the costs sought by Defendant.

4. In the interest of efficiency and judicial economy, Plaintiff suggests that any consideration of the bill of costs be deferred until such time as the issues raised in Plaintiff's appeal are resolved.

The Defendant does not object to Plaintiff's motion.

**ERGO**, Plaintiff M. Jane Minor's Motion to Stay Defendant's Bill of Costs Pending Appeal (d/e 89) is ALLOWED. Defendant's Motion for Bill of Costs (d/e 87) is STAYED pending resolution of the appeal.

IT IS SO ORDERED.

ENTER: August 10, 2005

FOR THE COURT:                              s/ Richard Mills
                                            United States District Judge