UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| M. JANE MINOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 02-3354 and 04-3114 |
| | ) | |
| CENTOCOR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

RICHARD MILLS, U.S. District Judge

The parties have telephonically consented to dismissing the Defendant's Motion for Bill of Costs on the condition that Defendant be given leave to refile pending appeal.

Ergo, Defendant's Motion for Bill of Costs (d/e 87) is DISMISSED WITH LEAVE TO REFILE PENDING APPEAL.

IT IS SO ORDERED.

ENTER: August 22, 2005

FOR THE COURT:                    s/ Richard Mills
                                  United States District Judge