

# United States District Court

| | | |
|---|---|---|
| JOHN M. WATERS<br>CLERK OF COURT | **CENTRAL DISTRICT OF ILLINOIS**<br>OFFICE OF THE CLERK<br>151 U.S. COURTHOUSE<br>600 EAST MONROE STREET<br>SPRINGFIELD, ILLINOIS 62701 | TEL: 217.492.4020<br>FAX: 217.492.4028 |

February 23, 2006

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604
ATTN: ERIC FROST

                                        RE: Minor v. Centocor, Inc.
                                        D. C. Docket No. 02-3354
                                        U. S. C. A. Docket No. 05-3080

Dear Mr. Agnello:

    I am sending you herewith the record on appeal. It consists of the following:

    3  Volumes of Pleadings

    Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

                                    Very truly yours,

                                    JOHN M. WATERS, CLERK

                        BY:   s/ G. Utsinger
                                    Deputy Clerk