# U.S. District Court
## Central District of Illinois (Springfield)
### CIVIL DOCKET FOR CASE #: 3:02-cv-03354-RM-CHE
### Internal Use Only

| | |
|---|---|
| Minor, et al v. Johnson & Johnson | Date Filed: 12/20/2002 |
| Assigned to: Judge Richard Mills | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Charles H. Evans | Nature of Suit: 442 Civil Rights: Jobs |
| Demand: $11,000 | Jurisdiction: Federal Question |
| Cause: 42:2000e Job Discrimination (Employment) | |

**Plaintiff**

M Jane Minor     represented by     **James P Baker**
BAKER BAKER & KRAJEWSKI LLC
415 S Seventh St
Springfield, IL 62701
217-522-3445
Fax: 217-522-8234
Email: carenbakerlaw@sbcglobal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Centocor, Inc     represented by     **Christian D Biswell**
DRAKE NARUP & MEAD PC
107 E Allen St
Springfield, IL 62704
217-528-9776
Fax: 217-528-9401
Email: biswell@dnmpc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L Drake**
DRAKE NARUP & MEAD PC
107 E Allen St
Springfield, IL 62704
217-528-9776
Fax: 217-528-9401
Email: drake@dnmpc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John M Broderick**
PUGH JONES JOHNSON & QUANDT PC
Suite 3400
180 N LaSalle St

Chicago, IL 60601-2707
312-551-1002
Fax: 312-551-0804
Email: jbroderick@pjjq.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Linzey D Jones**
PUGH JONES JOHNSON & QUANDT PC
Suite 3400
180 N LaSalle St
Chicago, IL 60601-2707
312-551-1002
Fax: 312-551-0804
Email: ljones@pjjq.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Johnson & Johnson, Inc.**
*TERMINATED: 11/12/2003*

represented by **Christian D Biswell**
(See above for address)
*TERMINATED: 11/12/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L Drake**
(See above for address)
*TERMINATED: 11/12/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John M Broderick**
(See above for address)
*TERMINATED: 11/12/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Linzey D Jones**
(See above for address)
*TERMINATED: 11/12/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 05/09/2002 | 19 | NOTICE by defendant Centocor, Inc of filing Answer to Count I of the Complaint (CT, ilcd) (Entered: 05/12/2003) |
| 12/20/2002 | 1 | COMPLAINT filed (no summons(es) issued). Case referred to Magistrate Judge Charles H. Evans. (MAS, ilcd) Modified on 12/23/2002 (Entered: 12/23/2002) |
| 12/20/2002 | 2 | FILING FEE PAID on 12/20/02 in the amount of $150.00, receipt # S002895. (MAS, ilcd) (Entered: 12/23/2002) |

| Date | # | Description |
|---|---|---|
| 12/20/2002 | 3 | CERTIFICATE OF INTEREST pursuant to Local Rule 11.3 filed by counsel for plaintiff M Jane Minor (MAS, ilcd) (Entered: 12/23/2002) |
| 02/18/2003 |  | MINUTE-ENTRY: by Mag. Judge Charles H. Evans. Court notes no summons issued and no Waiver of Service filed. Plaintiff ordered to file a report by 2/26/03 regarding further prosecution of this case. (cc: all counsel) (AJ, ilcd) (Entered: 02/18/2003) |
| 02/26/2003 | 4 | RESPONSE by plaintiff to minute entry of 2/18/2003. [0-0] (AJ, ilcd) (Entered: 02/27/2003) |
| 02/27/2003 |  | Docket Modification (Utility Event). Miscellaneous deadline satisfied (AJ, ilcd) (Entered: 02/27/2003) |
| 03/31/2003 |  | MINUTE-ENTRY: by Mag. Judge Charles H. Evans. Plaintiff's response to rule to show cause as ordered (see 2/28/03 minute entry) was filed and reviewed on 2/26/03. The response (d/e 4) filed 2/26/03 states in part, "plaintiff has on this date served pursuant to Rule 4(d)(2) of the Federal Rules of Civil Procedure both defendants in this proceeding". The Court notes plaintiff has not complied with Local Rule 4.1 - Waiver of Service. Plaintiff is given to 4/7/03 to comply. (cc: all counsel) (MC, ilcd) (Entered: 03/31/2003) |
| 04/10/2003 | 5 | NOTICE of waiver of service by plaintiff (CC, ilcd) (Entered: 04/11/2003) |
| 04/11/2003 |  | Docket Modification (Utility Event) Misc ddl satisfied (CC, ilcd) (Entered: 04/11/2003) |
| 04/11/2003 | 6 | WAIVER OF SERVICE returned as to defendant Johnson & Johnson . Date waiver sent: 2/26/03 ; Answer due on 4/27/03 for Johnson & Johnson (signature on waiver is not original) (MR, ilcd) Modified on 04/14/2003 (Entered: 04/14/2003) |
| 04/16/2003 | 7 | WAIVER OF SERVICE returned as to defendant Centocor, Inc . Date waiver sent: 2/26/03 ; Answer due on 4/27/03 for Centocor, Inc (MR, ilcd) (Entered: 04/17/2003) |
| 04/25/2003 | 8 | UNOPPOSED MOTION by defendants Centocor, Inc, Johnson & Johnson for extension of time to answer complaint (CC, ilcd) (Entered: 04/25/2003) |
| 04/29/2003 |  | MINUTE-ENTRY: by Mag. Judge Charles H. Evans. Unopposed Motion for Extension of Time (d/e 8). Motion ALLOWED. Time extended to 5/9/03 for defendants to plead to plaintiff's complaint. (cc: all counsel) (AJ, ilcd) (Entered: 04/29/2003) |
| 05/09/2003 | 9 | MOTION by defendant Johnson & Johnson to Dismiss Counts III and IV for Lack of Personal Jurisdiction and in the alternative, Count IV of Plaintiff's Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(6) (CT, ilcd) (Entered: 05/12/2003) |
| 05/09/2003 | 10 | MEMORANDUM IN SUPPORT of motion to Dismiss Counts III and IV for Lack of Personal Jurisdiction and in the alternative, Count IV of Plaintiff's Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(6) [9-1] by defendant Johnson & Johnson (CT, ilcd) (Entered: 05/12/2003) |
| 05/09/2003 | 11 | NOTICE by defendant Johnson & Johnson of filing Motion to Dismiss Counts III and IV for Lack of Personal Jurisdiction and, in the Alternative, Count IV of Plaintiff's Complaint. (CT, ilcd) (Entered: 05/12/2003) |
| 05/09/2003 | 12 | NOTICE by defendant Johnson & Johnson of filing Memorandum of Law in Support of Motion to Dismiss Counts III and IV (CT, ilcd) (Entered: 05/12/2003) |
| 05/09/2003 | 13 | CERTIFICATE OF INTEREST pursuant to Local Rule 11.3 filed by defendant Centocor, Inc, defendant Johnson & Johnson (CT, ilcd) (Entered: 05/12/2003) |
| 05/09/2003 | 14 | MOTION by defendant Centocor, Inc to dismiss Count II of Plaintiff's Complaint (CT, |

| | | |
|---|---|---|
| | | ilcd) (Entered: 05/12/2003) |
| 05/09/2003 | 15 | NOTICE by defendant Centocor, Inc of filing Motion to Dismiss Count II of Plaintiff's Complaint (CT, ilcd) (Entered: 05/12/2003) |
| 05/09/2003 | 16 | MEMORANDUM IN SUPPORT of motion to dismiss Count II of Plaintiff's Complaint [14-1] by defendant Centocor, Inc (CT, ilcd) (Entered: 05/12/2003) |
| 05/09/2003 | 17 | NOTICE by defendant Centocor, Inc of filing Memorandum of Law in Support of Motion to Dismiss (CT, ilcd) (Entered: 05/12/2003) |
| 05/09/2003 | 18 | ANSWER by defendant Centocor, Inc to Count I of the Complaint (CT, ilcd) (Entered: 05/12/2003) |
| 05/12/2003 | 20 | NOTICE by defendant Centocor, Inc of filing Declaration of Thomas J. Spellman, III (CT, ilcd) (Entered: 05/13/2003) |
| 05/12/2003 | 21 | AFFIDAVIT of Thomas J. Spellman, III (CT, ilcd) (Entered: 05/13/2003) |
| 05/23/2003 | 22 | MOTION by plaintiff to extend time within which to respond to defendants' motion to dismiss to June 6, 2003. (AJ, ilcd) (Entered: 05/27/2003) |
| 05/28/2003 | | MINUTE-ENTRY: by Mag. Judge Charles H. Evans. Motion of the Plaintiff, M. Jane Minor, Requesting an Extension of Time Within Which to Respond to the Defendants' Motion to Dismiss (d/e 22). Motion ALLOWED. Time extended to and including June 6, 2003, for Plaintiff to respond to Defendants' motion to dismiss. (cc: all counsel) (AJ, ilcd) (Entered: 05/28/2003) |
| 05/28/2003 | 23 | MOTION by defendant Johnson & Johnson to amend memorandum of law in support of motion to dismiss Counts III and IV for lack of personal jurisdiction and, in the alternative, Count IV of plaintiff's complaint (AJ, ilcd) (Entered: 05/30/2003) |
| 06/02/2003 | | MINUTE-ENTRY: by Mag. Judge Charles H. Evans. Motion to Amend Pleadings (d/e 23). Motion ALLOWED. Clerk directed to docket and file Amended Memorandum of Law in Support of Defendant Johnson & Johnson, Inc.'s Motion to Dismiss Counts III and IV for Lack of Personal Jurisdiction and, in the alternative, Count IV of Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) submitted with this motion. (cc: all counsel) (AJ, ilcd) (Entered: 06/03/2003) |
| 06/02/2003 | 24 | AMENDED MEMORANDUM IN SUPPORT of motion to Dismiss Counts III and IV for Lack of Personal Jurisdiction and in the alternative, Count IV of Plaintiff's Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(6) [9-1] by defendant Johnson & Johnson (AJ, ilcd) (Entered: 06/03/2003) |
| 06/06/2003 | 25 | MOTION by plaintiff M Jane Minor requesting one day extension of time within which to respond to the defendants' motion to dismiss (MR, ilcd) (Entered: 06/06/2003) |
| 06/09/2003 | | MINUTE-ENTRY: by Mag. Judge Charles H. Evans. Motion of the Plaintiff, M. Jane Minor, requesting a one-day extension of time within which to respond to the defendants' motion to dismiss (d/e 25). Motion ALLOWED. Time extended to and including June 9, 2003, for Plaintiff to respond to Defendants' motion to dismiss. (cc: all counsel) (AJ, ilcd) (Entered: 06/09/2003) |
| 06/09/2003 | 26 | MEMORANDUM IN OPPOSITION to motion to dismiss Count II of Plaintiff's Complaint [14-1] by plaintiff M Jane Minor (MR, ilcd) (Entered: 06/09/2003) |
| 06/12/2003 | 27 | ORDER by Judge Richard Mills. Defendants' Motions to Dismiss (d/e 9 and 14) will be treated as motions for summary judgment. The defendants are given until July 14, 2003, |

| | | |
|---|---|---|
| | | to submit memoranda in support of their motions for summary judgment. (cc: all counsel) (AJ, ilcd) (Entered: 06/12/2003) |
| 07/14/2003 | 28 | MEMORANDUM IN SUPPORT of motion to dismiss Count II of Plaintiff's Complaint [14-1] treated as a motion for summary judgment by defendant Centocor, Inc (AJ, ilcd) (Entered: 07/15/2003) |
| 07/14/2003 | 29 | NOTICE of filing memorandum in support of motion for summary judgment by defendant Centocor, Inc (AJ, ilcd) (Entered: 07/15/2003) |
| 07/14/2003 | 30 | MEMORANDUM IN SUPPORT of motion to Dismiss Counts III and IV for Lack of Personal Jurisdiction and in the alternative, Count IV of Plaintiff's Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(6) [9-1] treated as a motion for summary judgment by defendant Johnson & Johnson (AJ, ilcd) (Entered: 07/15/2003) |
| 07/14/2003 | 31 | NOTICE of filing memorandum in support of motion for summary judgment by defendant Johnson & Johnson (AJ, ilcd) (Entered: 07/15/2003) |
| 07/15/2003 | | Docket Modification (Utility Event). Miscellaneous deadline satisfied (AJ, ilcd) (Entered: 07/15/2003) |
| 07/28/2003 | | Docket Modification (Utility Event) answer ddl satisifed (BR, ilcd) (Entered: 07/28/2003) |
| 08/04/2003 | 32 | MOTION by plaintiff to extend time to respond to the defendants' motion for summary judgment (AJ, ilcd) (Entered: 08/04/2003) |
| 08/05/2003 | | MINUTE-ENTRY: by Mag. Judge Charles H. Evans. Motion of the Plaintiff, M. Jane Minor, for an Extension of Time to Respond to the Defendants' Motion for Summary Judgment (d/e 32). Motion ALLOWED. Time extended to and including August 8, 2003, for plaintiff to file response to Defendants' Motion for Summary Judgment. (cc: all counsel) (AJ, ilcd) (Entered: 08/05/2003) |
| 08/08/2003 | 33 | MOTION by plaintiff for an extension of time to respond to the defendants' motion for summary judgment (CC, ilcd) (Entered: 08/11/2003) |
| 08/11/2003 | 34 | MEMORANDUM IN OPPOSITION to the defendants' motion for summary judgment [14-1] [9-1] by plaintiff (AJ, ilcd) (Entered: 08/11/2003) |
| 08/12/2003 | | MINUTE-ENTRY: by Mag. Judge Charles H. Evans. Motion of the Plaintiff, M. Jane Minor, for an Extension of Time to Respond to the Defendants' Motion for Summary Judgment (d/e 33). Motion ALLOWED. Time extended to and including 8/11/03 for plaintiff to submit response to motion for summary judgment. (cc: all counsel) (AJ, ilcd) (Entered: 08/14/2003) |
| 08/14/2003 | 35 | NOTICE of filing Reply Brief in Support of Its Motion for Summary Judgment by defendant Johnson & Johnson (S, ilcd) (Entered: 08/14/2003) |
| 08/14/2003 | 36 | REPLY by defendant Centocor, Inc to response to motion to dismiss Count II of Plaintiff's Complaint [14-1] (AJ, ilcd) (Entered: 08/15/2003) |
| 08/14/2003 | 37 | NOTICE of filing reply brief in support of motion for summary judgment by defendant Centocor, Inc (AJ, ilcd) (Entered: 08/15/2003) |
| 08/14/2003 | 38 | REPLY by defendant Johnson & Johnson to response to motion for summary judgment [9-1] (AJ, ilcd) (Entered: 08/15/2003) |
| 11/12/2003 | 39 | ORDER by Judge Richard Mills granting defendant Johnson & Johnson's motion for summary judgment on Counts III and IV of plaintiff's complaint [30-1] and granting |

| | | |
|---|---|---|
| | | defendant Centocor, Inc.'s motion for summary judgment on Count II [28-1]. Defendants' previous motions to dismiss [14-1] and [9-1] are denied as moot. Defendant Johnson & Johnson, Inc. is dismissed from this case for lack of personal jurisdiction. (cc: all counsel) (AJ, ilcd) (Entered: 11/12/2003) |
| 11/17/2003 | | MINUTE-ENTRY: by Mag. Judge Charles H. Evans. Telephone status/scheduling is set TUESDAY, DECEMBER 9, 2003, at 10:00 a.m. Attorneys are directed to comply with Federal Rules of Civil Procedure 26(f) by meeting as soon as practicable, and in any event at least fourteen (14) days prior to the scheduling conference, and are to submit a proposed discovery plan in writing to the Court at least four (4) days prior to the scheduling conference. Such a plan must include, at a minimum, those items listed in CDIL-LR 26.2(3), Rule 26(f), and CDIL-LR 16.2(E) with proposed deadlines. If a discovery plan is not submitted as required, the discovery conference may not be held and costs may be assessed. (cc: all counsel) (AJ, ilcd) (Entered: 11/18/2003) |
| 12/04/2003 | 40 | PROPOSED DISCOVERY PLAN filed by plaintiff (AJ, ilcd) (Entered: 12/04/2003) |
| 12/05/2003 | 41 | PROPOSED DISCOVERY PLAN filed by defendant Centocor, Inc (MR, ilcd) (Entered: 12/05/2003) |
| 12/09/2003 | | MINUTE-ENTRY: by Mag. Judge Charles H. Evans. Telephone status/scheduling conference held. Attorneys Baker and Broderick present. Status, scheduling, further proceedings considered. Scheduling time limits ordered: (1) No motions to join other parties and to amend pleadings to be filed after 1/15/04; (2) 5/31/04 for plaintiff to identify experts and provide Rule 26 reports; (3) 8/2/04 for defendant to identify experts and provide Rule 26 reports; (4) 9/30/04 to complete all discovery; (5) 11/1/04 to file dispositive motions; (6) 2/14/05 at 1:30 p.m. for Final Pre-trial Conference (IN PERSON); and (7) 3/1/05 at 10:00 a.m. for Trial. See written order to be entered. Any conflicts between the scheduling order and proposed Rule 26 Plans (d/e 40 & d/e 41) shall be controlled by the scheduling order. (cc: all counsel) (AJ, ilcd) (Entered: 12/09/2003) |
| 12/09/2003 | 42 | SCHEDULING ORDER by Mag. Judge Charles H. Evans. See minute entry for scheduled dates. (cc: all counsel) (AJ, ilcd) (Entered: 12/09/2003) |
| 12/10/2003 | | MINUTE-ENTRY: by Judge Richard Mills. Final pretrial conference set for 2/14/05 at 1:30 p.m. and trial set for 3/1/05 at 10:00 a.m. (cc: all counsel) (MC, ilcd) (Entered: 12/10/2003) |
| 12/22/2003 | 43 | NOTICE of by defendant's attorney of change of address (AJ, ilcd) (Entered: 12/22/2003) |
| 01/13/2004 | 44 | MOTION by defendant Centocor, Inc for qualified protective order (MC, ilcd) (Entered: 01/13/2004) |
| 02/13/2004 | 45 | (STIPULATION) MOTION by plaintiff M Jane Minor, defendant Centocor, Inc for protective order (MR, ilcd) (Entered: 02/13/2004) |
| 02/18/2004 | 46 | PROTECTIVE ORDER by Judge Richard Mills pursuant to Stipulation to Entry of Protective Order by parties [45-1] (cc: all counsel) (AJ, ilcd) (Entered: 02/18/2004) |
| 07/21/2004 | 47 | MOTION to Compel plaintiff to produce a computation of damages by Defendant Centocor, Inc. Responses due by 8/4/2004 (AJ, ilcd) (Entered: 07/21/2004) |
| 07/21/2004 | 48 | NOTICE by Centocor, Inc of filing [47] MOTION to Compel. (AJ, ilcd) (Entered: 07/21/2004) |
| 07/26/2004 | 49 | CORRECTED MOTION for Protective Order by Plaintiff M Jane Minor. Responses |

| | | |
|---|---|---|
| | | due by 8/9/2004. (AJ, ilcd) (Entered: 07/27/2004) |
| 07/27/2004 | | Minute Entry for proceedings held before Judge Charles H. Evans : Telephone conference held regarding (1) Defendant Centocor, Inc.'s Motion to Compel Plaintiff to Produce a Computation of Damages Pursuant to Fed. R. Civ. P. 26(a)(1)(C) (d/e 47) and (2) Motion of the Plaintiff, M. Jane Minor, For a Protective Order (d/e 49). Attorneys James Baker, John Broderick and Linzey Jones present. (1) Motion To Compel (d/e 47) DENIED as moot. Plaintiff orally advises Court that Plaintiff will produce, this week, its Computation of Damages sought by the Defendant in this motion. (2) Motion of the Plaintiff, M. Jane Minor, For a Protective Order (d/e 49). Defendant has no objection to the motion. Motion ALLOWED. Plaintiff's deposition reset for August 31, 2004. Plaintiff and Defendant to confer and submit to Court, within next few days, the parties agreement with regard to amendment of the scheduling order extending time for defendant to identify experts; to complete discovery regarding plaintiff's damages; and filing of dispositive motions. 2/14/05 FPT and 3/1/05 Trial dates CANCELED and VACATED.(AJ, ilcd) (Entered: 07/27/2004) |
| 07/28/2004 | 50 | AMENDED REPORT of Rule 26(f) Planning Meeting by parties. (AJ, ilcd) (Entered: 07/28/2004) |
| 07/29/2004 | | Minute Entry by Magistrate Judge Charles Evans: Telephone conference held re (d/e 50) pertaining to parties agreement on an amended scheduling order. Attys James Baker and Broderick present. Court advises parties that the parties proposed amended scheduling order is unacceptable. Parties to further confer and resubmit, within the next few days, a proposed amended scheduling order as discussed at this conference.(AJ, ilcd) (Entered: 07/29/2004) |
| 09/14/2004 | 51 | REPORT of Rule 26(f) Planning Meeting by parties. (AJ, ilcd) (Entered: 09/14/2004) |
| 09/27/2004 | | TEXT ORDER: by Mag. Judge Charles H. Evans on 9/27/04. Joint Proposed Amended Scheduling Order (d/e 51) filed 9/14/04. Court's 12/9/03 scheduling order amended as follows: (1) No motions to join other parties and to amend pleadings to be filed after 1/15/04; (2) 5/31/04 for plaintiff to identify experts and provide Rule 26 reports; (3) 11/4/04 for defendants to identify experts and provide Rule 26 reports; (4) 12/2/04 to complete all discovery; (5) 1/5/05 to file dispositive motions; (6) 4/11/05 at 1:30 p.m. for Final Pre-trial Conference (IN PERSON); and (7) 5/3/05 at 10:00 a.m. for Trial. NOTE: 2/14/05 FPT and 3/1/05 Trial dates are CANCELLED. See written Amended Scheduling Order entered 9/27/04. Any conflicts between scheduling order and proposed discovery plans shall be controlled by scheduling order. Entered by Mag. Judge Charles H. Evans on 9/27/04.(AJ, ilcd) (Entered: 09/27/2004) |
| 09/27/2004 | 52 | AMENDED SCHEDULING ORDER entered by Judge Charles H. Evans on 9/27/04. (AJ, ilcd) (Entered: 09/27/2004) |
| 11/09/2004 | 53 | NOTICE *of Deposition of Brian Miller MD* by Centocor, Inc (Biswell, Christian) (Entered: 11/09/2004) |
| 11/10/2004 | 54 | NOTICE *Amended Notice of Deposition of Brian Miller M.D.* by Centocor, Inc (Biswell, Christian) (Entered: 11/10/2004) |
| 12/01/2004 | 55 | MOTION for Extension of Time to Complete Discovery by Plaintiff M Jane Minor. Responses due by 12/15/2004 (Baker, James) (Entered: 12/01/2004) |
| 12/03/2004 | | TEXT ORDER: Plaintiff's 55 Motion for Extension of Time to Complete Discovery is ALLOWED. Amended Scheduling Order amended as follows: (1) No motions to join other parties and to amend pleadings to be filed after 1/15/04. (2) 5/31/04 for plaintiff to identify experts and provide Rule 26 reports. (3) 11/4/04 for defendants to identify |

| | | |
|---|---|---|
| | | experts and provide Rule 26 reports. (4) 1/15/05 to complete all discovery. (5) 3/1/05 to file dispositive motions. (6) 6/6/05 at 1:30 p.m. for Final Pretrial Conference and (7) 7/5/05 at 10:00 a.m. for Trial. NOTE: 4/11/05 FPT and 5/3/05 Trial dates are CANCELED. See written amended scheduling order entered 12/2/04. Any conflicts between scheduling order and proposed discovery plans shall be controlled by scheduling order. Entered by Judge Charles H. Evans on 12/2/2004. (GU, ilcd) (Entered: 12/03/2004) |
| 12/03/2004 | 56 | AMENDED SCHEDULING ORDER: See written order. Entered by Judge Charles H. Evans on 12/2/2004. (GU, ilcd) (Entered: 12/03/2004) |
| 12/29/2004 | | *** Amended pleadings, Pla and Dft expert disclosure ddls terminated. (BR, ilcd) (Entered: 12/29/2004) |
| 02/28/2005 | 57 | First MOTION for Summary Judgment by Defendant Centocor, Inc. Responses due by 3/21/2005 (Broderick, John) (Entered: 02/28/2005) |
| 02/28/2005 | 58 | Appendix *to Motion for Summary Judgment* by Centocor, Inc. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit # 11 Exhibit # 12 Exhibit # 13 Exhibit # 14 Exhibit # 15 Exhibit # 16 Exhibit # 17 Exhibit # 18 Exhibit # 19 Exhibit # 20 Exhibit # 21 Exhibit # 22 Exhibit # 23 Exhibit # 24 Exhibit # 25 Exhibit # 26 Exhibit # 27 Exhibit # 28 Exhibit # 29 Exhibit # 30 Exhibit # 31 Exhibit # 32 Exhibit # 33 Exhibit # 34 Exhibit # 35 Exhibit # 36 Exhibit # 37 Exhibit # 38 Exhibit # 39 Exhibit # 40 Exhibit # 41 Exhibit # 42 Exhibit # 43 Exhibit # 44 Exhibit # 45 Exhibit # 46 Exhibit # 47 Exhibit # 48 Exhibit # 49 Exhibit)(Broderick, John) (Entered: 02/28/2005) |
| 03/01/2005 | 59 | MOTION for Leave to File *Answer* by Defendant Centocor, Inc. Responses due by 3/15/2005 (Attachments: # 1 Answer to Complaint)(Broderick, John) (Entered: 03/01/2005) |
| 03/03/2005 | | TEXT ORDER: Defendant Centocor's Motion for Leave to File Answer Instanter 59 is ALLOWED. Clerk directed to docket and file Answer to Complaint submitted with this motion. Entered by Judge Charles H. Evans on 3/3/2005. (GU, ilcd) (Entered: 03/03/2005) |
| 03/03/2005 | 60 | ANSWER to Complaint (filed in 04-3114) by Defendant Centocor, Inc.(GU, ilcd) (Entered: 03/03/2005) |
| 03/21/2005 | 61 | First MOTION for Extension of Time to File Response/Reply as to 57 First MOTION for Summary Judgment by Plaintiff M Jane Minor. Responses due by 4/4/2005 (Baker, James) (Entered: 03/21/2005) |
| 03/21/2005 | | TEXT ORDER: Motion 61 for Extension of Time to File Response is ALLOWED. Time extended to and including 4/1/05 for plaintiff to submit response to Defendant's 57 First MOTION for Summary Judgment . Entered by Judge Charles H. Evans on 3/21/2005. (GU, ilcd) (Entered: 03/21/2005) |
| 04/01/2005 | 62 | MOTION for Leave to File Excess Pages *in the Memorandum in Opposition to Summary Judgment* by Plaintiff M Jane Minor. Responses due by 4/15/2005 (Baker, James) (Entered: 04/01/2005) |
| 04/01/2005 | 63 | RESPONSE to Motion re 57 First MOTION for Summary Judgment *with partial appendix* filed by Plaintiff M Jane Minor. (Attachments: # 1 Appendix # 2 Affidavit Affidavit of Plaintiff# 3 Exhibit Exhibits to Plaintiff's Affidavit# 4 Exhibit Plaintiff's Ex.6# 5 Exhibit Plaintiff's Ex.16# 6 Exhibit Plaintiff's Ex.18# 7 Exhibit Plaintiff's Ex.23# 8 Exhibit Plaintiff's Ex.37# 9 Exhibit Plaintiff's Ex.38# 10 Exhibit Plaintiff's |

| | | |
|---|---|---|
| | | Ex.47# 11 Exhibit Plaintiff's Ex.73# 12 Errata Plantiff's Ex.87# 13 Errata Defendant's Ex.G# 14 Errata Defendant's Ex.S# 15 Exhibit Defendant's Ex.HH# 16 Exhibit Defendant's Ex.II# 17 Exhibit Defendant's Ex.LL# 18 Exhibit Defendant's Ex.MM# 19 Exhibit Defendant's Ex.NN)(Baker, James) (Entered: 04/01/2005) |
| 04/01/2005 | 64 | Appendix re 63 Response to Motion,,, *Continued Appendix - Hill Bannister Expense Reports March 2001 to June 2001* by M Jane Minor. (Attachments: # 1 Exhibit HillBannister Expense Reports March 2001# 2 Exhibit HillBannister Expense Reports March 2001# 3 Exhibit Hill Bannister Expense Reports April 2001# 4 Exhibit HillBannister Expense Reports April 2001# 5 Exhibit HillBannister Expense Reports May 2001# 6 Exhibit HillBannister Expense Reports for May 2001# 7 Exhibit HillBannister Expense Reports for May 2001# 8 Exhibit HillBannister Expense Reports for June 2001# 9 Exhibit Hill Bannister Expense Reports for June 2001# 10 Exhibit HillBannister Expense Reports for June 2001)(Baker, James) (Entered: 04/01/2005) |
| 04/01/2005 | 65 | Appendix *(continued Appendix to Memorandum in Opposition for Summary Judgment - Hill Bannister Expense Reports for March and April 2001* by M Jane Minor. (Attachments: # 1 Exhibit HillBannister Expense Reports for March 2001# 2 Exhibit Hill Bannister Expense Reports for March 2001# 3 Exhibit HillBannister Expense Reports for April 2001# 4 Exhibit Hill Bannister Expense Reports for April 2001) (Baker, James) (Entered: 04/01/2005) |
| 04/01/2005 | 66 | Appendix *Continued appendix to Memorandum in Opposition to Summary Judgment - Hill Bannister Expense Reports for May 2001* by M Jane Minor. (Attachments: # 1 Exhibit HillBannister Expense Reports for May 2001# 2 Exhibit HillBannister Expense Reports for May# 3 Exhibit HillBannister Expense Reports for May 2001)(Baker, James) (Entered: 04/01/2005) |
| 04/01/2005 | 67 | Appendix *continued Appendix for Memorandum in Opposition to Summary Judgment - Hill Bannister Expense Reports for June 2001* by M Jane Minor. (Attachments: # 1 Exhibit HillBannister Expense Reports for June 2001# 2 Exhibit HillBannister Expense Reports for June 2001# 3 Exhibit HillBannister Expense Reports for June 2001)(Baker, James) (Entered: 04/01/2005) |
| 04/01/2005 | 68 | Appendix *continued Appendix for Memorandum in Opposition to Summary Judgment - Hill Bannister Expense Reports for July and August 2001* by M Jane Minor. (Attachments: # 1 Exhibit HillBannister Expense Reports for July 2001# 2 Exhibit HillBannister Expense Reports for July 2001# 3 Exhibit Hill Bannister Expense Reports for August 2001# 4 Errata HillBannister Expense Reports for August 2001)(Baker, James) (Entered: 04/01/2005) |
| 04/01/2005 | 69 | Appendix *continued Appendix to the Memorandum in Opposition to Summary Judgment - Hill Bannister Expense Reports for September 2001* by M Jane Minor. (Attachments: # 1 Exhibit Hill Bannister Expense Reports for September 2001# 2 Exhibit HillBannister Expense Reports for September 2001)(Baker, James) (Entered: 04/01/2005) |
| 04/01/2005 | 70 | Appendix *continued Appendix to Memorandum in Opposition to Summary Judgment - Kopecky Expense Reports for January and February 2001* by M Jane Minor. (Attachments: # 1 Exhibit Kopecky Expense Reports for January 2001# 2 Exhibit Kopecky Expense Reports for February 2001# 3 Errata Kopecky Expense Reports for February 2001)(Baker, James) (Entered: 04/01/2005) |
| 04/01/2005 | 71 | MOTION for Extension of Time to File *remaining Appendix Exhibits Instanter* by Plaintiff M Jane Minor. Responses due by 4/15/2005 (Baker, James) (Entered: 04/01/2005) |

| | | |
|---|---|---|
| 04/04/2005 | 72 | Appendix re 63 Response to Motion,,, *Continued Appendix to Memorandum in Opposition for Summary Judgment - Kopecky Expense Reports for March 2001* by M Jane Minor. (Attachments: # 1 Exhibit Kopecky Expense Reports March 2001# 2 Exhibit Kopecky Expense Reports March 2001# 3 Exhibit Kopecky Expense Reports for March 200)(Baker, James) (Entered: 04/04/2005) |
| 04/04/2005 | 73 | Appendix re 63 Response to Motion,,, *Continued Appendix to Memorandum in Opposition to Summary Judgment - Kopecky Expense Reports for April 2001* by M Jane Minor. (Attachments: # 1 Exhibit Koppecky Expense Reports for April 2001# 2 Exhibit Kopecky Expenses Reports for April 2001)(Baker, James) (Entered: 04/04/2005) |
| 04/04/2005 | 74 | Appendix re 63 Response to Motion,,, *Continued Appendix to Memorandum in Opposition to Summary Judgment - Kopecky Expense Reports for May 2001* by M Jane Minor. (Attachments: # 1 Exhibit Kopecky Expense Reports for May 2001# 2 Exhibit Kopekcy Expense Reports for May 2001# 3 Exhibit Kopecky Expense Reports for May 2001)(Baker, James) (Entered: 04/04/2005) |
| 04/04/2005 | 75 | Appendix re 63 Response to Motion,,, *Continued Appendix to the Memorandum in Opposition to Summary Judgment - Kopecky Expense Reports for June 2001* by M Jane Minor. (Attachments: # 1 Exhibit Kopecky Expense Reports for June 2001# 2 Exhibit Kopecky Expense Reports for June 2001# 3 Exhibit Kopeckey Expense Reports for June 2001)(Baker, James) (Entered: 04/04/2005) |
| 04/04/2005 | 76 | Appendix re 63 Response to Motion,,, *Continued Appendix to Memorandum in Opposition to Summary Judgment - Kopecky Expense Reports for July and August 2001* by M Jane Minor. (Attachments: # 1 Exhibit Kopecky Expense Reports for July 2001# 2 Exhibit Kopecky Expense Reports for July 2001# 3 Exhibit Kopecky Expense Reports for August 2001# 4 Exhibit Kopecky Expense Reports for August 2001)(Baker, James) (Entered: 04/04/2005) |
| 04/04/2005 | 77 | Appendix re 63 Response to Motion,,, *Continued Appendix to Memorandum in Opposition to Summary Judgment - Kopecky September 2001 Expense Reports* by M Jane Minor. (Attachments: # 1 Exhibit Kopecky Expense Reports for September 2001# 2 Exhibit Kopecky Expense Reports for September 2001# 3 Exhibit Kopecky Expense Reports for September 2001)(Baker, James) (Entered: 04/04/2005) |
| 04/04/2005 | | TEXT ORDER: Motion 62 for Leave to File Excess Pages is ALLOWED. Motion 71 for Extension of Time to File Portion of the Plaintiff's Appendix Instanter is ALLOWED . Entered by Judge Charles H. Evans on 4/4/05. (GU, ilcd) (Entered: 04/04/2005) |
| 04/15/2005 | 78 | REPLY to Response to Motion re 57 First MOTION for Summary Judgment filed by Defendant Centocor, Inc. (Attachments: # 1 Exhibit Exhibit RR)(Broderick, John) (Entered: 04/15/2005) |
| 04/15/2005 | 79 | First MOTION for Leave to File Excess Pages *of Reply Brief* by Defendant Centocor, Inc. Responses due by 4/29/2005 (Broderick, John) (Entered: 04/15/2005) |
| 04/18/2005 | | TEXT ORDER: Defendant Centocor, Inc.'s Motion 79 for Leave to File Reply Brief in Excess of Five Pages is ALLOWED . Entered by Judge Charles H. Evans on 4/18/2005. (GU, ilcd) (Entered: 04/18/2005) |
| 05/27/2005 | | TEXT ORDER: Final Pretrial Conference is RESCHEDULED for 6/20/2005 at 04:30 PM in Courtroom 3 before Judge Richard Mills. Entered by Judge Richard Mills on 5/27/2005. (GU, ilcd) (Entered: 05/27/2005) |
| 06/02/2005 | 80 | Joint MOTION to Continue *Trial Date* by Defendant Centocor, Inc. Responses due by |

| | | |
|---|---|---|
| | | 6/16/2005 (Broderick, John) (Entered: 06/02/2005) |
| 06/09/2005 | 81 | ORDER granting 80 Motion to Continue Final Pretrial Conference is reset for 8/15/2005 01:00 PM in Courtroom 3 before Judge Richard Mills. Jury Trial is reset for 9/6/2005 10:00 AM in Courtroom 3 before Judge Richard Mills. Entered by Judge Richard Mills on 6/9/2005. (Attachments: # 1 Main Document # 2 Main Document)(GU, ilcd) (Entered: 06/09/2005) |
| 06/20/2005 | 82 | ORDER: Defendants Centocor, Inc. and Johnson & Johnson, Inc.'s Motion for Summary Judgment 57 is ALLOWED. Case Closed. Entered by Judge Richard Mills on 6/17/2005. (GU, ilcd) (Entered: 06/20/2005) |
| 06/20/2005 | 83 | JUDGMENT in favor of Defendants against Plaintiff (GU, ilcd) (Entered: 06/20/2005) |
| 07/14/2005 | 84 | NOTICE OF APPEAL by M Jane Minor. (Baker, James) (Entered: 07/14/2005) |
| 07/15/2005 | | USCA Appeal Fees received $ 255 receipt number S006436 re 84 Notice of Appeal filed by M Jane Minor, (GU, ilcd) (Entered: 07/15/2005) |
| 07/18/2005 | 85 | Short Record of Appeal Sent to US Court of Appeals re 84 Notice of Appeal (Attachments: # 1 page 2)(GU, ilcd) (Entered: 07/18/2005) |
| 07/20/2005 | 86 | BILL OF COSTS submitted on behalf of Centocor, Inc re 83 Judgment *for Centocor and against Minor*. (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B# 3 Exhibit Exhibit C# 4 Exhibit Exhibit D# 5 Exhibit Exhibit E# 6 Exhibit Exhibit F# 7 Exhibit Exhibit G# 8 Exhibit Exhibit H# 9 Exhibit Exhibit I# 10 Exhibit Exhibit J# 11 Exhibit Exhibit K# 12 Exhibit Exhibit L# 13 Exhibit Exhibit M# 14 Exhibit Exhibit N# 15 Exhibit Exhibit O# 16 Exhibit Exhibit P# 17 Exhibit Exhibit Q# 18 Exhibit Exhibit R# 19 Exhibit Exhibit S# 20 Exhibit Exhibit T# 21 Exhibit Exhibit U# 22 Exhibit Exhibit V# 23 Exhibit Exhibit W)(Broderick, John) (Entered: 07/20/2005) |
| 07/20/2005 | 87 | MOTION for Bill of Costs by Defendant Centocor, Inc. Responses due by 8/3/2005 (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M# 14 Exhibit N# 15 Exhibit O# 16 Exhibit P# 17 Exhibit Q# 18 Exhibit R# 19 Exhibit S# 20 Exhibit T# 21 Exhibit U# 22 Exhibit V# 23 Exhibit W) (Broderick, John) (Entered: 07/20/2005) |
| 07/25/2005 | 88 | TRANSCRIPT REQUEST by M Jane Minor for proceedings held on none before Judge none, re 84 Notice of Appeal (Baker, James) (Entered: 07/25/2005) |
| 07/26/2005 | 89 | First MOTION to Stay *the Defendant's Bill of Costs Pending Appeal* by Plaintiff M Jane Minor. Responses due by 8/9/2005 (Baker, James) (Entered: 07/26/2005) |
| 07/26/2005 | 90 | NOTICE of Docketing Record on Appeal from USCA re 84 Notice of Appeal filed by M Jane Minor. USCA Case Number 05-3080 (BR, ilcd) (Entered: 07/27/2005) |
| 08/08/2005 | 91 | RESPONSE to Motion re 89 First MOTION to Stay *the Defendant's Bill of Costs Pending Appeal* filed by Defendant Centocor, Inc. (Broderick, John) (Entered: 08/08/2005) |
| 08/11/2005 | 92 | OPINION: Plaintiff M. Jane Minor's Motion to Stay 89 Defendant's Bill of Costs Pending Appeal is ALLOWED. Defendant's Motion for Bill of Costs 87 is STAYED pending resolution of the appeal. Entered by Judge Richard Mills on 8/10/2005. (GU, ilcd) (Entered: 08/11/2005) |
| 08/22/2005 | 93 | OPINION: Defendant's Motion for Bill of Costs 87 is DISMISSED WITH LEAVE TO REFILE PENDING APPEAL. Entered by Judge Richard Mills on 8/22/2005. (GU, ilcd) |

| | | (Entered: 08/22/2005) |