

# United States District Court

| | | |
|---|---|---|
| JOHN M. WATERS<br>CLERK OF COURT | CENTRAL DISTRICT OF ILLINOIS<br><br>OFFICE OF THE CLERK<br>151 U.S. COURTHOUSE<br>600 EAST MONROE STREET<br>SPRINGFIELD, ILLINOIS 62701 | TEL: 217.492.4020<br>FAX: 217.492.4028 |

February 23, 2006

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604
ATTN: ERIC FROST

**05-3080**

RE: Minor v. Centocor, Inc.
D. C. Docket No. 02-3354
U. S. C. A. Docket No. 05-3080

Dear Mr. Agnello:

I am sending you herewith the record on appeal. It consists of the following:

3  Volumes of Pleadings

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

BY: _Gloria Utsinger_
    Deputy Clerk

U.S.C.A. – 7th Circuit
RECEIVED
FEB 27 2006  SK
GINO J. AGNELLO
CLERK

1953990 -1

U.S.C.A. – 7th Circuit
RECEIVED
FEB 24 2006  JC
GINO J. AGNELLO
CLERK